IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 4:02-992 |
| | ) | |
| v. | ) | **MOTION TO** |
| | ) | **WITHDRAW COUNSEL** |
| CHADRICK E. FULKS | ) | |
| | ) | |

Comes now the United States of America, by and through its undersigned counsel, who respectfully files this Motion to Withdraw as Counsel three government attorneys listed on the District Court's Docket Sheet. The Government moves to withdraw the following attorneys as counsel in the above-titled case: 1) Scott N. Schools; 2) Jonathan S. Gasser; and 3) John Duane.

Mr. Schools has left the District of South Carolina is currently serving as United States Attorney for the Northern District of California. Mr. Gasser recently left the United States Attorney's Office for private practice. Mr. Duane remains with the United States Attorney's Office in Charleston, South Carolina, but has been reassigned to other matters.

The below signed attorney, Todd Hagins, will remain as the Government's designated attorney of record for all matters related to the above-titled case.

Respectfully submitted,

REGINALD I. LLOYD
UNITED STATES ATTORNEY


   s/ C. Todd Hagins
C. TODD HAGINS (#9218)
Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, SC 29201
803-929-3000

September 11, 2007