IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 4:02-992-JFA |
| | ) | |
| v. | ) | ORDER ON ACCESS |
| | ) | TO COURT RECORDS BY |
| CHADRICK E. FULKS | ) | 18 U.S.C. § 3599 COUNSEL |
| | ) | |
| _____ | ) | |

This matter comes before the court to permit access to certain documents in the file which have heretofore been sealed or to which access has otherwise been restricted. The court finds that in order to properly fulfill their functions as counsel under 18 U.S.C. § 3599 for Chadrick E. Fulks in pursuit of any and all post-conviction remedies, attorneys Beattie Ashmore and William J. Watkins, Jr., need to look at all documents in the record, including ex parte matters. Therefore, the court hereby directs the clerk of court to provide Mr. Ashmore and Mr. Watkins access to all documents which are reflected in the docket as sealed or otherwise restricted.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

October 10, 2007
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge