IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 4:02-992-JFA |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

ORDER GRANTING DEFENDANT'S MOTION
FOR LEAVE TO FILE APPLICATION FOR FUNDS FOR A REASONABLY
NECESSARY INVESTIGATION <u>EX PARTE</u> AND UNDER SEAL

Chadrick E. Fulks has moved through counsel pursuant to 21 U.S.C.A. §848(q)(9)

for leave to proceed <u>ex parte</u>, in camera, and on a sealed record with regard to his

applications for investigative and expert assistance.

Based upon counsel's need to maintain confidentiality regarding the strategy in

preparing Mr. Fulks' post-conviction motion, and the attorney work product appearing in the

application for funds, this Court grants the Motion for Leave to File Application for Funds

for a Reasonably Necessary Investigation <u>Ex Parte</u> and Under Seal.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

November 2, 2007                    Joseph F. Anderson, Jr.
Columbia, South Carolina           United States District Judge

1