FILED:  November 16, 2007

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-5
(CR-02-992)

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRANDON LEON BASHAM,

Defendant - Appellant.

O R D E R

The Court grants appellant's motion to appoint Melissa A. Meister as co-counsel for the appellant pursuant 18 U.S.C. §3599(c) and the Criminal Justice Act.

For the Court

/s/ Patricia S. Connor

Clerk