IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| Chadrick E. Fulks, | ) | CR. NO. 4:02-992-JFA |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER ON JUROR |
| | ) | INTERVIEW PROCEDURES |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On January 15, 2008, this court received a telephone call from one of the jurors in this case, which was tried in 2004. The juror related that the previous evening, at approximately 6:45 p.m., one of the court-appointed habeas counsel, together with an investigator, appeared at his door step to interview him regarding events concerning the trial of this case.

The juror indicated it was his impression that the attorney and investigator had been appointed by this court with instructions to interview jurors regarding potential errors in this case. Additionally, the juror was not advised that he had the right not to speak with the attorney and investigator if that was his wish.

This order is being entered to establish clear guidelines for any future contact with jurors in this case. If any additional jurors are contacted, defense counsel must first

1

advise the juror that the attorney was appointed pursuant to a federal law requiring the appointment of post-conviction relief counsel.  He should then inform the juror that he wishes to ask the juror about events surrounding the 2004 trial of this case.  It should then be made clear to the juror that the juror has the right to speak with the attorney if he or she so desires, but he or she also has the right not to speak to the attorney at all.  Under no circumstances should it be said or implied to the juror that the court has directed the attorney to interview the juror, thereby creating the impression that the court has any position as to whether that the juror should or should not speak with the attorney.

Finally, the attorney should advise each juror that if he or she has any questions or concerns regarding the interview, he or she is free to contact the court at (803) 765-5136.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

January 15, 2008                    Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge