IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:02-992 |
| | ) | |
| CHADRICK E. FULKS | ) | |

## INDEX TO APPENDIX

| Document Number | Description |
|---|---|
| 1. | Declaration of Andrea Lyon |
| 2. | Declaration of Seymour Halleck |
| 3. | Declaration of Margaret Melikian |
| 4. | Declaration of James Hilkey |
| 5. | Declaration of William Alexander Morton |
| 6. | Declaration of Mark Cunningham |
| 7. | Declaration of James Aiken |
| 8. | Declaration of Mark Thompson |
| 9. | Declaration of Mark Fulks |
| 10. | Declaration of Martha Floyd |
| 11. | Declaration of Tim Kane |
| 12. | Declaration of Tracy Graybeal |
| 13. | Declaration of Monica Wolowinski |
| 14. | Declaration of Ronnie Fulks |
| 15. | Declaration of Linda Adkins |
| 16. | Declaration of Matthew Rawlings |
| 17. | Declaration of Andrea Roddy |
| 18. | Declaration of Nathan Fulks |
| 19. | Declaration of Elvin Taylor |
| 20. | Declaration of Harry Tyree |
| 21. | Declaration of Sharon Dotson |
| 22. | Declaration of Beth McGuffin |
| 23. | Declaration of Christina Kirkman |
| 24. | Fulks Polygraph Results, dated May 10, 2003 |
| 25. | Fulks Polygraph Results, dated May 22, 2003 |
| 26. | Basham Polygraph Results |
| 27. | Verdict Form |
| 28. | Myrtle Beach Sun News Article 07/01/2004 |
| 29. | Beaufort Gazette Article 07/12/2004 |
| 30. | Motion for Immunity for Ronnie Fulks |

2

|  Document Number | Description |
| --- | --- |
| 31. | Tina Severance Letter |
| 32. | Jury Questionnaire |
| 33. | Leslie Dean Thompson Judgment |
| 34. | Leslie Dean Thompson Indictment |
| 35. | Defendant's Memo of Law re: Guilty Plea |
| 36. | United States Memo re: Issues Raised by the Court |
| 37. | Sheriff Hewitt Interview, dated December 3, 2002 |
| 38. | Various Examples of Petitioner's Art |