IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA           )
                                   )
                                   )
                                   )
    v.                             )     CRIMINAL NO. 4:02-992
                                   )
                                   )
CHADRICK E. FULKS                  )
                                   )

**DECLARATION OF SEYMOUR L. HALLECK**

1.      My name is Seymour L. Halleck. My curriculum vitae is attached as Exhibit A. I currently am a emeritus Professor of Psychiatry at the University of North Carolina School of Medicine, Chapel Hill. I was a Professor at that institution from 1972 to 1999. My current practice focus is forensic psychiatry and includes both civil and criminal cases.

2.      I have been listed in the Best Doctors in America under Forensic Psychiatry several times in the 1990s. I also received of the Golden Apple award from the American Academy of Psychiatry and Law in 2003. In 1980, I received the Isaac Ray Award from the American Psychiatric Association. In 1978, I received the Edwin Sutherland Award from the American Society of Criminology. In 1974, I received the Arthur Marshall Distinguished Alumnus Award from the Menninger School of Psychiatry.

3.      From 1990 to 1999, I served as the editor-in-chief of the Journal of the American Academy of Psychiatry and Law. I was also editor-in-chief of Journal of Contemporary Psychiatry between 1980 and 1990. I have been an associate editor of several other journals.

4.      I have written or edited twelve books, including Evaluation of the Psychiatric Patient: A Primer (New York: Plenum Medical Book Co., 1991), The Mentally Disordered

PA Document #2

Offender (Rockville, Md.: National Institute of Mental Health, 1986), and <u>Law in the Practice of Psychiatry</u> (New York: Plenum Publishing Co., 1980).

5.    I have served as a consultant to the Federal Bureau of Investigation and from 2002 to 2004 I served as a Federal Monitor to the Ohio Department of Corrections. From 1962 to 1972, I served as the Chief Psychiatric Consultant for the Wisconsin Division of Corrections. From 1961 to 1963, I served as the Chief of Psychiatric Services for the Wisconsin Division of Corrections. From 1953 to 1955, I served as a staff psychiatrist for the Department of Justice's Medical Center for Federal Prisoners in Springfield, Missouri.

6.    I was a member of the Advisory Research Council of the Federal Bureau of Prisons from 1983 to 1990. From 1988 to 1990, I chaired the American Psychiatric Association's Task Force on Uses and Misuses of Psychiatric Diagnosis in the Legal Process.

7.    I was asked by John Blume to assess Chad Fulks for cognitive deficits and mental illness in connection with presenting mitigating circumstances at Mr. Fulks' sentencing hearing. After I presented my findings to Mr. Blume, I was prepared to testify at Chad Fulks' sentencing hearing. I was not called by Mr. Blume at the sentencing hearing.

8.    In preparation for my assessment, I interviewed and examined Chad Fulks at the Butner Federal Prison on February 4, 2004 for four hours. I also interviewed Mr. Fulks at the Columbia Care Center on April 20, 2004 for two hours and on April 21, 2004 for another two hours. I reviewed various documents, including FBI's reports of Mr. Fulks' alleged criminal activity, Mr. Fulks' school records, criminal history, certain incarceration records, letters written by Mr. Fulks, and a large number of medical reports and mental health assessments. I also reviewed the expert reports of David Bachman, Margaret Melikian, Howard Becker, Fred

2

Bookstein, Christos Davatzikos, James Evans, Ruben Gur, James Hilkey, Alex Morton, and Jonathan Venn.

9.     On November 4, 2002, Mr. Fulks and Branden Basham escaped from the Hopkins County Detention Center in Madisonville, Kentucky.  Mr. Fulks insists he was persuaded to escape by Basham who had told Mr. Fulks that he knew the whereabouts of Mr. Fulks' stepson. After escaping they remained free for over two weeks and during that time they consumed a large quantity of drugs, including, alcohol, marijuana, crack cocaine, and methamphetamine. Mr. Fulks reported that he was in a state of almost constant anxiety and intoxication during this time period.  He had no sense of time and was in constant fear because of Mr. Basham's erratic behavior.  Mr. Fulks was also in fear that Basham would cause harm to him or one of the women traveling with them .

10.     Mr. Fulks was born into a chaotic family situation.  During his early childhood, Mr. Fulks' mother and father consumed large amounts of alcohol and marijuana on a daily basis. His mother drank heavily when she was pregnant with him.  Mr. Fulks' brother Ronnie is very short, and is suspected of having fetal alcohol syndrome. Mr. Fulks is believed by some experts to have fetal alcohol syndrome.

11.     In his earliest years, Mr. Fulks' home life was also characterized by a great deal of violence.  The parents would frequently have physical altercations.  Mr. Fulks' father was known to be abusive to Mr. Fulks and his brothers.  The father would beat the children with his fists or belts on an unpredictable basis.

12.     At one point, Mr. Fulks' parents put a pool table in their home and began to have people over in the evening for parties which were often characterized by fights between various participants.  The police were frequently called to control the violence and neither of Mr. Fulks'

parents did much to try to protect the children. Pornography adorned the walls of the pool room, and participants in the partying engaged in various forms of violent and sexual behavior.

13. In addition to being characterized by violence, the Fulks home was also one in which the children were neglected. The children lived in a state of severe poverty and much of the help the family received from public assistance was diverted to alcohol and drug use. Mr. Fulks and his siblings often had to go without food. Mr. Fulks remembers his clothes as having been hand-me-downs that were usually tattered and ugly. He and his siblings were painfully aware that they had to take care of themselves. Part of their self-care was sustained by stealing, an activity which both parents condoned.

14. The situation in the Fulks home was so desperate that when Chad was approximately eleven years old, a local West Virginia newspaper wrote an article about the Fulks family and described the family's extreme poverty and the effect it was having on Mr. Fulks at school. In this article, Mr. Fulks vividly described being teased, cursed, and ostracized because of his poverty.

15. Mr. Fulks did very poorly in school. He failed the first grade and continued to struggle academically until he dropped out of school in the tenth grade. Mr. Fulks exhibited learning disabilities and was placed in special education programs for learning disabled and behaviorally disturbed students.

