IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA ) 
) 
) 
v. ) CRIMINAL NO. 4:02-992
) 
) 
CHADRICK E. FULKS ) 
) 

## DECLARATION OF MARGARET MELIKIAN

1.     My name is Margaret Melikian. My curriculum vitae is attached as Exhibit A. I am an Assistant Professor of Psychiatry and Behavioral Sciences at the Medical University of South Carolina. I have also served as the Program Director of Forensic Psychiatry at the Medical University of South Carolina.

2.     I received my Doctor of Osteopathic Medicine in 1997 from the Oklahoma State University College of Osteopathic Medicine. I then did a residency in general psychiatry at the Medical University of South Carolina. After my residency in general psychiatry, I completed a fellowship in forensic psychiatry at the University of South Carolina.

3.     My research and work has focused on forensic inpatient care, evaluation of competency of criminal defendants to stand trial, criminal responsibility evaluations, evaluation of sexually violent predators, and evaluation of criminal defendants scheduled to be executed.

4.     I was asked by John Blume to assess Chad Fulks for cognitive deficits and mental illness. After I presented my findings to Mr. Blume, I was asked to testify at Chad Fulks' sentencing hearing. I was present in the federal courthouse and was prepared to give my opinions on these matters to the jury. I was not called by Mr. Blume at the sentencing hearing.

1

PA Document #3

5.      In preparation for my assessment, I interviewed and examined Chad Fulks on December 9, 2003 and December 11, 2003. I also reviewed various records, literature, and consulted with Mr. Fulks' trial counsel.

6.      It is my opinion that Chad Fulks meets the diagnostic criteria for Axis I diagnosis of Cognitive Disorder, Not Otherwise Specified (NOS). Cognitive Disorder, NOS is diagnosed when a patient has a syndrome of cognitive impairment that does not meet the criteria for delirium, dementia, or amnesic disorders. The impairment is often due to a specific medical condition and/or a pharmacological reaction. Mr. Fulks' cognitive problems include low IQ, difficulties concentrating or paying attention, visual and motor abnormalities, and limited reasoning and problem solving skills. These deficits showed up very early in his childhood and in his poor performance in school. Mr. Fulks was slow to walk and talk, required special education placement by the fourth grade, had a speech impediment, and tested for a very low IQ. Mr. Fulks' cognitive dysfunction is due to the direct effect of general medical conditions. Medical conditions affecting his cognitive ability are fetal alcohol spectrum disorder, chronic substance abuse, and multiple head injuries.

7.      It is my opinion that Mr. Fulks meets the diagnostic criteria for Axis I diagnosis of Major Depressive Disorder. Major Depressive Disorder is a condition characterized by a long-lasting depressed mood or marked loss of interest or pleasure in activities. These symptoms are sufficiently severe to interfere with the patient's daily functioning. Mr. Fulks attempted suicide on two occasions at the ages of 13 and 16. During my evaluation, Mr. Fulks presented with a sad mood, decreased appetite, poor sleep, poor concentration, and feelings of worthlessness and guilt. He has been on antidepressant medication and has had improvement in his symptoms.

2

8.      It is my opinion that Mr. Fulks meets the diagnostic criteria for Axis I diagnosis of Adjustment Disorder with Anxiety.  Adjustment Disorder with Anxiety is a condition in which the patient continues to feel nervous, worried, or afraid after a stressful event or events. Mr. Fulks' required the medication Klonopin for his anxiety.  Klonopin is a benzodiazepine, which, in my experience, is rarely given to inmates unless they present with the most serious indicators of anxiety.  Mr. Fulks also reported a history of problems with anxiety prior to his incarceration.  He reported being diagnosed with panic disorder between the ages of 13 and 14. Mr. Fulks reported increased anxiety, believing others are talking about him and having trouble functioning in groups.  He described separation anxiety and would hide from the school bus to avoid leaving his mother.  Based on my observation and assessment, Mr. Fulks displayed an excessive amount of anxiety given his situation.

9.      Mr. Fulks used illicit substances in amounts or duration that did not meet the criteria for specific Axis I diagnosis.  Mr. Fulks began using LSD at age 16.  He used this approximately 2 times a week by placing it in eye drops.  He reported visual hallucinations while intoxicated and denied flashbacks.  Mr. Fulks began abusing Lortab (a narcotic) at age 16.  He used this narcotic approximately one time per week.  Mr. Fulks also reported inhaling gas and paint fumes on numerous occasions at age 14.

