IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:02-992 |
| | ) | |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

**DECLARATION OF JAMES H. HILKEY**

1.      My name is James H. Hilkey.  My curriculum vitae is attached as Exhibit A.  I am a licensed practicing psychologist in Durham, North Carolina.  From 1980 to 1996, I was the Chief of Psychology Services with the Federal Bureau of Prisons in Butner, North Carolina.  I was responsible for the clinical and administrative supervision of twenty psychologists servicing the forensic/psychiatric in-patient unit, substance and sex offender programs, and general psychological services for the Federal Correctional Institution.  Prior to becoming the Chief of Psychology Services, I served as a supervisory clinical psychologist at FCI Butner from 1976 to 1980.  In this position, I was responsible for clinical and administrative services to an acute psychiatric in-patient population of mentally ill federal offenders.  I often conducted pre-trial forensic evaluations for the federal courts and the Witness Protection Program.  From 1973 to 1976, I was a staff psychologist for the substance abuse program at USP Terre Haute.

2.      In 1968, I received my B.A. degree in Psychology from Westmont College in Santa Barbara, California.  In 1970, I received my M.C. degree in Counseling Psychology from Arizona State University.  In 1975, I received my Ph.D. in Counseling Psychology from Indiana State University.

1

PA Document #4

3. I have served on the Federal Bureau of Prisons Task Force for Correctional Medical Center Design, the Federal Bureau of Prisons Standing Committee for Psychological Testing, and the Federal Bureau of Prisons Task Force for Critical Incident Debriefing. I have presented papers to the International Congress of Mental Health, the National Sheriffs' Association, the American Correctional Association, and the Southeastern Psychological Association.

4. My research and clinical work has focused on assessing and evaluating federal prisoners in a psychiatric in-patient setting.

5. I was asked by John Blume to perform a psychological evaluation on Chad Fulks to assess his psychological functioning as it pertains to the mitigating factors as defined in 18 U.S.C.A. § 3592.

6. I initially examined Mr. Fulks on August 12, 2003 at the Alvin S. Glenn Detention Center in Columbia, South Carolina. Mr. Fulks was further examined on August 13, 2003 at the Alvin S. Glenn Detention Center. Mr. Fulks was also examined on January 5, 2004 at the Columbia Care Center in Columbia, South Carolina, and on February 18, 2004 at the Federal Medical Center in Butner, North Carolina. Approximately fourteen hours were spent in direct examination of Mr. Fulks which included the administration of the following battery of psychological tests and assessment procedures:

      a. Wechsler Adult Intelligence Scale, Third Edition;

      b. Wide-Range Achievement Test, Third Edition;

      c. Bender Gestalt Visual Motor Test;

      d. Rey Fifteen Item Test;

      e. Personality Assessment Inventory;

      f. Millon Clinical Multiaxial Inventory, Third Edition;

g.    Minnesota Multiphasic Personality Inventory, Second Edition;

h.    Rorschach Projective Technique, Structurally Scored; and

i.    Mental status examination and clinical interviews.

I also reviewed medical, school, mental health, and criminal records pertaining to Chad Fulks.

7.    On the four occasions I examined Mr. Fulks, he presented as a dependent and primitive young man. His insight and judgment appeared generally poor. His behavior was consistent with an individual with significant personality and neurological problems. During our meetings, Mr. Fulks was fully oriented and was cooperative. During several of our longer sessions, Mr. Fulks became distracted but was able to return to task with minimal encouragement. Mr. Fulks presented as an isolated and dependent young man who appeared socially younger than his chronological age.

8.    Mr. Fulks admitted to a pronounced lack of stability during his early years, stating that his parents were heavy abusers of alcohol and that both parents were "mean" when drinking. Poor parental guidance including abusive punishment and sexually inappropriate behavior was cited. Mr. Fulks' parents had a very violent relationship which only worsened over the years. His mother was often seen with black eyes, cut lips, bruises, and other marks of violence. The children in the Fulks home were often without supervision and basic necessities such as food. The parents' desire for alcohol took precedence over providing a proper home environment.

