IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:02-992 |
| | ) | |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

**DECLARATION OF WILLIAM ALEXANDER MORTON, JR.**

1.      My name is William Alexander Morton, Jr.  My curriculum vitae is attached as Exhibit A.  I am a Professor Emeritus of Pharmacy and Clinical Sciences at the Medical University of South Carolina.  I also serve as a Clinical Associate Professor of Psychiatry and Behavioral Sciences in the Department of Psychiatry and Behavioral Sciences at the Medical University of South Carolina.  I am licensed as a pharmacist in South Carolina, North Carolina, and California. I am board certified in psychiatric pharmacy practice.  I was so certified in 1996 and recertified in 2004.  There are only approximately 490 persons who hold this certification.

2.      I received my bachelor of science in pharmacy from the University of North Carolina in May 1972.  In 1975, I graduated from the University of Tennessee with a doctor of pharmacy degree.  I did my residency in hospital and clinical pharmacy in June 1976 at the University of California at San Francisco.

3.      My research and work has focused on the psychological and neurological effects of prescribed and illicit drug use (including methamphetamine) on the human brain and the highly addictive nature of many of the illegal drugs abused in our society.  I have written extensively on these subjects. See Exhibit A (CV of William Alexander Morton, Jr.).

1

PA Document #5

4. Methamphetamine is a potent nervous system stimulant. By artificially stimulating the brain system, methamphetamine "tricks" the brain into thinking a survival need is being met. Once the brain has been "tricked," the user's continued use of the substance is a reaction to what feels like an overwhelming survival need.

5. The temporary effects of methamphetamine include reduced fatigue, increased efficiency, and an increased sense of well being. The effect of methamphetamine is similar to cocaine, except that the effect is often slower to start and lasts much longer (typically, 10-12 hours).

6. Methamphetamine can be taken orally, nasally, smoked, or injected.

7. A person using methamphetamine typically experiences a euphoria, followed by a fight or flight response, and then often experiences paranoid feelings. The initial feelings of physically and mentally enhanced powers following the use of methamphetamine can quickly deteriorate with high doses or chronic use, resulting in emotional lability, confusion, paranoia and hallucinations. Users of methamphetamine can have both "positive" and "negative" effects the same time. Addiction is a condition in which a person does not have control of their drug use and continues to use despite the negative consequences.

8. The potential deleterious effects of methamphetamine on the brain include impulsiveness, irritability, aggressiveness, anxiousness, restlessness, paranoia, and delusional thinking.

9. The paranoia often associated with methamphetamine use can result in homicidal as well as suicidal thoughts.

10. In toxic doses, methamphetamine can produce symptoms such as agitation, anxiety, hallucinations, delirium, psychosis, seizures, and death.

2

11.   A withdrawal syndrome will frequently occur when methamphetamine is stopped after repeated use.  During this syndrome, which can last weeks, numerous negative symptoms can occur and include significant changes in mood such as irritability as well as symptoms of agitation and paranoia.

12.   Methamphetamine use results in permanent damage to the brain, affecting numerous neurological and psychological functions, and more specially, memory and decision-making.

13.   I was asked  by John Blume to examine three questions in the context of this case: (a) whether methamphetamine use can distort an individual's sense of time, (b) whether methamphetamine use can cause memory loss, and (c) whether methamphetamine use can damage the brain.

14.   I interviewed and examined Chad Fulks on December 21, 2003.  I also  reviewed various records, literature, and consulted with Mr. Fulks' trial counsel.

15.   I was prepared to testify at Mr. Fulks' sentencing hearing regarding the psychological and neurological effects of methamphetamine use and their highly addictive nature; however, Mr. Blume did not call me as a witness during that proceeding.

16.   Based on my interview with Chad Fulks and review of records, I learned that Chad Fulks was raised in a dysfunctional home, was subjected to violence in the home, was subjected to stimulants at a young age, and often lacked adult supervision.  A person raised in such an environment is much more likely to use illicit drugs.

17.   Chad Fulks has used substantial quantities of methamphetamine and other illegal drugs for much of his life.  Apart from times incarcerated and his pre-teen years, Mr. Fulks has

not had significant periods of sobriety. Such early drug use is often an act of self-medication in response to mental illness or other psychological issues.

18.     Within days after escaping from the Hopkins County Detention Center, Chad Fulks began to use methamphetamine, alcohol, cocaine, and marijuana. Chad Fulks continued to abuse these substances until he was arrested on November 20, 2002. Mr. Fulks reported that he participated in using 10-15 eight balls (52.5 g) of methamphetamine from November 4, 2002, until November 20, 2002. Based on my professional experience, it is my opinion that Mr. Fulks reliably reported his drug use.

19.     The actions of Mr. Fulks from November 4, 2002, until his arrest on November 20, 2002, are not properly placed in context without an appreciation for the effects of methamphetamine and other stimulants. There is a high likelihood that a person using methamphetamine and/or other stimulants will inflict damage on himself or others. Because of his history of use and use of methamphetamine in November 2002, Chad Fulks most probably experienced one or more of the following: impulsiveness, irritability, aggressiveness, anxiousness, restlessness, paranoia, and delusional thinking.

20.     I have reviewed the testimony of Donna Ward given at Mr. Fulks' sentencing hearing wherein Ms. Ward described a November 17, 2004 phone call allegedly made by Mr. Fulks at a time when Brandon Basham was hiding from the police in the Ohio River. I am further aware that the prosecution used this call to argue that Mr. Fulks, without the aid of Basham, attempted to lure Ms. Ward's daughter out for an alleged job interview. Donna Ward's testimony would not have altered the opinions I was prepared to give at the sentencing hearing. In fact, this testimony is further evidence of impaired thinking and strengthens the importance of understanding the effects of methamphetamine on the brain.

4

21.    In accordance with 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

William Alexander Morton, Jr., Pharm. D., BCPP

Signed before me this 3rd day of
JUNE , 2008.

Notary Public for TRANSYLVANIA COUNTY N.C.
My Commission Expires: 4-21-2013

5

## CONSOLIDATED CURRICULUM VITAE

# William Alexander Morton Jr, PharmD, BCPP
### January 2008

---

**CAREER GOAL:**

To present information about drugs and medications in the clearest way possible, so professionals and the public can make rational decisions and have reasonable expectations about the benefits and liabilities of these therapies in the treatment and cause of psychiatric disorders and mental illness.

---

**ADDRESS:**
1123 Morning Glory Court
Mt. Pleasant, SC  29464-9007
843.881.1595
843.881.6079 fax
alexandermorton@yahoo.com

**LICENSURE:**       SC #4919, NC #5944, and CA #30133

**BOARD CERTIFICATION:**  Psychiatric Pharmacy Practice, Board of Pharmaceutical Specialists, December 1996, Recertified 2004

**EDUCATION:**       University of California at San Francisco
Residency in Hospital and Clinical Pharmacy, June 1976

University of Tennessee
Doctor of Pharmacy, June 1975

University of North Carolina
Bachelor of Science in Pharmacy, May 1972

**CURRENT POSITION:**

- Consultant in Clinical Psychopharmacology
- Professor Emeritus of Pharmacy and Clinical Sciences, College of Pharmacy, MUSC, 1976 -
- Associate Clinical Professor of Psychiatry and Behavioral Sciences Department of Psychiatry and Behavioral Sciences, MUSC, 1978-
- Clinical Pharmacist/Consultant, MUSC, Center Drug and Alcohol Programs, 1991-
- Associate Member, College of Graduate Studies, MUSC, 1996 -

**CLINICAL EXPERIENCE & INTERESTS:**

- Treatment of substance abuse disorders.
- Medical-legal consultation and testimony as expert witness in psychopharmacology
- Problem solving skills in clinical practice.
- Psychopharmacological treatment of affective disorders and anxiety disorders.
- Patient education and patient self-management of chronic psychiatric disorders.
- Drug utilization of psychiatric medication.



<u>PAST CLINICAL PHARMACY EXPERIENCE:</u>

Investigator, MUSC Clinical Research Section, Charleston, SC
Assistant Director, MUSC Psychopharmacology Unit, Charleston, SC
Consultant, Fenwick Hall Hospital, Charleston, SC
Consultant, Charleston County Memorial Hospital, Charleston, SC
Consultant, Charleston Co. Mental Health Center, Charleston, SC
Practitioner, MUSC Inpatient Department of Psychiatry, Charleston, SC
Practitioner, Access Private Practice, Charleston, SC
Practitioner, Charleston VA Medical Center, Charleston, SC
Instructor, University of Tennessee, Memphis, TN
Pharmacist, Hot Springs Health Program, Hot Springs, NC
Pharmacist, Cabarrus Memorial Hospital, Concord, NC
Pharmacist Intern, Family Pharmacy Practice, Wilmington, NC

<u>ACTIVITIES:</u>

PUBLICATIONS: 46
ABSTRACTS: 34
INVITED PRESENTATIONS: 145
TEACHING EXPERIENCE: 16 Courses, Coordinator
ADMINISTRATIVE EXPERIENCE: 5 Programs, Coordinator
COMMITTEE EXPERIENCE: 20 Committees, College and University
RESEARCH EXPERIENCE: 65 Studies, Co-investigator
AWARDS: College of Pharmacy Research Productivity Award, 1993–1994, 1994-1995
        Dept Pharmacy Practice Research Productivity Award, 1993–1994, 1994-1995

<u>SELECT PUBLICATIONS:</u>

Morton WA, Sonne SC, Lydiard RB. "Fluoxetine associated side effects and suicidality". <u>J Clin Psychopharmacology</u>, 1993:13:292–95.
Morton WA. "Chemical dependence: A look at what does and doesn't work." <u>J. Pharm. Practice</u> 1996; 9:1–9.
Morton WA. "Cocaine and psychiatric symptoms." <u>Primary Care Companion: J Clin Psychiatry</u> 1999; 1:109–113.
Morton WA, Stockton GG. "Methylphenidate abuse and psychiatric side effects." <u>Primary Care Companion J Clin Psychiatry</u> 2000; 2:159–164.
Morton WA. "The Course of Cocaine Addiction." <u>US Pharmacist</u>, 2002, 27:(HS)15-22.
Morton WA, Robert S. "Adverse consequences of alcohol abuse and dependence." <u>US Pharmacist</u>, 2002, 27(HS)27-37.
Morton WA. "Anxiety Disorders: Presentation and Diagnosis" <u>US Pharmacist</u>, 2002. 27(9): (HS) 48-62.
Morton WA. "Anxiety Disorders: Treatment and Counseling", <u>US Pharmacist</u> 2002. 27(10):(HS) 5-17.

