THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA     )
     )
v.     )  CRIMINAL NO. 4:02-992
     )
CHADRICK E. FULKS     )
     )

## DECLARATION OF MARK THOMPSON

1.    My name is Mark Thompson. I am over 18 years of age and competent to give this declaration. I knew Chad Fulks' family when they lived in Ohio after Diane and Roger divorced. I lived just down the road from the place that Diane rented.

2.    I remember that Diane was never at home because of her involvement in church. Chad would come home from school, put his books down, and then hang out around my house. I often fed Chad because Diane was not there to cook meals for him. Chad and his brothers had little or no adult supervision. They were left to roam the streets and do as they pleased.

3.    From my observation, Chad was a follower and not a leader.

4.    In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_____
Mark Thompson

Signed before me this __9__ day of
__June_____, 2008

_____
Notary Public for 10-23-2009
My Commission Expires: State of Ohio 10-23-2009

PA Document #8