THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA )
)
v. )     CRIMINAL NO. 4:02-992
)
CHADRICK E. FULKS )
)

## DECLARATION OF MARK FULKS

1.     My name is Mark Fulks.  I am over 18 years of age and competent to make this declaration..  I am Chad Fulks' uncle and I testified at his sentencing hearing in June 2004.

2.     I was asked by Chad's trial team to testify about Chad's childhood.  The only preparation I received was the night before I testified when the lawyers told me to tell the truth on the stand.  No member of the Fulks trial team ever went over what types of questions they would ask me when I took the stand.  They also did not prepare me for cross examination or give me any examples of what the U.S. Attorney might ask me on cross examination.

3.     In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

Mark Fulks

Signed before me this _16 TH_ day of
_JUNE_          , 2008

_Joyce K. Schreiber_
Notary Public for _LAGRANGE COUNTY_

My Commission Expires: _05/19/2012_

Joyce K Schreiber
Notary Public Seal State of Indiana
Lagrange County
My Commission Expires 05/19/2012

PA Document #9