THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA          )
                                  )
v.                                )     CRIMINAL NO. 4:02-992
                                  )
CHADRICK E. FULKS                 )
                                  )

## DECLARATION OF MARTHA FLOYD

1.     My name is Martha Floyd. I taught Chad Fulks when he was in sixth grade. I testified at Chad's sentencing hearing in June 2004.

2.     Mr. Fulks' trial team asked me to testify at trial about Chad's childhood and my interaction with the Fulks family. The only preparation for my testimony was one meeting at a Shoney's with John Blume. I met the trial team in the hotel prior to testifying, but we did not discuss in-depth my testimony. Mr. Blume simply asked me to tell him what I knew about Chad. I did so. There was no further discussion of my testimony. The Fulks trial team never prepared me for cross examination or gave me any examples of what the U.S. Attorney might ask me on cross examination. The Fulks trial team never went over what questions they might ask me on direct exam.

3.     In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_____
Martha Floyd

Signed before me this 5th day of
June , 2008
_____
Notary Public for West Virginia

My Commission Expires: Sept. 6 2016

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RICHARD H. KEMP
2008 Quarrier St.
Charleston, WV 25311
My Commission Expires Sept. 6, 2016

PA Document #10