THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 4:02-992
)
CHADRICK E. FULKS )
)

## DECLARATION OF TIM KANE

1.     My name is Tim Kane. I am a graduate of Cornell University Law School. I am a member of the District of Columbia and Maryland bars.

2.     When I was a law student at Cornell, I was a participant in the Law School's death penalty clinic. I worked on the Chad Fulks case during the fall semester of 2003 and the spring semester of 2004.

3.     During the first semester of working on the case, I drafted motions and memoranda for John Blume. During the second semester, I worked on preparing the opening statement for the Fulks trial. During both semesters, I also did some work locating and interviewing witnesses.

4.     I recall that some students working in the death penalty clinic were apprehensive about knocking on doors and conducting witness interviews.

5.     Students were often put in a sink-or-swim situation. In my experience working on the Fulks case for two semesters, law student training was the exception and not the rule. John Blume did not provide the students with much guidance. The failure to give specific guidance was a common complaint I heard from my fellow students working on the Fulks case.

PA Document #11

6.      In my experience, I, like other students in the clinic did not have a full picture of what was happening in the Fulks case.  Information was being gathered by multiple persons and often the right hand did not know what the left was doing.

7.      Based on my sense of the case, I believed that Chad Fulks suffered from some form of severe sex abuse in his childhood.  I believed and continue to believe that sex abuse suffered by Chad Fulks should have been more of a focus of the investigation and that more resources should have been devoted to this.  Instead, resources seemed to be allocated disproportionately to searches for the remains of Alice Donovan.  I participated in one search where Chad Fulks was present in the custody of federal agents and am aware of students participating in other searches where helicopters and cadaver dogs were used.

8.      In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_____
Tim Kane

Signed before me this 3rd day of
June , 2008
_____
Notary Public for District of Columbia

My Commission Expires: _____

Ngoc K. Niblack
Notary Public, District of Columbia
My Commission Expires 10/31/2011