THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA          )
                                  )
v.                                )   CRIMINAL NO. 4:02-992
                                  )
CHADRICK E. FULKS                 )
                                  )

## DECLARATION OF TRACY GRAYBEAL

1.      My name is Tracy Graybeal. I am over 18 years of age and competent to give this declaration. I was a childhood friend of Chad Fulks and am familiar with aspects of his childhood and family.

2.      I was never contacted by Chad Fulks trial team. Had I been contacted, I would have been willing to testify at Chad's sentencing hearing. My testimony would have been consistent with the statements in this affidavit.

3.      Chad and I both attended Enslow Middle School in Huntington, West Virginia.

4.      When Chad and I were about 13 years old we began dating.

5.      When we were dating, Chad's mother was attempting to raise her kids by herself. Her husband Roger had left her and moved to another state. The Fulks children were left to fend for themselves because Diane was always at church. The boys had little or no supervision. Diane was very much of an absentee mother. Diane did not care if I stayed over at her house or if Chad stayed over at my house.

6.      Chad consumed large amounts of alcohol as a teenager. In my opinion, this was his way of dealing with the childhood abuse he suffered at the hands of Roger and Diane.

PA Document #12

7.     In approximately early 2007, Chad wrote me a letter in which he stated that his older sister molested him when he was a child.

8.     In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

Tracy Graybeal

Signed before me this 4th day of
June, 2008

Richard H. Kemp
Notary Public for West Virginia

My Commission Expires: Sept. 6, 2016

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RICHARD H. KEMP
2008 Quarrier St.
Charleston, WV 25311
My Commission Expires Sept. 6, 2016

- 2 -