THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA      )
                              )
v.                            )     CRIMINAL NO. 4:02-992
                              )
CHADRICK E. FULKS             )
                              )

## DECLARATION OF MONICA WOLOWINSKI

1.     My name is Monica Wolowinski.  I live in Ona, West Virginia.  I am over 18 years of age and am competent to make this declaration.

2.     I am very familiar with Chad Fulks.  When Chad was a young boy, I lived in the Guyandotte area of Huntington, West Virginia.  My son became friends with Chad when Chad was about 8 or 9 years old.  I had seen Chad sleeping under trees like a homeless persons and I asked my son about Chad and his circumstances.  My son introduced me to Chad and I began to try to help him any way I could.

3.     I have been to the Fulks home on Leeward Avenue on multiple occasions when Chad was a young boy.  The home was filthy and very disorderly.  On one occasion I remember seeing dog feces on the floor.

4.     I have seen Diana, Chad's mother, curse at Chad and his siblings and slap them across the face.  I have also seen Diana kick Chad and throw objects at him.

5.     I have seen visible marks on Chad from beatings given to him by his parents with extension cords and other objects.  On one occasion, I put balm on Chad's welts and alcohol on his bruises.

PA Document #13

WCSR 3895981v2

6.    I was so concerned about Chad's home environment and the treatment he received from his parents that I offered to raise Chad myself. Chad's mother refused the offer because she wanted to continue to receive a public assistance check, which was based on Chad living with her. I responded that I did not want any money for raising Chad, and that I would get another job if I had to in order to raise him. Chad's mother still declined this offer.

7.    Chad stayed at my home for many days in a row, and his mother did not care where he was. She left him to fend for himself.

8.    I recall being informed by a young Ronnie Fulks that Chad suffered sexual abuse from his father. Roger Fulks made Chad sit on Roger's lap and would rub Chad's thighs and groin area. Ronnie informed me that he heard Chad begging Roger to stop and telling him no.

9.    I often washed clothes for Chad and my son. Chad rarely got clean clothes at the Fulks house. On one occasion, I remember both boys were in their boxer shorts while I did the laundry. My son was comfortable with just wearing his boxer shorts, but Chad appeared embarrassed. Chad sat on the bed with a pillow over his lap. This behavior, plus the information his brother conveyed, made me concerned that Chad was being sexually abused at home.

10.    I remember one occasion where I raised my hand to touch Chad's shoulder to say goodbye. Chad flinched, as if he was constantly on guard and feared being slapped or hit.

11.    Chad was often hungry because he was not fed at home. Chad ate hundreds of meals at my home with my family.

12.    Chad often did not have proper clothing. I would give Chad my son's old clothes to wear. One time I bought Chad a new pair of shoes because I noticed the sole coming off his shoes. When Diana learned I had done this for her son, she became very angry.

WCSR 3895981v2

13.     I never had any worries about Chad stealing from me or having access to my home. I was a very strict parent and treated Chad in the same manner as I did my children. Chad responded well to the ground rules I set. He did not have any such rules in his home on Leeward avenue.

14.     Chad responded well to me. He would draw pictures for me and I would put them on refrigerator along with my children's drawings. Chad was kind to me and often brought me flowers that he picked. He seemed starved for love and attention.

15.     I tried to teach Chad and my kids to care for others. Chad and my son would often bring stray animals to the house and ask if we had enough money to feed them. We tried to feed these animals. Chad did not appear to receive similar training from his parents.

16.     I was never interviewed or contacted by John Blume or any member of his trial team. Had I been contacted, I would have cooperated with the defense team and my trial testimony would have been consistent with this affidavit.

17.     In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate

_Monica Wolowinski_
Monica Wolowinski

Signed before me this 4th day of
June, 2008
_Richard H. Kemp_
Notary Public for West Virginia
My Commission Expires: Sept. 6, 2016

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RICHARD H. KEMP
2008 Quarrier St.
Charleston, WV 25311
My Commission Expires Sept. 6, 2016

- 3 -

WCSR 3895981v2