THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA       )
                                    )
v.                                 )   CRIMINAL NO. 4:02-992
                                    )
CHADRICK E. FULKS               )

## DECLARATION OF RONNIE FULKS

1.    My name is Ronnie Fulks. I am a resident of Huntington, West Virginia, and the brother of Chad Fulks. I testified at Chad Fulks' sentencing hearing in June 2004.

2.    I was subpoenaed by the Government to testify at trial. I was also in willing communication with Chad's trial team. Although Chad's trial team knew I would be testifying at trial and that I was happy to cooperate with them, the Fulks trial team never went over the questions they might ask me and they never gave me any examples of what the U.S. Attorney might ask me during the Government's examination. Testifying at trial was a difficult experience. I was very nervous and would have appreciated some preparation from the Fulks trial team.

3.    In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_Ronnie Fulks_ _(signature)_
Ronnie Fulks

Signed before me this _4th_ day of
_June_, 2008
_Richard H. Kemp_ _(signature)_
Notary Public for _West Virginia_
My Commission Expires: _Sept. 6, 2016_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RICHARD H. KEMP
2008 Quarrier St.
Charleston, WV 25311
My Commission Expires Sept. 6, 2016

PA Document #14