THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA )
)
v. )    CRIMINAL NO. 4:02-992
)
CHADRICK E. FULKS )
)

### DECLARATION OF LINDA ADKINS

1.     My name is Linda Adkins. I am a resident of Huntington, West Virginia, and a former neighbor of the Fulks family. I testified at Chad Fulks' sentencing hearing in June 2004.

2.     Mr. Fulks' trial team asked me to testify at trial about Chad's childhood. When preparing me for my direct trial testimony, the Fulks trial team never prepared me for cross examination or gave me any examples of what the U.S. Attorney might ask me on cross examination. I was very nervous when I testified at trial.

3.     In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_Linda Adkins_
Linda Adkins

Signed before me this 3rd day of
June            , 2008
_Richard H. Kemp_
Notary Public for  West Virginia
My Commission Expires: Sept. 6, 2016

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RICHARD H. KEMP
2008 Quarrier St.
Charleston, WV 25311
My Commission Expires Sept. 6, 2016

PA Document #15