THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA            )
                                    )
v.                                  )     CRIMINAL NO. 4:02-992
                                    )
CHADRICK E. FULKS                   )
                                    )

## DECLARATION OF MATTHEW RAWLINGS

1.     My name is Matthew Rawlings. I am a graduate of Cornell University Law School. I am a member of the West Virginia Bar and the Ohio Bar. .

2.     When I was a law student at Cornell, I was a participant in the Law School's death penalty clinic. I worked from approximately January 2003 until May 2004 on the Chad Fulks case. I primarily worked on interviewing mitigation witnesses, gathering documents, and providing legal research to John Blume.

3.     When I began work on Mr. Fulks' case, I had no prior investigative experience and I received no formal investigative training from Mr. Blume. I am not aware of any of the other Cornell students involved in the investigation undergoing a training program.

4.     During the course of my work on the case, I interviewed Edith Stacy, Amber Fowler, various neighbors of the Fulks family, law enforcement officials, former counsel for Mr. Fulks, and Mr. Fulks' school teachers.

5.     I was given responsibility on the Fulks case beyond my law school training.

PA Document #16

6.    In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

Matthew Rawlings

Signed before me this 4th day of
_____June_____, 2008
Notary Public for _West Virginia_

My Commission Expires: Sep. 6, 2016

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RICHARD H. KEMP
2008 Quarrier St.
Charleston, WV 25311
My Commission Expires Sept. 6, 2016

WCSR 3895460v1                                    - 2 -