IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA      )
                                           )

v.                                     )    CRIMINAL NO. 4:02-992
                                           )

CHADRICK E. FULKS          )

## DECLARATION OF ANDREA RODDY

1.     My name is Andrea Lugene Roddy. I am 32 years old.

2.     In 2004, I testified at the sentencing hearing of Chad Fulks.

3.     Prior to testifying at the Fulks sentencing hearing, I met on multiple occasions with agents of the Federal Bureau of Investigation.

4.     During questioning, the agents focused on Chad Fulks and asked me very few questions about Brandon Basham. I questioned the agents why they were not interested in Basham, and they responded that I need not worry about the target of their questioning.

5.     The FBI agents put pressure on me to testify that, during the events of November 2002, Chad Fulks threatened my life and the life of Teena Severence. I repeatedly told the agents that this was not the case and was not true. I told them that I would not lie or exaggerate the conduct of Chad Fulks. Despite my protestations, the agents continued to push me on these issues. The way they tried to influence my testimony made me very uncomfortable.

6.     In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_Andrea Lugene Roddy_
Andrea Lugene Roddy

Signed before me this 14th day of
_____ May _____, 2008

_Julie Snoeyink_
Notary Public for State of Indiana

My Commission Expires: 10/25/2014

JULIE KATHLEEN SNOEYINK
Notary Public- Seal
State of Indiana
My Commission Expires Oct 25, 2014

PA Document #17