IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA          )
                                  )
                                  )
         v.                       )          CRIMINAL NO. 4:02-992
                                  )
                                  )
CHADRICK E. FULKS                 )
                                  )
_____    )

## DECLARATION OF NATHAN FULKS

1.     My name is Nathan Fulks.  I am currently incarcerated at the West Shoreline Correctional Facility in Muskegon Heights, Michigan.  Roger Fulks is my first cousin.

2.     I am familiar with Roger Fulks and his former wife Diane.  I have personally observed their treatment of their children and their interactions with others.

3.     In my opinion, Roger Fulks has long been a sexual deviant.  I recall several occasions when Roger participated in running a sex train on different women.

4.     During the 1970's, Diane had a reputation as a being a flirtatious, unfaithful wife. Roger and Diane often fought over these marital issues.

5.     Roger Fulks was a very violent man and would look for any excuse to fight. Roger was a very good fighter and took pride in the damage he could cause.  I have seen Roger and Diane fight on many occasions.  Diane could fight as well or better than most men.  Because of his skill at fighting, Roger would eventually overcome Diane.  I have seen him throw her on the floor and stomp on her.  The children were exposed to this violence and would try to break up fights between Roger and Diane.  Roger thought it was funny when the children tried to intervene.

1

PA Document #18

6.  Roger Fulks had a pool table in the basement of their home on Leeward Avenue in Huntington, West Virginia.  Many people would congregate in the pool room where they would consume alcohol and drugs.  Violence often erupted in the basement.  I have also seen firearms pulled during the altercations. Drinking, fighting, and using drugs were normal activities at the Fulks' residence on Leeward Avenue.

7.  Roger and Diane neglected their children.  When the children were infants, neither parent regularly changed their children's diapers.  Roger refused to do so because he believed it was not a man's duty.  Diane, in my opinion, just did not care.

8.  The Fulks' home was filthy.  Garbage and auto parts were scattered everywhere.  The home was not a healthy environment to raise children.

9.  I have seen Roger and Diane beat and throw their children against the walls.  The Fulks children have been whipped with heater hoses from cars, electrical cords, and fan belts.  I have seen cuts and bruises on Chad's face and body from these vicious beatings.  I recall one time Chad's back was so badly scourged that dried blood caused Chad's shirt to stick to his back.

10.  The Fulks family was very poor.  The children often did not have enough to eat.  I recall one instance when Ronnie Fulks stole money from my wallet and gave it to his mother.  I asked Diane to return the money, but she refused.  In my opinion, the family needed that money to buy food.

11.  When Chad Fulks was a young teenager, he drank alcohol, smoked marijuana, and knew drug dealers in the Huntington area.  Chad has purchased marijuana for me before when he was approximately 13 years old.

12.  In approximately 1989 or 1990, Roger Fulks disclosed to me an incident that had occurred with Chad.  I was in the pool room on Leeward Avenue with Roger.  Roger made a

comment that something was going on with Chad. I pressed Roger for information and he was reluctant to provide it. I could tell Roger was deeply embarrassed. He made a comment that he did not want to end up in prison for retaliating over what had happened to Chad. Some years later, I learned from Chad that he had been sexually abused by a man during this time period.

13.    In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_Nathan Fulks_
Nathan Fulks

Signed before me this __4__ day of
__June_____, 2008

R. Darnell
Notary Public Muskegon Co., Mi.
My Commission Expires __4/6/12__

_R Darnell_
Notary Public for __Muskegon County__

My Commission Expires: __4/6/12__