IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA )
)
v. )  CRIMINAL NO. 4:02-992
)
CHADRICK E. FULKS )
)

## DECLARATION OF ELVIN TAYLOR

1.    My name is Elvin Taylor.  I currently serve as a counselor in the Plainfield Reentry Educational Facility in Indiana.  I have served as a counselor in various prison projects for a number of years.

2.    I was serving as a counselor at the Westville Correctional Facility when Chad Fulks was an inmate.  I was not an employee of the facility, but rather was an employee of Gateway Foundation, Inc. ("Gateway").  Gateway had a contract for the provision of counseling services at with the Westville facility.

3.    My counseling work at Westville focused on rescuing inmates from the maze of drug and alcohol addiction and helping them achieve sobriety so they would have a chance at becoming productive citizens in the community upon release.  Drug and alcohol addiction is a life-long battle and I am also a recovering addict.  My personal experience with drugs gives me an insight that helps in counseling and carries weight with inmates.

4.    In addition to substance abuse counseling and classes, I taught other classes about relationships, job skills, life skills, and thinking errors.

5.    The program Mr. Fulks participated in was stringent.  It required a minimum of eight months participation.  An inmate would be discharged from the program for acts of

PA Document #19

physical violence, use and/or possession of illicit drugs or alcohol, and any act which put at risk the program, other inmates, or staff members. Inmates were also required to report threats to self or others, escape plans, child abuse or neglect, current alcohol or drug use, and any action that threatened the security of the facility.

6. Mr. Fulks began participating in the program at Westville on May 18, 2001. In his initial assessment, Mr. Fulks reported using alcohol and illegal drugs at a very young age. He admitted that his substance abuse problem resulted in fights, difficulty with family and friends, inability to obtain employment, and law violations. His drug use was such that Mr. Fulks admitted that he had committed crimes so he would have money to sustain his drug habit. On a scale of 1 to 4, with 4 being the highest, Mr. Fulks rated his substance abuse problem as a 4.

7. In his social assessment, one of Mr. Fulks' chief complaints was being influenced by others using drugs. In assessing his weaknesses, Mr. Fulks candidly admitted that he was a follower and went along with others even when he knew their actions were wrong.

8. In my experience, Mr. Fulks adapted well to a structured prison environment and was a model inmate. Mr. Fulks evidenced a positive attitude in the classroom and in the dorm, completed his homework assignments, demonstrated knowledge of the material, took responsibility for his behavior, displayed improvement with the control of impulsive behavior, and completed his seminar presentations. Mr. Fulks eventually was put in charge of the dorm maintenance department and was actively involved in resolving disputes between inmates through conflict resolution training.

9. I could trust Mr. Fulks to inform me when other inmates were violating program or prison rules. Mr. Fulks was not afraid of being labeled a "snitch" and responded well to authority figures in this structured environment.

10. Records show that Mr. Fulks successfully completed the substance abuse program on March 22, 2002.

11. I was not contacted by Mr. Fulks' trial team. Had I been contacted, I would have gladly cooperated and provided the above information.

12. In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.



Elvin Taylor

Signed before me this _18_ day of
_June_____, 2008

Notary Public for _____

My Commission Expires: _____

GERALD A. SMITH
Notary Public, State of Indiana
Hendricks County
My Commission Expires
November 14, 2015

- 3 -