IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:02-992 |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

## DECLARATION OF HARRY TYREE

1.     My name is Harry Tyree. I am over 18 years of age and competent to give this Affidavit.

2.     For many years I was a member and a deacon in the Abundant Life Baptist Church, which is located in Proctorville, Ohio. In approximately 1979 I began driving the church bus and picked up predominantly poor families who did not otherwise have transportation. I and other church members would go into these impoverished neighborhoods on Saturdays to encourage the families to attend Sunday church services. One of the neighborhoods I visited was Leeward Avenue in Huntington, West Virginia.

3.     I have had occasion to visit the Fulks house on Leeward Avenue. The house was very dirty when I visited. There were beer cans on the floor and the ashtrays overflowed with cigarette butts. Chad Fulks' father and uncle almost always had a beer in their hands when I visited.

4.     Diana Fulks and her children attended Abundant Life Baptist Church for about two years. Chad was approximately 12 to 14 years old when he attended the church. I always required that the children behave properly on the bus and I never had trouble with Chad Fulks.

PA Document #20

5.    I am not aware of Chad Fulks causing any problems in Sunday School. Our Sunday School classes were supportive, structured environments. Had Chad Fulks caused problems in the class, I am confident the Sunday School teacher would have reported it to me.

6.    I was not contacted by Chad Fulks' trial team. Had I been contacted, I would have gladly cooperated and provided the information that is contained in this Declaration.

7.    In accordance with 27 U.S.C.A. §1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_____
Harry Tyree

Signed before me this 18th day of
_____, 2008
_____
Notary Public for __Ohio__
My Commission Expires: __Dec 5, 2009__

- 2 -