THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA            )
                                    )
v.                                  )    CRIMINAL NO. 4:02-992
                                    )
CHADRICK E. FULKS                   )

### DECLARATION OF SHARON DOTSON

1.    My name is Sharon Dotson.  I am over 18 years of age and competent to make this declaration..  I am Chad Fulks' maternal aunt.

2.    Members of the Fulks trial team came to the trailer that I share with my mother and spoke to her about various matters relating to Chad and my sister Diane.  The trial team never asked to speak with me.  Had they asked to speak with me, I would have informed them of the matters contained in this declaration.

3.    My parents Wilda Mae and Leon Holbrook had a tumultuous marriage because of Leon's alcoholism.  My parents often argued and fought.  One time when I was six or seven years old, Leon went into a violent rage and began choking my mother.  I had to intervene by hitting him with my ankle brace to stop the choking.

4.    Leon physically abused all of my siblings, but singled out my sister Diane and my brother Buddy because they were the oldest.

5.    Leon moved the family around a lot.  At one time he was a police officer in North Carolina, but could not hold this or any other job because of his drinking.

PA Document #21

- 2 -

6.     Leon often took food from the house and the children went hungry. Our utilities were often cut off, and when I was 11 years old we had to live in a chicken coop because we had no other place to go.

7.     When I was 12 years old, Leon left my mother. He said he was going to get a new job that day, but never came home. Leon remarried and lost contact with his kids. I did not see Leon again until I was 30 years old.

8.     Since my sister Diane was a child, she has been very possessive of her belongings, easily stressed and angered.

9.     Diane married Roger and they both drank heavily. Roger was very much like Leon and was prone to violence. I remember one time I was in the car with Diane and Roger when Roger started to choke Diane. I attempted to pull Roger off of Diane and he punched me. I was knocked to the ground by this blow.

10.     Diane was unhappy with her marriage and sometimes suicidal when she lived on Leeward Avenue. Diane would call me and tell me that she was going to kill herself.

11.     Roger and Diane physically abused their children. Roger repeatedly hit the kids on the head when they were small. He constantly called them names like "sons of bitches" and "dumb ass." Diane would throw items at the kids and also call them names.

12.     Roger used to brag about his stealing in front of the kids. Not surprisingly, the kids also learned to steal.

13.     In the basement, Roger had pictures up on the wall of naked women with their legs spread.

14.     After Roger left her, Diane eventually married Dean Thompson. I was in court when Dean pled guilty to molesting his granddaughter.

- 3 -

15.     In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_Sharon Dotson_
Sharon Dotson

Signed before me this 18th day of
_June_____, 2008
_Richard H. Kemp_
Notary Public for _West Virginia_
My Commission Expires: _Sept. 6, 2016_



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RICHARD H. KEMP
2008 Quarrier St.
Charleston, WV 25311
My Commission Expires Sept. 6, 2016