THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA    )
    )
v.    )   CRIMINAL NO. 4:02-992
    )
CHADRICK E. FULKS    )
    )

## DECLARATION OF BETH McGUFFIN

1.    My name is Beth McGuffin. I am a resident of Beckley, West Virginia, and a former neighbor of the Fulks family. I testified at Chad Fulks' sentencing hearing in June 2004.

2.    Growing up in the same neighborhood as Chad, I have personal knowledge about some aspects of his childhood.

3.    Chad's mother and father consumed lots of alcohol and often partied in their basement. My parents attended some of these parties in the Fulks basement. Police cars were often at the Fulks home.

4.    I often saw Chad's mother with black eyes. Violence was common in the Fulks home and the parents beat the kids by striking them with their hands or objects.

5.    When Chad and I were about 10 or 11 years old, a man named Ed would pick us up in his truck and take us to the cemetery to drink alcohol and smoke cigarettes. Chad and I would get drunk with Ed at the cemetery.

6.    Beginning at approximately the age of 12, Chad and I consumed drugs on multiple occasions. We smoked marijuana, used acid, and huffed gas.

PA Document #22

7.    In seventh grade, Chad and I called each other boyfriend and girlfriend for about a week. As we got older, Chad asked me to have sex with him, but I refused. Chad respected my decision not to have sex with him. He never forced himself on me.

8.    Rhonda Lawhon lived in the same neighborhood as Chad and I did. She was in her late twenties, but allowed the teenagers in the neighborhood to party with her. She supplied alcohol and drugs. Rhonda had sex with the teenage boys in the neighborhood, including Chad. I recall one instance where teenage boys went into Rhonda's bedroom one after another to run a sex train on her.

9.    Had I been asked about these matters by Chad's lawyers at trial, my testimony would have been consistent with this affidavit.

10.    In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

_____
Beth McGuffin

Signed before me this /6th/ day of
_____ Jur 2 _____, 2008
_____
Notary Public for West Virginia
My Commission Expires: Sept. 6, 2016



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RICHARD H. KEMP
2008 Quarrier St.
Charleston, WV 25311
My Commission Expires Sept. 6, 2016