To whom it may concern,

I, Christina Kirkman, am writing this letter in retrospect to Chadrick Evan Fulks who is my first cousin by our mothers. The Fulks family was made up of five children, Chadrick being the fourth. My family frequently visited their home and lived with them for several months back in the 1980's. I also became familiar with his fathers' side of the family as well, for I personally spent a lot of time at Chadrick's home.

Chad's about five years younger than I am, so I seen him as my little shy cousin who smiled a lot. Many times when someone would speak to him he would just smile instead of saying something because of his speech impairment. Kids would mock and laugh at him for he sounded like a two-year-old when he was well into elementary school. Having attending school with Chad's siblings and being acquainted with their neighbors, I was aware the Fulks was commonly known as a poor, dumb family that drinks a lot.

His older siblings starting dropping out of school in 7th grade and education was not an issue in his home. School was the main resource of regular guidance and instruction Chadrick received. I am aware of the family not having the proper medical and dental care. I also witnessed emergency medical care being denied. Corporal punishment was the main source of discipline that I seen used in the home. Drinking and partying was common. Alcohol and cigarettes was a necessity. The family always seemed to struggle to make ends meet; thus, us kids were often sent out to borrow typical household items from neighbors.

When Chadrick was approximately ten years old he looked up to one of his paternal uncles that bragged about being in a gang out of Detroit. Having met this uncle personally I quickly learned that he had no respect for women or the law and glamorized crime. I cannot recall positive mentors being involved in Chadrick's life. I do know that soon after his mother quit drinking, Chadrick's father, Roger Fulks, abandoned the family.

Sincerely,

Christina Kirkman

Dated: 6/20/2008

Christina Kirkman

K625-113-71-631-0

BEFORE ME personally appeared Christina Kirkman to me having shown FDL# _____ as proof of identification, and who did take an oath.

WITNESS my hand and official seal, this 20th day of June, 2008

Notary Public
State of Florida
My Commission Expires



PETRA P. SAUCKIE
MY COMMISSION # DD 344568
EXPIRES: October 8, 2008
Bonded Thru Notary Public Underwriters

PA Document #23