# Joseph A. Kenny
### Forensic Psychophysiologist
P.O. Box 550592
Gastonia, North Carolina 28055
704/552-4804

May 10, 2003

Federal Public Defender Bill Nettles
District of South Carolina
P.O. Box 1873
Florence, S.C.  29503-1873

RE:   USA  vs.  Chadrick E. Fulks;
      Branden L. Basham;
      Alice Donavan-Victim;
      Samantha Burns-Victim;
      Homicide

Dear Mr. Nettles,

Pursuant to your request, on May 8, 2003, I administered a specific issue polygraph examination for Chad Fulks at the Richland County Detention Center, Columbia, S.C.   The examination started at 12:46pm and ended at 4:29pm.

PREDICATION:

Fulks, (hereafter the Examinee), is charged, along with Basham with the murder of Alice Donovan.  Both deny actually killing her.  The purpose of this examination was to evaluate the credibility of Fulk's denial.

DETAILS:

During the pre-test phase of the examination, a series of relevant questions were formulated and reviewed with the Examinee.  These questions were interspersed with comparison questions, symptomatic and irrelevant questions in a standard test format known as Zone Comparison Test (ZCT).

A stimulation chart and three test charts were collected. Using numerical scoring in the evaluation of the data collected, I concluded that the physiological responses of the Examinee when answering the relevant questions are <u>not</u> indicative of deception. The relevant questions were:

Q-   Did you inflict any of the injuries that caused the death of Alice Donovan?
A-   No.


Q-   Did you personally cause the death of Alice Donovan?
A-   No.


The stimulation chart, test charts, consent form, interview notes, complete question list and numerical score sheet is available for review by any competent authority you may designate.


Respectfully,

*Joseph A. Kenny*

Joseph A. Kenny


Enclosures:   resume
              invoice