Thomas C WILLIAMS
Polygraph Examiner
P. O. Box 1238
Mount Pleasant, SC 29464
Tel: (843) 579-1120


John H BLUME PA
P. O. Box 11744
Columbia, SC 29211


Ref: Chadwick FULKS(SUBJECT)/ Polygraph Examination

SYNOPSIS/BACKGROUND DATA
1. Subject has been charged with the murder of a Mrs. DONOVAN. He has admitted partial involvement in portions of the incident but denied the murder. Additionally, he has been accused in a similar crime in which he also denies the active participation in causing death to the person identified as Samantha BURNS. He has been questioned by law enforcement (F.B.I.) and has advised he was truthful in his admissions to them. His appointed attorney has asked for a polygraph to substantiate these assertions.

POLYGRAPH EXAMINATION
2. On 22 May 2003, Subject was administered a polygraph examination. He advised he had been interviewed by the F.B.I. regarding the events surrounding the disappearance of Mrs. DONOVAN and advised he had been completely truthful regarding the events of he disappearance and what had subsequently happened to her. He asked for a polygraph examination regarding these assertions. The following relevant questions, with Subject's responses thereto were utilized in his polygraph examination.
SERIES I
(A) THE LAST TIME YOU TALKED TO THE F B I, DID YOU DELIBERATELY LIE ABOUT WHAT HAPPENED TO MRS. DONOVAN?............NO
(B) HAVE YOU DELIBERATELY LIED ABOUT WHAT HAPPENED TO MRS. DONOVAN?.................................................................NO

Following this polygraph examination, Subject was questioned regarding the events concerning Samantha BURNS and of her disappearance. SUBJECT stated he DID

PA Document #25

NOT kill Ms. BURNS nor did he instruct BASHAM (a Co-Defendant) to kill BURNS. Thereafter a polygraph examination was conducted. The following relevant questions, with Subject's responses thereto were utilized.

SERIES II
(A) DID YOU KILL SAMANTHA BURNS?.......:............................NO
(B) DID YOU TELL BASHAM TO KILL SAMANTHA BURNS?...NO

In the opinion of the polygraph examiner, Subject DID NOT ATTEMPT DECEPTION in his response to the above relevant questions of Series I and Series II. B. Frank BLOOMINGBURG, a certified polygraph examiner, has reviewed the polygraph charts and related material and concurs with the examiners opinion regarding Subject's truthful responses to the above questions.

NOTIFICATION OF RESULTS
3. Subject and his attorneys have been apprised of the results of this polygraphg examination.

Reported By: _____
Thomas C WILLIAMS
Certified Polygraph Examiner

cc: William NETTLES PA  U. S. Federal Public Defender