11/19/02    05:13    ☎502 569 3869    FBI LOUISVILLE    →→ ASHLAND    ☑002/006

FD-328 (Rev. 7-18-88)

## CONSENT TO INTERVIEW WITH POLYGRAPH

PLACE: *Ashland KY*
DATE: *11-19-02*
TIME: *12:46*

Before we begin an examination by means of the polygraph in connection with *ABDUCTION/I BRANDEN was INVOLVED*

you must understand your rights.

### YOUR RIGHTS

You have the right to refuse to take the polygraph test.

If you agree to take the polygraph test, you have the right to stop the test at any time.

If you agree to take the polygraph test, you have the right to refuse to answer any individual questions.

### WAIVER AND CONSENT

I have read this statement of my rights and I understand what my rights are. I voluntarily agree to be examined by means of the polygraph during this interview. I understand and know what I am doing. No threats or promises have been used against me to obtain my consent to the use of the polygraph. I understand that the examination room (DOES) (DOES NOT) contain an observation device and that the examination (WILL) (WILL NOT) be monitored or recorded.

SIGNED *[signature]*
(Examinee)

*[signature]*
(Examiner)

WITNESS: _____

_____

**05948**

PA Document #26

11/19/02  05:14  ☎502 569 3869  FBI LOUISVILLE →→→ ASHLAND  ⌀005/006

SERIES I

|         | 5 | 7 | 9 |
|---------|---|---|---|
| PNEUMO  | ◌5(-) | 7 |   |
| EDA     |   |   |   |
| CARDIO  |   |   |   |
| TOTAL   | -2 | -3 |   |

|         | 5 | 7 | 9 |
|---------|---|---|---|
| PNEUMO  | 5 | ◌7 |   |
| EDA     |   |   |   |
| CARDIO  | ◌ |   |   |
| TOTAL   | -1 | -2 |   |

|         | 5 | 7 | 9 |
|---------|---|---|---|
| PNEUMO  | ◌5(-) | 7 |   |
| EDA     |   |   |   |
| CARDIO  |   | ◌(-) |   |
| TOTAL   | -2 | -1 |   |

|         | 5 | 7 | 9 |
|---------|---|---|---|
| PNEUMO  |   |   |   |
| EDA     |   |   |   |
| CARDIO  |   |   |   |
| TOTAL   |   |   |   |

GRAND TOTALS  -5  -6  ___

DECISION: (DI) NDI INC

EXAMINEE: BASHAM

DATE: 11-19-02

SERIES II

|         | 5 | 7 | 9 |
|---------|---|---|---|
| PNEUMO  |   |   |   |
| EDA     |   |   |   |
| CARDIO  |   |   |   |
| TOTAL   |   |   |   |

|         | 5 | 7 | 9 |
|---------|---|---|---|
| PNEUMO  |   |   |   |
| EDA     |   |   |   |
| CARDIO  |   |   |   |
| TOTAL   |   |   |   |

|         | 5 | 7 | 9 |
|---------|---|---|---|
| PNEUMO  |   |   |   |
| EDA     |   |   |   |
| CARDIO  |   |   |   |
| TOTAL   |   |   |   |

|         | 5 | 7 | 9 |
|---------|---|---|---|
| PNEUMO  |   |   |   |
| EDA     |   |   |   |
| CARDIO  |   |   |   |
| TOTAL   |   |   |   |

GRAND TOTALS  ___  ___  ___

DECISION:  DI NDI INC

EXAMINER: CARL F. CHRISTIANSEN

**05949**

FD-395 (Rev. 2-28-97)

# ADVICE OF RIGHTS

Place _Ashland Ky_
Date _11-19-59_
Time _10:45_

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed _Brandon Bush_

Witness: _____

Witness: _____

Time: _____

**05950**

FD-497 (Rev. 3-20-02)

# POLYGI .PH EXAMINATION WO. .SHEET

| Date of Report 11-20-02 | Examination Date 11-19-02 | Examiner SA CARL F. CHRISTIANSEN |
|---|---|---|
| Case ID # 7A-IP-92394 | | Location of Examination ASHLAND, KY. |

Examination Requested By
FBI LOUISVILLE

Examinee Name (Last, First, Middle)
BASHAM, LEON, BRANDON

| Date of Birth 9-14-81 | | Place of Birth HOPKINS COUNTY | | | |
|---|---|---|---|---|---|

| HT 5'11" | WT 160 | Sex MALE | Age 21 | SSN 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 | Marital Status SINGLE |
|---|---|---|---|---|---|

| Current Address BOYD COUNTY JAIL | Phone Number NA |
|---|---|
| Previous Examination NO | Retest ☐ Yes ☒ No |

