12843

# MyrtleBeachOnline⬤com
### MYRTLE BEACH'S HOME PAGE

Search:
Articles-last 7 days ▾ for _____    Go

News | Business | Sports | Entertainment | Living | Shopping | Classifieds | Jobs | Cars | Homes



WANT TO [Compare] YOUR FAVORITE [New Cars] AND GET A [Price Quote] ?    cars.com

Find a new car Acura ▾    Your ZIP: _____ go

**News**
- Local
- Breaking News
- Nation
- Columnists
- Obituaries
- Weather
- World
- Politics
- Photos
- Weird News
- Birth of a Mall
- Investigating Lymo
- Seeking Justice for
Alice Donovan
 Business
 Sports
 Entertainment
 Coasting
 Classifieds
 Archives   .
 Contact Us
 Shopping
 Weather
 Myrtle Beach   +88↓70
 Columbia       +93↓71
 Charleston     +92↓71
 Local Events
 Yellow Pages
 Discussion Boards
 Maps & Directions

**AP HEADLINES**
**Updated Friday, Jul 16, 2004**
- Medicare Changes Stance on Obesity - 03:04 PM EDT
- Poland Hails Radio Station From '44 Revolt - 02:59 PM EDT
- Battle Over Kennewick Man Appears Over - 02:59 PM EDT
- NOAA Divers to Explore for Venomous Fish - 02:57 PM EDT
- Great Lakes Speak Out on Invasive

Back to Home > News > Special Projects >    Friday, Jul 16, 2004

# Seeking Justice for Alice Donovan

 email this    print this

Posted on Thu, Jul. 01, 2004

## Fulks sentenced to death

**Abductor is first person sent to federal death row in state**

By Kenneth A. Gailliard
The Sun News

**COLUMBIA** - A jury chose a death sentence Wednesday for Chadrick Fulks in the abduction and death of Alice Donovan of Galivants Ferry, making him the first person in South Carolina to receive a federal death sentence.

The decision also makes Fulks the first person in the nation to receive a federal death sentence in a case with no body, federal prosecutors said.

The jury reached its decision in four hours, ending a sentencing trial that lasted about a month.

After the trial, one juror said, "He is evil, pure evil."

"It was a just and proper verdict," said U.S. Attorney Strom Thurmond Jr.

Prosecutors already have their eyes toward the fall, when they will try Branden Basham, the second defendant in the same case.

Defense lawyer John Blume said: "With a decision in four hours or less, it clearly shows the defense didn't do their job. It was my job."

Blume said Fulks cried after the decision was read and asked Blume to call his mother.

Fulks' parents did not attend the trial.

**IMAGES AND RELATED CONTENT**



Chadrick Fulks

**RELATED LINKS**
- Victims' families celebrate, praise jury's decision
- Who was on the jury
- What's next for Fulks, Basham?
- QUOTES | Family, court reaction
- Discuss the case and sentence
- View past trial coverage

PA Document #28

**Species** - 02:54 PM EDT
» MORE

Fulks, 27, will be sent to federal death row in Terre Haute, Ind., in about two months, lawyers said

His death sentence was for the charges of carjacking resulting in death and kidnapping resulting in death.

He will be sentenced within two months on six other charges.

Until then, he will remain in a Columbia-area facility.

He is expected to appeal, Blume said.

Fulks and Basham were accused of carjacking Donovan Nov. 14, 2002, from the parking lot of Wal-Mart in Conway and then dumping her body.

They also have been charged in the death of Samantha Burns, a West Virginia college student who disappeared Nov. 11, 2002, from a mall near Huntington, W.Va. Neither woman's body has been found.

Juror Sylvia Allison said jurors were split early in the day 10-2, but after they deliberated and took a secret ballot, the decision was unanimous.

"I don't know who we had to convince because it was secret ballot," she said.

She said based on the evidence it was clear **Fulks was "evil."** She and other jurors said they hope **their decision leads to closure** for the victims' families.

 **Allison said she understands their pain because her husband was murdered in 1971 while trying to stop an argument. The experience had no bearing on her decision, she said.**

**"It's a good feeling," said juror Mary Ellen Huggins of Mount Pleasant. "You want to be able to help the family."**

Huggins said defense testimony that Fulks was abused as a child and had brain damage did not excuse the crime.

"I understand he had a rough time, but that's no reason for doing what he did," she said.

She said she feared Fulks would be a danger to others if he were sentenced to life in prison.

Donovan's disappearance began as a missing person case and grew to an investigation that spanned seven states and included many other crimes.

Prosecutors said the case was made more difficult because the two men had to be tried separately.

"It meant one was going to blame the other, and there was no body," Thurmond said. "It was an uphill battle."

Prosecutors convinced jurors that Fulks made many of the decisions when he and Basham were together, starting with their escape from a Kentucky jail until Basham's arrest.

Defense lawyers said Basham acted independently and he was the more dangerous of the two.

Defense lawyers introduced evidence that Fulks suffered from brain damage and is limited in his abilities to make decisions and control impulses.

Assistant U.S. Attorney Johnny Gasser said he aimed to counter those argument in his closing statement and refocus the jury on the evidence prosecutors presented.

"I wanted them to grasp the enormity of what he did to Samantha and Alice," Gasser said. "The jury looked at just how egregious his conduct was to Samantha, Alice and to so many other victims in his life. "Contact KENNETH A. GAILLIARD at 626-0312 or kgailliard@thesunnews.com.

*'Alice would be cheering this day.'*

**Barry Donovan, Alice's husband**

☰ email this    🖳 print this

# Georgia Strait Alliance

Help Conserve our Coastal Waters. Become a
Member Today.

www.georgiastrait.org

Public Service Ads by Google

 News | Business | Sports | Entertainment | Living | Shopping | Classifieds | Jobs | Cars | Homes
About MyrtleBeachOnline.com | About the Real Cities Network | Terms of Use & Privacy Statement | About
Knight Ridder | Copyright