

# The Beaufort Gazette
# BeaufortGazette.com

## Jury thought Fulks would be a threat to prisoners, guards

Published "Thursday

By JACOB JORDAN,

COLUMBIA, S.C. (AP) - Chadrick Fulks' cunning, violent nature during a deadly multistate crime spree convinced jurors the 27-year-old should be given the death penalty, they said Thursday.

Fulks, whose escape from a Kentucky jail began the crime spree, was sentenced to death because jurors said they were afraid he may try to escape again, and he was a danger to those around him.

Fulks was sentenced Wednesday for his role in the kidnapping and killing of Alice Donovan of Galivants Ferry. Fulks had argued co-defendant Branden Basham was guilty of killing Donovan and Marshall University student Samantha Burns.

Fulks and Basham escaped from a Hopkins County, Ky., jail on Nov. 4, 2002, prosecutors said. Nearly 18 months after his capture, Fulks again tried to escape, this time from a Columbia prison hospital.

Those threats, as well as his attacks on law enforcement while in custody, convinced the jury he should die for his crimes.

"We decided no matter what, he would try to escape," juror Sylvia Allison, 54, said. "We feel like he was dangerous, would never be rehabilitated and we did not want to take the chance. ... I think that was our clincher."

Fulks, 27, was the first federal death penalty case in South Carolina. He was sentenced after a monthlong trial that included 150 witnesses and numerous hours of testimony.

Neither woman's body has been found and prosecutors don't know who struck the final blow, but Fulks and Basham have said the women are dead.

Jurors deliberated for about four hours Wednesday. First, they filled out a 50-question verdict form, part of which must be proven for jurors to give the death penalty. Then, they talked about factors that might have impacted Fulks' actions, like potential brain damage and child abuse.

Then, they voted but were hung 10-2.

The jury began more intense discussions, mostly about Fulks' violence in general, said juror Marlene Novinger, 35, of Spartanburg. "We didn't really talk about one specific thing," she said.

Some jurors pleaded their case for the death penalty.

"One of the main things was where he was violent while he was incarcerated, where he was still a threat to people, mainly the ones working in the prison," Novinger said. "We didn't want him to get loose."

Novinger couldn't tell who the two holdouts were. "Whoever it was just listened," she said.

After roughly two more hours of deliberations, Novinger said the group grew tired and wanted to vote again.

"And the foreman looked at them (votes) and said, 'It's over, that's it,'" she said.

http://www.beaufortgazette.com/state_news/regional/v-print/story/3670590p-3273315c.html   7/12/2004

PA Document #29

The Beaufort Gazette: Jury thought Fulks would be a threat to prisoners, guards

Fulks was arrested in Indiana after the 17-day crime spree prosecutors said covered 2,300 miles, included three kidnappings and almost killed a South Carolina man and Ohio police officer.

But it was Fulks' stay in South Carolina that may have cost him his life.

While in custody, he stabbed himself several times in the stomach with a sharpened paper clip and was transferred to the prison hospital, prosecutors said.

He wouldn't care for the wound because he wanted it to become infected so he could stay at the hospital, they said.

Fulks' attorneys downplayed his escape attempt, saying if he had jumped from his fourth-floor window he would have fallen to his death. Even if he would have survived, he still had to scale a 12-foot fence with razor wire, his attorney John Blume said.

But jurors were concerned that might not be his last attempt at freedom.

Fulks' attorney argued his life should be spared because he was abused as a child, got no guidance from his parents, and was brain-damaged because his mother drank alcohol while she was pregnant with him.

The jury wasn't swayed.

On the verdict form, just one juror said Fulks' ability to control his impulses was impaired because of fetal alcohol spectrum disorder. None of the jurors thought that potential disorder impaired his ability to make good decisions.

And just four found that Fulks learned during his childhood that violence and fighting were a normal part of relationships.

"I understand he had a rough time, but that's no reason for doing what he did," Mary Ellen Huggins of Mount Pleasant told The (Myrtle Beach) Sun News.

Basham, who has pleaded innocent, is scheduled to go to trial in September and could face the death penalty if convicted.

Copyright 2004 The Beaufort Gazette • May not be republished in any form without the express written permission of the publisher.