

# City of Myrtle Beach
## Police Department
### SOUTH CAROLINA

January 24, 2008

Ref: Tina Severance
    DOB: 04-23-68
    SS#: 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

To Whom It May Concern:

In regards to State v. Tina Severance all charges against her were dismissed. There are currently no active warrants against her. This is pursuant to her cooperation in a case in 2002 in which she was a witness.

If you would like to discuss this any further please contact me at (843) 918-1900.

Sincerely,

MYRTLE BEACH POLICE DEPARTMENT

Terry S. Altman
Detective Sergeant

PA Document #31