IN THE COURT OF COMMON PLEAS
LAWRENCE COUNTY, OHIO

STATE OF OHIO,

                    PLAINTIFF,

VS.

LESLIE DEAN THOMPSON
153 Twp. Rd. 205
Proctorville, Ohio  45669
SSN:  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  DOB:  07/04/1946
W/M  5'06"  190  Brown/Blue

                    DEFENDANT.

CALENDAR YEAR 2004
PART III
CASE NO. *0 4CR178*

*04 CR178*

**INDICTMENT**

 The Grand Jurors of this County, in the name and by the authority of the State of Ohio, upon their oath do find and present that:

**COUNT ONE**

 LESLIE DEAN THOMPSON, on or about June 7, 2004, at Lawrence County, Ohio, did have sexual contact with Destiny Pruitt, not the spouse of the said Leslie Dean Thompson, or cause Destiny Pruitt, not the spouse of the said Leslie Dean Thompson, to have sexual contact with the said Leslie Dean Thompson, and the said Destiny Pruitt being less than thirteen years of age, whether or not the said Leslie Dean Thompson knows the age of Destiny Pruitt, in violation of Section 2907.05 (A)(4) of the Revised Code.

 Said act occurred in Lawrence County, Ohio, and is contrary to Ohio Revised Code Section 2907.05 (A)(4), Gross Sexual Imposition, F-3.

ALL WITHIN THIS COUNTY AND CONTRARY TO THE PEACE
AND DIGNITY OF THE STATE OF OHIO

A TRUE BILL:

_Cleo Thompson_
FORE PERSON

_J. B. Collier, Jr._
J. B. COLLIER, JR.
PROSECUTING ATTORNEY

A.D. 20 _08_     _12th_     _June_

PA Document #34