Sent by: U. S. Attorney    8037798945;    04/03/03  2:43PM;#629;    Page 3

# BRUNSWICK COUNTY SHERIFF OFFICE
# INTERVIEW REPORT
# LT DA CROCKER

PERSON INTERVIEWED: **SHERIFF RONALD E HEWETT**
ADDRESS: PO BOX 09 BOLIVIA NC, BCSO
TELEPHONE: 910 253 2736
DATE: 12/03/02
LOCATION: BCSO
CASE NUMBER: 02-3758

The case is reference the abduction of Alice Donovan (statements / actions made by Brandon Basham)

On November 28, 2002, Sheriff Hewett met with Brandon Basham as pre-arranged with FBI agt Jeff Long (case agt), Basham's two attorneys, Two Conway Officer assigned to security on Basham (Sgt Parker and Sgt Sarvis).

Basham was transported from Florence SC to Brunswick County NC for the purpose of showing the location of Alice Donovan. Basham was at all times in the presence of his attorneys; he was afforded consultation to same attorneys prior to any action or statement made by Basham.

The above arrived into Brunswick County at (approx) 0830 hrs on Hwy 211 from Hwy 74/76. Basham and company were in a private white ford van and followed Sheriff Hewett to Hwy 17 to which they turned south on 17 and went directly to the Dodge City Amoco in Shallotte NC.

On arrival, Basham was allowed to use the restroom and given cigarette and drink. Waiting at the Amoco station was Chief Hendricks (Conway SC Police Dept) and other SC officers. Sheriff Hewett then lead Basham and company to hwy 17 and straight to Bee Tree Farm road off Green Hill road (Winnabow area of Brunswick County)

00814

PA Document #37

Once there, formal introductions were made by all to include Sheriff Hewett to Basham and his Attorneys. Attorney Littlejohn agreed that a local officer was needed to aid in the directions given by Basham and that Sheriff Hewett was agreed upon by Attorney Littlejohn and Agent Long.

Seated in the van was a Conway Officer driving and Sheriff Hewett in the front passenger seat, behind the driver was Basham and to his right was attorney Littlejohn, in the rear seat was Basham's other attorney, Agt Long and the other Conway Officer.

Again introductions were made and as they rode Sheriff Hewett showed Basham 8x10 digital photos of the local area. Several pictures Basham indicated of no knowledge of the area and other he made comments as to seeing before. Attorney Littlejohn also observed the all the photos during the process, and approved.

Basham was shown pictures (now marked 1,2&3) and Basham indicated that the picture of the Bee Tree Hunting Club was familiar, but not the sign. Basham stated that the sign that he saw before was either 4x6 or 4x8 and was green with white letters, stated it had "animal" on the sign.

Basham was shown pictures (now marked 4&5) and Basham stated it was the same hunting camp and that he remembered they turned around as there were men standing on the porch.

Basham was shown pictures (now marked 6,7&8) and Basham stated he recognized the cemetery shown as "that's the cemetery", stated he thought there was more of a broken down fence but that it looks like it. (NOTED: There was an older broken down fence, approx 10ft in front the current fence at the cemetery)

Basham showed sheriff Hewett where he did not remember the turn around on the photo and stated, "we pulled right in there and we cut to the left behind a fence" indicating on the photo the area discussed. (later Basham illustrates to the Sheriff at the actual location and states "I think this is it" as they drive by the cemetery)

00815

Sent by: U. S. Attorney　　　　8037798945;　　　04/03/03　2:43PM;#629;　　　Page 5/23

Sheriff Hewett states that as they rode in the van a left was taken out of Bee Tree Farm road onto Green Hill road and they follow the road for several miles to which at one point Basham points out a house and claims, "I remember that place".

The route taken continued onto Zion church road to Hwy 17 and turned north to the Gregory Poole (Industrial Area near Leland NC) business and Basham indicated that nothing meant anything to him there. They road back to Green Hill road area to the CC road going to the Prosper Community in Columbus County NC with still no indications of knowing the areas.

Sheriff Hewett states that once on the "CC" road there were several hunters lined up and down the road. At one point while riding along a Doe (female deer) jumped on the hwy and ran in front of the van, in view of all of those riding in the van. Basham at this time states, "you know, I could never kill a deer and here I have…." Sheriff Hewett states he observes attorney Littlejohn (sitting next to Basham) then touch Basham and shake his head left to right (in a negative nod) to Basham. Sheriff Hewett states that Basham never completed the statement he started. Sheriff Hewett states that throughout the day this was the only time attorney Littlejohn corrected Basham in any action or statement.

