PA Document #38





