IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:02-992 |
| | ) | |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

**MOTION FOR OPPORTUNITY TO FILE MEMORANDUM OF LAW IN
SUPPORT OF SECTION 2255 MOTION**

Movant, Chadrick Even Fulks, hereby requests the opportunity to file a
memorandum of law in support of his Motion to Vacate Conviction and Sentence and for
a New Trial Pursuant to 28 U.S.C. § 2255 and Rule 33 of the Federal Rules of Criminal
Procedure ("2255 Motion"), which Mr. Fulks filed June 23, 2008.

In support of this request, Movant also asserts the following:

1.      Mr. Fulks is a federal prisoner who was sentenced to death in this Court
on December 20, 2004.  The Fourth Circuit Court of Appeals affirmed the sentence on
July 27, 2006.  A timely petition for writ of certiorari was denied by the United States
Supreme Court on June 25, 2007.  *Fulks v. United States*, 127 S. Ct. 3002 (2007).

2.      On June 23, 2008, Mr. Fulks, through his undersigned counsel, filed his
2255 Motion.  In his request for relief, Mr. Fulks requested that he be afforded 120 days
to file a Memorandum of Law in Support of the 2255 Motion ("Memorandum of Law")
that will set forth the points and authorities that support his entitlement to relief for each
claim identified in his 2255 Motion.  Because of the number and complexity of issues
raised in the 2255 Motion, as well as the fact that counsel was not appointed until four
months into the one-year limitations period of this case, counsel request a period of 120
days, or until October 21, 2008, to file the Memorandum of Law.

3. Rules 4 and 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts require the Government to file a responsive pleading if ordered to do so by the Court. Undersigned counsel believe, based on the number and complexity of disputed issues, that the Court should require the government to file a responsive pleading. Assuming that the government will be required to file a response, undersigned counsel believe it would be most efficient to permit Mr. Fulks to file his Memorandum of Law before the government files its response and that the government should file a single pleading responsive to both the 2255 Motion and the Memorandum of Law. Counsel believe this procedure will be most efficient because the Memorandum of Law will highlight the legal issues presented in the 2255 Motion, and requiring only one responsive pleading from the government will streamline the litigation. Undersigned counsel therefore request that the Court set a date it deems appropriate for the government to file its response to Mr. Fulks's 2255 Motion and Memorandum of Law.

4. Undersigned counsel believe the time period set forth above will permit them sufficient time to conduct necessary discovery more specifically described in Mr. Fulks's soon-to-be-filed motion for leave to obtain discovery. Moreover, permitting the government to respond to both the 2255 Motion and the Memorandum of Law after Mr. Fulks has filed his Memorandum of Law allows government counsel time to prepare its responsive pleading without concurrently having to provide the discovery Mr. Fulks seeks.

5. Once the government has filed its responsive pleading, Mr. Fulks should be afforded the opportunity to file a reply, as envisioned by Rule 5d of the 2255 Rules. Mr. Fulks also requests that he be afforded 60 days following the filing of the government's responsive pleading to file his reply.

Based on the foregoing, Mr. Fulks requests that this Court allow him to file a Memorandum of Law in Support of the 2255 Motion on or before October 21, 2008, order the government to respond to the 2255 Motion and Memorandum of Law on or

before a date deemed appropriate by this Court, and allow Mr. Fulks a period of 60 days following the government's responsive pleading to file a reply.

Respectfully submitted,

/s/ William J. Watkins, Jr.
William J. Watkins, Jr., Federal Bar #7863
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
550 South Main Street, Suite 400
Greenville, South Carolina 29601
(864) 255-5400

Beattie B. Ashmore, Federal Bar #5215
PRICE, PASCHAL & ASHMORE, PA
644 E. Washington Street
Greenville, SC 29601
(864) 467-1001

Attorneys for Defendant Chadrick E. Fulks

June 23, 2008

WCSR 3924960v1