IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:02-cr-00992 |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| CHADRICK E. FULKS, | ) | |

Assistant United States Attorney, Jimmie Ewing, hereby files this Notice of Appearance in the above-captioned case.

WALTER W. WILKINS
UNITED STATES ATTORNEY

s/Jimmie Ewing
JIMMIE EWING (#7292)
Assistant United States Attorney

Columbia, South Carolina

July 3, 2008