IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| Chadrick E. Fulks | ) | |
| | ) | |

**Order Directing Government to File a Response to Petitioner's Motion for Leave to Conduct Discovery**

On July 22, 2008, Chadrick Evan Fulks ("Petitioner") filed a motion for leave to conduct discovery [dkt. #1096] in connection with his motion for post-conviction relief under 28 U.S.C.A. § 2255. In light of the Petitioner's arguments delineated in his filing, the court requests the Government file a memorandum by August 6, 2008 explaining its position with respect to Petitioner's motion and whether the court should grant the requested discovery.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 22, 2008
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge