IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:02-cr-0992 |
| | ) | |
| vs. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| CHADRICK E. FULKS, | ) | |

I hereby certify that I am an employee in the Office of the United States Attorney for

the District of South Carolina, and on August 7, 2008, I served one true and correct copy of

the GOVERNMENT'S RESPONSE OF THE UNITED STATES IN OPPOSITION TO

PETITIONER'S MOTION FOR LEAVE TO CONDUCT DISCOVERY , in the above-

captioned case, via the court's e-noticing system, but if that means failed, then by regular

mail, on the following person(s):

> Chadrick E. Fulks (16617-074)
> US Penitentiary
> Federal Death Row
> P.O. Box 12015
> Terre Haute, IN 47801-2015

> s/Jimmie Ewing
> Jimmie Ewing
> Assistant U.S. Attorney

Columbia, South Carolina