IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR. No. 4:02-992-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Chadrick E. Fulks | ) | |
| | ) | |

On July 22,2008, Chadrick Evan Fulks ("Petitioner") filed a motion for leave to conduct discovery [dkt. #1096] in connection with his motion for post-conviction relief under 28 U.S.C.A. § 2255. The government has responded in opposition [dkt #1099] to the motion for discovery.

The petitioner is hereby requested to file a reply to the government's response within five days of the date of this order.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

August 11, 2008                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                           United States District Judge