IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA,  )  CR. NO. 4:02-992
  )  COLUMBIA, SC
  )  SEPTEMBER 27, 2004
  )
VERSUS  )
  )
BRANDON L.  BASHAM,  )
  DEFENDANT.  )
_____  )

BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.,
CHIEF UNITED STATES DISTRICT COURT JUDGE
JURY TRIAL
VOLUME X

APPEARANCES:

FOR THE GOVERNMENT:    SCOTT SCHOOLS, FIRST AUSA
    JONATHAN S. GASSER, AUSA
    JOHN DUANE, AUSA
    UNITED STATES ATTORNEY'S OFFICE
    1441 MAIN STREET, SUITE 500
    COLUMBIA, SC  29201

FOR THE DEFENDANT:    JACK SWERLING, ESQ.
    1720 MAIN STREET
    SUITE 301
    COLUMBIA, SC  29201

    GREG HARRIS, ESQ.
    1720 MAIN STREET
    SUITE 301
    COLUMBIA, SC  29201

COURT REPORTER:    DEBRA R. JERNIGAN, RPR, CRR
    UNITED STATES COURT REPORTER
    901 RICHLAND STREET
    COLUMBIA, SC 29201

STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
*** *** *** ***

THE COURT: BOTH SIDES READY TO PROCEED?

MR. HARRIS: YES, SIR.

MR. SCHOOLS: YES, SIR.

THE COURT: PLEASE BRING IN THE JURY.

PLEASE CALL YOUR NEXT WITNESS.

MR. GASSER: THANK YOU, YOUR HONOR. THE GOVERNMENT WOULD CALL RONALD HEWETT.

RONALD HEWETT, HAVING BEEN FIRST DULY SWORN, TESTIFIED AS FOLLOWS:

MR. GASSER: GOOD MORNING, LADIES AND GENTLEMEN.

DIRECT EXAM

BY MR. GASSER:

Q. GOOD MORNING, SHERIFF HEWETT. TELL US, SIR, WHERE ARE YOU EMPLOYED?

A. I'M EMPLOYED WITH THE BRUNSWICK COUNTY SHERIFF'S OFFICE IN BOLIVIA, NORTH CAROLINA.

Q. YOU ARE AN ELECTED SHERIFF?

A. YES, SIR.

Q. HOW LONG HAVE YOU BEEN SHERIFF OF BRUNSWICK COUNTY?

A. ALMOST 11 YEARS.

Q. AND HOW LONG HAVE YOU BEEN AN EMPLOYEE OF BRUNSWICK COUNTY SHERIFF'S OFFICE?

A. TWENTY-TWO (22) YEARS.

Q. IS THAT THE TOTAL SUM OF YOUR EXPERIENCE OF YEARS IN LAW ENFORCEMENT?

OF THE HUNTING CAMP, YOU TAKE A LEFT. AND YOU WILL GO TO A VERY SHARP CURVE. AND AT THAT VERY SHARP CURVE TO THE LEFT, THE C. C. ROAD TURNS OFF TO THE LEFT IN THAT CURVE.

Q. ABOUT HOW FAR IS THAT FROM THE HUNT CLUB DEPICTED IN GOVERNMENT'S EXHIBIT 150?

A. THREE-AND-A-HALF MILES.

Q. WHEN YOU WERE ON THIS C. C. ROAD APPROXIMATELY THREE-AND-A-HALF MILES FROM THE HUNT CLUB ON THAT THANKSGIVING DAY, DO YOU RECALL SEEING SOME HUNTERS WALKING UP AND -- WALKING ALONGSIDE THE ROAD?

