IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA,          )     CR. NO. 4:02-992
                                   )     COLUMBIA, SC
                                   )     SEPTEMBER 29, 2004
                                   )
       VERSUS                      )
                                   )
BRANDON L. BASHAM,                 )
          DEFENDANT.               )
_____)

BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.,
CHIEF UNITED STATES DISTRICT COURT JUDGE
JURY TRIAL
VOLUME XII

APPEARANCES:

FOR THE GOVERNMENT:          SCOTT SCHOOLS, FIRST AUSA
                             JONATHAN S. GASSER, AUSA
                             JOHN DUANE, AUSA
                             UNITED STATES ATTORNEY'S OFFICE
                             1441 MAIN STREET, SUITE 500
                             COLUMBIA, SC  29201

FOR THE DEFENDANT:           JACK SWERLING, ESQ.
                             1720 MAIN STREET
                             SUITE 301
                             COLUMBIA, SC  29201

                             GREG HARRIS, ESQ.
                             1720 MAIN STREET
                             SUITE 301
                             COLUMBIA, SC  29201

COURT REPORTER:              DEBRA R. JERNIGAN, RPR, CRR
                             UNITED STATES COURT REPORTER
                             901 RICHLAND STREET
                             COLUMBIA, SC 29201

STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
*** *** *** ***

CLOSING ARGUMENT BY MR. GASSER                    12-79

WHAT ELSE DID AGENT MALEY AND AGENT VITO HEAR FROM BRANDON BASHAM? ALICE DONOVAN WAS WITHIN DRAGGING DISTANCE OFF THE ROAD COVERED WITH LIMBS AND LEAVES.

THANKSGIVING DAY, NOVEMBER 28TH, 2002. THANKSGIVING DAY. I WILL NOT GO OVER THE WHOLE THING. I JUST WANT TO TALK TO YOU ABOUT TWO POINTS. TWO SALIENT POINTS. YOU REMEMBER THE SHERIFF THAT TOOK THAT WITNESS STAND. YOU REMEMBER SHERIFF HEWITT. HE WAS REFERRING TO HIS NOTES SO HE COULD BE EXACT TO YOU JURORS. THE NOTES HE MEMORIALIZED SHORTLY AFTER THE EVENTS OF THAT DAY. YOU REMEMBER HOW FAIR SHERIFF HEWETT WAS. HE WROTE DOWN THERE ANY TIME BRANDON BASHAM TREMBLED OR GOT EMOTIONAL. AS A POLICE OFFICER, HE LOOKED AT HIS NOTES, PUT IT DOWN WHETHER IT HELPED BRANDON BASHAM OR HURT HIM. DRIVING DOWN THAT C. C. ROAD NEAR BEE TREE FARMS AND THOSE HUNTERS ARE WALKING DOWN AND THAT DOE JUMPS OUT ON THE BACK OF THE ROAD, DO YOU REMEMBER THAT? DO YOU REMEMBER WHAT BRANDON BASHAM'S COMMENTS WERE? HE SEES THAT DOE AND HE SAYS TO HIMSELF, SPONTANEOUSLY, "HERE I COULDN'T EVEN KILL A DEER, AND I HAVE," AND HIS LAWYER, MR. LITTLEJOHN STOPS HIM. "HERE, I COULDN'T EVEN KILL A DEER, AND HERE I HAVE" -- WHAT DO YOU THINK HE IS THINKING ABOUT? HERE I HAVE SMOKED A JOINT? HERE I HAVE STOLEN A CAR?

AND LATER ON, AT THE END OF THAT DAY WHEN THEY GET TO THAT CEMETERY, HE IS PULLED OUT OF THAT VAN AND HE IS IN SHACKLES. WHAT DOES HE TELL THE SHERIFF? HE TELLS THE SHERIFF THAT IT



WAS RIGHT THERE BY THAT GATE.   HE TELLS -- HE NOT ONLY TELLS, HE DEMONSTRATES.  HE DEMONSTRATES FOR THAT SHERIFF A LIZ CLAIBORNE PURSE STRAP WAS USED TO KILL ALICE DONOVAN.   THEN WHAT DOES HE SAY? I THREW IT IN THE WOODLINE.   MR. SWERLING ASKS SHERIFF HEWITT SAYS HE DIDN'T SAY I KILLED ALICE DONOVAN. SHERIFF HEWITT SAID TO YOU IN THIS COURTROOM IN FRONT OF YOU, THE JURY,  NO,  HE DEMONSTRATED IT.

CLIFFORD JAY,  CHRISTMAS EVE.  CLIFFORD JAY WAS FORMER SCHOOL COUNSELOR AND AID FOR BRANDON BASHAM FOR THREE TO FOUR YEARS.   CLIFFORD JAY WAS SOMEONE BRANDON BASHAM LOOKED UP TO AND RESPECTED.  MORE IMPORTANTLY,  CLIFFORD JAY IS SOMEBODY THAT BRANDON BASHAM REACHED OUT TO.   CLIFFORD JAY DIDN'T CALL BRANDON BASHAM IN COLUMBIA.   BRANDON BASHAM CALLED CLIFFORD JAY ON CHRISTMAS EVE.   HE IS AT HOME WITH HIS MAMA.   WHAT DOES THIS MAN TELL HIM? BRANDON SAYS,  MR. C. J.,  I AM IN A LOT OF TROUBLE.   I AM IN A LOT OF TROUBLE.  MR. C. J.,  I MAY BE FACING THE DEATH PENALTY.   CLIFFORD JAY TELLS HIM, WHEN YOU ARE SAVED,  TALKS ABOUT A RELIGIOUS STORY,  DAVID AND URIAH, HE TALKS TO HIM ABOUT IT.  WHAT IS CRITICAL ABOUT THIS? AT THAT POINT IN TIME,  BRANDON BASHAM IS ONLY CHARGED WITH ALICE DONOVAN.   THE MADISON MESSENGER IS ONLY TALKING ABOUT BRANDON BEING CHARGED WITH CHAD FULKS IN THE KIDNAPPING, CARJACKING AND DEATH OF ALICE DONOVAN, THE WOMAN FROM SOUTH CAROLINA.   CLIFFORD JAY, IN HIS MIND, ONLY BELIEVES THAT BRANDON BASHAM HAS BEEN CHARGED WITH THIS ONE DEATH,  THIS ONE

