# Attachment C

Excerpts of 9/27/04 Basham trial transcript

                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF SOUTH CAROLINA
                          FLORENCE DIVISION

UNITED STATES OF AMERICA,      )    CR. NO. 4:02-992
                               )    COLUMBIA, SC
                               )    SEPTEMBER 27, 2004
                               )
     VERSUS                    )
                               )
BRANDON L.  BASHAM,            )
          DEFENDANT.           )
_____)

           BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.,
              CHIEF UNITED STATES DISTRICT COURT JUDGE
                          JURY TRIAL
                          VOLUME X

APPEARANCES:
FOR THE GOVERNMENT:            SCOTT SCHOOLS, FIRST AUSA
                              JONATHAN S. GASSER, AUSA
                              JOHN DUANE, AUSA
                              UNITED STATES ATTORNEY'S OFFICE
                              1441 MAIN STREET, SUITE 500
                              COLUMBIA, SC  29201

FOR THE DEFENDANT:            JACK SWERLING, ESQ.
                              1720 MAIN STREET
                              SUITE 301
                              COLUMBIA, SC  29201

                              GREG HARRIS, ESQ.
                              1720 MAIN STREET
                              SUITE 301
                              COLUMBIA, SC  29201


COURT REPORTER:               DEBRA R. JERNIGAN, RPR, CRR
                              UNITED STATES COURT REPORTER
                              901 RICHLAND STREET
                              COLUMBIA, SC 29201


              STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
                     *** *** *** ***

INDEX

RONALD HEWETT

    DIRECT EXAM BY MR. GASSER      4

    CROSS EXAM BY MR. HARRIS      42

PAT MALEY

    DIRECT EXAM BY MR. SCHOOLS      57

    CROSS EXAM BY MR. HARRIS      92

    REDIRECT EXAM BY MR. SCHOOLS      125

JOE CICCARELLI

    DIRECT EXAM BY MR. SCHOOLS      129

    CROSS EXAM BY MR. HARRIS      141

JEFF LONG

    DIRECT EXAM BY MR. GASSER      144

    CROSS EXAM BY MR. SWERLING      186

    REDIRECT EXAM BY MR. GASSER      211

CLIFFORD JAY

    DIRECT EXAM BY MR. GASSER      219

    CROSS EXAM BY MR. SWERLING      236

    REDIRECT EXAM BY MR. GASSER      241

ANDREA FRANCIS

    DIRECT EXAM BY MR. DUANE      246

    CROSS EXAM BY MR. SWERLING      262

    REDIRECT EXAM BY MR. DUANE      263

DEANNA FRANCIS

    DIRECT EXAM BY MR. DUANE      264

DIRECT EXAM OF RONALD HEWETT

THE COURT:  BOTH SIDES READY TO PROCEED?

MR. HARRIS:  YES, SIR.

MR. SCHOOLS:  YES, SIR.

THE COURT:  PLEASE BRING IN THE JURY.

PLEASE CALL YOUR NEXT WITNESS.

MR. GASSER: THANK YOU, YOUR HONOR.  THE GOVERNMENT WOULD CALL RONALD HEWETT.

RONALD HEWETT, HAVING BEEN FIRST DULY SWORN, TESTIFIED AS FOLLOWS:

MR. GASSER:  GOOD MORNING, LADIES AND GENTLEMEN.

DIRECT EXAM

BY MR. GASSER:

Q.    GOOD MORNING, SHERIFF HEWETT.  TELL US, SIR, WHERE ARE YOU EMPLOYED?

A.    I'M EMPLOYED WITH THE BRUNSWICK COUNTY SHERIFF'S OFFICE IN BOLIVIA, NORTH CAROLINA.

Q.    YOU ARE AN ELECTED SHERIFF?

A.    YES, SIR.

Q.    HOW LONG HAVE YOU BEEN SHERIFF OF BRUNSWICK COUNTY?

A.    ALMOST 11 YEARS.

Q.    AND HOW LONG HAVE YOU BEEN AN EMPLOYEE OF BRUNSWICK COUNTY SHERIFF'S OFFICE?

A.    TWENTY-TWO (22) YEARS.

Q.    IS THAT THE TOTAL SUM OF YOUR EXPERIENCE OF YEARS IN LAW ENFORCEMENT?

DIRECT EXAM OF RONALD HEWETT

A.     YES.

Q.     ARE YOU MARRIED?

A.     YES.

Q.     HOW MANY CHILDREN DO YOU HAVE?

A.     TWO.

Q.     HOW OLD ARE YOUR CHILDREN?

A.     SIXTEEN (16) AND 18.

Q.     SHERIFF, WERE YOU BORN AND RAISED IN BRUNSWICK COUNTY?

A.     BORN IN NEW HANOVER COUNTY BECAUSE IT ACTUALLY HAD THE CLOSEST HOSPITAL, AND BROUGHT QUICKLY BACK ACROSS THE LINE TO BRUNSWICK COUNTY, WHERE I SPENT MY ENTIRE LIFE.

Q.     WHAT IS THE COUNTY SEAT OF BRUNSWICK?

A.     LITTLE PLACE KNOWN AS BOLIVIA, LOCATED IN THE CENTER OF THE COUNTY.

Q.     AND I BELIEVE THERE ARE SOME OCEAN OR BEACH RESORTS IN BRUNSWICK COUNTY, ARE THERE NOT?

A.     YES, THERE ARE.

Q.     NAME SOME OF THEM TO ORIENT THE JURY.

A.     WE HAVE THE MOST SOUTHERN BEACH IS SUNSET BEACH; OCEAN ISLE BEACH; HOLDEN BEACH; AND WE HAVE CASWELL; AND, OAK ISLAND.

Q.     BRUNSWICK COUNTY, IS IT THE COUNTY THAT WHEN YOU ARE IN HORRY COUNTY AND YOU ARE ON HIGHWAY 17, YOU CROSS OVER IN THE STATE OF NORTH CAROLINA YOU ARE IN WHAT COUNTY?

A.     YOU ARE IN BRUNSWICK COUNTY.

Q.    SHERIFF, I WANT TO DRAW YOUR ATTENTION TO SUNDAY EVENING, NOVEMBER 17TH, 2002. WHERE WERE YOU WHEN YOU FIRST LEARNED THAT THE CONWAY POLICE DEPARTMENT WAS CONTACTING YOUR DEPARTMENT WITH REGARD TO A POSSIBLE ABDUCTION THAT HAD COMMENCED IN HORRY COUNTY AND MAY HAVE TRAVELLED INTO YOUR COUNTY?

A.    I WAS IN THE LITTLE MOUNTAIN COUNTY KNOWN AS MITCHELL COUNTY IN A TOWN CALLED SPRUCE PINE. AND I WAS THERE WITH THE NORTH CAROLINA SHERIFF'S TRAINING AND STANDARDS COMMISSION. WE HOLD HEARINGS ACROSS THE STATE WHEN THERE IS EVIDENCE OF OFFICER MISCONDUCT AND WE HEAR THOSE QUARTERLY. AND I SIT ON THAT COMMISSION.

Q.    AS A RESULT OF RECEIVING THAT INFORMATION, DID YOU PROVIDE CERTAIN INSTRUCTION TO YOUR CHIEF DEPUTY?

A.    I DID.

Q.    AND AS SUNDAY EVENING PROGRESSED ON INTO MONDAY, NOVEMBER 18TH, AND ON INTO TUESDAY, NOVEMBER 19TH, WERE YOU RECEIVING INFORMATION WITH REGARD TO CERTAIN EVIDENCE THAT WAS BEING GATHERED BY YOUR DEPARTMENT, AS WELL AS THE CONWAY POLICE DEPARTMENT?

A.    YES, SIR.

Q.    AS A RESULT OF THE INFORMATION THAT YOU WERE RECEIVING ON WEDNESDAY, NOVEMBER 20TH, DID YOU MAKE A DECISION WITH REGARD TO THE PUBLIC IN BRUNSWICK COUNTY?

A.    YES. AT THAT TIME, I REALIZED THAT LAW ENFORCEMENT,

DIRECT EXAM OF RONALD HEWETT

ALONE, HAD BEEN LOOKING SINCE SUNDAY IN OUR COUNTY FOR ALICE DONOVAN, AND THAT WAS INEFFECTIVE.  I THOUGHT THE MOST POSITIVE THING WE COULD DO IS TO GET THE PUBLIC'S HELP AND SEE WHAT THEY HAD SEEN AROUND THE 14TH OF NOVEMBER.

Q.    AND, APPROXIMATELY, WHAT TIME WAS THAT PRESS CONFERENCE HELD ON WEDNESDAY, NOVEMBER 20TH?

A.    HELD AT THREE P.M.

Q.    DID BOTH THE TV,  THE RADIO, AND THE PRINT NEWSPAPER MEDIA COVER THAT PRESS CONFERENCE?

A.    YES, SIR,  THEY WERE ALL THERE.

Q.    LATE THAT WEDNESDAY EVENING,  DID YOU RECEIVE A PHONE CALL FROM A CITIZEN OF BRUNSWICK COUNTY?

A.    I DID, MR. WILBUR RABON.

Q.    WOULD YOU BRIEFLY DESCRIBE THE CONTENT OF THAT CONVERSATION?

A.    I SURE WILL.  I RECEIVED A CALL THAT NIGHT FROM MR. RABON.  MR. RABON HAS JUST BEEN A LIFETIME PERSONAL FRIEND OF MINE, AND WE BOTH ENJOY HUNTING.  AND HE OWNS A FARM OR HUNTING CAMP KNOWN AS BEE TREE FARMS.  AND HE TOLD ME THAT ON THE 14TH,  THAT FOUR INDIVIDUALS WERE AT THE HUNTING CAMP THAT EVENING AND THEY WERE COOKING OUT, AND THEY THOUGHT THEY HAD SEEN THE BMW AND MS. DONOVAN.

Q.    AS A RESULT OF RECEIVING THAT INFORMATION,  DID THE NEXT MORNING, NOVEMBER 21ST,  THURSDAY, NOVEMBER 21ST,  DID YOU DIRECT YOUR DEPARTMENT, AS WELL AS OTHER AGENCIES, TO

DIRECT EXAM OF RONALD HEWETT

BEGIN A SEARCH OF THE BEE TREE FARM AREA IN BRUNSWICK COUNTY?

A.    YES,  WE DID.  WE HAD A MASSIVE LAND AND AIR SEARCH.

Q.    YOUR LIEUTENANT DAVE CROCKER HAS ALREADY TESTIFIED WITH REGARD TO THOSE FACTS, SO I WON'T GET INTO THOSE FACTS WITH YOU,  SHERIFF.   AND LET ME -- LET ME JUMP FORWARD TO MONDAY, NOVEMBER 25TH.   DID YOU HAVE AN OPPORTUNITY TO RECEIVE A PHONE CALL FROM AGENT JEFF LONG WITH THE MYRTLE BEACH FBI?

A.    I DID.

Q.    WHAT WAS THE PURPOSE OF THAT PHONE CALL?

A.    IT WAS THE 25TH AT FOUR AND I WAS DRIVING DOWN THE ROAD.  THE PHONE RANG.  I PULLED OVER AND IT WAS AGENT LONG. AND HE HAD POSSIBLE DIRECTIONS TO WHERE I MIGHT BE ABLE TO FIND ALICE DONOVAN.

Q.    HOW MANY TIMES DO YOU THINK YOU SPOKE WITH AGENT LONG ON THE PHONE THAT DAY?

A.    TWO OR THREE.

Q.    AND JUST, GENERALLY, NOT THE SPECIFICS,  GENERALLY, WHAT WAS AGENT LONG TRYING TO DESCRIBE TO YOU?  IN OTHER WORDS,  WAS HE TRYING TO DESCRIBE LANDMARKS TO YOU?

A.    YES.   AGENT LONG WAS, BASICALLY, GIVING ME CERTAIN LANDMARKS AND ASKING ME DID THEY MEAN ANYTHING TO ME.   SOME OF THOSE LANDMARKS DID AND SOME OF THEM DIDN'T.   AND DURING THE CONVERSATION I ALSO GOT -- I HAD TWO PHONES.   I ALSO GOT MR. WILBUR RABON FROM BEE TREE FARM ON THE OTHER PHONE, AND WE WERE ABLE TO TRY TO ANGULATE WHERE THIS POINT MIGHT BE THAT

DIRECT EXAM OF RONALD HEWETT

WAS BEING EXPLAINED.

