# Attachment D

Excerpts of 9/29/04 Basham trial transcript

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA,    )    CR. NO. 4:02-992
                             )    COLUMBIA, SC
                             )    SEPTEMBER 29, 2004
                             )
     VERSUS                  )
                             )
BRANDON L. BASHAM,           )
          DEFENDANT.         )
_____)

          BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.,
            CHIEF UNITED STATES DISTRICT COURT JUDGE
                         JURY TRIAL
                        VOLUME XII

APPEARANCES:
FOR THE GOVERNMENT:          SCOTT SCHOOLS, FIRST AUSA
                             JONATHAN S. GASSER, AUSA
                             JOHN DUANE, AUSA
                             UNITED STATES ATTORNEY'S OFFICE
                             1441 MAIN STREET, SUITE 500
                             COLUMBIA, SC  29201

FOR THE DEFENDANT:           JACK SWERLING, ESQ.
                             1720 MAIN STREET
                             SUITE 301
                             COLUMBIA, SC  29201

                             GREG HARRIS, ESQ.
                             1720 MAIN STREET
                             SUITE 301
                             COLUMBIA, SC  29201


COURT REPORTER:              DEBRA R. JERNIGAN, RPR, CRR
                             UNITED STATES COURT REPORTER
                             901 RICHLAND STREET
                             COLUMBIA, SC 29201

          STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
                *** *** *** ***

INDEX

CLOSING ARGUMENT BY MR. GASSER                          7

CLOSING ARGUMENT BY MR. SWERLING                        84

CLOSING ARGUMENT IN REPLY BY MR. GASSER               166

JURY CHARGE                                            188

IN HIS ARGUMENT.

THE ARGUMENT WILL PROBABLY CONSUME MOST OF THE MORNING. WE WILL TAKE A BREAK AT THE APPROPRIATE TIME TO LET YOU REST AND TAKE LUNCH. AND I WILL GIVE YOU MY JURY INSTRUCTIONS AFTER LUNCH.

CLOSING ARGUMENT IS A TIME WHERE THE ATTORNEYS GET TO SPEAK TO YOU AND ATTEMPT TO SUMMARIZE AND INTERPRET THE EVIDENCE THAT YOU HEARD. BUT REMEMBER WHAT I TOLD YOU AS THE TRIAL BEGAN, WHAT THE LAWYERS SAY IS NOT EVIDENCE. IF YOUR MEMORY OF THE EVIDENCE DIFFERS FROM WHAT THE LAWYERS SAY, YOU MUST BASE YOUR DECISION ON WHAT YOU REMEMBER.

NOW, WITH THAT, THE COURT RECOGNIZES MR. JOHNNY GASSER, ASSISTANT UNITED STATES ATTORNEY, FOR HIS CLOSING ARGUMENT ON BEHALF OF THE UNITED STATES.

MR. GASSER: THANK YOU, YOUR HONOR, MAY IT PLEASE THE COURT.

THE COURT: YES, SIR.

MR. GASSER: GOOD MORNING, LADIES AND GENTLEMEN. WE HAVE REACHED THAT STAGE OF THE TRIAL, AS JUDGE ANDERSON HAS EXPLAINED TO YOU, WHICH IS KNOWN AS CLOSING ARGUMENTS. IT IS WHEN THE LAWYERS HAVE AN OPPORTUNITY TO COME BEFORE YOU JURORS AND TO ARGUE THEIR CASE. ON THE OUTSET, LET ME DO THIS. I THINK I SPEAK ON -- I KNOW I SPEAK ON BEHALF OF THE GOVERNMENT, MYSELF, MR. SCHOOLS, MR. DUANE, AND I KNOW I SPEAK ON BEHALF OF MR. SWERLING AND MR. HARRIS, AS WELL, I

THE CARJACKING INDICTMENT, AS THE JUDGE WILL TELL YOU, THERE IS NO INTENT ELEMENT IN KIDNAPPING, RESULTING IN DEATH.  THE GOVERNMENT DOESN'T HAVE TO PROVE A GENERAL INTENT OR SPECIFIC INTENT WHEN IT COMES TO THE KIDNAPPING, RESULTING IN DEATH. THE GOVERNMENT DOES HAVE TO PROVE AN INTENT FACTOR.

I WILL FINISH MY CLOSING ARGUMENT IN TALKING ABOUT THIS INTENT FACTOR AND THE STATE OF MIND OF BRANDON BASHAM ON NOVEMBER 14TH, 2002.  BEFORE I GET TO THOSE 17 DAYS IN NOVEMBER, LET ME MAKE ONE THING PERFECTLY CLEAR.  THE GOVERNMENT SUBMITS TO YOU, LADIES AND GENTLEMEN, IF BRANDON BASHAM WAS ALONE, OR IF CHAD FULKS WERE ALONE ON NOVEMBER 11TH, 2002 AND NOVEMBER 14TH, 2002, SAMANTHA BURNS AND ALICE DONOVAN WOULD BE ALIVE TODAY.  THINK ABOUT IT.  DURING THOSE EVENTS, DURING THOSE EVENTS, BRANDON BASHAM AND CHAD FULKS WERE ACTING TOGETHER IN UNISON AS A TEAM, A DEATH SQUAD, IF YOU WILL.  THE TWO OF THEM, TOGETHER, AIDING AND ABETTING EACH OTHER WHEN THEY KIDNAPPED AND CARJACKED SAMANTHA BURNS, WHEN THEY KIDNAPPED, AND CARJACKED, AND KILLED ALICE DONOVAN. THE TWO OF THEM.

THE GOVERNMENT DOES NOT HAVE TO PROVE, AND MORE IMPORTANTLY, YOU JURORS DO NOT HAVE TO FIND WHO, SPECIFICALLY, KILLED ALICE DONOVAN IN ORDER TO CONVICT BRANDON BASHAM OF CARJACKING, RESULTING IN DEATH OR KIDNAPPING, RESULTING IN DEATH.  WE DON'T HAVE TO PROVE DEFINITIVELY THAT BRANDON BASHAM KILLED ALICE DONOVAN.  WE DON'T HAVE TO PROVE

DEFINITIVELY THAT CHAD FULKS, ALONE, KILLED ALICE DONOVAN. WE DON'T HAVE TO PROVE DEFINITIVELY, THE TWO OF THEM, ALTHOUGH I SUBMIT TO YOU THE EVIDENCE SHOWS THEY ACTED TOGETHER AND KILLED ALICE DONOVAN, BUT WE DON'T HAVE TO PROVE THAT.    THERE IS A REASON FOR THAT.    WHEN TWO OR MORE PEOPLE DECIDE TO COMMIT VIOLENT ACTS AGAINST INNOCENT PEOPLE,  THEY DECIDE TO KILL INNOCENT PEOPLE AND LEAVING NO WITNESSES,  AND THAT IS NOT CAPTURED ON VIDEOTAPE, IT WOULD BE AN IMPOSSIBLE BURDEN FOR THE GOVERNMENT TO PROVE WHEN TWO OR MORE ARE INVOLVED IN A KILLING OF AN INNOCENT PERSON WITH NO WITNESSES. THE CITIZENS WOULD NOT FALL FOR THAT, NEITHER HAS CONGRESS, AND NEITHER HAS THE RULES OF LAW.

THE GOVERNMENT IS NOT SAYING THAT BRANDON BASHAM IS MORE CULPABLE THAN CHAD FULKS.    AND THE GOVERNMENT IS NOT SAYING THAT CHAD FULKS IS MORE CULPABLE THAN BRANDON BASHAM.    THE GOVERNMENT SUBMITS TO YOU,  LADIES AND GENTLEMEN,  BASED ON ALL OF THE EVIDENCE AND TESTIMONY THAT YOU HEARD, FROM THE ESCAPE THROUGH THE APPREHENSION,  THAT ANY REASONABLE, AND RATIONAL, AND OBJECTIVE JUROR OR PERSON,  LOOKING AT THE ACTIONS AND CONDUCT AS A WHOLE,  LOOKING AT THE ACTIONS AND CONDUCT OF CHAD AND BRANDON AS A WHOLE, CAN COME TO ONLY ONE CONCLUSION,  BUT FOR THE ACTIONS OF BRANDON BASHAM, ALICE DONOVAN WOULD BE ALIVE TODAY.    BUT FOR THE ACTIONS OF CHAD FULKS,  ALICE DONOVAN WOULD BE ALIVE TODAY.  THE TWO OF THEM ARE RESPONSIBLE FOR THE DEATH OF ALICE DONOVAN.  AND YOUR

WOODS. BUT, LADIES AND GENTLEMEN, THE EVIDENCE IS CLEAR, AGAIN, IT WAS A TWO-MAN TEAM. IT TOOK TWO, BOTH OF THEM. IT TOOK BRANDON BASHAM TO APPROACH MR. HAWKINS, IT TOOK BRANDON BASHAM TO DECEIVE MR. HAWKINS, IT TOOK BRANDON BASHAM TO ELEVATE THE THREAT LEVEL BY PULLING OUT THIS DEADLY WEAPON. MAKE NO MISTAKE ABOUT IT, LADIES AND GENTLEMEN, IT TOOK BOTH OF THEM.

