# Attachment E

Excerpts of 6/29/04 Fulks trial transcript

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA,     )     CR. NO. 4:02-992
                              )     COLUMBIA, SC
                              )     JUNE 29, 2004
                              )
      VERSUS                  )
                              )
CHADRICK E. FULKS             )
          DEFENDANT.          )
_____)

BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.,
CHIEF UNITED STATES DISTRICT COURT JUDGE
JURY TRIAL
VOLUME XXI

APPEARANCES:

FOR THE GOVERNMENT:          STROM THURMOND, JR., USA
                             SCOTT SCHOOLS, FIRST AUSA
                             JONATHAN S. GASSER, AUSA
                             UNITED STATES ATTORNEY'S OFFICE
                             1441 MAIN STREET, SUITE 500
                             COLUMBIA, SC  29201

FOR THE DEFENDANT:
                             WILLIAM F. NETTLES, IV, AFPD
                             FEDERAL PUBLIC DEFENDER'S OFFICE
                             MCMILLAN FEDERAL BUILDING
                             401 WEST EVANS STREET, ROOM 240
                             FLORENCE, SC 29503

                             JOHN H. BLUME, III, ESQ.
                             KEIR M. WEYBLE, ESQ.
                             BLUME AND WEYBLE
                             P. O. BOX 11744
                             COLUMBIA, SC  29211

                             SHERRI LYNN JOHNSON, ESQ.
                             1118 AUTUMN RIDGE LANE
                             ITHACA, NEW YORK 14850

COURT REPORTER:              DEBRA R. JERNIGAN, RPR, CRR
                             UNITED STATES COURT REPORTER
                             901 RICHLAND STREET
                             COLUMBIA, SC 29201

STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
*** *** *** *** ***

CLOSING ARGUMENT BY MR. GASSER

EACH OTHER TO SCOPE OUT SAVANNAH BLUFF. THEY NEEDED EACH OTHER TO ROB SAM JORDAN. THEY WERE BOTH SHOOTING AT CARL JORDAN. THEY NEEDED EACH OTHER TO ABDUCT ALICE DONOVAN. THEY BOTH CARJACKED HER, BOTH KIDNAPED HER, BOTH RAPED HER. DO YOU HONESTLY BELIEVE THAT, AT ONE POINT IN TIME, THAT THE TWO OF THEM WERE NOT GOING TO ACT TOGETHER? CIRCUMSTANTIAL EVIDENCE, BOTH OF THEM, LADIES AND GENTLEMEN, INTENTIONALLY KILLED ALICE DONOVAN, THE GOVERNMENT SUBMITS TO YOU.

NOW, STATUTORY AGGRAVATING FACTOR. AS I INDICATED, IT IS ADMITTED. THE DEATH OF ALICE DONOVAN, THE INJURY, RESULTING IN THE DEATH OF ALICE DONOVAN, OCCURRED DURING FULKS'S COMMISSION, OR ATTEMPTED COMMISSION, OR DURING IMMEDIATE FLIGHT FROM, HIS COMMISSION OF AN OFFENSE UNDER TITLE 18, UNITED STATES CODE, SECTION 1201. THE JUDGE WILL CHARGE YOU THAT CODE IS THE KIDNAPING CODE. HE HAS ADMITTED TO THIS. SO YOU CHECK OFF THE BOX, HE IS 18 -- YOU NEED ONLY TO FIND ONE OF THOSE FOUR INTENT FACTORS. YOU CHECK OFF THE BOX ON AGGRAVATING FACTOR, AND THEN YOU MOVE ON.

WHERE ARE YOU NOW IN YOUR DELIBERATION PROCESS? THE GOVERNMENT HAS INDICATED, THE GOVERNMENT SUBMITS, THAT THERE ARE THREE STATUTORY NONAGGRAVATING FACTORS. THE FIRST ONE BEING, CHAD FULKS PARTICIPATED IN OTHER UNCHARGED ATTEMPTED MURDERS AND OTHER ACTS OF VIOLENCE; THE SECOND ONE BEING, FUTURE DANGEROUSNESS; AND, THE THIRD ONE BEING, VICTIM IMPACT. THE GOVERNMENT IS ALLEGING THAT THE NONSTATUTORY -- WHAT MAKES

CLOSING ARGUMENT BY MR. GASSER

COMES TO DISPOSING OF THE BODY. IS IT A COINCIDENCE THAT, WHEN IT COMES FROM THE DIRECT EVIDENCE FROM ALL OF THIS CRIMINAL ACTIVITY, THAT HE HAS NO WAY TO CONTROL HIS IMPULSES? WE HAVE DIRECT PARTICIPATION. CHAD FULKS DENIES BEING INVOLVED IN THAT. I GUESS THAT IS JUST A COINCIIDENCE. AND HE MAKES BAD CHOICES, BECAUSE OF HIS PROBLEMS. BAD CHOICES, LADIES AND GENTLEMEN, IS WHEN IT IS RAINING AND YOU LEAVE YOUR BIKE OUTSIDE, AND YOU DON'T PUT IT IN THE GARAGE. BAD CHOICE IS WHEN YOU WALK UP ON A WALLET, AND YOU FIND AN ID AND MONEY IN IT, YOU DON'T RETURN IT. PEOPLE WHO ARE RAISED IN HORRIBLE CONDITIONS, CERTAINLY SOME CAN COMMIT MINOR CRIMES, USE DRUGS. BUT, LADIES AND GENTLEMEN, IT IS A HUGE GRADUATION, A HUGE WALL TO SCALE WHEN IT COMES TO CARJACKING, AND RAPING, AND KILLING.

AND, LASTLY, I JUST REMIND YOU BEFORE I SIT DOWN, BEFORE YOU HEAR REPLY ARGUMENT, THE DEFENSE ARGUMENTS THIS AFTERNOON, JUST REMEMBER THIS. THE GOVERNMENT SUBMITS TO YOU, THE GOVERNMENT IS NOT SAYING THAT CHAD FULKS IS MORE CULPABLE. THE JUDGE SEVERED THESE DEFENDANTS. WE HAD TO GO FORWARD WITH ONE DEFENDANT FIRST. WE HAD TO, AS A MATTER OF LAW. CHAD FULKS WAS THAT ONE DEFENDANT. CHAD FULKS AND BRANDON BASHAM ARE, EQUALLY, CULPABLE. EQUALLY CULPABLE. AND WE WILL BE STANDING UP IN FRONT OF 17 OR 16 SOUTH CAROLINIANS THIS FALL AND ASKING THAT JURY TO SENTENCE BRANDON BASHAM TO DEATH.