UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA,

PLAINTIFF,

vs.                                    CASE NO. 4:CR-02-992

CHADRICK EVAN FULKS,

DEFENDANT,

### NOTICE TO THE COURT OF DEFENDANT'S WAVIER OF ALL FURTHER POST CONVICTION PROCEEDINGS AND DEFENDANT'S MOTION FOR A PROMPT EXECUTION DATE

Comes Now, Chadrick Evan Fulks, Pro Se and hereby gives notice to the court of his decision to waive all further post conviction proceedings in this case. He also moves this court to schedule a prompt date for the implementation of his sentence of death. In support thereof the following is respectfully submitted, to wit:

1. Mr. Fulks is a defendant in the above styled case and was sentenced to death by this court.

2. Mr. Fulks agreed to a direct appeal of his conviction (plea of guilty) and his sentence of death. Both the conviction and sentence were affirmed by the United States Court of Appeals for the Fourth Circuit on July 27, 2006. See: United States v. Fulks, Case No. 04:33,2006 U.S.App. Lexis 18799 (July 27,2006).

3. After the decision by the U.S. Court of Appeals for the Fourth Circuit, Mr. Fulks advised his court appointed counsel John Henry Bloom, III that he no longer needed his services as he did not want any further appeals in this case. See: Exhibit #1 attached hereto.

4. Mr Fulks also advised the United States Attorney's Office in Columbia, South Carolina of his decision to waive all further appeals and proceedings.

5. THEN AFTER A FEW WEEKS THE FEDERAL RESOURCES COUNCEL STEPPED IN TO TALK WITH FULKS ABOUT HIS DECISION AS WELL AS THE REASON FOR HIS DECISIOPN TO FORGO HIS APPEALS. FULKS EXPLAINED THAT THE CONDITIONS HE HAS TO LIVE UNDER AT USP TERRE HAUTE FEDERAL DEATH ROW WAS JUST TO MUCH FOR HIM AND FURTHER MORE BEING DENIDE THE PROPER MEDICATION THAT FULKS NEEDS TO FUNCTION EACH DAY JUST TOPPED IT ALL OFF. IT WAS THEN THAT FULKS WAS TOLD THAT THE ACLU WAS WORKING ON HELPING ALL THE GUYS ON FEDERAL DEATH ROW TO GET THEM THE CORRECT MEDICATION AND LIVING CONDITIONS SO FULKS PICKED HIS APPEALS BACK UP IN HOPES THAT HE WOULD SOON RECIVE THE MEDICAL CARE THAT HE NEEDED BOTH FOR HIS BACK WHICH WAS INJURED IN 2002 BY THE LEXINGTTON COUNTY JAILS CORRECTIONS OFFICERS WHICH HIS TAIL BONE WAS BROKE AND HIS TWO LOWEST DISC IN HIS BACK WAS CRUSHED, AND ALSO HIS PHYSICLOGICAL TREATMENT AND MEDICATION BUT TILL THIS DATE AUGUST 25,2008 FULKS HASNT RECIVED EITHER TREATMENT AND TO MAKE THINGS EVEN WORST THE USP TERRE HAUTE STAFF VIOLATED THE KEEP AWAY POLICY THAT WAS PLACED ON FULKS AND CO DEFENDANT BRANDON BASHAM BY THIS COURT AND PLACED BASHAM IN CONTACT WITH FULKS IN WHICH BASHAM ATTACKED FULKS AND STABBED HIM BEHIND THE EAR AS WELL AS BUST FULKS HEAD WIDE OPEN. FULKS BACK WAS INJURED EVEN WORST AFTER THIS TO THE POINT THAT THE PAIN IS UNBARABLE SO MUCH THAT JUST DOING LIFES EVERYDAY NEEDS ARE JSUT IMPOSSIBLE.

6. THE DEFENDANT ADVICES THE COURT THAT HE DOES NOT NEED OR WANT ANY ATTORNEYS APPOINTED TO REPRESENT HIM IN THIS MATTER. FULKS CURRENT ATTORNEYS WHICH WAS APPOINTED BY THIS COURT TO REPRESENT FULKS ON HIS 2255 APPEAL ARE BEATTIE ASHMORE AND BILL WATKINS. FULKS REQUEST THAT THIS COURT RELEAVE BOTH ATTORNEYS FROM THERE DUTIES OF REPRESENTING HIM ON THE 2255 APPEAL AND HE FURTHER REQUEST THAT THERE PRESENTS NOT BE REQUIRED IF A HEARING IS GRANTED ON THIS MOTION BECAUSE FULKS BELIVES THEY WILL ONLY TRY TO PROLONG THIS PROCCESS.

7. MR FULKS HAS RECENTLY BEEN SEEN AND INTERVIEWED BY A PSYCHIATRIST THATS EMPLOYED BY THE GOVERMENY/BOP TO WHICH THE DOCTOR AGREED THAT MR FULKS HAS NOTHING MENTALLY WRONG WITH HIM AND FULKS ALSO AGREES TO BE EXAMINED BY ANY PSYCHIATRIST APPOINTED BY THIS COURT IF THERE IS ANY QUESTION ABOUT HIS COMPETENCY TO WAIVE FURTHER PROCCEDINGS AND TO SEEK A PROMPT IMPLEMENTATION OF HIS SENTENCE OF DEATH.

