## SWORN AFFIDAVIT OF CHADRICK EVAN FULKS

I Chadrick Evan Fulks, do hereby state and declare the following:

1. I am the defendant in Case No. 4:CR-02-992, filed in the United States District Court for the District of South Carolina Columbia Division.

2. I am hereby waiving my rights to seek all further post conviction review of my conviction and sentence of death.

3. My decision to waive my post conviction proceedings and to seek a prompt execution is made only after months and months of thought, consideration and comptemplation.

4. My decision to waive these matters is made freely, voluntarily, without any duress or coercion. I have not been forced or enticed into making this decision.

5. My decision to waive post conviction proceedings and to seek a prompt execution date is made knowingly, voluntarily, and I feel the decision is an intellegent one considering my own personal situation. I do hereby state and declare that the statements are true and correct.

CHADRICK EVAN FULKS

County of Vigo
                    )SS
State of Indiana

Subscribed and Sworn to before me a Notary Public on this 5th day of December, 2006.

My Commission Expires: April 5. 2012

NOTARY PUBLIC