ATTACHMENT # 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES                                        CASE# 4;02-992-17

—VS.--

CHADRICK EVAN FULKS
APPELLANT

---

## NOTICE TO DROP APPEAL PROCESS AS OF 11-8-06

I CHADRICK EVAN FULKS THE APPELLANT IN THE ABOVE CASE WISHES TO

DROP MY APPEAL PROCESS AS OF 11-8-06.

I NO LONGER WISH TO LIVE LIKE THIS JUST TO BE PUT TO DEATH ANYWAY
AND I NO LONGER NEED LEGAL ASSISTANTS FROM EITHER JOHN H BLUME OR
WILLAM F NETTELS.

I PRAY THAT THIS COURT HONOR MY WISHES OF NO LONGER DELAYING MY
EXACUTION.

ID LIKE TO ALSO OFFER YOU INFORMATION ON THE LOCATION OF THESE TWO
WOMEN INVOLVED IN THIS CASE.

THANK YOU FOR YOUR TIME IN THIS MATTER.

CHADRICK EVAN FULKS
11-8-06

THIS NOTICE WAS SIGHNED IN FRONT OF ME THIS DAY 11-8-06

----

BRUCE RHYHERD

EXibet #1

A FAX WAS SENT TO THE FOLLOWING PEOPLE.

JOHN H BLUME      FAX(803)765-1143

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT.

            FAX(    )

JOHNNY GASSER
UNITED STATES ATTORNEYS OFFICE
1441 MAINE ST
SUITE 500
COLUMBIA,SOUTH CARALINA
                29201
FAX(    )

CHADRICK EVAN FULKS
11-8-06

2.