CHADRICK EVAN FULKS
16617-074
USP FEDERAL DEATH ROW
P.O. BOX 33
TERRE HAUTE, IN 47808

LEGAL MAIL
SPECIAL MAIL
28C.F.R540.18-19

INMATE
IDENTIFICATION
( PRINTED )

29201+2431-99 C003

ITEM X-RAYED
BY USMS

JUDGE JOSEPH F ANDERSON
U.S. DISTRICT COURT
FEDERAL COURT HOUSE
1845 ASSEMBLY ST
COLUMBIA,SC 29201

**PROCESSED** SEP 03 2008

U.S. Penitentiary
Terre Haute, IN 47808

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.