IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| v. | ) | MOTION TO APPOINT COUNSEL |
| | ) | |
| Chadrick E. Fulks | ) | |
| | ) | |

On September 10, 2007, the Court appointed Beattie B. Ashmore and William J. Watkins, Jr. of Greenville, South Carolina to represent the Defendant in his post-conviction relief proceedings. Recently, Mr. Watkins has accepted the position of Assistant United States Attorney for the District of South Carolina. This position is subject to the successful completion of a background check. It is anticipated that Mr. Watkins will begin as an Assistant United States Attorney on or about November 1, 2008.

Therefore, the Defendant would respectfully request that the Court consider appointing additional counsel in view of Mr. Watkins' decision to join the United States Attorneys Office for the District of South Carolina.

Respectfully submitted,

/s/ Beattie B. Ashmore
Beattie B. Ashmore #5215
Price, Ashmore & Beasley, P.A.
644 East Washington Street
Greenville, SC 29601

/s/ William J. Watkins, Jr.
William J. Watkins, Jr. #7863
Womble Carlyle Sandridge & Rice
550 South Main Street
Greenville, SC 29601