IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CR No. 4:02-992-JFA |
| | ) | |
| Respondent. | ) | |
| v. | ) | |
| | ) | Order Appointing Counsel |
| Chadrick E. Fulks, | ) | Pursuant to 18 U.S.C. § 3599 |
| | ) | |
| Petitioner. | ) | |
| _____ | ) | |

This matter comes before the court on petitioner's motion [dkt.# 1116] for appointment of additional counsel to represent him in pursuit of his post-conviction remedies in this case. By prior order, the court appointed attorneys Beattie Ashmore and William J. Watkins, Jr. to represent the petitioner. The motion informs the court that Mr. Watkins has recently accepted the position of Assistant United States Attorney for the District of South Carolina, subject to the successful completion of a background check. The motion further notes that Mr. Watkins anticipates beginning as an Assistant United States Attorney on or about November 1, 2008.

In light of Mr. Watkins' decision to join the United States Attorneys Office, the court finds that petitioner's motion is warranted. Petitioner's memorandum in support of his Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255 and Fed. R. Crim. P. 33 ("2255 Motion") is due on or before October 21, 2008. Mr. Watkins

is directed to complete his responsibilities with preparing the memorandum in support of the 2255 Motion for filing by the October 21, 2008 deadline. The court appoints attorney Kirsten E. Small as additional counsel for petitioner, to replace Mr. Watkins once the memorandum is filed. Ms. Small is authorized to make one trip to visit the petitioner during the week of September 22, 2008.

Ms. Small graduated from Georgetown University Law Center in 1994 and is admitted to the bars of Maryland, North Carolina and South Carolina, and to the U.S. District Court for the District of South Carolina, the U.S. Court of Appeals for the Fourth Circuit, and the United States Supreme Court. She served as a law clerk to the Honorable Judge William W. Wilkins from 1994 until 2007, and she currently works at Nexsen Pruet, LLC, in Greenville, South Carolina. She has been appointed to serve on the U.S. Court of Appeal's Criminal Justice Appellate Panel Committee for the Fourth Circuit. She has substantial experience on issues of federal jurisdiction and appellate procedure. As a member of her firm's appellate litigation team, she devotes a considerable amount of her time to appellate work in the state and federal systems.

The court finds that Ms. Small is qualified to handle this matter in conjunction with Mr. Ashmore. The court has consulted with the Federal Public Defender for South Carolina, Parks Small, who concurs in the court's assessment of Ms. Small.[1] Therefore, the court appoints Ms. Small as co-counsel to Mr. Ashmore in representing Mr. Fulks in pursuit of any

---

[1] The court notes Parks Small and Kirsten Small are not related.

and all post-conviction remedies in this case, with compensation for her time to be paid under the Criminal Justice Reform Act. Her compensation shall not exceed $170 per hour for in-court or out-of court time, unless otherwise provided by the Criminal Justice Reform Act. The court will relieve Mr. Watkins of his responsibilities under the order of appointment once the memorandum is submitted.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

September 19, 2008                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge