EXHIBIT B

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

01/16/2008 10:23

## SUBJECTIVE:

Inmate requests a refill of Motrin for his back problems. He also requests an increase in the dose of Elavil because of trouble sleeping and back problems.

## OBJECTIVE:

He has mild degenerative disc disease of lumbosacral Spine.

## ASSESSMENT:

ENDO/LIPID ENDOCRINE/LIPID 10-20-2007

HVTSTCV HIV CLINICAL/VOLUNTARY TESTING 06-23-1998

HYPERTENSN HYPERTENSN CHRONIC CARE CLINIC 10-20-2007

MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 10-20-2007

V74.1 NEG PPD-NEXT DUE DATE 12-29-2007

OMM PPD RESULT - OMM 12-29-2006

303.90 ALCOHOL ABUSE/DEPENDENCY 02-23-2004

*AXIS I: Rule out Depressive Disorder NOS (presenting with some features similar to Dysthymic Disorder late onset) (Secondary Dx)

*AXIS II: Antisocial Personality Disorder, severe (Primary Dx)

*AXIS III: deferred

*AXIS IV: incarceration/SCU

*AXIS V: 65

Other diagnosis: None

Last psychiatrist consultation:none

Degenerative Disc Disease.

## MEDICATION:

PERSON PROFILE PAGE: 1

DATE PRINTED: 11/07/2007 PERSON: FULKS, CHADRICK EVAN PERSON ID#: 16617-074

USP TERRE HAUTE PHARMACY X03-320LH

4200 BUREAU RD NORTH USP TERRE HAUTE HOUSING

TERRE HAUTE, IN 47808

(812) 238-3398

RX NUM LAST FILL DRUG NAME START DATE EXP DATE

(over)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

FULKS, CHADRICK-3
16617-074
DOB: 05/16/1977, AGE: 30
USP/THA
Care Level: level-2     1

CHRONOLOGICAL RECORD OF MEDICAL CARE

Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

01/16/2008 10:23

(continued from previous page)

FACILITY QUANTITY DOCTOR NAME DC DATE REFILL DUE

Increase dose of Elavil 75___ mg (Disp-#30___ ) Take 1___ daily (Refills-5___ ). * to 75 mg

ADD: Motrin 800mg. #21. Take 1 tab three times daily by mouth.

168103 10/15/2007 AMITRIPTYLINE 50 MG TAB 10/15/2007 01/13/2008
THP 30.0000EA
TAKE ONE TABLET BY MOUTH AT BEDTIME -- PILL LINE

165432 10/09/2007 ASPIRIN, E.C. 81 MG TAB 09/10/2007 03/08/2008
THP 30.0000EA
TAKE ONE TABLET BY MOUTH DAILY IN THE MORNING

154585 04/20/2007 ATENOLOL 25 MG TAB 04/20/2007 03/07/2008
THP 30.0000EA
TAKE ONE TABLET BY MOUTH DAILY IN THE MORNING

169573 11/01/2007 BISACODYL E.C. 5MG TAB 11/01/2007 04/29/2008
THP 10.0000EA
TAKE TWO TABLETS BY MOUTH AT BEDTIME TONIGHT, IF NO BOWEL MOVEMENT MAY
TAKE

154587 10/31/2007 BUSPIRONE 15 MG TAB 04/20/2007 03/07/2008
THP 30.0000EA
TAKE ONE-HALF TABLET BY MOUTH IN THE MORNING AND IN THE EVENING -- PILL LI

169574 11/01/2007 CALCIUM POLYCARBOPHIL 625MG TAB 11/01/2007 04/29/2008
THP 60.0000EA
TAKE TWO TABLETS BY MOUTH EACH DAY IN THE MORNING WITH FULL GLASS OF
WATER

160842 07/12/2007 DOCUSATE SODIUM 100 MG CAP 07/12/2007 03/07/2008
THP 60.0000EA
TAKE ONE CAPSULE BY MOUTH IN THE MORNING AND IN THE EVENING

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

FULKS, CHADRICK-3 01/16/2008 10:23 *PAGE:* 2

16617-074

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

NSN 7540-00-634-4176

## MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

01/16/2008 10:23

(continued from previous page)

154586 04/20/2007 SELENIUM SULFIDE LOTION 2.5% (120M 04/20/2007 03/07/2008
THP 120.0000ML
APPLY TO DARK LESIONS AS DIRECTED

154590 04/20/2007 SIMVASTATIN 80 MG TAB 04/20/2007 03/07/2008
THP 30.0000EA
TAKE ONE TABLET BY MOUTH AT BEDTIME

**FOLLOW UP:**
Verbal understanding returned by inmate with above instruction and medication.

Joe Williams PA-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

FULKS, CHADRICK-3  01/16/2008 10:23  *PAGE:*  3
16617-074

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

