**EXHIBIT C**

NSN 7540-00-634-4176

**MEDICAL RECORD**

AUTORIZED FOR LOCAL REPRODUCTION

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|

04/01/2008 16:12

**SUBJECTIVE:**

INJURY REPORT.

**OBJECTIVE:**

SUPERFICIAL laceration NOTED TO BACK OF HEAD, SMALL ABRASION RIGHT THUMB, SMALL ABRASION INSIDE OF BOTTOM LIP. Patient is in no acute distress. Breathing is at a normal rate and unlabored. Speech is clear and unlabored. Gait is steady and even without ataxia.

**ASSESSMENT:**

INJURY REPORT.

**PLAN:**

F/U WITH SICK CALL PRN.

**MEDICATION:**

N/A

**FOLLOW UP:**

Verbal understanding returned by inmate with above instructions.

S. Mize, RN
USP-THA

Thomas A. Webster, MD
Clinical Director
FCC Terre Haute

4-2-08
0800N

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

FULKS, CHADRICK-3
16617-074
USP/THA    DOB:05/16/1977    AGE:30
CARE LEVEL: level-2

REGISTER NO.

WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
**Medical Record**
**STANDARD FORM 600** (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1

USP LVN


PRINTED ON RECYCLED PAPER