**EXHIBIT D**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member)<br>MEDICAL SICK CALL | DATE:<br>APRIL 1st,2008 |
|---|---|
| FROM:<br>chadrick evan fulks | REGISTER NO.:<br>16617-074 |
| WORK ASSIGNMENT:<br>none | UNIT: 302<br>scu-886 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I WAS ATTACKED MY BRANDON BASHAM TODAY AND MY BACK,HEAD,MOUTH,THUNB AND
A STAB WOUND TO THE BACK OF MY LEFT EAR ARE ALL CAUSEING ME PAIN ESPECIALLY
~~MY BACK AND I NEED SOME HELP QUICK! I FELT A SHARP PAIN WHEN HE JUMPED ON~~ MY
BACK AND NOW ITS ALOT WORSTE THAN IT WAS BEFORE AND THE STAB WOUND WORRIES ME
~~BECAUSE I DONT KNOW WHAT HE COULD OF DIPPED THE SHANK IN BEFORE HE STABBED~~ ME!
IM EXPERIANCING BURNING WHEN I PEE AND STOMACHE PAIN,I DONT KNOW IF THIS IS
FROM THE ASSAULT OR FROM SOMTHING HE PUT ON THE SHANK HE STABBED ME WITH SO I
~~WOULD LIKE TO BE CHECKED FOR ANY KIND OF DIEASE HE COULD OF GAVE ME THROUGH~~
THIS SHANK HE STABBED ME WITH. PLEASE HELP ME IM IN ALOT OF PAIN.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)


This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper