# EXHIBIT E

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)*

**04/02/2008 09:22**

## SUBJECTIVE:

Inmate was involved in an altercation last evening with another inmate. Got hit in the back of left ear and back of head. complains of mild tenderness. Also complains of burning with urination and some lower abdominal pain, feels that he has an sexually transmitted disease. Would like to be checked for HIV and AIDS.

## OBJECTIVE:

Patient is in no acute distress. Breathing is at a normal rate and unlabored. Speech is clear and unlabored. Gait is steady and even without ataxia. Skin appears healthy without cyanosis, flushing or diaphoresis and there is no generalized rash. A 3 cm laceration noted on the back of scalp and very small lesion on the back of left ear. It was cleaned and assessed. No signs and symptoms of infection

## ASSESSMENT:

Possible STD

s/p altercation with pain

ENDO/LIPID ENDOCRINE/LIPID 05-07-2008

HVTSTCV HIV CLINICAL/VOLUNTARY TESTING 06-23-1998

HYPERTENSN HYPERTENSN CHRONIC CARE CLINIC 05-07-2008

MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-07-2008

V74.1 NEG PPD-NEXT DUE DATE 11-08-2008

OMM PPD RESULT - OMM 11-08-2007

303.90 ALCOHOL ABUSE/DEPENDENCY 02-23-2004

DSM IV

*AXIS I: Rule out Depressive Disorder NOS (presenting with some features similar to Dysthymic Disorder late onset) (Secondary Dx)

*AXIS II: Antisocial Personality Disorder, severe (Primary Dx)

*AXIS III: deferred

*AXIS IV: incarceration/SCU

*AXIS V: 65

Other diagnosis: None

Last psychiatrist consultation:none

## PLAN:

**(over)**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*   | REGISTER NO. | WARD NO. |

**FULKS, CHADRICK-3**
**16617-074**
**DOB: 05/16/1977, AGE: 30**
**USP/THA**
**Care Level: level-2    1**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

04/02/2008 09:22                                          (continued from previous page)

Cleaned lesions with hibiclens and water, instructed inmate to watch for signs and symptoms of infection

Will order HIV/Hepatitis panel

Will treat for general STD with zithromax and doxycycline

Instructed to advise nurse or sign up for sick call for any further problems.

## MEDICATION:

Doxycycline 100mg

Dispense: 20

Sig: 1 po bid (take one orally twice a day). x 10 days

Refills: none

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Zithromax 1gram by mouth x 1 only

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bureau of Prisons

Health Services

Medication Summary

Complex: THX--TERRE HAUTE FCC

Inmate: FULKS, CHADRICK EVAN Reg #: 16617-074 Qtr: X03-302LH

Active Prescriptions

Doctor:

Start: Exp:

Take one tablet by mouth at bedtime \*\*\*pill line\*\*\*

03/07/08 09/03/08

Williams, Doris MD

Amitriptyline 50 MG Tab

30 TAB in 26 days

Rx #: 18484

Doctor:

Start: Exp:

Take one tablet by mouth each day

03/07/08 09/03/08

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
**Medical Record**

FULKS, CHADRICK-3  04/02/2008 09:22  *PAGE:*    2

16617-074

**STANDARD FORM 600** (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------|

04/02/2008 09:22                                          (continued from previous page)

Calcium Polycarbophil 625 MG Tab
120 TAB in 113 days
Rx #: 10259
Doctor:
Start: Exp:
Take one capsule by mouth twice daily
12/11/07 06/08/08
Williams, Doris MD
Docusate Sodium 100 MG Cap
0 CAP in 113 days
Rx #: 10260
Doctor:
Start: Exp:
Take one tablet by mouth at bedtime
12/11/07 06/08/08
Webster, Thomas MD CD
Simvastatin 40 MG Tab
30 TAB in 113 days
Rx #: 10438
Generated 04/02/2008 11:03 by Klink, Kimberly MS, Bureau of Prisons - THP Page 1 of 1

## FOLLOW UP:

Verbal understanding returned by inmate with above instruction and medication.
Kimberly S. Klink FNP
Nurse Practitioner
USP/FPC Terre Haute

FULKS, CHADRICK-3  04/02/2008 09:22  *PAGE:*  4

16617-074

STANDARD FORM 600 (REV. 6-97) BACK