**EXHIBIT F**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| MEDICAL SICK CALL | APRIL 8th, 2008 |
| FROM: chadrick evan fulks | REGISTER NO.: 16617-074 |
| WORK ASSIGNMENT: none | UNIT: scu 302 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

im having alot of pain and numbness from the back of my head where it got buste
open on april 1st,2008 and im getting really scary light headed,im also still
having really bad back pain to where i have to hold my head to just lay down.
im not feeling well at all and ive not been seen by anyone sence this assault
happened and i think with the injurys i sustained that a doctor should see me.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper