# EXHIBIT G

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

04/09/2008 09:21

**SUBJECTIVE:**
Inmate states the top of his head has intermittent numbness.  He thinks it might be related to the altercation he had a week ago where his head was injured.  Denies any ringing in his ears. complains of occasionally lightheadedness. Denies any fainting.

**OBJECTIVE:**
Patient is in no acute distress.  Breathing is at a normal rate and unlabored.  Speech is clear and unlabored.  Gait is steady and even without ataxia. Skin appears healthy without cyanosis, flushing or diaphoresis and there is no generalized rash or lesions.  Pupils equal round and reactive to light.  Bilateral grips are strong and equal. Full sensation on scalp with palpation.   VS: BP: 126/088. H: 6 ' 00.0 ".

**ASSESSMENT:**
Numbness-top of head

ENDO/LIPID ENDOCRINE/LIPID 05-07-2008
HVTSTCV HIV CLINICAL/VOLUNTARY TESTING 06-23-1998
HYPERTENSN HYPERTENSN CHRONIC CARE CLINIC 05-07-2008
MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-07-2008
V74.1 NEG PPD-NEXT DUE DATE 11-08-2008
OMM PPD RESULT - OMM 11-08-2007
303.90 ALCOHOL ABUSE/DEPENDENCY 02-23-2004
DSM IV
*AXIS I: Rule out Depressive Disorder NOS (presenting with some features similar to Dysthymic Disorder late onset) (Secondary Dx)
*AXIS II: Antisocial Personality Disorder, severe (Primary Dx)
*AXIS III: deferred
*AXIS IV: incarceration/SCU
*AXIS V: 65
Other diagnosis: None
Last psychiatrist consultation:none

**PLAN:**
Inmate been placed through Utilization Review Committee  for neurology consultation.
Instructed to wait a few days to note any improvement.

(over)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

FULKS, CHADRICK-3
16617-074
DOB: 05/16/1977, AGE: 30
USP/THA
Care Level: level-2    1

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

04/09/2008 09:21                                          (continued from previous page)

Instructed to advise nurse or sign up for sick call for any further problems.

## MEDICATION:

Bureau of Prisons
Health Services
Medication Summary
Complex: THX--TERRE HAUTE FCC
FULKS, CHADRICK EVAN Inmate: Reg #: 16617-074 Qtr: X03-302LH
Active Prescriptions
Doctor:
Start: Exp:
Take one tablet by mouth at bedtime ***pill line***
03/07/08 09/03/08
Williams, Doris MD
Amitriptyline 50 MG Tab
30 TAB in 33 days
Rx #: 18484
Doctor:
Start: Exp:
Take one tablet by mouth each day
03/07/08 09/03/08
Williams, Doris MD
Aspirin 81 MG EC Tab
30 TAB in 33 days
Rx #: 18485
Doctor:
Start: Exp:
Take one tablet by mouth each day
03/07/08 09/03/08
Webster, Thomas MD CD
Atenolol 25 MG TAB
0 TAB in 33 days
Rx #: 18486
Doctor:
Start: Exp:

FULKS, CHADRICK-3  04/09/2008 09:21  PAGE:   2            STANDARD FORM 600 (REV. 6-97) BACK
16617-074

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

04/09/2008 09:21

(continued from previous page)

Take two tablets by mouth at bedtime TONIGHT, IF NO BOWEL MOVEMENT MAY TAKE 2 TABLETS EVERY 12
HOURS UNTIL BOWEL MOVEMENT OCCURS
12/11/07 06/08/08
Williams, Doris MD
Bisacodyl E.C. 5 MG TAB
180 TAB in 120 days
Rx #: 10257
Doctor:
Start: Exp:

Take one-half (1/2) tablet by mouth twice daily ***pill line***
03/07/08 09/03/08
Williams, Doris MD
BusPIRone 15 MG TAB
30 TAB in 33 days
Rx #: 18487
Doctor:
Start: Exp:

Take two tablets by mouth each day WITH FULL GLASS OF WATER
12/11/07 06/08/08
Williams, Doris MD
Calcium Polycarbophil 625 MG Tab
120 TAB in 120 days
Rx #: 10259
Doctor:
Start: Exp:

Take one capsule by mouth twice daily
12/11/07 06/08/08
Williams, Doris MD
Docusate Sodium 100 MG Cap
0 CAP in 120 days
Rx #: 10260
Doctor:
Start: Exp:

Take one tablet by mouth twice daily

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

FULKS, CHADRICK-3  04/09/2008 09:21  PAGE:   3
16617-074

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
USP


PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|--------|
| 04/09/2008 09:21 | (continued from previous page) |

04/02/08 04/12/08
Klink, Kimberly MS, FNP
Doxycycline Hyclate 100 MG Tab
20 tab in 8 days
Rx #: 21622
Generated 04/09/2008 12:43 by Klink, Kimberly MS, Bureau of Prisons - THP Page 1 of 2
Complex: THX--TERRE HAUTE FCC
FULKS, CHADRICK EVAN Inmate: Reg #: 16617-074 Qtr: X03-302LH
Active Prescriptions
Doctor:
Start: Exp:
Take one tablet by mouth at bedtime
12/11/07 06/08/08
Webster, Thomas MD CD
Simvastatin 40 MG Tab
30 TAB in 120 days
Rx #: 10438
Recently Expired Prescriptions
Doctor:
Start: Exp:
Take four tablets by mouth today.
04/02/08 04/03/08
Webster, Thomas MD CD
Azithromycin TAB 250 MG
4 TAB in 2 days
Rx #: 21623
Generated 04/09/2008 12:43 by Klink, Kimberly MS, Bureau of Prisons - THP Page 2 of 2

## FOLLOW UP:
Verbal understanding returned by inmate with above instruction and medication.
Kimberly S. Klink FNP
Nurse Practitioner
USP/FPC Terre Haute

FULKS, CHADRICK-3 04/09/2008 09:21  PAGE:  4
16617-074                                    STANDARD FORM 600 (REV. 6-97) BACK