# EXHIBIT H

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

**04/23/2008 10:25**

### SUBJECTIVE:

INMATE WAS ON CONFERENCE CALL-WILL RESCHEDULE TO SEE NEXT WEEK. WAS SEEN LAST WEEK ON SICK CALL

### ASSESSMENT:

INMATE WAS ON CONFERENCE CALL-WILL RESCHEDULE TO SEE NEXT WEEK. WAS SEEN LAST WEEK ON SICK CALL

ENDO/LIPID ENDOCRINE/LIPID 05-07-2008
HVTSTCV HIV CLINICAL/VOLUNTARY TESTING 06-23-1998
HYPERTENSN HYPERTENSN CHRONIC CARE CLINIC 05-07-2008
MNTL HLTH MNTL HLTH CHRONIC CARE CLINIC 02-07-2008
V74.1 NEG PPD-NEXT DUE DATE 11-08-2008
OMM PPD RESULT - OMM 11-08-2007
303.90 ALCOHOL ABUSE/DEPENDENCY 02-23-2004
DSM IV
*AXIS I: Rule out Depressive Disorder NOS (presenting with some features similar to Dysthymic Disorder late onset) (Secondary Dx)
*AXIS II: Antisocial Personality Disorder, severe (Primary Dx)
*AXIS III: deferred
*AXIS IV: incarceration/SCU
*AXIS V: 65
Other diagnosis: None
Last psychiatrist consultation:none

### PLAN:

INMATE WAS ON CONFERENCE CALL-WILL RESCHEDULE TO SEE NEXT WEEK. WAS SEEN LAST WEEK ON SICK CALL

### FOLLOW UP:

Kimberly S. Klink FNP
Nurse Practitioner
USP/FPC Terre Haute

HIV POST COUNSELING     K. Scully, RN, IDC
FCC Terre Haute

4/24/09

(over)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

**FULKS, CHADRICK-3**
**16617-074**
**DOB: 05/16/1977, AGE: 30**
**USP/THA**
**Care Level: level-2   1**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1

USP LVN


PRINTED ON RECYCLED PAPER