# EXHIBIT I

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |

**DATE** — SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry)

06/28/2008 09:30

## SUBJECTIVE:
Hunger Strike Assessment

## OBJECTIVE:
Advised by SCU staff that inmate has missed his 11 meal this morning. Inmate was escorted to the SCU exam room in restraints. When asked why was he on a hunger strike inmate stated that he did not want to talk about it at this time. Inmate denied the hunger strike having anything to do with Health Services. Weight 215.2 lbs. respiratory easy, even and unlabored. Good skin tugor. Oral mucosa pink, slight dry and intact. VS: BP: 127/086. BMI: 29.4. H: 6 ' 00.0 ". P: 120. RR: 20. T: 098.50 Deg.. W: 215 lbs. 20.0 oz.. SaO2 99% RA. Inmate stated that he has been drinking water.

## ASSESSMENT:
Alteration in nutritional status

## PLAN:
Follow up as needed and as directed by protocol

## MEDICATION:
None

## FOLLOW UP:
Return as needed and as directed per protocol

Tammy McDaniel RN
FCC Terre Haute

D. Lukens, MD
FCC Terre Haute

(over)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

**FULKS, CHADRICK-3**
16617-074
DOB: 05/16/1977, AGE: 31
USP/THA
Care Level: level-2    1

| REGISTER NO. | WARD NO. |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4178

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

**DATE**

SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry)

06/29/2008 09:40

**SUBJECTIVE:**

Hunger Strike Assessment

**OBJECTIVE:**

SCU staff advised this writer that inmate refused to be brought out of his cell and escorted to the medical exam room. Went to inmates cell and inmate reported that he does not want to do this every day and we already did it yesterday. Inmate was informed that it was policy to perform daily weight and vital signs of an inmate on hunger strike. Inmate respiratory were even, easy and unlabored. Oral mucosa was pink and moist. Inmate reported that he was drinking fluids. When asked if he wanted to talk about why he was on a hunger strike he stated that he did not want to talk about it at this time.

**ASSESSMENT:**

Hunger strike Assessment

**PLAN:**

Follow up with as needed and as per policy

**MEDICATION:**

None

**FOLLOW UP:**

Return as needed Verbal understanding returned by inmate with above instruction.

Tammy McDaniel RN
FCC Terre Haute

D. Lukens, MD
FCC          Haute

(over)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

**FULKS, CHADRICK-3**
**16617-074**
**DOB: 05/16/1977, AGE: 31**
**USP/THA**
**Care Level: level-2    1**

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE

Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

NSN 7540-00-634-4176

**MEDICAL RECORD**

AUTORIZED FOR LOCAL REPRODUCTION

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

06/30/2008 12:30

**SUBJECTIVE:**

Hunger Strike Assessment

**OBJECTIVE:**

Inmate was escorted to SCU exam room in restraints. Inmate was A&O x3. Speech was clear and understandable. Oral mucosa was slightly dry and pink. Good skin turgor. respiratory easy, even and unlabored. VS: BP: 126/090. BMI: 29.3. H: 6 ' 00.0 ". P: 120. RR: 20. T: 098.50 Deg.. W: 213 lbs. 40.0 oz.. SaO2 99% RA. Inmate stated that he did not want to discuss with me why he was on a hunger strike. When asked if there was anyone that I could get to come and talk to him about the hunger strike he shook his head in a side to side motion and stated "no". When asked if he drinking water he stated that he had not been drinking water because he thought that would mean that he was not on hunger strike. Inmate was strongly advised that he needs to continue to drink water and that if he drinks water that does not mean that he is off the hunger strike. Inmate shook his head in an up and down motion. Inmate does continue to take his medication as prescribed from pill line.

**ASSESSMENT:**

Hunger strike assessment

**PLAN:**

Follow up as needed and as per policy

**MEDICATION:**

**FOLLOW UP:**

Return as needed Verbal understanding returned by inmate with above instruction.

Tammy McDaniel RN
FCC Terre Haute

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

FULKS, CHADRICK-3

16617-074

USP/THA    DOB:05/16/1977    AGE:31

CARE LEVEL: level-2

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
**Medical Record**
STANDARD FORM 600 (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1

USP LVN


PRINTED ON RECYCLED PAPER