**EXHIBIT J**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                     **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical Sick Call | DATE: 7-2-08 |
|---|---|
| FROM: Chad Fulls | REGISTER NO.: 16617-074 |
| WORK ASSIGNMENT: None | UNIT: SCU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I really Need To Be Seen, my Back is really
messed up, i tried to move a Legal Box During
cell moves And it felt like Lightening Hit me
And it hurt so Bad that i threw up And we
Gotta Be Seen. This is Like my 15th Request
With No Medical Attention And i Just dont
UNDerstAND Why your Leaving Me This Way,
Please see Me or Just Kill me And get it
over With!

---

(Do not write below this line)

DISPOSITION:

---

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper