# EXHIBIT K

**MEDICAL RECORD**

## CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign ea

07/16/2008 07:47

### SUBJECTIVE:

Inmate states that he hurt his back changing cells. States he picked up a heavy box a increased pain in his lower back and would like some medicine. Denies any numbness or

### OBJECTIVE:

Patient is in no acute distress. Breathing is at a normal rate and unlabored. Speech is cle unlabored. Gait is steady and even without ataxia. Skin appears healthy without cyanosis, flushing or diaphoresis and there is no generalized rash or lesions. Interview and limited p examination performed through the inmate's locked door. Able to walk to the door withou problems.

### ASSESSMENT:

Low Back Pain #724.2.,

| | | |
|---|---|---|
| ENDO/LIPID ENDOCRINE/LIPID | | 05-07-2008 |
| HVTSTCV   HIV CLINICAL/VOLUNTARY TESTING | | 06-23-1998 |
| HYPERTENSN HYPERTENSN CHRONIC CARE CLINIC | | 05-07-2008 |
| MNTL HLTH  MNTL HLTH CHRONIC CARE CLINIC | | 05-07-2008 |
| V74.1     NEG PPD-NEXT DUE DATE | | 11-08-2008 |
| OMM       PPD RESULT - OMM | | 11-08-2007 |
| 303.90    ALCOHOL ABUSE/DEPENDENCY | | 02-23-2004 |

DSM IV

*AXIS I: Rule out Depressive Disorder NOS (presenting with some features similar to Dysthymi Disorder late onset) (Secondary Dx)

*AXIS II: Antisocial Personality Disorder, severe (Primary Dx)

*AXIS III: deferred

*AXIS IV: incarceration/SCU

*AXIS V: 65

Other diagnosis: None

Last psychiatrist consultation:none

### PLAN:

Will order motrin for the pain.

Suggested Elevation and ice for swelling and pain control are recommended.

Continue stretching exercises and avoid aggravating activities.

---

OSPITAL OR MEDICAL FACILITY | | | | (ove

| PONSOR'S NAME | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

TIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)   | REGISTER NO. | WARD NO.

FULKS, CHADRICK-3
16617-074
DOB: 05/16/1977, AGE: 31
USP/THA
Care Level: level-2    1

**CHRONOLOGICAL RECORD OF MEDICAL CAR**
Medical Record
STANDARD FORM 600 (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------|

07/16/2008 07:47          (continued from previous page)

**MEDICATION:**

Motrin 800mg - Take one tablet by mouth with food three times a day. Stop and follow up with PA / Doctor if there is any stomach irritation, or blood in stool.

   Disp#21 RF#0

*************************************

Bureau of Prisons

Health Services

Medication Summary

Complex: THX--TERRE HAUTE FCC

FULKS, CHADRICK EVAN Inmate: Reg #: 16617-074 Qtr: X03-320LH

Active Prescriptions

Doctor:

Start: Exp:

Take one tablet by mouth at bedtime ***pill line***

05/27/08 11/23/08

Webster, Thomas MD CD

Amitriptyline 50 MG Tab

60 TAB in 51 days

Rx #: 27391

Doctor:

Start: Exp:

Take one tablet by mouth each day

05/27/08 11/23/08

Webster, Thomas MD CD

Aspirin 81 MG EC Tab

60 TAB in 51 days

Rx #: 27392

Doctor:

Start: Exp:

Take one tablet by mouth each day

05/27/08 11/23/08

Webster, Thomas MD CD

Atenolol 25 MG TAB

0 TAB in 51 days

FULKS, CHADRICK-3 07/16/2008 07:47 *PAGE:* 2

16617-074

STANDARD FORM 600 (REV. 6-97)

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|

07/16/2008 07:47

(continued from previous page)

Rx #: 27393
Doctor:
Start: Exp:
Take two tablets by mouth at bedtime TONIGHT, IF NO BOWEL MOVEMENT MAY TAKE 2 TABLETS EVERY 12
HOURS UNTIL BOWEL MOVEMENT OCCURS
05/27/08 11/23/08
Webster, Thomas MD CD
Bisacodyl E.C. 5 MG TAB
60 TAB in 51 days
Rx #: 27394
Doctor:
Start: Exp:
Take one-half (1/2) tablet by mouth twice daily ***pill line***
05/27/08 11/23/08
Webster, Thomas MD CD
BusPIRone 15 MG TAB
60 TAB in 51 days
Rx #: 27395
Doctor:
Start: Exp:
Take two tablets by mouth each day WITH FULL GLASS OF WATER
05/27/08 11/23/08
Webster, Thomas MD CD
Calcium Polycarbophil 625 MG Tab
0 TAB in 51 days
Rx #: 27396
Doctor:
Start: Exp:
Take one capsule by mouth twice daily
05/27/08 11/23/08
Webster, Thomas MD CD
Docusate Sodium 100 MG Cap
0 CAP in 51 days
Rx #: 27397

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

FULKS, CHADRICK-3  07/16/2008 07:47  PAGE:  3

16617-074

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
FIRMR (41 CFR) 201-9.202-1

USP LVN

PRINTED ON RECYCLED PAPER

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT ORGANIZATION *(Sign each entry)* |
|---|---|
| 07/16/2008 07:47 | (continued from previous page) |

Doctor:
Start: Exp:
Take one tablet by mouth at bedtime
05/27/08 11/23/08
Webster, Thomas MD CD
Simvastatin 40 MG Tab
0 TAB in 51 days
Rx #: 27398
Generated 07/17/2008 07:51 by Klink, Kimberly MS, Bureau of Prisons - THP Page 1 of 1

FOLLOW UP:
Verbal understanding returned by inmate with above instruction and medication.
Kimberly S. Klink FNP
Nurse Practitioner
USP/FPC Terre Haute

FULKS, CHADRICK-3  07/16/2008 07:47  *PAGE:*  4

16617-074

**STANDARD FORM 600 (REV. 6-97) BACK**