# EXHIBIT L

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Medical Sick call | DATE: 7-24-08 |
|---|---|
| FROM: Chad Fulks | REGISTER NO.: 16617.074 |
| WORK ASSIGNMENT: | UNIT: SLU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

I Dont know what else to do! Ive put in sick call After sick call And you dont help me at all! im in so much pain that i cant even poop! Ive passed out twice from trying to use the restroom so now its less painful to puke my food Back up And doing that takes All the energy from me. What do i have to do in order to get help? ill drop my appeal so you ca execute my ass But give me some medication until Then please! please! please! i cant deal with this Anymore.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper