# EXHIBIT M

TO MEDICAL?/SICK CALL
FROM CHADRICK EVAN FULKS
16617-074
SCU

AUGUST 10th,2008

i really need to be seen! you tell me to sighn up for sick call everytime i talk to you and then you dont see me or help me at all! im in so much pain right now that i could care less about living or dieing and thats not right at all! all im asking for is to be seen by the orthapedic doctor because there is something really wrong with my back and i just cant deal with the pain and stress and sleepless nights any more. what am i suppose to do? its not like i can leave this place and get help on my own so im left here with such pain that i wouldnt even wish it on you for leaving me this way so please get me some help.

chad ful;ks