**EXHIBIT O**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MEDICAL SICK CALL | AUGUST 17th, 2008 |
| FROM: CHADRICK EVAN FULKS | REGISTER NO.: 16617-074 |
| WORK ASSIGNMENT: NONE | UNIT: SCU C-320 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.).

IM STILL HAVING EXCRUCIATING PAIN IN BOTH MY BACK AND HEAD AND RIGHT SIDE JAW.

I HAVE HAD A SERIOUSE BACK PROBLEM FOR A WHILE NOW BUT IT HAS WORSTEN SENCE I
WAS ATTACKED ON APRIL 1st,2008 AND THE PAIN GOES INTO MY HIP AND LEGS. THE
PROBLEMS WITH MY HEAD AND JAW HAS ONLY OCCURED SENCE THE ATTACK AND IVE NEVER
BEEN PSYICALLY EXAMINED OR HAD ANY XRAYS DONE AND IVE ONLY GOT WORSTE SO I DO
NEED TO SEE A ORTHAPEDIC DOCTOR AS WELL AS HAVE XRAYS DONE ON MY HEAD AND JAW.
THE PAIN KEEPS ME FROM EXIRCISING OR REALLY FROM DOIN ANYTHING. ITS HARD TO
EAT,SLEEP OR DO EVERY DAY ACTIVITIES SO WILL YOU PLEASE SEE ME AS SOON AS YOU
CAN, THE PAIN IS SO BAD THAT I WOULD RATE IT A 8 OUT OF 10 SO PLEASE SEE ME.

THANK YOU

*[signature: Chadrick E. Fulks]*

(Do not write below this line)

DISPOSITION:

*I have asked for the physician to
see you. He is the only one here so it
8/21/8 may be awhile.*

K Klink NP
FCC TERRE HAUTE

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper