**EXHIBIT P**

## USP-TERRE HAUTE
## INMATE SICK CALL SIGN-UP
(Formulario y Registro para Atencion de Confinados)

INSTRUCTIONS:  MEDICAL SICK CALL_____ *** _____ DENTAL_____

You must fill out this form completely.
(Debe de llanar este formulario completamente.)

1. Name: **CHADRICK EVAN FULKS**
   (Nombre)
2. Reg. Number: **16617-074**
   (Numero de Registro)
3. Date: **9-8-08**
   (Fecha)
4. Housing unit: **SCU**          Work place: **NONE**
   (Unidad y equipo de la unidad)     (Donde Trabaja)
5. Complaint/Problem (Qyeja/Problema)? IM IN EXTREAM PAIN IN MY BACK THAT SHOOT: PAIN INTO MY HIPS AND LEGS AND IM ALSO EXPERIANCING DIZZINESS AND REALLY BAD HEAD ACHES AND I NEED TO SEE AN ORTHAPEDIC DOCTOR AS SOON AS POSSIBLE.
6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   ONGOING FOR THREE YEARS BUT GOT ALOT WORSTE AFTER I WAS ATTACKED ON APRIL 1st, 2008 WHERE MY HEAD WAS BUSTED OPEN AND MY BACK WAS REINJURED.
7. Are you on any medications now?
   (Esta usted tomando alguna(s) medicinas actualmente?)
   Yes: *** _____ ✔ No: _____
8. Present medications
   (Presantemedications)
   IBUPHUREN, ASPRIN, ATENOLOL, SIMVASTATIN, BISACODY
9. Signature _/Chadrick Evan Fulks/_
   (Firma)

## TO BE COMPLETED BY HEALTHCARE TRIAGE PERSONNEL

1. Date seen:_____
2. Time seen:_____
3. Subjective:_____
4. Objective:   Temp_____   Pulse_____   Resp_____   B/P_____
5. Appointment Date and time_____
6. Triage personnel's signature:_____