**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**Florence Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:02-992 |
| | ) |
| | ) |
| CHADRICK E. FULKS | ) |
| | ) |

**DECLARATION OF WILLIAM J. WATKINS IN SUPPPORT OF**
**MOTION TO COMPEL THE BUREAU OF PRISONS TO PROVIDE**
**NECESSARY AND ESSENTIAL MEDICAL TREATMENT TO**
**CHADRICK E. FULKS**

I, William J. Watkins, declare as follows:

1.      I am an attorney and partner of the law firm of Womble, Carlyle, Sandridge & Rice and am licensed to practice law in the state of South Carolina. I represent inmate, Chadrick E. Fulks ("Mr. Fulks").

2.      On September 3, 2008 I visited Mr. Fulks at US Penitentiary, Terre Haute. At that time I noticed a significant decrease in weight since the last time I visited him in May 2008.

3.      During that visit, it appeared Mr. Fulks suffered from severe back, head and neck pain. To ease his pain during our visit, I offered him my chair, which had more padding to support his back.

4.      After witnessing the amount of pain from which Mr. Fulks appeared to suffer, I sent a letter to the Warden requesting that Mr. Fulks be seen by a

physician. Attached hereto as Exhibit A is a true and correct copy of the letter I sent to Mrs. Marberry dated September 8, 2008.

5.      On September 23, 2008 I received a response to my letter from Warden Marberry. Attached hereto as Exhibit B is a true and correct copy of the letter I received.

I declare under penalty of perjury under the laws of the State of South Carolina that the foregoing is true and correct.

Executed this /7 day of October, 2008, at Greenville, South Carolina.

_____
William J. Watkins

NB1:748073.1

Sworn before me this 17th day of October, 2008.

James M. Trent

My Commission Expires:
Nov. 2, 2015

JAMES M. TRENT
NOTARY
PUBLIC
SOUTH CAROLINA

Declaration of Chadrick E. Fulks

2

**EXHIBIT A**



**WOMBLE CARLYLE SANDRIDGE & RICE**

A PROFESSIONAL LIMITED LIABILITY COMPANY

550 South Main Street, Suite 400
Greenville, SC 29601

*Mailing Address:*
Post Office Box 10208
Greenville, SC 29603-0208
Telephone: (864) 255-5400
Fax: (864) 255-5440
Web site: www.wcsr.com

William J. Watkins, Jr.
Direct Dial: (864) 255-5419
E-mail: bwatkins@wcsr.com

September 8, 2008

H.J. Marberry
Warden USP Terre Haute
4700 Deero Road
Terre Haute, Indiana 4708

Re:    Chadrick E. Fulks
       No. 16617-074

Dear Warden Marberry:

Last week I spent two days on a legal consultation with my client Chad Fulks. Mr. Fulks appeared to be in much pain throughout the visit. Mr. Fulks indicated that he had requested to see a physician on August 17, 2008. He showed me the attached medical sick call slip in which the nurse practitioner, four days later, indicated that "it may be a while" before the physician could schedule an appointment. Based on my observation of Mr. Fulks, he needs immediate medical attention. I respectfully request that you intervene and arrange for a qualified physician to tend to Mr. Fulks' back injury. Mr. Fulks was severely injured during an April 1, 2000 attack by inmate Brandon Basham.

I look forward to hearing from you. Please let me know if there is anything I can do to expedite Mr. Fulks' receipt of needed medical services.

Sincerely,

**WOMBLE CARLYLE SANDRIDGE & RICE**
*A Professional Limited Liability Company*

William J. Watkins

WJW/jcm
cc:    Chad Fulks

**EXHIBIT B**



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

*Office of the Warden*

September 23, 2008

Mr. William J. Watkins
550 South Main Street, Suite 400
Greenville, SC   29603-0208

Dear Mr. Watkins:

This is in response to your letter dated, September 8, 2008, wherein you express concerns regarding medical treatment for your client, inmate Chadrick E. Fulks, Register Number 16617-074.

An investigation into inmate Fulks' medical record reveals he was evaluated by the Nurse Practitioner (NP) for lower back pain on July 16, 2008, which he reported was the result of lifting a heavy box. Pain medication was ordered, and instructions were provided to continue stretching exercises, avoid aggravating activities, and to use elevation and ice for swelling and pain control. On August 14, 2008, inmate Fulks was evaluated in sick call for complaints of a headache and the NP ordered medication. The assigned physician evaluated inmate Fulks on August 25, 2008, for his chronic care clinic. During the exam, migraine headaches were addressed, medication was ordered and he was advised to follow up through sick call for any continued signs or symptoms. Inmate Fulks did not voice any concerns relating to back pain at the time of the visit.

On September 16, 2008, the Physician Assistant evaluated inmate Fulks for complaints of lower back pain and radiculopathy in his back and left arm. A consult for further evaluation by a neurosurgeon was completed and submitted to the Utilization Review Committee. Inmate Fulks will be notified of the committee's decision and he has been instructed to continue to utilize sick call procedures if he has any additional concerns. Inmate Fulks has access to medical care twenty four hours a day, seven days a week.

I hope this response helps ease your concerns regarding the medical treatment your client has received while housed at this facility.

Sincerely,

H. J. Marberry
Complex Warden