# EXHIBIT R

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| MEDICAL---SICK CALL | SEPTEMBER 30th, 2008 |
| FROM:  CHADRIK EVAN FULKS | REGISTER NO.:  16617-074 |
| WORK ASSIGNMENT:  NONE | UNIT:  SCU C-320 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

THIS MAKES MY NINTH SICK CALL REQUEST SENCE APRIL 1st, 2008 WHEN IWAS ATTACKED BY INMATE BASHAM AND RECIVE'D INJURYS TO MY BACK, HEAD, JAW AND NECK AND NOTHIN HAS BEEN DONE FOR ME YET .IM IN MORE PAIN THAN WORDS CAN SAY A NDIIM EXPERIAN ING ALOT OF DIFFERANT SYMPTOMS THAT I CANT FIGURE OUT. IVE WENT AS FAR AS DROPPING MY APPEALS BECAUSE I JUST CANT SET HERE AND DEAL WITH THIS PAIN EVER DAY! IM MISERABLE AND I NEED MEDICAL ATTENTION AND NOT JUST SOMEONE LOOK AT M THROUGH MY DOOR AND TELL ME IM OK BECAUSE IM NOT! SOMETHING IS REALLY WRONG WITH MY BACK SO PLEAS HELP ME AND GET ME TO A DOCTOR TO BE SEEN SOON.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



Printed on Recycled Paper