# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### Florence Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:02-992 |
| | ) | |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

## DECLARATION OF CHADRICK E. FULKS IN SUPPPORT OF MOTION TO COMPEL THE BUREAU OF PRISONS TO PROVIDE NECESSARY AND ESSENTIAL MEDICAL TREATMENT

I, Chadrick E. Fulks, declare as follows:

1.      I am a prisoner on federal death row at the United States Penitentiary at Terre Haute, Indiana. My convictions and sentence were imposed in the United States District Court for South Carolina. I have been incarcerated at USP Terre Haute since late 2004.

2.      Prior to my incarceration at USP Terre Haute, on or about April 29, 2003, I sustained serious injuries from an attack by deputies at the Lexington County Detention Center in South Carolina. I was treated for rectal bleeding, a ruptured tailbone, bruised ribs, and head wounds. Consequently, I was hospitalized several months and required use of a wheelchair. Attached hereto as Exhibit A is a true and correct copy of the civil complaint I filed against the sheriffs who attacked me.

3.      When I arrived at USP Terre Haute, I continued to experience sciatic pain, headaches and dizziness. I was diagnosed as having degenerative discs and

requested Motrin to relieve the pain. Attached hereto as Exhibit B is a medical record dated January 16, 2008.

4.  On April 1, 2008, despite orders that we were not to be in the presence of each other, I was placed in the inside Rec with my co-defendant, Branden Basham ("Basham"). While in the Rec, Basham jumped on me from behind and stabbed me in the head with a shank made out of a pencil. As Basham jumped on me I felt something in my back pop. I immediately fell to the ground and attempted to defend myself until the guard pulled Basham off of me.

5.  I was taken to the exam room where a registered nurse washed my hair, took pictures of the injuries and cleaned my wounds. Despite my requests, I received nothing for the pain. Attached hereto as Exhibit C is a true and correct copy of a medical record dated April 1, 2008.

6.  Later that day I submitted a sick call request complaining of back, head, mouth, and ear pain. Attached hereto as Exhibit D is a true and correct copy of the sick call request I submitted.

7.  On April 2, 2008 I was permitted a follow-up visit with Kimberly Klink ("Klink"), nurse practitioner, which again resulted in no treatment for the pain I had suffered. Instead, Klink prescribed two antibiotics to treat any potential sexually transmitted diseases I may have received as a result of the stabbing. I knew my injuries from the prior attack in 2003 had been exacerbated by Basham jumping on me. Specifically, I experienced excruciating shooting pain from my lower back to my left leg. In addition, I continued to suffer from head and neck pain. Attached hereto as Exhibit E is a true and correct copy of a medical record documenting the April 2, 2008 visit.

8. On or about April 4, 2008, while using the bathroom, I experienced an electrifying pain emanating from my lower back down through my lower leg. The pain was so severe it caused me to vomit. Later that day I again attempted to use the bathroom and again experienced the same excruciating pain and reaction.

9. On April 8, 2008 I submitted another sick call request. I was experiencing numbness from the laceration on the back of my head as well as unbearable sciatic pain. Attached hereto as Exhibit F is a true and correct copy of the sick call request I submitted.

10. On April 9, 2008 Klink responded to my sick call but did not address my back pain. In addition, Klink did not prescribe me any medications for the pain I was experiencing. Attached hereto as Exhibit G is a true and correct copy of a medical record dated April 9, 2004.

11. On April 17, 2008 I submitted a sick call request complaining of back, head and neck pain. In addition, I had ringing in my ears that was not present prior to the April 1st attack. I am not in possession of the April 17th sick call request I submitted.

12. On April 23, 2008 in response to my sick call, Klink visited my cell. I was on a conference call with my legal team and missed her visit. Attached hereto as Exhibit H is a true and correct copy of a medical report dated April 23, 2008.

13. On May 1, 2008 I again submitted a sick call request complaining of intolerable back and neck pain. Again, I received no response. I am not in possession of the May 1st sick call I submitted.

14. Eventually the pain had become so severe that I learned to cope by forcing myself throw up after every meal to minimize the frequency of bowel movements (which currently occur once every eight days). When I did have to use the toilet, I would ingest laxatives to ameliorate the pain and pressure caused by the passing of my stool.

15. On May 7, 2008 Klink visited me at my cell and placed me on 800 milligrams of ibuprofen to alleviate the pain. Although I was only allotted 8 to 10 pills a month, I began taking 8 to 10 pills a day, which I purchased from the canteen. She also provided another prescription of Bisocadyl -- a laxative -- to assist with the pain I was experiencing during bowel movements. I am not in possession of any medical records documenting this visit.

