## CERTIFICATE OF SERVICE

I certify that I electronically filed the **MOTION TO COMPEL MEDICAL TREATMENT** with the Clerk of Court using the CM/ECF system and I certify that I have mailed the document via U.S. mail, postage prepaid to the following non-CM/ECF participant:

H.J. Marberry
Warden USP Terre Haute
4700 Deero Road
Terre Haute, Indiana 4708

This 17TH day of October, 2008.

/s/ Beattie B. Ashmore, Federal Bar #5215
Beattie B. Ashmore, Federal Bar #5215
PRICE, PASCHAL & ASHMORE, PA
644 E. Washington Street
Greenville, South Carolina 29601
(864) 467-1001

Attorneys for Chadrick E. Fulks