IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA    )
    )
    )
v.    )    CRIMINAL NO. 4:02-992
    )
    )
CHADRICK E. FULKS    )
    )

## DECLARATION OF DICIE FULKS

1.    My name is Dicie Fulks. I am over 18 years of age and competent to give this declaration.

2.    I am familiar with Roger Fulks, his former wife Diane, and their five children. I have personally observed their treatment of their children and their interactions with others.

3.    Diane and Roger's home was always filthy. When their children were small, dirty diapers would cover the floors and be stuffed under furniture. The children themselves were dirty and the house was full of flies.

4.    Instead of fixing a baby bottle with milk or formula, Diane would prepare Kool-Aid bottles. When I took Diane to the store she would buy beer instead of milk. If the children got milk, I would have to pay for it. I remember one time I took Diane to the store and removed the beer from the shopping cart. I told her to use the money to purchase milk. She told me that Roger would beat her if she did not come home with alcohol. When we arrived at her house, the first thing Roger asked was "where is the beer?" He ordered Diane to go back to the store to get it.

1

PA Document #39

5. From my observation, Roger was a shiftless man who did not work hard to provide for his family. His priority and Diane's priority was alcohol. They depended on others to bring food to the house and to take care of their children.

6. Roger and Diane frequently fought and would use very foul language in front of the children.

7. The children had little or no parenting and were left to raise themselves. The boys were seldom at home and ran the streets of Huntington.

8. I was not contacted by Chad Fulks' trial team. Had I been contacted, I would have gladly cooperated and provided the information that is contained in this Declaration.

9. In accordance with 28 U.S.C.A. § 1746, I declare that under penalty of perjury that the foregoing is true and accurate.

Dicie Fulks

Signed before me this 17 day of
July , 2008



Notary Public for _____

My Commission Expires: Sept 8, 2016

Official Seal
Notary Public, State Of West Virginia
Sarah Beth Ellis
Lincoln County Clerk's Office
P.O. Box 497
Hamlin, WV 25523
My commission expires Sept. 8, 2016

-2-