IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Florence Division

UNITED STATES OF AMERICA          )
                                  )
v.                                )    CRIMINAL NO. 4:02-992
                                  )
CHADRICK E. FULKS                 )

### DECLARATION OF CHRISTINA KIRKMAN

1.      My name is Christina Kirkman.  I am over 18 years of age and competent to give this Affidavit.

2.      Chad Fulks is my first cousin.  In the 1980s, my family spent much time around Diane, Roger, and their children.  I have stayed at the Fulks' home on Pine Street and Leeward Avenue in Huntington, West Virginia.  In the mid-1980s, I spent an entire summer at the Fulks' home.

3.      Chad was about five years younger than I.  I remember that Chad had a speech impediment.  Many times when someone would talk to him, he would respond by smiling rather than speaking.  Other children would mock and make fun of him because of the speech impediment.  This speech impediment lasted well into elementary school.

4.      I remember that the Fulks' home was not a clean place.  It was also cluttered.  There were dead rats and roaches in the house.  I remember fly paper left hanging that was filled with dead insects. Although Diane was home all day, she not do much house work.  When you opened a closet, you could not tell which pile of clothes was dirty and which was clean.  The Fulks' toiletries were piled up in the bathroom.  For example, you could not tell whose toothbrush was whose.

PA Document #40

5.     The children suffered severe beatings from the parents. The children were punched in the head and hit with all kinds of objects. It was an common occurrence for a child to be smacked or punched in the Fulks' home. When I lived there, I was treated like the other kids and have been punched by Roger. In addition to violence, the parents called the children hateful names and cursed them. I saw no positive reinforcement in the home.

6.     The Fulks' children learned to run and hide at a young age. Their father was often in a rage and looking for someone to hit. He would chase the children when they ran from him. Often the children did not come home until after dark. The parents did not seem to care that they wandered the streets.

7.     I recall that none of the Fulks' kids did well in school. The parents never required that they do homework. Doing well in school was not encouraged. The Fulks kids were constantly in trouble at school.

8.     The priorities in the Fulks' home were beer and cigarettes. Although the family seemed to have enough money for these items, they struggled to put food on the table. The family was always borrowing toilet paper, salt, sugar, and other basic provisions from the neighbors..

9.     Roger and Diane drank alcohol most every day. They also had frequent parties in the basement downstairs. People came from all over the neighborhood to party with them. I have seen Diane so drunk that she was laying in her own vomit and urine. The children sadly played in the mother's vomit and tried to throw it on each other. Roger has been so drunk that he did not know that his penis was hanging out of his pants. When he passed out, I had to cover him up with a blanket.

10.    Roger had porn magazines laying about in the basement. He also had naked women posted on the walls. He was always making crude comments about women

11.    The Fulks' home was one without boundaries. In addition to having access to porn, the children were permitted to watch "R" rated movies or whatever else was in the VCR.

12.    When I was about 15 years old, I was raped by one of Chad's uncles who was a gang member. Unfortunately, the Fulks children looked up to their uncles as role models. I was also sexually assaulted by Chad's older brothers one night. I was sleeping in the room with Chad's sister and the boys came in and fondled us and tried to remove our underwear. This was a traumatic experience and I do not remember if Chad was with his brothers or not.

13.    Roger and Diane seemed to encourage lawlessness in the children. I remember them saying "look what so-and-so found in the trash," when it was obvious that the kids had stolen the item from someone's home. The only time I saw the parents get mad over stealing is when the children were unsuccessful and got caught.

14.    I was not contacted by Chad Fulks' trial team. Had I been contacted, I would have gladly cooperated and provided the information that is contained in this Declaration.

15.    In accordance with 27 U.S.C.A. §1746, I declare that under penalty of perjury that the foregoing is true and accurate.

Christina Kirkman

Signed before me this 28TH day of August 2008

Notary Public for _____

My Commission Expires: _____



PETRA P. SAUICKIE
MY COMMISSION # DD 344566
EXPIRES: October 8, 2008
Bonded Thru Notary Public Underwriters