IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA )
)
v. )                                Criminal No. 4:02-992-JFA
)
CHADRICK EVAN FULKS, )
)
          Defendant, )

## DEFENDANT'S MOTION TO EXPEDITE PROCEEDINGS

Comes Now, Chadrick Evan Fulks, Defendant Pro Se and respectfully moves this Honorable Court to expedite the legal proceedings in this case relating to his waiver of all further post conviction proceedings and his motion for a prompt execution date. In support of this motion the following is submitted, to wit:

1. The Defendant's Notice to the Court waiving all further post conviction proceedings and his Motion for a Prompt Execution date were filed with the Court on September 9, 2008. Shortly thereafter Mr. Fulks filed his Sworn Statement/Declaration in Support of his Notice to the Court and Motion for a Prompt Execution date.

2. While the defendant does not have access to the Local Rules of this Court, it is his belief and understanding that the United States Government would ordinarily have fifteen days in which to respond to a defendant's motion. If the Government has responded to Mr. Fulks' Pro Se filings he has not received a copy of that response as of the date of service/mailing of this motion.

3. Mr. Fulks has waited over a month for the Court to take some action on his Pro Se filings. He is entitled to have this Court accept his waiver of all further post conviction proceedings and to have his execution carried out in a prompt manner.

4. Rather than take any action on his Pro Se pleadings this Court appointed yet another attorney to assist with the Section 2255 proceedings the Defendant is seek-

ing to waive. It appears as if the Court is not taking Mr. Fulk's waiver request seriously. He has made this life and death decision only after years of thought and consideration. He is entitled to waive any further proceedings so long as he is competent to do so. Mr. Fulks' competency has never been an issue in this case. This Court has had the benefit of reviewing Mr. Fulks' entire mental health history. No one has come forward to suggest that the defendant is not competent to make the waiver of the Section 2255 proceedings currently pending in this Court.

5. The Jury found that Mr. Fulks should be executed and this Court imposed that sentence. Now Mr. Fulks has requested that the sentence imposed upon him be implemented within sixty (60) days. The Governmet who sought his execution and this Court who imposed that sentence have done nothing but drag their feet in not allowing the execution to go forward once the defendant sought a prompt execution date.

6. With all due respect, it is now time for further proceedings in this matter. Mr. Fulks requests that this Court schedule a hearing on his Pro Se Pleadings and that it accept his voluntary waiver to all further post conviction proceedings on the record and that his date of execution be set by the Court.

7. If any party, whether it be the Government, Section 2255 counsel or any third party (although noone has legal standing) attempts to object to Mr. Fulks' waiver, he would request that this Court appoint an attorney willing to advocate his position in this matter. Such an approach was taken by the district court in United States v. David Paul Hammer (U.S. District Court for the Middle District of Pennsylvania, Order and Opinion of October 9, 1998 ___F.Supp. 2d ____(M.D.Pa.1998)).

Wherefore, the defendant Chadrick Evan Fulks requests that this motion be granted in all respects.

Respectfully Submitted,

_Chadrick Evan Fulks, Defendant_

(2)

Reg. No. 16617-074
Federal Correctional Complex
Federal Death Row Unit
Post Office Box 33
Terre Haute, IN 47808-0033

CERTIFICATE OF MAILING

This is to certify that on this __7th__ day of October, 2008 a true and correct

copy of the Defendant's Motion to Expedite Proceedings was sent by prepaid First

Class Mail to each of the following:

Robert F. Daley, Jr., Assistant U.S. Attorney
Jimmie Ewing, Assistant U.S. Attorney
1441 Main Street
Columbia, South Carolina  29201

Beattie Ashmore, Attorney
Kristan Elaine Small, Attorney
C/O Price, Paschal & Ashmore, PA
644 East Washington Street
Greenville, South Carolina  29601

Amy Laurendeau, Attorney
David Dalke, Attorney
Kim
O'Malley & Myers, LLP
610 Newport Center, Drive, 17th Floor
Newport Beach, California  92660

The Honorable Joseph F. Anderson
Chief Judge of the United States District Court
for the District of South Carolina
Federal Courthouse
1845 Assembly Street
Columbia, South Carolina  29201

CHADRICK EVAN FULKS, DEFENDANT

(3)