Entry Number 1126-1     Date Filed 10/27/08     4:02-cr-00992-JFA

CHADRICK EVAN FULKS
16617-074
USP
P.O.BOX 33
TERRE HAUTE,IN 47808

ITEM X-RAYED
BY USMS

28 C.F.R.§§ 540.18-19

SPECIAL/legal mail

INMATE
IDENTIFICATION
CONFIRMED

TERRE HAUTE IN 478

20 OCT 2008 PM 1 T

THE HONORABLE JOSEPH F ANDERSON
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FEDERAL COURTHOUSE
1845 ASSEMBLY STREET
COLUMBIA,SC 29201

2920132431

OCT 18 2008



U.S. ... iary
Terre ... IN 47808
Date ...

The enclosed letter was processed through special mail procedures for forwarding to you. The letter has ... opened nor inspected ... facility ... ...

... Enclosure to the above address