Chadrick Evan Fulks
16617-074
USP
P.O. Box 33
Terre Haute, In
            47808

legal mail
28. C.F.R 540.18-19

INMATE
IDENTIFICATION
CONFIRMED



OCT 23 2009

Media Mail Rate

Clerk of Court
The Honorable
Joseph F. Anderson
South Carolina District Court
Federal Court house
1845 Assembly Street
Columbia, SC 29201

OCT 2 3 2008

