IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA ) Cr. No. 4:02-992-JFA
 )
   v. )
 )
CHADRICK E. FULKS )

### MOTION BY THE UNITED STATES FOR PRODUCTION OF RECORDS

Chadrick E. Fulks ("Fulks," "Petitioner") has moved this Court to vacate his sentence based on ineffective assistance of counsel.  Fulks' claim rests, in large part, on allegations that his trial counsel failed to conduct an adequate and meaningful mitigation investigation, failed to discover and interview witnesses who could have testified, and failed to prepare witnesses.

As Fulks has called into question the efforts of his trial counsel in defending him, the Government asserts that it is appropriate for the Government to review the records reflecting time expended by defense counsel and its experts and investigators,  records requests by Fulks' counsel, and travel in preparing to defend Fulks.   Therefore, the Government respectfully requests the Court to direct the Clerk or other appropriate court personnel to provide copies of all *ex parte* applications for payment of fees in relation to this case.  See United States v. Challoner, 00-cr-00482, 2008 WL 4211103 (D.Colo. Sept. 10, 2008)(finding that the court's own records contradicted any inference that petitioner's counsel did not investigate and prepare for his case, as before trial, pursuant to the Criminal Justice Act, counsel had filed numerous *ex parte* applications for the appointment of and payment of fees in excess of ordinary CJA maximum amounts to a

private investigator, another lawyer to assist him, and a paralegal to assist in the defense);

see also Byram v. Ozmint, 339 F.3d 203, 206 (4th Cir. 2003)(noting number of hours

attorney's time records indicated he had spent preparing for a death-penalty case).  The

Government further requests that the Court direct the Office of the Public Defender to

provide to the Government all records relating to time and resources expended in

defending Fulks.

<div style="margin-left: 40%;">

Respectfully submitted,

W. Walter Wilkins
United States Attorney


s/Jimmie Ewing
Jimmie Ewing (ID No. 7292)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina  29201
(803) 929-3114

</div>

January 9, 2009