IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| CHADRICK E. FULKS | ) | |

MOTION BY THE UNITED STATES FOR EXTENSION
OF TIME TO FILE RESPONSE TO PETITIONER'S AMENDED
MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 2255

The United States, by and through the undersigned Assistant United States

Attorney, moves the Court for an order extending the time in which to respond to

Petitioner's Amended Motion to Vacate Conviction and Sentence and for a New Trial

Pursuant to 28 U.S.C. § 2255. The Government's Motion is based on the following:

1.     On October 21, 2008, Petitioner Chadrick E.Fulks ("Fulks," "Petitioner") filed an

Amended Motion to Vacate Conviction and Sentence and for a New Trial

Pursuant to 28 U.S.C. § 2255. A response by the Government is currently

due on January 20, 2009.

2.     Due to personnel changes in the past several months, the attorneys assigned

to this case have experienced unusually high case loads and levels of

activity with assigned cases.

3.     Due to a conflict arising from her previous judicial clerkship, one of the

attorneys previously scheduled to assist with preparation of the

Government's response is unable to assist.

4.    The Petition, along with its attachments, totals more than 300 pages. Petitioner's allegations require review of the massive record of pre-trial and trial proceedings.

5.    The Government is attempting to obtain records it believes will further show the extent and depth of research and preparation by trial counsel on behalf of Petitioner.  The Government will need time to analyze the requested records.

6.    The Government has contacted Beattie Ashmore, Petitioner's counsel. And he does not object to a thirty-day extension.

WHEREFORE, the Government prays for an order of this Court granting a thirty (30) day extension to respond to Petitioner's Motion; said response to be filed on or before February 19, 2009.

> Respectfully submitted,
>
> W. Walter Wilkins
> United States Attorney
>
>
> s/Jimmie Ewing
> Jimmie Ewing (ID No. 7292)
> Assistant United States Attorney
> 1441 Main Street, Suite 500
> Columbia, South Carolina  29201
> (803) 929-3114

January 12, 2009