IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 4:02-992-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHADRICK E. FULKS | ) | |
| _____ | ) | |

The government has moved for an extension of time in which to respond to Fulks's

amended § 2255 petition which was filed on October 21, 2008.  The government's response

is currently due on January 20, 2009.

For good cause shown, the government's motion is granted.  The response to the

amended petition shall be filed on or before February 19, 2009.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

January 13, 2009                              Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge