IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA )      CR No. 4:02-992-JFA
                          )
          v.              )      ORDER
                          )
CHADRICK E. FULKS         )
_____ )

The government has moved for an order allowing the government to review the records reflecting the time expended by defense counsel and its experts and investigators, records requested by Fulks's counsel, and travel in preparing to defend Fulks. The defendant's trial counsel, as well as his present counsel, are invited to respond to the motion should they deem it appropriate. Any response must be filed with the court on or before January 23, 2009.

        IT IS SO ORDERED.

                                    *Joseph F. Anderson, Jr.*

January 13, 2009                    Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge