IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr.No.: 4:02-00992-JFA |
| | ) | |
| -VS- | ) | |
| | ) | TRIAL COUNSEL'S RESPONSE TO THE GOVERNMENT'S |
| | ) | MOTION TO PRODUCE FILED |
| CHADRICK E. FULKS | ) | JANUARY 12, 2009 |

Mr. Blume and Mr. Nettles both believe that issues related to funding are work product and
are protected by the attorney-client privilege. It is their professional and ethical responsibility to
protect the privilege, and thus it is their position that requested documents are subject to the attorney
client and work product privileges and should not be disclosed.

Respectfully Submitted,

s/William F. Nettles, IV,
Assistant Federal Public Defender
401 W. Evans Street
Florence, South Carolina 29503
Telephone: (843) 662-1510
Fax: (843) 667-1510
Attorney ID#: 5935

s/John H. Blume
Post Office Box 11744
Columbia, South Carolina 29211
Telephone: (803) 765-1044
Fax: (803) 765-1143
Attorney ID #: 1360

Florence, South Carolina

January 23, 2009