IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR No. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| Chadrick E. Fulks, | ) | |
| Petitioner. | ) | |
| _____ | ) | |

This matter comes before the court on the government's motion [#1140] for an order

allowing it to review the records reflecting the time expended by defense counsel and its

experts and investigators, records requested by Fulks's counsel, and travel in preparing to

defend Fulks. Defendant's trial counsel, as well as his present counsel, object to the motion

on the grounds that the government has failed to establish "good cause" for the request and

that the same is protected by the attorney-client privilege and work-product immunity.

After reviewing the filings of the parties, the court denies the government's motion

for access to the funding records.  The court intends to independently review the number of

hours and dollars spent in this case, and incorporate such funding information to the extent

it may be relevant, if at all, in ruling on Fulks's § 2255 petition.

IT IS SO ORDERED.

January 27, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge