IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 4:02-992-JFA |
| | ) | |
| Respondent. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHADRICK E. FULKS, | ) | |
| | ) | |
| Petitioner. | ) | ORDER |

On October 21, 2008, a Memorandum of Law was submitted to this Court in the above-captioned case. Upon submission of this Memorandum, pursuant to this Court's prior Orders, Attorney William J. Watkins, Jr., was to be relieved as counsel for Petitioner and Kirsten Smalls substituted in his place. Mr. Watkins has certified to the Court that he has submitted all CJA vouchers and that no more vouchers will be submitted in connection with his work on Petitioner's 2255 Petition. Accordingly, Mr. Watkins is relieved, nunc pro tunc October 21, 2008.

IT IS SO ORDERED.

February 5, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge