IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA     ) Cr. No. 4:02-992-JFA
    )
        v.         )
    )
CHADRICK E. FULKS         )

## SECOND MOTION BY THE UNITED STATES FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S AMENDED MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 2255

The United States, by and through the undersigned Assistant United States Attorney, moves the Court for an order extending the time in which to respond to Petitioner's Amended Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255. The Government's Motion is based on the following:

1. On October 21, 2008, Petitioner Chadrick E.Fulks ("Fulks," "Petitioner") filed an Amended Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255. A response by the Government is currently due on February 19, 2009.

2. The attorneys assigned to this case continue to experience unusually high case loads and levels of activity with assigned cases.

3. Due to a conflict arising from her previous judicial clerkship, one of the attorneys previously scheduled to assist with preparation of the Government's response is unable to assist.

4. The Petition, along with its attachments, totals more than 300 pages.

Petitioner's allegations require review of the massive record of pre-trial and trial proceedings.

5.  The Government is awaiting an affidavit from one of the AUSA's who originally prosecuted this case in order to respond to one of the issues raised by Petitioner.

6.  Beattie Ashmore, Petitioner's counsel, has agreed to a thirty-day extension.

WHEREFORE, the Government prays for an order of this Court granting a thirty (30) day extension to respond to Petitioner's Motion; said response to be filed on or before March 16, 2009.

> Respectfully submitted,
>
> W. Walter Wilkins
> United States Attorney
>
>
> s/Jimmie Ewing
> Jimmie Ewing (ID No. 7292)
> Assistant United States Attorney
> 1441 Main Street, Suite 500
> Columbia, South Carolina  29201
> (803) 929-3114

February 12, 2009