# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>vs.<br><br>CHADRICK E. FULKS,<br><br>Petitioner. | Case No.  4:02-992<br><br>**COUNSEL'S MOTION TO WITHDRAW MOTIONS TO EXPEDITE EXECUTION AND PETITION FOR WRIT OF MANDAMUS** |

COMES NOW the undersigned counsel for Petitioner Chadrick E. Fulks, and submits to the Court this motion to withdraw Fulk's previous motions to expedite his execution and for a writ of mandamus.[1]  In support of this motion, counsel states as follows:

1.     Mr. Fulks previously submitted the following documents to this Court and to the United States Court of Appeals for the Fourth Circuit:

> (a)     Motion to Expedite Execution (Docket No. 1114, filed September 9, 2008);
>
> (b)     Second Motion to Expedite Proceedings (Docket No. 1126, filed October 27, 2008);
>
> (c)     Second Affidavit in Support of Motion to Expedite (Docket No. 1127, filed October 27, 2008);
>
> (d)     Petition for Writ of Mandamus dated December 2, 2008 (no docket number available from the Fourth Circuit).

---

[1] Although counsel for Mr. Fulks has received a document entitled "Petition for a Writ of Mandamus," which is directed to the Fourth Circuit, it does not appear that the motion was filed, either in the Fourth Circuit or in this Court.  To the extent the Petition is on file with either court, Mr. Fulks wishes to withdraw it.

2. In late January 2009, Mr. Fulks indicated to the undersigned his desire to withdraw the above filings and to proceed to resolution on the merits of his currently pending motion to vacate sentence, *see* 28 U.S.C.A. § 2255.

3. Thereafter, the undersigned drafted the attached "Motion to Withdraw Motions to Expedite Execution and Petition for Writ of Mandamus" (the "Withdrawal Motion") and submitted it to Mr. Fulks for his signature.

4. Mr. Fulks signed the Withdrawal Motion on February 19, 2009, and returned it to counsel.

5. Counsel, acting on Mr. Fulks' behalf, now respectfully submits the Withdrawal Motion to this Court and requests that all pending motions to expedite proceedings and/or to expedite Mr. Fulks' execution, in whatever form previously submitted, be withdrawn.

s/Kirsten E. Small
_____
Kirsten E. Small                 Fed ID No. 10005
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
PHONE:  864.370.2211
FACSIMILE:  864.282.1177
KSmall@nexsenpruet.com

Attorneys for Petitioner

February 25, 2009
Greenville, South Carolina