# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>vs.<br><br>CHADRICK E. FULKS,<br><br>Petitioner. | Case No. 4:02-992<br><br>**MOTION TO WITHDRAW MOTIONS TO EXPEDITE EXECUTION AND PETITION FOR WRIT OF MANDAMUS** |

COMES NOW Petitioner Chadrick E. Fulks, who previously submitted the following documents to this Court and to the United States Court of Appeals for the Fourth Circuit:

(1)     Motion to Expedite Execution (Docket No. 1114, filed September 9, 2008);

(2)     Second Motion to Expedite Proceedings (Docket No. 1126, filed October 27, 2008);

(3)     Second Affidavit in Support of Motion to Expedite (Docket No. 1127, filed October 27, 2008);

(4)     Petition for Writ of Mandamus dated December 2, 2008 (no docket number available from the Fourth Circuit).

I, Chadrick Evan Fulks, by signing below, certify that I wish to withdraw the above motions and petitions and to resume pursuit of my post-conviction proceedings.

_____
Chadrick Evan Fulks

February **19th,** 2009