IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA ) Cr. No. 4:02-992-JFA
)
v. )
)
CHADRICK E. FULKS )

**THIRD MOTION BY THE UNITED STATES FOR EXTENSION
OF TIME TO FILE RESPONSE TO PETITIONER'S AMENDED
MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 2255**

The United States, by and through the undersigned Assistant United States

Attorney, moves the Court for an order extending the time in which to respond to

Petitioner's Amended Motion to Vacate Conviction and Sentence and for a New Trial

Pursuant to 28 U.S.C. § 2255. The Government's Motion is based on the following:

1.  On October 21, 2008, Petitioner Chadrick E.Fulks ("Fulks," "Petitioner") filed an

    Amended Motion to Vacate Conviction and Sentence and for a New Trial

    Pursuant to 28 U.S.C. § 2255. A response by the Government is currently

    due on March 16, 2009.

2.  The attorneys assigned to this case continue to experience unusually high

    case loads and levels of activity with assigned cases.

3.  Due to a conflict arising from her previous judicial clerkship, one of the

    attorneys previously scheduled to assist with preparation of the

    Government's response is unable to assist.

4.     The Petition, along with its attachments, totals more than 300 pages. Petitioner's allegations require review of the massive record of pre-trial and trial proceedings.

5.     The Government has nearly completed its response but requires four additional days to finalize the response and its attachments.

6.     Beattie Ashmore, Petitioner's counsel, has agreed to a four day extension.

WHEREFORE, the Government prays for an order of this Court granting a four day (4) day extension to respond to Petitioner's Motion; said response to be filed on or before March 20, 2009.

Respectfully submitted,

W. Walter Wilkins
United States Attorney


s/Jimmie Ewing
Jimmie Ewing (ID No. 7292)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina  29201
(803) 929-3114

March 12, 1009