IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF APPEARANCE |
| CHADRICK E. FULKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |

Robert F. Daley, Jr., Assistant United States Attorney, hereby gives notice to this Court that he is entering an appearance for the United States of America, in the above-referenced case.

W. WALTER WILKINS
United States Attorney


BY: s/Robert F. Daley, Jr.
ROBERT F. DALEY, JR.
Assistant United States Attorney

Columbia, South Carolina

March 20, 2009