**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Cr. No. 4:02-992-JFA |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHADRICK E. FULKS, | ) | |
| | ) | |
| Petitioner. | ) | |

**MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR**
**THE MEMORANDUM OF LAW IN OPPOSITION TO PETITIONER'S MOTION**
**PURSUANT TO 28 U.S.C. § 2255**

The United States of America respectfully asks this Court for an enlargement of the page limit for the memorandum in opposition to petitioner's motion pursuant to 28 U.S.C. § 2255. Pursuant to Local Civil Rule 7.05(B)(1), an initial memorandum in response to a motion is not to exceed 35 (thirty-five) double-spaced pages unless an exception is granted by the Court. The Respondent requests that this page limit be enlarged to 176 double-spaced pages. The following is stated in support of this motion:

1. The Petitioner in this matter has filed a 197-page Motion for Relief Pursuant to 28 U.S.C. § 2255.

2. Petitioner asserts thirty-three (32) claims alleging violations of numerous constitutional rights.

3. Pursuant to Local Civil Rule 7.05(B)(1), the memorandum may not exceed 35 double-spaced pages unless an exception is granted by the Court.

4. Respondent is fully addressing each of the numerous claims asserted in Petitioner's motion which will require more than the 35 double-spaced pages allowed by Rule 7.05(B)(1).

5.  Accordingly, Respondent  respectfully request that the page limit for the memorandum in opposition to petitioner's motion be enlarged to 176 pages.

6.  Counsel for the Petitioner does not oppose this  Motion.

A proposed order will be transmitted to the Court by e-mail.

Respectfully submitted,

W. WALTER WILKINS
UNITED STATES ATTORNEY

By:     s/Robert F. Daley, Jr.
        ROBERT F. DALEY, JR. (#6460)
        Assistant United States Attorney

By:     S/JIMMIE EWING
        Jimmie Ewing (I.D. #7292)
        Assistant United States Attorney
        1441 Main Street Suite 500
        Columbia, SC 29201
        Telephone: (803) 929-3114

March 20, 2009