**Cornell University**
**Law School**

- about
- admissions
- student life
- careers
- public service
- news & events

- academics
- faculty
- alumni & giving
- international
- projects & publications
- library

# Faculty

**Media Guide to Faculty**
**Faculty in the News**
**Visiting Assistant**
**Professorships**
**Faculty Blogs**

## John H. Blume

Professor of Law and Director, Cornell Death Penalty Project

CV

E-archives



EXHIBIT A

## Contact Information

Cornell Law School
112 Myron Taylor Hall
Ithaca, NY 14853-4901


Phone: (607) 255-1030
Fax: (607) 255-7193
Email: jb94@cornell.edu

## Professional Biography

Prof. Blume clerked for the Hon. Thomas A. Clark of the U.S. Court of Appeals for the Eleventh Circuit. After private practice, he became Executive Director of the South Carolina Death Penalty Project, where he remained until 1996. He joined Cornell Law School in 1993, and, in conjunction with Cornell Professors Sherri Lynn Johnson and Stephen Garvey, formed the Cornell Death Penalty Project to foster empirical scholarship on the death penalty, offer students an opportunity to work on death penalty cases, and provides information and assistance for death penalty lawyers. He has served since 1996 on the Habeas Assistance and Training Project Counsel, which consults the Defender Services Committee of the United States Courts. He teaches Criminal Procedure, Evidence, the Death Penalty in America and supervises several capital clinics.

## Education

- B.A., University of North Carolina, 1978
- M.A.R., Yale Divinity School, 1982
- J.D., Yale Law School, 1984

---

©2009 Cornell University

- People and Departments
- Legal Information Institute
- Site Map
- Site Info

---

**JOHN H. BLUME**
**112 MYRON TAYLOR HALL**
**ITHACA, NY 14853**
**(607) 255-1030**

## EMPLOYMENT

*Professor of Law & Director of Cornell Death Penalty Project*, Cornell Law School, Ithaca, New York, March 2006 to the present.

*Associate Professor of Law & Director of Cornell Death Penalty Project*, Cornell Law School, Ithaca, New York, 2002 to March 2006.

*Visiting Professor of Law & Director of Cornell Death Penalty Project*, Cornell Law School, Ithaca, New York, January 1997 to 2003.

*Executive Director*, South Carolina Death Penalty Resource Center, Columbia, SC, July 1988 to April 1, 1996.

*Partner*, Bruck & Blume, Columbia, SC, February 1987 to July 1988, emphasizing the practice of criminal law and the defense of persons sentenced to death.

*Associate*, McClain & Derfner, Charleston, SC, August 1985 to February 1987, emphasizing the practice of criminal law and civil rights/constitutional litigation.

*Law Clerk*, The Honorable Thomas A. Clark, United States Court of Appeals for the Eleventh Circuit, Atlanta, GA, 1984-1985.

## EDUCATION

*Yale Law School*, J.D., 1984.

*Yale Divinity School*, M.A.R., 1982.

*University of North Carolina at Chapel Hill*, B.A., 1978.

## PUBLICATIONS

### Articles and Book Chapters:

*Gilmore v. Utah: The Persistent Problem of Volunteers*, in CAPITAL PUNISHMENT STORIES

-1-

(Foundation Press, forthcoming spring 2009).

*Of Atkins and Men: Deviations from Clinical Definitions of Mental Retardation in Death penalty Cases*, with Sheri Johnson and Christopher Seeds, Cornell Journal of Law and Public Policy, (forthcoming winter 2009).

*Competent Capital Representation: The Necessity of Knowing and Heeding What Jurors Tell Us About Mitigation*, with Sheri Johnson and Scott Sundby, 36 Hostra Law Review 1035 (2008).

*The Dilemma of the Criminal Defendant with a Prior Record – Lessons from the Wrongfully Convicted*, 5 Journal of Empirical Legal Studies 477 (2008).

*"It's Like Deja Vu All Over Again, Williams v. Taylor, Wiggins v. Smith and a (Partial) Return to the Guidelines Approach to the Effective Assistance of Counsel*, with Stacey Neumann, 34 American Journal of Criminal Law 127 (2007).

