Cornell University
Law School

- about
- admissions
- student life
- careers
- public service
- news & events

- academics
- faculty
- alumni & giving
- international
- projects & publications
- library

# Faculty

**Media Guide to Faculty**
**Faculty in the News**
**Visiting Assistant**
**Professorships**
**Faculty Blogs**

# Sheri Lynn Johnson

Professor of Law and Assistant Director, Cornell Death Penalty Project

CV

E-archives



EXHIBIT B

## Contact Information

Cornell Law School
108 Myron Taylor Hall
Ithaca, NY 14853-4901

Phone: (607) 255-6478
Fax: (607) 255-7193
Email: slj8@cornell.edu

## Professional Biography

Sheri Lynn Johnson is an expert on the interface of race and issues in criminal procedure, and the Assistant Director of the Cornell Death Penalty project, an initiative to foster empirical scholarship on the death penalty, offer students an opportunity to work with practitioners on death penalty cases, and to provide information and assistance for death penalty lawyers. After her graduation from Yale Law School in 1979, Professor Johnson worked for a year in the Criminal Appeals Bureau of the New York Legal Aid Society, and then joined the Cornell Law School Faculty in 1981. Professor Johnson co-founded the Cornell Death Penalty Project in 1993. She currently teaches constitutional and criminal law, and supervises the post-conviction litigation and capital trial clinics.

## Education

- B.A., University of Minnesota, 1975
- J.D., Yale Law School, 1979

©2009 Cornell University

- People and Departments
- Legal Information Institute
- Site Map
- Site Info

**SHERI LYNN JOHNSON**

**Myron Taylor Hall**
**Cornell Law School**
**Ithaca, New York 14853**
**(607) 255 6478**

**EMPLOYMENT**   **Cornell Law School**
**Ithaca, New York**
Assistant Professor: 1981-1984
Associate Professor:  1984-1988
Professor:  1988 to present
Assistant Director, Cornell Death Penalty Project: 1996  to present

**Marshall Wythe School of Law**
**William and Mary, Williamsburg, Virginia**
**THE LEE DISTINGUISHED VISITING PROFESSOR**
Spring 1995

**The Legal Aid Society: Criminal Appeals Bureau**
**New York, New York**
Associate Appellate Counsel 1980-1981

**EDUCATION**   **Yale Law School**, J.D. 1979
**University of Minnesota**, NSF Fellow, 1975-1976
**University of Minnesota**, B.A., magna cum laude, 1975

**SUBJECTS**   Constitutional Law, Criminal Procedure, Criminal Law, Capital Trial Clinic, Post-Conviction Clinic, Children's Rights

**PUBLICATIONS**   "Looking Deathworthy: Perceived Stereotypicality of Black Defendants Predicts Capital Sentencing Outcomes," ___ Pscyhological Science ___ (2006) ( with Jennifer Eberhardt, Paul Davies, and Valerie Purdie-Vaughns)

"Wishing Petitioners to Death: Factual Misrepresentation in Fourth Circuit Capital Cases," 91 CORNELL LAW REVIEW ___ (forthcoming, 2006)

"Education and Interrrogation: Comparing *Brown* and *Miranda*, 90 CORNELL LAW REVIEW 321 (2005) (with John Blume)

"Implicit Racial Attitudes of Death Penalty Lawyers,"53 DEPAUL LAW REVIEW 1539(2004) (with Theodore Eisenberg)

"Killing the Non-willing: Atkins, the Volitionally Incapacitated, and the Death Penalty," 55 SOUTH CAROLINA LAW REVIEW 93 (2003)(with John H. Blume)

"Speeding in Reverse: An Anecdotal View of Why Victim Impact Testimony Should Not Be Driving Capital Prosecutions," 88 CORNELL LAW REVIEW 555 (2003)

"The Death Penalty: Reforming a Process Fraught With Error Probing 'Life Qualification' Through Expanded Voir Dire," 29 HOFSTRA LAW REVIEW1209 (2001)(with John H. Blume and A. Brian Threlkeld)

" Future Dangerousness in Capital Cases: Always 'At Issue'," 86 CORNELL LAW REVIEW 397 (2001)(with John H. Blume and Stephen P. Garvey)

"Religion's Role in the Administration of the Death Penalty Don't Take His Eye, Don't Take His Tooth, and Don't Cast the First Stone: Limiting Religious Arguments in Capital Cases," 9 WILLIAM & MARY BILL OF RIGHTS JOURNAL 61 (2000)(with John Blume)

"Correcting Deadly Confusion: Responding to Jury Inquiries in Capital Cases," 85 CORNELL LAW REVIEW 627 (2000)(with Stephen P. Garvey and Paul Marcus)

"The Fourth Circuit's 'Double-Edged Sword': Eviscerating the Right to Present Mitigating Evidence and Beheading the Right to the Assistance of Counsel," 58 MARYLAND LAW REVIEW 101 (1999)

"Post-*McCleskey* Race Discrimination Claims in Capital Cases," *83* CORNELL LAW REVIEW (1998)(with John Blume and Theodore Eisenberg)

*"Batson* Ethics for Trial Courts and Prosecutors," 73 CHICAGO-KENT LAW REVIEW 559(1998)

"Respectability, Race Neutrality and Truth" (Reviewing Race, Crime and the Law, by Randall Kennedy) 107 YALE LAW JOURNAL 2619(1998)

"The Color of Truth: Race and the Assessment of Credibility," 1 MICHIGAN JOURNAL OF RACE AND LAW 261(1996)

2

"Specific Agreements About Race: A Response to Professor Sunstein," 31 WAKE FOREST LAW REVIEW 411(1996)

"Of Myths and Mapp: A Response to Professor Magee," 23 CAPITAL UNIVERSITY LAW REVIEW 221 (1994)

"A Response to Professor Choper; Laying Down Another Ladder," 79 CORNELL LAW REVIEW 522 (1994)

"The Language and Culture (Not To Say Race) of Peremptory Challenges," 31 WILLIAM AND MARY LAW REVIEW 29 (1993)

"Racial Imagery in Criminal Cases," 67 TULANE LAW REVIEW 1739 (1993)

"Confessions, Criminals and Community," 26 HARVARD CIVIL RIGHTS CIVIL LIBERTIES LAW REVIEW 327 (1991)

"The Effects of Intent: Do We Know How Legal Standards Work?" 76 CORNELL LAW REVIEW 1151 (1991)
 (with Theodore Eisenberg)

"Unconscious Racism and the Criminal Law," 73 CORNELL LAW REVIEW 1016 (1988)

"The Politics of Predicting Criminal Violence," 86 MICHIGAN LAW REVIEW 1322 (1988)

Law: Its Nature, Functions and Limits (3rd edition)(1986)(with Robert S. Summers, Kevin M. Clermont, Robert A. Hillman, John J. Barcelo III, and Doris Marie Provine)

"Black Innocence and the White Jury," 83 MICHIGAN LAW REVIEW 1611 (1985)

"Cross-Racial Identification Errors in Criminal Cases," 69 CORNELL LAW REVIEW 934 (1984)

"Race and the Decision To Detain a Suspect," 93 YALE LAW JOURNAL 214 (1983)

3