**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:02-992-JFA |
| | ) | |
| Respondent, | ) | |
| | ) | MOTION FOR AUTHORIZATION OF |
| v. | ) | PAYMENT FOR TRANSCRIPT |
| | ) | |
| CHADRICK E. FULKS, | ) | |
| | ) | |
| Petitioner. | | |

Chadrick Evan Fulks, by undersigned counsel, respectfully moves the Court to authorize payment for transcription of the testimonial portions of the recent civil trial in *Fulks v. Metts*, D.S.C. No. 2:06-cv-0980-PMD. Counsel are informed and believe that the identified portions of the transcript are approximately 260 pages in length and will cost approximately $950.00 to produce.[1]

**BACKGROUND**

Prior to his sentencing trial, Mr. Fulks was housed at the Lexington County Detention Center ("the Center"). On April 24, 2003, the day Mr. Fulks was scheduled to be transferred from the Center, there was an altercation between Mr. Fulks and employees of the Lexington County Sheriff's Department ("the Department") and of the Center. Mr. Fulks was injured during the altercation. On March 24, 2006, Mr. Fulks, acting *pro se*, filed *Fulks v. Metts*, alleging that the persons involved in the altercation had used excessive force in violation of his civil rights.[2] The court appointed counsel to represent Mr. Fulks and, following discovery, a trial took place on February 25-27, 2009. The incident was the subject of testimony during Mr.

---

[1] *See* March 17, 2009, email from Court Reporter Daniel Mayo, attached hereto as "Exhibit A."

Fulks's sentencing trial, and counsel understand that many of the witnesses who testified about the incident during the sentencing trial also testified during the civil trial. Upon information and belief, these witnesses' testimony at the civil trial may have differed in critical respects from their testimony during the sentencing trial.

**ARGUMENT**

The Court has the authority to authorize payment for "investigative, expert, or other services" upon a finding that such services are "reasonably necessary" in support of Mr. Fulks's § 2255 motion. 18 U.S.C. § 3599; *accord* 18 U.S.C. § 3006A(e)(1) (authorizing payment for services "necessary for adequate representation" of an indigent defendant).[3] In support of the instant Motion, Mr. Fulks has attached a completed CJA 24 as Exhibit A. In order to minimize costs, Mr. Fulks seeks transcription only of testimony; he does not seek transcription of motions hearings, voir dire, opening statements, closing arguments, or jury instructions.

The April 24, 2003 altercation, and Mr. Fulks's alleged actions during the altercation, were a key focus of the sentencing trial, at which they were relevant to the aggravating factor of Mr. Fulks's future dangerousness. To the extent there are material differences between the witnesses' testimony at the sentencing trial and at the civil trial, counsel is entitled to investigate those differences and assess their relevance to Mr. Fulks's § 2255 motion. At the very least, the transcript of the civil trial contains information directly related to topics that were examined during Mr. Fulks's sentencing trial. Therefore, a transcript of the testimonial portions of the civil trial is "reasonably necessary" in support of Mr. Fulks's § 2255 petition. Further buttressing Mr.

---

[2] The action was initially filed in the Southern District of Indiana, where Mr. Fulks is incarcerated. It was subsequently transferred to the District of South Carolina.

[3] Counsel has attached a completed CJA 24 form as "Exhibit B" to this motion.

Fulks's need for the transcript is the fact that the Government had a representative at the civil trial and is thus privy to all of the testimony during the civil trial.[4]

**CONCLUSION**

For the reasons set forth above, Mr. Fulks respectfully requests that this Court authorize the payment for the production of the identified portions of the civil trial transcript.

Respectfully submitted,

/s/ Kirsten E. Small_____
Kirsten E. Small (Federal Bar No. 10005)
NEXSEN PRUET, LLC
55 E. Camperdown Way, 4th Floor (29601)
P.O. Drawer 10648
Greenville, SC  29603
Phone: 864.282.1112
Fax:    864.477.2619
KSmall@NexsenPruet.com

Beattie B. Ashmore (Federal Bar No. 5215)
PRICE, PASCHAL & ASHMORE, PA
644 E. Washington Street
Greenville, SC 29601
Phone: 864.467.1001
Fax:    864.242.6560
BAshmore@sctriallawyers.com

Attorneys for Chadrick E. Fulks

March 24, 2009

---

[4] It is counsel's belief that Assistant United States Attorney, Jimmie Ewing, one of the counsel of record for the instant case, was present at the civil trial.