**Small, Kirsten E.**

**From:** Daniel_Mayo@scd.uscourts.gov
**Sent:** Tuesday, March 17, 2009 2:44 PM
**To:** Small, Kirsten E.
**Subject:** Re: No. 2:06-cv-0980-PMD, Fulks v. Metts

Ms. Small,  the transcript of testimony is approximately 260 pages and will cost approximately $950.00


Dan Mayo
(803) 799-9325
Certified Realtime Reporter
US District Court
District of South Carolina


| | | |
|---|---|---|
| "Small, Kirsten E." <KSmall@nexsenpruet.com> | | To |
| | "'daniel_mayo@scd.uscourts.gov'" <daniel_mayo@scd.uscourts.gov> | |
| 03/16/2009 05:00 PM | | cc |
| | | Subject |
| | No. 2:06-cv-0980-PMD, Fulks v. Metts | |


Mr. Mayo,

I represent Chad Fulks in his death penalty proceedings, and we will be asking the district court in that case to pay for a transcript of the civil case identified above. Can you please provide an estimate for the cost of the transcript (testimony only, not voir dire or openings/closings), and the total number of pages?

Thank you,

***Please note new street address***

Kirsten E. Small
Nexsen Pruet, LLC
55 E. Camperdown Way, Suite 400
Greenville, SC 29601
T: 864.282.1112, F: 864.477.2619
KSmall@nexsenpruet.com
www.nexsenpruet.com

Nexsen Pruet

CONFIDENTIAL COMMUNICATION: The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are