IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

**Order Requesting Additional Briefing**

On March 25, 2009, Chadrick Evan Fulks ("Petitioner") filed a motion for authorization for payment for transcription of the testimonial portions of his civil trial in Fulks v. Metts, C/A No.: 2:06-0980-PMD ("1983 Action"). Petitioner filed the 1983 Action for damages he allegedly suffered as a result of an altercation between him and employees of the Lexington County Sheriff's Department and Detention Center on April 24, 2003 as he was scheduled to be transferred out of the Detention Center.

Petitioner's counsel represents that many of the witnesses who testified about the incident during the sentencing trial also testified during the civil trial and that these witnesses' testimony at the civil trial may have differed in "critical respects" from their testimony during the sentencing trial. Counsel submits that to the extent there are material differences between the witnesses' testimony at the sentencing trial and at the civil trial, that counsel is entitled to investigate those differences and assess their relevance to Petitioner's § 2255 motion.

1

The court requests counsel file a memorandum by April 6, 2009 that: (1) identifies by name each witness who testified at both the sentencing trial and civil trial; (2) identifies each witness whose testimony counsel believes allegedly differs in critical respects from their testimony during the sentencing trial; (3) the basis for counsel's belief that the testimony differs in critical respects; and (4) why a transcript of the civil trial is "reasonably necessary" to support Petitioner's § 2255 petition. The memorandum may be filed under seal.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

March 30, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge