IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

**Order Setting Conference Call**

On March 25, 2009, Chadrick Evan Fulks ("Petitioner") filed a motion for authorization for payment for transcription of the testimonial portions of his civil trial in Fulks v. Metts, C/A No.: 2:06-0980-PMD ("1983 Action"). On March 30, 2009, the court entered an order ("Order") directing counsel to file a memorandum by April 6, 2009 that (1) identifies by name each witness who testified at both the sentencing trial and civil trial; (2) identifies each witness whose testimony counsel believes allegedly differs in critical respects from their testimony during the sentencing trial; (3) the basis for counsels' belief that the testimony differs in critical respects; and (4) why a transcript of the civil trial is reasonably necessary to support Petitioners § 2255 petition.

On April 2, 2009, counsel for Petitioner, Kirsten Small, left a voicemail for the undersigned's law clerk indicating that the individual able to comply with the court's Order is attorney Chris Mills, who represented Fulks in the civil action, and that Mr. Mills is unable to meet the deadline in the Order due to other obligations for which he is being compensated.

In order to evaluate the Petitioner's motion, the court will hear the argument of Ms. Small and Ms. Ewing during a telephone conference call Friday, April 17, 2009 at 10 am. The court will inquire into the basis for Petitioner's counsel representation that many of the witnesses who testified about the incident during the sentencing trial also testified during the civil trial and that these witnesses' testimony at the civil trial may have differed in critical respects from their testimony during the sentencing trial. Counsel are directed to conference with one another and call chambers at 803-765-5136 to tie in Judge Anderson.

IT IS SO ORDERED.

April 6, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge