IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| v. | ) | MOTION FOR EXTENSION OF TIME TO |
| | ) | FILE REPLY |
| | ) | |
| CHADRICK E. FULKS | ) | |

The Petitioner, Chadrick E. Fulks, moves this Court for an Order extending the time in which to reply to the Government's response to Petitioner's Amended Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255. This Motion is based on the following:

1. On October 21, 2008, Petitioner Chadrick E. Fulks ("Fulks," "Petitioner") filed an Amended Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255. A response by the Government was filed on March 20, 2009. The Scheduling Order provides that a reply is to be filed within 30 days of the Government's response.

2. The attorneys for the Petitioner need additional time to analyze and reply to the Government's 176 page response. Assistant United States Attorneys Bob Daley and Jimmie Ewing have no objection to a thirty day extension of time.

3. There are numerous complicated factual and legal arguments raised by the Petitioner and the Government. The record is voluminous and additional time is necessary to properly prepare the reply.

WHEREFORE, the Petitioner prays for an Order of this Court granting an extension of thirty days to reply to the Government's response; said response to be filed on or before May 19, 2009.

Respectfully submitted,


/s/ Beattie B. Ashmore
Beattie B. Ashmore #5215
Price, Ashmore & Beasley, P.A.
644 East Washington Street
Greenville, SC  29601


/s/ Kirsten E. Small
Kirsten E. Small #10005
Nexsen Pruet, LLC
PO Box 10648
Greenville, US 29603


April 7, 2009