IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| v. | ) | MOTION FOR EXTENSION OF TIME TO |
| | ) | FILE REPLY |
| | ) | |
| CHADRICK E. FULKS | ) | |

The Petitioner, Chadrick E. Fulks, moves this Court for an Order extending the time in which to reply to the Government's response to Petitioner's Amended Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255. This Motion is based on the following:

1.      On October 21, 2008, Petitioner Chadrick E. Fulks ("Fulks") filed an Amended Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255. A response by the Government was filed on March 20, 2009. The Court previously granted a continuance for Fulks to file the reply. The current due date is May 19, 2009. Fulks seeks a continuance of thirty days.

2.      The attorneys for the Petitioner need additional time to analyze and reply to the Government's 176 page response. Assistant United States Attorneys Bob Daley and Jimmie Ewing have no objection to this second request for a thirty day extension of time.

3.      There are numerous complicated factual and legal arguments raised by the Petitioner and the Government. The record is voluminous and additional time is necessary to properly prepare the reply. In addition, counsel for Fulks, presently have a significant workload and trial schedule.

WHEREFORE, the Petitioner prays for an Order of this Court granting an extension of thirty days to reply to the Government's response; said response to be filed on or before June 19, 2009.

Respectfully submitted,

/s/ Beattie B. Ashmore
Beattie B. Ashmore #5215
Price, Ashmore & Beasley, P.A.
644 East Washington Street
Greenville, SC  29601

/s/ Kirsten E. Small
Kirsten E. Small #10005
Nexsen Pruet, LLC
PO Box 10648
Greenville, US 29603

May 11, 2009