# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| United States of America,<br><br>           Respondent,<br><br>vs.<br><br>Chadrick E. Fulks,<br><br>           Petitioner. | Case No.  4:02-992-JFA<br><br>**MOTION FOR EXTENSION OF TIME<br>TO REPLY** |

Petitioner Chadrick E. Fulks ("Mr. Fulks") moves this Court for an order extending the time in which to file his Reply to the Government's Opposition to Mr. Fulks's Amended Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255 and Rule 33 of the Federal Rules of Criminal Procedure ("Amended Motion to Vacate"). Undersigned counsel have requested the Government's consent for the extension but have not yet received a response.

This Motion is based upon the following:

1. Mr. Fulks filed the Amended Motion to Vacate on October 21, 2008. The Government filed its Opposition on March 20, 2009. This Court has previously extended the time for Mr. Fulks to file his Reply to the Opposition based on the length of the Government's Opposition, the complexity of the issues involved, and counsel's significant work load and trial schedule. The current due date is June 19, 2009.

2. On January 18, 2009, a search team led by Monica Caison of the CUE Center for Missing Persons (www.cuecenter.org), recovered human remains near the intersection of Long

Bay and Water Tower Roads in Horry County, South Carolina. The parties to this litigation, Ms. Caison, and family members all believe that the recovered remains are those of Alice Donovan. Mr. Fulks directed Ms. Caison to this location through photographs, a map, and letters. The remains were found in the same area to which Mr. Fulks has consistently directed search efforts since April 21, 2003. As of this filing, the remains are in the possession of the University of Texas at Forth Worth for mitochondrial DNA testing to confirm that the remains are those of Alice Donovan.

3. The recovery of Ms. Donovan's remains is a landscape-altering event for this litigation. During the sentencing trial, the Government argued that it was due to Mr. Fulks's purposeful thwarting of search efforts that Ms. Donovan's body had not been recovered. The recovery of the remains in the area to which Mr. Fulks has consistently directed searchers establishes that Mr. Fulks's efforts to assist the Government in the recovery of Alice Donovan's remains were genuine.

4. Since the recovery of the remains, counsel have worked diligently to make sense of this unprecedented event (the post-verdict recovery of a victim's body through the efforts of the defendant himself), to articulate the framework in which this new evidence may be presented to the Court, and to identify any and all claims that might arise from this evidence. These efforts have included intensive research, frequent telephone conferences among the members of the legal team, and a series of face-to-face meetings with Federal Capital Resource Counsel. Simultaneously, counsel have been working on Mr. Fulks's response to the Government's 176-page Opposition.

5. Recently, counsel for Mr. Fulks conducted another telephone conference with Resource Counsel. As a result of this conversation, two new claims related to the recovery of the

remains have been identified, and the necessary procedural steps have been articulated. In brief, counsel must:

> (a)    Research and draft the new claims;
>
> (b)    Research, draft, and file a motion to supplement the pleadings pursuant to Rule 15(d) of the Federal Rules of Civil Procedure;
>
> (c)    Research, draft, and file a motion to expand the record pursuant to Rule 7 of the Rules Governing Section 2255 Proceedings in the United States Courts; and
>
> (d)    Complete the draft of the Reply in Support of the Amended Motion to Vacate, including the addition of facts and arguments related to the recovery of Ms. Donovan's remains.

6.    Given the size and scope of the above tasks and the complex and novel legal claims involved, counsel have concluded that no amount of diligence is sufficient to meet the current June 19 deadline for filing of the Reply and the associated motions set forth above.

WHEREFORE, counsel respectfully request an extension to July 17, 2009.[1]

---

[1] Ms. Small will be out of state on a previously scheduled trip from June 27 through July 5; Mr. Ashmore will be out of the country on a previously scheduled trip from June 25 through July 11.

/s/ Kirsten E. Small
Kirsten E. Small (No. 10005)
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
KSmall@nexsenpruet.com

/s/ Beattie B. Ashmore
Beattie B. Ashmore (No. 5215)
Price, Ashmore & Beasley, P.A.
644 East Washington Street
Greenville, SC 29601
Bashmore@sctriallawyers.com

Attorneys for Petitioner

June 10, 2009
Greenville, South Carolina