**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

UNITED STATES OF AMERICA

v.

CHADRICK E. FULKS

CRIMINAL NO. 4:02-992

**REVISED INDEX TO PETITIONER'S APPENDIX**

| Document Number | Description |
|---|---|
| 1. | Declaration of Andrea Lyon |
| 2. | Declaration of Seymour Halleck |
| 3. | Declaration of Margaret Melikian |
| 4. | Declaration of James Hilkey |
| 5. | Declaration of William Alexander Morton |
| 6. | Declaration of Mark Cunningham |
| 7. | Declaration of James Aiken |
| 8. | Declaration of Mark Thompson |
| 9. | Declaration of Mark Fulks |
| 10. | Declaration of Martha Floyd |
| 11. | Declaration of Tim Kane |
| 12. | Declaration of Tracy Graybeal |
| 13. | Declaration of Monica Wolowinski |
| 14. | Declaration of Ronnie Fulks |
| 15. | Declaration of Linda Adkins |
| 16. | Declaration of Matthew Rawlings |
| 17. | Declaration of Andrea Roddy |
| 18. | Declaration of Nathan Fulks |
| 19. | Declaration of Elvin Taylor |
| 20. | Declaration of Harry Tyree |
| 21. | Declaration of Sharon Dotson |
| 22. | Declaration of Beth McGuffin |
| 23. | Declaration of Christina Kirkman |
| 24. | Fulks Polygraph Results, dated May 10, 2003 |
| 25. | Fulks Polygraph Results, dated May 22, 2003 |
| 26. | Basham Polygraph Results |

| Document Number | Description |
|---|---|
| 27. | Verdict Form |
| 28. | Myrtle Beach Sun News Article 0701/2004 |
| 29. | Beaufort Gazette Article 07/12/2004 |
| 30. | Motion for Immunity for Ronnie Fulks |
| 31. | Tina Severance Letter |
| 32. | Jury Questionnaire |
| 33. | Leslie Dean Thompson Judgment |
| 34. | Leslie Dean Thompson Indictment |
| 35. | Defendant's Memo of Law re: Guilty Plea |
| 36. | United States Memo re: Issues Raised by the Court |
| 37. | Sheriff Hewitt Interview, dated December 3, 2002 |
| 38. | Various Examples of Petitioner's Art |
| 39. | Declaration of Dicie Fulks |
| 40. | Declaration of Christina Kirkman |
| 41. | FBI 302 dated 4/28/2003 |
| 42. | TheSunNews.com article 4/6/09 |
| 43. | Satellite image of Long Bay and Water Tower Roads |
| 44. | Map generated by Monica Caison |
| 45. | Map from Mr. Fulks to Ms. Caison |
| 46. | SCNow.com article 1/28/09 |
| 47. | Reports and Map by Heather Roche |
| 48. | Letter from Mr. Fulks to Mr. Gasser 1/25/06 |
| 49. | Letter from Mr. Fulks to Mr. Gasser 8/8/06 |
| 50. | SCNow.com article 1/29/09 |
| 51. | Letter from Mr. Fulks to Mr. Bailey 10/28/08 |
| 52. | Starnewsonline.com article 1/27/09 |
| 53. | Letter from Mr. Fulks to Ms. Caison 12/18/08 |
| 54. | Map sent to Conway Police Department |
| 55. | Excerpts of Fulks v. Metts trial transcript |
| 56. | Conway Police Department Report of Interview of 4/21/03 |