

Intersection: WT and LB Roads

PA #43