<u>NOTICE TO DROP APPEAL</u>

TO ,JOHNNY GASSER
UNITED STATES ATTORNEYS OFFICE
1441 MAIN STREET
SUITE 500
COLUMBIA,SC 29201


            SIR,THIS IS TO NOTIFY YOU  THAT I WISH TO
DROP MY APPEAL IN THE CASE LISTED HERE NO.04-33 CR-02-992
I DO NOT WISH TO LIVE LIKE THIS ANY LONGER.
HOWEVER I AM NOT SAYING I AM GUILTY BECAUSE I DID NOT KILL
ALICE DONAVAN OR SAMANTHA BURNS AND I DO TRUELY BELIVE YOU
KNOW THAT.
HOWEVER I DO WISH YOU WOULD LISTEN TO ME ABOUT WHAT TRULY
HAPPEND AND THAT YOU WILL GIVE ME THE CHANCE TO PROVE TO YOU
THAT  I TOLD YOU THE TRUTH ABOUT THE LOCATLON OF ALICE DONAVAN
I KNOW THAT IS THE LOCATION WHERE BRANDON BASHAM WALKED HER IN
TO THE WOODS .TO THIS DAY BASHAM LAUGHS ABOUT ME TAKEING THE
FBI TO THE RIGHT LOCATION AND STILL NOT LOCATING MRS DONAVAN
AS YOU KNOW THERE IS ONLY TWO ROADS THERE ONE BEING WATER TOWER
RD. THAT THE FBI LOOKED ON FOR THE HOUR THAT WE WAS THERE AND
THAT MY INVESTIGATOR  ALSO SEARCHED.
BUT AS I LATER CAME TO FIND OUT THAT PETE SKIDMORE MY PI WAS
SEARCHING THE WRONG AREA.
THE ONLY OTHER ROAD THAT WASNT SEARCHED WAS THE OTHER ROAD NEXT
TO WATERTOWER ROAD WHICH IS THE ROAD THAT BRANDON BASHAM WALKED
ALICE DONAVAN INTO THE WOODS ON .
I WANT TO HELP THESE FAMILYS FIND THERE LOVED ONES BUT I CANT
DO IT WITHOUT YOUR HELP SO I AM ASKING YOU TO HELP THESE FAMILYS
RECOVER THER LOVED ONES.
IF THERE IS ONE THING I DO KNOW ITS THAT BRANDON BASHAM IS NOT
GOING TO HELP THEME.I CANT GO ON LIKE THIS ANY LONGER.
AND BEFORE I AM EXECUTED FOR THIS CRIME THAT I DID NOT COMMIT
ATLEAST HELP ME HELP THE FAMILYS OF MRS DONAVAN AND MS BURNS
TO LOCATE THERE LOVED ONES.
IF MY DEATH WILL BRING PEACE TO THESE FAMILYS THEN SO BE IT
I DONT WANT TO LIVE THE NEXT TEN YEARS LIKE THIS.
THIS PLACE HERE IS MISERBALE AND RANDY WHITE THE UNIT MANAGER
IS MAKEING SURE THAT MY LIFE IS MISERBALE HE HAS TOOK WHAT LIFE
I HAD LEFT AWAY FROM ME AND THAT WAS MY LO VED ONES AND I REFUSE
TO GO ON LIKE THIS. I KNOW WHAT I KNOW AND I KNOW THAT I DIDNT
KILL THESE WOMEN AND I KNOW ALL I CAN DO NOW TO HELP EASE THERE
PAIN IS TO HELP THEME LOCATE THERE LOST LOVED ONES  AND TO GIVE
THEME MY LIFE  THE WAY THEY WANT TO SEE IT TOOK.
I WISH I COULD SPEAK FOR BRANDON BASHAM ALSO BUT I CANT ALL I
CAN DO IS SPEAK FOR MYSELF.I WISH AND PRAY THAT HE WOULD TELL
THE TRUTH BUT I KNOW HE WONT.

1

SO ALL I CAN DO IS COME TO YOU AND ASK YOU TO HELP.
I AM ALSO CONTACTING MR BLUME AND MR NETTELS ABOUT THIS AS WELL
BUT I DO NOT WISH TO CONTINUE MY APPEAL THIS IS MY CHOICE ALTHOUG
MR RANDY WHITE MAKES IT SO MISERBALE FOR CERTAIN PEOPLE HERE THAT
THEY DONT WANT TO CONTINUE TO LIVE LIKE THIS .
I KNOW THAT I WILL GO TO HEAVEN AND ONE DAY I WILL BE WITH MY
LOVED ONES AGAIN SO IM NO LONGER AFRAID TO DIE LIKE THIS BECAUSE
I KNOW THAT GOD KNOWS THE TRUTH.
I JUST CANT GO ON LIVEING LIKE THIS.


ONCE AGAIN I AM REQUESTING THAT MY APPEAL BE DROPPED AND A
EXACUTION DATE BE SET FOR ME BUT I PRAY THAT YOU WOULD GIVE
SOME SERIOUS THOUGHT TO LETTING ME HELP THE DONAVAN AND BURNS
FAMILY TO LOCATE THERE LOVED ONES BEFORE THIS HAPPENS.


1 / 25 / 06

MONTH   /DAY / YEAR

CHADRICK E FULKS


COPIES SENT TO:
JOHN H BLUME
PO BOX11744
COLUMBIA ,SC29211

WILLIAM NETTELS,IV
FEDERAL PUBLI DEFENDERS OFFICE
401W.EVANS ST ,RM240
FLORENCE,SC   29503]

matHEW RAWLINS
ATTORNEY AT LAW  Pc Box 1386
CHARLESTON ,WVA
            25375

US ATTORNEY
JOHNNY GASSER
1441 MAIN ST
SUITE 500
COLUMBIA,SC
            29201

2