<u>NOTICE TO DROP APPEAL</u>      AUGUST 8,2006

SIR THIS IS TO NOTIFY YOU THAT I DO NOT WISH TO TAKE MY APPEAL PROCESS ANY FURTHER AND I NO LOGER NEED TO BE REPRESENTED BY EITHER JOHN H BLUME OR BILL NETTELS.

I PICKED UP MY APPEAL THE LAST TIME BECAUSE I WAS TOLD I HAD A GOOD CHANCE AT GETTING A NEW TRIAL BUT AS I FOUND OUT THOOUGH A FRIEND AND NOT MY ATTORNEYS I WAS DENIED A APPEAL.

I DO NOT WISH TO GO ON LIVEING IN HELL LIKE THIS FOR THE NEXT FIVE YEARS JUST TO BE MURDERED BY THIS GOVERMENT.

I HAVENT HAD A CHANCE FROM THE GET GO AND THAT ISNT GOING TO CHANGE NOW SO THIS IS THE BEST THING FOR ME,MAYBE IT WILL OPEN PEOPLES EYES TO THE INNOCENT BEING MURDERED BY THE GOVERMENT.

IVE DONE ALL I KNOWW TO DO TO HELP YOU FIND THESE WOMEN BUT YOU DONT RELIVE ME OR JUST DONT WANT TO FIND THEM BECAUSE YOU ARE AFRAID IT WILL PROVE YOUR THEORY THAT HAPPEN WRONG,I DONT KNOW WHICH ONE IT IS BUT ITS ONE OF THEME.

HERE IS THE INFO THAT YOU NEED TO FIND THESE WOMENS REMAINS,THIS IS WHERE BRANDON BASHAM WALKED MRS DONAVAN INTO THE WOODS AT SO I KNOW THATS WHERE SHE IS AT AND NOONE WANTS TO LISTEN OR BELIVE ME BECAUSE I HAVE LIED IN MY PAST.WELL THAT DOSENT MEAN I AM LIEING NOW AND IM NOT.

MY INVESTAGATOR LOOKED IN THE WRONG AREA AND ITS NOT MY FAULT AND HE WILL TELL YOU THAT.

THE LOCATION IS ONE ROAD OVER FROM WHERE HE LOOKED SO THIS IS A MAP OF THE EXACT LOCATION.

PLEASE TAKE THE TIME TO SEARCH AND SEE I AM TELLING THE TRUTH ITS A SMALL PRICE TO PAY TO BRING SOME CLOSURE TO ALICE DONAVANS FAMILY AND I KNOW YOU HAVE THE TIME AND RESOURCE TO DO IT SO WHY NOT?

I AM NOT TRYING TO HURT THIS FAMILY ANY WORSE YHAN THERE ALREADY HURT,I ONLY WANT TO DO WHAT I CAN TO BRING THEME SOME CLOSURE. YOU DONT EVEN HAVE TO TELL THEM;UNTIL AFTER YOU HAVE LOOKED AND SEEN THAT IAM TELLING THE TRUTH.

WHAT DO YOU HAVE TO HIDE BY NOT DOING THIS?

IM NOT ASKING FOR YOU TO HELP ME I AM ASKING FOR YOU TO HELP THE FAMILYS OF ALICE DONAVAN AND SAMANTHA BURNS TO HAVE SOME KIND OF CLOSURE IN THIS TRAGEDY.

THANK YOU FOR YOUR
TIME.

CHADRICK E FULKS
16617-074
USP
PO BOX 12015
TERRE HAUTE,INDIANA
47801

(1)

PA #49

(2)

COPIES SENT TO:

federal public defender

JOHN H BLUME
ATTORNEY AT LAW
1247 SUMTER ST
COLUMBIA ,SC 29201

WILLAM F NETTLES,IV
MCMILLAN FEDERAL BUILDING
401 WEST EVANS ST,SUITE 221
PO BOX 1873
FLORENCE, SC 29503-1873

JOHNNY GASSER
UNITED STATES ATTORNEYS OFFICE
1441 MAINE STREET
SUITE 500
COLUMBIA ,SC 29201

(2)