1 of 8

Mr Issac Bailey                    10-28-08

Hello
                    I recived your letter
Today and thought I ought to respond
To it See here I amm.
I dont really know where To Begin. So I
guess I will just answer Your letter and
Questions Im order as you have asked
Them. hopefully You will Be able to read
my writing.
Im Sure this must Be a very difficult story
for You to cover, as its Been difficult for
Everyone involved. I cant even Begin to
emagine how Mrs Donacians family must
feel and I Think the last thing they wan
To hear or read is anything I have
to Say But Sence You took the time to
write and ask Me these things, its its
only respectful that I respond.
first off I am Sorry to hear about You
family Members who are in prison, I
couldnt imagine laseing 4 Brothers to th
prison System But Im a way I know
how You feel Because Being Im here I
feel as though Ive lost my loved one
and thats never a good feeling.
As you will find I have enclosed a
couple phone #'s and addresses to Some
of my family Members who I know

will Speak with You.



I will also contact each af them and let
them know that your interested in
talking with them.
To answer your first Questions about my
thoughts on why I did what I did
in the Burns and Donavan case.
Well even know most people will find this
unbelevable I will tell you anyways.
These crimes wasnt planned but and
in no way did I dream that either
Samantha Burns or Alice Donavan would
Be carzacked or killed But it all happen
So fast and with all of the Meth in
my system I didnt forsee it coming.
I cant set here and make excuses
for my actions throughout those 17

days In November of 2002 Because my involvement was Horrible and I do deserve to Be punished,"But" I never took the lifes of either of those women and I took 3 polygraph test and passed all 3 of them concerning this.

But if society thinks I deserve to die for my involvement then thats what my fate will Be and to Be honest I welcome my death and thats why I have recently dropped my appeals and asked for a promp execution date. I live with this 24/7 and for the longest time I couldn't even look at myself In a Mirror. I often find myself setting here thinking about things I could of done that would of Saved those womens lifes But that only Makes the pain that much warste Because I know no Matter what I do an Say It will Never Bring them Back to their loved ones. Ive done all I can to give them Som kind of closure But nothing I Say is Beleved So thats left me with Nothing else But to have my Sentence Carried out in order to give the family of Both Alice and Samantha closure. I feel like the Boy who cried woulf all of his life then when he did tell

The Truth no one Belived him.
I want More than any thing for Alice
Donavan and Samantha Burns familys
To reccver Their loved ones. So They can
have a proper Burial and Ive done every
thing I could do Make this happen
But No one wants to give Me the Time
of day But To answer your Question Yes
I will help Them, Yes I can help Them But
They have To Be willing to give Me the
Benifit of doubt and Search These areas
To No End Because Im 100% Sure of the
locations of Both Alice and Samantha.
There Isn't a second of my life that this
doesn't cross my mind, It Eats Me alir
knowing that These familys dont even have
a grave site to go To and I want
Naithing More than to help Them.
Ask yourself this, what would I have to
lase By helping Them? I want this More
Than any thing and I will Talk To them
an anyone they Send if There willing to
listen To Me about the location of
Their loved ones. all they need is a
Grit search done on these areas and
if that Is done I have no doubt
Both of These women could Be reccvered
There Is a group called "EquSearch"
who Specialize in such Searches That

I Belive would Valunteer there help if these familys would contact them. I'm willing to give them all of the maps, pictures and directions to the locations of Alice and Samantha. I will even submit to a palygraph test By anyone they choose about there locations and anything else they would like to know about what happen. Sence I've Been on death Row alot has changed in my life and my out look is 100% differant now. I No longer enjoy living or even opening my eyes each day. I've come to accept my fate and with that I've also searched high and low for the unanswered Questions in my life about what comes after death and what I've found in my search is that whatever comes after death has to Be Better than what I'm living in now. I only hope I can help these familys Before this happens But its up to them and the Question is do they want my help? To Your Question about what should the public know about me that it currently doesnt understand or Misunderstands. well I can only say that I'm not the Monster the government Made Me out to

6 OF 8

Be, they only heard about Me what the government wanted them to hear and Therfore nothing good about Me came out. But Im Human and Im a Son, Brother, Nephew, uncle and I Too Make Mistakes. I only wish I could go Back and change those 17 days of November 2002.

you know alot did'ent come out In court That Should af and Therefore 2 other people walked away Scatch free from This who was Just as guilty So I can only hope one day Justice will Be Served on them as well and The full story Be Told. There Is no words I could say to The familys that could explain how Sorry I am for the pain I here caused Them So I hope My actions with dropping this appeal and My offering of help will speak louder Than my words.

Now to Your Question do how life Is on death Row?

Well enclosed Is My Motion with The court that Should answer this Question.

Anything else I'd like to add?

Yes, I only want to ask that those

who have judged my family for my mistakes. So please understand that they had Nothing to do with what happened and That there just as hurt and lost as anyone else in This case. They feel and hurt for the Donavens and Burns familys and I know that their always in each of There prayers so please dont judge Them for my mistakes.

Mr Bailey I hope This answers Yours Questions in your letter, I'm not good at communicating on paper so if you prefer a call then you can set one up with Me at 812-244-4572 Thats Bruce Ryhend The death Row Counselor here on The Row.

I'm not sure if You are aware about The drug useage during Thase 17 days But we smaked over $8,000 worth of crystal Meth and crack cocaine and I know That played a Bigger part than anything on how Things Turned out Back in 2002 So enclosed You will find a poem I've wrote about it. You can read it Them Trash it if you want Its up To You. please Take care of yourself and I'll pray That Mrs Donavans daughter

are able to raise the funds for this missing persons search group.

If You have the information where donations can be sent for this then please let me know.

I have a couple Questions for You that I hope you will answer.

① You have put alot into this case so if the Donaran family wont listen to me and go search the location I have for a like them will You?

② Will you please let the Donaran family know I am willing to help them in any way I can and I'll Honestly answer any Questions they may have.

Thanks You for Your time Mr Bailey and I pray this litter finds you In good health and Spirit!

You and Your family will Be In my prayer

"Thought for the day"

when the government has Robbed a Man of everything he is no longer under There control, he is free again.

Always In Honor
Yours Truely
Chadwick Evan Fuller