Death row inmate guided searchers to woman's remains | StarNewsOnline.com | Star-News | Wilmington...   Page 1 of 4

- StarNewsOnline.com
- BrunswickVoice.com
- Wilmington Magazine
- Visitors Guide
- CoastalCarolinaMoms.com

Register | Forums | Login

StarNewsOnline.com

◉News ○Local Businesses ○Web Search

[Search]

Web Search powered by YAHOO! Search

Sponsored by:

71° SUNNY, Wilmington, NC | Home Delivery | Print Ads | Mobile | **Place an Ad**

- Home
- News
- Sports
- Entertainment
- Living
- Opinion
- Blogs
- Obituaries
- Real Estate
- Jobs
- Autos
- Classifieds

- Local
- Business
- Traffic
- State
- Nation
- World
- Crime
- Strange
- Politics
- Multimedia
- Weather

Articles
Home > News

- 
- 
- 
- Enlarge Text
- Email

PA #52

- Print
- Comments
- Share

  - Your Name
  - Your Email
  - Recipient's Email
  - Send

  - WITH PHOTO
  - NO PHOTO
  - FACEBOOK
  - b Yahoo! Buzz
  - YAHOO
  - NEWSVINE
  - DEL.ICIO.US

# Death row inmate guided searchers to woman's remains

David Reynolds
Staff Writer

Published: Tuesday, January 27, 2009 at 8:47 p.m.
Last Modified: Tuesday, January 27, 2009 at 9:15 p.m.

When Monica Caison, founder of the CUE Center for Missing Persons, received a package from an inmate on death row earlier this month, she knew right away she had to start looking.

Related Links:

- Search for victims in murder spree stalled
- CUE Center gets help from inmate to solve mysteries
- Discovery of bones offers hope to daughter
- Remains identified as woman missing for 28 years
- Cold Case: Family keeps hope alive decades after young mother's murder in Leland

External Links:

- More cold case stories

The case

After years of chasing down false leads, Caison said she recognized the letter from Chadrick Evan Fulks as the real thing.

The package contained photos, highlighted maps and Fulks' own words, which convinced Caison the body of Alice Donovan – a 44-year-old South Carolina mother who disappeared more than six years ago – could be found.

This week authorities announced that searchers found human bones in a patch of woods in Longs, S.C. The search effort, which is a collaboration between CUE volunteers, police and the FBI, resumed on Tuesday and additional bones were found, Caison said. The recovery effort will continue Wednesday.

Although a man facing execution in connection with Donovan's death led Caison to the site, DNA test results are needed to confirm whose remains have been found.

Fulks is one of two men who escaped from a Kentucky jail in 2002 and went on a crime spree, which authorities suspect claimed the lives of Donovan of Galivants Ferry and 19-year-old Samantha Burns of West Virginia, according to published reports.

Although Fulks and Brandon Leon Basham were convicted in connection with Donovan's death, neither body has been found.

Death row inmate guided searchers to woman's remains | StarNewsOnline.com | Star-News | Wilmington...  Page 3 of 4

Donovan disappeared on Nov. 14, 2002, from a parking lot in Conway, S.C. Soon after, hundreds of volunteers searched for Donovan in Brunswick County, Caison said. At first, they hoped to find her alive, but efforts to locate Donovan's remains continued sporadically over the years. In November, Donovan's daughters invited Caison to a memorial for Donovan and gave Caison a letter from Fulks.

Caison followed up with a note to Fulks and received more information, which she says led her to the woods off Watertower Road in Horry County.

"It was in his wording, that's what helped get me there," she said. "Go deep and get cut, go into the thicket and that's where you'll find her."

David Reynolds: 343-2075

dave.reynolds@starnewsonline.com

All rights reserved. This copyrighted material may not be re-published without permission. Links are encouraged.

- 
- 
- 
- Enlarge Text
- Email
- Print
- Comments
- Share

  - Your Name
  - Your Email
  - Recipient's Email
  - Send

  - WITH PHOTO
  - NO PHOTO
  - FACEBOOK
  - ᗷ Yahoo! Buzz
  - YAHOO
  - NEWSVINE
  - DEL.ICIO.US

**Online Degrees**
Get Your AA, BA, Masters or PhD at a Top Online School.
Education.Nextag

**Refinance and Save $1,000's**
$200K Mortgage for $917/month. No Obligation.
pickAmortgage.com

**Refinance Rates As Low As 5.00%**
Compare Offers. No SS# Required. Serious Refinance Inquiries
HomeLoanTrust.com

Ads by Yahoo!

## Add a Comment

Only moderator-approved comments are shown on this page. To see all comments, please visit the forum. We at

Wilmington Star-News Online created these forums as a place where our community can exchange ideas on news issues and express their thoughts. Please be courteous and respectful. Avoid expletives, false statements, veiled or overt threats and personal attacks. Stay on topic. (View full Terms of Service.)

Post a comment | View all comments on this topic.

## Featured Business Listings

- Restaurants
- Realtors
- Clothing
- Apartments
- Hotels
- Browse all