PA #53

Chadrick Fulks 16617-02
Federal Death Row
USP
P.O. Box 33
Terre Haute, In 47808

December 18th 2008

Mrs Caison

Hello

I recived your letter and I want to thank you for the time you took to write it. I am thankful you are giving me this chance to help and I will do "all" I can to help you reccover Alice and bring her rohme to her family. They all deserve to have her with them and I want more than any thing to make this happen.

The phone # I gave was to the unit ccunselor here on death Row who helps set up calls in situations like this so I'm sarry he hasnt returned your calls. I'm not sure if you know this but Alices sister Carol wrote to me about helping reccover Alice so I sent her almost every thing I had on the location of Alice and yesterday My attorney flew out here with Questions Cordell had Because she was at this location searching. what warries me about this is that she isnt trained in doing these kind of searches and I just dont want any thing to be over looked nd them give up Because they dont see any thing Because this

②

Is where alice Is at and if you all give up then She will never Be Sound. There has Been 6 Season of leafs, tree Branches and weeds that have fell In This area so it will take a Grit Search and a Orginized Search To find her.

This Is what I can do to help. Here Is the Information for My attorney who Has Been helping alices sister carol. She will help you all she can and I have given her the ok To Share all of This Info with you and if You want To Talk to Me She I can Make It happen. I Belive This would Be The Best Way for us To Talk without a Time limit. Her Name and Info are.

Kirsten Small
Attorney At Law
P. O. Drawer 10648
Greenville, SC 29603

864-282-1112
ksmall@nexsenpruet.com

call her and let her know that You would like To Be on The confrence call next week Between myself, carol "alices Sister" and her, This way I can answer any Questions You may have about This location.

③

Ill also give you all the info I can In this letter.

Alice Is located off of HWY 90 on a Road called "water Tower Rd and long Bay Rd. This Is InBetween The North Carolina State line and Comway South Carolina. Im enclosing The only other Map I have and all I ask Is That you copie It and return It To Me.

The 2 highlited areas are The Two locations That need To Be Searched. water Tower and long Bay are The only 2 roads In This area and They crass each other at a 4-way stop and I snow Alice was somewhere Between 00 To 150 yards down The Road past The stop sign. She was walked Into The woods By Brandon on The Right side of The Road facing down water Tower. Brandon says he walked her 50 yards Into The Woods and couldn't get Any further Because of The Thickness of The Brush and Weeds There.

He also Said That There was a Bigger tree By her That had a Animal Trail by It. I know This will all Be Confusing In This letter So once you contact Kirsten Small we can Set up

(4)

a call so I can explain all of
This In detail.
I do want you to know That There
has Been Cadiver dogs look To This
area 3 differant Times and each Time
The dogs gave Indication That This
was The scent pool area But Because
of The Thickness of The Brush and
weeds no one entered Them and
The dogs couldnt penitrate Them.
This really frustrates Me Because In
order To recover her Someone has To
push Through This Brush and weeds
Its common Sense That if 3 differant
Cadiver dogs at 3 differant Time
give Indications on This area
Then Something Is There. So I want
you to know That Someone has To
get Into This Brush and weeds
And Search. if There Is any way
That someone could drive up the
go onto water Tower and long Bay
Road and Record This drive So
That I could See It That would
Be a Big help. My attorney Kirsten
and Yourself if You want could The
Bring The video here So That I can
watch It Then pin paint The area
and if Your not comfortable coming

⑤

here Then Kirsten Can Bring it and
ill pin paint and explain it To
her. But I Belive a video of The drive
up Hwy 90 and down Bath water
Tower and Gong Bay Rd would Be
The Quickest and easiest way for
Me To help You find This exact area
Ive only been pictures of This area
Sence The Night alice was Took There
So its not Been easy pin painting
Things out That way! 
please Set This Call up with Kirsten Small
as Soon as passible and we can
Take it from There. once again
I want To Thank You for Your
help and for giving Me This chance
To help Bring alice home To her
family. I look forward To hearing
Back from You so please let Me
Know That You recived This letter
and The Map. Thank You for The
work That You do, its Those like
you who makes a differance In This
world.

Always In Honor
Yours Truely
Chadrick Ecan Fulks