

PA #54