Donovan remains sent to Texas university for further testing - Local - The Sun News      Page 1 of 2

Moms, need to be pampered?    CLICK HERE TO WIN PRIZES FROM THE MARKET COMMON

SUBSCRIBE      CONTACT US      RSS FEEDS      NEWSPAPERS IN EDUCATION      BUSINESS DIRECTORY      ADVERTISE      NEWSPAPER ADS

# TheSunNews.com

**Myrtle Beach, SC**



Now: **72°F**    Low: 56°
High: 71°
full forecast

**Sunny**

| NEWS | OBITUARIES | SPORTS | ENTERTAINMENT | OPINION | PHOTOS | LIVING | VISITORS | | CLASSIFIEDS | REAL ESTATI |

LOCAL/STATE    BUSINESS    CRIME/COURTS    NATION/WORLD    WEATHER    POLITICS    NEIGHBORHOODS    WEIRD NEWS    BLOGS    SPECIAL I

SEARCH    TheSunNews.com          FOR    [                    ]          SEARCH

Web search powered by **YAHOO! SEARCH**

NEWS - LOCAL

Monday, Apr 06, 2009

# Donovan remains sent to Texas university for further testing

## More time needed to pinpoint identity

By Tonya Root - troot@thesunnews.com

E-MAIL
PRINT
COMMENTS (0)
REPRINT OR LICENSE
TEXT SIZE:

Qu
Enter Keyword(s):
Enter a City:  N
Select a State:  '
Se
- All Job (
Advanced Job Sea

**Myrtle Beach Onlir
Top Jobs**

A Galivants Ferry woman's family won't know for a month or longer whether human remains found in January belong to Alice Donovan, who had been missing since 2002.

The remains were sent Monday to the University of North Texas for further DNA testing, Horry County police Sgt. Robert Kegler said.

So far, officials with the University of South Carolina were unsuccessful at extracting DNA from the remains for comparison to samples for Donovan, Kegler said.

USC officials tried to make a comparison on the remains using mitochondrial testing, which is a more time-consuming method of DNA testing, but because the remains were so badly decomposed, a comparison could not be made, Kegler said.

The bones were sent to the Health Science Center of the University of North Texas at Fort Worth because it "has had a higher success rate at DNA extraction of smaller bones," Kegler said.

He said it could take about a month for results. But others said it could take months because the center is busy with requests from law enforcement officials across the country and because of the tediousness of the process.

Donovan was abducted in November 2002 from the Wal-Mart parking lot in Conway.

Searchers recovered the human remains in a wooded area off Water Tower Road after Chadrick Fulks, who is awaiting execution on federal death row for Donovan's abduction and death, led searchers to the area via letters and a map.

The bone fragments and skeletal remains were found Jan. 18, Jan. 24 and Jan. 27 by searchers from the Community United Effort group, a Wilmington, N.C., volunteer organization that searches for missing people.

PA #42

Family members have said they hope the remains will be identified as Donovan to give their family some

Donovan remains sent to Texas university for further testing - Local - The Sun News

closure in the case and for her proper burial. Calls to family members were not successful Monday.

Monica Caison, the founder of CUE, said Monday that she has been in touch with Donovan's daughters and family, and they understand the extended process for testing.

"They're anxious to know, but they're trying to be patient. They know it's her in their heart. We all know it's her, it's just a matter of them telling it is her," Caison said.

Sending the remains to Texas will make the process even longer for the Donovan family, said Caison, who has used the center before to help identify missing people.

"With every missing person we have now, that's one of the first things we encourage is for law enforcement to take DNA to send [to the University of North Texas] to do a profile there," Caison said.

Dana Benton Russell, with the University of North Texas, said the university's center for human identification has made about 350 identifications since it began accepting samples in 2003. The center also has identified 36 people who were considered cold cases after law enforcement sent remains in that they had collected, not knowing who the person could be because other law enforcement had submitted family DNA samples for comparison, Russell said.

"It can take several months to do it all, especially with remains being just a bone. It depends on the degradation of the bone. The larger the bone, the better the chances to pull DNA. The larger the bone, the better the chances it wasn't damaged by sun, water or soil," Russell said.

In addition to finding the remains believed to be Donovan, Caison also has used information from Fulks to search in West Virginia for the remains of Samantha Burns. That effort lasted 10 days.

Fulks and Basham escaped from a Kentucky prison on Nov. 4, 2002, and went on a two-week, 2,300-mile crime spree. The men also face life sentences after they pleaded guilty in 2005 in West Virginia to a carjacking that resulted in the death and disappearance of Burns, 19.

Contact TONYA ROOT at 444-1723.

Online Degrees
Get Your AA, BA,
Masters or PhD at a
Top Online School.
Education.Nextag

Refinance and Save
$1,000's
$200K Mortgage for
$917/month. No
Obligation.
pickAmortgage.com

Refinance Rates As
Low As 5.00%
Compare Offers. No
SS# Required. Serious
Refinance Inquiries
HomeLoanTrust.com

Ads by Yahoo!