

Intersection: WT and LB Roads