

PA #44