Bay Area Recovery Canines Mission Report
4/21/04

Dates of Search: 2/13-15/04
Weather: 45-48, rain, little to no wind/variable winds
Location: Wampee, SC

Subject: Alice Donovan
Reported missing: November 2002

RA: Bill Nettles
Federal Public Defenders Office
PO Box 1873
Florence, SC 29503-1873

RA: John H. Blume
Cornell Law School
110 Myron Taylor Hall
Ithaca, NY 14853
607-255-1030

RA: Pete Skidmore
Skidmore & Associates
PO Box 3176
Rock Hill, SC 29732
803-547-3554

Response: Heather Roche (with canines Alley & Red)
Total (portal to portal) Miles: 1046

Synopsis: The subject was reported missing in November 2002. Two suspects have confessed to killing Ms. Donovan, however her remains have not yet been found. Based on one of the suspect's hand drawn map and verbal accounts, an area that matched had been found along Long Bay Road. Earlier searches of this area were conducted by authorities as well as a canine team, but nothing was found. On 1/31/04 Heather Roche was contacted by Pam Bennett in WV asking to respond for the public defenders office to Myrtle Beach, SC on February 13th for a search of the same area.

Results: On 2/13-14/04, canines Alley and Red were worked along the high probability areas along Long Bay Road and Water Tower Road. On Friday night, a hasty was done along the west side of Long Bay Rd near the power lines & dock with nothing found. Area was very dense and hard to penetrate. On Saturday morning, both canines worked an area of interest by another handler's dog on the east side and also had interest there but nothing was found. Two areas along Long Bay Rd on the east also yielded interest by a dog, but other dogs brought in to confirm found nothing. During the search a local North Myrtle Beach canine officer stopped to offer his services and provide details of areas he searched shortly after the subject disappeared. After lunch, Red was worked in the woods along Water Tower Rd before the bend past the four way stop. The area was at times a bog and had thick patches of vegetation in the basically otherwise open to dense woods. Red had a large area of interest (similar to a scent pool) but did not locate anything. A second dog was brought to try to help narrow the area with nothing found. Other areas worked Saturday yielded no interest/nothing found. Most of the search was conducted in rain with little to no wind.

Recommendations: If possible, obtain more information from the suspects to narrow down the search area .

Please feel free to call with any questions. I look forward to working with you again.

*Heather Roche*
Heather Roche
Bay Area Recovery Canines
410-990-9122 (h)    410-765-7040 (w)
2675 Claibourne Rd
Annapolis, MD 21403

PA #47



Rough Sketch (Not to Scale) WAMPEE, SC    2/14/04

## U.S. Air Force — No One Comes Close

*Learn more about the Air Force on the World Wide Web at www.af.mil*

News • Information • Policy • Radio • Television • Artwork
Photographs • Fact Sheets • Biographies • Speeches

No Wind most of time - Some wind in last sector road to Pelican intersection

Saturday- rain most of the day off & on
Temps - 45° 48°

Bay Area Recovery Canines Mission Report
6/2/04

Dates of Search:  4/30-5-1/04
Weather:  70's, rain, little to no wind/variable winds
Location: Wampee, SC

Subject:  Alice Donovan
Reported missing: November 2002

RA: John H. Blume
Cornell Law School
110 Myron Taylor Hall
Ithaca, NY 14853
607-255-1030

RA: Pete Skidmore
Skidmore & Associates
PO Box 3176
Rock Hill, SC 29732
803-547-3554

RA: Jeff Long
FBI Case Agent
Myrtle Beach FBI Office, SC

Response:  Heather Roche (with canines Alley & Red)
Total (portal to portal)  Miles:  1026

Synopsis:  The subject was reported missing in November 2002.  Two suspects have confessed to killing Ms. Donovan, however her remains have not yet been found.  Based on one suspect's hand drawn map and verbal accounts, including the suspect being brought recently to the location, an area along Water Tower Road was chosen for the following up search.  This general area was briefly searched in February 2004 but nothing was found.

Results:  On 4/30-5/1/04, canines Alley and Red were worked along the high probability areas along Water Tower Road.  On Friday night, a hasty was done along the north side of Water Tower Rd, in the bend of the road after the four way stop and near the utility/power lines, with nothing found.  Area at times was very dense and hard to penetrate.  Further west, a dirt road along a house was searched.  Nothing was found.  On Saturday morning, Alley searched the bend area and indicated approximately 30 feet in the woods from the road, south-west of the telephone pole.  A tree along the road was flagged.  Later in the afternoon, Alley again indicated on the spot closer to the road.  Alley then worked on the north-east side of the vines/animal dens to the utility/power line.  She indicated approximately 100+ feet into the woods, and also had interest in the thick vines section nearby.

Red worked along the south/east side of Water Tower Rd from the bend near the four way stop to the marsh pier.  No indications/nothing found.   The north-west side of Water Tower Road was also searched from the dirt road to several telephone poles towards the bend, with nothing found.  Red reworked the bend's deeper woods area from the February search with interest, but nothing found.  Next Red worked closer to the road and indicated in the same spot that Alley indicated on.  Red also had interest in the area between that spot and the end section of vines.  Lisa Higgins' dog (Molli) was worked in the area where both Alley and Red indicated.  Molli also showed interest and indicated.  See attached rough sketch map.

Recommendations:  If possible, obtain more information from the suspects to narrow down the search area .  Also, an evidence team conducting a thorough de-layering search might be able to uncover the source of the dogs' interest and indications.

Please feel free to call with any questions.  I look forward to working with you again.

*Heather Roche*

Heather Roche
Bay Area Recovery Canines
410-990-9122 (h)     410-765-7040 (w)
2675 Claibourne Rd
Annapolis, MD 21403