PA #53

Chadrick Fulks 16617-02
Federal Death Row
USP
P.O. Box 33
Terre Haute, In 47808

December 18th 2008

Mrs Caison

Hello

I recived your letter and I want to Thank you for The Time You Took To write It. I am Thankful You are giving Me This chance to help and I will do "all" I can to help you reccver Alice and Bring her home To her family. They all deserve to have her with Them And I want More Than any Thing To make This happen.

The phone # I gave was To The unit ccunselor here on death Raw who helps Set up calls In situations like this So Im Sorry he hasnt returned your calls. Im not Sure if You know This But Alices Sister Carcl wrote To Me about helping reccver alice So I Sent her almost every Thing I had on The location of Alice and yesterday My attarney flew out here With Questions Cardl had Because She was at This location Searching. What Warries Me about This is That She Isnt Trained In dcuing These Kind of Searches and I just dont Want any Thing To Be over looked And Them give up Because They dont See any Thing Because This

②

Is where alice Is at and if you all give up Then She will never Be found. There has Been 6 Season of leafs, Tree Branches and weeds That have fell In This area So it will Take a Grit Search and a Orginized Search To find her.

This Is what I can do To help. Here Is The Information for My attorney who Has Been helping alices Sister Carol. She will help you all She can and I have given her Th site To Share all of This Info with you and if You want To Talk to Me She I can Make it happen. I Belive This would Be The Best Way for us To Talk without a Time limit. Her Name and Info are.

Kirsten Small
Attorney At Law                    } 864-282-1112
P. O. Drawer 10648                 } ksmall@nexsenpruet.com
Greenville, SC 29603               }

Call her and let her know That You would like To Be on The confrence Call next week Between myself, carol "Alices Sister" and her; This Way I can answer any Questions You May have about This location.

③

Ill also give you all the Info I can In This letter.

Alice Is located off of HWY 90 on a Road called "Water Tower Rd and Long Bay Rd. This Is InBetween The North Carolina State line and Comway South Carolina. Im enclosing The only other Map I have and all I ask Is That you copie It and return It To Me.

The 2 highlited areas are The Two locations That need To Be Searched. Water Tower and long Bay are The only 2 roads In This area and They cross each other at a 4-way Stop and I know Alice was Somewhere Between 00 To 150 yards down The Road past The Stop Sign. She was walked Into The woods By Brandon on The Right Side of The Road facing down Water Tower. Brandon Says he walked her 50 yards Into The Woods and couldn't get any further Because of The Thickness of The Brush and Weeds There.

He also Said That There was a Bigger Tree By her That had a Animal Trail By It. I know This will all Be Confusing In This letter So once you Contact Kirsten Small we can Set up

④

a call so I can explain all of this in detail.
I do want You to know that there has Been cadiver dogs look to this area 3 differant times and each Time The dogs gave indication that this was the Scent pool area But Because of the thickness of the Brush and weeds no one entered them and the dogs couldnt penitrate them. This really frustrates me Because in order to recover her someone has to push through this Brush and weeds Its common sense that if 3 differan cadiver dogs at 3 different time give indications on this area Then Something is there. So I want you to know that someone has to get into this Brush and weeds And Search. If there is any way that someone could drive up Hwy go onto water Tower and long Bay Road and Record this drive So that I could See It That would Be a Big help. My attorney Kirsten and Yourself if You want could the Bring the video there so that I can watch It then pin point the area and if Your not comfortable coming

⑤

here Then Kirsten Can Bring it and still pin paint and explain it To her. But I Belive a video af The drive up Hwy 90 and down Bath Water Tower and Gong Bay Rd would Be The Quickest and easiest way for Me to help You find This exact area Ive only Been pictures af This area Sence The Night alice was took there So Its not Been easy pin painting Things aut That way! please Set This Call up with Kirsten Small as Soon as passible and we can Take it fromh There. once again I want To Thank You far Your help and for giving Me This chance To help Bring alice home to her family! I look forward to hearing Back from You so please let Me know That You rechved This letter and The Map. Thank You for The work That You do, Its Those like you who makes a differance In This World.

Always In Honor
Yours Truely
Chadrick Evan Fulks