# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## FLORENCE DIVISION

| | |
|---|---|
| United States of America,<br><br>   Respondent,<br><br>vs.<br><br>Chadrick E. Fulks,<br><br>   Petitioner. | Case No.  4:02-992<br><br><br>**MOTION FOR EXTENSION OF PAGE LIMITATION** |

COMES NOW Petitioner Chadrick E. Fulks ("Mr. Fulks") and moves this Court for an enlargement of the page limit for the reply memorandum in support of his Amended Motion to Vacate pursuant to 28 U.S.C. § 2255.  Pursuant to Local Rule 7.05(B)(2), a reply is not to exceed 15 double-spaced pages unless leave is granted by the Court.  Mr. Fulks requests that this page limitation be enlarged to 95 double-spaced pages.  In support of this motion, Mr. Fulks states as follows:

1.  The Amended Motion filed by Mr. Fulks consisted of 197 double-spaced pages. The government's Opposition consisted of 176 double-spaced pages.

2.  The claims raised in this litigation are numerous and complex.  Counsel for Mr. Fulks cannot adequately respond to the government's opposition within the 15 pages allotted by Local Rule 7.05(B)(2).

3.  Pursuant to Local Rule 7.02, ndersigned counsel have consulted with counsel for the government, who have not consented to the granting of this Motion.

WHEREFORE, Mr. Fulks respectfully requests that the Court grant his Motion for

Extension of Page Limitation and allow the filing of a Reply consisting of 95 double-spaced pages.

/s/ Kirsten E. Small
Kirsten E. Small (Fed. ID No. 10005)
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
PHONE:  864.370.2211
KSmall@nexsenpruet.com

/s/ Beattie B. Ashmore
Beattie B. Ashmore (Fed. ID No. 5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
PHONE:  864.467.1001
Beattie@Beattieashmore.com

Attorneys for Petitioner
Chadrick E. Fulks

July 17, 2009
Greenville, South Carolina