# Intersection: WT and LB Roads

