Mr. Issac Bailey)                               10-28-08

Hello

I recived your letter
Today and thought I ought to respond
To it. So here I amn.
I dont really know where to Begin. So I
guess I will just answer Your letter and
Questions In arder as you have ashed
Them. hopefully You will Be able to read
my writing.
Im sure This must Be a very difficult story
for You to caver, as its Been difficult for
Everyone involved. I cant even Begin to
imagine how Mrs Donarians family must
feel and I Think The last Thing They want
To hear ar read is anything I have
to Say But Sence You took the Time to
write and ask me These Things, its its
only respectful that I respond.
first aff I am Sorry To hear about You
family Members who are in prison; I
couldnt imagine laseing 4 Brothers to the
prison System But im a way I know
how You feel Because Being im here I
feel as Though ive last my loved one
and Thats neven a good feeling.
As you will find I have enclosed a
ccriple phone #'s and addresses to Some
of my family Members who I know

will speak with You.



I will also contact each of Them and let Them know That Your interested in Talking with Them.

To answer Your first Question about my Thoughts on why I did what I did in The Burns and Donavan case. Well even know Most people will find This unbelevable I will Tell you anyways. These crimes wasnt planned But and In no way did I dream That either Samantha Burns on Alice Donavan would Be carjacked on killed But It all happen So fast and with all of The Meth In my System I didnt forsee It coming. I cant Set here and Make excuses for my actions Throughout Those 17

days in November of 2002 Because my
involvement was horrible and I do
deserve to Be punished, "But" I never took
the lifes of either of those women and
I took 3 polygraph test and passed all
3 of them concerning this.
But if society thinks I deserve to die for
my involvement them thats what my
fate will Be and to Be honest I welcome
my death and thats why I have
recently dropped my appeals and
asked for a promp execution date.
I live with this 24/7 and for the longest
time I couldnt even look at myself
in a Mirror. I often find myself setting
here thinking about things I could of
done that would of Saved those womens
lifes But that only Makes the pain that
much warste Because I know no Matter
what I do or Say It will Never Bring
them Back to their loved ones.
Ive done all I can to give them som
kind of Closure But nothing I Say
is Believed So thats left me with
Nothing else But to have my Sentence
Carried out in order to give the family
of Beth Alice and Samantha Closure.
I feel like the Boy who cried woulf all
of his life then when he did tell

The Truth no one Belived him.
I want More than any thing for Alice
Donavans and SamanthaBurns familys
to reccrer their loved ones. So they can
have a proper Burial and I've done every
thing I could do make this happen
But No one wants to give Me the time
of day But to answer your Question Yes
I will help them, Yes I can help them But
they have to Be willing to give Me the
Benifit of doubt and search these areas
to no End Because I'm 100% Sure of the
locations of Bath Alice and Samantha.
There isn't a second of my life that this
doesn't crass my mind, It Eats Me alir
knowing that these familys dont even have
a grave site to go to and I want
Nothing More than to help them.
Ask yourself this, what would I have to
lose By helping them? I want this More
than any thing and I will talk to them
an anyone they send if there willing to
listen to Me about the location of
their loved ones. all they need is a
Grit search done on these areas and
if that is done I have no doubt
Bath of these women could Be reccrered
There is a group called "EquSearch"
who Specialize in such searches that

I Belive would Valunteer there help if these familys would contact them. I'm willing to give them all of the maps, pictures and directions to the locations of Alice and Samantha. I will even submit to a palygraph test By anyone they choose abrit there locations and anything else they would like to know about what happen. Sence I've Been on death Row alot has changed in my life and my out look is 100% different now. I No longer enjoy living or even opening my eyes each day. I've come to accept my fate and with that I've also Searched high and low for the unanswered Questions in my life about what comes after death and what I've found in my search is that whatever comes after death has to Be Better than what I'm living in now. I only hope I can help these familys Before this happens. But it's up to them and the Question is do they want my help? To Your Question about what should the public know about me that it currently doesn't understand or Misunderstands. well I can only say that I'm not the monster the government made Me out to

Be, they only heard about me what the government wanted them to hear and Therfore nothing good about me came out. But im Human and im a Son, Brother, Nephew, uncle and I Too make mistakes. I only wish I could go Back and change those 17 days of November 2002. I you know about didn't come out in court that Should of and Therefore 2 other people walked away scotch free from this who was yust as guilty. So I can only hope one day justice will Be served on them as well and the full Story Be Told. There is no words I could Say to The familys that could explain how Sorry I am for the pain I have caused Them So I hope my actions with dropping this appeal and my offering of help will Speak louder Than my Words.

Now To Your Question to how life is on death Row?

Well enclosed is my Motion with the court that Should answer this Question.

Anything else I'd like to add?

Yes, I only want to ask that those

who have judged my family for my mistakes. So please understand that They had Nothing to do with what happened and That there just as hurt and lost as anyone else in This Case. They feel and hurt for the Donarveen and Burns familys and I know that their always in each of There prayers so please don't judge Them for my mistakes.

Mr Bailey I hope This answers Your Questions in your letter, im not good at communicating on paper So if you prefer a call Then You can set one up with Me at 812-244-4572 Thats Bruce Ryhend The death Row counselor here on The Row.

Im not sure if You are aware about The drug useage during Thase 17 days But we smaked over $8,000 worth of crystal Meth and crack cocaine and I know That played a Bigger part than anything on how Things Turned out Back in 2002 So enclosed You will find a poem ive wrote about it. You can read it Then Trash it if you want its up To You.

please Take care of yourself and I'll pray That Mrs Donavans daughter

are able to raise the funds for this missing persons search group.

if You have the information where donations can Be sent for this then please let Me know.

I have a couple Questions for You that I hope you will answer.

① You have put alot into this case so if the Donavan family wont listen To Me and go Search the location I have for alike them will You?

② Will you please let the Donavan family know I am willing to help them in any way I can and Ill Honestly answer any Questions they May have.

Thanks You for Your time Mr Bailey and I pray this litter finds you In good health and Spirit!

You and Your family will Be In my prayer

"Thought for the day"

when the government has Robbed a Man of everything he is no longer under There contral, he is free again.

Always In Honor
Yours Truely
Chadwick Evin Fulks