

*Conway Police Department*

200 Laurel Street
Post Office Drawer 1075
Conway, SC 29528-1075

Agency Case # 2002003693
Investigator(s): Lt. Sessions/S/A Jeff Long, FBI

## Investigative Summary:

On Monday, April 21, 2003 at approximately 10:58 a.m., defendant Chadrick Fulks, W/M, D.O.B. 05/16/1977 was interviewed at the FBI Columbia, SC Office. This interview was conducted by S/A Jeff Long and this Investigator. Also present at this interview were attorneys for the defendant John Blume, Bill Nettles, and defense investigator Pete Skidmore. The defendant Fulks was advised of his miranda rights, in which he waived, prior to the start of this interview. Fulks at the start of the interview indicated that it was his intent to be totally truthful concerning statements that he would make and that he wanted to do all that he could to assist in finding the remains of Alice Donovan. During this interview Chadrick Fulks provided the following information: That on November 14, 2003, that he was operating a white in color pick-up truck in which the co-defendant Brandon Basham was a passenger. He drove said pick-up truck in the parking lot of the Wal-Mart located in Conway, SC. Entry into the parking lot was made by way of the first entrance leading into the parking lot. It was their intent to steal a vehicle from the parking lot of said business. At that point they observed a blue in color BMW in the parking lot turning left at about the third row in the parking lot in front of Wal-Mart. They proceeded behind the BMW and Basham jumped from the pick-up truck while the vehicle was still in motion. Fulks reiterated that it was their intent to steal a vehicle in the parking lot that was unoccupied. Basham ended up confronting Donovan who was operating the blue in color BMW. Fulks at that time stated that he was unaware of this confrontation. He didn't realize that Donovan was confronted until he maneuvered the pick-up truck around to the opposite isle of the parking lot at which time he observed Basham leaning in the drivers side of the vehicle. Fulks states that Basham then crawled to the passenger front seat of the BMW from the driver's side. Fulks states he then parked the pick-up truck at the far end of the parking lot and he then entered the BMW and they proceeded south on Highway 501. Donovan was operating the vehicle at this time. Once the vehicle approached the intersection of Highway 501/Highway 378, the vehicle turned left on Highway 378 and proceeded east, turning right on Highway 701, and then left onto Church Street extension. While on Church Street extension Donovan was ordered to stop the vehicle at a location described by Fulks as a white fenced in building with a gravel parking lot. At that time Donovan was ordered in the back seat of the vehicle (drivers side) and Fulks began operating the BMW. He proceeded onto Highway 501 from Church Street extension then crossed the median and traveled on Third Avenue extension, through the downtown area of Conway, ending up making a left from 501 Business onto a road described as being adjacent to a lumber yard. This road was followed and at this point Fulks states he was lost. He then remembered turning left onto Highway 90 and that at the time this turn Fulks states that he observed a sign for a

