IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR. NO. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| Chadrick E. Fulks | ) | |
| | ) | |
| | ) | |

ORDER SETTING HEARING FOR ARGUMENT ON PETITIONER'S
28 U.S.C. § 2255 MOTION

This matter came before the court for a status conference today to discuss scheduling of a hearing on the motion by Chadrick E. Fulks ("Petitioner") to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255 and Fed. R. Crim. P. 33 ("2255 Motion") filed June 23, 2008.

Under 28 U.S.C.A. § 2266, proceedings brought pursuant to § 2255 in which the defendant was sentenced to death must be decided by the district court within specified time limits. The district court is required to render a decision and enter a final judgment within 450 days of the date on which the petition is filed or 60 days after the date on which the case is submitted for decision, whichever is earlier, subject to an extension of up to 30 days if the district court determines that the ends of justice would best be served by the delay.  See 28 U.S.C. § 2266(a)–(b).

Petitioner filed his 2255 Motion on June 23, 2008 [dkt. #1090].  The court granted multiple extensions to the parties for filing their briefs, with the final reply brief having been submitted on July 17, 2009.  Therefore, pursuant to 28 U.S.C.A. § 2266 and absent

an extension, the court is required to render a decision and enter a final judgment by September 15, 2009.

Petitioner's counsel requested a hearing in which to present testimony in support of his 2255 Motion. The government disputes the necessity of a hearing and indicated that other such motions in capital cases have been decided on the briefs. In light of the gravity of the motion and sentence, the court grants Petitioner's request for a hearing and directs Petitioner's counsel to submit by July 22, 2009, a list of his anticipated witnesses, together with a synopsis of the expected testimony, an explanation of why oral testimony is necessary from each witness and why written affidavits will not suffice. The Government is to file its list of witnesses with accompanying information by July 24, 2009.

The court will begin the hearing on Monday, August 3, 2009, and will hear argument until lunch August 6, 2009. To the extent that continued testimony and argument is necessary, the court will resume the hearing on Monday, August 10, 2009 and continue as needed through the month of August, working around already-scheduled hearings. Counsel is advised to plan accordingly. In light of the Fourth Circuit's Order No. 113, the court expects counsel and witnesses to be available.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 20, 2009                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge