UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NORRIS HOLDER,                               )
                                             )
            Petitioner,                      )
                                             )
    vs.                                      )        Case No. 4:03CV00923ERW
                                             )
UNITED STATES OF AMERICA,                    )
                                             )
            Respondent.                      )

## Order

Defendant Holder is currently being held in the United States Penitentiary in Terre Haute,

Indiana. The presence of Defendant Holder is required for the evidentiary hearing which will be

held before this Court on January 4, 2005 at 9:00 a.m. in Courtroom 12 South of the U.S. District

Court in **St. Louis, Missouri**.

The evidentiary hearing will be limited in scope to the factual circumstances surrounding

the following potential grounds for relief raised in Petitioner's § 2255 Motion:

- 12A. Violation of the Fifth Amendment Indictment Clause;
- 12B. Jury's Improper Consideration of the Pecuniary Gain Statutory Aggravator;
- 12C(a). Counsel's Unreasonable and Prejudicial Failure to Challenge the Indictment;
- 12C(b). Trial Counsel's Unreasonable and Prejudicial Advice to Testify;
- 12C(c). Trial Counsel's Unreasonable and Prejudicial Concession of Guilt During Opening Statement and Closing Argument; and
- 12C(h). Trial Counsel's Prejudicial Sleeping During Critical Stages of the Proceedings.

The Court notes that the 180-day time limit in 28 U.S.C. § 2266 does not apply to § 2255

motions. Section 2266 states that the 180-day limit applies to "any application for a writ of

habeas corpus brought *under this chapter. . .*" 28 U.S.C. § 2266 (emphasis added). Section 2266

is in Chapter 154, and Chapter 154 encompasses only § 2254 motions, unless otherwise

EXHIBIT A

specifically noted. *See* 28 U.S.C. § 2261(a). Accordingly, the 180-day limit does not apply in this case.

**IT IS HEREBY ORDERED** that the United States Marshal Service shall transport Defendant Norris Holder, Inmate 26902-044, from the U.S. Penitentiary in Terre Haute, Indiana to the U.S. District Court in St. Louis, Missouri to attend this hearing.

**IT IS FURTHER ORDERED** that all parties shall appear before this Court on January 4, 2005, at 9:00 a.m. for an evidentiary hearing on Petitioner's § 2255 Motion to Vacate His Sentence. The scope of the hearing will be limited to the factual circumstances surrounding Sections 12A,12B, 12C(a), 12C(b), 12C(c), and 12C(h) of Petitioner's Motion.

Dated this 2nd day of December, 2004.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

EXHIBIT A