

# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH CAROLINA
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201

JOSEPH F. ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

TELEPHONE (803) 765-5136

July 24, 2009

The Honorable William B. Traxler, Jr.
Chief United States Circuit Judge
United States Court of Appeals for the Fourth Circuit
300 East Washington Street, Suite 222
Greenville, South Carolina 29601

**Re:     Extension for Ruling on 2255 Motion in 4:02-992-JFA *Fulks v. USA***

Dear Chief Judge Traxler:

Pending on my docket is a motion by Chadrick E. Fulks ("Petitioner") to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255 and Fed. R. Crim. P. 33 ("2255 Motion") filed June 23, 2008. After granting many extensions to both sides, the motion is now fully briefed and ready for disposition.

In preparing to schedule a hearing and issue an opinion on the 2255 Motion, I am operating under the Fourth Circuit's policy as enunciated in Order 113 which provides that proceedings brought pursuant to § 2255 in which the defendant was sentenced to death must be decided by the district court within specified time limits. Specifically, I understand that the district court is required to render a decision and enter a final judgment within 450 days of the date on which the petition is filed or 60 days after the date on which the case is submitted for decision, whichever is earlier, subject to an extension of up to 30 days if the district court determines that the ends of justice would best be served by the delay. Absent an extension, I read Order 113 to require me to render a decision and enter a final judgment by September 15, 2009. The parties dispute whether Order 113 is applicable to this case, but after researching it, I believe it is applicable.

While the court is prepared to conduct a hearing in early August, it appears (after conducting two conference calls with counsel for Petitioner and the Government), that Petitioner anticipates problems with witness availability for an accelerated hearing date. Additionally, if I decide to permit the Petitioner to attend the hearing, the Bureau of Prisons needs time to transport him here from Terra Haute, Indiana. Finally, an argument has been

July 24, 2009
Page Two

made that the hearing should be postponed until DNA analysis is completed on remains that Petitioner claims are those of a victim in his underlying criminal case, potentially impacting a claim he asserts in his 2255 Motion.

For the foregoing reasons, I have decided to begin the hearing in late September. Therefore, I respectfully request a reasonable extension of time from the time limitations in Order 113 to permit me to conduct a hearing on the 2255 Motion and prepare a written opinion.

If you need any additional information, please do not hesitate to let me know.

With kind personal regards, I am,

Yours very truly,

Joseph F. Anderson, Jr.

cc:     Samuel W. Phillips, Esquire
        CM/ECF Docket for 4:02-992-JFA