# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
300 East Washington Street
Greenville, South Carolina 29601

**William B. Traxler, Jr.**
Chief Judge

Telephone (864) 241-2730
Fax (864) 241-2732

July 28, 2009

The Honorable Joseph F. Anderson
United States District Judge
901 Richland Street
Columbia, SC  29201

> Re:  Extension for Ruling on § 2255 Motion
> No. 4:02-992-JFA – <u>Fulks v. United States</u>

Dear Judge Anderson:

Thank you for your letter explaining the reasons for granting a thirty-day extension to decide the § 2255 motion pending before you.  I will see that your letter is made a part of the record in this case.  In my opinion, it should satisfy any duty of inquiry imposed upon the Circuit Executive in these circumstances under Order 113.

Sincerely,

*Bill*

William B. Traxler, Jr.

WBTjr/mlm
cc:  Mr. Samuel W. Phillips, Circuit Executive
     Ms. Patricia S. Connor, Clerk of Court