IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR. NO. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| Chadrick E. Fulks | ) | |
| | ) | |
| | ) | |

ORDER SETTING HEARING FOR DETERMINATION OF NECESSARY
WITNESSES FOR PETITIONER'S 28 U.S.C. § 2255 MOTION

The court has received the proposed witness lists and memorandum in support submitted by counsel for Chadrick E. Fulks ("Petitioner")(Exhibit A)and by the government (Exhibit B) for the hearing on Petitioner's Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255 and Fed. R. Crim. P. 33 ("2255 Motion") filed June 23, 2008.

The court would like to conduct a hearing to determine which of the proposed witnesses are necessary to be heard by way of oral testimony. Therefore, the court requests counsel to appear on Tuesday, August 11, 2009 at 10 a.m. to discuss the list of anticipated witnesses, together with a synopsis of the expected testimony, an explanation of why oral testimony is necessary from each witness and why written affidavits will not suffice.

In light of the extension granted by Chief Judge Traxler to the court pursuant to Order 113, the court will begin the hearing on the 2255 Motion on Monday, September 28, 2009. Counsel is advised to plan accordingly.

IT IS SO ORDERED.

July 30, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge