IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA      ) Cr. No. 4:02-992-JFA
                                          )
           v.                         )
                                          )
CHADRICK E. FULKS              )
                                          )

WITNESS LIST OF THE UNITED STATES
FOR HEARING ON SEPTEMBER 28, 2009

Respondent United States ("the Government"), pursuant to this Court's minute entry of July 23, 2009 (Docket No. 1199), submits the following preliminary witness list for the evidentiary hearing scheduled to begin on September 28, 2009.[1]  This list is not a commitment that any of the witnesses listed are available or will appear at the evidentiary hearing.

-  Johnny Gasser: Mr. Gasser is expected to testify regarding claims made by Mr. Fulks in his Motion Pursuant to 28 U.S.C. § 2255.

-  Scott Schools: Mr. Schools is expected to testify regarding claims made by Mr. Fulks in his Motion Pursuant to 28 U.S.C. § 2255.

-  Ralph Newman: Dr. Newman is expected to testify as to his examination of Mr. Fulks during his incarceration at the Federal Medical Center in Butner, North Carolina.

-  Edward E. Landis, III: Dr. Landis is expected to testify as to his examination of Mr. Fulks during his incarceration at the Federal Medical Center in Butner, North Carolina.

---

[1]  The Government intends to file, no later than August 7, 2009, a separate motion to limit live testimony and substitution/addition of witnesses beyond those specifically identified by counsel.

- William F. Nettles, IV: Mr. Nettles is expected to testify generally regarding his representation of Mr. Fulks.

- Sherri Lynn Johnson: Ms. Johnson is expected to testify generally regarding her representation of Mr. Fulks.

- John H. Blume, III: Mr. Blume is expected to testify generally regarding his representation of Mr. Fulks.

- Jeff Bruning: Mr. Bruning is expected to testify regarding claims made by Mr. Fulks in his Motion Pursuant to 28 U.S.C. § 2255.

- Jeff Long: Mr. Long is expected to testify regarding claims made by Mr. Fulks in his Motion Pursuant to 28 U.S.C. § 2255.

The Government further seeks leave of the Court to present witnesses to rebut any new evidence presented by Mr. Fulks during the scheduled hearing.

Respectfully submitted,

W. Walter Wilkins
United States Attorney


BY: s/Robert F.Daley, Jr.
Robert F. Daley, Jr. (ID No. 6460)
Jimmie Ewing (ID No. 7292)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina  29201
(803) 929-3000

July 29, 2009