IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| Chadrick E. Fulks | ) | |
| | ) | |

**Order Directing Petitioner to File a Response to Government's
Motion for a Ruling on Waiver of the Attorney-Client Privilege**

On August 4, 2009, the United States filed a motion [dkt. #1205] for an order ruling

that Chadrick Evan Fulks ("Petitioner") has waived the attorney-client privilege by filing his

motion for post-conviction relief pursuant to 28 U.S.C. § 2255.  The United States seeks to

compel the production of all materials relating to trial counsel's representation of Petitioner,

held by trial counsel or any of his counsel on the post-conviction motion, which the

government claims is necessary for its preparation for the hearing on the post-conviction

motion set for September 28, 2009. The United States further seeks a determination by the

court that Petitioner's waiver permits his former trial counsel to discuss their representation

of him with counsel for the government.  In light of the government's arguments delineated

in its filing, the court requests that the Petitioner file a memorandum by noon on August 10,

2009, explaining his position with respect to the government's motion and whether the court

should grant the request.  The court will discuss this matter at the August 11, 2009 hearing.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

August 4, 2009                           Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge