**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**(_____ DIVISION)**

_____, )
       Plaintiff/Petitioner/USA, )    **Case No. _____**
                       )
            v. )           **Motion**
_____, )       **in Support of**
       Defendant/Respondent. )    ***Pro Hac Vice* Application**
_____ )

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that _____ be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☐ does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
_____
_____

☐ No duty of consultation is required because the opposing party is proceeding pro se.

_____    _____
Firm Name                             Name of Local Counsel

_____    _____
Street Address or Post Office Box        Signature of Local Counsel

                                Local Counsel for the _____
_____
City, State, Zip Code

                                District of South Carolina
_____    Federal Bar Number _____
Telephone Number

_____
E-Mail Address

revised 09/19/05