**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
(_____ Florence **DIVISION**)

United States of America

| | |
|---|---|
| _____,<br>Plaintiff/Petitioner/USA,<br>v.<br>Chadrick E. Fulks     v.<br>_____,<br>Defendant/Respondent.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No.** 4:02-992-JFA _____

**Motion**
**in Support of**
*Pro Hac Vice* **Application**

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Amy Jean Laurendeau _____ be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1.     I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.     All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.     Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4.     Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5.     Certification of Consultation (Local Civil Rule 7.02).

☑     Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion:     ☐ will likely oppose;   ☑ does not intend to oppose

☐     Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
_____
_____

☐     No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Nexsen Pruet, LLC _____<br>Firm Name | Kirsten E. Small _____<br>Name of Local Counsel |
| P.O. Drawer 10648 _____<br>Street Address or Post Office Box | /s/ Kirsten E. Small _____<br>Signature of Local Counsel |
| Greenville, SC 29617 _____<br>City, State, Zip Code | Local Counsel for the Defendant _____ |
| (864) 370-2211 _____<br>Telephone Number | District of South Carolina<br>Federal Bar Number 10005 _____ |
| Ksmall@nexsenpruet.com _____<br>E-Mail Address | |

revised 09/19/05