

# Supreme Court of California

FREDERICK K. OHLRICH

*Clerk of the Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

---

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that* **Amy J. Laurendeau** *was on the 2nd day of December, 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 21st day of July, 2009.*

FREDERICK K. OHLRICH

*Clerk of the Supreme Court*

By

*Patricia A. Quinn, Deputy Clerk*