**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
( FLORENCE            **DIVISION**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | |
| Plaintiff/Petitioner/USA, | ) | Case No. 4:02-992 |
| | ) | |
| v. | ) | **Application/Affidavit for** |
| CHADRICK E. FULKS , | ) | *Pro Hac Vice* **Admission** |
| Defendant/Respondent. | ) | |
| | ) | |

(1)  Name.  STEPHANIE L. NOBLE
            First                     Middle                     Last

(2)  Residence.  I reside in the following state:  California
     If a South Carolina resident, indicate months/years of residence: _____

(3)  Business Address.  I am an attorney and practice law under the name of or as a member of the following firm:

   Firm name:              O'Melveny & Myers LLP
   Mailing address:        610 Newport Center Drive, Suite 1700, Newport Beach, CA 92660-6429
   Telephone number:       (949) 760-9600
   Facsimile number:       (949) 823-6994
   E-mail address:         snoble@omm.com

   (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  Jurisdiction of this Court.  I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)  Regular Practice of Law.  I am a member in good standing of the bar of the highest court of the District of Columbia or the State of California            where I regularly practice law.  **Attached is my certificate of good standing.**

(6)  Additional Bar Membership.  I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.)  By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing |
|---|---|---|
| CA State Courts - 12/2/08 | | ☑ Yes    ☐ No |
| | | ☐ Yes    ☐ No |
| | | ☐ Yes    ☐ No |

(7)    <u>Pending Disciplinary Matters</u>. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☑ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8)    <u>Curtailment of Prior *Pro Hac Vice* Admissions</u>. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes    ☑ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9)    <u>Sanctions</u>. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes    ☑ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)    <u>Criminal Sanctions</u>. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes    ☑ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11)    <u>Present and Previous *Pro Hac Vice* in this Court</u>. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes    ☑ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____

_____

(12)    <u>Designated Local Counsel</u>. Local counsel of record associated with Applicant in this case is:

| | |
|---|---|
| Attorney Name: | Kirsten E. Small |
| Firm Name: | Nexsen Pruet, LLC |
| Street Address or Post Office Box: | 55 East Camperdown Way, Suite 400 |
| City, State, and Zip Code: | Greenville, SC 29601 |
| Telephone Number: | (864) 282-1112 |
| E-Mail Address: | KSmall@nexsenpruet.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)    <u>Associated Counsel</u>. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
Beattie B. Ashmore

(14)    <u>Application Fee</u>. I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)    <u>Electronic Notification</u>. By submitting this application, I consent to electronic notification.

(16)    <u>Represented Party/Parties</u>. I seek to represent the following party/parties:
Chadrick E. Fulks

Signature of Applicant

**Sworn to and subscribed before me**
this _____ day of _____ 20____.

_____
A Notary Public
of the State of _____

My Commission expires: _____

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____    _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

State of California

County of _Orange_

Subscribed and sworn to (or affirmed) before me on this

_22nd_ day of _July_, 20 _09_, by
   Date      Month      Year

(1)_Stephanie L. Noble_,
       Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2)_____,
       Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
       Signature of Notary Public

**NANCY A. JAFFEE**
Commission # 1846565
Notary Public - California
Orange County
My Comm. Expires Apr 26, 2013

Place Notary Seal Above

───────── **OPTIONAL** ─────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document:_____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827