

# Supreme Court of California

### FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

———————————

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **Stephanie L. Noble** *was on the 2nd day of December, 2008, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 21st day of July, 2009.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
*Patricia A. Quinn, Deputy Clerk*