IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA          ) Cr. No. 4:02-992-JFA
                                  )
                v.                )
                                  )
CHADRICK E. FULKS                 )

MOTION TO LIMIT TESTIMONY AT EVIDENTIARY HEARING

The United States, through undersigned counsel, moves the Court to limit the

witnesses who may be called to testify at the evidentiary hearing scheduled to be held on

September 28, 2009, based on the Memorandum submitted herewith.

Respectfully submitted,

W. WALTER WILKINS
United States Attorney


BY: s/Robert F. Daley. Jr.
ROBERT F. DALEY, JR. (#6460)
Assistant United States Attorney

BY: s/Jimmie Ewing
JIMMIE EWING (#7292)
Assistant United States Attorney