UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:02-992 |
| | ) | |
| CHADRICK FULKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S SUMMARY OF TESTIMONY THAT
DEFENSE COUNSEL INTENDS TO USE UNDER
RULE 702, 703, or 705 OF THE FEDERAL RULES OF
EVIDENCE PURSUANT TO RULE 16(b)(1)(C)

**Testimony of James Evans Aiken**

Qualifications
President, James E Aiken and Associates, Inc., 1994 to present
Masters Degree Criminal Justice          University of South Carolina
Bachelor of Arts                                   Benedict College
Consultant, U.S. Department of Justice & National Institute of Corrections
Former Director Bureau of Corrections for the United States Virgin Islands
Former Commissioner for the Indiana Department of Corrections
Deputy Regional Regional Administrator, S.C.D.C.

Witness's Opinions
Mr. Aiken will testify that, based upon his review of Mr. Fulks' prior incarceration records, including his pretrial detention records from November 2002 until the present, Mr. Fulks will not pose a risk of undue harm to other inmates or staff in a prison setting.

**Testimony of Arlene Andrews**

Qualifications
Ph.D. Clinical Community Psychology          University of South Carolina
M.S.W. Community Social Work                    University of South Carolina
B.A. Psychology & Sociology                         Duke University
Director, University of South Carolina Institute for Families in Society, 1999
National Association of Social Workers

1

*Exhibit A*

American Psychological Association
American Evaluation Association
Association for Community Organization and Social Administration
Family Support America

## Summary
The purpose of Dr. Andrews' assessment was to determine the effect that Mr. Fulks' family background had on his childhood development. Dr. Andrews found evidence that the following factors were present: a) chaos and profound psychological neglect; b) exposure to alcoholism in both parents and prenatal alcohol exposure; c) exposure to chronic violence in the home and parental scorn for one another; d) physical child abuse; e) nourishment insecurity; f) corrupting influence by parents and older siblings; g) educational neglect; h) stigma in the community because of family problems; i) sexual abuse; j) poor coping resources.

Most of these factors were severe and persistently present through the most tender years of Mr. Fulks' development, up until adolescence. The record indicates these developmental effects of the factors: a) learning disability and educational failure; b) emotional problems (anxiety and depression, suicide attempt, insecure attachment, dependency); c) behavior disorder; d) disrespect for personal property; e) social isolation; f) early onset of alcohol and drug abuse; g) premature autonomy; h) repeated use of violence in domestic relationships when under the influence of alcohol or drugs; i) trying to look normal, create sense of order; j) impulsivity; k) inadequate coping resources to deal with stress or trauma. Chad developed capabilities: a) trying to develop a family life; b) when sober, he has a pleasant temperament and tries to make friends; c) he enjoyed welding and would like to work again.

## Testimony of David Bachman

### Qualifications
Expert in the field of Behavioral Neurology
Professor of Neurology & Psychiatry & Behavioral Sciences at M.U.S.C.

| | |
|---|---|
| B.A. Cornell University | Cornell University |
| M.D. Emory University | Emory University School of Medicine |
| Intern in Internal Medicine | Grady Memorial Hospital, Atlanta, GA |
| Junior Resident in Internal Medicine | Grady Memorial Hospital, Atlanta, GA |
| Resident in Neurology | Emory University School of Medicine |
| Chief Resident in Neurology | Emory University School of Medicine |
| Fellow in Behavioral Neurology | Aphasia Unit, Boston VA Medical Center |

### Witness's Opinions
Dr. Bachman conducted a neurological evaluation of Mr. Fulks. This consisted of a physical examination, a mental status examination, a review of EEG tracings, MRI scans and PET scans, and a review of neuropsychological test results and consultation with other experts including Dr.

2

Margaret Melikian, Dr. Fred Bookstein and Dr. Sterling Clarren.

