CHADRICK EVAN FULKS          AUGUST 20th 09          CASE # 4:02-992

                    V

UNITED STATES OF AMERICA

## MOTION TO RECONSIDER

COMES NOW PETITIONER CHADRICK EVAN FULKS WHO REQUEST THAT THIS COURT RECONSIDER ITS RULING THAT I NOT BE ALLOWED TO BE PRESENT AT MY EVIDETUARY HEARING IN PERSON AND THAT I ONLY APPEAR BY VIA SATELITE.

THIS HEARING IS VERY INPORTANT AND I BELIVE THAT I SHOULD NOT ONLY HAVE A RIGHT TO BE PERSONALLY PRESENT BUT THAT ID BE ABLE TO ALSO SPEAK FREELY AND SHARE WITH THIS COURT SEVERAL ISSUES THAT I HAVE WITH THIS APPEAL FILED ON MY BEHALF "·WITHOUT MY PERMISSION"

I WAS TOLD THAT PART OF THE ISSUE ABOUT BRINGING ME BACK TO SOUTH CAROLINA WAS THAT NO JAIL WOULD HOUSE A FEDERAL PRISONER BUT THERE ARE SEVERAL PLACES THAT ID LIKE TO BRING TO THIS COURTS ATTENTION. THE FIRST WOULD BE SPARTENSBURGE COUNTY JAIL AND ALSO THE COLUMBIA CARE CENTER WHICH HOUSES FEDERAL PRISONERS. COLUMBIA CARE CENTER HAS A MAXIMUM SECURITY CELL THAT WAS BUILT FOR ME WHILE I WAS THERE IN 2004 AND 2005

THOSE ARE JUST SUGGESTIONS BUT ID GLADLY GO WHEREVER THIS COURT PLACES ME AS LONG AS IM ALLOWED TO BE PRESENT. I KNOW THAT MY VOICE WASNT HEARD AT THIS LAST HEARING ON AUGUST 10th 2009 WHICH CAUSES ME GREAT CONCERN CONSIDERING THAT MY LIFE IS ON THE LINE.
I SHOULD BE ABLE TO HAVE SOME SAY SO ON ISSUES THAT CONCERN ME AND THIS CASE. ID REQUEST THAT THIS COURT HEAR ME OUT ON THIS AND LET ME SPEAK ON MY OWN BEHALF.

ID ALSO REQUEST THAT THIS COURT RECONSIDER ITS RULING THAT SEVERAL OF THE SO CALLED WITNESSES NOT TESTIFY LIVE BUT RATHER THEIR DECLAR-ATION BE ACCEPTED. ID LIKE FOR MONICA WOLOWINSKI AND NATHAN FULKS ANDCHRISTINA KIRKMAN TO TESTIFY LIVE AND THAT ID BE ALLOWED TO ASK THEM QUESTIONS CONCERNING THEIR CLAIMS. I DO NOT NEED ANY COUNCEL WHOM THIS COURT HAS APPOINTED TO DO THIS FOR ME BECAUSE THE ATTEMPS THAT IVE MADE OVER THE LAST 15 MONTHS TO RESOULVE THIS ISSUE HAS WENT UNHEARD AND IGNORED.
ONCE AGAIN I BEGG THIS COURT TO RECONSIDER THE ABOVE ISSUES AND HEAR ME OUT ON THESE VERY SERIOUSE ISSUES,

                              ALWAYS IN HONOR

                              CHADRICK E FULKS
                                 T. S. F. L.

THIS IS TO CERTIFIE THAT THIS MOTION TO RECONSIDER WAS SENT OUT IN THE U.S. MAIL FROM TERRE HAUTE INDIANA ON AUGUST 20th 2009 TO THE FOLLOWING PEOPLE.

CHEIF JUDGE JOSEPH F ANDERSON

WILLIAM W WILKINS U.S. ATTORNEY

BEATTIE ASHMORE