CHADRICK EVAN FULKS

_____Name_____

16617-074

_____Reg. No._____

☐ *Federal Prison Camp*
   *P.O. Box 12014*
   *Terre Haute, IN 47801*

☐ *Federal Correctional Institution*
   *P.O. Box 33*
   *Terre Haute, IN 47808*

☐ *U.S. Penitentiary*
   *P.O. Box 12015*
   *Terre Haute, IN 47808*

LEGAL MAIL
28 C.F.R.540.18-19




INMATE
IDENTIFICATION
CONFIRMED

PM
21 AUG

UNITED STATES DISTRICT COURT
JUDGE JOSEPH F ANDERSON
901 RICHLAND STREET
COLUMBIA,SOUTH CAROLINA,29201

INMATE
IDENTIFICATION
CONFIRMED

ITEM X RAYED BY
USMS

292013232& C006