| | | |
|---|---|---|
| United States of America | ) | Cr. No. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| Chadrick E. Fulks | ) | |
| | ) | |

**Order Directing Counsel for Petitioner and Government to File a Response to Petitioner's Pro Se Motion to Reconsider**

This matter came before the court for a hearing on August 11, 2009, to determine which of the proposed witnesses are necessary to be heard by way of oral testimony at the hearing on Petitioner's Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255 and Fed. R. Crim. P. 33 ("2255 Motion") filed June 23, 2008. After hearing from counsel, the court announced its ruling on the record and issued an order on August 21, 2009 memorializing its rulings. In the order, the court directed that Petitioner appear via video conference. By pro se motion, Petitioner asked the court to revisit its rulings on the following matters:

1)    to allow Petitioner to appear in person rather than via satellite;

2)    to allow Petitioner to "speak freely and share with this court several issues that [he has] with this appeal filed on [his] behalf 'without [his] permission" and to allow him to "speak on [his] own behalf;"

3)    to allow Monica Wolowinski, Nathan Fulks, and Christina Kirkman to testify live, rather that by declarations, and to permit Petitioner himself "ask them questions concerning their claims;" and

4)    that he does not "need any counsel whom this court has appointed to do this for [him] because the attempts that [he has] made over the 15 months to resolve this issue has gone unheard and ignored."

In light of the Petitioner's pro se filing, the court directs his counsel file a response by noon on August 31, 2009, explaining counsel's position with respect to the issues outlined above. Should the government wish to file a response to Petitioner's pro se motion, it should do so by noon on August 31, 2009.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

August 25, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge