IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF SOUTH CAROLINA
FLORENCE DIVISION

CHADRICK EVAN FULKS

V

UNITED STATES OF AMERICA                          CASE # 4;02-992-jfa

RESPONCE TO BEATTIE ASHMORE
AND KIRSTEN SMALLS RESPONCE FOR
MY PRO SE MOTION TO RECONSIDERATION.

SEPTEMBER 3rd2009

WITH ALL DUE RESPECT I COME TO THIS COURT AND SET FORTH THE FOLLOWING.

1. ALTHOUGH COUNSEL IS CORRECT THAT THEY have KEPT ME "IN THE LOOP" TO
CONCERNING THIS 2255 APPEAL THEY HAVE ALSO WENT OUT OF THEIR WAY TO BOTH
IGNORE AND DO AWAY WITH THE ISSUSE THAT IVE RAISED AND EVEN KNOW IT IS
MY LIFE AND MY APPEAL MY VOICE AND MY CONCERNS HAVE WENT UNHEARD AND
IGNORED AND THE ONLY WAY THAT I CAN PROVE THIS IS TO ASK THIS COURT TO
ORDER COUNSEL TO GIVE OVER TO ME A TRUE AND CORRECT MIRROR COPIE OF ALL
CORRESPONDECE WITH THEM WHICH INCLUDES COUNSEL BILL WATKINS WHO WAS APP_
OINTED BY THIS COURT TO REPRESENT ME BUT WHO OUIT MY CASE TO BECOME AN
ASSISTANT UNITED STAES ATTORNEY. THROUGH THESE LETTERS I CAN SHOW THIS
COURT THAT I HAVE FOR THE PAST 15 MONTH ADDRESSED THE ISSUES OF BOTH THE
LIES OF SEXUAL ABNUSE AND ALSO THE WRONDFUL REPRESENTATION OF THE COUSEL
IN THIS CASE APPOINTED BY THIS COURT.

THE REASON FOR THE WEEKLY CALLS HAVE BEEN THAT THESE ISSUSE HAVE WENT BOTH
UNHEARD AND UNRESPONDED TO. AS FAR AS APPOINTED COUNSEL GOES IN THIS CASE
I BELIVE THAT THEY HAVE DONE NOTHING MORE THAN UNDERMINE ME AND BLOW ME OFF
ON ISSUSES THAT THIS COURT SHOLDVE HEARD RATHER THAN THE LIES ANDUNBELIVABLE
ISSUES THAT WERE RAISED.

THIS PRO SE MOTION THAT I FILED ON ON AUGUST 10th2009 SHOULDNT COME AS AN
SURPRISE TO COUNSEL AT ALL SENCE IVE RAISED EACH AND EVERY ISSUE THAT IVE
HAD SENCE THEY WERE APPOINTED BY THIS COURT IN 2008.

THE REASON THAT I REFUSE TO SPEAK WITH COUNSEL AS STATED IN COUNSELS MOTION
TO RESPOND IS BECAUSE IT WOULD DO ME NO GOOD AND ONLY FRUSTRATE THE MATTER
EVEN MORE BECAUSE NOTHING IVE SAID FOR 15 MONTHS HAS BEEN HEARD OR INVESTI-
GATED SO WHY WOULD ANYTHING I SAY NOW MAKE A DIFFERANCE NOW?

COUNSEL STATES THAT I WAS SATISFIED WITH THE REPLY BREIF AND THE ARGUMENTS
THAT COUNSEL PLANNED TO MAKE "BUT" WHAT COUNSEL DOES NOT TELL THICOURT IS
THAT THEY TOLD ME THAT I HAD NO CHOICE AND NO SAY SO AS THE DEFENDANT IN THIS
CASE AND THAT WHAT THEY SAID AND FILED WAS THE BOTTOM LINE AND WAS ALL TO
BE SAID. IF THIS COURT WILL ORDER ALL CORRESPONDENCE BETWEEN ME AND THESE SO
CALLEE ATORENEYS TO BE TURNED OVER TO ME I CAN SHOW THIS COPURT AND PROVE
WHAT I AM CLAIMING. BUT TO MAKE CLEAR I HAVE NEVER BEEN SATISFIED WITH"ANY"
WORK THAT THESE ATTORNEYS HAVE DONE AND THAT IS THE RESULT OF THEM NOT HAVING
"ANY" DEATH PENALTY EXPERIANCE."

1.

3. COUNSEL SUBMITTS THAT I AM RECULTANTTO HAVE CERTAIN ISSUES AIRED PUBLICLY BUT I SUBMITT THAT THIS IS IN NI WAY TRUEN AND THIS IS WHY I HAVE ASKED THIS COURT TO RECONSIDER IT RULING THAT I NOT BE PRESENT AT MY OWN HEARING BECAUSE AS THESE SO CALLES ATTORNEYS CLAIM I DO WISH THAT THE TRUTH BE HEARD AND NOT HID UNDER A SMOKE SCREEN LIKE THEY WISH AND ILL CLEAR THIS UP FPR THE COURT ONCE IM ABLE TO SPEAK ON MY OWN BVEHALF.

AS COUNSEL CLAIMS THAT AT A EVIDENTIARY HEARING THAT I HAVE NO RIGHT TO TESTIF IS UNBELIVABLE AND I CAN ONLY HOPE THAT THE GOVERMENT SEES THROUG THIS AND RESPONDS ACCORDINLY. IVE MADE CLEAR THROUGH CORRESPOMDECE WITH COUNSEL THAT IF THESES ISSUES WERE MOT CLEARED UP BETWEEN US THAT THIS IS THE ROUTE THAT ID HA TO TAKE AND THAT BEING KNOWN THEY SHOULDVE WORKED WITH ME AND SOLVED THESE ISSUSES.

