**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| United States of America, | Case No.  4:02-992-JFA |
| Respondent, | |
| vs. | **NOTICE OF APPEAL** |
| Chadrick E. Fulks, | |
| Petitioner. | |

Notice is hereby given that Chadrick E. Fulks, Petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered on August 21, 2009 directing production of trial counsel's files, and the Order of September 11, 2009, denying Mr. Fulks's motion for reconsideration of the August 21, 2009 Order.

/s/ Kirsten E. Small
Kirsten E. Small  (Fed ID No. 10005)
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
PHONE:  864.370.2211
KSmall@nexsenpruet.com

Beattie B. Ashmore  (Fed ID No. 5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
PHONE: 864.467.1001
Beattie@beattieashmore.com

Attorneys for Petitioner

September 15, 2009
Greenville, South Carolina