IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR. NO. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| Chadrick E. Fulks | ) | |
| | ) | |
| | ) | |

**Order Denying Petitioner's Motion to Stay**

The court denies the Petitioner's Motion for Stay of Proceedings filed September 15,

2009 [dkt. #1238].

IT IS SO ORDERED.

September 15, 2009                     Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge

1