# T R A N S M I T T A L   S H E E T
(Notice of Appellate Action)

| | UNITED STATES DISTRICT COURT<br>for the<br>DISTRICT OF SOUTH CAROLINA<br>at Florence<br><br>Caption:<br>USA, plaintiff,<br>vs.<br>Chadrick E. Fulks, defendant. | District Court No.:<br><br>___4:02-992_____4CCA<br><br>No.: _____Consolidated with No.:<br><br><br>Case Mgr.: |
|---|---|---|
| _____ Notice of Filing<br>_____ Cross Appeal<br>__X__ Interlocutory Appeal<br>_____ Additional NOA<br>_____ Amended NOA<br>_____ Transmittal of Record<br>_____ Transmittal of Cert.<br>_____ Supplement to ROA<br>_____ Supplemental Cert.<br>_____ Other _____<br>_____ | | |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed:<br>9/15/09 | 4. Fees:  _____ USA (fee not required)<br><br>$5 filing fee:  _____ paid  _____ unpaid<br><br>$450 docket fee:  _____ paid  __X__ unpaid |
|---|---|
| 2. Amended NOA filed: | Pauper Status: _____ granted  _____ denied  _____ pending in dist. ct.<br><br>Does PLRA Apply? _____ Yes  _____ No    3-Strikes? _____ Yes  _____ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Joseph F. Anderson, Jr. | 5.    Materials under Seal in District Court:    Yes _____  No _____<br><br>Party Names Under Seal in District Court:   Yes _____  No _____ |
| 6. Court Reporter(s) (list all):<br> D. Jernigan, G. Smith, ESR, D.Mayo<br>Contract Court Reporter:<br><br>Coordinator: *Janet Woodward, 803-253-3198* | 7.  Criminal/Prisoner Cases<br><br>_____ recalcitrant witness    Defendant's Address:<br>_____ on death row<br>_____ in custody<br>_____ on bond<br>_____ on probation |

**Part II**     TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
_____ ORIGINAL RECORD      _____ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM:<br><br>_____ PRO SE: Automatically transmit assembled electronic record to 4CCA in pro se cases.  Does electronic record include all filings?<br>_____ YES    _____ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br><br>_____<br>__X__ COUNSELED: Available for transmittal<br>In-court hearing(s) held? __X__ YES  _____ NO<br>All transcript on file?  _____ YES  __X__ NO<br>4CCA will request transmittal of record when needed in counseled cases. | USE FOR RECORDS IN PAPER FORM:<br><br>_____ PRO SE: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed):<br>_____<br>_____<br>_____<br>_____<br>_____ COUNSELED: Available for transmittal<br>In-court hearing(s) held? _____ YES  _____ NO<br>All transcript on file?  _____ YES  _____ NO<br>4CCA will request transmittal of record when needed in counseled cases. |
|---|---|

Deputy Clerk  __Mary Floyd__         Phone: __803-765-5353__         Date: __September 15, 2009__