UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02CR992 |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | |
| | MOTION FOR APPOINTMENT OF COUNSEL |
| BRANDON LEON BASHAM, | |
| Defendant. | |

Brandon Leon Basham, an indigent federal prisoner under sentence of death imposed by this Court, respectfully moves pursuant to 18 U.S.C. § 3599(a)(2), to appoint counsel to represent him in pursuing any and all available post-conviction remedies, including the investigation, preparation, and prosecution of a motion for post-conviction relief pursuant to 28 U.S.C. § 2255.[1]  Specifically, Basham requests that the Court appoint Jon M. Sands, Federal Public Defender for the District of Arizona and Julia Grace Mimms, an attorney in private practice in Charlotte, North Carolina, who is a member in good standing of the South Carolina State Bar, the United States District Court for the District of South Carolina, and the United States Court of Appeals for the Fourth Circuit.

---

[1]This motion is being presented on Basham's behalf by undersigned counsel Julia Mimms. On August 27, 2009, Leticia Marquez and Dale A. Baich, supervisors in the Capital Habeas Unit in the Office of the Federal Public Defender for the District of Arizona met with Petitioner. At that meeting Mr. Basham agreed to pursue collateral relief and to have counsel represent him. Ms. Mimms has agreed to serve as co-counsel with the Federal Public Defender.

The Office of the Federal Public Defender and its Capital Habeas Unit has knowledge of substantive criminal and habeas corpus law, as well as experience in investigating, preparing and litigating capital post-conviction cases. Julia Mimms has experience litigating criminal matters in the District of South Carolina. Their combined legal talent and resources make them an appropriate choice to represent Basham under the standards set forth in § 3599 for counsel in capital § 2255 proceedings.

Accordingly, and for the reasons outlined in the attached memorandum of support, this Court should grant the Motion for Appointment of Counsel.

Respectfully submitted this 15th day of September, 2009.

s/ Julia Grace Mimms
Julia Grace Mimms, Esquire
Attorney for Defendant
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone
(704) 333-1290 Facsimile
jgmassistant@bellsouth.net

## Certificate of Service

I hereby certify that on September 15, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

This 15th day of September, 2009.

s/ Julia Grace Mimms
Julia Grace Mimms, Esquire
Attorney for Defendant
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone
(704) 333-1290 Facsimile
jgmassistant@bellsouth.net