UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 09-9
(4:02-cr-00992-JFA)

———————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS,

Defendant - Appellant

———————————————

O R D E R

———————————————

The Court appoints Beattie B. Ashmore as lead counsel and Kirsten E. Small as co-counsel for the appellant pursuant to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective 09/15/2009.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk