UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA          CR. No.  4:02-992-JFA

v.                                ORDER

BRANDON LEON BASHAM

_____

Upon consideration of the unopposed Motion for the Appointment of Counsel for Defendant Brandon Leon Basham, the Court finds that Motion should be, and the same is hereby, GRANTED.  It is therefore the ORDER and findings of the Court:

1.    The petitioner, Brandon Basham, was convicted in this court and his conviction and death sentence were upheld by the United States Court of Appeals for the Fourth Circuit.  Currently, there is a petition for a Writ of Certiorari pending before the United States Supreme Court.  If the Supreme Court denies the petition, it will be necessary to appoint competent counsel to represent the defendant in a proceeding under 28 U.S.C. § 2255.  In order to allow ample time for counsel to prepare and file such an action, the court desires to provisionally appoint counsel at this time so that if the Writ is denied by the Supreme Court, there will be no delay in the commencement of the § 2255 action.

2.    The Court finds that the Office of the Federal Public Defender for the District of Arizona possesses the expertise and qualifications to represent Mr. Basham, and accordingly, the Court appoints Arizona Public Defender Jon M. Sands as § 2255 counsel for the defendant.

3.    Mr. Sands is authorized to designate two attorneys from his office who are also qualified to represent Mr. Basham.  If and when this order takes effect, these additional attorneys may seek admission *pro hac vice* and enter an appearance.

4.    This appointment is made based upon Mr. Sands's representation that the Federal Public Defender will not bill the Court for any fees or expenses related to its representation.

5.    The Court further finds that Julia Mimms, an attorney who is a member of the Bar of this Court, possesses the qualifications to represent Mr. Basham in these proceedings as local counsel.  Ms. Mimms shall submit vouchers for payment consistent with the CJA Plan.

6.    The Court finds that Mr. Basham is indigent, and accordingly, he may proceed in this action *in forma pauperis*.

7.    As required by statute, the court has consulted with Parks Small, Federal Public Defender for South Carolina, who has concurred in these appointments.

8.    The appointment called for herein shall take effect if and when the petition for a Writ of Certiorari is denied in the Supreme Court.  If the Writ is granted, this order shall be void and of no effect.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

September 17, 2009                    Joseph F. Anderson, Jr.
Columbia, South Carolina          United States District Judge