IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION


CHADRICK EVAN FULKS
        PETITIONER

                V                                    CASE # 4:02-992

UNITED STATES OF AMERICA


### MOTION FOR ATTORNEY BEATTIE ASHMORE
### AND KIRSTEN SMALL TO TURN OVER TO ME
### A MIRROR COPIE OF MY COMPLETE CASE FILE.

ON AUGUST 21,2009 THIS COURT GRANTED THE GOVERMENTS MOTION THAT MY
COMPLETE CASE FILE BE TURNED OVER TO THE U.S. ATTORNEYS OFFICE FOR
THEIR REVIEW.
THROUGHOUT THE PAST 15 MONTHS I HAVE REQUESTED OVER AND OVER FOR AN
MIRROR COPIE OF MY OWN CASE FILE SO THAT ID KNOW WHAT WAS IN IT AND
SO THAT I COULD ALSO MAKE SURE NOTHING WAS BEING MISSED THAT COULD
POSSIBLY HELP ME IN MY APPEALS BUT MY REQUEST WAS DENIED BY BEATTIE
ASHMORE AND LEGAL TEAM ANDNOW WITH THE COURTS LATEST RULING THE U.S
GOVERMENT CAN HAVE ACCESS TO THESE FILES WHEN MYSELF THE DEFENDANT
IN THIS CASE WHOSE LIFE IS ON THE LINE DOESNT EVEN KNOW WHAT IS IN
THESE FILES AND THEREFOR I CANT EVEN KNOW WEATHER TO WAVE SUCH ISSUES
IN ORDER PROTECT MYSELF AND MY LIFE.

I REQUEST THAT THIS COURT ORDER COUNSEL BEATTIE ASHMORE TO TURN OVER
A COMPLETE MIRROR COPIE OF THESE FILES TO ME SO THAT I CAN DETERMNE
WHAT I NEED TO DO AND HOW TO PROCEED.
AS THE DEFENDANT IN THIS DEATH PENALTY CASE I BELIVE THAT I HAVE JUST
AS MUCH RIGHT TO THESE FILES AS THE GOVERMENT OR ANY ONE ELSE AND AS
A MATTER OF FACT I SHOULD HAVE MORE OF A RIGHT TO THEM THAN ANYONE!

I FURTHER REQUEST THAT IF BEATTIE ASHMORE OR THE U.S. ATTORNEYS OFFICE
WHICH ARE REALLY ONE IN THE SAME, DISAGREES WITH ME ON THIS REQUEST
THAT THIS COURT WOULD HOLD A HEARING ON THE MATTER SO THAT A CLEAR AND
TRUE RECORD CAN BE MADE  FOR FURTHER PROCEEDINGS WITH THE FOURTH CIRCUT
OF APPEALS..


                                        _Chadrick Evan Fulks_ T.S.F.C.
                                        CHADRICK EVAN FULKS

A TRUE A CORRECT COPIE OF THIS MOTION TO PRODUCE A MIRROR COPIE OF MY CASE
FILE WAS MAILED OUT THROUGH THE U,S. POSTAL SERVICE FROM TERRE HAUTE INDIANA
ON SEPTEMBER8th2009 TO THE FOLLOWING.

JUDGE JOSEPH F ANDERSON

BEATTIE ASHMORE ATTORNEY

W.WILKINS U.S. ATTORNEYS OFFICE