CHADRICK EVAN FULKS
16617-074
USP
P.O.BOX 33
TERRE HAUTE,IN 47808

TERRE HAUTE IN 478

09 SEP 2009 PM 1 T

LEGAL MAIL
28 C.F.R. 540.18-19

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES DISTRICT COURT
JUDGE JOSEPH F ANDERSON
901 RICHLAND STREET
COLUMBIA,SC 29201

2U 9-14-09

292015232

U.S. Penitentiary
Terre Haute, IN 47808
Date_____

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened nor inspected. If the writer raises a ques-
tion or problem over which this facility has jurisdiction,
you may wish to return the material for further informa-
tion or clarification. If the writer encloses correspondence
for forwarding to another address, please return the
enclosure to the above address.

SEP 09 2003