IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR. NO. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| Chadrick E. Fulks | ) | |
| | ) | |
| | ) | |

ORDER CANCELLING HEARING FOR ARGUMENT ON PETITIONER'S
28 U.S.C. § 2255 MOTION

By way of email dated September 22, 2009, counsel for the government has informed the court on the current status of this case. Petitioner has filed a notice of appeal in the Fourth Circuit appealing the court's ruling on the waiver of the attorney-client privilege and the denial of his motion to reconsider. Petitioner has filed a motion to stay in the Fourth Circuit seeking a stay of the appeal and to hold the district court proceedings in abeyance. The United States filed a response in opposition to the motion to stay. Petitioner's counsel has represented that if the Fourth Circuit denies the motion to stay, Petitioner will file a motion to stay with the Supreme Court.

As a result of these developments, it appears Petitioner has not allowed the government to examine the files of trial/appellate counsel as this court previously ordered. The government is concerned that it will not be permitted to examine any of these documents before the § 2255 hearing scheduled for October 5, 2009. In the meantime, the government informs the court that it intends to interview Petitioner's former counsel John Blume, Sheri Johnson and Bill Nettles without the benefit of

reviewing any of trial counsel's documents. Petitioner has agreed that the government will have an opportunity to interview trial counsel again after it has had the opportunity to review counsel's files.

In light of the pending appeal, the court cancels the hearing on the § 2255 Motion until further notice.

The court has received also Petitioner's pro se motion asking that his counsel turn over a copy of the case file to him. Petitioner requests a hearing on this matter "so that a clear and true record can be made for further proceedings" with the Fourth Circuit Court of Appeals. The court grants Petitioner's request for a hearing, to be held on October 5, 2009 at 2:30 pm. Petitioner is to appear via satellite.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

September 24, 2009  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge