FILED: September 28, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-9
(4:02-cr-00992-JFA)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

CHADRICK EVAN FULKS,

        Defendant - Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion for stay pending appeal and the motion to place this case in abeyance, the Court denies the motion.

Entered at the direction of Judge King with the concurrence of Judge Wilkinson and Judge Michael.

        For the Court

        /s/ Patricia S. Connor, Clerk