IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

United States of America ) CR. NO. 4:02-992-JFA
)
v. )
)
Chadrick E. Fulks )
)
_____ )

## ORDER ON PETITIONER'S MOTION FOR COPY OF FILE

This matter came before the court on Petitioner's pro se motion asking that his counsel turn over a copy of the case file to him. The court held a hearing on October 5, 2009, at which Petitioner appeared via satellite. With the consent of counsel for the government, the court granted petitioner's motion to conduct the hearing ex parte. After hearing from Petitioner and his counsel, the court directed that Petitioner be provided a copy of the discs of already-scanned documents for his review at a reading room in the penitentiary at Terra Haute. Petitioner is not permitted to take notes during his review of the materials on the discs. The court finds it is not necessary to scan the remaining documents at this time.

Counsel informed the court that Petitioner has filed a motion to stay with the United States Supreme Court with respect to this court's ruling on the waiver of attorney-client privilege. In the event the Supreme Court agrees with this court, Petitioner's counsel will make available for the government's review the original case file, flag the documents it wishes to have copies of, and Petitioner's counsel will make the copies and

scan the documents.  The scanned documents will also be provided to Petitioner on a disc for his information.

At the hearing, Petitioner informed the court that he abandons Claim I(H) relating to being allegedly sexually abused.  The court reiterated its directive to Petitioner to not file any more pro se motions with the court.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

October 6, 2009                          Joseph F. Anderson, Jr.
Columbia, South Carolina            United States District Judge