16. The family situation underwent some change when Mr. Fulks was twelve years old and his mother began attending church. She stopped drinking and decided to dedicate her life to religious activities. Apparently she became so involved with religion that she spent even less time with the children than she had when she was drinking. The children were still left to fend for themselves and wander the streets without any adult supervision.

4

17.    At age thirteen, Mr. Fulks attempted suicide. Further psychiatric treatment was recommended but the family did not follow through. Later that same year, Mr. Fulks lived with his father in Indiana when he was evaluated at a mental health clinic in December 1991. He was diagnosed as having major depression with the possibility of developing an addictive disorder.

18.    Mr. Fulks began drinking alcohol, together with his family, at the age of nine or ten. He reported that he would sometimes drink at any hour of the day, including early morning. He began using marijuana about the same time and experimented with LSD when he was approximately fourteen years old. By the time Mr. Fulks was fourteen or fifteen years old, he was using alcohol and marijuana heavily on a daily basis. He was also introduced by his family members to potent moonshine. In addition to these substances, Mr. Fulks has also used cocaine powder, crack cocaine, barbiturates, and methamphetamine.

19.    Mr. Fulks also experienced sexual abuse at a young age. A teenage babysitter performed oral sex on him at the age of eight or nine. When Mr. Fulks was approximately twelve or thirteen, he was fondled by the father of one of his friends. At the age of fifteen, Mr. Fulks moved in with a twenty-eight year old woman. Although a child may find such experiences pleasurable, the child is not able to understand the meaning of the intimacy in a situation in which sex is divorced from love. This can lead to an increased likelihood of aberrant sexual activity in the future, including violent sexuality such as rape. Rape is an act of violence and anger toward women. Because Mr. Fulks' mother failed to provide nurturing environment and deprived him of the necessaries life, anger toward women was a probable result.

20.    Mr. Fulks reported at least eight events in which he had lost consciousness beginning at age eleven when his brother hit him with a paint can. His experiences with loss of consciousness have been related to accidents, fighting, or car wrecks. He has been troubled by

5

headaches since the age of thirteen. He was shot in the arm and neck when he was sixteen years old after an altercation during which he was extremely intoxicated. If a person loses consciousness, they have had a concussion. Brain cells are damaged. Concussions are cumulative and lead to brain damage, which is associated with cognitive impairment.

21. Mr. Fulks was married for the first time in 1995 to Amber Fowler. Ms. Fowler gave birth to a child named Devon, who Chad considered as his son. The child died at age six months from a blunt trauma to his abdomen when his young cousin jumped on him. Mr. Fulks was extremely distressed at the loss of Devon. There have been long-term effects of this loss, including an increasing use of alcohol and drugs. The excessive drinking and drug use caused the marriage to end. In 2002, Mr. Fulks married Veronica Evans, a stripper with a long history of psychiatric problems. Chad was very fond of Evans' son Myles and tried to recapture the relationship he had lost with the death of Devon.

22. Mr. Fulks has had symptoms of depression throughout much of his adolescence and adult life. He has been treated with a variety of anti-depressant drugs, including Imipramine, Elavil, Zoloft, and Effexor. During the time that I evaluated him he was primarily on Elavil and Zoloft and an anti-anxiety drug, Klonopin. His symptoms of depression generally include sad mood, sleep disturbance, both falling and staying asleep, diet variations, low energy, difficulty concentrating, anxiety and agitation, low self esteem and occasional suicidal thoughts.

23. Mr. Fulks has also complained on a chronic basis of headaches and anxiety attacks. He described panic attacks which are characterized by a tingling feeling in his head and body, difficulty breathing and a rapid heart rate. Sometimes he feels that these attacks will kill him and rushes to the bathroom. He claims to still be experiencing these attacks even though he is taking Klonopin which should help prevent them.

6

24.     Mr. Fulks has been a heavy consumer of medical services when they are available in a correctional setting. Sometimes he has medical complaints which are not accompanied by a physical finding of illness. I believe that he uses his interactions with physicians as a form of dependency, gratification, and nurturance which he does not get in other ways.

25.     As previously described, I have reviewed other expert reports in this case. The reports reviewed indicated the presence of serious brain damage, which led to major cognitive impairment. The brain damage was based on either the prenatal environment, head injuries sustained in childhood, or substance abuse.

26.     My mental status examination of Mr. Fulks was consistent with the findings of cognitive impairment. Mr. Fulks exhibited problems with concentration, memory, and the ability to provide information in a coherent manner.

27.     Mr. Fulks has very low self-esteem. It appears that he is easily taken advantage of by others.

28.     Mr. Fulks clearly meets the DSM IV diagnostic requirements for polysubstance dependence, including alcohol, marijuana and amphetamines. At times he meets the diagnostic criteria for Major Depressive Disorder, although because of the variability of his depression the diagnosis of Dysthymic Disorder could also be appropriate. I also believe that on the basis of his neuropsychological testing, his clinical presentation, and history, Mr. Fulks has some type of cognitive disorder and he should be diagnosed as having Cognitive Disorder, Not Otherwise Specified.

29.     Mr. Fulks at the time of the crime had a serious mental illness based on his serious depression, anxiety, substance abuse, and the many cognitive difficulties he experienced prenatally and in early childhood. Cognitive impairment and drug use made it difficult for him

7

to undertake a benefit-risk analysis in the situations where he was at risk of engaging in criminal acts. He also likely lacked understanding how some of these situations were influencing him. The many insults to his brain caused impairment to his executive functions, particularly his ability to control angry feelings.