10.     Mr. Fulks meets the diagnostic criteria for Axis I diagnosis of Amphetamine Dependence.  Amphetamines are addictive stimulants and extensive use can result in both physical and psychological addiction.  This means that, without the substance, a person will feel that he cannot function properly.  Additionally, when abruptly stopping use, the person will also experience physical symptoms of withdrawal.  Mr. Fulks has a long history of amphetamine abuse.  At age 17 be began using crack cocaine and used it approximately two times per week.

3

He also used powder cocaine for 2 to 3 months on a daily basis. He also reported snorting Ritalin on occasion. He began smoking crystal methamphetamine at age 21 and smoked on a daily basis for 2 years. He has built up a tolerance to the affect of amphetamines, has had withdrawal symptoms, has used increasing amounts, and has given up other activities in order to use the substances.

11.     It is my opinion that Mr. Fulks meets the diagnostic criteria for Axis I diagnosis of Cannabis Dependence and Alcohol Dependence. Mr. Fulks began using cannabis and alcohol at a young age and was eventually able to use large amounts with a lesser effect than most people. He began smoking marijuana at age 10 and would smoke approximately 10 joints per day. He would also lace his marijuana with embalming fluid. Mr. Fulks began drinking alcohol at age 10 and also consumed moonshine. He reported drinking on a daily basis starting at age 14. He has built up a tolerance to the affect of these substances, has had withdrawal symptoms, has used increasing amounts, and has given up other activities in order to use the substances.

12.     Mr. Fulks meets the diagnostic criteria for Axis II diagnosis of Anti-Social Personality Disorder. Anti-Social Personality Disorder is a condition characterized by a persistent disregard for, and violation of, the rights of others that begins in childhood or early adolescence and continues into adulthood. Deceit and manipulation are central features of this disorder. Mr. Fulks exhibited disruptive behavior before the age of 15, such a lying, running away from home, fighting, and failing to conform to the social norms with respect to lawful behavior. As an adult, Mr. Fulks has continued these patterns formed in childhood. People who grow up in abusive or neglectful environments, such as Mr. Fulks, are at higher risk for this disorder. Mr. Fulks' substance abuse history contributes to his personality difficulties. While lack of remorse is significant factor in the diagnosis, it should be noted that Mr. Fulks does show

remorse and due to his upbringing he was taught and encouraged to steal by his family. His childhood environment had little structure; his mother and father were frequently intoxicated and fought often in front of the children. The parents were often too hung over to make sure the children had food, were clean, and were in school. Further, because of his diminished cognitive ability, Mr. Fulks has many childlike, gullible, and suggestible qualities to his personality.

13.     Mr. Fulks' below average intelligence and impulsivity make it unlikely that he would be a leader among his peers.

14.     Mr. Fulks had several instances of sexual abuse by adults at a young age. A teenage babysitter performed oral sex on him at age 8 or 9. Around age 13 he was molested by a friend's father. At age 15 he moved in with a 28 year-old woman. At approximately at age 10, he was disciplined at school for pulling down the pants of another child, which may have been acting out due to his own sexual abuse. Mr. Fulks was raised in an environment with inappropriate sexual activity in the home and graphic sexual imagery adorning the walls.

15.     Mr. Fulks gave a history of excessive substance use around the time of the incident. Mr. Fulks reported snorting Ritalin just prior to escaping from the Hopkins County Detention Center. Shortly after escaping, Mr. Fulks and Brandon Basham went to a trailer owned by a Basham family member. There they found clothes and consumed one liter of whiskey. They then spent several days in a hotel drinking and smoking marijuana. Mr. Fulks then traveled to the home of his brother where they began smoking crystal methamphetamine. He reported obtaining 8 eight balls (approximately 3.5 grams each) and using 6 while in the Michigan area. He began having visual hallucinations after smoking crystal methamphetamine. Fulks and Basham took 2 eights balls with them when they left for Huntington, West Virginia. While driving they consumed another liter of whiskey. After checking into a motel in

Huntington, West Virginia, Mr. Fulks and his cohorts smoked $800.00 worth of crystal methamphetamine and smoked marijuana. After leaving Huntington and while driving to Little River, South Carolina, they consumed alcohol, marijuana and 2 eight balls. After leaving South Carolina, Mr. Fulks continued to use marijuana and crystal methamphetamine while driving. Upon arriving back in Huntington, West Virginia, Mr. Fulks and Basham went to Beth McGuffin's house where they continued to use various drugs. In addition, Mr. Fulks reported significant use of crack cocaine throughout the period after his escape. This continuous use of substances impaired his ability to sleep and he reported that he "didn't sleep for days on end." He reported using so many stimulants that the muscles in his jaw were clamped shut. He also reported visual hallucinations associated with his drug use. His significant use of substances made him more impulsive and impaired his judgment.