9.    As a child, Mr. Fulks indicated that he felt depressed and estranged from other children because of his speech impediment and tattered clothing. Mr. Fulks failed the first grade and continued to struggle academically until he dropped out of school in the tenth grade. Mr. Fulks exhibited learning disabilities and was placed in special education programs for learning disabled and behaviorally disturbed children.

3

10. Mr. Fulks acknowledged a significant history of substance abuse beginning with inhaling petrochemicals and drinking moonshine liquor around the age of ten. Throughout his life, Mr. Fulks has used various drugs including LSD, prescription pain killers, marijuana, powder cocaine, crack cocaine, and methamphetamine.

11. As a teenager, Mr. Fulks attempted to commit suicide by a drug overdose and hanging.

12. Mr. Fulks has a history of head trauma and once suffered a gunshot wound to his shoulder.

13. The malingering assessment revealed no evidence of exaggeration of symptoms. This result increases the confidence placed in results of cognitive and personality testing.

14. Mr. Fulks was administered the Wechsler Adult Intelligence Scale, Third Edition, and the Wide-Range Achievement Test, Third Edition. These instruments were administered on August 12 and 13, 2003. Mr. Fulks obtained a full-scale IQ score of 78, placing him in the borderline range of intelligence. This is a global assessment of his problem-solving skills; a score in the range places him in the seventh percentile of his peers. There is a 95% chance that his true IQ falls between 74 and 83. Academic achievement is measured on the Wide-Range Achievement Test, Third Edition. It indicated that Mr. Fulks is able to read at an eighth grade level and spell at a fifth grade level, and complete arithmetic problems at a sixth grade level.

15. Mr. Fulks was initially administered three separate personality tests, the Millon Clinical Multiaxial Inventory, Third Edition, the Personality Assessment Inventory ("PAI"), and the Rorschach. The validity of Mr. Fulks' responses to the items on the PAI fell in the normal range suggesting that he did not over-report or under-report psychopatholgy. His PAI profile was marked by significant elevations across several scales, including a broad range of clinical features and increasing the possibility of multiple diagnoses. His profile type is associated with

4

marked distress and severe impairment in functioning. Areas of clinical significance include drug-related problems, somatic concerns including rumination about physical problems, high levels of anxiety suggesting that he is easily overwhelmed, and difficulties consistent with a significant depressive experience. Mr. Fulks' responses to the PAI suggest marked suspiciousness and mistrust in his relationship with others. His image of himself is poorly established and fragile. Even minor slights from others result in real doubts about his worth.

16.     The MCMI-III suggested that Mr. Fulks has marked deficiencies in the abilities to effectively manage his feelings, thinking, and behavior. He is likely to show signs of depression and dependent personality features. The modal diagnoses from the MCMI-III include dependent personality disorder with schizotypical personality features and depressive personality traits.

17.     Mr. Fulks did not present with indicators of Antisocial Personality Disorder on objective personality testing.

18.     The Rorschach test results confirm and extend the results from the MCMI-III and the PAI. Mr. Fulks gave nineteen responses to ten ambiguous ink blots. Results are valid with clinically significant results on two constellations, depression and coping deficit index. Mr. Fulks, based on the results from this projective test, is prone to episodes of affective disturbance that include depression that interferes with effective interpersonal functioning. He also has markedly difficult times mustering adequate psychological recourses to cope with the demands placed upon him. The Rorschach results also suggest that Mr. Fulks has marked impairment in his reality testing capacity, whereby he tends to misperceive events and to form mistaken impressions of people and the significance of their actions. Poor judgment is consistent with these findings.

19.     Based on the findings of my evaluation, the following Axis I diagnoses were tendered: poly-substance dependence, dysthymic disorder, and cognitive disorder not otherwise specified.