<u>ACHIEVEMENTS:</u>

I enjoy working hard and I do not give up, having completed over 110 Ultra Marathon runs. I am patient and optimistic, having planted over 600 trees which I am planning to watch grow to great heights. I am a certified PADI SCUBA Diver instructor with over 275 dives who enjoys teaching people to have fun safely.

# CURRICULUM VITAE

## William Alexander Morton Jr., PharmD

### January 2008

## PERSONAL DATA:

| | |
|---|---|
| Home Address: | 1123 Morning Glory Court<br>Mt. Pleasant, SC  29464 |
| Home Telephone:<br>FAX<br>E-mail: | (843) 881-1595<br>(843) 881-6079<br>mortona@musc.edu<br>alexandermorton@yahoo.com |

## LICENSURE:

Licensed to practice Pharmacy in:

| | |
|---|---|
| South Carolina | #4919 |
| California | #30133 |
| North Carolina | #5944 |

## BOARD CERTIFICATION:

Board certified in: Psychiatric Pharmacy Practice, #496285, December, 1996, Recertified December, 2004 Board of Pharmaceutical Specialties (currently there are 490 worldwide members)

## EDUCATION:

**University of California at San Francisco**:
Residency in Hospital and Clinical Pharmacy
June 1976

1

**University of Tennessee:**
Doctor of Pharmacy
June 1975

**University of North Carolina:**
Bachelor of Science in Pharmacy
May 1972

## CURRENT POSITION:

**Professor Emeritus in Pharmacy and Clinical Sciences** (2004), **Professor** (1996), Tenured (1982), College of Pharmacy, **Medical University of South Carolina** (1976).

**Clinical Associate Professor of Psychiatry and Behavioral Sciences** (1997), Department of Psychiatry and Behavioral Sciences, College of Medicine, **Medical University of South Carolina** (1978).

**Associate Member,** College of Graduate Studies, **Medical University of South Carolina** (2004).

## PAST CLINICAL PHARMACY EXPERIENCE:

**Center for Drug and Alcohol Program**
Inpatient team member providing psychopharmacological assessment, teaching, and consultation to this program, as well as served as an education group leader (1991 - 2004).

**Clinical Pharmacist**
Provide educational activities for Doctor of Pharmacy students and provide clerkship experience for both BS and Doctor of Pharmacy students in the area of psychiatry (1977 - 2004).

**Clinical Psychopharmacology Research Section**

Coordinated and developed clinical pharmacy services and served as a co-investigator in studies conducted in the Clinical Research Section of the MUSC Department of Psychiatry (1986 – 2002).

**Psychopharmacology Clinical Supervisor**

Served as a supervisor in the outpatient program for patients receiving psychoactive medications and being treated by third-year psychiatry residents. (1984 - 2002).

2

**Psychopharmacology Unit**

Served as the Assistant Director and Clinical Supervisor in this outpatient program which is staffed by third-year psychiatry residents. Also, provide administrative, clinical, and educational services in this program which I helped initiate and develop (1984-2001).

**Psychopharmacy Residency Program**

Coordinator and preceptor for this ASHP approved Psychopharmacy Residency Program, 1983–1995.

**Fenwick Hall Hospital**

Initiated and developed clinical pharmacy services at this private chemical dependency treatment center on Johns Island, SC. Clinical services included group patient education presentations, individual patient consultation, medication monitoring and assessment, staff education regarding psychopharmacological issues, drug utilization reviews, developing a formulary, chairman of pharmacy and therapeutic committee, and developing a medication distribution system. Approximately 675 presentations were given to patients on the following topics: "Withdrawal Syndromes," "Medication Information," "Physical Side Effects of Alcohol," "Psychological Side Effects of Substances," Pharmacological Treatment of Psychiatric Disorders," and "Alternatives to Using Substances." These services were provided between April, 1980 and May, 1994.

**Charleston County Memorial Hospital**

Provided psychopharmacology consultation to the psychiatry unit which consisted of interviewing, evaluating, and discussing a patient and the patient's current/future drug therapy. A didactic presentation on psychopharmacological issues was also presented. Approximately 425 patient consultations and drug therapy presentations were conducted between June, 1985 and June, 1994.

**Mental Health Center**

Charleston Area Mental Health Center, provided clinical pharmacy consultation to this community mental health center from 1987 to 1991.

**Inpatient Department of Psychiatry**

Developed and provided clinical pharmacy services for the MUSC Department of Psychiatry inpatient unit. Activities on the Adult Inpatient Service included providing medication information, monitoring drug therapy, as well as psychopharmacology and pharmacokinetic consultation (1981). Consultative services were also provided to the Adolescent and Child Psychiatry Divisions. These services were provided from July 1981 to June 1991.

3

**Access**

Participated as a full member in this private psychiatric outpatient practice providing medication evaluation and monitoring for outpatients requiring psychopharmacologic agents from June 1981 to June 1983.

**Charleston VA Medical Center**

Initiated and provided Clinical Pharmacy Services for the Inpatient Psychiatry Service from January 1977 until June 1981; initiated and provided Clinical Pharmacy Services in the Mental Hygiene Clinic which included psychiatric drug therapy, served as a primary practitioner to 128 outpatients, provided education programs to staff and students, and provided psychiatric evaluation to off-schedule patients from June 1977 to June 1982.

**Medical University of SC**

Developed Clinical Pharmacy Services MUSC Seizure Clinic, served as primary practitioner to patients receiving anticonvulsant drug therapy from March 1977 until June 1981.

**Medical University of SC**

Initiated and provided Clinical Pharmacy Services in the Medical Screening Clinic from October 1976 to January 1979.

**University of Tennessee**

Clinical clerkships included the following:  General Medicine, Psychiatry, Pulmonary Medicine, Drug Information, Ambulatory Care, and Pharmacy Practice.

**Hot Springs Health Program, Hot Springs, NC**

Served as Director of Pharmacy Services from June 1973 to May 1974.  Responsibilities included drug procurement, outpatient dispensing, controlled substance records, and the following clinical pharmacy services:  patient counselling, medication histories, patient monitoring, providing drug information to the medical and dental staff, drug advisor to nurse practitioners, and primary care practitioner for select hypertensive patients.

**Cabarrus Memorial Hospital, Concord, NC**

Served as pharmacist intern and staff pharmacist from June 1972 to May 1973. Responsibilities included the practice and supervision of inpatient dispensing, outpatient dispensing, IV additives, controlled substance records, participation in cardiopulmonary emergencies, and providing drug information to the pharmacy and medical staff.

4

**SHAC Clinic**

Member of the Student Health Action Committee; provided pharmacy services at the SHAC Edgemont Clinic in Durham, NC during the Spring of 1972.

**Clinical Clerkship**

Orientation to clinical pharmacy services at Duke University Hospital while attending University of North Carolina School of Pharmacy, Spring 1972.

**Family Pharmacy Practice**

Practiced family pharmacy as a pharmacy intern in Wilmington, NC, June 1968 to September 1968.

**PUBLICATIONS:**

1.  **Morton WA,** Bridges ME. "Pharmaceutical services in a medical screening clinic." Am J Hosp Pharm 1978; 35:574–78.

2.  Wannamaker BB, **Morton WA,** Gross AJ, Saunders S. "Improvement of antiepileptic drug levels following reduction of intervals between clinic visits." Epilepsia 1980; 21:155–62.

3.  **Morton WA,** Sexauer JD, Miles SM. "Duplication of benzodiazepine prescriptions by outpatients." Hospital Formulary 1981; 16:826–31.

4.  Doyal LE, **Morton WA.** "The clinical usefulness of lithium as an antidepressant." Hosp Community Psychiatry 1984; 35:685–91.

5.  **Morton WA.** "Commentary on buspirone hydrochloride: A unique new anxiolytic agent." Pharmacotherapy 1984; 4:324.

6.  Anton RF, Paladino JA, **Morton WA,** et al. "Effect of acute alcohol consumption on lithium kinetics." Clin Pharmacol Ther 1985; 38:52–55.

7.  Steele TE, **Morton WA.** "Salicylate-induced delirium." Psychosomatics 1986; 27:455–56.

8.  Santos AB, **Morton WA.** "More on clonazepam in manic agitation." J Clin Psychopharmacol 1987; 7:439–40.

9.  Doyal LE, **Morton WA,** Crane DF. "Antihypertensive drug therapy in alcohol dependence: A drug utilization review in a chemical dependence treatment facility." Psychosomatics 1988; 29:301–306.

10. Lydiard RB, Laird LK, **Morton WA,** Steele TE, Kellner C. "Fluvoxamine, imipramine

5

and placebo in the treatment of depressed outpatients:   Effects of depression." Psychopharmacol Bull 1988; 25(1):68–70.

11.  Malcolm R, Gabel T, **Morton A.**  "Idiosyncratic reaction to naltrexone augmented by thioridazine." Am J Psych 1988; 145(6):773–74.

12.  Malcolm R, Gabel T, **Morton A.**  "More on idiosyncratic reactions to naltrexone." Am J Psych 1989; 146:124–25.

13.  **Morton WA,** Santos AB.  "New indications for benzodiazepines in the treatment of major psychiatric disorders." Hosp Formul 1989; 24:274–80.

14.  Santos AB, **Morton WA.**  "Use of benzodiazepines to improve management of manic agitation." Hosp Community Psych 1989; 40:1069–71.

15.  Liotta C, **Morton A.** "A review of the pharmacologic management of panic disorder." Pharm Perspec Ambul Care 1991:3:43–47.

16.  **Morton WA,** Jackson CW, Santos AW, Hulstrand EP.  "Clonazepam for psychiatric disorders?  A look at its use in an inpatient psychiatric facility."  Hosp Formul 1992:27:407–10.

17.  Johnson MA, Lydiard RB, **Morton WA,** Laird LK, Kellner C, Steele TS, Ballenger JC. "Effect of fluvoxamine, imipramine, and placebo on catecholamine function in major depression", Psychiatric Research, 1993:27:161–72.

18.  Laird LK, Lydiard RB, **Morton WA,** Steele TE, Kellner C, Thompson NM, Ballenger JC.  "Cardiovascular effects of imipramine, fluvoxamine, and placebo in depressed outpatients. J. Clin Psychiatry, 1993:54:224–28.

19.  **Morton WA,** Sonne SC, Lydiard RB.  "Fluoxetine associated side effects and suicidality". J Clin Psychopharmacology, 1993:13:292–95.