Education (Total Years __7__ ) (Degrees Obtained)
NEVER COMPLETED GRADE SCHOOL DUE TO BEHAVIOR PROBLEMS

Employment/Military
NEVER WORKED-RECEIVES DISABILITY CHECKS DUE TO MENTAL DISABILITY

Health/Medication
CLAIMS TO HAVE NUMEROUS PSYCHOLOGICAL DISORDERS. HAS NOT TAKEN ANY MEDICATION IN LAST 2 ½ WEEKS. NOTHING ELSE OF NOTE.

Arrests/Convictions
BEEN ARRESTED OVER 20 TIMES FOR DRUGS, ESCAPE, THEFT AND BURGLARY.

| Criminal ☒ | PSP ☐ | Date 11-19-02 | Time In 8:45 AM | Time Out 2:45 PM |
|---|---|---|---|---|
| FCI/TER ☐ | WITSEC ☐ | | | |
| Applicant ☐ | Outside Agency ☐ | Date | Time In | Time Out |
| OPR ☐ | | Date | Time In | Time Out |

| | FBI MGQT | POT | Other | Total |
|---|---|---|---|---|
| Number of Series | 1 | | | 1 |
| Number of Charts | 3 | | | 3 |

Instrument Type LAFAYETTE COMPUTER          Serial Number 325772

| Examination Results | | | | |
|---|---|---|---|---|
| Series I  DI | Series II | Series III | Series IV | Series V |

Additional Information Obtained? ☒ Yes ☐ No

**05951**

| Pre-Test Admission ☐ | Pre-Test Confession ☐ |
|---|---|
| Post-Test Admission ☒ | Post-Test Confession ☐ |

Comments
EXAMINEE ACKNOWLEDGED THAT CONTRARY TO HIS PREVIOUS ASSERTION, THAT THE FEMALE ABDUCTED FROM SOUTH CAROLINA WAS NEVER BROUGHT TO KENTUCKY. BASHAM CLAIMS THAT FULK TOOK THE FEMALE IN HER CAR TO AN UNDISCLOSED AREA ABOUT 7 HOURS AFTER HER ABDUCTION AND BASHAM BELIEVES THE WOMAN IS DEAD. BASHAM

CLAIMS THAT HE REFUSED TO ACCOMPANY FULK WHEN FULK TOOK THE VICTIM TO THE UNDISCLOSED LOCATION AND DID NOT PARTICIPATE IN HARMING HER IN ANY WAY.

2

05952

| Q# | Questions | Ans. |
|----|-----------|------|
| 1 | IS YOUR TRUE LAST NAME BASHAM? | YES |
| 2 | DO YOU INTEND TO LIE TO ME TODAY? | NO |
| 3 | ARE YOU CONCERNED ABOUT THE OUTCOME OF THIS EXAM? | YES |
| 4 | HAVE YOU EVER LIED TO SOMEONE WHO LOVED OR TRUSTED YOU ABOUT SOMETHING IMPORTANT? | NO |
| 5 | WAS THAT LADY FROM S.C. HARMED WHEN YOU LAST SAW HER? | NO |
| 6 | BEFORE THIS YEAR, DID YOU EVER HURT ANYONE? | NO |
| 7 | DID YOU PARTICIPATE IN ABDUCTING THE GIRL FROM HUNTINGTON? | NO |
| 8 | BEFORE ESCAPING FROM JAIL, DID YOU EVER LIE TO A JUDGE OR POLICE OFFICER? | NO |
| 1A | DO YOU KNOW CHAD FULKS? | YES |

**05953**

FD-340 (7-19-00)

Universal Case File Number   7A- IP - 92394      A36

Field Office Acquiring Evidence   Louisville

Serial # of Originating Document _____

Date Received   11/19/02

From   Leon Basham
_____
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

By   SA   Carl Chrissiansen

To Be Returned   ☐ Yes        ☐ No
Receipt Given   ☐             ☐ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
                 ☐ Yes        ☐ No
Federal Taxpayer Information (FTI)
                 ☐ Yes        ☐ No

Title:

Reference: _____
                    (Communication Enclosing Material)