Sheriff Hewett states that at one point Basham motioned at his attorney to come closer so he could whisper and Attorney Littlejohn gets closer to which Basham is heard saying, "should I tell them about, ? (Sheriff Hewett could here no more, as they whispered) Then Attorney Littlejohn stated "go Ahead, that would be OK" to Basham. Then Basham describes with his hands 16' to 20' inches long (with fingers extended in shackles) it's a leather strap. You need to back to the cemetery and look for the leather strap. Basham further described it with possibly a Liz Claiborne tag on it. At this time Sheriff Hewett instructed Deputy's and other personnel to return to the cemetery and further look for the purse strap. (Note: search revealed no strap)

00816

Sent by: U. S. Attorney          8037798945;          04/03/03  2:44PM;#629;          Page 6/23

Sheriff Hewett states that once on Lewis Swamp road off Green Hill road, Basham stated "I think this could be it" and started obviously trembling. Sheriff Hewett states that at one time they located a stake near the road and again Basham became emotional. Basham further added that the trees (along the road) were closer together. Basham then states that, "Fulks was the leader that whatever Chad wanted to do, we did, Chad was driving".

Basham stated of remembering a Park and that Chad wanted to take her (victim) to the park and he (Basham) agreed to which Chad said to Basham, No there will be too many people around the park. Basham stated he remembered the park was on the right and just past the Park was the green Animal sign, further that the sign was on the left side of the road. Basham stated to Sheriff Hewett that he and Chad once had passed the park they turned around and traveled back to a road to which they drove down for a distance, a long way (maybe 20 minutes).

Basham stated that once on the road the trees got closer together and they stopped and pulled her out to the right side of the car, cut his (Bashams) leg, then they took her into the woods. Sheriff Hewett states at this point Basham is pulling on his leg irons in an attempt to show where he was cut by the stake, stating it scraped his leg. Basham states that after dragging her out, they got back in the vehicle. Basham states that the road was wide enough to do a turn around and go back the way they came. (maybe backed up one time).

Sheriff Hewett states they returned in the van onto Lewis Swamp road and Basham stated, "it's like this, but I don't think it's it"(referring to Lewis Swamp road). Sheriff Hewett states he observes Basham to be physically shaking and has red eyes. At one point the van is stopped in a possible area where there is a stake on the left hand side (ditch area of Lewis Swamp road) and Basham stated that that it won't (Donovan's body) be far from the road.

Sheriff Hewett showed Basham photo (now marked #9) and Basham states that he remembered the intersection that they turned right onto the road. (photo was of cherry tree and green hill road intersection)

Photos (now marked as 10&11) and Basham states, " that's the place where Chad paid for the gas and I was sitting in the back with her (victim)" (The photos was of Dodge City Amoco in Shallotte NC)

00817

Sheriff states they continued to check numerous areas to include Hwy 17, Governor's road and Funston road. States that over 50 to 60 miles were driven throughout the day and that at one time gas was obtained at the hwy 17 / hwy 87 Exxon station. (Basham again was given cigarette and a drink)

Sheriff Hewett states that at the end of the day (November 28 2002) the van and other officers gathered at the cemetery on Bee tree Farm road. States that at one point Basham was being descriptive to Sheriff Hewett as to what had happened and stated in response to Sheriff Hewett, " I'm trying sir (to help), but all the roads, pine trees and dirt look alike. Sheriff Hewett states that while talking at the cemetery Basham stated, "we parked right there", Basham pointing at an older fence and current fence (which is a location that was consistent to a witness had earlier observed the vehicle at the cemetery).

Sheriff Hewett states that while at the cemetery, Basham indicated how the (victims) pocketbook was used. (Sheriff Hewett was able to determine this meant, the pocketbook strap was used to strangle the victim to death)

Basham then walks to the left front edge of the cemetery (along with Sheriff Hewett and Conway Officers Sgt Parker and Sgt Sarvis. Basham demonstrates (visually) how he afterwards threw the strap into the wood line at the cemetery. Basham indicated that the strap was 16 to 20 inches in length and was a leather type. Basham also showed an area to the left of the cemetery and again stating "check in those trees and over there. Basham appeared to be breathing heavy and stated it was "a Liz Claiborne pocketbook". Sheriff Hewett asked Basham directly, is this where it happened and Basham replied, "yes, this is it". (Sheriff Hewett observes Basham again get emotional) Sgt Parker and Sgt Sarvis during this conversation had walked into the woodline to the left of the Cemetery looking for the purse strap.

Sheriff Hewett observed that all through the day, Basham never denied participating in the crime.

After this Basham and his attorneys conferred privately in the van in an effort to grant time to discuss anything that had been missed throughout the day. Basham was with Sheriff Hewett from approx 0830 to 1500 hrs on November 28, 2002

00818