A. THERE WERE HUNTERS.

Q. AND THIS WAS DEER SEASON, WAS IT NOT?

A. IT WAS.

Q. AND DID YOU SEE ANY DEER?

A. YES, WE DID. I SAW A FEMALE DEER, A DOE.

Q. WHERE DID YOU SEE THIS DOE?

A. THE DOE CAME OUT OF THE WOODS OVER TO THE LEFT-HAND SIDE OF THE VAN AND STOOD THERE.

Q. WHEN THE DOE JUMPED OUT OF THE WOODS ONTO THE ROADWAY, DO YOU RECALL MR. BASHAM MAKING A STATEMENT?

A. I DO.

Q. WHAT DID MR. BASHAM SAY WHEN HE SAW THIS DOE?

A. BRANDON BASHAM SAID, "YOU KNOW, I NEVER COULD KILL A DEER AND HERE I HAVE" --

Q. YOU STOPPED. DID HE STOP?

A.    I DID STOP.   HE STOPPED TALKING AT THAT TIME,  ALSO.

Q.    WHAT MADE HIM STOP?

A.    CAM LITTLEJOHN,  GOING BACK TO WHERE HE WAS SITTING, HE WAS THE ATTORNEY DIRECTLY BEHIND ME,  I WAS TURNED IN MY SEAT TALKING TO BRANDON BASHAM.   CAM LITTLEJOHN TOOK HIS HANDS AND REACHED OVER AND TOUCHED HIM AND HE LOOKED AT BASHAM AND HE NODDED HIS HEAD FROM LEFT TO RIGHT.   AND, AT THAT TIME, BRANDON BASHAM NEVER COMPLETED THE SENTENCE.

Q.    SO, "YOU KNOW, I NEVER COULD KILL A DEER, AND NOW I HAVE," THAT IS WHEN MR. LITTLEJOHN TOUCHED BASHAM?

A.    YES.

Q.    THIS ALL OCCURRED IN YOUR PRESENCE?

A.    YES, SIR.

Q.    SHERIFF HEWETT, I WANT YOU TO STOP ME WHEN YOU WERE AS CLOSE TO BRANDON BASHAM AS YOU WERE WHEN HE MADE THE STATEMENT, "I NEVER COULD KILL A DEER AND HERE I HAVE NOW," POSITION ME AS CLOSE TO YOU AS MR. BASHAM WAS TO YOU IN THAT VAN.

A.    OKAY.

Q.    (PROSECUTOR APPROACHES WITNESS.)

A.    I COULD HAVE REACHED BACK AND TOUCHED HIM.

Q.    THAT IS HOW CLOSE YOU WERE?

A.    YES, SIR.

Q.    WHEN YOU WERE DISCUSSING THE PHOTOGRAPHS OR HAVING DIRECTIONAL CONVERSATIONS WITH MR. BASHAM,  WERE YOU SEATED

LOOKING STRAIGHT AHEAD THROUGH THE FRONT WINDSHIELD?

A.    NO, SIR.

Q.    HOW WERE YOU SEATED?

A.    I HAD TURNED  -- I HAD TURNED ALL THE WAY AROUND.  IF I MAY SHOW.  I HAD TURNED ALL THE WAY SO I COULD LOOK DIRECTLY AT BASHAM WHEN I WAS SPEAKING TO HIM.  I DIDN'T HAVE MY SEAT BELT ON.

Q.    DO YOU RECALL, AT ONE POINT IN TIME, AS Y'ALL WERE DRIVING IN THIS WINNABOW AREA DOWN DIRT ROADS,  MR. BASHAM MOTIONING TO HIS LAWYER AND WANTING TO SPEAK TO HIS LAWYER?

A.    I DO REMEMBER THAT.

Q.    WOULD YOU DESCRIBE THOSE EVENTS TO THE JURY,  PLEASE?

A.    I SURE WILL.  BRANDON BASHAM LEANED OVER TO CAM LITTLEJOHN AND SAID, "SHOULD I TELL THEM ABOUT,"  AND, AT THAT POINT, MOUTH TO EARS.  BRANDON BASHAM'S MOUTH WENT DIRECTLY TO CAM LITTLEJOHN'S EARS,  I COULD NOT HEAR WHAT HE SAID AFTER THAT.  THE FIRST THING HE SAID WAS, "SHOULD I TELL THEM ABOUT"?  AND CAM LITTLEJOHN LOOKED BACK AT BRANDON BASHAM, AND LOOKED AT ME,  HE SAID,  YEAH,  GO AHEAD.

Q.    THROUGHOUT THESE DAYS,  SHERIFF HEWETT,  OR THROUGHOUT THIS DAY,  WAS MR. BASHAM ALLOWED TO TALK TO HIS LAWYERS ANY TIME HE WANTED TO?