WOMAN. AND CLIFFORD JAY HAS TO KNOW, HE HAS TO KNOW IN HIS OWN HEART, BRANDON, DID YOU DO WHAT THEY SAY YOU DID, WHAT THEY SAY YOU DID? AND WHAT WAS BRANDON BASHAM'S RESPONSE? YES, SIR, MR. C. J., WE KILLED THEM. IT SHOCKED HIM BECAUSE HE SAID "WE." CLIFFORD JAY WANTED TO BELIEVE IN ALL OF HIS MIND AND HEART THAT BRANDON WOULDN'T HAVE BEEN INVOLVED IN THIS, HIS FORMER STUDENT. "WE KILLED THEM." THAT WAS THE SHOCKER. HE DIDN'T KNOW. ANY REASONABLE PERSON, MR. JAY, HE DIDN'T KNOW AT THAT POINT IN TIME, HE DOESN'T KNOW IF IT IS TWO OR 20 WOMEN THAT WERE KILLED. AND HE IMMEDIATELY DOES, EVEN THOUGH HE LIKES BRANDON BASHAM, EVEN THOUGH THIS IS HIS FORMER STUDENT, CLIFFORD JAY REACHES INTO HIS HEART AND REACHES OUT TO LAW ENFORCEMENT. HE SATISFIES HIS CIVIC DUTY AND PROVIDES THIS INFORMATION TO LAW ENFORCEMENT. "WE KILLED THEM."

AND THEN CLIFFORD JAY TALKS TO HIM ABOUT BEING A MAN. DO YOU REMEMBER THAT? YOU NEED TO STAND UP AND BE A MAN. YOU NEED TO FACE WHAT YOU DID. YOU NEED TO HELP THEM FIND HER. AND HE SAID, WELL, ALL THE TREES LOOK ALIKE. WE TIED HER, MEANING ALICE DONOVAN, THAT IS WHO HE IS TALKING ABOUT. WE TIED HER TO A TREE.

LADIES AND GENTLEMEN, I WANTED TO FINISH WITH THAT BECAUSE HOW WOULD YOU GO BACK IN YOUR JURY ROOM AFTER LISTENING TO SHERIFF HEWITT AND AFTER SEEING SHERIFF HEWITT DEMONSTRATE HOW BRANDON BASHAM DEMONSTRATED HOW ALICE DONOVAN

WAS STRANGLED, HOW DO YOU LISTEN TO CLIFFORD JAY WHEN BRANDON BASHAM TOLD YOU JURORS THROUGH CLIFFORD JAY, WE KILLED THEM AND FIND HIM NOT GUILTY OF CARJACKING, RESULTING IN DEATH? AND FIND HIM NOT GUILTY OF KIDNAPPING, RESULTING IN DEATH? I HAVE BEEN UP HERE FOR TWO HOURS, AND THE GOVERNMENT SUBMITS THOSE TWO WITNESSES AND THAT LIMITED TESTIMONY, ALONE, SEALS THE DEAL. "WE KILLED THEM."

NO QUESTION, CHAD FULKS WAS THE LEADER IN MANY ASPECTS OF THIS 17-DAY SPREE. WHERE THEY WERE GOING, THERE IS NO QUESTION ABOUT THAT, LADIES AND GENTLEMEN. BUT THERE IS ALSO NO QUESTION, THE GOVERNMENT SUBMITS, THAT BRANDON BASHAM WAS A WILLING, EAGER, AND RELIABLE FOOT SOLDIER. HE WAS EAGER TO PLEASE HIS FRIEND. AND HE WAS WILLING TO PARTICIPATE AND MAKE CHOICES. YOU KNOW WHO SUMMED IT UP? WHEN TINA SEVERANCE WAS ON THAT WITNESS STAND, I THINK IT WAS IN REDIRECT, SOME INNOCUOUS QUESTION ABOUT HOW THEY WERE GETTING ALONG. DO YOU REMEMBER WHAT TINA SEVERANCE SAID SPONTANEOUSLY? LIKE TWO PEAS IN A POD. THEY WERE ALWAYS TOGETHER HAVING A GOOD TIME. THAT IS BRANDON BASHAM AND CHAD FULKS IN NOVEMBER 2002. LIKE TWO PEAS IN A POD. BRANDON BASHAM COULD NOT HAVE CARJACKED, KIDNAPPED, AND KILLED ALICE DONOVAN WITHOUT CHAD FULKS; CHAD FULKS COULD NOT HAVE CARJACKED, KIDNAPPED, AND KILLED ALICE DONOVAN WITHOUT BRANDON BASHAM.

AS A U. S. ATTORNEY, AS A CITIZEN OF THE UNITED STATES,