Q.     AFTER HAVING THOSE CONVERSATIONS THAT YOU HAVE JUST DESCRIBED WITH AGENT LONG WITH THE FBI, AND WITH MR. RABON OF BEE TREE FARM HUNT CLUB THE FOLLOWING DAY, NOVEMBER 26TH, WERE CERTAIN PHOTOGRAPHS TAKEN THAT DAY?

A.     YES, SIR.

Q.     AND, GENERALLY, WHAT PHOTOGRAPHS WERE TAKEN?

A.     THOSE PHOTOGRAPHS THAT WERE TAKEN WERE PHOTOGRAPHS OF LANDMARKS TRAVELLING ON U.S. HIGHWAY 17, WHICH IS THE MAIN HIGHWAY TRAVELLED THROUGH OUR COUNTY FROM DODGE CITY AMOCO, TRAVELLING NORTH TO BEE TREE FARM, AND BEE TREE FARM, IN PARTICULAR.

Q.     WERE THOSE PHOTOGRAPHS THEN SENT TO AGENT LONG WITH THE FBI?

A.     BOTH BY E-MAIL AND MAILED.

Q.     THE FOLLOWING DAY THEN, ON WEDNESDAY, NOVEMBER 27TH, DID YOU LEARN, SHERIFF HEWETT, THAT MR. BASHAM WAS GOING TO BE FLOWN FROM KENTUCKY TO THE STATE OF SOUTH CAROLINA THAT WEDNESDAY?

A.     I DID.

Q.     AND WHAT ELSE -- WHAT WAS THE PLAN WEDNESDAY EVENING? WHAT WERE Y'ALL PLANNING TO TAKE PLACE THE FOLLOWING MORNING, THURSDAY, THANKSGIVING DAY, THE 28TH?

A.     THAT AFTERNOON, MYSELF, MY PERSONNEL, KEY STAFF THAT WOULD BE INVOLVED IN THE SEARCH, OUR DISTRICT ATTORNEY, GREG

DIRECT EXAM OF RONALD HEWETT

SCORE, AND OUR RESIDENT AGENT IN CHARGE OF THE FBI, HE IS OUT OF THE WILMINGTON OFFICE, TIM FLYNN, WE MET IN OUR OFFICE TO DISCUSS THAT STRATEGY FOR THE FOLLOWING DAY.

Q. AND THE STRATEGY INVOLVED WHAT, AS FAR AS WHO WAS GOING TO BE BROUGHT TO BRUNSWICK COUNTY, NORTH CAROLINA?

A. THAT STRATEGY INVOLVED THE KNOWLEDGE, AT THAT TIME, THAT BRANDON BASHAM WOULD BE BROUGHT TO BRUNSWICK COUNTY, NORTH CAROLINA TO ASSIST IN THE LOCATION OF MS. DONOVAN.

Q. WAS IT YOUR UNDERSTANDING, SHERIFF HEWETT, THAT THERE WERE NO DEALS ON THE TABLE FOR MR. BASHAM?

A. THAT IS WHAT I WAS TOLD.

Q. YOU, YOURSELF, DID NOT OFFER MR. BASHAM OR ANY OF HIS LAWYERS ANY DEALS, DID YOU?

A. NO, SIR.

Q. DID YOU OFFER MR. BASHAM OR ANY OF HIS LAWYERS OR REPRESENTATIVES ANY PROMISES, WHATSOEVER, FOR HIM TO BE BROUGHT INTO YOUR COUNTY TO SEARCH FOR THE BODY OF ALICE DONOVAN?

A. NO PROMISES WERE MADE.

Q. THANKSGIVING DAY, NOVEMBER 28TH, 2002, FIRST, WHERE DID YOU GO THAT MORNING, SHERIFF?

A. WELL, THE FIRST THING I DID WAS TO MEET THE VAN, WHICH BRANDON BASHAM WAS IN AT U.S. HIGHWAY 17 AND NC 211. AT THAT TIME, I ASSUMED THAT WE WOULD TRAVEL DIRECTLY TO BEE TREE FARM, THE AREA THAT I DESCRIBED TO YOU EARLIER, BUT WE DID

DIRECT EXAM OF RONALD HEWETT

NOT.  WE TRAVELLED SOUTH ON 17 TO DODGE CITY AMOCO.

Q.    WHEN YOU MET UP WITH THE VAN, WHAT AGENCY -- WHAT LAW ENFORCEMENT AGENCY WAS RESPONSIBLE FOR THE VAN, THE DRIVER, THAT SORT OF THING?

A.    THAT WAS THE CONWAY POLICE DEPARTMENT HERE IN SOUTH CAROLINA.

Q.    AND WAS MR.  -- WHEN YOU FIRST MET AT THIS ESTABLISHMENT AT U.S. 17 AND 211,  WAS MR. BASHAM IN THE VAN?

A.    AT THAT TIME, I WALKED UP TO THE WINDOW OF THE VAN TO SPEAK TO THE DRIVER.  AND, AT THAT TIME, I CAN ONLY ASSUME HE WAS, BECAUSE WHEN WE GOT TO DODGE CITY AMOCO, HE GOT OUT, AT THAT TIME.  SO, HE HAD TO BE IN THE VAN, BUT I DIDN'T HAVE ANY CONTACT WITH HIM, AT THAT POINT.

Q.    NOW, WHEN YOU REFER TO THE DODGE CITY AMOCO, IS THAT THE SAME AMOCO THAT THE JURY HAS SEEN EVIDENCE FROM A VIDEOTAPE,  THE SAME ONE?

A.    THAT IS THE SAME AMOCO STATION.

Q.    WHAT HAPPENED WHEN YOU GOT TO THE AMOCO STATION?

A.    I STEPPED OUT OF MY VEHICLE,  SHOOK HANDS WITH CHIEF HENDRIX FROM CONWAY.  I SAW, AT THAT TIME, THE FIRST TIME I HAD EVER SEEN BRANDON BASHAM.  I SEEN BRANDON, WHO WAS CHAINED AND SHACKLED GO INSIDE, I ASSUMED, TO USE THE REST ROOM.

Q.    DID MR. BASHAM HAVE ONE OF HIS LAWYERS, AT THAT TIME, WITH HIM?

A.    YES, SIR.

Q.    NOW, SHERIFF HEWETT, JUST SO THE JURY UNDERSTANDS, I AM GOING TO BE ASKING YOU QUESTIONS ABOUT BRANDON BASHAM'S LAWYERS OR YOUR INTERACTIONS WITH HIS LAWYERS THAT DAY. SO THE JURY IS CLEAR, MR. SWERLING AND MR. HARRIS WERE NOT BRANDON BASHAM'S LAWYERS ON NOVEMBER 28TH, 2002, CORRECT?

A.    THEY WERE NOT.

Q.    WERE YOU INTRODUCED TO A MR. LITTLEJOHN?

A.    CAM LITTLEJOHN.

Q.    WAS HE THE INDIVIDUAL THAT WAS IN THE VAN WHEN YOU WERE AT THE DODGE AMOCO STATION?

A.    MR. GASSER, I BELIEVE HE WAS. TO CLARIFY THIS FOR A JURY, FORMAL INTRODUCTIONS WERE NOT MADE UNTIL WE GOT BACK TO THE BEE TREE FARM AREA. SO, I HONESTLY, ON THE BIBLE, COULD NOT SWEAR IT WAS CAM OR IT WAS BILLY MONCKTON.

Q.    SUFFICE IT TO SAY, DID YOU ENGAGE MR. BASHAM OR HIS LAWYERS THEN IN ANY TYPE OF CONVERSATION AT THE AMOCO STATION?

A.    WE NEVER SPOKE.

Q.    APPROXIMATELY, HOW LONG DID Y'ALL STAY THERE?

A.    LONG ENOUGH FOR MR. BASHAM TO USE THE REST ROOM, AND I ASSUME THEY GOT A DRINK, MAYBE A SOFT DRINK, GET BACK IN THE VAN TO GO; FIVE MINUTES.

Q.    SO, WHEN YOU LEFT THE AMOCO STATION, WERE YOU IN YOUR OWN CAR?

A.    YES.

Q.    WHO LED THE WAY UP HIGHWAY 17 AND, EVENTUALLY, TO THE

DIRECT EXAM OF RONALD HEWETT

WINNABOW AREA OF BRUNSWICK COUNTY?

A.    I DID.

Q.    DID THE VAN FOLLOW?

A.    THEY DID.

Q.    AND WHERE DID YOU GO IN THE WINNABOW SECTION OF BRUNSWICK COUNTY?  WHERE, SPECIFICALLY, DID YOU DRIVE?

A.    WE DROVE DIRECTLY TO BEE TREE FARMS.

Q.    WHERE ON BEE TREE FARMS?

A.    WE DROVE TO THE HUNTING CAMP.

Q.    WHAT HAPPENED WHEN YOU ARRIVED AT THE HUNT CAMP?

A.    WHEN WE ARRIVED AT THE HUNTING CAMP, WE ALL STEPPED OUT OF THE VEHICLE:  BRANDON BASHAM,  HIS ATTORNEYS, AND THE CONWAY POLICE OFFICERS, AT THAT TIME, GOT OUT OF THEIR VEHICLE, AND AGENT LONG WAS THERE.   AND FORMAL INTRODUCTIONS WERE MADE WHERE WE SPOKE,  SHOOK HANDS,  AND SPOKE WITH EACH OTHER.

Q.    SO, YOU MET MR. LITTLEJOHN FOR THE FIRST TIME, AT THAT POINT?

A.    YES, SIR.

Q.    HAD YOU MET AGENT JEFF LONG WITH THE FBI?  HAD YOU EVER MET HIM BEFORE?

A.    YES.

Q.    AND WHAT ABOUT CHIEF HENDRIX WITH THE CONWAY POLICE DEPARTMENT?

A.    YES.

Q.    YOU HAVE MET HIM BEFORE.   NOW,  WERE YOU INTRODUCED TO BRANDON BASHAM,  AS WELL?

A.    I WAS.

Q.    JUST FOR THE RECORD, DO YOU RECOGNIZE MR. BASHAM HERE IN THE COURTROOM?

A.    BRANDON BASHAM IS SITTING RIGHT THERE NEXT TO MR. SWERLING.

Q.    WHAT DECISION WAS MADE AT THE HUNT CLUB AS TO WHAT WAS GOING TO GO ON THAT MORNING AND THAT AFTERNOON?

A.    THAT DISCUSSION INVOLVED THE FACT THAT THE OFFICERS FROM CONWAY,  MR. LONG, AND EVERYONE THAT WAS THERE DIDN'T HAVE A GENERAL KNOWLEDGE OF THE BEE TREE FARM AREA.   AND EVERYONE IN THE VAN CONCLUDED IT WOULD BE BEST IF WE HAD SOMEONE WHO WAS FAMILIAR WITH THE AREA THAT KNEW WHERE WE WERE GOING.  AND EVERYONE IN THE VAN,  INCLUDING MR. MONCKTON, AND MR. LITTLEJOHN, AND AGENT LONG STATED THAT THEY FELT, SINCE I KNEW THE AREA BEST, I HAD HUNTED IT, FOR ME TO RIDE WITH THEM, AND I DID.

Q.    IS IT SAFE TO SAY YOU WERE GOING TO BE THE GUIDE, FOR LACK OF A BETTER TERM?

A.    THAT'S CORRECT.

Q.    WHO WAS SUPPOSED TO BE DESCRIBING THE LANDMARKS?  WHO WAS SUPPOSED TO BE DOING THAT?

A.    BRANDON BASHAM.

Q.    DID MR. LITTLEJOHN AND MR. MONCKTON, THE TWO LAWYERS,

DIRECT EXAM OF RONALD HEWETT

DID THEY AGREE FOR YOU TO BE THE GUIDE?

A.    THEY BOTH DID.

Q.    SO, WHAT VEHICLE DID YOU THEN GET INTO?

A.    I THEN GOT INTO THE VAN, THE CONWAY VAN, THE VAN WE DESCRIBED AS THE CONWAY VAN.

Q.    SHERIFF, MY ARTISTIC CAPABILITIES ARE SOMEWHAT LIMITED.  IF THIS IS THE VAN, SHAPED LIKE A TRIANGLE, IS THE FRONT OF THE VAN -- WHO WAS DRIVING THE VAN?