NOW, CLEARLY, CLEARLY, CHAD FULKS WAS MORE AGGRESSIVE THAT NIGHT. I WILL GET TO THAT IN A MOMENT. AFTER THIS CARJACKING OCCURRED, IT WAS BRANDON BASHAM'S CHOICE TO PULL THIS KNIFE OUT. THAT IS WHY I ASKED MR. HAWKINS, DID YOU HEAR CHAD FULKS TELL BRANDON BASHAM TO PULL THIS KNIFE OUT? NO. WAS CHAD FULKS DOING ANY OF THE TALKING? NO. BRANDON BASHAM MADE THE CHOICE TO PULL THIS KNIFE OUT ON HIS OWN. HE MADE THE CHOICE TO TELL HAWKINS TO KEEP DRIVING ON HIS OWN. AND HE MADE ANOTHER CHOICE THAT NIGHT. DO YOU KNOW, BASED ON THE TESTIMONY OF MR. HAWKINS THAT ENTIRE NIGHT, THERE WAS ONLY, BETWEEN CHAD FULKS AND BRANDON BASHAM, ONCE THIS CARJACKING COMMENCED, CHAD FULKS WAS NEVER ALONE WITH MR. HAWKINS. NEVER. THE ONLY ONE OF THE TWO DEFENDANTS THAT WAS ALONE WITH MR. HAWKINS AFTER THE CARJACKING COMMENCED WAS BRANDON BASHAM. WHEN THEY PULLED INTO THAT GAS STATION, WHEN CHAD FULKS LEAVES MR. HAWKINS' TRUCK, HE IS IN THAT SERVICE STATION FOR A PERIOD OF TIME. HE IS HAVING TO PAY FOR THE GAS. AND DURING THAT TIME PERIOD, I ASKED MR. HAWKINS, WHY

DIDN'T YOU JUST LEAVE? IT IS JUST YOU AND MR. BASHAM? BECAUSE HE WAS AFRAID HE WAS GOING TO GET STABBED. YOU RECALL IT BECAUSE BRANDON BASHAM HAD A DEATH GRIP, MR. HAWKINS' WORDS, ON THIS KNIFE.

SO, LADIES AND GENTLEMEN, WHEN CHAD FULKS WAS IN THAT GAS STATION, BRANDON BASHAM HAD AN OPPORTUNITY TO MAKE MORE CHOICES. HE, ALONE, HE, ALONE, WAS KEEPING MR. HAWKINS FROM HIS FREEDOM IN THE CAB OF THAT TRUCK. AND HE, ALONE, CHOSE TO CONTINUE THAT CARJACKING AND TO CONTINUE THAT KIDNAPPING WHEN HIS COHORT WASN'T ANYWHERE NEAR THE TRUCK, BUT WAS INSIDE THE SERVICE STATION. THOSE WERE THE CHOICES THAT BRANDON BASHAM WAS MAKING. WAS CHAD FULKS MORE AGGRESSIVE, WAS HE CUSSING? YES. WAS HE ORDERING BRANDON TO TIE THAT TAPE TIGHTER? YES. WAS HE ORDERING MR. HAWKINS TO PUT HIS HANDS AND ARMS AROUND THAT TREE? YES. HE WAS MORE AGGRESSIVE.

LET ME NIP THIS WHOLE ISSUE ON AGGRESSIVENESS RIGHT NOW UP FRONT. LET'S JUST DEAL WITH IT RIGHT NOW. LADIES AND GENTLEMEN, WE PRESENTED YOU, THE GOVERNMENT, EVIDENCE OF THE ACTIONS AND THE CONDUCT OF BOTH BRANDON BASHAM AND CHAD FULKS OVER THIS 17-DAY PERIOD. WE WANTED YOU JURORS TO GET THE TOTAL PICTURE, TO SEE THE CONDUCT OF BOTH OF THESE GENTLEMEN. WERE THERE TIMES DURING THIS CRIME SPREE THAT CHAD FULKS WAS MORE AGGRESSIVE THAN BRANDON BASHAM? ABSOLUTELY. HE WAS MORE AGGRESSIVE THAN BRANDON BASHAM FROM THE WHIRLPOOL INCIDENT ON.

CHAD FULKS WAS MORE AGGRESSIVE THAN BRANDON BASHAM WHEN HE TRIED TO SHOOT CARL JORDAN IN THE HEAD.    AND CHAD FULKS WAS MORE AGGRESSIVE THAN BRANDON BASHAM WHEN HE POINTED THAT GUN AT TINA SEVERANCE'S HEAD AT THE LAKE SHORE MOTEL.

BUT IS THE EVIDENCE AND TESTIMONY JUST CHECKERED WITH INCONSISTENCIES THROUGHOUT THIS 17-DAY CRIME SPREE IN WHICH BRANDON BASHAM WAS MORE AGGRESSIVE THAN CHAD FULKS? MULTIPLE TIMES.    ABSOLUTELY, MULTIPLE TIMES.    BRANDON BASHAM WAS MORE AGGRESSIVE THAN CHAD FULKS WHEN HE PULLED THAT KNIFE ON HAWKINS.    BRANDON BASHAM WAS MORE AGGRESSIVE WHEN HE WAS HOLDING HAWKINS WITH THAT KNIFE WHILE FULKS WAS IN THE GAS STATION.    BRANDON BASHAM WAS MORE AGGRESSIVE THAN CHAD FULKS WHEN HE THREATENED TO KILL THOSE TWO COPS IN STURGIS, MICHIGAN.    BRANDON BASHAM WAS MORE AGGRESSIVE WHEN HE THREATENED TO KILL BETH MCGUFFIN'S FATHER.    BRANDON BASHAM WAS MORE AGGRESSIVE THAN CHAD FULKS TO SHOOT STACY WORKMAN'S BOYFRIEND IF HE CAME IN THE HOUSE.    BRANDON BASHAM WAS MORE AGGRESSIVE WHEN HE ENTERED ALICE DONOVAN'S CAR ARMED WITH A GUN.    HE WAS MORE AGGRESSIVE WHEN HE TRIED TO KILL OFFICER MATT DAVIS, FATHER OF TWO.    CHAD FULKS WAS MORE AGGRESSIVE THAN BRANDON BASHAM AT TIMES, AND BRANDON BASHAM WAS MORE AGGRESSIVE THAN CHAD FULKS AT TIMES.    THAT IS NOT THE POINT.

TWO OF THEM.    STATE OF MIND, ACTING VIOLENTLY, THREATENING, INTENT TO HARM, INTENT TO KILL, BOTH OF THEM TOGETHER ACTING AS A TEAM.

SIDES OF THE CAR.  YOU RECALL THE TESTIMONY OF LEATHERMAN. MUD ON PASSENGER'S SIDE AND MUD ON DRIVER'S SIDE.  MUD ON BOTH SIDES OF THE CAR, LADIES AND GENTLEMEN.  ALSO THE TESTIMONY OF TINA AND ANDREA WHEN THEY GOT BACK TO THE MOTEL ROOM THAT NIGHT,  THERE WAS MUD ON BRANDON BASHAM'S SHOES, CHAD FULKS'S BOOTS, MUD ON BRANDON BASHAM CLOTHES, AND CHAD FULKS.  MUD ON PASSENGER AND DRIVER, ALL OVER THEIR CLOTHES.

WHAT ELSE? THE TESTIMONY OF MR. HUGHES.  THE BODY WAS DUMPED IN THE RIVER.  THAT CAME FROM BRANDON BASHAM'S LAWYER IN KENTUCKY.  THE BODY WAS DUMPED IN THE RIVER.  WHAT IS BY THE RIVER? MUD.  MUD ON BOTH SIDES.  MUD ON BOTH CLOTHING. AND WHAT DOES THAT TELL YOU?  THAT BOTH BRANDON BASHAM AND CHAD FULKS WERE INVOLVED IN DUMPING SAMANTHA BURNS'S BODY IN A RIVER.  AND ASK YOURSELVES WHAT POSSIBLY COULD BRANDON BASHAM AND CHAD FULKS HAVE DONE TO SAMANTHA BURNS'S BODY? WHAT COULD THEY HAVE DONE TO HER BODY THAT THEY WANTED TO DUMP HER IN THAT RIVER TO MAKE SURE NO ONE EVER,  EVER FOUND HER AGAIN? WHAT DID THESE TWO MEN DO TO THAT LITTLE GIRL? BUT HE DIDN'T HAVE ANY INTENT ON NOVEMBER 14TH TO HURT ANYBODY.  HE WOULD NEVER DO SUCH A THING.