8. MR FULKS STANDS READY TO ANSWER ANY AND ALL QUESTIONS UNDER OATH THAT THE COURT MAY HAVE ABOUT HIS DECISION TO WAIVE FURTHER PROCCEDINGS.

9. THE DEFENDANT SEEKS AN ORDER FROM THIS COURT SCHEDULING HIS EXACUTION DATE IN ORDER TO CURTAIL THE TIME IT WOULD OTHER WISE TAKE. TO DATE TWO OTHER FEDERAL DEATH ROW INMATES HAVE BEEN ALLOWED TO WAIVE APPEALS AND TO HAVE EXACUTION DATES SET. IN 2000 THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUT RULED THAT DAVID PAUL HAMMER COULD WAIVE HIS DIRECT APPEAL AND THE DISTRICT COURT WAS ORDERED TO SET AN EARLY NEW EXACUTION DATE UNITED STATES V.HAMMER, 226 F.3d 229 (3rd CIR.200) UNITED STATES V HAMMER 121 F.SUPP.2d 796(M.D.PA2000); UNITED STATES V MCVEIGH JANUARY,2001 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO. MR MCVEIGH WAS EXACUTED ON JUNE 11,2001 AND MR HAMMER DECIDED TO SEEK REVIEW OF HIS SENTENCE IN POST CONVICTION PROCEEDINGS UNDER 28 U.S.C. 2255 AND HIS

CASE IS CURRENTLY ON APPEAL IN THE THIRD CIRCUT. MR MCVEIGH WAS ALLOWED TO WAVE REVIEW OF HIS 2255 PETITION PRIOR TO HIS EXACUTION. SEVERAL U.S COURTS OF APPEAL HAVE ALLOWED THE WAIVER OF HABEAS PETITIONS UNDER 2254 IN STATE DEATH PENTALY CASES. SEE:ST.PIERRE V COWAN, 217 F.3d 939 (7th CIR 200); SMITH V ARMONTROUT, 865F.2d 1502(8th CIR.19880.

10. THE CODE OF FEDERAL REGULATIONS GOVERING THE IMPLEMENTATION OF A SENTENCE OF DEATH UNDER THE FEDERAL DEATH PENALTY STATUTE SPECIFICALLY CONTEMPLATES THAT A COURT MAY SCEDUALE AN EXACUTION DATE. SEE CFR 26.1 26.2, 26.3, 26.4,26.5. WHICH STATES IN PART AT 26.3 (a) EXCEPT TO THE EXTENT ORDERS OTHER WISE, A SENTENCE OF DEATH SHALL BE EXACUTED ON A DATE AND AT A TIME DESIGNATED BY THE DIRECTOR OF THE FEDERAL BUREAU OF PRISONS." THOSE REGULATIONS PROVIDE FOR OCCASIONS WHEN A COURT HAS SCHEDULED AN EXACUTION DATE.

11. MR FULKS STATES BY HIS OWN SWORN AFFIDAVIT ATTACHED HERETO THAT HIS DISICION TO WAIVE FURTHER PROCCEDINGS AND TO SEEK A PROMPT EXACUTION DATE IS MADE WITH FULL KNOWLEDGE OF SUCH WAIVER. HIS DECISION IS MADE ONLY AFTER FOUR YEARS OF THOUGHT,CONSIDERATION AND CONTEMPLATION. HIS DECISION TO WAIVE ALL FURTHER LEGAL PROCEEDINGS AND TO SEEK A PROMPT EXECUTION DATE IS A KNOWING, INTELLEGENT AND VOLUNTARY DECISION.

THEREFORE,CHADRICK EVAN FULKS THE DEFENDANT IN THIS CASE WHO IS PRO SE MOVES THIS COURT TO SET A PROMPT DATE FOR THE IMPLEMENTATION OF THE SENTENCE OF DEATH PREVIOUSLY IMPOSED UPON HIM BY THIS COURT. HE FURTHER REQUEST THAT THE DATE BE NO MORE THAN(60) DAYS FROM THE DATE UPON WHICH THIS MOTION IS GRANTED.

RESPECTFULLY SUBMITTED

CHADRICK EVAN FULKS
DEFENDANT PRO SE

AUGUST 25th,2008

REG NO. 16617-074
FEDERAL DEATH ROW
PO BOX 33
TERRE HAUTE,IN 47808

CERTIFICATE OF MAILING

THIS IS TO CERTIFY THAT ON THIS 25th DAY OF AUGUST 2008 A TRUE AND
CORRECT COPIE OF (NOTICE TO THE COURT OF THE DEFENDANTS WAIVER OF
ALL FURTHER APPEALS AND DEFENDANTS MOTION FOR A PROMPT EXACUTION
DATE WAS MAILED BY PRE PAID FIRST CLASS MAIL TO EACH OF THE FOLLOWING.

BEATTIE ASHMORE
BILL WATKINS
PO BOX 10208
GREENVILLE,SC 29603

JUDGE JOSEPH F ANDERSON
U.S DISTRICT COURT
FEDERAL COURT HOUSE
1845 ASSEMBLY ST
COLUMBIA,SC 29201

CHADRICK EVAN FULKS