16. On June 28, 2008 I refused to eat. I resorted to starving myself knowing that I would be seen on a daily basis by someone in the medical staff who, I hoped, would treat my excruciating pain. Attached hereto as Exhibit I are true and correct copies of the medical records dated June 28-30, 2008. Although Klink visited me each day, my head and back pain were not treated during any of these visits.

17. The pain continued to persist and became insufferable. On July 2, 2008 I submitted another sick call request complaining of back pain, dizziness and panic attacks. During a mandatory cell move, I lifted heavy boxes and further aggravated my already excruciating back pain. Beside my cell move, I had not left my cell since the attack by Basham because of my fear that once again I would be attacked. Attached hereto as Exhibit J is a true and correct copy of the sick call request I submitted.

18. On July 16, 2008 Klink visited me at my cell. She did not examine me and only spoke to me through the door. Once again her response to my pain was to

prescribe the same dose of ibuprofen. I received this prescription on July 20, 2008. Attached hereto as Exhibit K is a true and correct copy of a medical report dated July 16, 2008.

19. On July 24, 2008 I once again submitted a sick call request complaining of the same symptoms I had back in April. At this point, the situation had become so severe I could not sleep at night. I was ingesting 8 to 10 ibuprofen (at 800 mg) a day in addition to 6 to 8 laxatives a day. Attached hereto as Exhibit L is a true and correct copy of the sick call request I made.

20. By July 29, 2008 I had lost 25 pounds since my last semi-annual exam.

21. On August 6, 2008 Klink came to my cell. Without examining any of the areas in which I claimed to have experienced pain, she told me all she could do was prescribe more ibuprofen. She also prescribed Ergotamine for my migraines and told me she would return to check my blood pressure. I am not in possession of any medical records documenting this visit.

22. On August 10, 2008 I made a specific request to see a doctor and psychologist. Despite the large amounts of Motrin I was taking, the pain continued to worsen. Attached as Exhibit M is a true and correct copy of the request I made.

23. On August 11, 2008 a psychologist came to visit pursuant to my request. He told me I suffered from Post Traumatic Stress Disorder.

24. Three days later, on August 14, 2008, Klink came to my cell to check the scar on my head. In her three minute visit, she took my blood pressure and

weight but did not attempt to treat the pain I was experiencing. I do not have any documentation of this visit.

25. On August 17, 2008 I submitted another sick call request to see an orthopedic doctor and to have an x-ray taken of my back and head. Attached hereto as Exhibit N is a true and correct copy of the request I made.

26. On August 21, 2008 Klink sent a response that she requested that I see a physician. Attached hereto as Exhibit O is a true and correct copy of the response I received from her.

27. On August 25, 2008 I visited Dr. Thomas A. Webster, clinical director at Terre Haute. Dr. Webster is responsible for conducting bi-annual exams on inmates and to the best of my knowledge is not an orthopedic specialist. He did not examine my sciatic area nor did he take any x-rays of the injured areas to make a determination if additional treatment might be necessary. In fact, he specifically told me I was not there for my back or head injuries.

28. On September 8, 2008 I submitted another sick call for back pain and dizziness. Attached hereto as Exhibit P is a true and correct copy of the request I made.

29. That same day, my counsel William Watkins, after witnessing my pain and dramatic weight loss first-hand, drafted a letter to the Warden requesting additional medical attention for me. Attached as Exhibit Q is a true and correct copy of the letter Mr. Watkins sent to the Warden on my behalf.

30. On September 16, 2008 I met with a different physician's assistant who refilled my prescription for ibuprofen.

31. On September 30, 2008 I submitted another sick call request. Attached hereto as Exhibit R is a true and correct copy of the sick call request I submitted.

32. All the measures taken by the staff at Terre Haute USP have proven ineffective and insufficient. No staff member has made any effort to treat my back injury.

33. To date I continue my daily regimen of forced vomiting and remain in constant, excruciating pain. I have a bowel movement approximately once every eight days.

34. My day-to-day life and activities have been severely affected by the pain I have experienced since April 1, 2008. I no longer leave my cell except to attend legal consults to work on my civil case. I sleep on a stack of legal boxes piled up at an angle and propped up by a chair. When I finally do get some sleep, it is never more than 3 hours at a time. I also no longer work out or go to the inside or outside Rec.

Executed this 1st day of October, 2008, at Terre Haute, Indiana.

I declare under penalty of perjury under the laws of the State of South Carolina that the foregoing is true and correct.

Chadrick E. Fulks

NB1:747615.1