*Every Juror Wants a Story, Story: Narrative Relevance and Third Party Guilt and the Right to Present a Defense*, with Sheri Johnson & Emily Paavola, 44 American Criminal Law Review 1069 (2007).

*AEDPA: The "Hype" and the "Bite,"* 91 Cornell Law Review 259 (2006).

*Reliability Matters: Reassociating Bagley Materiality, Strickland Prejudice and Cumulative Harmless Error*, with Christopher Seeds, 95 Journal of Criminal Law and Criminology 1153 (2005).

*Killing the Willing: "Volunteers," Suicide and Competency*, 103 Michigan Law Review 939 (2005).

*Education and Interrogation: Comparing Brown and Miranda*, with Sheri Johnson and Ross Feldman, 90 Cornell Law Review 321 (2005).

*Explaining Death Row's Size and Racial Composition*, with Theodore Eisenberg and Martin Wells, 1 Journal of Empirical Legal Studies 165 (2004).

*Killing the Non-Willing: Atkins, the Volitionally Incapacitated, and the Death Penalty*, with Sheri Johnson, 55 South Carolina Law Review 93 (2003).

*Ten Years of Payne: Victim Impact Evidence in Capital Cases*, 88 Cornell Law Review 257 (2003).

*Twenty-Five Years of Death: A Report of the Cornell Death Penalty Project on the "Modern" Era of Capital Punishment in South Carolina*, 54 South Carolina Law Review 285 (2002).

*Lessons from the Capital Jury Project*, with Theodore Eisenberg and Stephen Garvey, in

-2-

AMERICA'S DEATH PENALTY: BEYOND REPAIR?, (Duke University Press 2002).

*Probing "Life Qualification" Through Expanded Voir Dire,* with Sheri Johnson and Brain Threlkeld, 29 Hofstra Law Review 1209 (2001).

*Future Dangerousness in Capital Cases: Always "At Issue,"* with Stephen Garvey and Sheri Johnson, 86 Cornell Law Review 397 (2001).

*Don't Put Out His Eye, Don't Knock Out His Tooth and Don't Cast the First Stone: Religious Arguments in Capital Cases,* with Sheri Johnson, 9 William & Mary Bill of Rights Journal 61 (2000).

*The Fourth Circuit's "Double-Edged Sword": Eviscerating the Right to Present Mitigating Evidence and Beheading the Right to the Assistance of Counsel,* with Sheri Johnson, 58 Maryland Law Review 1480 (1999).

*Judicial Politics, Death Penalty Appeals and Case Selection: An Empirical Study,* with Theodore Eisenberg, 72 Southern California Law Review 465 (1999).

*Post-McClesky Racial Discrimination Claims in Capital Cases,* with Sheri Johnson and Theodore Eisenberg, 83 Cornell Law Review 1771 (1998).

*Death by Default: State Procedural Default in Capital Cases,* with Pam Wilkins, 50 South Carolina Law Review (1998).

*An introduction to Federal Habeas Corpus Practice and Procedure in South Carolina,* with David Voisin, 47 South Carolina Law Review 271 (1996).

*An Introduction to Post-Conviction Practice and Procedure in South Carolina,* 45 South Carolina Law Review 235 (1994).

*Harmless Error in Federal Habeas Corpus After Brecht v. Abrahmson,* with Stephen Garvey, 35 William & Mary Law Review 163 (fall 1993).

*Understanding Teague v. Lane,* with William Pratt, XVIII New York University Review of Law and Social Change 325 (1991).

*The Changing Face of Retroactivity,* with William Pratt, 58 University of Missouri-Kansas City Law Review 581 (1990).

*Racial Discrimination in the State's Use of its Peremptory Challenges: the Application of the Supreme Court's decision in Batson v. Kentucky in South Carolina,* 40 South Carolina Law Review 299 (1989).

*Sentencing the Mentally Retarded to Death: An Eighth Amendment Analysis,* with David

–3–

Bruck, 41 Arkansas Law Review 725 (1988).