04130

07/21/2003  15:04    8432481799          CONWAY POLICE                      PAGE  03

#2002003693                                                          Page 2

racetrack. He then drove down several other streets in an attempt to get away. Sometime later he returned on Highway 90 and later stopped at the Pantry Convenience Store located on Highway 90. He stated that he attempted to use Donovan's ATM card, but he was unsuccessful in obtaining any cash. He then proceeded to a bank located on Highway 90. He left Donovan and Basham in the vehicle and walked to the bank. He stated that he was successful in obtaining two or three hundred dollars conducting two of three transactions with card. Fulks stated that prior to him using the ATM card, that all Donovan's credit cards, ATM card, and checks were removed from her purse by Basham. Basham also obtained the pin number from Donovan and wrote the number on a yellow sticky note from a pad located in her purse. He then provided Fulks the card and pin number. Fulks states they then traveled onto Highway 17 traveling northbound. After awhile they stopped at a gas station because Donovan stated that she was thirsty. Fulks states he entered the store and purchased three mountain dews, chewing gum, black tape, and radiator repair tape. While at the store Fulks stated that Donovan wanted cigarettes, but he didn't purchase any because he didn't have identification. When he returned to the vehicle, he states that they were advised by Donovan that the gas gauge on the vehicle wasn't working properly and that the vehicle probably needed fuel. Fulks states that he pumped the fuel and payed for it at the pump with Donovan's credit card. He stated that Donovan was provided cigarettes that were located in the vehicle in a compartment below the in-car radio. Fulks stated that during mostly the entire trip that Basham was armed with a gun and that he had the pressed into the side of Donovan. Fulks describes this gun as a long twenty-two revolver. Fulks stated they got back on Highway 17 and continued traveling northbound. He stated that at this point he didn't realize they were in North Carolina until they observed a North Carolina Trooper with a vehicle pulled over. He stated that he turned off before they got to the officer. Fulks states he made a left on a black top road making another turn and ending up on a dirt road. This road was traveled until they reached a dead-end where he states he observed a cabin with several men sitting on the porch. They then left that area and pulled the vehicle into an area Fulks describes as a small fenced in cemetery. Fulks states that prior to arriving at the small cemetery that Basham orders Donovan to take her cloths off. Fulks states that Basham forcibly removes some of the clothing Donovan was wearing while holding her at gunpoint. Basham then lays Donovan clothing on the back seat (pants/shirt) and begins to perform oral sex on Donovan. Basham later has sexual intercourse with her. Basham then exits the vehicle and he states that he entered the vehicle and had sexual intercourse with Donovan. He exited the vehicle and noticed several males occupying a pickup-truck approach the area and he ducked behind the vehicle. He states the pick up truck stayed in the area for approximately thirty seconds. Once the truck left the area they entered the vehicle and left returning to the blacktop road and then got lost. He continued traveling until he saw a sign showing the direction to area beaches and he followed that road until he returned to the original Highway that they traveled into North Carolina on. He then turned heading back to South Carolina. Fulks states that at this time Donovan is wearing tennis shoes and her panties and wanted to put her remaining clothing on, but Basham wouldn't allow her. Fulks states they then stopped at a Scotchman Convenience store and he again uses Donovan's credit card to get fuel. They then returned to Highway 90 and drove down several side streets in an attempt to locate a secluded spot to tie Donovan up and leave her. Fulks states that it is dark at this time. He states while traveling on Highway 90 he turns and remembers seeing a wildlife sign. Fulks states he travels this road until he is told to stop by Basham. Fulks states that Donovan was told by Basham that he didn't intend to hurt her he was only going to tie her up and leave her. Donovan then asked that he leave the gun if he was only going to tape her up, but Basham took the gun anyway. Basham then walked out of his sight into the woods and returned some twenty minutes later. Fulks states that when Basham returned he was dirty and smelled badly. Fulks states that Basham was in possession of Donovan's panties and tennis shoes when he returned to the vehicle. He states that they then left the area and returned to Highway 90 and traveled until they reached an on-ramp and at that time Basham threw papers and he believes Donovan's cell phone from the vehicle. Fulks states they then drove to the Beach Walk Motel. The vehicle was parked in a parking lot two motels down. Fulks states he watched the area to ensure no police were around. When he approached the motel, he found Tina washing clothes in the washroom of the motel. Fulks then took Tina to the bathroom of their motel room and told her that Basham

04131

#2002003693                                                                Page 3