Based on his evaluation, Dr. Bachman will testify that Mr. Fulks currently functions in the borderline mentally retarded range. In addition to his low intelligence, there is evidence of other brain abnormalities. PET scans and EEG studies reveal abnormally slow brain processing speed. MRI scans indicate that Mr. Fulks has an arachnoid cyst. Volumnic studies of the MRI and PET scans indicate brain atrophy around the cyst. Other studies of the MRI also indicate that Mr. Fulks has an abnormal corpus calosum, an abnormality commonly found in individuals who have been exposed to alcohol in utero and suffer from a fetal alcohol spectrum disorder.

There were also some indications of neurological abnormalities on physical examination and neuropsychological testing consistent with a person who has incurred damages to the frontal lobes of the brain. The frontal lobes control the executive functions.

Due to the early onset of Mr. Fulks' cognitive and behavior problems, the most likely cause of Mr. Fulks' neurological damage was his mother's alcohol use during her pregnancy.

<u>Bases & Reasons for Opinion</u>
Dr. Bachman's opinions are based on a physical neurological examination and a mental status examination which he conducted. He has reviewed Mr. Fulks' MRI, EEG, and PET scans and consulted with Dr. Fred Bookstein, Dr. Sterling Clarren, and Dr. Margaret Melikian. Finally, Dr. Bachman reviewed both Mr. Fulks' neuropsychological test results and some social history records.

**Testimony of Howard Becker**

<u>Qualifications</u>
Scientific Director, Alcohol Research Center
Research Career Scientist, Department of Veterans Affairs Medical Center
Adjunct Professor of Psychology                          College of Charleston
Professor of Physiology & Neuroscience                   Medical University of S.C.
Professor of Psychiatry and Behavioral Sciences          Medical University of S.C.
B.S. Biology                                             State University of New York
M.S. Biopsychology                                       Rutgers University
Ph.D. Biopsychology                                      Rutgers University

<u>Witness's Testimony</u>
Dr. Becker has not evaluated Mr. Fulks. He will testify in general about fetal alcohol syndrome and fetal alcohol spectrum disorders.

**Testimony of Fred Bookstein**

<u>Qualifications</u>

3

Senior Distinguished Researcher, IoG
Senior Research Scientist, School of Public Health        University of Michigan
Adjunct Professor, College of Literature                 University of Michigan
Professor of Biometrics, Institute of Anthropology       University of Vienna, Austria

Witness's Opinions
*See Appendix A*

Bases & Reasons for Opinion
*See Appendix A*

**Testimony of Christos Davatzikos**

Qualifications
Associate Professor of Radiology              University of Pennsylvania School of Medicine
Chief of Biomedical Image Analysis            University of Pennsylvania Hospital
B.S. Electrical Engineering                   Nation Technical University of Athens
BS. Computer Science                          Nation Technical University of Athens
Ph.D. in Computer Science/Engineering         Johns Hopkins University

Witness's Opinions
*See Appendix B*

Bases & Reasons for Opinion
*See Appendix B*

**Testimony of James Evans**

Qualifications
Associate Professor Emeritus                  Univ. South Carolina- School of Psychology
Ph.D. Psychology                              George Peabody (Vanderbilt University)
Editor                                        Introduction to Quantitative EEG & Neurofeedback
Licensed School & Clinical.Psychologist

Witness's Opinions
*See Appendix C*

Bases & Reasons for Opinion
*See Appendix C*

**Testimony of Kelly Fite**

Qualifications

4

Firearms Examiner, Georgia Bureau of Investigations Retired after 31 years

Mr. Fite has examined and tested more than 50,000 firearms, attended more than 250 major homicide crime scene investigations, and provided expert testimony approximately 2700 times in state and federal courts in the southeast.

Witness's Opinions
Mr. Fite will testify that he inspected the damage caused by a round discharged by a firearm to Carl Jordan's truck. This damage was likely caused by a round fired from a firearm of lesser caliber than a .45 caliber firearm. Mr Fite will testify that the .45 caliber revolver inspected is chambered for .45 Long Colt ammunition. The ammunition he inspected was .45 ACP (Automatic Colt Pistol). It is not likely the .45 revolver could have fired the .45 ACP ammunition. The .45 semi-automatic Mr Fite inspected was in working order and could have fired the .45 ACP ammunition.