4. I DONOT WAVE ANY RIGHTS IN THIS CASE I JUST WANT TO BE HEARD AND I WANT MY OWN WORDS AS THE DEFENDANT IN THIS CASE TO BE PLACE ON RECORD "CLEARLY" AND EVEN KNOW WHAT COUNSEL SAYS ABOUT ME DROPPING MY AOPEAL TWICE THEN PICKING IT BACK UP IS TRUE IT WAS ONLY BECAUSE OF PROMISES MADE BY THESE ATTORNEYSAND THEN NOT KEPT AND THATS THE ONLY REASON IVE BEEN IN LIMBO OVER THIS DECISION. CERTAIN PARTS OF THIS this 2255 WAS CLEARLY FILED WITHOUT MY CONSENT AND EVEN BEYOUND THAT IT WAS FILED AFTER MY SAY SO NOY TO FILE. THESE ISSUS CANNOT BE CLEARED UP AS COUNSEL SAYS BY WAITING ME OUT AND LETTING THE EMOTION OF THE MOMENT PASS. WHAT IN THE WORLD KIND OF RIGHT WOULD A DEFENDANT HAVE IF HE CANNOT EVEN SPEAK ON HIS OWN BEHALF AND CALL A SPADE A SPADE?

TAKE THESE WORDS CLEAERLY AND MAKE PART OF THE RECORD, "I DONOT WISH THAT BEATTIE ASHMORE NOR KIRSTEN SMALL FILE OR SPEAK FOR ME IN ANY FURTHER PROCEE-DINDS AND THAT ONCE THIS COURT DENIES MY 2255 WHICH IM SURE THEY WILL CONSIDER ING THE UNEXPERIANCED DEATH PENALTY WORK DONE BY THESE ATTORNEYS, THAT THEY BE REMOVED FROM THE CASE: BOTH OF THESES ATTORNEYS HAVE A CONFLICT OF INTERSES THAT ILL MAKE CLEAR WITH THIS COURT AS SOON AS A HEARING ON MY PRO SE MOTION IS EITHER GRANTED OR DENIED, EITHER WAY I WISH TO BE HEARD And ASK THIS COURT TO HEAR ME OUT IN ANY FASHION THAT THEY WISH.

AN CONFLIT OF INTERIST CONSERNING THESE SO CALLED ATTORNEYS NEEDS TO BE CLEARL PLACED ON RECORD FOR FURTHER PROCEEDINGS WITH THE FOURTH CIRCURT COURT OF APPE ALS IN ORDER TO PRTECT MY RIGHTS AS THE DEFENDANT IN THJS CASE.

I CAN ONLY ASK THAT THIS COURT HOLD A HEARING AS SOON AS POSSIBLE ADDRESING THESE ISSUES AND IF ITS BY VIDEO CONFRENCE THEN IT IS WHAT IT IS! THE TRUTH WILL BE REVILED ONE WAY OR THE OTHER WEATHER THEZSE SO CALLED ATTORNEYS WHO SUPPORT THE DEATH PENALTY LIKE IT OR NOT. IF THIS COURT HAS ANY PROBLEMS WITH ME REPRESENTING MYSELF THEM ID REQUEST THA ATTORNEY MARGERETT ODONNELL FRON FRANKFORT KENTUCKY REPRESENT ME AT ANY HEAR-ING THIS COURT MAY GRANT BUT IF THER IS NO PROBLEM OR CONCERN THEN ID ASK TO BE ABLE TO SPEAK ON MY OWN BEHALF.

PLEASE FORWARD ANY ORDER, MOTION OR RESPONCE SET FORTH BY THIS COURT TO ME AT USP TERRE HAYTE, IN INDIANA. ONCE AGAIN I ASK THAT THESE ATTORNEYS BE REMOVED FROM THIS CASE AND NEW ATTORNEYS BE APPOINTED AND THAT ID BE ABLE TO BE PRESENT AND SPEAK ON MY OWN BEHALF AT THE EVIDTUARY HEARING.

ALWAYS IN HONOR

CHADRICK EVAN FULKS

T, S, F, C,

THIS IS TO CERTIFY THAT THE FOLLOWING MOTION WAS SENT TO THE FOLLOWIN
PEOPLE ON SEPTEMBER 3rd2009 THROUGH THE UNITED STATES POSTAL SERVICE IN TERRE
HAUTE INDIANA.


BEATTIE ASHMORE ATTORNEY
JUDGE JOSEPH F ANDERSON
U.S.ATTORNEY  W. WALTER WILKINS

CHADRICK EVAN FULKS

Name

15617-074

Reg. No.

☐ *Federal Prison Camp*
*P.O. Box 12014*
*Terre Haute, IN 47801*

☒xx *Federal Correctional Institution*
*P.O. Box 33*
*Terre Haute, IN 47808*

☐ *U.S. Penitentiary*
*P.O. Box 12015*
*Terre Haute, IN 47801*

SPECIAL MAIL
LEGAL MAIL
28 C.F.R 540.18-19

INMATE
IDENTIFICATION
CONFIRMED

TERRE HAUTE IN 479

RECEIVED
USDC CLERK, COLUMBIA, SC

04 SEP 2009 PM 1 L

2009 SEP -8 P 12: 03

UNITED DISTRICT COURT
JUDGE JOSEPH F ANDERSON
901 RICHLAND STREET
COLUMBIA, SC 29201

INMATE
IDENTIFICATION
CONFIRMED