30.     While Mr. Fulks meets the DSM IV criteria for antisocial personality disorder, there are many troubling aspects of this diagnosis. The diagnosis of antisocial personality disorder is based on a description of bad behavior: failure to conform to social norms, deceitfulness, impulsivity or failure to plan ahead, irritability and aggressiveness, reckless disregard for safety of self or others, consistent irresponsibility, and lack of remorse. Six of the seven criteria are behavioral. In my experience, this diagnosis is often used in criminal trials to negate the presence of mental illness rather than to describe the presence of mental illness. The diagnosis does not tell us anything about causation, treatment, or future adjustment. The jury is typically left with the impression that a person is bad, not sick. In effect, there is a circularity in the manner in which this diagnosis is used in the courtroom: the answer to the question of why a person has antisocial personality disorder is that "he behaves badly." If it is then asked conversely why does a person behave badly, the answer is "he has antisocial personality disorder." Rather than using the label of antisocial personality disorder, it is far more scientific to ask the question "what causes this person to behave badly." In the case of Mr. Fulks, major causes of antisocial behavior include prenatal insults, abuse in early childhood, depression, substance abuse., and his many concussions. In fact, all of these traumas and illnesses have left him with moderate to severe brain damage.

31.     Because of Mr. Fulks early deprivations and cognitive deficits, he is more likely to be a follower .

8

32.    I have reviewed the testimony of Donna Ward given at Mr. Fulks' sentencing hearing wherein Ms. Ward described a November 17, 2004 phone call allegedly made by Mr. Fulks at a time when Brandon Basham was hiding from the police in the Ohio River.  I am further aware that the prosecution used this call to argue that Mr. Fulks, without the aid of Basham, attempted to lure Ms. Ward's daughter out for an alleged job interview.  Donna Ward's testimony would not have altered the opinions I was prepared to give at the sentencing hearing. In fact, the Ward incident supports my assessment that Mr. Fulks is cognitively impaired and has difficulty in accessing the benefits, risks, and alternatives to antisocial acts.

33.    In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

Seymour L. Halleck, M.D.

Signed before me this _9th_ day of _May_, 2008

Notary Public for _Brian B. Hege_
My Commission Expires: _Feb. 18, 2013_

BRIAN B HEGE
Notary Public
Durham County
North Carolina
My Commission Expires Feb 18, 2013

9

# CURRICULUM VITAE

## Seymour L. Halleck, M.D.

## PERSONAL INFORMATION

Date and Place of Birth:    April 16, 1929;  Chicago Illinois

Marital Status:    Married,  3 Daughters

Business Address:    500 Laurel Hill Road
Chapel Hill, NC 27514

Telephone:    (919) 966-1489

## EDUCATION

Ph.B.  -    University of Chicago, 1948
B.S.   -    University of Chicago, 1950, Anatomy
M.D.   -    University of Chicago, 1952
Sc.D.  -    Rockford University, 1969 (Honorary)

Internship:    U.S. Public Health Service Hospital - San Francisco, California, 1952-1953

Residency:    Menninger School of Psychiatry - Topeka, Kansas, 1955-1958

## SPECIAL HONORS AND AWARDS

Arthur Marshall Distinguished Alumnus Award, Menninger School of Psychiatry, 1974
Edwin Sutherland Award, American Society of Criminology, November 1978
Isaac Ray Award, American Psychiatric Association, May 1980
Nominated for Vestermark Award, American Psychiatric Association for Contributions to
  Psychiatric Education, 1984 and 1985

## CERTIFICATION/LICENSURE

Licensed by examination in Illinois, October 1953
Licensed by reciprocity in Wisconsin, July 1958
Licensed by reciprocity in North Carolina, June 1972
Certification by the American Board of Psychiatry and Neurology, October 1958
Licensed by reciprocity in Ohio, 2003

## CURRENT POSITIONS HELD

Professor, Department of Psychiatry, University of North Carolina School of Medicine, Chapel
Hill, North Carolina, September 1972 to Present

1



02/08/2001 13:21 FAX  9189290709                                              ☑001

Associate Chair for Clinical Services and Adult Education, Department of Psychiatry, University of North Carolina School of Medicine, Chapel Hill, North Carolina, 1992 to 1995

Consultant, The Fielding Institute, Santa Barbara, California, April 1975 to 1982

Director, Psychiatry Residency Training Program, Department of Psychiatry, University of North Carolina School of Medicine, Chapel Hill, North Carolina, September 1990 to June 1992

Chief, Psychiatry Emergency Crisis Service, Department of Psychiatry, University of North Carolina School of Medicine, Chapel Hill, North Carolina, January 1994 to June 1995

Adjunct Professor, University of North Carolina School of Law, Chapel Hill, North Carolina, May 1977 to Present

Editor and Founder, Contemporary Psychiatry: A Journal of Critical review, Plenum Publishing Corporation, 1981 to 1991

Consultant, American Psychiatric Association Council on Psychiatry and Law, 1984 to 1991

Editor-in-Chief, Bulletin of the American Academy of Psychiatry and the Law, 1990 to 1999

Board Examiner, American Board of Psychiatry and Neurology

Editorial Consultant, Plenum Press, New York

## PAST POSITIONS HELD

Clinical Assistant, Department of Pathology, University of Chicago School of Medicine, Chicago, Illinois, 1949-1951

Staff Psychiatrist, Department of Justice, Medical Center for Federal Prisoners, Springfield, Missouri, 1953-1955

Assistant Professor, Department of Psychiatry, University of Wisconsin School of Medicine, Madison, Wisconsin, July 1958 - February 1960

Psychiatric Consultant, Wisconsin Diagnostic Center, July 1958 - February 1960

Psychiatric Consultant, Wisconsin School for Girls, July 1958-February 1960

Coordinator of Institution Services, Psychiatric Services, Wisconsin Division of Corrections, February 1960-January 1961

Clinical Assistant Professor, Department of Psychiatry, University of Wisconsin School of Medicine, Madison, Wisconsin, February 1960-May 1963

02/08/2001 13:21 FAX 9199290709           ☑002

Chief of Psychiatric Services, Wisconsin Division of Corrections, January 1961-May 1963

Member of Advisory Committee (Parole Board), Wisconsin Central State Hospital, February 1960-September 1972

Chief Psychiatric Consultant, Wisconsin Division of Corrections, May 1962-August 1972

Lecturer, Department of Sociology, University of Wisconsin, Madison, Wisconsin, 1963-1964

Associate Professor, Department of Psychiatry, University of Wisconsin School of Medicine, Madison, Wisconsin, May 1963-July 1966