16.     I have reviewed the testimony of Donna Ward given at Mr. Fulks' sentencing hearing wherein Ms. Ward described a November 17, 2004 phone call allegedly made by Mr. Fulks while Brandon Basham was hiding from the police in the Ohio River. I am further aware that the prosecution used this call to argue that Mr. Fulks, without the aid of Basham, attempted to lure Ms. Ward's daughter out for a faux job interview. Donna Ward's testimony would not have altered the opinions I was prepared to give at the sentencing hearing. In fact, the Ward incident supports my assessment Mr. Fulks has cognitive deficits, poor judgment, and is not likely to be a leader among his peers.

6

In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

Margaret Melikian, D.O.

Signed before me this 27th day of
May , 2008


Notary Public for South Carolina
My Commission Expires: 9-25-12

7

# CURRICULUM VITAE
## Margaret Melikian, D.O.

| | |
|---|---|
| **Office Address:** | Medical University of South Carolina<br>Institute of Psychiatry<br>Suite 115 Annex 1     Office: 843/ 792-1461<br>67 President Street     Fax: 843/ 792-2254<br>P.O. Box 250861<br>Charleston, South Carolina, 29425 |
| **Medical License:** | South Carolina Medical License 0526<br>DEA and DHEC |
| **Board Certifications:** | Diplomate, **Psychiatry,** American Board of Psychiatry and Neurology, October 2002<br>Board Certified, **Forensic Psychiatry,** American Board of Psychiatry and Neurology, April 2003 |
| **Academic Appointments:** | **Assistant Professor, Psychiatry and Behavioral Sciences**<br>Medical University of South Carolina, Charleston, South Carolina<br>July 1, 2007 to present<br><br>**Program Director, Forensic Psychiatry** August 1, 2002 to January 31, 2007 Medical University of South Carolina, Charleston, South Carolina<br><br>**Assistant Professor, Psychiatry and Behavioral Sciences**<br>Medical University of South Carolina, Charleston, South Carolina<br>August 1, 2002 to January 31, 2007<br><br>**Associate Instructor, Neuropsychiatry and Behavioral Sciences**<br>Hall Psychiatric Institute, Columbia, South Carolina<br>March 1, 2002 to June 30, 2002 |
| **Post Doctoral Education:** | **Fellowship in Forensic Psychiatry**<br>University of South Carolina, Columbia, South Carolina<br>Training including acute forensic inpatient care; evaluation of competency to stand trial and criminal responsibility; expert testimony in General Sessions, Common Pleas and Probate Courts, workman's compensation and disability evaluations; sexually violent predator evaluations; competency to be executed evaluations; and medical malpractice cases.<br>Certificate conferred June 2002. |


EXHIBIT
A

Margaret Melikian, D.O.
Curriculum Vitae
Page 2

| | |
|---|---|
| **Education:** | **Post-Doctoral Residency in General Psychiatry**<br>Medical University of South Carolina, Charleston, South Carolina Completed an accredited psychiatry residency training program with training in all aspects of neuropsychiatry, including neurology, psychopharmacology, psychotherapy, psychiatric emergencies, addictions, psychopathology, consult-liaison, geriatrics and community mental health. Additional training included an elective fellowship in behavioral neurology and memory disorders.<br>Certificate conferred June 2001 |
| **Medical Education:** | **Oklahoma State University College of Osteopathic Medicine**<br>Tulsa, Oklahoma<br>Doctor of Osteopathic Medicine conferred May 1997<br>Grade Point Average: 3.72    Rank 11/88 |
| **Undergraduate Education:** | **University of Tulsa**<br>Tulsa, Oklahoma<br>Bachelor of Science in Electrical Engineering conferred 1986 |
| **Honors/Awards Residency:** | Golden Apple Award for Teaching 1997-1998<br>Circle of Excellence for Resident Teaching 1997-1998 |
| **Honors/Awards Medical School:** | The Psychiatry and Behavioral Sciences Department Award for Outstanding Academic Achievement 1997<br>Sigma Sigma Phi (AOA equivalent)<br>Deans Award for Academic Excellence 1993-1994 |
| **Publications:** | Principles of Suicide Risk Assessment. *Postgraduate Medicine.* 2002:112/3:65 Frierson RL, Melikian M, Wadman PG<br><br>Arnold-Chairi malformation and sleep-disordered breathing: Polysomnography of nine consecutive cases. *Sleep Research* 1997: 26:585 Rains JC, Melikian M, Breus MJ, Brown TM, Stephen PS, Ballilio E |
| **Research:** | Roskamp Laboratory for Biological Research in Psychiatry<br>University of South Florida, 1996<br>Tampa, Florida<br>Worked as research assistant in Alzheimer's lab performing PCR Cloning |