20.     In sum, Mr. Fulks presents with multiple significant psychological problems. He is a young man who has a number of biological problems. Both parents have had significant substance abuse problems, which in itself drastically increases the likelihood that he will be more prone to have problems with substance abuse. Specialists in neuropsychology and neurology have identified cognitive problems most likely stemming from Mr. Fulks' mother's consumption of alcohol during pregnancy. Mr. Fulks has a history of head trauma with loss of consciousness. Environmentally, Mr. Fulks was raised in a highly chaotic home characterized by poverty and a history of drug abuse, inconsistent supervision and neglect, and physical abuse. He also reports being sexually abused. Psychologically, Mr. Fulks has never developed adequate coping mechanisms. This failure severely limited his ability to meet the demands of daily life. He has also been chronically depressed, lacks self esteem, and is easily influenced by those around him. Consistent with his neurological impairment and his socialization, Mr. Fulks' behavior has been marked by impulsivity and his thinking influenced by extremely poor judgment.

21.     It is my opinion that the combination of Mr. Fulks' neurological impairment and his significant psychological problems result in a lack of capacity to fully appreciate the nature of his behavior and to anticipate the consequences of his actions. He is a young man with significant deficits and is highly malleable.

22.     I have reviewed the testimony of Donna Ward given at Mr. Fulks' sentencing hearing wherein Ms. Ward described a November 17, 2004 phone call allegedly made by Mr. Fulks while Brandon Basham was hiding from the police in the Ohio River. I am further aware that the prosecution used this call to argue that Mr. Fulks, without the aid of Basham, attempted

to lure Ms. Ward's daughter out for a faux job interview. Donna Ward's testimony would not have altered the opinions I was prepared to give at the sentencing hearing. In fact, the Ward incident supports my assessment Mr. Fulks has poor judgment, lacks the capacity to appreciate the consequences of his actions, and is cognitively impaired.

23.    In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

James H. Hilkey, Ph.D.

Signed before me this 2nd day of June , 2008.

Notary Public for Wake County, NC
My Commission Expires: March 4th, 2012

7

Curriculum Vita

# James H. Hilkey, Ph.D.

**Business Address:**    Duke Forest Place Suite B120
3326 Chapel Hill Boulevard
Durham, North Carolina 27707
Telephone: (919) 493-1110
Fax: (919) 932-1734
Email: jhilkey01@aol.com

**Home Address:**    802 Cedar Falls Road
Chapel Hill, North Carolina 27514
Telephone: (919) 929-3933

**Date/Place of Birth**    Modesto, California
March 21, 1946

**Marital Status:**    Married, Cynthia Wilhelm, Ph.D., Five children

**Education:**

1975    Ph.D.    *Counseling Psychology,* (APA Approved),
Indiana State University, Terre Haute, Indiana

1970    M.C.    *Counseling Psychology*
Arizona State University, Tempe, Arizona

1968    B.A.    *Psychology*
Westmont College, Santa Barbara, California

**Current Employment:**

1996 – Present    *Licensed Practicing Psychologist*
Durham, North Carolina

Practice provides criminal and civil forensic evaluations to state
and Federal Courts. Admitted as an expert witness in multiple
Federal Judicial Districts and in Superior Courts in North
Carolina.    Consultation also provided to trial attorneys.
Practice includes individual and group psychotherapy to
adolescents and adult patients and psychological assessment.



Curriculum Vita
James H. Hilkey, Ph.D.
Page Two

**Past Employment:**

1980-1996   *Chief, Psychology Services*
Federal Bureau of Prisons
Federal Correctional Institution
Butner, North Carolina

Responsible for clinical and administrative supervision for
twenty psychologists servicing the forensic/psychiatric inpatient
unit, substance and sex offender programs, and general
psychological services for the Federal Correctional Institution.
Responsible for APA Approved Predoctoral Training Program in
Forensic Psychology, a member of the Warden's Executive
Staff, and administered the Employee's Assistance Program.

1976-1980   *Supervisory Clinical Psychologist*
Mental Health Division
Federal Correctional Institution
Butner, North Carolina

Responsible for clinical and administrative services to an acute
psychiatric inpatient population of mentally ill federal offenders.
Conducted forensic evaluations for the Federal Courts.
Conducted psychological evaluations for Witness Protection
Program

1971-1976   *Staff Psychologist*
United States Penitentiary
Terre Haute, Indiana

Responsible for planning, organizing and implementation of
treatment services of federal prisoners with history of severe
addictive disorders.