20.  Lydiard RB, **Morton WA,** Emmanuel NP, Zealberg JJ, Laraia MT, Stuart GW, O'Neil PM, Ballenger JC.  "Preliminary Report:  Placebo-controlled, double-blind study of the clinical and metabolic effects of desipramine in panic disorder.  Psychopharmacol Bull, 1993:29:183–188.

21.  **Morton WA,** Sonne SC, Lydiard RB.  "Lithium side effects in the medically ill".  Int'l J Psychiatry in Medicine 23(4):357–382, 1993.

22.  **Morton WA,** Laird LK, Crane DF, Partovi N, Frye L.  "A prediction model for identifying alcohol withdrawal seizures." Am J Drug Alcohol Abuse 1994:20:75–86.

23.  Jackson CW, **Morton WA,** Lydiard RB.  "The pharmacologic management of obsessive compulsive disorders." Southern Medical Journal 1994:87:310–321.

6

24.    Sonne SC, Brady KT, **Morton WA**. "Substance abuse and bipolar affective disorder". J Nerv Ment Dis 1994:182:349–352.

25.    Brady KT, Lydiard RB, Kellner CH, Joffe RT, Laird LK, **Morton WA,** Steele TH. "A comparison of imipramine and fluvoxamine on the thyroid axis." Biol. Psychiatry 1994;36:778–779.

26.    **Morton WA,** Sonne SC, Verga MA. "Venlafaxine: A structurally unique and novel antidepressant." Ann Pharmacother 1995;29:387–395.

27.    **Morton WA,** Mendenhall AR, Windsor PG, Lydiard RB. "Clinical psychopharmacy consultations: Acceptance of recommendations on an adult inpatient psychiatric unit." Hosp Pharmacy 1995;30:786–790.

28.    Brawman-Mintzer O, Lydiard RB, Phillips KA, **Morton A,** Czepowicz V, Emmanuel N, Villarreal G, Johnson M, Ballenger JC. "Body dysmorphic disorder in patients with anxiety disorder and major depression: A comorbidity study." Am J. Psychiatry 1995;152:1665–1667.

29.    **Morton WA**. "Chemical dependence: A look at what does and doesn't work." J. Pharm. Practice 1996;9:147-154.

30.    Markowitz JS, **Morton WA,** Gaulin BD. "Antipsychotic blood concentrations: Nonstandardization of reference ranges." J Clin Psychopharmacology 1997;17:121–123.

31.    Villareal G, Johnson M, Lydiard RB, **Morton WA**. Desipramine plasma levels and clinical response in panic disorder. Canadian Journal of Psychiatry 1995;40(2):110–111 (erratum re: authorship published 42:212, 1997).

32.    Johnson MR, Marazziti D, Brawman-Mintzer O, Emmanuel NP, Ware MR, **Morton WA,** Rossi A, Cassano GB, Lydiard RB. "Abnormal peripheral benzodiazepine receptor density associated with generalized social phobia. Biol. Psychiatry 1998;43:306–309.

33.    Easton MR, **Morton WA**. "An assessment of herbal weight loss products." J Pharm Practice 1999;12:240–250.

34.    **Morton WA**. "Panic disorder." In Schwinghammer TL (ed.), Pharmacotherapy: A Patient-Focused Approach, 2nd Ed. Appleton & Lange, 1999.

35.    Lorberbaum JP, George MS, Johnson MR, Emmanuel NP, Book SW, Mintzer O, **Morton WA,** Nahas Z, Bohning DE, Vincent D, Shastri A, Hamner M, Arana GW, Ballenger JC, Lydiard RB. "Feasibility of using fMRI in social phobics undergoing a public speaking task." Biological Psychiatry 1999;45:8s.

36.    DeVane CL, Ware MR, Emmanuel NP, Brawman-Mintzer O, **Morton WA,** Villareal G, Lydiard RB. "Evaluation of the efficacy, safety, and physiological effects of fluvoxamine in social phobia." Int Clin Psychopharmacol 1999;14:345–351.

7

37.  **Morton WA.** "Cocaine and psychiatric symptoms." Primary Care Companion: J Clin Psychiatry 1999;1:109–113.

38.  Emmanuel NP, Brawman-Mintzer O, **Morton WA,** Book SW, Johnson MR, Lorberbaum JP, Ballenger JC, Lydiard RB.  "Bupropion-SR in treatment of social phobia." Depress Anxiety 2000;12:111–113.

39.  **Morton WA,** Stockton GG.  "Methylphenidate abuse and psychiatric side effects." Primary Care Companion J Clin Psychiatry 2000;2:159–164.

40.  **Morton WA.** "Panic Disorder." In Schwinghammer TL (ed), Pharmacotherapy: A Patient-Focused Approach, 5th Ed Appleton & Lange, 2002.

41.  **Morton WA,** Laird LK. "Obsessive-Compulsive Disorder." In Schwinghammer TL (ed), Pharmacotherapy: A Patient-Focused Approach, 5th Ed. Appleton & Lange, 2002 .

42.  **Morton WA.** "The Course of Cocaine Addiction." US Pharmacist, 2002, 27:(HS)15-22.

43.  **Morton WA,** Robert S. "Adverse consequences of alcohol abuse and dependence." US Pharmacist, 2002, 27(HS)27-37.

44.  Markowitz JS, **Morton WA.** "Psychoses" in Pharmacotherapy Self-Assessment Program (PSAP, 4th Ed. ACCP, 2002.

45.  **Morton WA,**"Anxiety Disorders: Presentation and Diagnosis" US Pharmacist, 2002. 27(9): (HS) 48-62.

46.  **Morton WA.** "Anxiety Disorders: Treatment and Counseling", US Pharmacist 2002. 27(10):(HS) 5-17.

## ABSTRACTS

1.  Hurwitz GA, **Morton WA.** "Severe lithium neurotoxicity in association with concurrent diuretic therapy." Annual Meeting, American Academy of Clinical Toxicology, Salt Lake City, Utah, August 3–7, 1981.

2.  Lydiard RB, Steele TE, Laird LK, **Morton WA,** Kellner CH. "Fluvoxamine, imipramine and placebo in the treatment of depressed outpatients:  Effects on depression of catecholamine function."  28th Annual Meeting of the New Clinical Drug Evaluation Unit Program, Key Biscayne, Florida, May 31-June 3, 1988.

3.  Lydiard RB, Laird LK, **Morton WA,** Steele TE, Kellner C, Laraia MT, Ballenger JC. "Fluvoxamine, imipramine and placebo in depressed outpatients."  Presented at the NCDEU meeting, Key Biscayne, Florida, June 1–3, 1988.

4.  Lydiard RB, Laird LK, **Morton WA,** Steele TE, Kellner CH, Laraia MT, Ballenger JC.

8

"Effects of fluvoxamine and imipramine on 24-hour urinary catecholamine output in depressed patients." American College of Neuropharmacology, Puerto Rico, December 12, 1988.

5. Lydiard RB, Laraia MT, Stuart GW, Zealberg JJ, **Morton WA**. "Desipramine effect on resting metabolic rate." American Psychiatric Association Annual Meeting, San Francisco, California, May 6–11, 1989.

6. Lydiard RB, Laird LK, **Morton WA,** Steele TE, Laraia MT, Ballenger JC. "Effect of fluvoxamine, imipramine and placebo on catecholamine function." American Psychiatric Association Annual Meeting, San Francisco, California, May 6–11, 1989.

7. Fossey MD, Lydiard RB, March WH, Stuart GW, **Morton WA,** Ballenger JC. "Personality assessment in female patients with irritable bowel disorders." American Psychosomatic Society Meeting, Boston, Massachusetts, March, 1990.

8. Lydiard RB, Fossey MD, Zealberg JJ, Laraia MT, **Morton A,** Ballenger JC. "Panic-Depression: Clinical features," American Psychiatric Association, New York, New York, May 12–17, 1990.

9. Lydiard RB, Fossey M, Marsh W, Ballenger JC, Laraia MT, Stuart G, **Morton WA,** Zealberg J. "Gastrointestinal symptoms in panic disorder." Presented at the 11th Annual Meeting of the American Anxiety Disorders Association, Chicago, Illinois, April 3–5, 1991.

10. Zealberg JJ, Lydiard RB, Ballenger JC, Laird LK, **Morton WA**. "Phenylacetic acid urinary output in patients with panic disorder, major depression and normal controls." Presented at the 144th Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 13–17, 1991.

11. Phillips JD, Malcolm R, **Morton WA**. "Comparison of bromocriptine, pergolide, and no medication in cocaine withdrawal." J Amer Acad Physicians Assist 5:359, 1992.

12. Fossey MD, Lydiard RB, Laraia MT, Zealberg JJ, **Morton WA,** Ballenger JC. "Predictions of placebo response in panic disorder." American Psychiatric Association 145th Annual Meeting, Washington, DC, May 2–7, 1992.

13. Emmanuel NP, Mintzer OB, Lydiard RB, Payeur R, Johnson M, **Morton WA,** Ballenger JC. "Personality disorders in generalized anxiety disorder." Presented at the 145th Annual Meeting of the American Psychiatric Association, Washington, DC, May 2–7, 1992.

14. Lydiard RB, **Morton A,** Zealberg J, Laraia M, Stuart G, Ballenger JC. "A placebo-controlled, double-blind study of desipramine in panic disorder." NCDEU Annual Meeting, Boca Raton, Florida, May 26–29, 1992.

15. Emmanuel NP, Mintzer OB, Johnson MR, **Morton A,** Lydiard RB, Ballenger JC.

9

"Personality disorders in social phobia." Presented at 13th National Conference of Anxiety Disorders Association of America, Charleston, South Carolina, March 20, 1993.

16. Mendenhall AR, **Morton WA**. "Abecarnil: An experimental anxiolytic." The 24th Annual Southeastern Conference for Post-Graduate Pharmacy Education and Training. The University of Georgia, Athens, Georgia, April 17, 1993.

17. Sonne SC, Brady KT, **Morton WA**. "Substance abuse and bipolar affective disorder." Presented at College on Problems of Drug Dependence, Toronto, Canada, June 14, 1993.

18. Ware MR, Emmanuel NP, Czepowicz VD, Johnson MR, Kapp R, Walsh MD, Villarreal G, Rubey RN, Crawford M, **Morton WA,** Ballenger JC, Lydiard RB. "Self-reported sexual dysfunction in social phobic patients." Presented at Anxiety Disorders Association of America Annual Meeting, April 17, 1995.

19. Johnson MR, Emmanuel N, Ware M, Mintzer O, Book S, Jones C, Kapp R, Crawford M, **Morton A,** Ballenger J, Lydiard RB. "Differentiating generalized from specific social phobia by responses on the Liebowitz Social Anxiety Scale." Presented at the Anxiety Disorders Association of America, Orlando, Florida, March 28–31, 1996.