**Description:**   ☐   Original notes re interview of

3 Poly Glass Chad

FO-328; FO-395

FP-497

05954

FD-498 (Rev. 1-28-99)

# 'OLYGRAPH REPORT

| REVIEWED BY: _____ N/K DATE: 11/25/02 | FOR FBIHQ USE ONLY |
|---|---|
| **RESULTS:** | |
| SERIES I _D⁄__ SERIES II _____ SERIES III _____ SERIES IV _____ SERIES V _____ | |

| Date of Report | Date of Examination | Case ID # |
|---|---|---|
| 11-20-02 | 11-19-02 | 7A-IP-92394 |

Field Office/Agency Requesting Examination
FBI LOUISVILLE

| Authorizing Official | Date Authorized |
|---|---|
| SAC | 11-19-02 |

Examinee's Name (Last, First, Middle)
BASHAM, LEON, BRANDON

Case Title:
LEON BRANDON BASHAM;
CHAD FULKS;
KIDNAPING ET AL;

021122530

Case Synopsis/Examiner's Conclusion:

FULKS AND BASHAM ESCAPED FROM THE HOPKINS COUNTY JAIL IN EARLY NOVEMBER 2002 AND SUBSEQUENTLY ABDUCTED SEVERAL INDIVIDUALS AS WELL AS BURGLARIZED AND STOLE PURSES FROM NUMEROUS INDIVIDUALS. ON 11-18-02 BASHAM ATTEMPTED TO HIJACK A CAR IN ASHLAND, KENTUCKY AND WHEN THE ATTEMPT FAILED POLICE BEGAN SEARCHING FOR BASHAM. AFTER LOCATING BASHAM IN A WOODED AREA BASHAM EXCHANGED GUNFIRE WITH THE ARRESTING OFFICER. BASHAM WAS ARRESTED AND AGREED TO AN INTERVIEW. DURING THE INTERVIEW IT BECAME APPARENT THAT A POLYGRAPH EXAMINATION WAS IN ORDER. BASHAM WAS AGAIN ADVISED OF HIS RIGHTS BY READING AND SIGNING AN FD-395, "ADVICE OF RIGHTS FORM" AND READ AND SIGNED AN FD-328, "CONSENT TO INTERVIEW WITH POLYGRAPH". BASHAM WAS THEN ADMINISTERED A POLYGRAPH CONSISTING OF THE FOLLOWING RELEVANT QUESTIONS:
A, WAS THAT LADY FROM SOUTH CAROLINA HARMED WHEN YOU LAST SAW HER? (ANSWER-NO)
B. DID YOU PARTICIPATE IN ABDUCTING THE GIRL IN HUNTINGTON, WEST VIRGINIA? (ANSWER-NO)
                IT IS THE OPINION OF THE EXAMINER THAT THE RECORDED RESPONSES ARE INDICATIVE OF DECEPTION (DI). BASHAM WAS MADE AWARE OF THE EXAMINERS OPINION AND THE INTERVIEW CONTINUED FOR SEVERAL HOURS. BASHAM ULTIMATELY ADMITTED THAT HE HAD PREVIOUSLY LIED IN HIS STATEMENT TO THE FBI. BASHAM STATED THAT THE FEMALE ABDUCTED IN SOUTH CAROLINA WAS NEVER BROUGHT TO KENTUCKY. BASHAM CLAIMS THAT FULKS TOOK THE WOMAN TO AN UNDISCLOSED LOCATION AND WHEN FULKS RETURNED THE WOMAN DID NOT RETURN WITH HIM. BASHAM ALSO ADMITTED THAT HE AND FULKS WERE IN HUNTINGTON, WEST VIRGINIA AND HE IS UNDER THE IMPRESSION THAT FULKS MAY HAVE ABDUCTED A WOMAN IN HUNTINGTON. BASHAM DENIES PARTICIPATING IN THE ABDUCTION AND DENIES BURNING THE VICTIM'S

**06048**

Examiner's Name  SA CARL F. CHRISTIANSEN



CAR. BASHAM ACKNOWLEDGED PARTICIPATING IN THE ABDUCTION OF A
WHITE MALE IN KENTUCKY SHORTLY AFTER THE ESCAPE. HE AND FULKS
FORCED THE VICTIM TO DRIVE TO INDIANA AT WHICH TIME THEY TIED THE
VICTIM TO A TREE WITH DUCT TAPE AND LEFT HIM IN THE WOODS.

**06049**