A.    YES.

Q.    DID YOU PROMISE MR. BASHAM ANYTHING THAT DAY IN THE VAN?

A. NOTHING.

Q. DID YOU PROMISE HIS LAWYER ANYTHING?

A. NO, SIR.

Q. WERE YOU AWARE, YOU MAY NOT HAVE BEEN, WERE YOU AWARE OF ANY DISCUSSIONS THAT MR. LITTLEJOHN AND MR. MONCKTON WAS HAVING WITH REPRESENTATIVES OF THE U. S. ATTORNEY'S OFFICE PRIOR TO THE EVENTS OF THAT DAY?

A. I HAVE NEVER MET THEM BEFORE AND DID NOT KNOW.

Q. AFTER MR. BASHAM AND MR. LITTLEJOHN HAD THEIR CONVERSATION, AND MR. LITTLEJOHN TOLD MR. BASHAM TO GO AHEAD, IT WILL BE OKAY, WHAT DID MR. BASHAM EITHER TELL YOU OR DESCRIBE TO YOU?

A. OKAY. AT THIS POINT, IT WOULD PROBABLY BE VERY IMPORTANT FOR ME TO BE ABLE TO SHOW AND TELL WHAT HE SAID TO ME.

Q. THAT WILL BE FINE.

A. IF I MAY. BRANDON BASHAM WAS SHACKLED, AND HE WAS CUFFED TO HIS BELT, WE CALL IT A BELLYCHAIN. THE BELLYCHAIN IS SIMPLY A CHAIN THAT GOES AROUND THE WAIST. THE RIGHT HAND IS HANDCUFFED AND THE LEFT HAND IS HANDCUFFED. THAT IS VIEWED AS A RESTRAINT DEVICE SO THAT NO ONE GETS HURT AND IT LESSENS THE CHANCE FOR BRANDON BASHAM TO ESCAPE. HE WAS ALSO SHACKLED. AFTER MR. LITTLEJOHN SAID GO AHEAD, HE SAID, "HE" BEING BRANDON BASHAM SAID, "YOU NEED TO BE LOOKING FOR A STRAP. IT IS ABOUT THIS LONG." AND HE SAID, "IT HAS LIZ

CLAIBORNE ON THE STRAP." HE SAYS, "BACK AT THE CEMETERY YOU NEED TO GO BACK TO THE CEMETERY AND LOOK FOR THAT STRAP."

Q. YOU JUST HAD YOUR FINGERS POINTED OUT LIKE THIS, DID MR. BASHAM HAVE HIS FINGERS LIKE THAT?

A. THAT IS EXACTLY HOW HE HAD HIS HANDS.

Q. APPROXIMATELY, HOW MANY INCHES DID YOU THINK HE WAS DESCRIBING THIS PURSE STRAP WAS?

A. HE COULDN'T HAVE GOT HIS HANDS MUCH OVER 16 TO 20 INCHES.

Q. WHERE DID HE SAY YOU NEED TO BE LOOKING FOR THIS LIZ CLAIBORNE PURSE STRAP?

A. AT THE BEE TREE FARM CEMETERY.

Q. AS A RESULT OF RECEIVING THAT INFORMATION FROM MR. BASHAM IN THE PRESENCE OF HIS TWO LAWYERS, WHAT DID YOU, AS THE SHERIFF, WHAT DID YOU DO INSTRUCTION-WISE?

A. I RADIOED MY GROUND TEAM BECAUSE I HAD CELL PHONES AND RADIOS. I RADIOED THEM, TOLD THEM THE INFORMATION WE HAD, DIRECTED THEM TO GO BACK TO THE CEMETERY AND CONDUCT A PHYSICAL SEARCH OF THAT AREA FOR THE STRAP.

Q. WAS THAT DONE?

A. THAT WAS DONE.

Q. AND AS YOU WERE -- PRIOR TO GETTING TO THE CEMETERY YOURSELF, BACK TO THE CEMETERY LATER ON THAT AFTERNOON, DID ANYONE EVER RADIO BACK TO YOU THAT THEY HAD FOUND ANY TYPE OF PURSE STRAP, BE IT LIZ CLAIBORNE OR ANY OTHER BRAND NAME?