A.    AT THIS TIME -- MAY I TOUCH?

Q.    YOU CAN TOUCH THE SCREEN, GO AHEAD.

A.    A CONWAY SERGEANT WAS DRIVING THE VAN FROM THIS LOCATION.

Q.    WHERE WERE YOU SITTING?

A.    SITTING IN THE PASSENGER SIDE OF THE FRONT OF THE VAN RIGHT HERE.

Q.    YOU ARE RIGHT THERE; IS THAT CORRECT?

A.    THAT'S CORRECT.

Q.    WHAT TYPE OF SEATS ARE THERE IN THIS VAN?

A.    BUCKET SEATS.

Q.    DO THEY HAVE THE CAPABILITY TO SWIVEL?

A.    I SWIVELED IN THEM.

Q.    PUT AN X WHERE BRANDON BASHAM WAS.

A.    THAT IS BRANDON BASHAM (INDICATING).

Q.    WHERE WAS MR. LITTLEJOHN?

A.    HE IS GOING TO BECOME ANOTHER ONE.

DIRECT EXAM OF RONALD HEWETT

Q.    DOES THIS VAN HAVE A THIRD SEAT?

A.    IT DOES, ACROSS THE BACK.

Q.    SO, IT IS A BENCH SEAT?

A.    YES, SIR.

Q.    KIND OF LIKE THAT (INDICATING)?

A.    YES, SIR.

Q.    WHO WAS SEATED IN THE BENCH SEAT IN THE BACK?

A.    THERE WERE TWO SERGEANTS FROM CONWAY.  ONE WAS DRIVING, SERGEANT SARVIS, AND SERGEANT PARKER.   ONE WAS HERE,  BILLY MONCKTON AND SPECIAL AGENT JEFF LONG.   AND THAT WAS THE CONSISTENCE OF THE VAN AND ITS PASSENGERS.

Q.    SO,  X ON THIS SCREEN,  X MARKS BRANDON BASHAM; IS THAT RIGHT?

A.    THAT'S RIGHT.

Q.    ONE OF HIS LAWYERS SEATED THERE IN THE BACK BENCH?

A.    YEAH.  YES, SIR.

Q.    HIS OTHER LAWYER WAS SEATED NEXT TO HIM?

A.    YES, SIR.

Q.    DID YOU HAVE ANYTHING TO ASSIST YOU,  ANY TYPE OF DOCUMENTS TO ASSIST YOU IN YOUR CONVERSATIONS WITH MR. BASHAM, IN THE PRESENCE OF HIS LAWYERS?

A.    I DID.   THEY WERE THE PHOTOGRAPHS THAT WE DESCRIBED EARLIER THAT WERE TAKEN THAT MIGHT BE PHYSICAL LANDMARKS AS A PLACE TO START.   WE NEEDED A PLACE TO START.

Q.    BEFORE YOU STARTED USING THOSE PHOTOGRAPHS IN YOUR

DIRECT EXAM OF RONALD HEWETT

DISCUSSIONS WITH MR. BASHAM, DID YOU ALLOW MR. MONCKTON AND MR. LITTLEJOHN TO LOOK AT THOSE PHOTOGRAPHS?

A.    I DID.   AND BOTH MR. MONCKTON AND MR. LITTLEJOHN AGREED THAT THEY THOUGHT THAT THAT WAS A GREAT IDEA, AS FAR AS US KNOWING WHERE WE COULD GO, AND WHERE WE COULD START, AND ANYTHING THAT BASHAM MAY RECOGNIZE.

Q.    SHERIFF HEWETT, DID YOU, AND LIEUTENANT CROCKER, AT SOME POINT, MEMORIALIZE THE EVENTS OF THAT DAY IN A WRITTEN DOCUMENT?

A.    WE DID.

Q.    THE PHOTOGRAPHS THAT YOU USED, SO THAT ANYONE THAT WOULD READ YOUR REPORT, DID YOU NUMBER THE PHOTOGRAPHS THAT YOU USED?

A.    I DID.

Q.    NOW, YOU UNDERSTAND, WE HAVE GOT EXHIBIT NUMBERS NOW ON THOSE PHOTOGRAPHS?

A.    YES, SIR.

Q.    I WANT TO SHOW YOU THE FIRST, THREE PHOTOGRAPHS, NUMBERED 1, 2, AND 3 IN YOUR REPORT.  LET ME SHOW THEM TO YOU, SEPARATELY.   FIRST OF ALL, GOVERNMENT'S EXHIBIT 433. WOULD YOU DESCRIBE WHAT GOVERNMENT'S 433 IS, PLEASE?

A.    THAT IS THE -- THAT IS THE SIGN THAT IS OUT FRONT BEE TREE FARM AND THE FARM THAT MR. RABON OWNS.  THAT IS THE HUNTING FARM SIGN.

MR. GASSER:  I'M SORRY.

4:02-cr-00992-JFA    Date Filed 08/28/08    Entry Number 1110-3    Page 18 of 54

10-18

DIRECT EXAM OF RONALD HEWETT

MR. HARRIS:  NO OBJECTION.

MR. GASSER:  WE HAVE GOVERNMENT'S 433 THROUGH 443, 11 PHOTOGRAPHS WE WOULD OFFER INTO EVIDENCE, I BELIEVE, WITH NO OBJECTION.

THE COURT:  WITHOUT OBJECTION YOU MAY PROCEED.

BY MR. GASSER:

Q.   THAT IS THE BEE TREE FARM HUNT CLUB SIGN?

A.   THAT IS IT.

Q.   WHEN YOU SHOWED MR. BASHAM THIS SIGN, WHAT WAS HIS RESPONSE?

A.   MR. BASHAM TOLD ME THAT HE DOESN'T REMEMBER THE SIGN, BUT HE REMEMBERED THE HUNTING CAMP.

Q.   SHOWING YOU GOVERNMENT'S 434.  WAS THAT ANOTHER PHOTOGRAPH, I BELIEVE, YOUR PHOTOGRAPH NUMBER 2 OF THE ROAD LEADING UP TO THE HUNT CAMP?

A.   THAT IS RIGHT.  IF YOU WILL LOOK OVER TO THE LEFT-HAND CORNER, YOU WILL SEE EXACTLY WHAT YOU SAW BLOWN UP, THAT IS THE BEE TREE FARM SIGN.

Q.   GOVERNMENT'S EXHIBIT 435, IS THAT ANOTHER PHOTOGRAPH THAT YOU SHOWED TO MR. BASHAM IN AN ATTEMPT TO STIR HIS MEMORY?

A.   IT IS.

Q.   NOW, YOU STATED THAT HE DOESN'T REMEMBER THE SIGN, BUT HE REMEMBERED THE HUNT CLUB; IS THAT CORRECT?

A.   THAT'S CORRECT.

DIRECT EXAM OF RONALD HEWETT

Q.    LET ME SHOW YOU GOVERNMENT'S EXHIBIT, FIRST OF ALL, 436, WAS THIS PHOTOGRAPH ALSO SHOWN TO MR. BASHAM?

A.    IT WAS.

Q.    AND THERE IN THE LEFT SIDE OF GOVERNMENT'S 436, WHAT IS THAT BUILDING?

A.    THAT IS THE HUNTING CAMP, AND THAT IS THE LOCATION THAT BRANDON BASHAM SAID, WITHOUT A DOUBT, HE REMEMBERED.

Q.    ANOTHER PHOTOGRAPH THAT WAS SHOWN TO MR. BASHAM, GOVERNMENT'S EXHIBIT 437. WHEN YOU SHOWED MR. BASHAM THAT PHOTOGRAPH, WHAT WAS HIS RESPONSE?

A.    THAT HE REMEMBERED THE HUNTING CAMP.

Q.    WHAT WAS IT ABOUT THE HUNTING CAMP THAT HE REMEMBERED?

A.    HE REMEMBERED DRIVING UP AND SEEING SOME MEN ON THE PORCH.

Q.    WHEN YOU FIRST GOT IN THE VAN, SHERIFF, DID YOU IMMEDIATELY START SHOWING HIM THE PHOTOGRAPHS?

A.    AS SOON AS IT WAS APPROVED BY MR. MONCKTON, MR. LITTLEJOHN, IMMEDIATELY.

Q.    WHERE DID Y'ALL GO WHEN YOU WERE DRIVING DOWN BEE TREE FARM ROAD, THE JURY HAS HEARD A LOT ABOUT THAT ROAD, THAT DIRT ROAD, BEE TREE FARM ROAD, WHEN YOU ARE DRIVING DOWN THE ROAD AND YOU ARE DISCUSSING AND USING THESE PHOTOGRAPHS, WHERE WAS IT THE VAN TRAVELLED?

A.    WE TRAVELLED DOWN THAT ROAD, BEE TREE FARM ROAD TO GREEN HILL ROAD. WE TOOK A LEFT, AND FROM THERE WE DROVE ALL

DIRECT EXAM OF RONALD HEWETT

MORNING AND INTO THE EVENING AROUND THE BEE TREE FARM WINNABOW AREA.   SO, NUMEROUS PLACES WE WENT TRYING TO FIND SOMETHING THAT WAS FAMILIAR.

Q.    NOW, SHERIFF HEWETT, WERE YOU AWARE OF THE INFORMATION THAT MR. PURDUE HAD PROVIDED TO YOUR AGENCIES ABOUT THE CEMETERY, WERE YOU AWARE OF IT?

A.    I WAS AWARE OF IT.

Q.    DID YOU TELL MR. BASHAM THAT INFORMATION, OR IS THAT SOMETHING YOU WANTED TO KEEP CLOSE TO YOUR VEST?

A.    I DIDN'T TELL MR. BASHAM ANYTHING ABOUT WHAT MR. PERDUE TOLD ME.

Q.    SO ARMED WITH THE INFORMATION MR. PURDUE HAD PROVIDED TO THE BRUNSWICK COUNTY SHERIFF'S DEPARTMENT CONCERNING SEEING THAT BMW AT THE CEMETERY, DID YOU SHOW MR. BASHAM A SERIES OF PHOTOGRAPHS?

A.    I DID.

Q.    SHOWING YOU GOVERNMENT'S EXHIBIT NUMBER 438.   WAS THIS ONE OF THE PHOTOGRAPHS THAT YOU SHOWED MR. BASHAM?

A.    THAT IS.   THAT IS THE FRONT VIEW OF THE CEMETERY FROM THE HORSESHOE CIRCLE.

Q.    IS THIS THE CEMETERY JUST OFF BEE TREE FARM ROAD?

A.    IT IS.

Q.    AND THEN GOVERNMENT'S EXHIBIT NUMBER 439, JUST A CLOSER-UP VIEW?

A.    THAT'S IT.

DIRECT EXAM OF RONALD HEWETT

Q.    AND THEN GOVERNMENT'S EXHIBIT NUMBER 440?

A.    THAT IS IT DETAILED.

Q.    ALL THREE OF THESE PHOTOGRAPHS THAT I JUST SHOWED YOU, 438, 439, 440, WERE THEY ALL SHOWN TO MR. BASHAM IN THE PRESENCE OF HIS LAWYER?

A.    THEY WERE.

Q.    WHAT WAS MR. BASHAM'S RESPONSE WHEN YOU SHOWED HIM THESE THREE PICTURES OF THE CEMETERY THERE ON BEE TREE FARM ROAD?

A.    HE SAID HE BELIEVED THAT WAS IT, BUT HE REMEMBERED A BROKEN-DOWN FENCE.  IN THE PHOTOGRAPHS, YOU CAN'T REALLY TELL A LOT ABOUT THAT.  WHEN WE TRAVELLED BACK TO THE CEMETERY, THEN HE SAID HE WAS CERTAIN THAT WAS IT.  IN THE PHOTOGRAPH, YOU CAN'T REALLY SEE THE BROKEN-DOWN FENCE.  THAT SEEMED TO SOMEHOW BE A STUMBLING POINT FOR BRANDON BASHAM.