FINALLY,  FOR NINE-AND-A-HALF HOURS,  THE GOVERNMENT SUBMITS TO YOU,  NINE-AND-A-HALF HOURS,  THEY KEPT HER ALIVE BECAUSE SHE HAD TO DRIVE.  LADIES AND GENTLEMEN,  THEY WERE DISGUISED.  THEY WERE DISGUISED.  SAMANTHA BURNS COULD NEVER HAVE COME INTO A COURTROOM AND IDENTIFIED THEM.  THEY KILLED

CLOSING ARGUMENT BY MR. GASSER

12-41

SAMANTHA BURNS, AND THEY WERE DISGUISED.   THEN WEREN'T DISGUISED WHEN THEY ABDUCTED ALICE DONOVAN.   THEY DID WHAT THEY DID TO SAMANTHA BURNS.   THERE IS NO TELLING WHAT THEY DID TO HER FOR NINE-AND-A-HALF HOURS.   THEY KILLED HER, AND THEY WERE DISGUISED.

NOVEMBER 12TH, TUESDAY, EARLY THAT MORNING SOME TIME BEFORE SUNUP, CHAD FULKS AND BRANDON BASHAM ARRIVE BACK AT THE HOLLYWOOD MOTEL.   BRANDON BASHAM GETS IN THERE, HE TAKES HIS CLOTHES OFF.  RUNS IN, TAKES HIS CLOTHES OFF, DIRTY, MUDDY CLOTHES, TAKES A NICE LONG HOT SHOWER, PUTS ON BEDCLOTHES, CLIMBS IN BED WITH ANDREA RODDY.   CHAD FULKS GETS TO THE HOTEL ROOM, MAKES HIMSELF A SANDWICH, GETS HIMSELF A SODA, WAITS FOR HIS BUDDY TO GET OUT OF THE SHOWER, HE TAKES A LONG, HOT SHOWER, PUTS ON HIS BEDCLOTHES, AND CLIMBS IN BED. BRANDON BASHAM AND CHAD FULKS GO TO SLEEP.   JUST ANOTHER NIGHT ON THE TOWN FOR THESE TWO MEN, THESE TWO FRIENDS.

THEY GET UP THE NEXT MORNING, LEAVE HUNTINGTON, WEST VIRGINIA.   DESTINATION, ACCORDING TO CHAD FULKS, WE ARE GOING TO THE BEACH.   GOING TO THE BEACH.   BRANDON BASHAM WILLINGLY ARRIVES WITH HIM.   ARRIVES AT LAKE SHORE MOTEL.

WEDNESDAY, NOVEMBER 13TH, 2002.   THESE TWO GENTLEMEN GET UP AND THEY LEAVE TINA AND ANDREA AT LAKE SHORE MOTEL.   WHERE DO WE KNOW THEY WENT? BETWEEN TWO AND 2:30, HELEN COOK, WHO TOOK THE WITNESS STAND, THEY WENT TO SAVANNAH BLUFF.  SHE WAS GETTING READY TO GO PICK HER CHILDREN UP FROM SCHOOL.

CLOSING ARGUMENT BY MR. GASSER

WEDNESDAY, NOVEMBER 13TH, BRANDON BASHAM AND CHAD FULKS, TWO ESCAPEES FROM KENTUCKY, ARE DRIVING AROUND THE ROADS, STREETS OF SOUTH CAROLINA LOOKING FOR TROUBLE, AND THEY FOUND IT. THEY SURE DID FIND IT THAT NEXT DAY. BUT ON THAT WEDNESDAY, LADIES AND GENTLEMEN, THAT VAN IS IN THE SAVANNAH BLUFF AREA. LATER ON THAT DAY, GO BREAKING INTO CARS AND STEALING PURSES. GET INTO THE HOTEL ROOM, TINA WAS LOOKING THROUGH THE BAG OF ID'S I TOLD YOU ABOUT BEFORE. THE FOUR OF THEM DECIDE TO GO SHOPPING, GO TO A BUNCH OF OUTLET MALLS IN MYRTLE BEACH, BUNCH OF DEPARTMENT STORES. CHAD IS USING THE CREDIT CARDS, HE IS THE CREDIT CARD FRAUD GUY, BRANDON IS FORGING CHECKS. THEY ARE BUYING CLOTHES. ON THE WAY BACK, THEY STOP OFF AT FOOD LION. THEY STOP OFF AT FOOD LION, BUY WINE, GO BACK TO THE MOTEL ROOM.

THIS IS IMPORTANT, LADIES AND GENTLEMEN. IF YOU WANT TO DELVE INTO THE MIND OF BRANDON BASHAM, IF YOU WANT TO LOOK INTO HIS SOUL, WHAT DOES HE DO THAT WEDNESDAY NIGHT? WHEN HE GETS BACK TO THE MOTEL ROOM, THEY GOT THE WINE, GOT THE BOOZE, HE GOES OUT, FINDS SOMEBODY IN THE HOTEL TO SELL HIM SOME DOPE. HE BUYS SOME DOPE FOR HE AND HIS FRIEND CHAD AND HIS LADY FRIENDS. THAT WEDNESDAY NIGHT, BRANDON BASHAM AND CHAD FULKS, THEY DRINK WINE, THEY SMOKE DOPE, AND THEY PLAY CARDS. LESS THAN 48 HOURS AFTER KIDNAPPING, ABDUCTING, DOING WHO KNOWS WHAT TO 19-YEAR-OLD SAMANTHA BURNS, KILLING HER AND DUMPING THAT GIRL'S BODY IN THE RIVER, BRANDON BASHAM

12-43

IS DRINKING WINE, AND SMOKING DOPE, AND PLAYING CARDS BECAUSE HE IS AT THE BEACH.   AND HE IS HAVING FUN.   THEY EITHER PASS OUT OR GO TO BED THAT NIGHT.  AND SOME 20 OR 25 MILES AWAY, ALICE DONOVAN,  44-YEARS-OLD,  SHE IS GOING TO BED THAT NIGHT WITH HER HUSBAND OF TEN YEARS, BARRY.  GOING TO BED THAT NIGHT, KNOWING HER TWO DAUGHTERS ARE LIVING WITH HER,  HER GRANDSON ANTHONY.   KNOWING THE NEXT DAY IS HER DAY OFF AND HAVING NO IDEA OF THE HORROR THAT AWAITS HER AND THE NAMES OF BRANDON BASHAM AND CHAD FULKS.

THURSDAY, NOVEMBER 14TH,  2002,  ALICE DONOVAN'S LAST DAY ON THIS EARTH.   HOW DOES IT START FOR BRANDON BASHAM AND CHAD FULKS? THEY GET UP,  DESTINATION BEACH WALK MOTEL.   THEY LEAVE LAKE SHORE IN LITTLE RIVER, GO DOWN TO MYRTLE BEACH.   THEY CHECK IN, WE KNOW SOMEWHERE AROUND 12,  12:30 BECAUSE OF TONYA RICHARD'S TESTIMONY.  THEY ARE SCOPING AGAIN,  IN HORRY COUNTY LOOKING FOR TROUBLE.   TONYA HAD HEARD ABOUT THE GREEN VAN, SHE PULLS UP, SHE IS LOOKING, SHE SEES THE BLOND-HAIRED GUY DRIVING, AND THE DARK-HAIRED GUY,  SHE SEES THE DARK-HAIRED GUY REACHING FOR SOMETHING, AND THE BLOND-HAIRED GUY KEEPING HIM FROM GRABBING WHATEVER HE IS GOING TO GRAB.   GETS BEHIND THEM, TAKES DOWN INDIANA LICENSE PLATE THAT MATCHES TINA SEVERANCE.