*Deadly Force in Memphis: Garner v. Tennessee*, 15 Cumberland Law Review 89 (1984).

**Other Publications:**

FEDERAL HABEAS CORPUS UPDATE, with Mark Olive, Denise Young and Keir Weyble (Administrative Office of the U.S. Courts, 20th Ed., August 2008).

"Give Me Death," Legal Affairs Magazine, July/August 2005.

Numerous articles for various practice oriented publications, e.g., BNA's *Criminal Practice Manual*, NACDL's *The Champion*, KACDL *The Advocate*, *South Carolina Bar Journal* on issues related to capital defense and the development and presentation of mental health issues in capital cases.

## RECENT PRESENTATIONS

"Potential Effects of the 2008 Presidential Election on the Composition and Direction of the Supreme Court," Cornell University Trustees Meeting, October 2008, Ithaca, NY.

"The Death Penalty in Delaware," Third Annual Conference on Empirical Legal Studies, September 2008, Ithaca, NY.

"Criminal Cases Pending Before the Supreme Court of the United States, Supreme Court Preview, William &Mary School of Law, September 2008, Williamsburg, VA.

"Supreme Court Practice," National Habeas Corpus Seminar, August 2008, St. Louis, MO.

"Post-*Atkins* Developments: Why Mental Retardation Claims in Capital Cases Win and Lose," National Habeas Corpus Seminar, August 2008, St. Louis, MO.

"How Jurors Process Mitigation Evidence in Capital Cases," National Seminar on the Development and Presentation of Mitigation Evidence in Capital Cases, April 2008, Baltimore, MD.

"Fetal Alcohol Syndrome: New Developments Relevant to Capital Cases," National Seminar on the Development and Presentation of Mitigation Evidence in Capital Cases, April 2008, Baltimore, MD.

"Persuasion in Criminal Appeals," New York Public Defender's Conference, October 2007, Rochester, NY.

"Supreme Court Update," National Habeas Corpus Seminar, August 2007, Nashville, TN.

"Race and Capital Litigation," National Seminar on the Development and Presentation of Mitigation Evidence in Capital Cases, April 2007, Washington, D.C..

"Supreme Court Advocacy," NACDL Fall Meeting, November 2006, Boston, MA.

"A Quantitative and Qualitative Analysis of the 'Modern' Death Penalty," Cornell School of Public Policy, September 2006, Ithaca, NY.

"Understanding AEDPA's §2254(d)," National Habeas Corpus Seminar, August 2006, Pittsburgh, PA.

"Habeas Corpus for Trial Lawyers," Delaware Public Defender's Association, Wilmington, DE, April 2006.

"The 2005-2006 Supreme Court Term," Cornell Alumni Meeting, Ithaca, June 2006, Ithaca New York

"Death Row 'Volunteers' and Suicide," Annual Meeting of the American Academy of Psychiatry and the Law, October 2005, Montreal, Canada.

"Ten Years After AEDPA: Ten Unresolved Issues," National Habeas Corpus Seminar, August 2005, Pittsburgh, PA.

"An Overview of Empirical Studies Relevant to Capital Litigation," NAACP Legal Defense Fund's Annual Airlie Conference on Capital Punishment, July 2005, Warrenton, VA.

"AEDPA: The 'Hype' and the "Bite,'" Cornell Law Review Symposium, April 2005, Ithaca, NY.

"Expanding *Atkins* to the Mentally Ill," National Seminar on Mitigation Law and Practice, March 2005, Salt Lake City, Utah

"Criminal Procedure Panel," Supreme Court Preview, William & Mary School of Law, October, 2004, Williamsburg, VA.

## BAR ADMISSIONS

South Carolina, Supreme Court of the United States, United States Court of Appeals for the Second Circuit, United States Court of Appeals for Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Court for the Western District of New York, United States District Court for the District of South Carolina.