was shooting at a man and that he thought that he had killed him. Fulks told Tina he had to get out of there. He left her money to get the room telephone turned on and advised her that he would call tomorrow. Fulks states that he and Basham then returned to Donovan's BMW. All of Donovan's clothing and the rest of her belongings were removed from the back seat of the BMW and placed in the trunk of the car. Their clothing was loaded on the rear passenger seat of the car and they left the Motel with Basham still operating the vehicle. They then traveled on Highway 17 heading northbound. Sometime later while in either North Carolina or Virginia Fulks states that Basham asked him if he had ever hurt anyone and he advised him no. Fulks states that he was then told by Basham that he had killed Donovan. Basham told him that he killed her for both of them because she knew what they looked like and would be able to identify them. Basham also told Fulks that he had killed a female two years ago in Madison, Kentucky. She was placed in a shallow grave and covered with tree bark and that the body of the female had never been found. Fulks states that he used Donovan's ATM or credit card somewhere in North Carolina. Fulks conducted two or three transactions and obtains approximately $500.00. They continued traveling making stops to eat. These stops were made mostly at rest stops and gas stations. While stopped at a shopping center located adjacent to a rest stop somewhere in West Virginia, Fulks states that he stole a tag for Donovan's BMW. Donovan's tag was ditched somewhere in West Virginia at a campground and the stolen West Virginia license plate was put on Donovan's vehicle. Fulks states that Basham threw Donovan's panties and pants in a dumpster located at a carwash somewhere between Hunnington, West Virginia and Ohio. Her remaining clothing, shoes, and a wad of tape containing hair were thrown in a trash barrel at the carwash. Fulks states this carwash was run by an older man. Basham threw Donovan's purse in a big ditch behind the state police barracks. This road was identified by Fulks as Rotary Road. Donovan's ATM card and credit cards were broken in half by Basham and thrown from the vehicle in Altizer, West Virginia on Route #2. Fulks stated that after leaving Beth McGuffy's residence Basham wanted to go to Kentucky to meet his mother to get a bag that contained a 9mm pistol and some drugs. Fulks stated that he didn't want to go into Kentucky because that is where they had escaped from jail. He states at that point Basham placed the 22 caliber revolver to his head and he heard a click. Fulks then grabs the gun and they began to fight for it. Fulks finally decides to drive over the bridge into Kentucky, but they both continue to struggle for control of the gun. Fulks pulls the BMW into the parking lot and just lets the gun go. Basham exits the vehicle and when he did so Basham drives away. Fulks states that Basham was able to maneuver his way through the parking lot and catch up to him before he departed the parking lot. Basham was confronted by the police and he observed Basham running with the revolver in his hand with the police officer giving chase. He then left and went back to Beth McGuffy's residence in Ohio. Fulks then went to his brother's house in Indiana. He parked the vehicle about five houses down from his brother Ronnie's residence because he felt the police would be looking for the vehicle. He then took the BMW down a country road and hid it in an abandoned building adjacent to an old barn. Fulks attempted to cover the entire vehicle with a piece of tarp. He was captured by police in an open field after being followed by police after his brother picked him up after hiding the car. Fulks then gave more accurate details concerning the area in which Basham had taken Donovan into the woods. Fulks stated that the road was a dirt road and that a boat ramp was located on the road. They drove down this road until they reached the boat ramp and turned around and drove in the opposite direction until Basham told him to stop. He then slightly back the vehicle from the road and turned the lights off. He is unsure exactly what direction Basham took Donovan in when he removed her from the car. He remembers they started to the right of the car and Basham quickly came back toward the vehicle. He stated that at this point Basham had Donovan by her elbow and the gun in his other hand. Fulks only saw the outline of Basham when he returned the car and at that time he was directly in front of the vehicle. At that time Basham had Donovan's panties and tennis shoes and advised him that he took all of her clothing because when she got free she wouldn't be so quick to run to someone's house for help not wearing any clothing. Fulks states he doesn't see any tape at this time, but assumes Basham has it in his pocket. Fulks stated that while on this road he noticed a light pole to the left of the vehicle where he had stopped. He could also see cars passing at the intersection in front of him. Fulks states that while having intercourse with Donovan he did ejaculate. He is unsure if Basham

04132

#2002003693                                                    Page 4

ejaculated or not. Fulks states that the only time that Donovan exited the vehicle was when Basham took her in the woods. She remained in the car with Basham holding her at gunpoint. Fulks states that Basham taped Donovan's wrist together shortly after leaving the small cemetery in North Carolina. Fulks states they returned to South Carolina to find a place for Basham to tape Donovan up and leave her. When questioned concerning Donovan's manner of death, Fulks states that Basham informed him that he taped her to a tree and strangled or choked her. Pete Skidmore described the area in which Basham was referring where Donovan had been taking into the woods as Long Bay Road. Skidmore advised that this road ran for approximately 2-3 miles and comes to a four-way stop at a "V" in the road. To the left is a housing complex with the name Pelican in it. Watershed Road also intersects with Long Bay. The boat ramp in which Fulks was referring was described by Skidmore as a board walk that runs from Long Bay Road to Watertower Road. Fulks also stated that this boat ramp was surrounded by a secured green in color fence. Skidmore advised that at night the walk would appear to be a boat ramp. Fulks states that Basham also had in his possession a brown pocket knife that was removed from Donovan's purse that was approximately six inches long with the blade unopened. Fulks states at no time did he see this knife opened by Basham and is unsure what happened to it. Fulks describes Basham as wearing all black: black trench type coat, black jeans, and black shirt. Fulks states he was wearing tan pants and a tan long sleeved t-shirt with stripes. Fulks described Donovan's clothing as; blue jeans, white tennis shoes, yellow panties with little designs, white bra and believes she was wearing a white shirt. Fulks states that conducted all transactions and attempted transactions concerning the use of Donovan's ATM and credit cards.

During the course of this interview Fulks was provided breaks and allowed to use the rest room. Fulks was provided soft drinks to drink by his attorney. This interview concluded at approximately 2:38 p.m.

C. Rodney Sessions, Lieutenant     4/22/03

04133