**Testimony of Ruben Gur**

Qualifications

| | |
|---|---|
| Professor of Psychology | University of Pennsylvania |
| Member, Psychiatry Department | University of Pennsylvania |
| Director of the Brain Behavior Laboratory | University of Pennsylvania |
| Secondary Appointments in Radiology & Neurology | University of Pennsylvania |
| B.A. Psychology Philosophy | Hebrew University of Jerusalem |
| M.A. & Ph.D. Psychology | Michigan State University |
| Post-Doctoral Training | Stanford University |

Witness's Opinions
Dr. Gur will testify in a manner consistent with that of Dr. Venn and Dr. Evans. In his opinion, Mr. Fulks' performance on the neurocognitive tests showed moderate to severe deficits in sensorimotor dexterity, memory, and executive functions (attention/ mental flexibility) and moderate deficits in emotion processing, against a background of normal performance on other domains. On the impaired domains, even when normal accuracy was achieved it was at the expense of slowed response time. A test of olfactory function has placed Mr. Fulks in the impaired range.

The results of the evaluation and testing converge to provide strong support to impaired fronto-temporal functioning, significantly, involving orbital regions that control impulses and regulate behavior in relation to context. The results are consistent with the neuroimaging data indicating brain damage regions critical to criminal culpability. *See also* Appendix D.

**Testimony of Seymour Halleck**

Qualifications
Professor Emeritus of Psychiatry                    University of North Carolina, Chapel Hill

5

| | |
|---|---|
| Adjunct Professor of Law | University of North Carolina, Chapel Hill |
| Ph.B. Anatomy | University of Chicago |
| M.D. | University of Chicago |
| Honorary Sc.D. | Rockford University |

Sutherland Award for Outstanding Contributions to Theoretical Criminology from the American Society of Criminology

Isaac Ray Award from the American Psychiatric Association for Outstanding Contributions to Forensic Psychiatry

Marshall Award for Exceptional Contributions by an Alumnus of the Menninger Foundation

Best Doctors in America

Witness's Opinions

Dr. Halleck conducted extensive interviews with Mr. Fulks on three separate occasions, reviewed social history and medical records and the reports of other witnesses contained in this notice. In his opinion, Mr. Fulks has definite neurological abnormalities and cognitive impairments, the most likely cause of which is his mother's ingestion of alcohol during pregnancy. Based on both the test results and his clinical experience, Mr. Fulks functions in the range of borderline mental retardation. Mr. Fulks also suffers from a depressive disorder. Mr. Fulks has been depressed virtually his entire life. He also exhibits anxiety and symptoms of post-traumatic stress disorder and has a severe substance abuse disorder which began when he was a young child. While Mr. Fulks has committed numerous criminal acts, much of this was socially learned and approved behavior in his family. While he technically meets the DSM criteria for anti-social personality disorder, in Dr. Halleck's opinion it is more dis-social behavior due to the negative and pernicious social environment in which he was raised.

**Testimony of James Hilkey**

Qualifications
Licensing Practicing Psychologist
Consultant- North Carolina Department of Corrections
Diplomate- American College of Forensic Examiners
Former Chief of Psychology Services, Federal Bureau of Prisons, Butner, North Carolina
Former Lecturer & Clinical Adjunct Professor, University of North Carolina, Chapel Hill

| | |
|---|---|
| B.A. Psychology | Westmont College |
| M.C. Counseling Psychology | Arizona State University |
| Ph.D. Counseling Psychology | Indiana State University |