Director, Student Health Psychiatry, University of Wisconsin, Madison, Wisconsin, May 1963-August 1972

Professor, Department of Psychiatry, University of Wisconsin School of Medicine, Madison, Wisconsin, July 1966-August 1972

Acting Chairman, Department of Psychiatry, University of Wisconsin School of Medicine, Madison, Wisconsin, December 1971-July 1972

Newspaper Columnist, Madison Capital Times and Chapel Hill Newspaper, September 1971-May 1973

Director of Residency Training, Department of Psychiatry, University of North Carolina School of Medicine, Chapel Hill, North Carolina, September 1972-April 1976

Consultant, Dorothea Dix Hospital, Forensic Unit, Raleigh, North Carolina, May 1973-May 1974

Member, Board of Directors, Consultant and Instructor, Southeast Institute, Chapel Hill, North Carolina, 1973-1979

Senior Editor, Aldine Annual of Crime and Justice, 1974-1976

Member, President's Commission of Mental Health, 1977

Consultant, Consultation Service for Psychiatry Residency Programs Under the Auspices of American Psychiatric Association Committee on Graduate Medical Education, 1981

Vice-Chairman, Department of Psychiatry, University of North Carolina School of Medicine, Chapel Hill, North Carolina, December 1983-June 1985

Acting Chair, Department of Psychiatry, University of North Carolina School of Medicine, Chapel Hill, North Carolina, July 1985-June 1986

02/08/2001 13:22 FAX  9199290709                                         ☑ 003

Associate Director for Recruitment, Residency Training Program, Department of Psychiatry, University of North Carolina School of Medicine, Chapel Hill, North Carolina, May 1976 to September 1990

Deputy Editor, Bulletin of the American Academy of Psychiatry and the Law, 1969

Book Review Editor, Journal for Academic Psychiatry, 1991-1998

Director of Psychiatry Liaison with Area Health Education Centers Program, University of North Carolina School of Medicine, Chapel Hill, North Carolina, 1986-1990

## POSITIONS ON EDITORIAL BOARDS

Member, Advisory Editorial Board of the International Journal of Family Therapy

Member, Editorial Board, American Journal of Psychotherapy

Member, Editorial Board, Bulletin of the Menninger Clinic

Member, Editorial Board, Journal of Psychiatry and the Law

Member, Editorial Board, Psychiatry Digest

Member, Editorial Board, Advocacy Now, Journal of Patient Rights and Mental Health Advocacy

Member, Editorial Board of Human Motivation (Publication Sponsored by Self-Esteem Institute)

Advisory Editor, International Journal of Family Therapy

Member, Editorial Board, Journal of Family and Child Mental Health

Member, Editorial and Advisory Board, Journal of Law-Psychology Program, University of Nebraska-Lincoln

Consulting Editor, Bulletin of the Menninger Clinic, January 1986 to Present

## PROFESSINAL MEMBERSHIPS

American Psychiatric Association
American Association of Directors of Psychiatric Residency Training
North Carolina Psychiatric Association
American Medical Association
Durham-Orange County Medical Society
American Academy of Psychiatry and the Law
American Society of Criminology

02/08/2001 13:22 FAX  9199290709                                              ☑ 004

National Council on Crime and Delinquency
Wisconsin Psychiatric Association (inactive)
Dane County Medical Society (inactive)
Isaac Ray Society (inactive)

## CURRENT OFFICES HELD

Member, Advisory Research Council, Federal Bureau of Prisons, 1983 to 1990
Member, American Psychiatric Association Commission on Judicial Action, 1985 to 1990
Chairman, American Psychiatric Association Task Force on Uses and Misuses of Psychiatric
  Diagnosis in the Legal Process, 1988 to 1990

## PAST OFFICES HELD

Member, Board of Directors, American Society of Criminology

Membership Secretary, Isaac Ray Society

Counselor, Southern Wisconsin Psychiatric Association

Member, Professional Advisory Committee, Dane County Association for Mental Health

Member, Committee on Legal Medicine, Wisconsin Medical Association

Member, Sub-Committee on Correctional Psychiatry of the Committee on Law and Psychiatry,
American Psychiatric Association 1968

Member, Executive Board, American Association of Directors of Psychiatric Residency
Training, 1973-1986

Member, Board of Trustees, Orange County Mental Health Association, 1975-1976

Member, Committee on Graduate Education, American Psychiatric Association, 1976-1978

Chairman, Committee on Graduate Education, American Psychiatric Association, 1976-1978

Member, Board of Directors, National Council on Crime and Delinquency, 1976-1985

Member, Commission on the Integration of Psychiatric Therapies, American Psychiatric
Association, 1977-1985

Member, Program and Policy Committee, National Council on Crime and Delinquency, 1978

Program Chairman, American Association of Directors of Psychiatric Residency Training, 1978

Member, Ad Hoc Committee on Sentencing, National Council on Crime and Delinquency, 1979

5

02/08/2001 13:22 FAX  9199290709                                                          ☑005

President-Elect, American Association of Directors of Psychiatric Residency Training, 1979-1980

President, American Association of Directors of Psychiatric Residency Training, 1980-1981

Member, Group for the Advancement of Psychiatry (GAP) Committee on Psychiatry and the Law, 1980-1984

Chairman, Task Force on the Role of Psychiatrists in the Sentencing Process of Criminal Offenders, American Psychiatric Association, 1981

Member, North Carolina Neuropsychiatric Association Committee on Psychiatry and the Law, 1981

Member, Ad Hoc Committee on Racism and the Criminal Justice System, National Council on Crime and Delinquency 1981

Member, Program Services Committee, National Council on Crime and Delinquency, 1982

## PUBLICATIONS - ARTICLES

1.  Halleck, S.L., The Role of the Psychiatrist in Residential Treatment of Delinquents. Journal of Social Therapy, Vol. 4, N. 4, 1958.

2.  Halleck, S.L. and Hersko, M., The Family Physician and the Adolescent Delinquent. Journal of American Medical Association, Vol. 170, July 4, 1959, 1153-1156.