Margaret Melikian, D.O.
Curriculum Vitae
Page 3

| | |
|---|---|
| **Research (Cont'd):** | Sleep Disorders Associated with Neurologic Anomalies<br>University of Mississippi, 1995<br>Jackson, Mississippi<br>Compiled database from ten years of sleep study data<br><br>Hypoxia Recognition Training for Pilots<br>Oklahoma State University College of Osteopathic Medicine, 1994<br>Tulsa, Oklahoma<br>Acted as research subject and instructor for pilot education |
| **Forensic Experience:** | Completed over 150 court ordered Competency to Stand Trial and Criminal Responsibility evaluations of criminal defendants in South Carolina<br><br>Qualified as an Expert in Forensic Psychiatry in Federal Court, South Carolina General Sessions Court, Probate Court, Family Court and Court of Common Pleas |
| **Presentations:** | Grand Rounds, University of South Carolina Medical School, *Correctional Psychiatry*, Columbia, SC May, 2006<br><br>Day of Discovery, Institute of Psychiatry, Medical University of SouthCarolina, *Physician Serial Killers*, Charleston, SC March, 2006<br><br>Day of Discovery: Forensic Psychiatry, Medical University of South Carolina, *Psychiatry and the Death Penalty*, Charleston, SC May 2005<br><br>Invited Lecturer: Charleston Law School, *The Insanity Defense,* Charleston, SC April 2005<br><br>Ninth Annual Probate Court Seminar, *Commitments and Conservertorship,* Charleston, SC December 2004<br><br>Judges and Attorneys Substance Abuse and Ethics Seminar, *Finding Help for Your Client,* Charelston, SC 2004<br><br>Invited to Provide Testimony to South Carolina Senate Sub-Committee on Sexual Predators, Columbia, SC November 2004. |

Margaret Melikian, D.O.
Curriculum Vitae
Page 4

**Presentations**
      **(Cont'd):**    University of South Carolina Law School, *Forensic Psychiatry in South Carolina*, Columbia, SC June 2004

The American College of Osteopathic Neurologists and Psychiatrists Mid-Year Meeting & Scientific Seminar, Charleston, SC *The Insanity Defense*, April 2004

Forensic Day of Discovery, Medical University of South Carolina, *Violence Risk Assessment*, April 2003

Day of Discovery, Medical University of South Carolina, *The Insanity Defense,* November 2002

American Academy of Psychiatry and the Law, Annual Meeting, Newport Beach, California, *The Fetus-As-Person*, October, 2002.

Forensic Grand Rounds, William S. Hall Psychiatric Institute, *Civil Commitment Law Across the United States*, April 2002.

Special Topics Series, William S. Hall Psychiatric Institute, *Forensic Issues of Bestiality*, March 2002.

Invited Forensic Psychiatry Expert, United States Department of Justice, National Advocacy Center, July 2001 and September 2001.

Guest Lecturer - College of Charleston, Department of Psychology *Dementia,* November 2001.

Margaret Melikian, D.O.
Curriculum Vitae
Page 5

**Work Experience:** Forensic Psychiatry Fellowship: July 2001 to June 2002. William S. Hall Psychiatric Institute.

General Psychiatry Resident: July 1997 to June 2001. Medical University of South Carolina.

Consulting Engineer: Edeco Engineering Inc. Tulsa, Oklahoma. July 1989 to July 1990 and November 1991 to May 1993. Electrical and project engineering. Design of control systems for petrochemical facilities.

Pipeline Engineer: Sun Oil Inc. Tulsa, Oklahoma. July 1990 to November 1991. Operations engineer for petroleum pipeline and refinery.

Senior Electrical Engineer: Kerr McGee Coal and Uranium Corp. Oklahoma City, Oklahoma. June 1987 to June 1989. Control system design for both underground and surface coal mining and uranium processing.

Electronics Technician: Public Service Company of Oklahoma. Tulsa, Oklahoma. June 1984 to February 1987. Repair and installation of microwave radio and fiber optic telecommunications equipment.

**Committees:** Residency Selection Committee
Medical University of South Carolina
Department of Psychiatry and Behavioral Sciences
2002 - 2007

Residency Education Committee
Medical University of South Carolina
Department of Psychiatry and Behavioral Sciences
2002 - 2007

Peer Review Committee
Medical University of South Carolina
Department of Psychiatry and Behavioral Sciences
2004- 2007

Margaret Melikian, D.O.
Curriculum Vitae
Page 6

**Committees:**
     **(Cont'd)**     Appointment and Promotions Committee
                        Medical University of South Carolina
                        Department of Psychiatry and Behavioral Sciences
                        2004-2005