1970-1971   *Graduate Fellow*
Department of Counseling Psychology
Indiana State University, Terre Haute, Indiana

Taught group dynamic course, assisted in supervising professor's
teaching load and research projects

1969-1970   *Resident Counselor*
LaMancha Resident Complex
Tempe, Arizona

Resident counselor and coordinator of psychological services for
commercial student resident complex

Curriculum Vita
James H. Hilkey, Ph.D.
Page Three

| | |
|---|---|
| 1968-1969 | *Child and Adolescent Therapist*<br>Arizona State Hospital<br>Phoenix, Arizona<br><br>Provided clinical services to severely emotionally disturbed children in a resident/inpatient state hospital |

**Teaching-Academic Positions**

| | |
|---|---|
| 1976-1996 | *Clinical Adjunct Professor*<br>Department of Psychiatry<br>School of Medicine<br>University of North Carolina<br>Chapel Hill, North Carolina<br><br>Served as clinical supervisor and member of the training committee for predoctoral internships in clinical psychology |
| 1979 – 1998 | *Lecturer*<br><br>Division of Rehabilitation Psychology<br>School of Medicine, University of North Carolina<br>Chapel Hill, North Carolina<br><br>Taught selected courses to master-level students in Rehabilitation Psychology |
| 1978 – 1989 | *Lecturer*<br>Department of Clinical Psychology<br>Duke University, Durham, North Carolina<br><br>Served as on-site practicum supervisor for third and fourth Year doctoral students in clinical psychology.  Member, Doctoral dissertation committees. |
| 1979 – 1988 | *Adjunct Assistant Professor*<br>Department of Counseling<br>Psychology, School of Education, University of North Carolina, Chapel Hill.<br><br>Taught advanced psychological assessment for doctoral students in Counseling Psychology.  Served on doctoral dissertation committees and practicum supervisor. |
| 1974 – 1975 | *Assistant Adjunct Professor*<br>Department of Criminology<br>Indiana State University, Terre Haute, Indiana |

Curriculum vita
James H. Hilkey, Ph.D.
Page Four

Taught graduate level students in personality theory, theories of counseling, psychological aspects of confinement, mental health management in the prison environment

1973 – 1974

*Instructor*
Department of Psychology
Saint Mary's of the Woods College
Terre Haute, Indiana

Taught abnormal psychology to undergraduate women

**Consultant:**

1999 – 2004

North Carolina Department of Corrections
Provide consultation to staff – psychological debriefing
Following critical/traumatic incidents

2000 – 2001

Attorney General, State of Florida
Osterback et al. v. Michael Moore (Department of Corrections)
Evaluated conditions of confinement in State of Florida's maximum security prison units. Class action suit successfully mediated.

2001-2002

Consultant (volunteer) Agape Children Home, Kissumo, Kenya, Staff consultation and program development for orphaned street children.

1988

Temporary assignment to Immigration and Naturalization Service, Federal Bureau of Investigation, and Federal Bureau of Prisons, Oakdale, Louisiana. Interfaced with federal agencies to secure safe release of staff hostages after Cuban detainee takeover. Provided post release care for released hostages and their families.

1980 – 2002

Behavior Analysts and Consults, Inc
Stuart, Florida.
Conduct pre-employment clinical interviews for high-security employees

1994 – 1998

North Carolina Psychology Board
Review ethical complaints referred by the Psychology
Board.

1980 – 1996

United State Department of Justice, Federal Prison System
Technical assistance to mental health delivery systems at Federal Medical Centers at Springfield, Missouri; Rochester, Minnesota; and Ft Worth, Texas, Federal Transportation Center, Oklahoma City, Oklahoma.