20. Devane CL, Ware MR, Emmanuel NP, Brawman-Mintzer O, Jones CR, **Morton WA,** Kapp R, Villarreal G, Lydiard RB. "The evaluation of the safety, efficacy, and physiological effects of fluvoxamine in social phobia." Presented at the 151st Annual Meeting of the American Psychiatric Association, New York, New York, May 5–9, 1996.

21. Ware MR, Emmanuel NP, Johnson MR, Brawman-Mintzer O, Kapp R, Crawford-Harrison M, **Morton WA,** Lydiard RB. "Self-reported sexual dysfunction in anxiety disorder patients." Presented at the 151st Annual Meeting of the American Psychiatric Association, New York, New York, May 5–9, 1996.

22. Johnson MR, Manazziti D, Lydiard RB, Mintzer OB, Emmanuel NP, Ware MR, **Morton WA,** Diamond BI. "Abnormal peripheral benzodiazepine receptors in social anxiety." Presented at the 151st Annual Meeting of the American Psychiatric Association, New York, New York, May 5–9, 1996.

23. Johnson MR, Emmanuel NP, Brawman-Mintzer O, Book S, **Morton WA,** Ware M, Lydiard RB. "Decreased peripheral benzodiazepine receptor density in patients with generalized social phobia." Presented at the Annual Meeting of the Society for Biological Psychiatry, New York City, May 3, 1996.

24. Ware MR, Emmanuel NP, Johnson MR, Brawman-Mintzer O, Kapp R, Crawford-Harrison M, **Morton WA,** Lydiard RB. "Self-reported sexual dysfunction in anxiety disorder patients." Presented at the New Clinical Drug Evaluation Unit (NCDEU) Annual Meeting, Boca Raton, Florida, May 30, 1996.

25. Emmanuel NP, Cosby C, Brawman-Mintzer O, Johnson MR, Book S, **Morton WA,** Kapp R, Crawford M, Ballenger JC, Lydiard RB. "Sertraline in generalized anxiety

10

disorder:  A case series."  New research poster presented at the New Clinical Drug Evaluation Unit (NCDEU) Annual Meeting, Boca Raton, Florida, May 27–30, 1996.

26. Johnson MR, Emmanuel NP, Brawman-Mintzer O, **Morton WA,** Ware M, Crawford M, Kapp R, Czepowicz V, Villareal G, Book S, Lydiard RB, Ballenger JC, Marazziti DM. "Functional disability associated with comorbid generalized social phobia and major depressive disorder."  Presented at the 37th Annual Meeting of the New Clinical Drug Evaluation Unit (NCDEU) Program, Boca Raton, Florida, May 29, 1997.

27. Emmanuel NP, Johnson MR, Villareal G, Cosby C, Czepowicz C, Mintzer O, Crawford M, Book S, **Morton A,** Rubey R, Kapp R, Jones C, Ballenger JC, Lydiard RB. "Imipramine in the treatment of social phobia:  A double-blind study."  Presented at the 36th Annual American College of Neuropsychopharmacology Meeting, Kanuela, Hawaii, December 8, 1997.

28. Emmanuel NP, Ware M, Cosby C, Crawford M, Kapp R, Mintzer O, Book S, **Morton A,** Jones C, Lydiard RB, Ballenger JC.  "Concomitant use of herbal products in subjects applying for clinical trials."  Presented at the 153rd Annual Meeting of the American Psychiatric Association, Toronto, Canada, May 20, 1998.

29. Emmanuel NP, Cosby C, Mintzer O, **Morton A,** Book S, Johnson M, Lorberbaum J, Crawford M, Kapp R, Jones C, Lydiard RB, Ballenger JC.  "Open label treatment of social phobia using sustained-release bupropion."  Presented at the New Clinical Drug Evaluation Unit (NCDEU) meeting, Boca Raton, Florida, June 11, 1998.

30. Johnson MR, Book S, Emmanuel N, **Morton A,** Crawford M, Kapp R, Cosby C, Brawman-Mintzer O, Lydiard RB.  "Clinical research subjects with comorbid panic disorder and major depressive disorder:  Comparisons with non-comorbid subjects." Presented at the New Clinical Drug Evaluation Unit (NCDEU) meeting, Boca Raton, Florida, June 11, 1998.

31. Brawman-Mintzer O, Lydiard RB, Kapp R, Emmanuel N, Johnson MR, **Morton A,** Ballenger JC.  "Treatment response in patients with generalized anxiety disorder and a lifetime history of major depression."  Presented at the New Clinical Drug Evaluation Unit (NCDEU) meeting, Boca Raton, Florida, June 12, 1998.

32. Lorberbaum JP, Emmanuel NP, Mintzer O, Kapp R, Crawford M, **Morton A,** Johnson MR, Book SW, Hamner M, Nahas Z, Arara GW, Ballenger JC, Lydiard RB, George MS. "Changes in anxiety after prefrontal r-TMS in patients with GAD."  Presented at the Society of Biological Psychiatry annual meeting, Chicago, IL, May 11–13, 2000.

33. Lorberbaum JP, Mintzer O, Kapp R, Crawford M, **Morton A,** Johnson MR, Book SW, Hamner M, Nahas Z, Arara GW, Ballenger JC, Lydiard RB, George MS. "r-TMS in GAD subjects:  Testing the valence theory of emotions."  Presented at the 153rd American Psychiatric Association meeting, Chicago, IL, May 13–19, 2000.

34. Lorberbaum JP, George MS, Johnson MR, Brodrick PS, Emmanuel NP, Mintzer O,

11

Book SW, **Morton A,** Crawford-Cisa M, Kapp R, Hamner M, Ballenger JC, Lydiard RB. "Brain activity in social phobics undergoing a public speaking task." Poster presented at the 39th American College of Neuropharmacology (ACNP) meeting, San Juan, PR, December 12, 2000.

## **PAPER PRESENTATIONS:**

1. "A Determination of the Effectiveness of a Pharmacist on Improving Drug Compliance in an Outpatient Setting" presented at the 10th Annual ASHP Midyear Meeting, Washington, D.C., December 1975.

2. "Clinical Pharmacy Services in the Medical Screening Clinic" presented at the 12th Annual ASHP Clinical Midyear Meeting, Atlanta, Georgia, December 1977.

3. "Problems in Prescribing Benzodiazepines" presented at 1978 National Drug Abuse Conference, Seattle, Washington, April 6, 1978.

4. "Evaluation of Pharmaceutical Services in a Medical Screening Clinic" presented at the 13th Annual ASHP Midyear Clinical Meeting, San Antonio, Texas, December 7, 1978.

5. "Salicylate Delirium" presented at the SIG on Psychopharmacy Practice of the 36th Annual ASHP Meeting, Anaheim, California, April 24, 1979.

6. "The Lithium Clinic: The Pharmacist's Role" presented at the 14th Annual ASHP Clinical Midyear Meeting, Las Vegas, Nevada, December 6, 1979.

7. "Determination of Lithium Nephrotoxicity by Non-Invasive Techniques" presented at the 15th Annual ASHP Clinical Midyear Meeting, San Francisco, California, December 8, 1980.

8. "Self-Management of Epilepsy" presented at the 16th Annual ASHP Clinical Midyear Meeting, New Orleans, Louisiana, December 10, 1981.

9. "Antihypertensive Drug Therapy in Alcohol Dependence: A Drug-Use Review in an Alcohol Treatment Facility" presented at the 17th Annual ASHP Clinical Midyear Meeting, Los Angeles, California, December 8, 1982.

10. "The Impaired Health Practitioner" presented at the 18th Annual ASHP Clinical Midyear Meeting, Atlanta, Georgia, December 6, 1983.

11. "Fluoxetine Associated Side Effects and Suicidality" presented at National Mental Health Association Scientific Symposium, Charleston, SC, August 11, 1992.

12. "Effects of Sertraline on Quality of Life: A Double-Blind Study" presented at the 28th Annual ASHP Midyear Meeting, Atlanta, GA, December 6–7, 1993.

13. "Effects of Sertraline on Quality of Life: A Double-Blind Study" presented at the Annual

American College of Physicians Midyear Meeting, Miami Beach, FL, April 23–24, 1994.

14. "Effects of Sertraline on Quality of Life: A Double-Blind Study" at the scientific program "Depression in Primary Care: Recognition and management" presented at the 22nd Annual Physician Assistant Conference, San Antonio, TX, May 25, 1994.

15. Robert S, **Morton WA,** Simpson K, Chumney E. "SSRI Loss of Effectiveness" presented at the 5th Annual International Meeting of the College of Psychiatric and Neurologic Pharmacists, Seattle, WA, April 18-21, 2002.

## INVITED PRESENTATIONS:

1. "Use of Lithium in Affective Disorders," presented at the University of Kentucky School of Pharmacy, March 1976.

2. "Use and Abuse of Benzodiazepines," presented at the University of Florida School of Pharmacy, October, 1977.

3. "Drug Compliance in Epilepsy," presented at 1978 Region IV Symposium: Problems in Epilepsy, Charleston, SC, March 1, 1978.

4. "Anticonvulsant Medications," presented at 1st Annual Conference of the SC Epilepsy Association, Columbia, SC, November 4, 1978.

5. "Antiepileptic Medications", Panel Discussion, 2nd Annual Meeting of the SC Epilepsy Association, Columbia, SC, November 3, 1979.

6. "The Lithium Clinic," presented at MUSC, Department of Psychiatry Retreat, Kanuga, North Carolina, November 10, 1979.

7. "The Lithium Clinic: The Pharmacist's Role," presented at Charleston VA Medical Center, January 10, 1980.

8. "Anticonvulsant Medications," presented at Midland Epilepsy Association, Columbia, SC, January 24, 1980.

9. "Anticonvulsant Medications," presented at a seminar entitled "What You Should Know About Epilepsy", sponsored by Low Country Epilepsy Association and MUSC Epilepsy Project, Charleston, SC, February 12, 1980.

10. "Review of the Benzodiazepines," presented at the Mental Hygiene Clinic, Charleston VA Medical Center, February 18, 1980.

11. "Drugs of Abuse," presented at the Charleston Youth Bureau, Charleston, SC, March 18, 1980.

12. "Drugs Which Affect the Human Mind," presented at the Access School, Charleston, SC,

13

April 16, 1980.

13. "Anticonvulsant Medications," presented at Charleston Police Department Inservice Training Program, May 1, 1980.