A.    NO.    IN FACT, THE MESSAGE WAS WE HAVE NOT FOUND THEM.

Q.    DO YOU RECALL TRAVELLING ON LEWIS SWAMP ROAD OFF GREEN HILL ROAD THAT AFTERNOON?

A.    YES.

Q.    WHERE IS, APPROXIMATELY, LEWIS SWAMP ROAD?  HOW FAR AWAY IS THAT FROM THE HUNT CLUB?

A.    IT IS ABOUT A MILE AND A HALF OR TWO MILES.  IT IS NOT AS FAR AS THE C. C. ROAD.  AND EXITING BEE TREE FARM TO GET TO LEWIS SWAMP, YOU NEED TO TURN RIGHT.

Q.    DO YOU RECALL MR. BASHAM MAKING A STATEMENT WHEN YOU WERE ON LEWIS SWAMP ROAD OFF OF GREEN HILL ROAD THAT DAY?

A.    I DO.

Q.    WHAT WAS THAT?

A.    BRANDON BASHAM STATED THAT THIS ROAD REALLY LOOKED LIKE THE ROAD THAT HE REMEMBERED.

Q.    AND DID HIS DEMEANOR CHANGE WHEN HE MADE THAT STATEMENT?

A.    YES,  IT DID.  AND WE GOT TO A POINT WHERE HE TOLD HIS ATTORNEY AND ME,  HE SAID,  "RIGHT HERE,  STOP."

Q.    HOW DID HIS DEMEANOR CHANGE PHYSICALLY?  WHAT DID YOU OBSERVE?

A.    I NOTICED HIS LIPS TO TREMBLE,  HIS EYES WELLED UP WITH TEARS, AND HE BECAME, OBVIOUSLY, EMOTIONAL.

Q.    SHERIFF HEWETT,  YOU PREVIOUSLY DESCRIBED TO THE JURY YOU MEMORIALIZED THE EVENTS OF THAT DAY IN A WRITTEN REPORT.

A. RIGHT THERE, YES, SIR.

Q. TELL US, PLEASE, THEN, WHAT HE SAYS HAPPENED?

A. AT THAT TIME, THAT WAS THE -- THAT WAS THE SECOND TIME THAT BRANDON BASHAM, IN MY PRESENCE, STARTED TO BREATHE HEAVIER, HIS LIPS QUIVERED, HIS EYES WELLED UP WITH TEARS. AND, AT THAT TIME, HE CONTINUED TO TALK.

Q. AND WHAT DID HE DESCRIBE TO YOU ON THANKSGIVING DAY, THE LOCATION THAT YOU HAVE JUST DESCRIBED TO THE JURY, TELL THIS JURY WHAT BRANDON BASHAM DESCRIBED TO YOU AS TO WHAT HAPPENED TO ALICE DONOVAN.

A. MAY I.

Q. YOU CAN DEMONSTRATE, IF HE DEMONSTRATED.

A. BRANDON BASHAM HAD HIS HANDS LIKE THIS ONCE AGAIN. I HAVE EXPLAINED TO YOU HOW HE WAS SHACKLED. HE TOOK HIS HANDS TOGETHER AND DID THIS (INDICATING), "THEN I THREW IT OVER THERE. CHECK IN THOSE TREES RIGHT OVER THERE." WHICH, IF YOU WILL LOOK AT HOW I AM FACING YOU, I AM FACING THE SEMICIRCLE. SO, WE WALKED TO THE AREA RIGHT HERE AT THE CORNER, AND THAT IS WHERE HE DID THIS AND DID THAT. HE COULDN'T THROW VERY FAR BECAUSE HE WAS SHACKLED. THAT IS WHEN HE SAID, "CHECK OVER THERE." AT THAT TIME, SERGEANT PARKER AND SERGEANT SARVIS, THOSE WERE THE TWO INDIVIDUALS THAT WERE WITH ME, THEY BEGAN TO LOOK AGAIN, BUT THAT AREA HAD ALREADY BEEN SEARCHED, AND THE STRAP WAS NOT TO BE FOUND.

Q. WHEN MR. BASHAM DEMONSTRATED TO YOU WHAT WAS DONE WITH

THAT PURSE STRAP AND THAT HE THREW IT OVER THERE, WAS HIS BACK TO THE CEMETERY, THE PLOT ITSELF?