Q.    WHEN YOU SAID YOU TRAVELLED BACK, WOULD THAT HAVE BEEN LATER ON IN THE AFTERNOON?

A.    LATER ON IN THE AFTERNOON.

Q.    WHEN YOU WERE INITIALLY SHOWING HIM GOVERNMENT'S EXHIBITS 438, 439, 440, WAS HE CERTAIN?

A.    IT DIDN'T SEEM TO MEAN A LOT TO HIM UNTIL WE GOT BACK LATER ON THAT AFTERNOON.

Q.    LET ME SHOW YOU GOVERNMENT'S EXHIBIT 147, JUST TO REFRESH THE JURY'S MEMORY.  GOVERNMENT'S EXHIBIT 438, 439, AND 440, THE PHOTOGRAPHS I JUST PUT UP ON THE OVERHEAD

DIRECT EXAM OF RONALD HEWETT

PROJECTION, THE CEMETERY IN 438, 439, AND 440, IS THAT DEPICTED IN GOVERNMENT'S EXHIBIT 147?

A.    IT CERTAINLY LOOKS LIKE IT.  THERE IS THE HORSESHOE CIRCLE COMING OFF BEE TREE FARM ROAD WITH A LITTLE PATH LEADING UP TO THE CLEARING.

Q.    SO,  THAT IS THE CEMETERY THAT YOU ARE TALKING ABOUT?

A.    YES, SIR.

Q.    I BELIEVE IF YOU LOOK CLOSE ENOUGH THROUGH THESE TREES, YOU CAN SEE THE DIRT ROAD, BEE TREE FARM ROAD; IS THAT CORRECT?

A.    THAT'S RIGHT.

Q.    AND,  AGAIN,  JUST TO REFRESH THE JURY'S MEMORY, LET ME SHOW YOU GOVERNMENT'S EXHIBIT 150.  DO YOU RECOGNIZE THE HUNT CLUB THERE IN GOVERNMENT'S EXHIBIT 150?

A.    I DO.  THAT IS BEE TREE FARM.

Q.    THIS WOULD BE BEE TREE FARM ROAD?

A.    GOING BACK OUT TO GREEN HILL.

Q.    GREEN HILL RIGHT THERE?

A.    YES, SIR.

Q.    SHERIFF, AFTER SHOWING MR. BASHAM THE PICTURES OF THE CEMETERY AND HIM RESPONDING IN THE WAY YOU JUST DESCRIBED TO THE JURY, WHERE DID Y'ALL GO?  TELL THE JURY SOME OF THE AREAS THAT YOU ALL WENT THAT MORNING AND EARLY ON THAT AFTERNOON.

A.    WE WENT TO SEVERAL LOCATIONS OFF GREEN HILL ROAD.  WE TRAVELLED BACK OUT TOWARD 17, WHICH I EXPLAINED TO Y'ALL THAT

DIRECT EXAM OF RONALD HEWETT

IS THE BUSINESS AREA.  THE CLOSER WE SEEMED TO GET BACK OUT TO 17, THE MORE THAT BRANDON BASHAM STATED, I DON'T REMEMBER ANY OF THIS.  AND AS WE WERE GOING DOWN THE ROAD, THERE WERE SOME RESIDENCES AND HE SAYS, I REMEMBER THAT, AND THERE WERE SOME PLACES HE DIDN'T REMEMBER.  AND WE TRAVELLED DOWN MANY ROADS,  WE TRAVELLED DOWN A DIRT ROAD KNOWN AS THE C. C. ROAD.  WE TRAVELLED AS FAR AS COLUMBUS COUNTY, TURNED AROUND IN A LITTLE COMMUNITY CALLED PROSPER, AND HEADED BACK OUT.

Q.    CAN YOU EVEN ESTIMATE THE NUMBER OF MILES THAT THANKSGIVING DAY IN THAT VAN YOU TRAVELLED WITH MR. BASHAM IN THE PRESENCE OF HIS LAWYERS?

A.    OVER A HUNDRED.  I KNOW THAT WE HAD TO STOP AND GET GAS.

Q.    NOW,  YOU MENTIONED THIS C. C.  ROAD.  WHAT DO YOU MEAN BY "C. C.  ROAD"?

A.    C. C.  ROAD IS SPELLED JUST THAT,  C PERIOD,  C PERIOD, AND IT IS A DIRT ROAD,  AND A STATE-MAINTAINED ROAD.  HAS SOME GRAVEL ON IT,  PRETTY WELL KEPT UP.  AND IT IS A ROAD THAT IS ON THE PERIMETER OF THE BEE TREE FARM HUNTING CLUB, SOMETIMES KNOWN AS TOWN CREEK HUNTING CLUB.  SO,  IT IS A STATE ROAD THAT LEADS FROM BRUNSWICK OVER TO COLUMBUS COUNTY, A LITTLE TOWN OF PROSPER.  A LITTLE COMMUNITY, WE CALL IT A TOWN.

Q.    WHERE IS THIS C. C. ROAD IN RELATION TO GREEN HILL ROAD THAT YOU DESCRIBED TO THE JURY?

A.    YOU TAKE GREEN HILL AS FAR AS YOU CAN, AND COMING OUT

DIRECT EXAM OF RONALD HEWETT

OF THE HUNTING CAMP, YOU TAKE A LEFT.  AND YOU WILL GO TO A VERY SHARP CURVE.  AND AT THAT VERY SHARP CURVE TO THE LEFT, THE C. C. ROAD TURNS OFF TO THE LEFT IN THAT CURVE.

Q.    ABOUT HOW FAR IS THAT FROM THE HUNT CLUB DEPICTED IN GOVERNMENT'S EXHIBIT 150?

A.    THREE-AND-A-HALF MILES.

Q.    WHEN YOU WERE ON THIS C. C. ROAD APPROXIMATELY THREE-AND-A-HALF MILES FROM THE HUNT CLUB ON THAT THANKSGIVING DAY,  DO YOU RECALL SEEING SOME HUNTERS WALKING UP AND -- WALKING ALONGSIDE THE ROAD?

A.    THERE WERE HUNTERS.

Q.    AND THIS WAS DEER SEASON,  WAS IT NOT?

A.    IT WAS.

Q.    AND DID YOU SEE ANY DEER?

A.    YES,  WE DID.   I SAW A FEMALE DEER,  A DOE.

Q.    WHERE DID YOU SEE THIS DOE?

A.    THE DOE CAME OUT OF THE WOODS OVER TO THE LEFT-HAND SIDE OF THE VAN AND STOOD THERE.

Q.    WHEN THE DOE JUMPED OUT OF THE WOODS ONTO THE ROADWAY, DO YOU RECALL MR. BASHAM MAKING A STATEMENT?

A.    I DO.

Q.    WHAT DID MR. BASHAM SAY WHEN HE SAW THIS DOE?

A.    BRANDON BASHAM SAID,  "YOU KNOW, I NEVER COULD KILL A DEER AND HERE I HAVE" --

Q.    YOU STOPPED.   DID HE STOP?

DIRECT EXAM OF RONALD HEWETT

A.    I DID STOP.    HE STOPPED TALKING AT THAT TIME,  ALSO.

Q.    WHAT MADE HIM STOP?

A.    CAM LITTLEJOHN,  GOING BACK TO WHERE HE WAS SITTING, HE WAS THE ATTORNEY DIRECTLY BEHIND ME,  I WAS TURNED IN MY SEAT TALKING TO BRANDON BASHAM.    CAM LITTLEJOHN TOOK HIS HANDS AND REACHED OVER AND TOUCHED HIM AND HE LOOKED AT BASHAM AND HE NODDED HIS HEAD FROM LEFT TO RIGHT.    AND, AT THAT TIME, BRANDON BASHAM NEVER COMPLETED THE SENTENCE.

Q.    SO, "YOU KNOW, I NEVER COULD KILL A DEER, AND NOW I HAVE," THAT IS WHEN MR. LITTLEJOHN TOUCHED BASHAM?

A.    YES.

Q.    THIS ALL OCCURRED IN YOUR PRESENCE?

A.    YES, SIR.

Q.    SHERIFF HEWETT, I WANT YOU TO STOP ME WHEN YOU WERE AS CLOSE TO BRANDON BASHAM AS YOU WERE WHEN HE MADE THE STATEMENT, "I NEVER COULD KILL A DEER AND HERE I HAVE NOW," POSITION ME AS CLOSE TO YOU AS MR. BASHAM WAS TO YOU IN THAT VAN.

A.    OKAY.

Q.    (PROSECUTOR APPROACHES WITNESS.)

A.    I COULD HAVE REACHED BACK AND TOUCHED HIM.

Q.    THAT IS HOW CLOSE YOU WERE?

A.    YES, SIR.

Q.    WHEN YOU WERE DISCUSSING THE PHOTOGRAPHS OR HAVING DIRECTIONAL CONVERSATIONS WITH MR. BASHAM,  WERE YOU SEATED

DIRECT EXAM OF RONALD HEWETT

LOOKING STRAIGHT AHEAD THROUGH THE FRONT WINDSHIELD?

A.    NO, SIR.

Q.    HOW WERE YOU SEATED?

A.    I HAD TURNED  -- I HAD TURNED ALL THE WAY AROUND.  IF I MAY SHOW.   I HAD TURNED ALL THE WAY SO I COULD LOOK DIRECTLY AT BASHAM WHEN I WAS SPEAKING TO HIM.   I DIDN'T HAVE MY SEAT BELT ON.

Q.    DO YOU RECALL, AT ONE POINT IN TIME, AS Y'ALL WERE DRIVING IN THIS WINNABOW AREA DOWN DIRT ROADS,  MR. BASHAM MOTIONING TO HIS LAWYER AND WANTING TO SPEAK TO HIS LAWYER?

A.    I DO REMEMBER THAT.

Q.    WOULD YOU DESCRIBE THOSE EVENTS TO THE JURY,  PLEASE?

A.    I SURE WILL.   BRANDON BASHAM LEANED OVER TO CAM LITTLEJOHN AND SAID, "SHOULD I TELL THEM ABOUT,"  AND, AT THAT POINT, MOUTH TO EARS.  BRANDON BASHAM'S MOUTH WENT DIRECTLY TO CAM LITTLEJOHN'S EARS,  I COULD NOT HEAR WHAT HE SAID AFTER THAT.   THE FIRST THING HE SAID WAS, "SHOULD I TELL THEM ABOUT"?  AND CAM LITTLEJOHN LOOKED BACK AT BRANDON BASHAM, AND LOOKED AT ME,  HE SAID,  YEAH,  GO AHEAD.

Q.    THROUGHOUT THESE DAYS,  SHERIFF HEWETT,  OR THROUGHOUT THIS DAY,  WAS MR. BASHAM ALLOWED TO TALK TO HIS LAWYERS ANY TIME HE WANTED TO?

A.    YES.

Q.    DID YOU PROMISE MR. BASHAM ANYTHING THAT DAY IN THE VAN?

DIRECT EXAM OF RONALD HEWETT

A.     NOTHING.

Q.     DID YOU PROMISE HIS LAWYER ANYTHING?

A.     NO, SIR.

Q.     WERE YOU AWARE, YOU MAY NOT HAVE BEEN, WERE YOU AWARE OF ANY DISCUSSIONS THAT MR. LITTLEJOHN AND MR. MONCKTON WAS HAVING WITH REPRESENTATIVES OF THE U. S. ATTORNEY'S OFFICE PRIOR TO THE EVENTS OF THAT DAY?

A.     I HAVE NEVER MET THEM BEFORE AND DID NOT KNOW.

Q.     AFTER MR. BASHAM AND MR. LITTLEJOHN HAD THEIR CONVERSATION, AND MR. LITTLEJOHN TOLD MR. BASHAM TO GO AHEAD, IT WILL BE OKAY, WHAT DID MR. BASHAM EITHER TELL YOU OR DESCRIBE TO YOU?

A.     OKAY.  AT THIS POINT, IT WOULD PROBABLY BE VERY IMPORTANT FOR ME TO BE ABLE TO SHOW AND TELL WHAT HE SAID TO ME.

Q.     THAT WILL BE FINE.

A.     IF I MAY.  BRANDON BASHAM WAS SHACKLED, AND HE WAS CUFFED TO HIS BELT, WE CALL IT A BELLYCHAIN.  THE BELLYCHAIN IS SIMPLY A CHAIN THAT GOES AROUND THE WAIST.  THE RIGHT HAND IS HANDCUFFED AND THE LEFT HAND IS HANDCUFFED.  THAT IS VIEWED AS A RESTRAINT DEVICE SO THAT NO ONE GETS HURT AND IT LESSENS THE CHANCE FOR BRANDON BASHAM TO ESCAPE.  HE WAS ALSO SHACKLED.  AFTER MR. LITTLEJOHN SAID GO AHEAD, HE SAID, "HE" BEING BRANDON BASHAM SAID, "YOU NEED TO BE LOOKING FOR A STRAP.  IT IS ABOUT THIS LONG."  AND HE SAID, "IT HAS LIZ

DIRECT EXAM OF RONALD HEWETT

CLAIBORNE ON THE STRAP."   HE SAYS, "BACK AT THE CEMETERY YOU NEED TO GO BACK TO THE CEMETERY AND LOOK FOR THAT STRAP."