THE ATTEMPTED SHOOTING OF CARL JORDAN.  NO QUESTION ABOUT IT,  CARL JORDAN ARRIVES BETWEEN 1:45 AND 2:00 O'CLOCK AT HIS SON SAM JORDAN'S RESIDENCE.   NO QUESTION, CHAD FULKS WALKS

CLOSING ARGUMENT BY MR. GASSER

OUT THE BACK DOOR, HE IS NOT ARMED, AT THAT TIME, GETS INTO THE DRIVER SEAT OF THE VAN. THERE IS NO QUESTION THAT SHORTLY THEREAFTER, BRANDON BASHAM COMES RUNNING AROUND THE FRONT SHOOTING. YOU HAVE TO PUT YOURSELF IN CARL JORDAN'S PERSPECTIVE. HE HEARS GUNSHOTS, SEES SOMEONE POINTING IN THE GENERAL DIRECTION. HE IS CRUNCHING DOWN. HE MAY NOW KNOW THAT BRANDON BASHAM HAD A BETTER OPPORTUNITY TO SHOOT HIM. AT THAT TIME, HE SEES BRANDON BASHAM RUNNING AROUND THE CORNER SHOOTING AT HIM. NO QUESTION, CHAD FULKS SHOOTS OUT THAT BACK WINDOW WITHIN A FOOT OF HIS HEAD. NO QUESTION ABOUT IT. NO QUESTION, AS MR. JORDAN IS DRIVING AWAY, SHOTS ARE BEING FIRED. DON'T KNOW IF THEY ARE COMING FROM THE PASSENGER SIDE OR DRIVER SIDE. SHOTS ARE BEING FIRED AT HIM. NO QUESTION ABOUT IT, LADIES AND GENTLEMEN, INSIDE THE VAN WERE ITEMS THAT THEY WERE GETTING READY TO STEAL. ONCE YOU PICK SOMETHING UP AND MOVE IT OF SOMEBODY ELSE'S POSSESSION, THAT IS ENOUGH EVIDENCE FOR POSSESSION. I WILL GET TO THAT IN A MOMENT, BUT WE ALSO KNOW THE GUNS, THOSE RIFLES AND SHOTGUNS, WERE SAM JORDAN'S. BOTH BRANDON BASHAM AND CHAD FULKS ARE FELONS IN POSSESSION, THEY POSSESSED THOSE, NO MATTER HOW LONG IT WAS, THEY DID POSSESS THEM JOINTLY FOR A PERIOD OF TIME THAT DAY. THEY ARE AFTER MORE GUNS, MORE SHOTGUNS AND MORE RIFLES IS WHAT BRANDON BASHAM AND CHAD FULKS ARE AFTER. SO, WHAT WERE THEY DOING? YOU GOT TO REMEMBER, AGAIN, THIS WAS A TWO-MAN TEAM THAT DAY. IT WAS BRANDON BASHAM AND CHAD FULKS

CLOSING ARGUMENT BY MR. GASSER

BURGLARIZING SAM JORDAN'S HOUSE.  IT WAS BRANDON BASHAM AND CHAD FULKS LOOKING THROUGH SAM JORDAN'S WIFE'S DRAWERS,  HER MOST PERSONAL POSSESSIONS,  HER JEWELRY, OR HER CLOTHES.  IT WAS BRANDON BASHAM AND CHAD FULKS GOING INTO SAM JORDAN'S LITTLE BOYS' ROOMS,  RUMMAGING THROUGH HIS CHILDRENS' STUFF. BRANDON BASHAM AND CHAD FULKS DOING THAT IN BROAD DAYLIGHT IN HORRY COUNTY,  SOUTH CAROLINA,  ARMED AND DANGEROUS.

THEY LEAVE CARL JORDAN'S.  LOOK AT THIS AERIAL PHOTOGRAPH. THEY LEAVE CARL JORDAN'S DRIVING REAL FAST,  IN THAT VAN. COOPER METAL IS ON THE RIGHT.  THEY ARE DRIVING SO FAST, THEY ARE DRIVING SO FAST THAT CHAD FULKS ALMOST HITS AND KILLS BILLY MARTINI.  WHAT DOES BILLY MARTINI, WHEN THAT VAN MAKES THAT THREE-POINT TURN AND SLOWS DOWN AND BILLY MARTINI IS A COUPLE FEET AWAY AND HE HAS THE OPPORTUNITY TO LOOK INTO THAT WINDSHIELD, WHAT DOES HE SEE? HE SEES CHAD FULKS, THE GUY WITH THE BLOND HAIR DRIVING, AND HE SEES THE GUY NEXT TO HIM REACHING FOR SOMETHING, AND THE GUY IN THE BLOND HAIR TRYING TO KEEP HIS HAND DOWN,  TRYING TO KEEP THE GUY WITH THE SHORT BRUNETTE HAIR,  HE IS REACHING FOR SOMETHING.  WHEN THEY ARE DOING THAT THREE-POINT TURN THERE AT COOPER METALS, WHAT DO YOU THINK BRANDON BASHAM IS REACHING FOR? YOU THINK HE IS REACHING FOR A CAMERA?  DO YOU THINK HE IS GOING TO TAKE A SNAPSHOT? THEY ARE ARMED AND DANGEROUS,  LADIES AND GENTLEMEN.

AND THEN THEY GET THAT VAN STUCK AT THE WILLIAMSON RESIDENCE.  THEY CROSS THIS FIELD YOU SEE OVER HERE ON THE

LEFT-HAND SIDE, MORE RESIDENCES, THAT TREELINE BACK THERE IS WHERE THIS CAMOUFLAGE BAG EVENTUALLY WAS FOUND, THIS BAG THAT EVERYBODY SAID WHENEVER THEY SAW ANYBODY HOLDING THIS BAG IT WAS IN BRANDON BASHAM'S POSSESSION. THE BAG THAT GUN WAS FOUND IN WAS ALWAYS IN BRANDON BASHAM'S POSSESSION. THEY DUMPED THAT BAG, AND BRANDON BASHAM APPROACHES MS. MOORE. BRANDON BASHAM, JUST LIKE THE JAMES HAWKINS. BRANDON BASHAM IS DOING THE TALKING. BRANDON BASHAM IS DOING THE DECEIVING. BRANDON BASHAM IS DOING THE LYING. CHAD FULKS STANDING A FEW FEET BEHIND HIM. THEY BELIEVE MS. MOORE, ACTING ALL SUSPICIOUS YOU RECALL THAT TESTIMONY, I WON'T GO OVER IT. YOU RECALL THAT TESTIMONY. THEY CROSS THE STREET TO GO TO OUIDA HYMAN, STEAL A OUIDA HYMAN TRUCK, IT HAS THE KEYS OF IT. THE ABDUCTION OF ALICE DONOVAN. NO QUESTION ONE OF THE INTENTIONS OF CHAD FULKS AND BRANDON BASHAM IS WHEN THEY GOT THAT WHITE PICKUP TRUCK, WANTED NEW WHEELS. ONLY ONE OF THEIR INTENTIONS. NOBODY WAS CHASING THEM AT THAT POINT. I MEAN, THEY HAD TO ASSUME, THE GOVERNMENT SUBMITS, THAT YOU KNOW MS. MOORE SAW THEM, MS. HYMAN SAW THEM, THEY WANT TO GET RID OF THE CAR, NO ONE IS CHASING THEM. MS. HYMAN SAID THE WAL-MART IS 10 TO 11 MILES AWAY. CHAD FULKS AND BRANDON BASHAM HAD 10 OR 11 MILES TO THINK ABOUT WHERE THEY WOULD GET THEIR NEXT CAR. YOU SAW THAT WAL-MART. YOU HAVE BEEN TO WAL-MART BEFORE IN THE MIDDLE OF THE AFTERNOON. YOU KNOW HOW CROWDED THEY ARE. THINK OF THE OPTIONS THEY MUST HAVE HAD.

CLOSING ARGUMENT BY MR. GASSER

IF ALL THEY WANTED WAS A CAR, JUST STEALING A CAR WAS THE ONLY THING, IF THEY DIDN'T WANT PURSES, AND IF THEIR INTENTIONS WEREN'T MORE DEVIANT WHEN IT CAME TO SNATCHING WOMEN, WHY DIDN'T THEY JUST BUMRUSH MS. MOORE? SHE IS STANDING THERE IN THE OPEN. SOME 70-PLUS-YEAR-OLD WOMAN STANDING THERE WITH AN OPEN STORM DOOR, CAR WAS IN THE CARPORT. IT WOULD HAVE BEEN AWAY FROM EVERYBODY. IF ALL THEY WANTED WAS A CAR, WHY NOT BUMRUSH MS. MOORE? IF ALL THEY WANTED WAS A CAR, WHY NOT KNOCK ON MS. HYMAN'S RESIDENCE, SEE SHE IS ELDERLY, BUMRUSH HER. THE GOVERNMENT SUBMITS THEIR INTENT WAS MORE DEVIANT THAN THAT. IT WASN'T JUST A CAR. WHY DIDN'T THEY APPROACH AN ELDERLY MAN IN THE WAL-MART PARKING LOT? APPROACH SOMEBODY THAT WAS NOT IN GOOD SHAPE OR WOULDN'T BE ABLE TO FIGHT BACK, SOME MAN OR SOME YOUNG TEENAGE BOY? WHY DID THEY TARGET ANOTHER WOMAN? THE GOVERNMENT SUBMITS TO YOU THEY TARGETED ALICE DONOVAN BECAUSE SHE WAS A FEMALE, BECAUSE SHE WAS RELATIVELY YOUNG, AND THEY COULD SEE THAT ON THAT BROAD DAYLIGHT AND BECAUSE SHE WAS ALONE.