## MISCELLANEOUS

### Supreme Court Litigation:

Argued the cause for the death sentenced inmate in *Roper v. Weaver*, 550 U.S. 698 (2007); *Holmes v. South Carolina*, 547 U.S. 319 (2006); *Williams v. Taylor*, 529 U.S. 420 (2000); *Loving v. United States*, 517 U.S. 748 (1996); *Mu'Min v. Virginia*, 500 U.S. 415 (1991); and *Butler v. McKellar*, 494 U.S. 407 (1990); Co-counsel for the habeas petitioner in *Yarborough v. Alvarado*, 541 U.S. 652 (2004); *Duncan v. Walker*, 533 U.S. 167 (2001); *Artuz v. Bennett,* 531 U.S. 4 (2000); *Strickler v. Greene,* 527 U.S. 263 (1999); *Buchanan v. Angelone*, 522 U.S. 269 (1998); *Gray v. Netherland*, 518 U.S. 152 (1996); *Burden v. Zant*, 510 U.S. 132 (1994); *Yates v. Evatt*, 500 U.S. 391 (1991); *Burden v. Zant*, 498 U.S. 433 (1991); *Yates v. Aiken*, 484 U.S. 211 (1988); and, *Burger v. Kemp*, 483 U.S. 776 (1987); *amicus curiae* counsel in numerous other Supreme Court cases.

### Other Litigation Experience:

Extensive capital trial and appellate experience including arguing cases for indigent death sentenced inmates before the *en banc* Fourth Circuit, the *en banc* Fifth Circuit, the *en banc* Seventh Circuit, as well as numerous other panel arguments in the Fourth, Fifth, Ninth and Eleventh Circuits and arguments in the Florida Supreme Court, Georgia Supreme Court, New Mexico Supreme Court and the South Carolina Supreme Courts.

### Development of and Presentations at Continuing Legal Education Programs:

*The Supreme Court Practice Institute* – Professor Anthony Amsterdam of NYU, Mark Olive and Denise Young of the Habeas Assistance and Training Counsel Project and I are currently in the process of developing this program designed for attorneys who represent indigent death sentenced inmates. The purpose of the program is to improve the quality of representation before the Supreme Court of the United States.

*The Persuasion Institute* – Professor Anthony Amsterdam of NYU, Mark Olive and Denise Young of the Habeas Assistance and Training Counsel Project and I developed this program, offered annually, which is designed to introduce counsel for indigent death sentenced inmates to narrative theory and technique.

*The Anthony G. Amsterdam/NITA Post-Conviction Skills Clinic* – Professor Anthony Amsterdam of NYU, Mark Olive and Denise Young of the Habeas Assistance and Training Project and representative of the National Institute for Trial Advocacy and I developed this program, offered annually, which is designed to improve the evidentiary hearing skills of counsel for indigent death sentenced inmates.

*The National Habeas Corpus Seminar* – Mark Olive and Denise Young of the Habeas Assistance and Training Project and I are responsible for planning this program, offered annually, to

-6-

provide counsel for indigent death sentenced inmates with the latest developments in habeas corpus practice.

Faculty member at various public defender, criminal law, death penalty and judicial continuing legal education seminars in Arizona, Alabama, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Kentucky, Louisiana, Maryland, Missouri, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington and Washington, D.C.

### Consulting, Committees and Task Forces:

*Habeas Assistance and Training Project,* April 1996 to the present - in this capacity I serve as a consultant to the Defender Services Committee of the Judicial Conference of the United States and the Defender Services Division of the Administrative Office of the United States Courts in connection with matters related to capital habeas corpus representation.

*ABA Task Force on Mental Illness and Capital Punishment,* 2004 to the present – this committee consists of academics, mental health professionals and practicing attorneys. Our mission was to develop policies and procedures applicable in cases involving mentally ill death row inmates or mentally ill defendants facing capital charges. The task force has been working with the American Psychiatric Association, the American Psychological Association and the National Alliance for the Mentally Ill to formulate appropriate policies and procedures.

### Commentating:

Commentator on various death-penalty topics and cases on numerous television and radio shows including: *The Today Show, Dateline, Nightline, The Morning Show, Good Morning America, The Abrams Report, All Things Considered, Geraldo,* various Court TV CNN News, C-NBC, and MSNBC programs.

–7–