Witness's Opinions
*See Appendix E*

Bases & Reasons for Opinion
*See Appendix E*

6

**Testimony of Margaret Melikian**

Qualifications

| | |
|---|---|
| Program Director for the Division of Forensic Psychiatry | M.U.S.C. |
| Assistant Professor- Psychiatry & Behavioral Sciences | M.U.S.C. |
| Associate Instructor- Neuropsychiatry & Behavioral Sciences | Hall Psychiatric Inst. |
| Fellowship in Forensic Psychiatry | University of S.C. |
| M.D. Osteopathic Medicine | Oklahoma State |
| B.S. Electrical Engineering | University of Tulsa |

Board Certified in Psychiatry and Forensic Psychiatry
Psychiatry and Behavioral Sciences Department for Outstanding Academic Excellence
American Psychiatric Association
American Academy of Psychiatry and the Law
American College of Neuropsychiatry
Staff Psychiatrist for the Department of Juvenile Justice providing forensic evaluations for Family Court

Witness's Opinions
*See Appendix F*

**Testimony of Alex Morton**

Qualifications

| | |
|---|---|
| Professor, Pharmacy Practice | Medical University of S.C. |
| Associate Professor Psychiatry & Behavioral Sciences | Medical University of S.C. |
| B.S. Pharmacology | University of North Carolina |
| Pharm. D. | University of Tennessee |
| Hospital & Clinical Pharmacy Residency | University of Cal., San Francisco |

Witness's Opinions
Dr. Morton will testify as to the psychological and neurological effects of methamphetamine use and their highly addictive nature. The use of methamphetamines has significant effects on an individual's sense and experience of time and the ability to accurately recall certain events. Furthermore, methamphetamine use has been linked to otherwise unexplained violence. This is especially true in individuals with a pre-existing mental disorder in the schizophrenia family.

**Testimony of Karen Li Simpkins**

Qualifications

| | |
|---|---|
| Ph.D. Anthropology | University of Edinburgh |
| M.A. | University of North Carolina - Chapel Hill |

7

B.A.,                                   American University of Beruit
Associate Professor                     Marshall University

<u>Bases & Reasons for Opinion</u>
Dr. Simpkins is an expert in Appalachian culture. She will testify to the frequency of child abuse and spousal violence in Appalachia, and the cultural barriers against the reporting or interfering with interfamilial violence. She will also describe the role of alcohol and marijauna use and production in Appalachia. Born-again Christianity has great influence in Appalachian culture, including frowning severely on divorce even when abuse is present. She will also discuss the difficulties encountered when people from rural Appalachia move to the city.

**Testimony of Jonathan Venn**

<u>Qualifications</u>
B.S. Neuropsychology & Neuroscience          Northwestern University
Ph.D. Clinical Psychology                     Northwestern University
Neuropsychologist                             Veterans Administration Hospital
Neuropsychological Training                   U.S. Naval Reserve

National Academy of Neuropsychology
American Board of Professional Psychology
American Academy of Forensic Psychology
South Carolina Psychological Association

<u>Witness's Opinions</u>
*See Appendix G*

<u>Bases & Reasons for Opinion</u>
*See Appendix G*

8

Respectfully Submitted,

JOHN H. BLUME, Fed. I.D. #1360
KEIR WEYBLE, Fed. I.D. #7888
  1247 Sumter Street, Suite 202
  Columbia, SC 29202
  (803) 765-1044

WILLIAM NETTLES, IV
  Federal Public Defender's Office
  401 W. Evans Street, Room 240
  Florence, SC 29503

BY: _____
COUNSEL FOR CHADRICK FULKS

May 18, 2003.

9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA          )          CRIMINAL NO. 4:02-992
                                  )
                                  )
          v.                      )          CERTIFICATE OF SERVICE
                                  )
                                  )
CHADRICK EVAN FULKS, *Defendant.* )
                                  )

     I do hereby certify that I have served upon the attorney for the government defendant's Defendant's Summary of Testimony That Defense Counsel Intends to Use under Rule 702, 703, or 705 of the Federal Rules of Evidence Pursuant to Rule 16(b)(1)(C) by hand delivery to Scott Schools, First Assistant United States Attorney, at the United States Courthouse, 901 Richland St., Columbia, South Carolina, 29201

     This the 18th day of May, 2004.