3.  Halleck, S.L., The Criminal's Problem with Psychiarty, Psychiarty: Journal for Study of Interpersonal Processes, Vol. 23, No. 4, November 1960.

4.  Halleck, S.L., and Pacht, A.R., Current Status of the Wisconsin State Sex Crimes Law. Wisconsin Bar Bulletin, December 1960.

5.  Halleck, S.L., Hersko, M., Rosenberg, M. and Pacht, A., Incest: A Three-Way Process. Journal of Social Therapy, Vol. 7, No. 1, 1961.

6.  Halleck, S.L., The Initial Interview with the Offender. Federal Probation, March, 1961.

7.  Halleck, S.L., Pacht, A.R. and Ehrmann, J.C., Diagnosis and Treatment of the Sexual Offender: A Nine-Year Study. Americal Journal of Psychiatry, January 1962.

8.  Halleck, S.L., Juvenile Delinquents: "Sick" or "Bad." Social Work: Journal of the National Association of Social Workers, Vol. 7, April 1962.

6

9.   Halleck, S.L., Physicians' Role in Management of Victims of Sex Offenders. Journal of the American Medical Association, April 1962.

10.   Halleck, S.L. and Hersko, M., Homosexual Behavior at a Training School for Adolescent Girls. American Journal of Orthopsychiatry, Vol. 32, October 1962.

11.   Halleck, S.L. and Woods, S.W., Emotional Problems of Psychiatric Residents, Psychiatry: Journal for the Study of Interpersonal Processes, Vol. 25, November 1962.

12.   Halleck, S.L. and Miller, M.H., Critics of Psychiatry: A Review of Contemporary Critical Literature. The American Journal of Psychiatry, January 1963.

13.   Halleck, S.L., Impact of Professional Dishonesty on Behavior of Disturbed Adolescents. Social Work: Journal of the National Association of Social Workers, Vol. 8, April 1963.

14.   Halleck, S.L. and Miller, M.H., The Psychiatric Consultation. American Journal of Psychiatry, August 1963.

15.   Halleck, S.L. and Woods, S.W., Dissocial Behavior on a University Campus. Journal of Personnel Guidance, 1963.

16.   Halleck, S.L., Thurrell, R.J. and Johnson, A., Psychosis in Prison. Journal of Criminal Law and Criminology, Vol. 56, No. 3, 1965.

17.   Halleck, S.L., American Psychiatry and the Criminal: A Historical Review. Published as a special supplement to the American Journal of Psychiatry, March 1965.

18.   Halleck, S.L., Psychotherapy, Freedom and Crime, The Bulletin of the Menninger Clinic, May 1966.

19.   Halleck, S.L., A Critique of Psychiatry in the Legal Process. Wisconsin Law Review, June 1966.

20.   Halleck, S.L. and Pacht, A., Clinical Services to a Correctional System, Journal of National Council on Crime and Delinquency, 1966.

21.   Halleck, S.L., Review of Psychoanalysis, Psychiatry and Law. Contemporary Psychology, 1967.

22.   Halleck, S.L., The Impact of Post World War II on American Youth. Duke University Symposium, 1967.

23.   Halleck, S.L. and Miller, M.H., Medical Critics of Psychiatry, Psychiatry Digest, July 1967.

7

02/08/2001 13:23 FAX 9199290709                                                    ☑006

24.   Halleck, S.L., Hysterical Personality Traits, Archives of General Psychiatry, Vol. 16, June 1967, 750-757.

25.   Halleck, S.L., Sex and Mental Health on the Campus. Journal of American Medial Association 8:200, May 22, 1967, 684.

26.   Halleck S.L., Management of Dangerous Behavior on a University Campus. American Journal of Psychiatry, November 1967.

27.   Halleck, S.L., Student Dissent. Think Magazine, November-December 1967.

28.   Halleck, S.L., The Roots of Student Despair. Think Magazine. November-December 1967.

29.   Halleck, S.L., The Process of Youthful Unrest. Proceedings of the New York State Association for Mental Health, Inc., 1968. Also presented to the President's Commission on Violence.

30.   Halleck, S.L., Marijuana and LSD on the Campus. Proceedings of the American Correctional Association, 1968.

31.   Halleck, S.L., Sexual Problems of College Students. Medical Aspect of Human Sexuality, May 1968.

32.   Halleck, S.L., The Road to Choas. Psychiatry and Social Science Review, July 1968.

33.   Halleck, S.L., Hypotheses of Student Unrest. National Educational Association Journal, August, 1968.

34.   Halleck, S.L., Students and the Draft. Progressive Magazine, September 1968.

35.   Halleck, S.L., Psychiatry and the Status Quo. Archives of General Psychiatry, September 1968.

36.   Halleck, S.L., Student Values in a Changing World. Think Magazine, September-October 1968.

37.   Halleck, S.L., The Psychiatrist and the Legal Process. Psychology Today, February 1969.

38.   Halleck, S.L., The Reform of Mental Hospitals. Psychology Today, March 1969.

39.   Halleck, S.L., Corrections in a Democratic Society. Presented to Center for Study of Democratic Institutions; Synopsized in the Center Magazine, April 1969.

40.   Halleck, S.L., Sex and Power. Medical Aspects of Human Sexuality, October 1969.

8

02/08/2001 13:23 FAX  9199290709                                                  ☑ 007

41.     Halleck, S.L., The Price Youth Pays for Freedom. Think Magazine September 1969.

42.     Halleck, S.L., Style of American Life. Psychology Today, November 1969.

43.     Halleck, S.L., Bolamn, W.M., Rice, D.G. and Ryan, L.M., An Unintended Side Effect in a Community Psychiatry Program. Archives of General Psychiatry, Vol. 20, May 1969.

44.     Halleck, S.L., The Power of the Psychiatric Excuse. Marquette Law Review. Vol. 52, No. 2, 1970.

45.     Halleck, S.L., The Great Drug Education Hoax. Progressive Magazine, February 1970.

46.     Halleck, S.L., Relevancy in the Behavioral Sciences. The Relevant Scientist, 1970.

47.     Halleck, S.L., The Changing Nature of Student Psychiatry in An Era of Political Awareness. American Journal of Psychotherapy, Vol. 24, No. 4, October 1970.