Curriculum Vita
James H. Hilkey, Ph.D.
Page Five

| | |
|---|---|
| 1982 | National Institute of Corrections, Department of Corrections, State of Oklahoma, Joseph Harp Correctional Center.  Staff assistance visit for mental ill inmates |
| 1974 - 1975 | Central State Hospital, Indianapolis, Indiana<br>Provided in-service training for staff at this facility. |
| 1975 | Indiana State Department of Corrections, Indiana State Penitentiary, Michigan City, Indiana.<br>In-service training in therapeutic community treatment for substance abusers. |
| 1971 | Chicago YMCA, Chicago, Illinois<br>Provided staff development training for administrative staff. |
| 1971 | Bureau of Indian Affairs, Haskell Indian School<br>Lawrence, Kansas.<br>Provided staff  training in crisis intervention for students. |
| 1969-1971 | Interlocken Music Camp<br>Interlocken, Michigan<br>Provided staff training/team building workshops for faculty. |
| 1969-1972 | Peace Corps<br>Phoenix, Arizona<br>Provided psychological screenings for prospective volunteers for oversea assignments. |

**Supervised Internships:**

| | |
|---|---|
| 1971-1972 | United States Penitentiary<br>Terre Haute Indiana |
| 1971 | Summer Presidential Internship<br>United States Department of Justice<br>Terre Haute, Indiana |
| 1973-1974 | Student Health and Counseling Center<br>Indiana State University<br>Terre Haute, Indiana |
| 1966-1968 | Santa Barbara Mental Health Center<br>Santa Barbara, California |

Curriculum Vita
James H. Hilkey, Ph.D.
Page Six

**Dissertation Topic:**

Effects of videotape pretraining and guided performance on selected process and outcome variables of group counseling.

**Licenses and Certifications:**

Licensed Practicing Psychologist
Health Service Provider
North Carolina License Number:  602

Child Forensic Examiner (NC Child Medical Evaluation Program), University of North Carolina at Chapel Hill

National Register of Health Care Providers in Psychology
Register Number:  99333

**Professional Affliations:**

Member, American Psychological Association
North Carolina Psychological Association

**Committees:**

| | |
|---|---|
| 1990 | Federal Bureau of Prisons<br>Task Force for Correctional Medical Center Design<br>Washington, D.C. |
| 1980-1990 | Federal Bureau of Prisons<br>Standing Committee for Psychological Testing |
| 1983 & 1985 | Invited Panel Member, Substance Abuse Treatment<br>Federal Judges Sentencing Institute<br>Raleigh, North Carolina |
| 1985 | Federal Bureau of Prisons<br>Task Force for Critical Incident Debriefing<br>Morgantown, West Virginia |

**Professional Paper Presentation:**

| | |
|---|---|
| 1986 | Hilkey, J.H.  A hierarchical model for assessment of the correctional milieu.<br>International Congress of Mental Health<br>Washington, D.C. |
| 1986 | Hilkey, J.H.  Understanding the mental ill offender<br>Invited address, National Sheriff's Association Annual<br>Meeting, Arlington, Virginia |

Curriculum Vita
James H. Hilkey, Ph.D.
Page Seven

| | |
|---|---|
| 1987 | Hilkey, J.H. Suicide Prevention in the Federal Bureau of Prisons<br>Winter Conference, American Correctional Association<br>Denver, Colorado |
| 1978 | Hilkey, J.H. and J. Edinger. The mulimodal paradigm in the<br>correctional –psychiatric environment.<br>Southeastern Psychological Association Meeting<br>Atlanta, Georgia |
| 1978 | Effects of videotape pretraining and guided performance on<br>Selected process and outcome variables on group counseling<br>Southeastern Psychological Association Meeting<br>Atlanta, Georgia |
| 1978 | Edinger, J., J. Hilkey, S. Scher, R. Morris, and J. Hoover.<br>Innovations in correctional treatment: The Butner experience<br>Southern Psychological Association Meeting<br>New Orleans, Louisiana |

## Publications:

Hilkey, J.H., C. Wilhelm, and A. Horne. Comparative effects of videotape pretraining Versus no pretraining on selected process and outcome variable in group therapy. *Psychological Reports,* Vol. 50, No. 3, Part 2, 1982

Hilkey, J. H. and C. L. Wilhelm. Forensic evaluations of the notorious defendant *North Carolina Journal of Mental Health*, Summer, 1992

Hilkey, J. H. A theoretical model for assessment of delivery of mental health services in the correctional facility. *Psychiatric Annals,* Vol. 18, No. 2

## References:

Available upon request