14. "Clinical Decision Making by the Pharmacist," presented at 1980 Annual SC Pharmaceutical Association Convention, Kiawah Island, SC June 16, 1980.

15. "Drug Therapy of Alcohol Withdrawal," presented at Annual Meeting of SC Pharmaceutical Association, Hilton Head, SC, June 22, 1981.

16. "Current Concepts of Antidepressant Drug Therapy," presented at SC AHEC Program, Summerville, SC, February 4, 1982.

17. "Psychiatric Drug Therapy," presented as a Clinical Consultation Session at the 39th ASHP Annual Meeting, Baltimore, Maryland, June 7, 1982.

18. "Antipsychosomatic and Antidepressant Drug Therapy," presented at SC AHEC Program, Beaufort, SC, March 15, 1983.

19. "Carbamazepine Use in Affective Disorders," presented at Charleston VA Medical Center Mental Hygiene Clinic, March 31, 1983.

20. "Withdrawal Syndromes" and "Medical Complications of Alcohol Use," presented at SC AHEC Program, "Alcoholism . . . Drug Abuse . . . New Concepts You Need to Know", Fenwick Hall Hospital, Johns Island, SC, May 27, 1983.

21. "Problem Solving in the Treatment of Bipolar Affective Disorders," presented at the Southeast Mental Health Pharmacists Meeting, Athens, Georgia, September 1983.

22. "Aspects Actual de Traitment de la Psychose Maniacodepressive: Recherches Cliniques Sur Les Effects de Tegretol," presented at Hospital Neuroligique, Lyon, France, September 12, 1984.

23. "Withdrawal Syndromes and Detoxification," presented at workshop "Dealing with the Chemically Dependent," Fenwick Hall Hospital, Johns Island, SC, September 28, 1984.

24. "Recognition of the Problem: Signs and Symptoms," presented at School of Nurses Workshop on Substance Abuse at Fenwick Hall Hospital, Johns Island, SC, January 25, 1985.

25. "Issues in the Treatment of Cocaine Dependence," presented at Grand Rounds, MUSC Department of Psychiatry and Behavioral Sciences, Charleston, SC, March 12, 1985.

26. "Characteristics of Cocaine Addicts and Addictions." SC Conference on Cocaine, Columbia, SC, April 8, 1986.

14

27. "Psychopharmacology of Cocaine."    SC Medical Association Annual Meeting, Charleston, SC, April 25, 1986.

28. "The Clonazepam Alternative:  Adjunctive Treatment for Manic Agitation."  MUSC Psychiatry Grand Rounds, Charleston, SC, June 24, 1986.

29. "Special Issues in the Treatment of Addictive Disease" including "Drug Withdrawal-General Principles," Pharmacology of Cocaine and Amphetamines", Pharmacology of Sedative-Hypnotic Drugs", Pharmacology of Opioids and Cannabis," and Medical Complications of Alcohol Use," presented at SC School of Alcohol and Drug Studies, Charleston, SC, July 27-August 1, 1986.

30. "Review of Agents Used to Treat Psychotic Illnesses," presented at SC Society of Hospital Pharmacists Summer Seminar, Columbia, SC, September 18, 1986.

31. "Pharmacology of Alcohol and Sedative Hypnotics," presented at Review Course in Substance Use Disorders, American Medical Society of Alcoholism and Other Drug Dependencies, Atlanta, Georgia, September 26, 1986.

32. "Extrapyramidal Side Effects and Compliance," presented at Charleston Area Mental Health Center, Charleston, SC, March 27, 1987.

33. Complications of Alcohol Use," presented at SC School of Alcohol and Drug Studies, Rock Hill, SC, July 12–17, 1987.

34. "Special Issues in the Treatment of Addictive Disease" including "Drug Withdrawal-General Principles," "Pharmacology of Cocaine and Amphetamines," "Pharmacology of Sedative-Hypnotic Drugs," and "Medical Pharmacology of Widely Abused Prescription Drugs," presented at Southeastern Conference on Prescription Drug Abuse, Charleston, SC, October 7, 1987.

35. "Drug Utilization Review and Monitoring Parameters," presented at Southeast Mental Health Pharmacists Meeting, Athens, GA, October 26, 1987.

36. "Pharmacologic Management of the Dually Diagnosed," presented at Charleston County Substance Abuse Commission Seminar, "The Dually Diagnosed:  What we need to know", Charleston, SC, October 13, 1988.

37. "Behavioral Effects of Alcohol and Drug Use," presented at Attorney and Judges Seminar "Understanding Alcohol and Drug Addiction, Fenwick Hall Hospital, Johns Island, SC, December 9, 1988.

38. "Clomipramine in the Treatment of Obsessive-Compulsive Disorders," presented at MUSC Psychiatry Residents Meeting, Charleston, SC, March 6, 1990.

39. "Current Protocols for the Treatment of Acute Alcohol Problems," presented to Medical Staff at Georgetown Memorial Hospital, Georgetown, SC, July 9, 1990.

40. "Dual Diagnosis in Substance Dependence:  Treatment Alternatives," presented to Fenwick Hall Hospital Alumni Meeting, Johns Island, SC, May 23, 1991.

41. "Bipolar Affective Disorders:  Complications in Treating Depression,"  Department of Psychiatry Clinical Research Section, Seminar, Charleston, SC, June 6, 1991.

42. "Pharmacologic Perspective," presented at Charleston Memorial Hospital Social Work Department Seminar.  "Depression:  A Holistic Approach to Treatment and Prevention", Charleston, SC, November 15, 1991.

43. "Clinical Research Protocols in Anxiety and Depressive Disorders," presented at Charleston Area Mental Health Center staff meeting, Charleston, SC, March 17, 1992.

44. "Pharmacological Advances in Treating Depression," Newberry Medical Society, Prosperity, SC, March 31, 1992.

45. "Pharmacological Treatment of Obesity," presented as part of the program "Obesity and Weight Control," SC Health Communications Network, Charleston, SC, September 8, 1992.

46. "New Antidepressant Medication," presented Medical University of SC Internal Medicine Residents Meeting, VA Medical Center, Charleston, SC, October 26, 1992.

47. "Psychiatric Drugs in the Year 2000."  New Psychiatric Medications:  Potential for Abuse," presented at Eighth Southeastern Conference on Prescription Drug Abuse, Charleston, SC, December 8, 1992.

48. "Clinical Research:  The Pharmacist's Role,"  presented at 1993 Symposium of Mental Health, Mental Retardation of Substance Abuse Pharmacists, Athens, GA, February 3, 1993.

49. "Problems in the Treatment of Anxiety Disorders," presented at 1993 Symposium for Mental Health, Mental Retardation and Substance Abuse Pharmacists," Athens, GA, February 4, 1993.

50. "Running:  Meeting Some Psychological Needs," presented at the Charleston Center for Athlete's Cooper River Bridge Running Camp, Charleston, SC, February 17, 1993.

51. "Pharmacology of Addictions," Workshop presented to health professionals at AHEC, Greenwood, SC, June 8, 1993.

52. "Psychiatric Drug Issues in Residential Care," presented at S.C. Association of Residential Care Homes Annual meeting, Charleston, SC, July 26, 1993.

53. "Abuse Potential of New Psychiatric Medication," presented at Fenwick Hall Hospital Annual Professional Staff Meeting, Johns Island, SC, August 10, 1993.

16

54. "Top Ten Psychiatric Drug Interactions," presented at "Depression in Primary Care," Wild Dunes, Isle of Palms, SC, January 15, 1994.

55. "Withdrawal Syndromes:  Treatment of Alcohol and Other Substances of Abuse," presented at the 1994 Symposium for Mental Health, Mental Retardation, Substance Abuse Pharmacists, Athens, GA, February 2, 1994.

56. "Top Ten Psychiatric Drug Interactions," presented at Charleston Naval Hospital, Charleston, SC, February 16, 1994.

57. "Top Ten Psychiatric Drug Interactions," presented at Charleston VA Medical Center, Psychiatry Service, February 23, 1994.

58. "New Psychotropic Drugs and Their Potential for Abuse," presented at the Fourth Annual Update on Addiction Medicine, Greenwood, SC, February 26, 1994.

59. "Drug Interactions with Psychiatric Medication," presented at MUSC Annual Pharmacy Alumni Weekend, Charleston, SC, April 17, 1994.

60. "Top Ten Psychiatric Drug Interactions," presented at the Grand Strand Pharmaceutical Society, Myrtle Beach, SC, May 15, 1994.

61. "Post Marketing Surveillance and Pharmacoeconomic Studies:  A Collaborative Proposal," presented at Psychopharmacy Research Meeting at the 34th New Clinical Drug Evaluation Unit Meeting, Marco Island, FL, May 31, 1994.

62. "Drug Interactions with Psychiatric Medications," presented at The Dilemma of Depression:  Assessment and Management Issues in the Primary Care Setting," Charleston, SC, September 14, 1994.

63. "Drug Interactions with Psychiatric Medications," presented at Psychiatry Grand Rounds, Eisenhower Medical Center, Augusta, GA, September 29, 1994.

64. "Drug Interactions with Psychiatric Medications," presented at Grand Rounds, Medical College of Georgia, Department of Psychiatry, September 29, 1994.

65. "Drug Interactions with Psychotherapeutic Drugs," presented at the American Society of Consultant Pharmacists Post Graduate Geriatric Workshop, Charleston, SC, October 8, 1994.

66. "Myths Mama Told You — What Works and What Doesn't in Treatment of Substance Abuse," presented at the 15th National Conference of Mental Health, Developmental Disabilities, and Substance Abuse Pharmacists, Athens, GA, February 1, 1995.

67. "Substances of Abuse," presented at the 15th National Conference of Mental Health, Developmental Disabilities, and Substance Abuse Pharmacists, Athens, GA, February 2,

1995.

68. "Psychopharmacy Practice and Research," presented at MUSC Department of Hospital Pharmacy Practice and Administration Faculty Seminar, Charleston, SC, April 20, 1995.

69. "Anxiety in the 1990's: A Look at Panic Disorder," presented to Palmetto Dental Society, Columbia, SC, April 26, 1995.

70. "Depot Neuroleptic Therapy: An Underutilized Option," presented at Psychiatric/Mental Health Nursing Conference, Columbia, SC, October 12, 1995.

71. "Update on Anxiety Disorders," presented at the SCSHP 1996 Fall Seminar: Psychopharmacy, Columbia, SC, September 13, 1996.

72. "Anxiety Disorders: Review of Treatment," presented at the Clinical Midyear Symposium for Psychiatric Pharmacy Practitioners, Athens, GA, October 7, 1996.