A. YES, HE WAS FACING ME.

Q. SO, HE WOULD HAVE BEEN FACING THE TURNAROUND?

A. RIGHT.

Q. CEMETERY WOULD HAVE BEEN BEHIND HIM?

A. RIGHT.

Q. WAS A THOROUGH SEARCH OF THAT WOODLINE ALL AROUND THE CEMETERY, BELOW THE CEMETERY, WAS THAT DONE THAT DAY, SHERIFF?

A. THAT WAS DONE THAT DAY, THOROUGH SEARCH.

Q. WAS ANY TYPE OF LEATHER STRAP OR ANYTHING CONSISTENT WITH A LEATHER STRAP FOUND?

A. WE HAVE NOT FOUND IT TO TODAY.

Q. DID YOU SPECIFICALLY LOOK MR. BASHAM IN THE EYE AND ASK HIM, "IS THIS WHERE IT HAPPENED"? DID YOU DO THAT, SHERIFF?

A. I DID.

Q. WHAT WAS MR. BASHAM'S RESPONSE?

A. HE SAID, "THIS IS IT. IT IS."

MR. GASSER: THANK YOU, YOUR HONOR. JUST A COUPLE MORE QUESTIONS, SHERIFF.

BY MR. GASSER:

Q. SHERIFF HEWETT, IN 22 YEARS OF LAW ENFORCEMENT, HAVE YOU HAD THE OPPORTUNITY TO BE AROUND INDIVIDUALS THAT HAVE BEEN UNDER THE INFLUENCE OF ALCOHOL OR UNDER THE INFLUENCE OF

DRUG AND HAVE BEEN DIFFICULT TO UNDERSTAND?

A.     I HAVE.

Q.     WHEN YOU WERE WITH MR. BASHAM THAT MORNING AND THAT DAY ON THANKSGIVING OF 2002, DID YOU HAVE ANY DIFFICULTY UNDERSTANDING MR. BASHAM?

A.     NONE WHATSOEVER.

Q.     WAS HE SPEAKING COHERENTLY TO YOU?

A.     HE WAS.

Q.     DID HE APPEAR TO UNDERSTAND WHAT QUESTIONS YOU WERE ASKING OF HIM?

A.     HE DID.

Q.     HOW LONG DID THIS SEARCH THAT YOU HAVE JUST DESCRIBED TO THE JURY OVER THE LAST 45 TO 50 MINUTES, HOW LONG DID IT LAST THAT DAY?

A.     IT LASTED FROM 8:30 IN THE MORNING, THAT IS ABOUT THE TIME WE HOOKED UP, UNTIL ABOUT THREE IN THE AFTERNOON. OUR DEALING TOGETHER, OUR DEALING WITH MR. BASHAM, IT CONCLUDED THERE AT THE CEMETERY, THAT WAS THE END OF THE DAY.

Q.     DURING THAT ENTIRE TIME THAT YOU WERE IN THE PRESENCE OF MR. BASHAM, WAS MR. BASHAM AFFORDED EVERY OPPORTUNITY TO TALK TO BOTH MR. LITTLEJOHN AND MR. MONCKTON?

A.     HE WAS.

Q.     WERE ANY PROMISES MADE TO MR. BASHAM, OR MR. MONCKTON, OR MR. LITTLEJOHN?

A.     NO.

Q.    DID ANYONE THREATEN MR. BASHAM, IN YOUR PRESENCE?

A.    NO, SIR.

Q.    WERE YOU CORDIAL WITH MR. BASHAM?

A.    YES.    WE FORMED A RAPPORT.    I PLACED THAT ON MY REPORT.    HE WASN'T ANY PROBLEM THAT DAY, AND HE WAS POLITE. HE ANSWERED THE QUESTIONS, AND HE WAS NO PROBLEM.

Q.    OBVIOUSLY THAT DAY AND THE DAYS SUBSEQUENT TO NOVEMBER 28TH, 2002, SEARCHES CONTINUED FOR MS. DONOVAN'S BODY, CORRECT?

A.    YES, SIR.

Q.    HAS ANY PIECE OF THE REMAINS OF ALICE DONOVAN OR ANY EVIDENCE RELATING TO ALICE DONOVAN BEEN FOUND IN BRUNSWICK COUNTY, NORTH CAROLINA?

A.    NO.

        MR. GASSER:  THAT IS ALL I HAVE, YOUR HONOR.

        THE COURT:   CROSS-EXAMINATION.

        MR. HARRIS:  THANK YOU.