Q.    YOU JUST HAD YOUR FINGERS POINTED OUT LIKE THIS, DID MR. BASHAM HAVE HIS FINGERS LIKE THAT?

A.    THAT IS EXACTLY HOW HE HAD HIS HANDS.

Q.    APPROXIMATELY, HOW MANY INCHES DID YOU THINK HE WAS DESCRIBING THIS PURSE STRAP WAS?

A.    HE COULDN'T HAVE GOT HIS HANDS MUCH OVER 16 TO 20 INCHES.

Q.    WHERE DID HE SAY YOU NEED TO BE LOOKING FOR THIS LIZ CLAIBORNE PURSE STRAP?

A.    AT THE BEE TREE FARM CEMETERY.

Q.    AS A RESULT OF RECEIVING THAT INFORMATION FROM MR. BASHAM IN THE PRESENCE OF HIS TWO LAWYERS, WHAT DID YOU, AS THE SHERIFF, WHAT DID YOU DO INSTRUCTION-WISE?

A.    I RADIOED MY GROUND TEAM BECAUSE I HAD CELL PHONES AND RADIOS.  I RADIOED THEM, TOLD THEM THE INFORMATION WE HAD, DIRECTED THEM TO GO BACK TO THE CEMETERY AND CONDUCT A PHYSICAL SEARCH OF THAT AREA FOR THE STRAP.

Q.    WAS THAT DONE?

A.    THAT WAS DONE.

Q.    AND AS YOU WERE  -- PRIOR TO GETTING TO THE CEMETERY YOURSELF, BACK TO THE CEMETERY LATER ON THAT AFTERNOON, DID ANYONE EVER RADIO BACK TO YOU THAT THEY HAD FOUND ANY TYPE OF PURSE STRAP, BE IT LIZ CLAIBORNE OR ANY OTHER BRAND NAME?

A.    NO.    IN FACT, THE MESSAGE WAS WE HAVE NOT FOUND THEM.

Q.    DO YOU RECALL TRAVELLING ON LEWIS SWAMP ROAD OFF GREEN HILL ROAD THAT AFTERNOON?

A.    YES.

Q.    WHERE IS, APPROXIMATELY, LEWIS SWAMP ROAD?  HOW FAR AWAY IS THAT FROM THE HUNT CLUB?

A.    IT IS ABOUT A MILE AND A HALF OR TWO MILES.   IT IS NOT AS FAR AS THE C. C. ROAD.   AND EXITING BEE TREE FARM TO GET TO LEWIS SWAMP, YOU NEED TO TURN RIGHT.

Q.    DO YOU RECALL MR. BASHAM MAKING A STATEMENT WHEN YOU WERE ON LEWIS SWAMP ROAD OFF OF GREEN HILL ROAD THAT DAY?

A.    I DO.

Q.    WHAT WAS THAT?

A.    BRANDON BASHAM STATED THAT THIS ROAD REALLY LOOKED LIKE THE ROAD THAT HE REMEMBERED.

Q.    AND DID HIS DEMEANOR CHANGE WHEN HE MADE THAT STATEMENT?

A.    YES,  IT DID.   AND WE GOT TO A POINT WHERE HE TOLD HIS ATTORNEY AND ME,  HE SAID,  "RIGHT HERE,  STOP."

Q.    HOW DID HIS DEMEANOR CHANGE PHYSICALLY?  WHAT DID YOU OBSERVE?

A.    I NOTICED HIS LIPS TO TREMBLE,  HIS EYES WELLED UP WITH TEARS, AND HE BECAME, OBVIOUSLY, EMOTIONAL.

Q.    SHERIFF HEWETT,  YOU PREVIOUSLY DESCRIBED TO THE JURY YOU MEMORIALIZED THE EVENTS OF THAT DAY IN A WRITTEN REPORT.

DIRECT EXAM OF RONALD HEWETT

THESE SPECIFIC --

A.    I DID.

Q.    THESE SPECIFIC STATEMENTS AND DEMONSTRATIONS THAT YOU HAVE ALREADY DESCRIBED TO THE JURY, AND WHICH I WILL ASK YOU FURTHER QUESTIONS ABOUT,  DID YOU INCLUDE THOSE IN YOUR REPORT?

A.    YES.

Q.    ON MULTIPLE OCCASIONS THAT DAY, DID YOU SEE MR. BASHAM IN AN EMOTIONAL STATE?

A.    TWO TIMES.

Q.    DID YOU PUT THAT IN THE REPORT?

A.    I DID.

Q.    WHY?

A.    BECAUSE THAT IS THE TRUTH.   THAT IS WHAT HAPPENED.

Q.    SO,  WHEN HIS LIPS STARTED TREMBLING, HE BECAME EMOTIONAL ON LEWIS SWAMP ROAD, DID YOU STOP THE VAN?

A.    I STOPPED THE VAN.   HE SAID, "STOP."   HE SAID, "THIS IS WHERE YOU NEED TO STOP."

Q.    AND DID YOU LOCATE SOME OBJECT IN THE WOODS OR NEAR WHERE THE VAN WAS STOPPED?

A.    THERE WAS A MARKER ON THE SIDE OF THE ROAD AND IT PROVED NOT TO BE WHAT BRANDON WAS LOOKING FOR, BUT HE DID CONTINUE WITH INFORMATION.

Q.    WHAT DID MR. BASHAM SAY, THAT IT WAS CLOSE, BUT IT WASN'T IT?  WAS IT SOMETHING TO DO WITH THE TREES?  DO YOU

REMEMBER?

A.    YES, SIR.   HE SAYS THAT THE TREES GOT CLOSER TOGETHER, THE ROAD NARROWED OUT FROM THE PINE TREES,  IT WAS GETTING CLOSER AND CLOSER, AND THIS WAS THE SPOT THAT HE REMEMBERED.

Q.    WHO DID MR. BASHAM SAY WAS DRIVING THE BMW THAT DAY?

A.    MR. FULKS.

Q.    AND WHO DID MR. BASHAM SAY WAS THE LEADER?  WHO DID HE SAY WAS THE LEADER?

A.    HE SAID THAT CHAD FULKS WAS THE DRIVER AND THE LEADER.

Q.    WAS THERE SOMETHING ELSE,  ANOTHER LANDMARK THAT MR. BASHAM MENTIONED TO YOU THAT HE WAS SEARCHING FOR?

A.    YES.   HE WAS LOOKING FOR A WHAT HE CALLED A GOPHER HOLE.   NOW,  WE DON'T HAVE GOPHERS,  BUT HE SAID THAT WHEN HE STEPPED OUT OF THE VEHICLE, THAT HE STEPPED INTO A GOPHER HOLE.   IN THE GOPHER HOLE WAS A STAKE, S-T-A-K-E, AND THIS STAKE HAD CUT HIS LEG.   AND IN THE VAN,  BRANDON BASHAM, WHO THROUGHOUT THE DAY WE HAD A RAPPORT, HE REACHED OUT,  PULLED UP HIS SHACKLED LEG, AND SHOWED WHERE HE HAD SCRAPED HIS LEG ON THE STAKE.  HE SAID THAT IS WHAT I HIT ON THE GOPHER HOLE.

Q.    DID YOU ACTUALLY SEE A SCRAPE WHEN HE PULLED HIS PANT LEG UP?

A.    I DID.

Q.    HE DID THAT IN THE VAN?

A.    HE DID.

Q.    DID YOU STOP ON THE SIDE OF THE ROAD AND SEARCH FOR

THIS GOPHER HOLE OR STAKE?

A.    WE DID.

Q.    WAS MR. BASHAM ALLOWED OUT OF THE VAN WHEN THAT HAPPENED?

A.    HE WAS.

Q.    WHAT, IF ANYTHING, DID MR. BASHAM STATE AGAIN IN THE PRESENCE OF HIS LAWYER WITH REGARD TO WHAT THEY DID WITH ALICE DONOVAN'S BODY?

A.    HE STATED, SPECIFICALLY, AFTER DRAGGING HER OUT, THAT THEY PULLED HER INTO THE WOODS.

Q.    WHAT DID THEY DO AFTER THEY DRAGGED HER OUT OF THE CAR?

A.    COVERED THE BODY WITH LEAVES AND WHAT HE DESCRIBED AS LIMBS.

Q.    NOW, YOU REMEMBER HIM MENTIONING SOMETHING ABOUT A PARK?

A.    YES, I DO.

Q.    WHAT WAS THAT ALL ABOUT?

A.    BRANDON BASHAM STATED THAT FULKS AND HE HAD DRIVEN BY A PARK AND THAT CHAD, CHADRICK FULKS, HAD ORIGINALLY STATED THAT WOULD BE A GOOD PLACE.  AND THAT THEY, AT THAT POINT, FULKS SAYS, NO, TOO MANY PEOPLE.  AND THEY CHANGED THEIR MIND ABOUT THE PARK.

Q.    WAS THERE A PARTICULAR SIGN THAT HE RECALLED?

A.    YES.  HE SPOKE ABOUT A SIGN KNOWN AS WHAT HE SAID ANIMAL PARK.

Q.    SHERIFF HEWETT, WHEN MR. BASHAM WAS OUTSIDE OF THE VAN AND AFTER HE HAD SHOWED YOU WHERE HIS LEG WAS CUT FROM THIS STAKE, DID HE INDICATE TO YOU THAT IT WAS BOTH HE AND MR. FULKS THAT DRAGGED ALICE DONOVAN'S BODY OUT OF THE CAR AND INTO THE WOODS?

A.    HE TOLD ME, SPECIFICALLY, JUST EXACTLY THAT.

Q.    THAT NOT BEING THE PLACE THAT YOU JUST DESCRIBED TO THE JURY, DID YOU GET BACK INTO THE VAN AND GO BACK TOWARDS --

A.    WE DID.  WE WALKED IN THE WOODED AREA.  AND AGENT LONG, MYSELF, CONWAY OFFICERS, EVERYONE THERE DID OUR BEST AT THAT LOCATION TO FIND MS. DONOVAN, AND SHE WAS NOT THERE. AND AFTER A PERIOD OF TIME, WE REALIZED WE HAD SEARCHED THAT AREA AS GOOD AS WE POSSIBLY COULD AND WE NEEDED TO TRY TO MOVE ON AND GET DONE WHAT WE COULD GET DONE, DONE.

Q.    AGAIN, WHILE YOU WERE OUT IN THE WOODS WITH MR. BASHAM AND HE WAS ATTEMPTING TO ASSIST YOU IN FINDING WHERE HE AND MR. FULKS HAD DRAGGED MS. DONOVAN'S BODY, DID YOU NOTICE SOMETHING ABOUT HIS EYES?

A.    WHEN WE WERE THERE AT THE PLACE WHERE HE SAID THE STAKE WAS?

Q.    YES, SIR.

A.    YES, SIR.

Q.    WHAT WAS THAT?

A.    THAT IS THE FIRST TIME I SAW BRANDON BASHAM BECOME EMOTIONAL.

DIRECT EXAM OF RONALD HEWETT

Q.    DID HE PROVIDE A DISTANCE AS FAR AS HOW FAR OFF THE ROAD MS. DONOVAN'S BODY SHOULD BE?

A.    YES, SIR,  HE DID.

Q.    WHAT WAS THAT?

A.    HE SAID IT WAS DRAGGING DISTANCE.

Q.    SHOWING YOU WHAT HAS BEEN MARKED AS GOVERNMENT'S EXHIBIT 441,  I BELIEVE YOUR DESIGNATED NUMBER 9 IN YOUR REPORT.  WAS BRANDON BASHAM SHOWN THIS PHOTOGRAPH?

A.    YES, SIR.  THAT IS ONE OF THE PHOTOGRAPHS THAT HE SAID, "I REMEMBER THAT DISTINCTLY."

Q.    WHAT IS THIS A PICTURE OF?

A.    THAT IS WHERE GREEN HILL ROAD TURNS OFF OF CHERRY TREE ROAD.  THAT IS GREEN HILL ROAD, THAT IS THE BEGINNING OF THE CURVE.