AND, LADIES AND GENTLEMEN, MAKE NO MISTAKE ABOUT IT, IT TOOK THE ACTIONS OF CHAD FULKS AND THE ACTIONS OF BRANDON BASHAM TO CARRY OUT THAT KIDNAPPING, TO CARRY OUT THAT CARJACKING. NOW, WHAT HAPPENS? THE VIDEO. WATCH THIS VIDEO VERY BRIEFLY. HERE IS THE PICKUP OF ALICE. THERE IS ALICE PULLING IN. THERE IS BRANDON GETTING OUT RIGHT THERE.

EVERYONE AGREES CHAD FULKS IS DRIVING.  EVERYBODY.  LADIES AND GENTLEMEN, CHAD FULKS HAD CHOICES THAT DAY.  CHAD FULKS CHOSE TO DRIVE THAT PICKUP TRUCK, AND CHAD FULKS CHOSE TO DRIVE THAT PICKUP TRUCK BEHIND ALICE DONOVAN'S BMW.  BUT GUESS WHAT? BRANDON BASHAM HAD HIS OWN CHOICES THAT AFTERNOON. BRANDON BASHAM CHOSE TO JUMP OUT OF THAT TRUCK BEFORE IT WAS EVEN STOPPED.  NOBODY FORCED HIM TO DO THAT.  BRANDON BASHAM CHOSE ALICE DONOVAN.  HE DIDN'T KNOW WHAT HER NAME WAS.  HIS CHOICE.  HE CHOSE TO JUMP OUT AND RUN UP TO THAT CAR.  AND THIS IS FAST TIME,  YOU REMEMBER ALL OF THE TESTIMONY WHEN MR. SCHOOLS WAS PUTTING THIS IN,  FROM THE TIME THAT BRANDON BASHAM JUMPS OUT OF THAT PICKUP TRUCK, TO THE TIME THAT ALICE DONOVAN'S CAR PULLS OUT AND HEADS TO THE BACK OF THAT PARKING LOT,  46 SECONDS.  GIVE THEM SIX SECONDS TO JUMP IN ALICE DONOVAN'S CAR.  LET'S JUST GIVE THEM -- LET'S GIVE BRANDON BASHAM SIX SECONDS.  CHOICES.  ON NOVEMBER 14TH,  2002, BETWEEN 2:30 AND 3:00 O'CLOCK, IN THE WAL-MART PARKING LOT IN HORRY COUNTY, BRANDON BASHAM HAD CHOICES AND BRANDON BASHAM ALONE.  HE WAS ALONE WITH ALICE DONOVAN.  HE WAS ALONE WITH HER ARMED.  AND FOR 46 -- 40 SECONDS BRANDON BASHAM HAD CHOICES TO MAKE.  IT WAS HIS CHOICE TO POINT THIS GUN AT ALICE DONOVAN.  HIS CHOICE TO ORDER ALICE DONOVAN TO THE BACK OF THAT PARKING LOT.  CHAD FULKS -- BRANDON BASHAM IS IN THIS BMW.  CHAD FULKS IS IN ANOTHER VEHICLE.  THOSE CHOICES THAT WERE MADE WITH ALICE DONOVAN IN THAT BMW WERE BRANDON BASHAM'S

CLOSING ARGUMENT BY MR. GASSER

CHOICES AND HIS CHOICES ALONE.  HIS CHOICE.  AND HE MADE IT. HE INITIATED THAT CARJACKING AND HE INITIATED THAT KIDNAPPING, AND HE, ALONE, WAS IN THAT BMW.  HIS CHOICE.  THEY DRIVE THE BMW,  ORDER ALICE DONOVAN TO DRIVE TO THE BACK PARKING LOT. CHAD FULKS DROPS OFF THE PICKUP TRUCK,  GETS IN THE CAR.

WHAT HAPPENS AFTER SHE IS ABDUCTED? WHAT HAPPENS, LADIES AND GENTLEMEN?  WELL,  THEY GO TO ATM MACHINES.  NO QUESTION, CHAD FULKS IS DRIVING, NO QUESTION.  WHO IS IN THE BACK SEAT WITH ALICE DONOVAN? THINK ABOUT THIS.  BUT FOR THE ACTIONS OF BRANDON BASHAM AND CHAD FULKS,  THEY NEVER COULD HAVE DONE THIS.  IF THERE WAS NOBODY IN THE BACK SEAT HOLDING ALICE DONOVAN HOSTAGE IN THE BACK SEAT OF HER BMW AND CHAD FULKS IS DRIVING THE CAR,  SHE GETS OUT OF THE CAR.  SHE GETS OUT OF THE CAR.  WHERE DO THEY GO? THEY GO TO THE PANTRY ON HIGHWAY 90.  WHO GOES INSIDE THE PANTRY ON HIGHWAY 90? BRANDON BASHAM? NOT BRANDON BASHAM.  CHAD FULKS.  EVERYBODY AGREES WITH THAT, AS WELL.  GO TO THE PANTRY ON HIGHWAY 90 IN BROAD DAYLIGHT ON THURSDAY, NOVEMBER 2ND,  THEY PARK THAT CAR, ALICE DONOVAN'S BMW,  SO WHEN CHAD FULKS IS INSIDE THAT PANTRY TRYING TO ACCESS ALICE DONOVAN'S ATM CARD, WHEN HE IS IN THAT PANTRY ALONE,  YOU SAW HOW LONG HE IS IN THAT PANTRY, WHO IS IN THE CAR WITH ALICE DONOVAN? WHO IS MAKING CHOICES? WHO IS HOLDING ALICE DONOVAN AT GUNPOINT? THIS IS BROAD DAYLIGHT. DON'T YOU THINK IF ALICE DONOVAN COULD HAVE SCREAMED OUT FOR HELP,  DON'T YOU THINK ALL OF THE PEOPLE, THEY WOULD ALL BE

WALKING IN AND OUT OF PANTRY'S ALL DAY LONG, MIDDLE OF THE AFTERNOON, HIGHWAY 90, DON'T YOU THINK IF SHE COULD HAVE SCREAMED OUT FOR HELP, SHE WOULD? DON'T YOU THINK IF SHE COULD HAVE LEFT THAT CAR, SHE WOULD? THE ONLY PERSON MAKING CHOICES OF ALICE DONOVAN'S FREEDOM WHEN CHAD FULKS IS IN THAT PANTRY IS BRANDON BASHAM, BRANDON BASHAM ALONE.

IT DOESN'T STOP THERE. THEY LEAVE THAT PANTRY. CHAD FULKS IS UNSUCCESSFUL. THEY GO TO CAROLINA FIRST, DIAGONAL TO LAKE SHORE MOTEL ON HIGHWAY 17. MANY OF YOU JURORS KNOW HOW BUSY THAT IS IN LITTLE RIVER, YOU SAW THE VIDEO. CHAD FULKS WALKS UP TO THE DRIVE-THROUGH, STANDING AT THE ATM. WHO IS IN THE CAR WITH ALICE DONOVAN? ALICE DONOVAN ISN'T WALKING AWAY, ISN'T SCREAMING. WHO IS KEEPING ALICE DONOVAN FROM HER FREEDOM? WHO IS MAKING CHOICES TO MAKE SURE THAT ALICE DONOVAN'S FATE IS SEALED? KIDNAPPING AND CARJACKING ARE CONTINUOUS OFFENSES.

LADIES AND GENTLEMEN, THERE IS NO EVIDENCE, AT ANY TIME, ON NOVEMBER 14TH THAT CHAD FULKS WAS EVER ALONE WITH ALICE DONOVAN. AND YET YOU HAVE SEEN, WE HAVE SHOWN YOU THE PHOTOGRAPHS AND THE PICTURES. NOT ONCE, NOT TWICE, NOT THREE TIMES, BECAUSE I AM GETTING READY FOR THE FOURTH TIME BRANDON BASHAM WAS ALONE IN THE WAL-MART PARKING LOT WITH ALICE DONOVAN, ALONE WITH ALICE DONOVAN AT THE PANTRY ON HIGHWAY 90, ALONE WITH ALICE DONOVAN AT CAROLINA FIRST.