JOHN BLUME

10

# Appendix E

# JAMES H. HILKEY, Ph.D.
Licensed Practicing Psychologist
3326 Chapel Hill Boulevard, Suite B120
Durham, North Carolina 27707
Ph. (919) 493-1110  FAX (919) 932-1734

---

*CONFIDENTIAL AND PRIVILAGED ATTORNEY WORK PRODUCT*

TO:      John Blume/Bill Nettles

FROM:  Jim Hilkey

RE:      United States v. Chad Fulks

DATE:   January 5, 2004

*MMPI-2 Preliminary Results:*

Validity scores all fall in the acceptable range increasing the confidence in the interpretation of the clinical scales. The clinical profile Chad produced is atypical in that all of his scales fall above a *t-score* of 70. This is referred to in the literature as a *floating profile* and the common diagnostic label assigned to this group is Borderline Personality Disorder. The findings on the *MMPI-2* are highly consistent with the other personality tests administered and suggest a faulty organization to his personality with multiple psychological symptoms. While Chad has a significant elevation of Scale 4 (psychopathic-deviant) Antisocial Personality Disorder is his primary problem although he has engaged in a number of antisocial behaviors. In addition to Chad's cognitive deficits, he has a number of significant problems in the personality domain.

*SIRS Results:*

I have yet to score the *SIRS* and as I stated today, will want to have a colleague check my scoring and clinical interpretation. I am confident finding will not support a malingered profile. I will forward a more detailed description of the *MMPI-2* and the *SIRS* in a couple of days.

I also found out today that Sally Johnson will not formally retire until July. She does take interesting high profile cases. Are you interested in having her do the evaluation on Chad? I would be happy to mention his case to her if you wish. I do think she would offer a fair evaluation. Let me know.

I enjoyed our meeting today. I am encouraged by these results which are consistent with his interview behaviors and testing completed in August. I am confident we can challenge opinions that Chad is malingering should the government raise the issue.

# JAMES H. HILKEY, Ph.D.
Licensed Practicing Psychologist
3326 Chapel Hill Boulevard, Suite B120
Durham, North Carolina 27707
Ph. (919) 493-1110  FAX (919) 932-1734

## CONFIDENTIAL AND PRIVILAGED ATTORNEY WORK PRODUCT

TO:    John Blume, William Nettle
James Payne, Calvin Chandler

FROM:    Jim Hilkey

RE:    Chadrick Fulks
Preliminary Psych Testing Results

DATE:    August 14, 2003

Contained in this memorandum are preliminary findings obtained during my initial examination of Chad Fulks on August 12-13, 2003, during my visit with him at the Alvin S. Glenn Detention Center, Columbia, South Carolina. I spent approximately eight hours in testing and administered the following instruments:

Wechsler Adult Intelligence Scale, Third Edition,
Wide Range Achievement Test, Third Edition,
Bender Gestalt Visual Motor Test,
Rey Fifteen Item Test,
Personality Assessment Inventory,
Millon Clinical Multiaxial Inventory, Third Edition,
Rorschach,
Mental Status Examination and Clinical Interviews.

*Behavioral Observations:*

Chad presented as a neatly groomed, young appearing, Caucasian, male. His hair was neatly combed and was dressed in the jailed issued jump suit. He was soft spoken, subdued, depressed, but cooperative and glad to see me. He was attentive and put forth good effort during the lengthy examination. Although time did not permit for obtaining a detailed developmental history, it seemed apparent that Chad has suffered from considerable physical trauma both from activities prior to detainment and, most recently, from correctional personnel. He displayed a slight drop on the left side of his mouth. His affect was remarkably flat with little range of emotion even when talking about emotionally painful events such as the death of his son Devon. He seemed, on initial impression, a young man who may have suffered from some central nervous system damage. On initial appearance Chad seem cognitively dull and childlike yet at times he surprised me with his answers and his sensitivity. He is clearly aware of the seriousness of his legal situation and has a strong affiliation (again, child-like) attachment to John Blume. Based on Chad's interview behaviors it is readily apparent this is a very damaged young man.