48.     Halleck, S.L., Why Adults Hate Kids. Think Magazine, November-December 1970.

49.     Halleck, S.L., Therapy is the Handmaiden of the Status Quo. Psychology Today, April 1971.

50.     Halleck, S.L., The Uses of Psychiatry. Progressive Magazine, September 1971.

51.     Halleck, S.L., Psychiatry and Correctional Justice. Bulletin of Menninger Clinic, Vol. 35, No. 6, November 1971, 402-407.

52.     Halleck, S.L., Stress and the College Student. Nutshell Magazine, 1971-1972.

53.     Halleck, S.L., Crime and the Dilemmas of Psychiatry. Essay Book Review, Psychiatry and Social Science Review, January 1972.

54.     Halleck, S.L., The Student Movement. College Physical Education, Proceedings of the 1972 Mid-American Conference, Washington, D.C., AAHPER, 1973.

55.     Halleck, S.L., Sociologic and Psychologic Stress in Adolescence. Current Medical Digest, September, 1973.

56.     Halleck, S.L., The Future of the Mental Health Professions, Psychiatric Opinion, February 1974.

57.     Halleck, S.L., (Editor), A Re-Examination of the Concept of Rehabilitation. Psychiatric Annals, Vol. 4, No. 3, March 1974, 61-85.

58. Halleck, S.L., Legal and Ethical Aspects of Behavioral Control. American Journal of Psychiatry 131:4, April 1974.

59. Halleck, S.L., A Troubled View of Current Trends in Forensic Psychiatry. The Journal of Psychiatry and Law, Summer 1974.

60. Halleck, S.L., Future of Psychiatry. Bulletin of Menninger Clinic, November 1974.

61. Halleck, S.L., Introduction to Aldine Annual of Crime and Criminal Justice, 1974.

62. Halleck, S.L., Voyeurism and Exhibitionism in Adolescents. Medical Aspects of Human Sexuality, Vol. 9, No. 5, May 1975, 75-76.

63. Halleck, S.L., Socially Reinforced Obsessing. Journal of Consulting and Clinical Psychology, Vol. 44, No. 1, February 1976, 146-147.

64. Halleck, S.L., Another Response to Homosexuality: The Ethical Challenge. The Journal of Consulting and Clinical Psychology, Vol. 44, No. 2, April 1976, 167-170.

65. Halleck, S.L., The Medical Model in Psychiatric Training. American Journal of Psychotherapy, Vol. 30, No. 2, April 1976, 218-235.

66. Halleck, S.L., Family Therapy and Social Change. Social Casework, Vol. 57, No. 8, October 1976, 483-493.

67. Halleck, S.L., Psychodynamic Aspects of Violence. Bulletin of the American Academy of Psychiatry and Law, Vol. 4, No. 4, 1977, 328-335, Symposium Issue from Violence in Families.

68. Halleck, S.L., Can We Fit the Treatment to the Patient? Current Methodological and Theoretical Problems. Bulletin of the Menninger Clinic, Vol. 41, No. 4, July 1977, 303-328.

69. Halleck, S.L. and Witte, A.D., Is Rehabilitation Dead? Crime and Delinquency, published by the National Council on Crime and Delinquency, October 1977, 372-382.

70. Halleck, S.L., Book Review of The Criminal Personality, A Profile for Change, Vol. 1, by Samuel Yochelson and Stanton Samenow, published by Aronson Publishers, New York, 538 pp. Review in the Bulletin of the Menninger Clinic, Vol. 42, No. 1, January 1978.

71. Halleck, S.L., Psychotherapy in the Correctional Setting: Problems and Prospects. Quarterly of Clinical Criminology, published by the Ministry of Justice, April 1978, 141-154.

10

72.    Halleck, S.L.,The Internship Year: A Negative View. In the Opinion and Comment Section of the American Journal of Psychiatry, 135:10, October 1978, 1202-1205.

73.    Halleck, S.L., Violence in Families. Continuing Education for the Family Physician, Vol. 9, No. 5, November 1978, 26-39.

74.    Halleck, S.L., Editorial on Psychiatry and the Prisoner. American Journal of Psychiatry, 137:5, 603-604, May 1980.

75.    Halleck, S.L., Editorial on the Ethics of Anti-Androgen Therapy. American Journal of Psychiatry, May 1981.

76.    Halleck, S.L., Covert Values in the Treatment of Psychosis. American Journal of Psychotherapy, May 1981.

77.    Halleck, S.L. and Halleck, H., Vengeance and Victimization. Victimology: An International Journal, May 1981.

78.    Halleck, S.L., The Concept of Responsibility in Psychotherapy. American Journal of Psychotherapy, Vol. 36, 292-303, July 1982.

79.    Halleck, S.L., Malpractice in Psychiatry. Psychiatric Clinics of North America, Vol. 6, No. 4, 567-575, 1983.

80.    Halleck, S.L., The Ethical Dilemmas of Forensic Psychiatry: A Utilitarian Approach. Bulletin of American Academy of Psychiatry and the Law, Vol. 12, No. 3, 279-288, 1984.

81.    Halleck, S.L., Responsibility and Excuse in Medicine and Law: A Utilitarian Perspective. Journal of Law and Contemporary Problems, Vol. 49, No. 3, 127-146, Summer 1986.

82.    Halleck, S.L., Which Patients are Responsible for Their Illnesses? American Journal of Psychotherapy, Vol. 42, No. 3, 338-353, July 1988.

83.    Halleck, S.L., Mental Distress in the Workplace: Legal and Medical Aspects. Journal of Occupational Problems in Medical Practice, Vol. 5, No. 1, 1990.

84.    Halleck, S.L., Dissociative Phenomena and the Question of Responsibility. The International Journal of Clinical and Experimental Hypnosis, Vol. 38, No. 4, 298-314, 1990.