73. "Schizophrenia and Antipsychotic Medications," presented at the Clinical Midyear Symposium for Psychiatric Pharmacy Practitioners, Athens, GA, October 7, 1996.

74. "Psychopharmacological Treatment of Personality Disorders, Developmental Disorder, and Eating Disorders," presented at the Clinical Midyear Symposium for Psychiatric Pharmacy Practitioners, Athens, GA, October 7, 1996.

75. "Case Presentations in Anxiety Disorders," presented at the Clinical Midyear Symposium for Psychiatric Pharmacy Practitioners, Athens, GA, October 8, 1996.

76. "Substances of Abuse," presented at the Clinical Midyear Symposium for Psychiatric Pharmacy Practitioners, Athens, GA, October 8, 1996.

77. "Case Presentations in Mood Disorders," presented at the Clinical Midyear Symposium for Psychiatric Pharmacy Practitioners, Athens, GA, October 8, 1996.

78. "Impulse Control Disorders," presented at the Clinical Midyear Symposium for Psychiatric Pharmacy Practitioners, Athens, GA, October 9, 1996.

79. "Case Presentations in Schizophrenia and Bipolar Disorders," presented at the Clinical Midyear Symposium for Psychiatric Pharmacy Practitioners, Athens, GA, October 9, 1996.

80. "Use of Antidepressants in Anxiety Disorders," presented at MHAL Training Institute Workshop, Charleston, SC, October 29, 1996.

81. "Why Practitioners Ignore Anxiety Disorders: Ideas for Providing Successful Treatment," presented at the 17th National Symposium for Psychiatric Pharmacy Practitioners, Athens, GA, February 5,1997.

18

82. "Medicines for the Mind:  How Drugs Affect Your Thinking, Feeling, and Behavior." "Ask the Expert" series, Medical University of South Carolina Office of Public Education and Institute of Psychiatry, Charleston, SC, April 9, 1997.

83. "Reading and Evaluating the Psychopharmacologic Literature," presented at the 18th National Symposium of Mental Health/Developmental Disabilities/Substance Abuse Practitioners, Athens, GA, February 4, 1998.

84. "Running 101—Use of Running in Stress Management," presented at the 18th National Symposium of Mental Health/Developmental Disabilities/Substance Abuse Practitioners, Athens, GA, February 4, 1998.

85. "Stress Management," presented at the 18th National Symposium of Mental Health/Developmental Disabilities/Substance Abuse Practitioners, Athens, GA, February 5, 1998.

86. "New Pharmacological Treatments for Anxiety and Depression:  What's Reasonable to Expect," presented at the MUSC Institute of Psychiatry Breakfast Rounds, Charleston, SC, May 29, 1998.

87. "Treatment of Anxiety," presented at Psychotropic Medication and the Health Care Professional, Charleston, SC, August 10, 1998.

88. "Medicines of the Mind," presented at the Mind Your Health program, MUSC Institute of Psychiatry, Charleston, SC, November 17, 1998.

89. "The Challenge of Treating Depression in Women," presented at the 5th Annual Advanced Practice Nurses' Conference, Charleston, SC, February 4, 1999.

90. "Running and Mental Health:  A Workshop for Those Just Starting Out Running," presented at the 19th National Symposium of Mental Health/Developmental Disabilities/Substance Abuse Practitioners, Athens, GA, February 9, 1999.

91. "Cocaine Intoxication:  Why People Do What They Do," presented at the 19th National Symposium of Mental Health/Developmental Disabilities/Substance Abuse Practitioners, Athens, GA, February 10, 1999.

92. "Assessment Scales in Psychopharmacy," presented at the 19th National Symposium of Mental Health/Developmental Disabilities/Substance Abuse Practitioners, Athens, GA, February 11, 1999.

93. "Treatment of Panic Disorder in the Medically Ill Patient," presented at the 2nd Annual International Meeting, College of Psychiatric and Neurologic Pharmacists, Lake Tahoe, NV, March 26, 1999.

94. "Pharmacologic Treatment of Depression: Where to Start," presented at "Making a Difference in Treating Depression," Charleston, SC, November 21, 1999.

19

95. "Why People Don't Take Their Medication," presented at "Making a Difference in Treating Depression," Charleston, SC, November 21, 1999.

96. "Assessment Tools:  MSE and Rating Scales," presented at "Making a Difference in Treating Depression," Charleston, SC, November 21, 1999.

97. "Antidepressants:  Essentials of MAOIs and TCADs," presented at "Making a Difference in Treating Depression," Charleston, SC, November 21, 1999.

98. "Adverse Events and Their Treatment," presented at "Making a Difference in Treating Depression," Charleston, SC, November 21, 1999.

99. "Are Any of Your Patients Depressed or Anxious?," presented at "Psychotherapeutics for Clinicians," MUSC College of Nursing," Charleston, SC, December 3, 1999.

100. "Medication Noncompliance:  Why Patients Don't Take Their Medications," presented at 20th National Symposium for Psychiatric Practitioners, Athens, GA February 22, 2000.

101. "Case Studies: Adverse Drug Reactions or Events," presented at 20th National Symposium for Psychiatric Practitioners, Athens, GA, February 22, 2000.

102. "What is a Medication Response?" presented at the 21st National Symposium for Psychiatric Practitioners, Athens, GA, February 7, 2001.

103. "Basic Principals of Treating Addiction", presented at the 21st National Symposium for Psychiatric Practitioners, Athens, GA, February 8, 2001.

104. "Treatment of Addiction". presented at the MUSC Center for Drug and Alcohol Program Inpatient Staff, Charleston, SC,  April 24, 2001.

105. "Catching Up with Science: Basic Treatment of Addiction" MUSC Health Communications Network Presentation of Pharmacy Update 2001, Charleston, SC, June12, 2001.

106. "Basic treatment of Addictions" presented at Regional Meeting of the SC Academy of Professional Psychologists, Charleston, SC, June 27, 2001.

107. "Basics of Psychopharmacology" presented at Southeaster Region Therapeutic Recreation Symposium, Charleston, SC,  July 20, 2001.

108. "Medical and Legal Implications of a New Drug Culture" presented at Judges and Attorneys Substance Abuse and Ethics Seminar, Charleston, SC, December 7, 2001

109. "Psychiatric Drug Therapy for the Non-Pharmacist" presented at the 22nd National Symposium for Psychiatric Practitioners, Athens, GA, February 5, 2002.

20

110. "Case Studies: Drug Dependency Disorders" presented at the 22nd National Symposium for Psychiatric Practitioners, Athens, GA, February 6, 2002.

111. "Catching Up With Science: Why We Don't Adequately Treat Addictions": presented at the 22nd National Symposium for Psychiatric Practitioners, Athens, GA, February 7, 2002.

112. Pharmacology Institute: "The Best Is Yet to Come": workshops on "What is a Medication Response?", "Update: New Psychiatric Medications", and "Why We Don't Adequately Treat Addictions" presented at SC National Association of Social Workers Spring Symposium, Columbia, SC, March 6, 2002.

113. "The Course of Addiction" presented at the MUH Department of Pharmacy Clinical Staff Meeting, Charleston, SC, May 21, 2002.

114. "Investigating, Understanding, and Explaining Substance Abuse" at the NC Academy of Trial Lawyer's Seminar "Making the Case for Life" in Raleigh, NC, September 28, 2002.

115. "The Course of Addiction" presented at the MUH Department of Pharmacy Clinical Staff Meeting, Charleston, SC, and May 21, 2002.

116. "Investigating, Understanding, and Explaining Substance Abuse" presented at NC Academy of Trial Lawyers Seminar:" Making the Case for Life: V", Raleigh, NC, September 28, 2002.

117. "Substance Use in Criminal Defendants" a workshop presented at the 8th Biennial Forensic Forum: Best Practices: Collaboration between Human Service and Criminal Justice Systems, Columbia, SC, October 24, 2002.

118. "Understanding Antipsychotic Medications and New Issues in Medications for Old Illnesses" presented at 3rd National Seminar on Mental Health and the Criminal Law, Atlanta, GA, November 2, 2002.

119. "High Profile Drugs: Use" presented at Judges and Attorneys Substance Abuse and Ethics Seminar, Charleston, SC, December 6, 2002.

120. "What to Expect from Medication when Doing Psychotherapy" presented at the 23rd National Symposium for Psychiatric Practitioners, Athens, GA, February 5, 2003.

121. "Addictions and Legal Issues: So What?" presented at the 23rd National Symposium for Psychiatric Practitioners, Athens, GA, February 6, 2003.

122. "Addictions: Controversial Legal and Treatment Issues" Presented to USC-Beaufort Department of Psychology, Beaufort, SC, April 17, 2003.

123. "Contempt and Hate: Dealing with Strong Feelings for Patients" presented at the 24th National Symposium for Psychiatric Practitioners, Athens, GA, February 3, 2004.

21

124. "Who Cares: Treatment of Generalized and Social Anxiety Disorders" presented at the 7th College of Psychiatric and Neurologic Pharmacists Annual meeting, Chicago, IL, April 25, 2004.

125. "Treatment of Addictions" presented at the IOP Pharmacy Inservice Program, Charleston, SC, May 27, 2004.

126. "Contempt and Hate: Dealing with Strong Feelings for Patients with Substance Use Disorders" presented at the MUSC Department of Pharmacy Services Clinical Staff Meeting, Charleston, SC, Jul 27, 2004.

127. "Psychopharmacology Legal Issues: Basic Treatment of Addictions, The Effects of Methamphetamine on the Brain, Pharmacokinetics, Blood Levels and the Brain, and Blood Alcohol Levels" presented at Georgia Public Defender Staff In-service, Atlanta, GA January 30, 2006.

128. "The Interface of Psychopharmacology and Addictive Disorders" presented at the 26th

National Symposium for Psychiatric Practitioners, Athens, GA, February 7, 2006.

129. "Contempt and Hate: Strong Feelings for Patients" presented at the MUSC Department of Pharmacy Residents RITE meeting, Charleston, SC, Sept 15, 2006.

## TEACHING EXPERIENCE:

**Advanced Clinical Pharmacy,** Medical University of SC; Preceptor for Pharm.D. candidates on the Psychiatry Rotation, 1977–2004.

**Advanced Therapeutics,** Medical University of SC; Module Coordinator; Group Leader, Lecture for Psychiatric Pharmacy Practice, Pharm.D. students, 1980–2004.

**Substance Abuse: A Pharmacist's Perspective,** Medical University of SC; Group Moderator, Pharm.D. students, 1999–2003.