                    CROSS EXAM

BY MR. HARRIS:

Q.    SHERIFF, BEFORE WE BEGIN, I NOTICED WHEN YOU WERE TESTIFYING, DISCUSSING THIS CASE WITH MR. GASSER, YOU WERE REFERRING TO NOTES.    CAN I APPROACH YOU AND JUST TAKE A LOOK AND SEE, MAKE SURE YOU AND I ARE LOOKING AT THE SAME THING?

A.    YES, SIR.

        MR. HARRIS: MAY I APPROACH, YOUR HONOR?

PROBLEM FOR HIM, AT LEAST PARTIALLY, DIDN'T HE?

A. THE ONLY THING THAT I CAN STATE, HONESTLY, THAT I REMEMBER BRANDON BASHAM TELLING ME WAS THAT CHADRICK FULKS WAS DRIVING AND WE DID WHAT CHADRICK FULKS WANTED TO DO. HE WAS THE LEADER.

Q. HE WAS THE LEADER. AND HE EXHIBITED FRUSTRATION WITH AN UNSUCCESSFUL DAY WHEN YOU DECIDED TO CALL THE DAY OFF SOME TIME NEAR THE END OF THE DAY, HE WAS FRUSTRATED THAT NOTHING HAD HAPPENED, IS THAT A FAIR STATEMENT?

A. HE WAS EMOTIONAL.

Q. HE WAS EMOTIONAL?

A. FRUSTRATED I AM THINKING ANGER -- I DIDN'T SEE ANY ANGER. I JUST SAW BRANDON BASHAM EMOTIONAL AT THE CEMETERY.

Q. NOW, AT THE CEMETERY, AND I WOULD LIKE YOU TO REFER TO YOUR NOTES IF THAT WILL HELP YOU.

A. OKAY.

Q. THERE IS NOTHING IN YOUR NOTES, NOR IS THERE ANYTHING IN LIEUTENANT CROCKER'S NOTES THAT INDICATE THAT BRANDON BASHAM TOLD YOU THAT HE USED THE STRAP, IS THERE?

A. NO, SIR. HE DID NOT TELL ME HE USED THE STRAP. HE DEMONSTRATED, THOUGH.

Q. HE DEMONSTRATED?

A. YES, SIR.

Q. YOUR NOTES, NOR LIEUTENANT CROCKER'S NOTES SAY THAT HE DID THAT; ISN'T THAT TRUE?



A.    THAT IS TRUE BECAUSE HE DIDN'T SAY.    HE SHOWED.

Q.    NOW,  DID YOU GO  -- LET ME REPHRASE THIS.    DURING THE SIX HOURS THAT YOU WERE OUT THERE,  ISN'T IT A FAIR STATEMENT TO SAY THAT IT IS APPROXIMATELY  -- YOU TELL ME,  HOW FAR IS IT FROM THE AMOCO ON HIGHWAY 17 UNTIL YOU TURN OFF ON GREEN HILL ROAD?

A.    TWENTY-SEVEN (27) MILES.

Q.    TWENTY-SEVEN (27) MILES.  WHAT IS THE SPEED LIMIT ON THAT ROAD?

A.    FIFTY-FIVE.

Q.    SO, YOU WOULD THINK THAT IT WOULD TAKE,  30 MINUTES, 20 TO 30 MINUTES TO GET TO THAT INTERSECTION?

A.    THAT IS FAIR.

Q.    THAT IS A FAIR ESTIMATE.   AND FROM THAT TURNOFF TO THE BEE TREE EXIT IS WHAT,  ABOUT SEVEN MILES?

A.    SEVEN TO TEN MILES.

Q.    AND THE SPEED LIMIT ON THAT ROAD IS WHAT,  SHERIFF?

A.    THE SPEED LIMIT WOULD BE FIFTY-FIVE,  BUT YOU CAN'T DRIVE FIFTY-FIVE FOR VERY LONG BECAUSE OF THE CURVES.

Q.    WHAT IS YOUR BEST GUESSTIMATE OF THE TIME LAPSE FROM WHEN YOU EXIT ONTO GREEN HILL UNTIL YOU ARRIVE AT BEE TREE ENTRANCE?

A.    OKAY.   TWENTY  -- YOU TALKING FROM GREEN HILL, ONCE WE MAKE THAT INTERSECTION AT CHERRY TREE?

Q.    WE HAVE ESTABLISHED 20 MINUTES TO 30 MINUTES FROM THE