Q.    SO,  THIS ROAD RIGHT HERE IS WHAT?

A.    I BELIEVE THAT TO BE CHERRY TREE.

Q.    AND THIS ROAD RIGHT HERE?

A.    GREEN HILL.

Q.    IF YOU WERE TO TRAVEL THAT WAY ON GREEN HILL ROAD, WOULD YOU EVENTUALLY COME TO THE INTERSECTION OF GREEN HILL AND BEE TREE FARM ROAD?

A.    IT IS ON THE LEFT.

Q.    HOW FAR IS THIS INTERSECTION RIGHT HERE FROM THE INTERSECTION THAT YOU PREVIOUSLY DESCRIBED TO THE JURY ON GOVERNMENT'S EXHIBIT 150 OF GREEN HILL ROAD AND BEE TREE FARM

ROAD?

A.    EIGHT MILES.

Q.    SO, MR. BASHAM INDICATED HE RECALLED THAT PARTICULAR INTERSECTION, GOVERNMENT'S EXHIBIT 441?

A.    YES, SIR.

Q.    WHEN HE INDICATED HE RECALLED THAT INTERSECTION, WERE YOU CONFIDENT, SHERIFF, YOU WERE IN THE RIGHT OR THE GENERAL AREA, ACCORDING TO MR. BASHAM?

A.    ACCORDING TO MR. BASHAM'S STATEMENTS, I FELT THAT WE WERE IN THE RIGHT AREA.

Q.    AS YOU WERE DRIVING IN THE VAN THAT DAY, DID YOU ALSO HAVE AN OPPORTUNITY TO SHOW MR. BASHAM GOVERNMENT'S EXHIBIT NUMBER 442?

A.    I DID.

Q.    AND GOVERNMENT'S EXHIBIT NUMBER 443?

A.    I DID.

Q.    GOVERNMENT'S EXHIBIT 442 AND 443, WHAT IS THAT BUSINESS ESTABLISHMENT?

A.    OKAY. MR. GASSER, I BELIEVE IF YOU WILL GO BACK TO THE PREVIOUS, PLEASE. THAT IS THE DODGE CITY AMOCO, 17TH STREET GRILL.

Q.    IS THIS THE -- THIS IS THE AMOCO STATION. THE JURY HAS SEEN THE VIDEOTAPE OF MR. FULKS WALKING IN THE STORE AND PUMPING THE GAS?

A.    THAT'S CORRECT.

Q.    IS THIS THE AMOCO STATION THAT YOU MET UP WITH PRIOR TO GOING TO BEE TREE FARM HUNT CLUB?

A.    THAT IS.    THAT IS THE STATION.

Q.    WHEN YOU SHOWED MR. BASHAM GOVERNMENT'S EXHIBIT 442 AND GOVERNMENT'S EXHIBIT 443,  WHAT DID HE SAY ABOUT THIS PARTICULAR ESTABLISHMENT?

A.    OKAY.   HE STATED THAT THE DODGE CITY AMOCO PHOTOGRAPH WAS THE PLACE WHERE CHAD HAD PAID FOR THE GAS, AND I WAS SITTING IN THE BACK WITH HER,  REFERRING TO MS. DONOVAN.

Q.    SO,  MR. BASHAM ACKNOWLEDGES THAT HE WAS IN THE BACK SEAT WITH THE VICTIM IN THIS CASE WHEN MR. FULKS WAS GETTING GAS AND GOING INTO THE STORE?

A.    HE DID.

Q.    NOW,  THAT AFTERNOON,  DID YOU CONTINUE TO CHECK NUMEROUS SIDE ROADS,  PAVED ROADS,  DIRT ROADS WITH MR. BASHAM IN THE VAN?

A.    WE DID.

Q.    GOVERNOR'S ROAD AND FUNSTON ROADS, ARE THOSE ROADS IN BRUNSWICK COUNTY?

A.    THEY ARE.

Q.    WERE THEY CHECKED THAT DAY?

A.    THEY WERE.

Q.    DID MR. BASHAM RECOGNIZE ANYTHING ON THOSE TWO PARTICULAR ROADS?

A.    HE DID NOT SEEM AS CERTAIN ABOUT ANY OF THAT.   WE

DIRECT EXAM OF RONALD HEWETT

TRAVELLED EXTENSIVELY THAT AFTERNOON,  BUT THE PLACES THAT BRANDON BASHAM FELT MOST CONFIDENT THAT HE HAD BEEN WERE ON THE GREEN HILL ROAD AREA, BEE TREE FARM.

Q.    AS A RESULT OF THAT CONFIDENCE THAT YOU HAVE JUST DESCRIBED TO THE JURY,  AT THE END OF THE DAY, WAS THE DECISION MADE TO GO BACK TO A PARTICULAR LOCATION?

A.    YES, SIR,  IT WAS.

Q.    AND WHERE DID Y'ALL DECIDE TO TAKE MR. BASHAM BACK TO?

A.    WE WENT BACK TO THE CEMETERY, BEE TREE FARM CEMETERY.

Q.    SHOWING YOU GOVERNMENT'S EXHIBIT 147,  AGAIN.   YOU WENT BACK TO THIS CEMETERY RIGHT HERE?

A.    THAT'S CORRECT.

Q.    AND WHERE DID THE VAN PARK  -- USING GOVERNMENT'S EXHIBIT 147, IF YOU CAN, WHERE DID THE VAN PARK WHEN YOU GOT BACK TO THE CEMETERY?

A.    I WILL SHOW EXACTLY WHERE IT PARKED.   IT TURNED IN AND THE VAN PULLED RIGHT HERE  -- NEED TO GET MORE,  RIGHT HERE.

Q.    OBVIOUSLY, THERE WERE OTHER TRAIL VEHICLES THAT DAY, WERE THERE NOT, WITH OTHER LAW ENFORCEMENT OFFICIALS?

A.    CORRECT.   AND THEY ALSO FILLED UP THE SEMICIRCLE AT THAT TIME.

Q.    SO,  THIS SEMICIRCLE WAS KIND OF FILLED UP WITH CARS AND PEOPLE?

A.    YES, SIR,  PUTTING THE VAN RIGHT HERE.

Q.    DID YOU GET OUT OF THE VAN?

DIRECT EXAM OF RONALD HEWETT

A.    I DID.

Q.    AND DID MR. BASHAM GET OUT OF THE VAN?

A.    HE DID.

Q.    TELL THE JURY WHAT HAPPENED WHEN YOU AND MR. BASHAM GOT BACK TO THE CEMETERY THAT HE HAD PREVIOUSLY INDICATED TO YOU THAT AFTERNOON WHERE THIS LIZ CLAIBORNE PURSE STRAP WOULD BE?

A.    HE, BEING BRANDON BASHAM, WANTED TO WALK OVER TOWARDS THE WOODLINE AND TO SHOW THE AREA WHERE THE STRAP WAS THROWN.

Q.    LET ME SHOW YOU GOVERNMENT'S EXHIBIT 439, MIGHT BE ABLE TO ASSIST YOU WITH THE JURY.  IF YOU COULD DEMONSTRATE ON GOVERNMENT'S 439 WHAT YOU MEAN BY HE WALKED OVER TO THE WOODLINE.

A.    IF YOU WILL NOTICE DIRECTLY WHERE I HAVE MY FINGER NOW, THAT IS THE GATE THAT LEADS INTO THE CEMETERY.  RIGHT HERE, IF YOU WILL NOTICE ONE LITTLE POST, THAT IS THE BROKEN DOWN FENCE THAT HAD BEEN DESCRIBED EARLIER.  AND, AT THAT POINT, AS WE WALKED BACK, THAT WAS WHEN BRANDON BASHAM TOLD ME THAT THEY HAD PULLED THE CAR IN HERE.

Q.    NOW, AGAIN, UP TO THIS POINT, HAD YOU PROVIDED EITHER MR. BASHAM, OR MR. LITTLEJOHN, OR MR. MONCKTON ANY INFORMATION THAT YOU HAD GOTTEN FROM RONALD PURDUE APPROXIMATELY ONE WEEK BEFORE THAT?

A.    NO, SIR, WE HAD NOT DISCUSSED IT.

Q.    SO, MR. BASHAM INDICATES THAT THEY PULLED THE BMW INTO THIS SECTION RIGHT HERE; IS THAT CORRECT?

DIRECT EXAM OF RONALD HEWETT

A.    RIGHT THERE, YES, SIR.

Q.    TELL US, PLEASE, THEN, WHAT HE SAYS HAPPENED?

A.    AT THAT TIME, THAT WAS THE -- THAT WAS THE SECOND TIME THAT BRANDON BASHAM, IN MY PRESENCE, STARTED TO BREATHE HEAVIER, HIS LIPS QUIVERED, HIS EYES WELLED UP WITH TEARS. AND, AT THAT TIME, HE CONTINUED TO TALK.

Q.    AND WHAT DID HE DESCRIBE TO YOU ON THANKSGIVING DAY, THE LOCATION THAT YOU HAVE JUST DESCRIBED TO THE JURY, TELL THIS JURY WHAT BRANDON BASHAM DESCRIBED TO YOU AS TO WHAT HAPPENED TO ALICE DONOVAN.

A.    MAY I.

Q.    YOU CAN DEMONSTRATE, IF HE DEMONSTRATED.

A.    BRANDON BASHAM HAD HIS HANDS LIKE THIS ONCE AGAIN. I HAVE EXPLAINED TO YOU HOW HE WAS SHACKLED. HE TOOK HIS HANDS TOGETHER AND DID THIS (INDICATING), "THEN I THREW IT OVER THERE. CHECK IN THOSE TREES RIGHT OVER THERE." WHICH, IF YOU WILL LOOK AT HOW I AM FACING YOU, I AM FACING THE SEMICIRCLE. SO, WE WALKED TO THE AREA RIGHT HERE AT THE CORNER, AND THAT IS WHERE HE DID THIS AND DID THAT. HE COULDN'T THROW VERY FAR BECAUSE HE WAS SHACKLED. THAT IS WHEN HE SAID, "CHECK OVER THERE." AT THAT TIME, SERGEANT PARKER AND SERGEANT SARVIS, THOSE WERE THE TWO INDIVIDUALS THAT WERE WITH ME, THEY BEGAN TO LOOK AGAIN, BUT THAT AREA HAD ALREADY BEEN SEARCHED, AND THE STRAP WAS NOT TO BE FOUND.

Q.    WHEN MR. BASHAM DEMONSTRATED TO YOU WHAT WAS DONE WITH

DIRECT EXAM OF RONALD HEWETT

THAT PURSE STRAP AND THAT HE THREW IT OVER THERE, WAS HIS BACK TO THE CEMETERY, THE PLOT ITSELF?

A.    YES, HE WAS FACING ME.

Q.    SO, HE WOULD HAVE BEEN FACING THE TURNAROUND?

A.    RIGHT.

Q.    CEMETERY WOULD HAVE BEEN BEHIND HIM?

A.    RIGHT.

Q.    WAS A THOROUGH SEARCH OF THAT WOODLINE ALL AROUND THE CEMETERY, BELOW THE CEMETERY, WAS THAT DONE THAT DAY, SHERIFF?

A.    THAT WAS DONE THAT DAY, THOROUGH SEARCH.

Q.    WAS ANY TYPE OF LEATHER STRAP OR ANYTHING CONSISTENT WITH A LEATHER STRAP FOUND?

A.    WE HAVE NOT FOUND IT TO TODAY.

Q.    DID YOU SPECIFICALLY LOOK MR. BASHAM IN THE EYE AND ASK HIM, "IS THIS WHERE IT HAPPENED"? DID YOU DO THAT, SHERIFF?

A.    I DID.

Q.    WHAT WAS MR. BASHAM'S RESPONSE?

A.    HE SAID, "THIS IS IT. IT IS."

        MR. GASSER: THANK YOU, YOUR HONOR. JUST A COUPLE MORE QUESTIONS, SHERIFF.

BY MR. GASSER:

Q.    SHERIFF HEWETT, IN 22 YEARS OF LAW ENFORCEMENT, HAVE YOU HAD THE OPPORTUNITY TO BE AROUND INDIVIDUALS THAT HAVE BEEN UNDER THE INFLUENCE OF ALCOHOL OR UNDER THE INFLUENCE OF

DRUG AND HAVE BEEN DIFFICULT TO UNDERSTAND?