IT GETS BETTER THAN THAT, LADIES AND GENTLEMEN. THEY

LEAVE, GO TO THE AMOCO IN SHALLOTTE, NORTH CAROLINA, THE DODGE AMOCO. NO QUESTION, CHAD FULKS PULLS UP, HE WAS DRIVING, NO QUESTION ABOUT IT. YOU HAVE SEEN THAT VIDEO, LADIES AND GENTLEMEN. YOU REMEMBER HOW LONG CHAD FULKS WAS IN THAT CONVENIENT STORE? TWO MINUTES AND 45 SECONDS. CHAD FULKS WALKS IN, AND YOU SAW WHERE THAT CAR WAS PARKED, TWO MINUTES AND 45 SECONDS IN BROAD DAYLIGHT WITH ALL OF THOSE PEOPLE COMING AND GOING, AND ALICE DONOVAN IS IN THE BACK SEAT OF HER BMW WITH BRANDON BASHAM. AT THAT POINT IN TIME, LADIES AND GENTLEMEN, BRANDON BASHAM'S WILLFUL CONDUCT IS THAT HE IS HOLDING ALICE DONOVAN HOSTAGE, BECAUSE IF HE WASN'T HOLDING HER HOSTAGE, SHE COULD GET OUT OF HER CAR AND COULD WALK INTO THE CONVENIENT STORE WHERE THERE ARE DOZENS AND DOZENS OF PEOPLE TO PROTECT HER. FOR TWO MINUTES 45 SECONDS, BRANDON BASHAM IS MAKING CHOICES. TWO MINUTES 45 SECONDS, BRANDON BASHAM CONTINUES TO CHOOSE DEATH FOR ALICE DONOVAN. FOUR TIMES BRANDON BASHAM IS ALONE WITH ALICE DONOVAN. FOUR TIMES. HE HAS CHOICES TO MAKE.

THEY LEAVE THE BEE TREE FARM -- I'M SORRY, LEAVE THE DODGE AMOCO AND DRIVE TO BEE TREE FARMS. WHAT EVIDENCE DO WE HAVE OF BEE TREE FARMS? LET ME GET BACK TO DODGE AMOCO. LET ME SHOW YOU THIS STILL PHOTOGRAPH. THERE IS CHAD FULKS CALM, COOL, LOOK AT HIM, PUMPING GAS WITH HIS HAND IN HIS POCKET LIKE HE IS GETTING READY TO GO TAILGATE FOR A FOOTBALL GAME. WHAT DO YOU NOT SEE? YOU HAVE AN OPEN VIEW OF THE DRIVER'S

CLOSING ARGUMENT BY MR. GASSER

SEAT AND PASSENGER SEAT.  BRANDON BASHAM IN THE BACK SEAT OF THAT CAR WHILE CHAD FULKS IS CASUALLY PUMPING GAS, BRANDON BASHAM IS MAKING SURE ALICE DONOVAN IS NOT TALKING,  IS NOT SCREAMING,  IS NOT RESISTING.

WHAT ELSE,  LADIES AND GENTLEMEN?  REMEMBER THIS DUCT TAPE, GOVERNMENT'S 23-B.  DUCT TAPE FOUND IN ALICE DONOVAN'S CAR UP IN INDIANA.  SIX,  SIX FINGERPRINTS OF BRANDON BASHAM TAKEN OFF THAT DUCT TAPE THAT WAS FOUND IN ALICE DONOVAN'S CAR.  SIX OF HIS FINGERPRINTS.  BEE TREE FARM.  THEY GO TO BEE TREE FARM,  NO QUESTION CHAD FULKS IS DRIVING.  IF IT WAS CHAD FULKS, CHAD FULKS, ALONE,  ANY TIME HE SLOWS DOWN,  ALICE DONOVAN IS SLIPPING OUT OF THE CAR.  EVEN IF SHE INJURES HERSELF GOING 5,  10-MILES PER HOUR IN A TURN,  NO PERSON,  NO WOMAN IN THE BACK SEAT OF THE CAR WITH PERPETRATOR DRIVING, IS NOT GOING TO JUMP OUT.  BRANDON BASHAM IS NOT DRIVING AGAIN,  TWO OF THEM,  TOOK TWO OF THEM TO GET THEM TO THE ISOLATED AREA.  CHAD FULKS TO DRIVE,  BRANDON BASHAM TO MAKE SURE SHE DIDN'T GET AWAY.  BOTH OF THEM TOGETHER ACTING AS A TEAM.

BEFORE THEY GET TO THE HUNT CLUB, AROUND 4:30 THEY FORCE ALICE DONOVAN TO MAKE A PHONE CALL TO CALL HOME.  THE GOVERNMENT SUBMITS THERE ARE TWO REASONS:  ONE,  THEY WANT MORE TIME IN ORDER TO FLEE SOUTH CAROLINA,  IN ORDER TO CONTINUE THEIR ESCAPE,  IF YOU WILL.  AND THE OTHER, THE GOVERNMENT SUBMITS, BECAUSE THEY WANTED MORE TIME TO DO

EVERYTHING. AND CHAD FULKS IS DRIVING BACK. HE DRIVES BACK TO BETH MCGUFFIN'S, AND HE IS LYING. CHAD FULKS IS ALONE WITH BETH MCGUFFIN. LYING TO HER ABOUT WHAT HAPPENED AT ASHLAND MALL, WITH EVERY OPPORTUNITY TO TELL BETH MCGUFFIN HE IS AFRAID OF BRANDON BASHAM. BRANDON BASHAM IS IN A HOSPITAL IN ASHLAND, KENTUCKY, LYING TO THE POLICE OFFICERS, HAVING THE OPPORTUNITY TO TELL THEM HOW HE IS AFRAID OF CHAD FULKS. THESE BUDDIES, THESE PALS, THESE FRIENDS, THEY ARE SEPARATED, THEIR PLAYBOOK, THEY ARE PLAYING THE GAME IN TWO SEPARATE LOCATIONS.

MONDAY, NOVEMBER 18TH, CHAD FULKS GETS IN A HIGH-SPEED CHASE WITH THE TROOPERS IN OHIO AND ALMOST KILLS A TROOPER, TROOPER MALO. AND THAT SAME MONDAY, LAW ENFORCEMENT AUTHORITIES IN KENTUCKY COME TO FIND OUT THE TRUE IDENTITY OF JOSH RITTMAN; IT IS THE DEFENDANT, BRANDON BASHAM.

TUESDAY, NOVEMBER 19TH, CHAD FULKS IS ARRIVING IN GOSHEN, INDIANA, AT HIS BOTHER RONNIE'S HOUSE IN ALICE DONOVAN'S BMW. THAT TUESDAY, BRANDON BASHAM IS BEGINNING A SERIES OF LIES AND DECEITS WITH THE FBI DURING INTERVIEWS THAT DAY.

WEDNESDAY, CHAD FULKS IS ARRESTED OUTSIDE OF GOSHEN, INDIANA WITHOUT INCIDENT. ALICE DONOVAN'S BMW IS FOUND IN THAT BARN SILO AND THAT FIELD, AND BRANDON BASHAM IS CONTINUING TO MANIPULATE LAW ENFORCEMENT.

SEVENTEEN DAYS, LADIES AND GENTLEMEN. SEVENTEEN DAYS IN NOVEMBER OF 2002, SEVENTEEN DAYS OF CARNAGE. TWO MURDERS,

CLOSING ARGUMENT BY MR. GASSER

TWO ATTEMPTED MURDERS, THREE KIDNAPINGS, THREE CARJACKINGS, AN ATTEMPTED KIDNAPPING AND CARJACKING OF A 15-YEAR-OLD GIRL COMMITTED BY BRANDON BASHAM AND CHAD FULKS TOGETHER AS A TEAM IN UNISON. TWO DEAD WOMEN AND COUNTLESS NUMBER OF LIVES RUINED FOREVER BECAUSE OF THE ACTIONS, AND THE CONDUCT, AND THE CHOICES OF BRANDON BASHAM.

LADIES AND GENTLEMEN, LET ME TALK TO YOU BRIEFLY ABOUT THESE LEGAL MATTERS. FIRST, FIVE LEGAL PRINCIPLES. CONSTRUCTIVE POSSESSION YOU WILL HEAR ABOUT. YOU CAN ACTUALLY POSSESS SOMETHING LIKE WHEN YOU ARE ACTUALLY HOLDING IT AND YOU CAN CONSTRUCTIVELY POSSESS SOMETHING. MEANING IF -- YOU CAN CONSTRUCTIVELY POSSESS SOMETHING BY EXERCISING DOMINION AND CONTROL OVER IT. TO THE EXTENT ALL OF THESE GUNS ARE STOLEN, THE GOVERNMENT SUBMITS THAT CHAD FULKS AND BRANDON BASHAM, AT TIMES THEY ACTUALLY POSSESSED THE GUNS, BUT MORE IMPORTANTLY, THEY JOINTLY AND CONSTRUCTIVELY POSSESSED ALL OF THE FIREARMS BECAUSE THEY WERE TOGETHER THE WHOLE TIME.