Chad Fulks
Page Two

*Assessment of Malingering:*

The only formal test for malingering administered was the *Rey Fifteen Item*, a simple test for malingered memory. Chad was able to recall all fifteen items. His validity profiles on the personality tests were all valid and he appeared to put forth a concerted effort on all the tests given. I have no reason to doubt the validity of the results from the test battery.

*Wechsler Adult Intelligence Scale, Third Edition:*

Full Scale IQ:     78   95% Confidence Interval 74-83   Percentile=7   Borderline Range
Verbal IQ          79   95% Confidence Interval 75-85   Percentile=8   Borderline Range
Performance IQ 81   95% Confidence Interval 75-83   Percentile=10  Low Average Range

Most of Chad's subtest scores were fairly close with the exception of his Picture Arrangement score which was at the 75th percentile. This is a nonverbal test and taps into social competency to the extent that he has a fairly good understanding of proper sequences of social events. His abilities on visual motor skills were poor which maybe accounted for by some neurological impairment. John informed me that neuropsychological and neurological studies are underway. Scores maybe somewhat suppressed by his level of psychomotor retardation stemming from his depressed mood. Comparison of these results with school records will help in the interpretation along with examination of neuropsychological test results.

*Wide Range Achievement Test, Third Edition:*

Spelling     5th percentile     Fifth Grade Level
Reading     14th percentile     Eight Grade Level
Arithmetic  6th percentile     Six Grade Level

*Bender Gestalt Visual Motor Test*

This is a gross screening instrument for visual motor problems associated with brain damage. Generally, reproductions were well reproduced with some minor errors. These results, while not clinically significant, do not rule out damage to other parts of the brain.

*Personality Assessment Inventory*

This test is like the MMPI but better written and easier to subjects to understand. Chad's results were valid and his responses interpretable. Results suggest significant psychological problems. He has very high score on Somatization and Physiological Complaint scales. These are both manifestations of his high levels of anxiety and real physical problems. He has recent injuries by his account, a history of head aches, and accidents. His profile is highly correlated with individuals with serious Axis I disorders (Paranoid Delusions, Schizophrenia, Major Depression). The modal diagnosis from his PAI profile is Major Depression (Axis I) Borderline

Aug 15 03 08:40a    Wilhelm-Hilkey    (919) 932-1734    p.3

Chad Fulks
Page Three

Personality Disorder (Axis II) Drug and Alcohol scores were also high and are consistent with his self-report. Results from this instrument suggest serious psychological problems.

*Millon Clinical Multiaxial Inventory, Third Edition*

Results from the MCMI-III are consistent with the PAI. Modal diagnoses from this test suggest Schizoaffective Disorder (elements of both Bipolar Disorder and Schizophrenia) on Axis I. Axis II is remarkable for Dependent Personality Disorder with Schizotypal and Depressive Features. Again, these suggest very serious psychological problems stemming from early psychological trauma (maybe poor gene pool-family history of problems).

*Rorschach*

Again, Chad's are highly consistent with the two objective personality tests. Significant clinical scale elevations were obtained Depression and Coping Deficit Indexes. Results suggest real problems in a host of areas.

*Summary:*

Chad, in my impression, is a very fragile young man. Not only does he have a number of physical problems including possible neurological damage, he has marked disturbance in the psychological domains. Confounding this picture are limitations in his intellectual abilities. I find it hard to imagine him as a sophisticated leader in a criminal enterprise. I see him as easily influenced/intimidated by someone more dominate. Again, these impressions are offered without the benefit of any discovery materials or conversations. More colloquially, this is my CYA in case I totally missed the boat in my assessment of this young man.