85.    Halleck, S.L., Hoge, S.K., Miller, R.D., Sadoff, R.L. and Halleck, N.H., The Use of Psychiatric Diagnoses in the Legal Process: Task Force Report of the American Psychiatric Association, Vol. 20, No. 4, 481-499, 1992. Bulletin of the American Academy of Psychiatry and Law.

11

86.   Halleck, S.L., Clinical Assessment of Voluntariness of Behavior, Vol. 20, No. 2, 221-236, 1992. Bulletin of the American Academy of Psychiatry and Law.

87.   Halleck, S.L., The Perils of Being a Plaintiff: Impressions of a Forensic Psychiatrist, Clinical Orthopedics and Related Research, No. 338, 1997, 72-78 pp.

88.   Halleck, S.L., American Psychiatric Association Resource Document on Peer Review Expert Testimony, Journal of the American Academy and the Law, Vol. 25, No. 3, 1997, 359-374 pp.

## PUBLICATIONS - CHAPTERS IN BOOKS

1.   Halleck, S.L., Pacht, A. and Ehrmann, J.C., Psychiatric Treatment of the Sex Offender. Edited by Jules Masserman, Chapter in Current Psychiatric Therapy, 1961.

2.   Halleck, S.L., American Psychiatry and the Criminal: A Historical Review. Edited by Jules Masserman, Chapter in Current Psychiatric Therapy, 1964.

3.   Halleck, S.L., Community Psychiatry: A Troubled Viewpoint. Chapter in Community Psychiatry, edited by Roberts and Loeb. University of Wisconsin Press, 1966.

4.   Halleck, S.L., The Problem of Victimization. Chapter in Treatment of Sex Offenders, edited by Ralph Slovenko. Charles C. Thomas, 1966.

5.   Halleck, S.L., Corrections in a Democratic Society. Chapter in Aggression and Violence. American Medical Association, 1969.

6.   Halleck, S.L., Chapter on Critical Evaluations on the Crime of Punishment: The Goal of Protection. International Journal of Psychiatry, Vol. 9, 1970-1971, edited by J. Aronson, Science House, New York.

7.   Halleck, S.L., Mental Health. Chapter in Health Today, CRM Books, 1972.

8.   Halleck, S.L., The Therapeutic Encounter. Chapter in Sexual Behavior, edited by H.L.P. Resnick and M. Wolfgang, Boston, Mass., Little and Brown, 1972.

9.   Halleck, S.L., Delinquency. Chapter in Handbook of Child Psychopathology, edited by Wolman, McMillan, 1973.

10.   Halleck, S.L., Alienation of Affluent Youth, Revised. Chapter in World Biennial of Psychiatry, Vol. II, edited by Silvanio Arieti, New York, Basic Books, 1971.

11.   Halleck, S.L., The Counselor as Double Agent. Chapter in New Directions for College Counselors, edited by C.F. Warnath, San Francisco, Jossey-Bass, 1973.

12

12. Halleck, S.L., The Future of Indeterminate Confinement. Chapter in The Mentally Disordered Offender, C. Thomas, 1974.

13. Halleck, S.L., A Multi-Dimensional Approach to Violence. Chapter in Violence and Criminal Justice, edited by D.V. Chappel and J. Monchaz, Massachusetts, Lexington Books, 1974.

14. Halleck, S.L., Psychological Stress in the Campus Community: A Conversation with Joseph Katz, Seymour Halleck and Nevitt Sanford. Chapter in Community Psychology Series, Vol. 3, American Psychological Association, Div. 27, Bernard L. Bloom, 1975, 246-276.

15. Halleck, S.L., Emotional Problems of the Graduate Student. Chapter in Scholars in the Making, The Development of Graduate and Professional Students, edited by Joseph Katz and Rodney Hartnett, Cambridge, Massachusetts, Ballinger Publishing Company, 1976, 161-176.

16. Halleck, S.L., Chapter 22 on "The Role of the Psychiatrist in the Criminal Justice System" in section entitled The Psychiatrist as Educator and Therapist, 933-949, in Controversies in Psychiatry, edited by John Paul Brady and H. Keith, H. Brodie, W.B. Saunders Company, Philadelphia, 1978.

17. Halleck, S.L., Response to Presentation on "Knowing, Reaching and Serving the Wounded, Disadvantaged and Vulnerable of Our World" by Margaret Mead at the World Federation on Mental Health Meeting in Vancouver, British Columbia in August 1977. In Today's Priorities in Mental Health: Knowing and Doing, edited by Morton Beiser, Robert Krell, Tsung-Yi Li and Milton Miller, Symposium Specialists, Miami, Florida, May 1977, 69-72. (Title of journal changed in 1979. Publication now called Rassegna Penitenziaria E Criminologia.)

18. Halleck, S.L., Psychiatry and Social Control: Two Contradictory Scenarios. Chapter in The Human Mind Revisited, Essays in Honor of Karl A. Menninger, 433-449, edited by Sydney Smith, International Universities Press, Inc., New York, October 1978.

19. Halleck, S.L., Violence: Treatment Versus Correction. Chapter in Violence: Perspectives on Murder and Aggression, 377-393, edited by Irwin Kutash, Samuel B. Kutash and Louis B. Schlesinger, San Francisco, The Jossey-Bass Social and Behavioral Science Series, Jossey-Bass Publishers, Inc., November 1978.

20. Halleck, S.L., The Future of Psychiatric Criminology. Chapter in Biology and Crime, Vol. 10, Sage Research Progress Series in Criminology, 139-158, edited by C. Ray Jeffrey, Beverly Hills, California, Sage Publishers, Inc., 1979.

21. Halleck, S.L., Malpractice in Psychiatry. Chapter in New Directions for Mental Health Services, No. 4, 69-89, edited by H. Richard lamb, San Francisco, Jossey-Bass Publishers, Inc., 1979.

13

22.    Halleck, S.L., Social Violence and Aggression. Chapter 56 in Third Edition of the Comprehensive Textbook of Psychiatry, 3149-3155, edited by Harold I. Kaplan, Alfred M. Freedman and Benjamin J. Sadock, Williams and Wilkins Company, July 1980.