**Psychology Internship Seminar Program,** Medical University of SC; Provided seminars on the following topics: Introduction to Psychopharmacology, Use of Major Tranquilizers, Antidepressant Medication, Use of Lithium in Affective Disorders, Drug Induced Psychiatric Disorders, 1979–1990, 1994, 2002-2003.

**Psychopharmacology Unit,** Medical University of SC; Clinical Supervisor to 3rd and 4th year Psychiatry Residents and 1st year Psychopharmacy Practice Residents, Didactic presentations, 1984–2001.

22

**Clinical Pharmacy I,** Medical University of SC; Didactic presentation includes: Antipsychotic medication, Antidepressant medication, Lithium, Anti-anxiety agents, Schizophrenia, Affective Disorders, Anxiety, and Substance Abuse Disorders, 1977–1999.

**Clinical Pharmacy II,** Medical University of SC; Preceptor for fifth year B.S. pharmacy students on the Psychiatry Rotation. Also includes didactic presentations, 1976–1999.

**Doctoral Project,** Medical University of SC; Directed project for fifteen Pharm.D. candidates, 1978–1995.

**Behavioral Sciences,** Medical University of SC; Coordinator of Behavioral Sciences course for 1st year Pharm.D. candidates, co-leader in seminars involving guest speakers, 1978–1987.

**Supervisor,** Medical University of SC; for the Psychiatric Pharmacy Practice Resident, for the 3rd and 4th year Psychiatric residents in a medication clinic, 1982–1987.

**Required Psychiatry Clerkship,** Medical University of SC; Preceptor for medical students on the Adult Inpatient Psychiatric Unit at MUSC, VA Mental Hygiene Clinic and VA Adult Inpatient Psychiatric Unit — emphasis on applied psychopharmacology and therapeutics, 1978–1988.

**Fundamentals of Drug Information,** Medical University of SC; the following lectures were presented to 1st year Pharm.D. students: How to Present an Oral Presentation, Effective Use of Teaching Materials, and Methods of Evaluation, 1976–1977.

**Health Sciences Teaching Course,** completed a two-week course in Health Science Teaching while at the University of California. This course was designed to improve teaching techniques, 1975.

**Clinical Pharmacy 130,** University of California; emphasis on the interpretation and clinical significance of laboratory tests plus the medical management of problems involving the cardiovascular system and the kidneys. Experience in leading conference groups, developing test materials, and evaluating student performance for 3rd year pharmacy students, 1975–1976.

**Clinical Pharmacy 135,** University of California; Served as a preceptor for 3rd and 4th year students during their inpatient and outpatient rotations; responsibilities included the instruction and evaluation of these students, 1975–1976.

**Clinical Pharmacy 132,** University of California; Presented the following lectures: Treatment of Affective Disorders with Lithium, Treatment of Affective Disorders with Tricyclic Antidepressants, 1976.

**Pharmaceutical Preparations Laboratory;** University of Tennessee; Introduction to

23

pharmaceutical preparations and dispensing for 3rd year pharmacy students. Served as a laboratory instructor and was responsible for providing practical instruction and evaluating student's performance in the laboratory, 1974.

## ADMINISTRATIVE EXPERIENCE:.

**Coordinator for the Clinical Pharmacy Program,** 5th year B.S. Pharmacy Students at the Medical University of South Carolina during 1979–1982, 1988–1999.

**Coordinator for the Behavioral Science Course,** for the 1st Year Doctor of Pharmacy students during 1978–1987.

**Director of Education and Training,** Department of Clinical and Institutional Pharmacy, May 1983-July 1984.

**Coordinator for the Doctor of Pharmacy Program,** Institutional Tract, April 1983-July 1984.

**Hot Springs Health Program,** Initiated and provided clinical pharmacy services for three rural community clinics; responsible for the total operation of these services, June 1973 – May 1974.

## AWARDS:

MUSC Applause Program, February, 1997; September, 2000

College of Pharmacy Research Productivity Award, 1993–1994, 1994–1995

Department of Hospital Pharmacy Practice and Administration Research Productivity Award, 1993–1994, 1994–1995

## COMMITTEE EXPERIENCE:

MUSC College of Pharmacy Admissions Committee 2002-2004.

MUSC College of Pharmacy - Appointments, Promotion and Tenure Committee, 2000–2004.

Program Planning Committee, National Meeting of Mental Health/Developmental Disabilities and Substance Abuse Pharmacists, 1987–2004.

MUSC Continuing Education Committee, 1999–2002, Chairperson.

MUSC Honorary Degree Committee, 1998–2002.

MUSC College of Pharmacy, ACPE Accreditations Committee, Chairperson, 2000–2001.

Department of Pharmacy Practice and Promotion and Tenure Committee, 1988–94, 1996–2001.

MUSC College of Pharmacy Assessment and Curriculum Committee, 1997–2001, Chairperson.

ASHP Foundation Fellowship Program Selection Panel for Psychiatric Drug Therapy, 1996

Doctor of Pharmacy Advisory Committee, MUSC College of Pharmacy, 1979–85, 1991–96.

Program Planning Committee, Midyear Clinical Symposium for Psychiatric Pharmacy Practitioners, 1996.

MUSC Faculty Hearing Committee, 1988–93, 1996.

Department of Hospital Pharmacy Practice and Administration Pharmacy Residency and Fellowship Committee, 1984–85, 1987–95.

MUSC Student Life Council, 1988–93.

Served as a member of the ASHP Residency Accreditation Survey Team in Psychopharmacy Practice.

Scholastic Standing Committee, Medical University of SC College of Pharmacy, 1987–92.

Department of Clinical and Institutional Pharmacy Curriculum Committee, 1985–87.

Department of Clinical and Institutional Pharmacy Clinical Services Committee, 1985–87.

Department of Clinical and Institutional Pharmacy Research Committee, 1982–85.

Education and Training Working Group, Special Interest Group on Psychopharmacy Practice, American Society of Hospital Pharmacists, 1980–84.

Admissions Committee, MUSC College of Pharmacy, 1978–83.
Medical Records Subcommittee on Psychiatric Medical Records, Charleston VA Medical Center, 1979.

Advisory Panel for Awards, American Society of Hospital Pharmacists Education and Research Foundation, 1978–80.

Subcommittee for Accreditation Standards for Specialty Residencies in Psychiatric Pharmacy, American Society of Hospital Pharmacists, Special Interest Group on Psychopharmacy Practice, 1978–79.

## RESEARCH INTERESTS:

Treatment of substance abuse disorders.

25

Psychopharmacological treatment of affective disorders and anxiety disorders.

Patient education and patient self-management of chronic psychiatric disorders.

Drug utilization of psychiatric medication.

## RESEARCH METHODOLOGY TRAINING:

1986– 2004    Ongoing M.D. supervision via preceptor assignment

1991– 2002    Clinical research staff training:  monthly inter-rater reliability meetings

Proficient use of the following assessment scales (not inclusive):

Structured Clinical Interview for Diagnosis (SCID)
Hamilton Depression Rating Scale (HAM-D)
Montgomery and Asberg Depression Rating Scale (MADRS)
Hamilton Anxiety Rating Scale (HAM-A)
Beck Depression Inventory (BDI)
Yale-Brown Obsessive Compulsive Scale (Y-BOCS)
Liebowitz Social Phobia Scale (LSPS)
Brief Social Phobia Scale (BSPS)
Brief Psychiatric Rating Scale (BPRS)
Abnormal Involuntary Movements Scale (AIMS)
Young Mania Rating Scale
Rickels Symptom Checklist
Physicians Withdrawal Checklist

## RESEARCH EXPERIENCE:

1.     1977 – 1980    Co-Investigator,  HEW  Grant  50-P-20682,  "Antiepileptic  Drug Compliance in an Outpatient Seizure Program."

2.     1986 – 1988    Co-Investigator, Kali-Duphar Laboratories, "Fluvoxamine in the treatment of  Depression:  a  Multicenter  Double-Blind  Placebo-Controlled Comparison with Imipramine in Outpatients."

3.     1986 – 1988    Co-Investigator, "Thyroid Function in Depressed Outpatients Receiving Fluvoxamine, Imipramine, and Placebo."

4.     1987 – 1989    Principal Investigator, The Upjohn Co., "Evaluation of the Long Term Use of Alprazolam in Panic Disorder."

26

5.    1988 – 1990    Co-Investigator, Merrell-Dow, Inc., "Desipramine vs. Placebo: Efficacy in Panic Disorder."

6.    1988 – 1990    Co-Investigator, Pfizer, Inc., "Sertraline vs. Placebo in the Treatment of Obsessive-Compulsive Disorder.

7.    1988 – 1989    Co-Investigator, Pfizer, Inc., "SM-3997 in the Treatment of Generalized Anxiety Disorder."

8.    1989 – 1993    Principal Investigator, The Upjohn Co., "Pharmacoeconomic Study of Patients with Irritable Bowel Syndrome and Anxiety Disorders."

9.    1989 – 1990    Co-Investigator, Sandoz, Inc., "ZK112-119 Alprazolam and Placebo in the Treatment of Panic Disorder."

10.   1989 – 1990    Co-Investigator, Sandoz, Inc., "ZK112-119 Alprazolam and Placebo in the Treatment of Generalized Anxiety Disorder."

11.   1989 – 1996    Co-Investigator, NIAAA (RO1AA07825-01A1), "Imipramine Treatment of Alcoholics with Panic Disorder."

12.   1990 – 1991    Co-Investigator, Searle Inc., "Efficacy and Safety of SC-48274 0.25, 1 mg and 5 mg Twice Daily in Patients with Generalized Anxiety Disorder."

13.   1990 - 1991    Co-Investigator, Upjohn Co., "Evaluation of Xanax SR 4 mg, 6 mg, and Placebo in the Treatment of Panic Disorder with Agoraphobia."

14.   1990 -1992    Co-Investigator, Wyeth-Ayerst, "Venlafaxine vs Placebo in Panic Disorder."

15.   1990 – 1992    Co-Investigator, Pfizer Inc., "Sertraline, Amitriptyline, and Placebo in Outpatients with Depression."

16.   1990 – 1993    Co-Investigator, Pfizer Inc., "Sertraline, Clomipramine, and Placebo in Outpatients with Obsessive Compulsive Disorder."

17.   1990 – 1992    Co-Investigator, Pfizer Inc., "Follow-up Study of Sertraline in Outpatients with Obsessive Compulsive Disorder."

18.   1990 – 1992    Co-Investigator, Glaxo Inc., "Ondansetron vs. Diazepam and Placebo in the Treatment of Generalized Anxiety Disorder."