A.    I HAVE.

Q.    WHEN YOU WERE WITH MR. BASHAM THAT MORNING AND THAT DAY ON THANKSGIVING OF 2002, DID YOU HAVE ANY DIFFICULTY UNDERSTANDING MR. BASHAM?

A.    NONE WHATSOEVER.

Q.    WAS HE SPEAKING COHERENTLY TO YOU?

A.    HE WAS.

Q.    DID HE APPEAR TO UNDERSTAND WHAT QUESTIONS YOU WERE ASKING OF HIM?

A.    HE DID.

Q.    HOW LONG DID THIS SEARCH THAT YOU HAVE JUST DESCRIBED TO THE JURY OVER THE LAST 45 TO 50 MINUTES, HOW LONG DID IT LAST THAT DAY?

A.    IT LASTED FROM 8:30 IN THE MORNING, THAT IS ABOUT THE TIME WE HOOKED UP, UNTIL ABOUT THREE IN THE AFTERNOON. OUR DEALING TOGETHER, OUR DEALING WITH MR. BASHAM, IT CONCLUDED THERE AT THE CEMETERY, THAT WAS THE END OF THE DAY.

Q.    DURING THAT ENTIRE TIME THAT YOU WERE IN THE PRESENCE OF MR. BASHAM, WAS MR. BASHAM AFFORDED EVERY OPPORTUNITY TO TALK TO BOTH MR. LITTLEJOHN AND MR. MONCKTON?

A.    HE WAS.

Q.    WERE ANY PROMISES MADE TO MR. BASHAM, OR MR. MONCKTON, OR MR. LITTLEJOHN?

A.    NO.

Q.    DID ANYONE THREATEN MR. BASHAM, IN YOUR PRESENCE?

A.    NO, SIR.

Q.    WERE YOU CORDIAL WITH MR. BASHAM?

A.    YES.  WE FORMED A RAPPORT.  I PLACED THAT ON MY REPORT.  HE WASN'T ANY PROBLEM THAT DAY, AND HE WAS POLITE. HE ANSWERED THE QUESTIONS, AND HE WAS NO PROBLEM.

Q.    OBVIOUSLY THAT DAY AND THE DAYS SUBSEQUENT TO NOVEMBER 28TH, 2002, SEARCHES CONTINUED FOR MS. DONOVAN'S BODY, CORRECT?

A.    YES, SIR.

Q.    HAS ANY PIECE OF THE REMAINS OF ALICE DONOVAN OR ANY EVIDENCE RELATING TO ALICE DONOVAN BEEN FOUND IN BRUNSWICK COUNTY, NORTH CAROLINA?

A.    NO.

        MR. GASSER:  THAT IS ALL I HAVE, YOUR HONOR.

        THE COURT:  CROSS-EXAMINATION.

        MR. HARRIS:  THANK YOU.

                        CROSS EXAM

BY MR. HARRIS:

Q.    SHERIFF, BEFORE WE BEGIN, I NOTICED WHEN YOU WERE TESTIFYING, DISCUSSING THIS CASE WITH MR. GASSER, YOU WERE REFERRING TO NOTES.  CAN I APPROACH YOU AND JUST TAKE A LOOK AND SEE, MAKE SURE YOU AND I ARE LOOKING AT THE SAME THING?

A.    YES, SIR.

        MR. HARRIS:  MAY I APPROACH, YOUR HONOR?

THE COURT:  SURE.

THE WITNESS:  MR. HARRIS, I HAVE THEM NUMBERED, SO KEEP THEM IN THAT ORDER FOR ME.

BY MR. HARRIS:

Q.    THANK YOU.

I WANT TO ALSO HAND YOU AND SEE IF YOU CAN IDENTIFY, DO YOU KNOW WHOSE NOTES ARE THESE?

A.    THAT APPEARS TO BE THE WRITING OF LIEUTENANT DAVID CROCKER.

Q.    OKAY.  LIEUTENANT CROCKER WAS ALSO AT THE SCENE THAT DAY, CORRECT?

A.    YES, SIR.

Q.    LIEUTENANT CROCKER IS ALSO THE GENTLEMAN, I BELIEVE, BASED ON THE WAY I LOOK AT YOUR INTERVIEW, THAT INTERVIEWED YOU?

A.    YES, SIR.

Q.    AND DURING THE INTERVIEW PROCESS, YOU TELL HIM WHAT YOU OBSERVED AND HE REDUCES THAT INTO INTERVIEW FORM, CORRECT?

A.    THAT'S RIGHT.

Q.    YOU DIDN'T DO A STATEMENT YOURSELF, SOMEONE DID A STATEMENT FROM YOU WITH THE ANTICIPATION THAT YOU MAY POTENTIALLY BE A WITNESS IN THIS CASE?

A.    RIGHT.  WE SAT DOWN AND WENT THROUGH IT STEP BY STEP WHAT HAPPENED THAT DAY.

Q.    FAIR ENOUGH.   SO NOW I KNOW WHAT YOU HAVE IN FRONT OF YOU.   YOU ARE FREE,  OBVIOUSLY, AS YOU HAVE WITH MR. GASSER, TO REFER TO THOSE ANY TIME,  FAIR ENOUGH?

A.    FAIR ENOUGH.

Q.    SHERIFF, WE HAVE HEARD A LOT OF TESTIMONY ABOUT THAT DAY.   AND LIEUTENANT CROCKER HAS ALREADY TESTIFIED ABOUT THE RURAL NATURE OF THAT AREA AND ABOUT THE SIZE THAT WE HAVE TALKED ABOUT.   IF YOU COULD PULL UP EXHIBIT 140,  PLEASE  -- 147,  PLEASE.  I THINK THAT IS 150.   I WOULD LIKE TO USE THAT AS A STARTING POINT OF OUR DISCUSSION THIS MORNING.   YOUR TESTIMONY IS, ON NUMEROUS OCCASIONS, HAS BEEN YOU TRAVELLED OVER A HUNDRED MILES THAT DAY WITH MR. BASHAM?

A.    YES, SIR.

Q.    IT WAS A MASSIVE SEARCH?

A.    IT WAS.

Q.    IT INVOLVED NUMEROUS LAW ENFORCEMENT AGENCIES?

A.    IT DID.

Q.    AND IT INVOLVED TRAVELLING DOWN BLACKTOP ROADS?

A.    BLACKTOP ROADS.

Q.    FOUR-LANE HIGHWAYS?

A.    YES, SIR.

Q.    TWO-LANE HIGHWAYS?

A.    THAT'S CORRECT.

Q.    IT INVOLVED TRAVELLING DOWN GRAVEL ROADS?

A.    THAT'S CORRECT.

Q.    TWO-LANE GRAVEL ROADS AND ONE-LANE GRAVEL ROADS?

A.    BOTH.

Q.    IT INVOLVED TRAVELLING DOWN DIRT ROADS?

A.    IT DID.

Q.    TWO-LANE DIRT ROADS AND ONE-LANE DIRT ROADS?

A.    ONE.

Q.    THAT IS BEE TREE.  IT INVOLVED SIDE ROADS,  I BELIEVE YOU TESTIFIED?

A.    (WITNESS NODS HEAD AFFIRMATIVELY.)

Q.    IT INVOLVED TRAVELLING DOWN JUST ANYWHERE IN THAT AREA, THE AREA WE ARE LOOKING AT THAT COULD POSSIBLY DETERMINE WHERE THE REMAINS OF MS. DONOVAN WERE?

A.    CORRECT.

Q.    THAT WAS THE PURPOSE ON THIS PARTICULAR DAY.  BY THE 28TH, LET'S BE CLEAR ABOUT THIS,  THE SINGULAR PURPOSE OF EVERYONE THERE IN TERMS OF LAW ENFORCEMENT WAS TO LOCATE REMAINS; ISN'T THAT CORRECT?

A.    THAT IS CORRECT.

Q.    THE ONLY PURPOSE?

A.    WE,  AT THAT POINT,  KNEW THAT ALICE DONOVAN COULD NOT BE ALIVE.

Q.    YES, SIR.  SO, THAT WAS THE ONLY PURPOSE?

A.    YES, SIR.

Q.    IT INVOLVED TRAVEL INTO OTHER COUNTIES,  COLUMBUS COUNTY?

A.    YES, WE WENT TO THE LINE AND TURNED AROUND.    ACTUAL SEARCHES, NO, MR. HARRIS, BUT WE TRAVELLED THERE AND TURNED AROUND.

Q.    AND ON THIS PHOTOGRAPH, CAN YOU TELL US IN TERMS OF WHAT WE ARE LOOKING AT HERE ON 150 THE OUTER REACHES OF THE SEARCH ON THIS PHOTOGRAPH?

A.    THE OUTER REACHES OF THE SEARCH ON THAT PHOTOGRAPH ARE NOT EVEN IN SITE, MR. HARRIS, IT IS SO MUCH BIGGER.  I WENT OUTSIDE THE PERIMETERS OF THAT.

Q.    YOU WENT PAST THAT ARROW?

A.    I WENT PAST THE ENTIRE  -- THE ENTIRE VIEW THAT YOU HAVE DOES NOT ENCOMPASS OUR SEARCH.

Q.    THE SEARCH INVOLVED MORE THAN WHAT WE SEE ON GOVERNMENT'S 150?

A.    YES, SIR.  THAT IS JUST A SMALL PORTION.

Q.    THAT WAS MASSIVE AND IT WAS SUBSTANTIAL, YOU WILL AGREE?

A.    YES, SIR.

Q.    AND THERE ARE SEVERAL OTHER STATEMENTS, YOU WERE WITH MR. BASHAM THE ENTIRE TIME; IS THAT CORRECT?

A.    I WAS.

Q.    AND IT INVOLVED OTHER THAN SIDE ROADS, GRAVEL ROADS, AND SWAMP ROADS?

A.    IT DID.

Q.    AND IT INVOLVED TRAVEL OVER NUMEROUS BODIES OF WATER,

CREEKS?

A.    YES.

Q.    SWAMPS?

A.    IT DID.

Q.    AND, AGAIN, YOU WERE WITH MR. BASHAM THE ENTIRE TIME, AND CERTAINLY YOUR TESTIMONY TODAY IS NOT LIMITED TO EVERYTHING HE SAID TO YOU, CORRECT?

A.    NO, SIR.

Q.    MATTER OF FACT, ON NUMEROUS OCCASIONS DURING THIS DAY, HE COMMENTED ON THE FACT MANY OF THE ROADS LOOKED VERY SIMILAR?

A.    HE TOLD EVERYONE IN THE VAN THAT.

Q.    HE TOLD EVERYONE IN THE VAN.  HE COMMENTED SEVERAL TIMES DURING THE SIX HOURS YOU WERE TOGETHER ON THESE MANY ROADS, OVER HUNDREDS OF MILES, THAT MANY OF THE PINE TREES, THEY ALL STARTED LOOKING THE SAME?

A.    IT DID.

Q.    COMMENTED TO YOU DURING THE SIX HOURS THAT YOU WERE TOGETHER THAT ALL OF THIS LOOKS FAMILIAR, EVERYTHING JUST KIND OF LOOKS THE SAME AT SOME POINT, DIDN'T HE MAKE THAT COMMENT?

A.    HE DID.

Q.    EVERYONE, INCLUDING MR. BASHAM, BECAME FRUSTRATED AT SOME POINT DURING THE DAY, ISN'T THAT A FAIR STATEMENT?

A.    I DIDN'T BECOME FRUSTRATED.  I HONESTLY DIDN'T.

THERE WERE AGENTS AT THE VAN THAT APPEARED TO BE FRUSTRATED, BUT, AT THAT POINT, I DIDN'T HAVE ANY REASON TO BE FRUSTRATED AT BRANDON BASHAM BECAUSE HE HAD ONLY TRIED TO ASSIST IN FINDING THE BODY OF ALICE DONOVAN, AND HE HAD BEEN RESPECTFUL TO ME.  I WASN'T FRUSTRATED.  I WANTED TO FIND ALICE DONOVAN, BUT I WASN'T FRUSTRATED OR ANGRY.