AN EXAMPLE, SOME OF YOU WERE DRIVING TO THE COURTHOUSE, YOU MIGHT HAVE HAD A CUP OF COFFEE. WHEN THAT CUP OF COFFEE WAS IN YOUR CONSOLE, IF YOU HAD BEEN PULLED OVER BY THE POLICE FOR A SPEEDING TICKET, THAT CUP OF COFFEE IN YOUR HAND, YOU WOULD BE IN ACTUAL POSSESSION. IF YOUR PURSE WAS IN THE CONSOLE OR IN THE FLOORBOARD OF YOUR CAR, YOU ARE NOT IN ACTUAL POSSESSION, YOU ARE CONSTRUCTIVELY, YOU EXERCISE DOMINION AND CONTROL. BRANDON BASHAM AND CHAD FULKS ACTING

TODAY.  AND THAT SUGGESTION THAT HE HAD NOTHING TO DO WITH HER, THE GOVERNMENT SUBMITS,  I WILL FINISH UP, THE EVIDENCE IS CLEAR, THAT HE PARTICIPATED DIRECTLY IN HER DEATH.

THE COURT:  MR. GASSER, IF YOU COULD, SLOW DOWN A LITTLE BIT.  I WILL NOT CALL TIME ON YOU.  I WILL NOT SIT YOU DOWN.  TAKE ALL THE TIME YOU NEED.  IF YOU COULD, SLOW DOWN JUST A LITTLE BIT.

MR. GASSER:  I APOLOGIZE TO THE COURT REPORTER.  THANK YOU,  YOUR HONOR.

MR. GASSER:  LADIES AND GENTLEMEN,  I WANT TO THANK YOU.  I AM TRYING TO GET IN AS MUCH AS POSSIBLE AS A REPRESENTATIVE OF THE PROSECUTION.  TRYING TO GET AS MUCH FACTS IN AND EXPLAIN AS MUCH LAW.

LET ME EXPLAIN THIS.  I HAVE BEEN TALKING AWHILE, AND EVERY ONE OF YOU HAVE BEEN PAYING ATTENTION.  I REALLY APPRECIATE THAT.  I AM TOWARDS THE END OF MY CLOSING ARGUMENT.  IF YOU WILL JUST BEAR WITH ME FOR A WHILE,  I WOULD APPRECIATE IT.

THE CARJACKING, THE INTENT FACTOR.  AGAIN,  I WILL NOT GO THROUGH ALL OF THOSE ELEMENTS,  COUNT 3,  COUNT 4,  COUNT 5, COUNT 6,  COUNT 7,  COUNT 8.  YOU HEARD THE EVIDENCE AND TESTIMONY.  YOU WILL HAVE THEM BACK THERE.  IT IS THE GOVERNMENT'S POSITION THAT THE EVIDENCE IS OVERWHELMING.  HE IS GUILTY OF THOSE CONSPIRACIES,  AIDING, ABETTING, TRANSPORTING ALICE IN THAT MOTOR VEHICLE ACROSS STATE LINES.

CLOSING ARGUMENT BY MR. GASSER

CLEARLY, THE MOST IMPORTANT, KIDNAPPING AND CARJACKING.   THE KEY TO THIS INTENT FACTOR IS CARJACKING.

THE FOURTH ELEMENT THE GOVERNMENT MUST PROVE, BEYOND A REASONABLE DOUBT, THAT THE DEFENDANT ACTED WITH INTENT TO CAUSE DEATH OR SERIOUS BODILY HARM.   WHAT DOES THAT MEAN? TO ESTABLISH THIS ELEMENT,  THE GOVERNMENT MUST PROVE THAT, AT THE MOMENT THE DEFENDANT DEMANDED OR TOOK CONTROL OVER THE VEHICLE,  THE DEFENDANT POSSESSED THE INTENT TO SERIOUSLY HARM OR KILL ALICE DONOVAN.   THE GOVERNMENT MAY ALSO MEET ITS BURDEN AS TO THE INTENT ELEMENT BY PROVING, AT THE MOMENT THE DEFENDANT DEMANDED OR TOOK CONTROL OF THE VEHICLE,  THAT THE DEFENDANT POSSESSED THE INTENT TO SERIOUSLY HARM OR KILL ALICE DONOVAN, IF NECESSARY, TO STEAL THE CAR.   FURTHER, THE GOVERNMENT NEED NOT PROVE,  THE GOVERNMENT NEED NOT PROVE THAT THE DEFENDANT ACTUALLY INTENDED TO CAUSE THE HARM, IT IS SUFFICIENT THAT THE DEFENDANT WAS CONDITIONALLY PREPARED TO ACT IF ALICE DONOVAN FAILED TO RELINQUISH THE CAR.   EVIDENCE THAT THE DEFENDANT INTENDED TO FRIGHTEN ALICE DONOVAN IS NOT SUFFICIENT BY ITSELF TO PROVE AN END TO HARM OR KILL.   IT IS, HOWEVER,  ONE OF THE FACTS YOU MAY CONSIDER IN DETERMINING WHETHER THE GOVERNMENT HAS MET ITS BURDEN.

THE KEY PHRASE THERE,  LADIES AND GENTLEMEN, NOW,  AGAIN, THIS IS, THE GOVERNMENT SUBMITS TO YOU,  I AM GOING TO GET TO THEM,  FINISH WITH THE EVIDENCE, THAT CLEARLY SHOWS BRANDON BASHAM, HIMSELF, PARTICIPATED IN THE KILLING OF ALICE DONOVAN.

CLOSING ARGUMENT BY MR. GASSER

WHAT ELSE DID AGENT MALEY AND AGENT VITO HEAR FROM BRANDON BASHAM? ALICE DONOVAN WAS WITHIN DRAGGING DISTANCE OFF THE ROAD COVERED WITH LIMBS AND LEAVES.

THANKSGIVING DAY, NOVEMBER 28TH, 2002. THANKSGIVING DAY. I WILL NOT GO OVER THE WHOLE THING. I JUST WANT TO TALK TO YOU ABOUT TWO POINTS. TWO SALIENT POINTS. YOU REMEMBER THE SHERIFF THAT TOOK THAT WITNESS STAND. YOU REMEMBER SHERIFF HEWITT. HE WAS REFERRING TO HIS NOTES SO HE COULD BE EXACT TO YOU JURORS. THE NOTES HE MEMORIALIZED SHORTLY AFTER THE EVENTS OF THAT DAY. YOU REMEMBER HOW FAIR SHERIFF HEWETT WAS. HE WROTE DOWN THERE ANY TIME BRANDON BASHAM TREMBLED OR GOT EMOTIONAL. AS A POLICE OFFICER, HE LOOKED AT HIS NOTES, PUT IT DOWN WHETHER IT HELPED BRANDON BASHAM OR HURT HIM. DRIVING DOWN THAT C. C. ROAD NEAR BEE TREE FARMS AND THOSE HUNTERS ARE WALKING DOWN AND THAT DOE JUMPS OUT ON THE BACK OF THE ROAD, DO YOU REMEMBER THAT? DO YOU REMEMBER WHAT BRANDON BASHAM'S COMMENTS WERE? HE SEES THAT DOE AND HE SAYS TO HIMSELF, SPONTANEOUSLY, "HERE I COULDN'T EVEN KILL A DEER, AND I HAVE," AND HIS LAWYER, MR. LITTLEJOHN STOPS HIM. "HERE, I COULDN'T EVEN KILL A DEER, AND HERE I HAVE" -- WHAT DO YOU THINK HE IS THINKING ABOUT? HERE I HAVE SMOKED A JOINT? HERE I HAVE STOLEN A CAR?

AND LATER ON, AT THE END OF THAT DAY WHEN THEY GET TO THAT CEMETERY, HE IS PULLED OUT OF THAT VAN AND HE IS IN SHACKLES. WHAT DOES HE TELL THE SHERIFF? HE TELLS THE SHERIFF THAT IT

WAS RIGHT THERE BY THAT GATE.   HE TELLS -- HE NOT ONLY TELLS, HE DEMONSTRATES.   HE DEMONSTRATES FOR THAT SHERIFF A LIZ CLAIBORNE PURSE STRAP WAS USED TO KILL ALICE DONOVAN.   THEN WHAT DOES HE SAY? I THREW IT IN THE WOODLINE.   MR. SWERLING ASKS SHERIFF HEWITT SAYS HE DIDN'T SAY I KILLED ALICE DONOVAN. SHERIFF HEWITT SAID TO YOU IN THIS COURTROOM IN FRONT OF YOU, THE JURY,  NO,  HE DEMONSTRATED IT.