Provisional Diagnoses:

Axis I:

Cognitive Disorder (need additional studies, imaging studies and neuropsych)
Polysubstance Dependence
Major Depressive Disorder

Axis II:

Schizotypal Personality Disorder
Dependent Personality Disorder with Borderline features

Chad, based on his presentation during this assessment appeared competent to proceed. He readily acknowledged and respects his attorneys, knew the charges, and the potential penalties. He seemed able to assist and expressed some frustration that he was not allowed be of help in informing authorities of the location of one of the victims. I am concerned that he may not have good discrimination skills in who to trust.

Chad Fulks
Page Fours

       I hope these preliminary findings are helpful. I look forward to working with all of you on Chad's case.

# Appendix F

RE: Chadrick Fulks

John Blume, J.D.
1247 Sumter Street, Suite 202
Columbia, SC 29201

Dear Mr. Blume:

Per our conversation, this letter is a brief summary of my findings in regard to your client, Chadrick Fulks. My diagnoses and opinions are based on two meetings with Mr. Fulks on December 9, 2003 and December 11, 2003 as well as a record review and consultation with other professionals who have evaluated Mr. Fulks.

Mr. Fulks meets the diagnostic criteria for Axis I diagnoses of Cognitive Disorder, Not Otherwise Specified, Major Depressive Disorder, Adjustment Disorder with Anxiety vs. Anxiety Disorder, Amphetamine Dependence, Cannabis Dependence and Alcohol Dependence. On Axis II, he meets the criteria for a diagnosis of Antisocial Personality Disorder.

Interview and formal testing support the diagnosis of Cognitive Disorder, Not Otherwise Specified. Mr. Fulks is of borderline intelligence; has problems with attention and concentration; has visual and motor abnormalities, and; limited reasoning and problem solving skills. His cognitive dysfunction is due to the direct effect of general medical conditions. Medical conditions affecting his cognitive ability are Fetal Alcohol Effect, chronic substance use and multiple head injuries. Since Mr. Fulks has had impairment since an early age, as documented by school records, Fetal Alcohol Effect is the most likely diagnosis affecting his cognitive ability; although his substance use and head injuries have certainly added to his difficulties.

Mr. Fulks meets the diagnostic criteria for a diagnosis of Major Depressive Disorder in that he experienced a sad mood most days; had a decrease in appetite with weight loss; has had a decrease in energy, and; has complaints of feelings of worthlessness and guilt. He has been on antidepressant medication since his incarceration and has had improvement in his symptoms.

Mr. Fulks has displayed an excessive amount of anxiety given his situation. It is unclear whether Mr. Fulks suffered from an anxiety disorder before incarceration or whether the anxiety is caused by his confinement.

Mr. Fulks has a long history of substance abuse. He began using drugs and alcohol as a child. He meets the diagnostic criteria for Amphetamine Dependence, Cannabis Dependence and Alcohol Dependence. For each of these substances he has built up a tolerance to the effect, has had withdrawal symptoms, has used increasing amounts and given up other activities to use substances.

Mr. Fulks meets the diagnostic criteria for a diagnosis of Antisocial Personality Disorder in that he met the criteria for a diagnosis of Conduct Disorder before age 15; has failed to conform to the social norms with respect to lawful behavior; has lied and conned others; fails to plan ahead, and; has irritability and aggressiveness. It should be noted that Mr. Fulks does show remorse and due to his upbringing was taught and encouraged to steal. Further, Mr. Fulks because of his diminished cognitive ability has many childlike, gullible and suggestible qualities to his personality.

Mitigating factors in this case include Mr. Fulks borderline intelligence, his significant substance use around the time of the alleged incident and his dysfunctional upbringing. Although he denied direct involvement in the alleged murders (i.e., that he took the life of either victim), he did express remorse for the loss of life and took responsibility for his actions.

Sincerely,

Margaret Melikian, D.O.
Program Director, Forensic Psychiatry
Assistant Professor, Department of
Psychiatry and Behavioral Sciences
Medical University of South Carolina