23.    Halleck, S.L., Ethical Aspects of Diagnosis and Treatment. Chapter in Current Psychiatric Therapies. Vol. 20, pp. 167-176, edited by Jules H. Masserman, M.D., New York, Grune and Stratton, 1981.

24.    Halleck, S.L., Psychotherapy Research: Methodological and Efficacy Issues, American Psychiatric Association Commission of Integration of Psychotherapies, XV +261 pp., American Psychiatric Association, 1982.

25.    Halleck, S.L., The Role of the Psychiatrist in the Criminal Justice System. Chapter 27 in Psychiatry 1982: The American Psychiatric Association Annual Review, 381-396, edited by Lester Grinspoon, M.D., American Psychiatric Press, Inc., Washington, D.C., 1982.

26.    Halleck, S.L., Psychiatry in the Sentencing Process. Chapter in Issues in Forensic Psychiatry. 181-215, A Report of the Task Force on the Role of Psychiatry in the Sentencing Process (with Paul Appelbaum, M.D., Jonas Rappeport, M.D. and George E. Dix), American Psychiatric Press Inc., Washington, D.C., 1984.

27.    Halleck, S.L., The Assessment of Responsibility in Criminal Law and Psychiatric Practice, Chapter 6 in Law and Mental Health. International Perspectives, Vol. 1, 193-220, edited by David N. Weisstub, Pergamon Press, New York, 1984.

28.    Halleck, S.L., Forensic Psychiatry. Chapter in Core Readings in Psychiatry: An Annotated Guide to the Literature. 461-465, edited by Michael H. Sacks, M.D., William H. Sledge, M.D., and Phyllis Rubinton, M.L.S., Praeger Publications, New York, 1984.

29.    Halleck, S.L., Treatment Planning. Chapter in Vol. 1. The Somatic Therapies in The Psychiatric Therapies. A Report by the American Psychiatric Association Commission on Psychiatric Therapies, Chaired by Tokoz B. Karasu, M.D., American Psychiatric Press, Inc., Washington, D.C., 1984.

30.    Halleck, S.L. and Walker, P.A., A Working Model Program in Linking Academic and State Service Agencies in Psychiatric Residency Training in North Carolina, Chapter in Working Together: State-University Collaboration in Mental Health, edited by John A. Talbott and Carolyn B. Robinowitz, American Psychiatric Press, Inc., Washington, D.C., 54-59, 1986.

31.    Halleck, S.L., Criminal Responsibility, Chapter 22 in Review of Psychiatry, Vol. 8, 451-466, edited by Allan Tasman, M.D., Robert E. Hales, M.D., and Allen J. Frances, M.D., American Psychiatric Press, Inc., Washington, D.C., 1989.

32.    Halleck, S.L., Forensic Psychiatry. Chapters in Case Reading In Psychiatry: An Annotated Guide to the Literature. 2d Edition, A.P.A. Press, in press.

14

33. Halleck, S.L., The Post World War II History of Forensic Psychiatry, in The Post World War II History of Psychiatry, Eitors: Nemian, J. and Menninger, R., A.P.A. Press, in press.

## PUBLICATONS-EDITORIALS

Over 40 editorials published by Contemporary Psychiatry: A Journal of Critical Review, Plenum Publishing Corporation, New York.

## PUBLICATIONS - BOOKS

1. Halleck, S.L., Roberts, L. and Loeb, M. (editors). Community Psychiatry, University of Wisconsin Press, 1966.

2. Halleck, S.L., Psychiatry and the Dilemmas of Crime, Harper and Row, April 1967.

3. Halleck, S.L. and Bromberg W. (editors). Current Issues in Psychiatric Criminology, Charles C. Thomas, 1969.

4. Halleck, S.L., The Politics of Therapy, Science House, 1971.

5. Halleck, S.L., (editor), Aldine Annual of Crime and Criminal Justice, 1973.

6. Halleck, S.L., (senior editor), Aldine Annual of Crime and criminal Justice, 1974.

7. Halleck, S.L., The Treatment of Emotional Disorders, New York: Jason Aronson Publishers, January 1978, 526 pp.

8. Halleck, S.L., Law in the Practice of Psychiatry, New York: Plenum Publishing Corporation, July 1980, 294 pp.

9. Halleck, S.L., Karasu, T.B., et al. The Psychiatric Therapies, Vol 1, The Somatic Therapies, and Vol. 2, The Psychosocial Therapies, American Psychiatric Press, Inc., Washington, D.C., 1984, 908 pp.

10. Halleck, S.L., The Mentally Disordered Offender, National Institute of Mental Health, Rockville, M.D., 1986.

11. Halleck, S.L., Evaluation of the Psychiatric Patient: A Primer, Plenum Medical Book Co., New York, 1991, 216 pp.

15

02/08/2001 12:17 FAX 9198280709                    007

## ADDENDUM TO CURRICULUM VITAE
### Seymour L. Halleck, M.D.

While the enclosed C.V. is fairly accurate, it may not provide a clear picture of my current professional activities. I retired from my full-time position at the University of North Carolina in September 1995. I continued to do a moderate amount of teaching and some patient care under University auspices for about a year afterwards. I also began to expand a forensic psychiatry practice which included both criminal and civil cases. I continued to serve as a consultant to the Federal Bureau of Investigation and occasional teacher at a nearby Federal prison. (These activities began before my retirement but are not noted in my old C.V.) From 2002 to 2004 I served as a Federal Monitor to the Ohio Department of Corrections.

By 1996 I stopped my private clinical practice, began to cut back on my University teaching and stated practicing forensic psychiatry independent of the University. I still do occasional teaching at the University of North Carolina Law School and Medical School and still carry the title of Professor of Psychiatry.

My forensic practice has been successful and has brought me several honors. I was editor of the Journal of the *American Academy of Psychiatry and Law* between 1990 and 1999 and have been listed in *Best Doctors in America* under Forensic Psychiatry since 1997. Two years ago I received the "Golden Apple" award from the American Academy of Psychiatry and Law.

Seymour L. Halleck, M.D.

16