19.   1991 – 1993    Co-Investigator, Roche, "Librax vs. Librium, Quarzan, and Placebo in IBS"

20.   1991 – 1992    Co-Investigator, Mead Johnson Labs, "Nefazodone in Depression."

27

21.  1992 – 1993  Co-investigator, Glaxo Inc., "A Double Blind, Placebo-Controlled Study of the Safety and Efficacy of Ondansetron vs Placebo in the Treatment of Social Phobia."

22.  1992 – 1993  Co-investigator, Hoffman-La Roche.  "Double Blind Dose Response Study of Determining the Safety and Efficacy of Fixed Dosed of Moclobemide in Patients with Panic Disorder with or without Agoraphobia."

23.  1992 – 1993  Co-investigator, Hoffman-La Roche.  "Double Blind Dose Response Study to determine the Safety and Efficacy of Fixed Doses of Moclobomide in patients with Social Phobia."

24.  1992 – 1993  Co-investigator, Sandoz.  "A Prospective, Randomized, Double Blind Multicenter Parallel Group Comparison of the Efficacy, Safety, and Tolerance During Short and Long Term Treatment and the Effects of Medication Discontinuation After Long Term Treatment with Abecarnil and Alprazolam in Patients with Generalized Anxiety Disorder."

25.  1992 – 1995  Co-investigator, "Sleep Deprivation Study in Patients with Panic Disorder, Obsessive-Compulsive Disorder, Generalized Anxiety Disorder, Depression, and Normal Controls."

26.  1993 – 1995  Co-investigator, Solvay Pharmaceuticals, "Fluvoxamine in The Treatment of Depression:  A Double-Blind Multicenter Comparison with Sertraline in outpatients."

27.  1993 – 1994  Co-investigator, SmithKline Beecham Pharmaceuticals, "Paroxetine versus Clomipramine and Placebo in The Treatment of Obsessive Compulsive Disorder."

28.  1993 – 1994  Co-investigator, Eli Lilly and Company.  "Amesergide versus Fluoxetine versus Placebo in Major Depressive Disorder."

29.  1993 – 1995  Co-investigator, Pfizer, Inc., "Double-Blind parallel comparison of Sertraline and Desipramine in Outpatients with Concurrent Major Depression and Obsessive Compulsive Disorder."

30.  1994 – 1994  Co-investigator, Glaxo, Inc., "A Double-Blind Placebo-controlled Escalation Study of the Safety and Efficacy of Oral Ondansetron in the Treatment of Patients With Panic Disorder."

31.  1994 – 1995  Co-investigator, Bristol-Myers-Squibb, "Open-Label Study of Serzone

28

(Nefazodone) in the Management of Patients with Symptoms of Depression in General Psychiatric Practices."

32. 1994 – 1994    Co-investigator, Upjohn Co., "Deracyn (adinazelam) in the Treatment of Social Phobia."

33. 1994 – 1996    Co-investigator, Pfizer, Inc., "Sertraline Treatment Followed by a Double-Blind Comparison of Sertraline and Placebo in the Prevention of Relapse in Outpatients with Obsessive Compulsive Disorder."

34. 1994 – 1995    Co-investigator, Parke-Davis, "A Double-Blind, Placebo-Controlled, Six-Week Study of Oral CI-988 in Patients with Panic Disorder."

35. 1994 – 1996    Co-investigator, Eli-Lilly and Company, "Fluoxetine vs. Placebo in Panic Disorder."

36. 1995 – 1996    Co-investigator, Organon, Inc., "ORG-4428 *v.* Fluoxetine *v.* Placebo in Major Depression."

37. 1995 – 1997    Co-investigator, Pfizer, Inc., "One-year Open-label Extension Study of Sertraline Followed by a Double-blind Comparison of Sertraline and Placebo in Outpatients with Panic Disorder."

38. 1995 – 1996    Co-investigator, Solvay Pharmaceuticals, "Flesinoxan in the Treatment of Generalized Anxiety Disorder."

39. 1995 – 1995    Co-investigator, Solvay Pharmaceuticals, "Evaluation of Fluvoxamine in Social Phobia."

40. 1995 – 1995    Co-investigator, Glaxo, Inc., "Ondansetron *v.* Placebo in Panic Disorder."

41. 1995 – 1996    Co-investigator, SKB Pharmaceuticals, "Paroxetine v. Placebo in Social Phobia."

42. 1995 – 1996    Co-investigator, SKB Pharmaceuticals, "Paroxetine Open Label Extension in Social Phobia."

43. 1995 – 1996    Co-investigator, Upjohn Company, "Pramipexole v. Fluoxetine v. Placebo in the Treatment of Patients with Major Depression."

44. 1995 – 2000    Co-investigator, NIMH Grant, "Imipramine vs. Phenelzine vs. Paroxetine vs. Placebo in Panic Disorder with Depression."

45. 1996 – 1997    Co-investigator, Wyeth-Ayerst, "Venlafaxine vs. Placebo in Generalized Anxiety Disorder."

46. 1996 – 1998    Co-investigator, Parke-Davis Pharmaceutical Research, "Placebo-

Controlled Trial of Gabapentin in Patients with Panic Disorder."

47.  1996 – 1998  Co-investigator, Wellcome Foundation, "A Multicenter, Double-blind, Placebo-controlled, Fixed-dose Evaluation of the Safety and Efficacy of Lamictal (lamotrigine) in the Treatment of a Major Depressive Episode in Patients Suffering from Bipolar Disorder."

48.  1997 – 1998  Co-investigator, Interneuron Pharmaceuticals, Inc., "Placebo-Controlled Parallel Group Trials of Three Doses of Pagaclone in Patients with DSM-IV Panic Disorder."

49.  1997 – 1998  Co-investigator, Smith-Kline Beecham Pharmaceuticals, Inc., "A Double-Blind, Placebo-Controlled, Flexible Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine in the Treatment of Panic Disorder."

50.  1997 – 1998  Co-investigator, Smith-Kline Beecham Pharmaceuticals, Inc., "A Randomized, Double-Blind, Fixed Dose Comparison of 20, 40, and 60 mg Daily of Paroxetine and Placebo in the Treatment of Generalized Social Phobia."

51.  1997 – 1998  Co-investigator, Smith-Kline Beecham Pharmaceuticals, Inc., "A Double-Blind, Placebo-Controlled, Trial to Evaluate the Clinical Effects of Immediate Release Paroxetine and Modified Release Paroxetine in the Treatment of Major Depression."

52.  1997 – 1998  Co-investigator, Bristol Myers Squibb Pharmaceuticals, "A Double-Blind, Randomized Trial of Three Fixed Doses of Transdermal Buspirone Compared to Placebo in the Treatment of Anxious Outpatients."

53.  1998 – 1999  Co-investigator, Bristol Myers Squibb Pharmaceuticals, "Flexible-Dose Trial of Nefazodone HCl and Placebo in the Treatment of Subjects with Panic Disorder."

54.  1998 – 1999  Co-investigator, Forest Laboratories, "Open-Label Evaluation of Citalopram in Outpatients with Depression."

55.  1998 – 1999  Co-investigator, Merck and Co., "Double-Blind Acute and Extension Study of MK-9869 *vs* Fluoxetine and Placebo in Treatment of Outpatients with Major Depressive Disorder."

56.  1998 – 1999  Co-investigator, Glaxo-Wellcome, "Placebo-Controlled Study of Bupropion HCl Sustained Release for the Prevention of Relapse/Recurrence in Subjects Whose Depression Responded to Treatment with Wellbutrin SR."

57.  1998 – 1999  Co-investigator, Parke-Davis Pharmaceutical Research, "Pregabalin in

30

Social Phobia."

58.    1998 – 2000    Co-investigator, Glaxo-Wellcome, "Placebo-Controlled, Randomized, Fixed-Dose Evaluation of Lamotrigine in Long-Term Prevention of Relapse and Recurrence of Depression and/or Mania in Patients with Bipolar I Disorder."

59.    1999 –2000    Co-investigator, Novartis, "Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate 4 Doses of NKP608A in Patients with Social Phobia."

60.    1999 – 2000    Co-investigator, Novartis, "Randomized, Double-Blind, Active and Placebo-Controlled Trial of NKP608A in Patients with Moderate to Severe Major Depressive Disorder."

61.    1999 – 2000    Co-investigator, Synthelabo Research, "Comparison of Befloxatone 2.5 mg *vs* Placebo in Outpatients with Moderate to Severe Major Depressive Disorder."

62.    1999 – 2001    Co-investigator, SmithKline Beecham, "Double-Blind, Placebo-Controlled Flexible Dosage trial to Evaluate Paroxetine in Patients with Generalized Anxiety Disorder."

63.    2000 – 2001    Co-investigator, Wyeth-Ayerst Research, "Venlafaxine ER and Placebo in Outpatients with Generalized Social Phobia."

64.    2000 – 2001    Co-investigator, Clinical Innovation Group, "Efficacy and Tolerability of Sertraline in Generalized Anxiety Disorder."

65.    2000 – 2001    Co-investigator, Bristol Myers Squibb, "Nefazodone vs. Venlafaxine in Outpatients with Generalized Anxiety Disorder."

66.    2000 – 2001    Co-investigator, Glaxo-Wellcome Inc., "Safety and Effectiveness of Bupropion SR in Panic Disorder."

67.    2000 – 2001    Co-investigator, Forest Laboratories, Inc., Safety and Efficacy of Lu 26-054, Citalopram and Placebo in the Treatment of Panic Disorder."

68.    2000 – 2001    Co-investigator, Biovail Laboratories, "Safety and Efficacy of Buspirone Extended Release vs Placebo in the Treatment of Generalized Anxiety Disorder."

69.    2000 – 2001    Co-investigator, Pharmacia and Upjohn, "Reboxatine vs Placebo in Treatment of Major Depressive Disorder Resistant to Fluoxetine."

70.    2000 – 2001    Co-investigator, Eli Lilly and Co., "Long Term, Open Label Treatment

31

with R-Fluoxetine HCL in Major Depressive Disorder."

71.     2001 - 2004     Co-investigator, NIDA, "Double-Blind, Placebo-Controlled Trial of Carbergoline for the Treatment of Cocaine Dependence."

72.     2001 - 2004     Co-investigator, NIDA, "Double-Blind, Placebo-Controlled Trial of Selegiline Transdermal System for the Treatment of Cocaine dependence."

73.     2003 - 2004     Co-investigator, NIH, "Methylphenidate-Ethanol Interaction in ADHD and Coabuse."

## PROFESSIONAL ORGANIZATIONS:

American Society of Health Systems Pharmacists

College of Psychiatric and Neurologic Pharmacists

32