Q.    AGAIN, THAT WAS LAW ENFORCEMENT'S SINGULAR PURPOSE. MR. BASHAM BECAME FRUSTRATED, THOUGH, ISN'T THAT A FAIR STATEMENT?  THE FACT THAT THE ROADS LOOKED THE SAME, THE PINE TREES ALL LOOKED THE SAME, EVERYTHING LOOKED THE SAME, THAT HE WAS LOOKING AT THE SAME THING OVER AND OVER AGAIN, HE DEMONSTRATED FRUSTRATION OVER THAT TO YOU, DIDN'T HE, SHERIFF?

A.    HE STATED THAT EVERYTHING LOOKED ALIKE.  AND HIS WORDS WERE, TO THE BEST OF MY RECOLLECTION, WELL, SIR, I AM TRYING TO HELP YOU, BUT EVERYTHING LOOKS ALIKE.  NOW, THAT WAS AS MUCH FRUSTRATION AS I HEARD, IF THAT CAN BE DESCRIBED AS FRUSTRATION.

Q.    DO YOU ALSO REMEMBER HIM SAYING, QUOTE, I BELIEVE THIS IS A QUOTE FROM YOU, "ALL OF IT LOOKS FAMILIAR"?

A.    YES, SIR.

Q.    DO YOU REMEMBER HIM SAYING, "I AM TRYING, SIR"?  ON ANOTHER OCCASION, A DIFFERENT OCCASION AND A TOTALLY SEPARATE AREA OF THE SEARCH, "I AM TRYING, SIR, BUT ALL THE ROADS, THE PINE TREES, AND DIRT LOOK ALIKE"?

CROSS EXAM OF RONALD HEWETT

A.    HE SAID THAT.

Q.    DO YOU REMEMBER HIM SAYING ON A DIFFERENT OCCASION, AGAIN, DURING THE SEARCH, DURING THE SIX HOURS, "MANY OF THE ROADS THAT WE WENT DOWN," WHEN HE SAID "WE," MEANING HE AND MR. FULKS, "LOOKED VERY SIMILAR"?

A.    THAT IS EXACTLY WHAT HE SAID.

Q.    DO YOU REMEMBER HIM SAYING, SPECIFICALLY, ABOUT A QUOTE THAT YOU MENTIONED EARLIER THAT, "WE DID WHATEVER CHAD WANTED TO DO"?

A.    HE SAID THAT.

Q.    THAT WAS IN REFERENCE TO DRIVING DOWN THE ROADS OR WHATEVER ROAD WAS SELECTED, CORRECT?

A.    THAT'S RIGHT.

Q.    WHERE SOMEONE STOPPED, CORRECT?

A.    YES, SIR.

Q.    WHEN SOMEBODY WAS READY TO GO FROM THERE, CORRECT?

A.    THAT'S RIGHT.

Q.    NOW, OTHER THAN THE SIX-HOUR PERIOD WHERE YOU WERE DRIVING DOWN THESE ROADS, IT WASN'T ALL DRIVING, IT WAS POINTS WHERE YOU WOULD STOP, HAVE A CIGARETTE BREAK OR COCA-COLA BREAK, AND EVERYBODY WOULD KIND OF GET TOGETHER AND SAY, WHERE ARE WE GOING NEXT, IS THAT A FAIR STATEMENT?

A.    THAT IS A FAIR STATEMENT.

Q.    HE WAS, DURING THESE PERIODS, EARLIER GIVEN PHOTOGRAPHS?

CROSS EXAM OF RONALD HEWETT

A.    THAT'S RIGHT.

Q.    THE PHOTOGRAPHS MR. GASSER HAS PLACED INTO EVIDENCE -- THE GOVERNMENT HAS PLACED INTO EVIDENCE AND THE JURY HAS LOOKED AT, THERE WAS NO PURPOSE OF EVASION IN LOOKING AT THOSE PHOTOGRAPHS AND TELLING YOU, I HAVE BEEN THERE BEFORE; ISN'T THAT CORRECT?

A.    YOU ARE ASKING ME WAS MR. BASHAM TRYING TO BE EVASIVE OR NOT TELL ME THE TRUTH?

Q.    ABOUT THAT CEMETERY.

A.    HE, I FEEL LIKE, FROM LOOKING AT THE PHOTOGRAPHS, THAT HE STATED WHICH ONES HE REMEMBERED AND WHICH ONES HE DID NOT.

Q.    HE TOLD YOU THAT HE HAD BEEN TO THE CEMETERY, CORRECT?

A.    HE DID.

Q.    HE DIDN'T KNOW SOMEBODY HAD SEEN HIM THERE ALREADY?

A.    NOT TO MY KNOWLEDGE. WE NEVER DISCUSSED IT.

Q.    AND THE ROAD, THE INTERSECTION OF GREEN HILL AND I THINK CHERRY, WAS IT CHERRY?

A.    YES, SIR.

Q.    WITHOUT ANY EVASION AT ALL, HE TOLD YOU UPON SEEING THAT PHOTOGRAPH, HE RECOGNIZED THAT, CORRECT?

A.    HE DID.

Q.    AND HE BROUGHT UP, WITHOUT ANY PROMPTING FROM YOU, ANY PRODDING FROM LAW ENFORCEMENT, ANY SUGGESTION FROM LAW ENFORCEMENT, HE BROUGHT UP A SIGN ABOUT AN ANIMAL PARK,

CROSS EXAM OF RONALD HEWETT

SANCTUARY, ANIMAL PARK OR SOMETHING ALONG THOSE LINES, DIDN'T HE?

A.    HE DID.

Q.    IN THAT IMMEDIATE AREA, AREN'T THERE ANIMAL SANCTUARIES?

A.    THE GREEN SWAMP HAS ANIMAL SANCTUARIES, SOME THAT SAY VARIOUS SANCTUARY. THERE ARE DESIGNS THAT ARE CONSISTENT WITH ANIMAL PARK, NOT ONE I HAVE FOUND THAT SAYS ANIMAL PARK. SOME SAY DEER CROSSING.

Q.    NUMEROUS SIGNS DEALING WITH WILDLIFE?

A.    YES.

Q.    NUMEROUS SIGNS IN THE AREA THAT WAS SEARCHED THAT SAY WILDLIFE?

A.    YES, SIR.

Q.    HE ALSO IDENTIFIED FOR YOU THE AMOCO STATION?

A.    HE DID.

Q.    AND, AGAIN, THAT WAS WITHOUT ANY PROMPTING FROM LAW ENFORCEMENT?

A.    THAT'S RIGHT.

Q.    HE IDENTIFIED THAT AS THE PLACE WHERE MR. FULKS HAD GONE IN AND HE HAD STAYED IN THE CAR?

A.    THAT IS WHAT I AM TOLD.

Q.    HE DIDN'T KNOW THAT EARLIER LIEUTENANT CROCKER AND ANOTHER SOMEONE WHO WORKS WITH YOU, HE DID NOT KNOW THEY HAD GONE IN AND OBTAINED A VIDEOTAPE, DID HE?

CROSS EXAM OF RONALD HEWETT

A.    I CAN ONLY TELL YOU I DIDN'T TELL HIM.

Q.    YOU DIDN'T TELL HIM?

A.    I DIDN'T TELL HIM.   I DIDN'T, NO.

Q.    DURING THE DAY, DURING THE SIX HOURS THAT YOU WERE TOGETHER, THERE WERE NUMEROUS BREAKS.  AND DURING THE DAY, INCLUDING THE BREAKS, INCLUDING THE TIME THAT YOU WERE RIDING DOWN THESE ROADS, YOU OBSERVED HIM ON AT LEAST THREE OCCASIONS BECOME EMOTIONAL?

A.    TWO.

Q.    TWO OCCASIONS.  AND I BELIEVE YOUR TESTIMONY WAS HE WAS SHAKING?

A.    HE WAS SHAKING.

Q.    TEARED UP?

A.    HE DID.

Q.    AND BECAME EMOTIONAL?

A.    HE DID.

Q.    BASED ON WHAT YOU HAVE  -- WHAT WE HAVE TALKED ABOUT, HIS COMMENTS EVERYTHING LOOKS THE SAME, HIS FRUSTRATION HE WAS FEELING, YOU NOTICED HIM TO BE AT NUMEROUS TIMES DURING THE DAY CONFUSED; ISN'T THAT A FAIR STATEMENT? CONFUSED WITH HIS SURROUNDINGS?

A.    YES, THAT IS FAIR.

Q.    YOU ALSO NOTICED HIM DURING POINTS OF TIME OF THE DAY, BASED ON STATEMENTS HE MADE TO YOU, HE WAS UPSET WITH CHAD FULKS, WASN'T HE? HE MADE COMMENTS THAT CHAD HAD CREATED THIS

CROSS EXAM OF RONALD HEWETT

PROBLEM FOR HIM, AT LEAST PARTIALLY, DIDN'T HE?

A.    THE ONLY THING THAT I CAN STATE, HONESTLY, THAT I REMEMBER BRANDON BASHAM TELLING ME WAS THAT CHADRICK FULKS WAS DRIVING AND WE DID WHAT CHADRICK FULKS WANTED TO DO.  HE WAS THE LEADER.

Q.    HE WAS THE LEADER.  AND HE EXHIBITED FRUSTRATION WITH AN UNSUCCESSFUL DAY WHEN YOU DECIDED TO CALL THE DAY OFF SOME TIME NEAR THE END OF THE DAY, HE WAS FRUSTRATED THAT NOTHING HAD HAPPENED, IS THAT A FAIR STATEMENT?

A.    HE WAS EMOTIONAL.

Q.    HE WAS EMOTIONAL?

A.    FRUSTRATED I AM THINKING ANGER -- I DIDN'T SEE ANY ANGER.  I JUST SAW BRANDON BASHAM EMOTIONAL AT THE CEMETERY.

Q.    NOW, AT THE CEMETERY, AND I WOULD LIKE YOU TO REFER TO YOUR NOTES IF THAT WILL HELP YOU.

A.    OKAY.

Q.    THERE IS NOTHING IN YOUR NOTES, NOR IS THERE ANYTHING IN LIEUTENANT CROCKER'S NOTES THAT INDICATE THAT BRANDON BASHAM TOLD YOU THAT HE USED THE STRAP, IS THERE?

A.    NO, SIR.  HE DID NOT TELL ME HE USED THE STRAP.  HE DEMONSTRATED, THOUGH.

Q.    HE DEMONSTRATED?

A.    YES, SIR.

Q.    YOUR NOTES, NOR LIEUTENANT CROCKER'S NOTES SAY THAT HE DID THAT; ISN'T THAT TRUE?

CROSS EXAM OF RONALD HEWETT

A.    THAT IS TRUE BECAUSE HE DIDN'T SAY.    HE SHOWED.

Q.    NOW,  DID YOU GO  -- LET ME REPHRASE THIS.    DURING THE SIX HOURS THAT YOU WERE OUT THERE,  ISN'T IT A FAIR STATEMENT TO SAY THAT IT IS APPROXIMATELY  -- YOU TELL ME,  HOW FAR IS IT FROM THE AMOCO ON HIGHWAY 17 UNTIL YOU TURN OFF ON GREEN HILL ROAD?

A.    TWENTY-SEVEN (27) MILES.

Q.    TWENTY-SEVEN (27) MILES.  WHAT IS THE SPEED LIMIT ON THAT ROAD?

A.    FIFTY-FIVE.

Q.    SO, YOU WOULD THINK THAT IT WOULD TAKE,  30 MINUTES, 20 TO 30 MINUTES TO GET TO THAT INTERSECTION?

A.    THAT IS FAIR.

Q.    THAT IS A FAIR ESTIMATE.  AND FROM THAT TURNOFF TO THE BEE TREE EXIT IS WHAT,  ABOUT SEVEN MILES?

A.    SEVEN TO TEN MILES.

Q.    AND THE SPEED LIMIT ON THAT ROAD IS WHAT,  SHERIFF?

A.    THE SPEED LIMIT WOULD BE FIFTY-FIVE,  BUT YOU CAN'T DRIVE FIFTY-FIVE FOR VERY LONG BECAUSE OF THE CURVES.

Q.    WHAT IS YOUR BEST GUESSTIMATE OF THE TIME LAPSE FROM WHEN YOU EXIT ONTO GREEN HILL UNTIL YOU ARRIVE AT BEE TREE ENTRANCE?

A.    OKAY.   TWENTY  -- YOU TALKING FROM GREEN HILL, ONCE WE MAKE THAT INTERSECTION AT CHERRY TREE?

Q.    WE HAVE ESTABLISHED 20 MINUTES TO 30 MINUTES FROM THE