CLIFFORD JAY,  CHRISTMAS EVE.  CLIFFORD JAY WAS FORMER SCHOOL COUNSELOR AND AID FOR BRANDON BASHAM FOR THREE TO FOUR YEARS.   CLIFFORD JAY WAS SOMEONE BRANDON BASHAM LOOKED UP TO AND RESPECTED.  MORE IMPORTANTLY,  CLIFFORD JAY IS SOMEBODY THAT BRANDON BASHAM REACHED OUT TO.   CLIFFORD JAY DIDN'T CALL BRANDON BASHAM IN COLUMBIA.   BRANDON BASHAM CALLED CLIFFORD JAY ON CHRISTMAS EVE.   HE IS AT HOME WITH HIS MAMA.   WHAT DOES THIS MAN TELL HIM? BRANDON SAYS,  MR. C. J.,  I AM IN A LOT OF TROUBLE.   I AM IN A LOT OF TROUBLE.  MR. C. J.,  I MAY BE FACING THE DEATH PENALTY.   CLIFFORD JAY TELLS HIM, WHEN YOU ARE SAVED,  TALKS ABOUT A RELIGIOUS STORY,  DAVID AND URIAH, HE TALKS TO HIM ABOUT IT.  WHAT IS CRITICAL ABOUT THIS? AT THAT POINT IN TIME,  BRANDON BASHAM IS ONLY CHARGED WITH ALICE DONOVAN.   THE MADISON MESSENGER IS ONLY TALKING ABOUT BRANDON BEING CHARGED WITH CHAD FULKS IN THE KIDNAPPING, CARJACKING AND DEATH OF ALICE DONOVAN, THE WOMAN FROM SOUTH CAROLINA.   CLIFFORD JAY, IN HIS MIND, ONLY BELIEVES THAT BRANDON BASHAM HAS BEEN CHARGED WITH THIS ONE DEATH,  THIS ONE

CLOSING ARGUMENT BY MR. GASSER

WOMAN. AND CLIFFORD JAY HAS TO KNOW, HE HAS TO KNOW IN HIS OWN HEART, BRANDON, DID YOU DO WHAT THEY SAY YOU DID, WHAT THEY SAY YOU DID? AND WHAT WAS BRANDON BASHAM'S RESPONSE? YES, SIR, MR. C. J., WE KILLED THEM. IT SHOCKED HIM BECAUSE HE SAID "WE." CLIFFORD JAY WANTED TO BELIEVE IN ALL OF HIS MIND AND HEART THAT BRANDON WOULDN'T HAVE BEEN INVOLVED IN THIS, HIS FORMER STUDENT. "WE KILLED THEM." THAT WAS THE SHOCKER. HE DIDN'T KNOW. ANY REASONABLE PERSON, MR. JAY, HE DIDN'T KNOW AT THAT POINT IN TIME, HE DOESN'T KNOW IF IT IS TWO OR 20 WOMEN THAT WERE KILLED. AND HE IMMEDIATELY DOES, EVEN THOUGH HE LIKES BRANDON BASHAM, EVEN THOUGH THIS IS HIS FORMER STUDENT, CLIFFORD JAY REACHES INTO HIS HEART AND REACHES OUT TO LAW ENFORCEMENT. HE SATISFIES HIS CIVIC DUTY AND PROVIDES THIS INFORMATION TO LAW ENFORCEMENT. "WE KILLED THEM."

AND THEN CLIFFORD JAY TALKS TO HIM ABOUT BEING A MAN. DO YOU REMEMBER THAT? YOU NEED TO STAND UP AND BE A MAN. YOU NEED TO FACE WHAT YOU DID. YOU NEED TO HELP THEM FIND HER. AND HE SAID, WELL, ALL THE TREES LOOK ALIKE. WE TIED HER, MEANING ALICE DONOVAN, THAT IS WHO HE IS TALKING ABOUT. WE TIED HER TO A TREE.

LADIES AND GENTLEMEN, I WANTED TO FINISH WITH THAT BECAUSE HOW WOULD YOU GO BACK IN YOUR JURY ROOM AFTER LISTENING TO SHERIFF HEWITT AND AFTER SEEING SHERIFF HEWITT DEMONSTRATE HOW BRANDON BASHAM DEMONSTRATED HOW ALICE DONOVAN

CLOSING ARGUMENT BY MR. GASSER

WAS STRANGLED, HOW DO YOU LISTEN TO CLIFFORD JAY WHEN BRANDON BASHAM TOLD YOU JURORS THROUGH CLIFFORD JAY, WE KILLED THEM AND FIND HIM NOT GUILTY OF CARJACKING, RESULTING IN DEATH? AND FIND HIM NOT GUILTY OF KIDNAPPING, RESULTING IN DEATH? I HAVE BEEN UP HERE FOR TWO HOURS, AND THE GOVERNMENT SUBMITS THOSE TWO WITNESSES AND THAT LIMITED TESTIMONY, ALONE, SEALS THE DEAL. "WE KILLED THEM."

NO QUESTION, CHAD FULKS WAS THE LEADER IN MANY ASPECTS OF THIS 17-DAY SPREE. WHERE THEY WERE GOING, THERE IS NO QUESTION ABOUT THAT, LADIES AND GENTLEMEN. BUT THERE IS ALSO NO QUESTION, THE GOVERNMENT SUBMITS, THAT BRANDON BASHAM WAS A WILLING, EAGER, AND RELIABLE FOOT SOLDIER. HE WAS EAGER TO PLEASE HIS FRIEND. AND HE WAS WILLING TO PARTICIPATE AND MAKE CHOICES. YOU KNOW WHO SUMMED IT UP? WHEN TINA SEVERANCE WAS ON THAT WITNESS STAND, I THINK IT WAS IN REDIRECT, SOME INNOCUOUS QUESTION ABOUT HOW THEY WERE GETTING ALONG. DO YOU REMEMBER WHAT TINA SEVERANCE SAID SPONTANEOUSLY? LIKE TWO PEAS IN A POD. THEY WERE ALWAYS TOGETHER HAVING A GOOD TIME. THAT IS BRANDON BASHAM AND CHAD FULKS IN NOVEMBER 2002. LIKE TWO PEAS IN A POD. BRANDON BASHAM COULD NOT HAVE CARJACKED, KIDNAPPED, AND KILLED ALICE DONOVAN WITHOUT CHAD FULKS; CHAD FULKS COULD NOT HAVE CARJACKED, KIDNAPPED, AND KILLED ALICE DONOVAN WITHOUT BRANDON BASHAM.

AS A U. S. ATTORNEY, AS A CITIZEN OF THE UNITED STATES,

AND AS A RESIDENT OF SOUTH CAROLINA, I ASK YOU, I ASK YOU, BASED ON THE EVIDENCE YOU HAVE HEARD AND THE LAW YOU ARE ABOUT TO HEAR, HOLD BRANDON BASHAM RESPONSIBLE FOR HIS ACTIONS. HOLD BRANDON BASHAM ACCOUNTABLE FOR THE CHOICES HE MADE. YOU CAN DO THAT, LADIES AND GENTLEMEN, BY REACHING A VERDICT, A VERDICT THAT SPEAKS THE TRUTH. AND THE TRUTH IS THAT BRANDON BASHAM KIDNAPPED, CARJACKED, AND KILLED ALICE DONOVAN. THAT IS THE TRUTH. AND WHEN YOU FIND HIM GUILTY, IT WILL BE JUSTICE. AND JUSTICE, LADIES AND GENTLEMEN, TODAY, IN THIS COURTROOM, IS WHAT EACH AND EVERY ONE OF YOU ARE ALL ABOUT.

THE COURT: THANK YOU, MR. GASSER. MEMBERS OF THE JURY, LET'S TAKE A 15-MINUTE RECESS, THEN WE WILL COME BACK AND HEAR MR. SWERLING'S CLOSING ARGUMENT.

(WHEREUPON, A SHORT RECESS WAS HELD.)

THE COURT: MR. SWERLING, AT THE BEGINNING OF THE BREAK, WE GAVE YOU A FINAL COPY OF THE CHARGE. I WANTED TO MAKE SURE YOU HAD ENOUGH TIME TO LOOK AT THE CHANGE. THE CLERK SAID SHE WILL PUT YOUR TIME IN AT 90 MINUTES. THAT IS TO PACE YOURSELF. YOU TAKE AS LONG AS YOU NEED.

MR. SWERLING: I APPRECIATE THAT. I WOULD RATHER NOT DO THAT.

THE COURT: I HAVE THE JURY INSTRUCTIONS TO GIVE TO THE JURORS. I SPOKE WITH EACH SIDE THAT THE VERSION GOING TO THE JURY BE IN THE SAME FORMAT, THAT IS HAVING A TITLE ON