**OFFICER'S REPORT**           July 24, 2009           PETER J. CESTARE

ATTENTION:     Captain Saundra Rhodes, CID

REFERENCE:     HCPD Case # 02-089910 Alice Donovan Investigation


The purpose of this report is to inform you that on this date, I have received written report confirmation from The Center for Human Identification, Fort Worth, Texas, that they have made a DNA match of the samples from both Angie Warner-Gilchrist, and Jennifer Warner (Alice Donovan's daughters) to the bones that were recovered off Watertower Road earlier this year.

Notifications have been made to the Donovan family, HC Coroner Robert Edge, Conway PD and FBI Agent Jeff Long. An amended death certificate will be requested from HC Coroners Office to be sent to The Center for Human Identification to remove this case from the CODIS database. The remains of Alice Donovan have been received back into our custody and will be transferred next week to the HC Coroner's Office for release.

The family of Alice Donovan wishes to thank HCPD for our efforts in bringing closure of this incident for the Donovan family.

If you have any questions please feel free to contact me.

Peter J. Cestare
Supervisor, Specialist
Crime Scene Investigations Unit

*Exhibit 1*

**ATTENTION:**          Captain Saundra Rhodes, CID

**REFERENCE:**          **Call-Out ref- case # 02-089910 Alice Donovan Investigation REVISED 01/28/09 (see below).**

The purpose of this report is to inform you that on this date, I responded to the area of Water Tower Road and Long Bay Road in reference to found bones in a wooded area approximately 75 yards from the roadway.

At the time of arrival, members of Conway PD, the FBI, the Donovan Family, and members of an urban search team "Community United Effort" were on scene with cadaver dogs and had been searching the woods when they made this discovery of bones. This is the same area where portions of a human skull were found last weekend by the same groups. During their search today, they found what appear to be a section of bone from a human arm, and 3 other smaller sections of bone. I collected these items as evidence and they will be transported along with the skull bones, to USC in Columbia during the upcoming week for possible extraction of DNA. I have been in contact with USC in reference to this request and they are willing to attempt to extract mitochondrial DNA from the bones for comparison to known DNA from Alice Donovan.

The urban search team will be back in this wooded area in the upcoming days to complete their grid search of this area. I was informed by members of Conway PD that these groups have been searching this area after one of the suspects in this case recently provided information and a map indicating this as the site where they left Alice Donovan.

**January 27, 2009;**

I conferred with Dr. Ely, USC Columbia, in reference to conducting the mitochondrial DNA extraction on the bones previously found. I forwarded pictures of the bones that have been recovered to date. Dr. Ely feels the best chance will be from the section of upper arm bone. At the request of Dr. Ely, I met with both of Ms. Donovan's daughters and obtained bucal swabs from them for DNA comparison to the bones. Conway PD provided DNA evidence for Alice Donovan. These items will be transported to USC Columbia on Wednesday January 28th, 2008.

During the afternoon hours of 1/27/08, at the request of the FBI, I responded back to the investigative location on Long Bay Road in the Longs Community to excavate additional found bones. The FBI and Community United Effort search teams using cadaver search dogs hit on several locations in the immediate area surrounding where the previous bones were found. I conducted checks of each site and excavated what appear to be two bones from a human forearm. These bones will also be transported to USC for further investigative efforts.

The FBI and Community United Effort search teams will continue to work the investigative area in the upcoming days. Numerous news media stations and area newspapers have been at the investigative site throughout the day and will probably continue to campout there during the search efforts.

**January 28, 2009 Updated with additional information;**

I delivered the evidence consisting of DNA from Alice Donovan, swabs and blood from both daughters, and the recovered bones to USC Columbia, to Dr. Bert Ely. It is anticipated by Dr. Ely that the testing will take approximately 3-4 weeks to complete assuming they are able to extract DNA from the bones. I expressed the interest of this department and the Donovan family in obtaining results as expeditiously as possible. Dr. Ely assured me that his staff would do their best to get results in a timely manner.

I conferred with Agent Jeff Long, FBI, Quantico, concerning their turn-around time for this type of testing. I was informed that the FBI would take a considerable longer time due to their backlog and the time needed for preparations of this evidence. The FBI was pleased with Dr. Ely's ability to conduct this testing in the time specified, and they concur on USC completing the testing. Based on this information, I am confident that the timeline given by USC is in the best interest of this department.

If you have any questions please feel free to contact me. I will keep you apprised of any developments in this investigation as they arise.

Peter J. Cestare
Supervisor, Specialist
Crime Scene Investigations Unit

## PRESIDENT'S

# DNA

## INITIATIVE

*Advancing Justice Through DNA Technology*

# Unidentified Human Remains Submission Form

### Submitting Agency Information

Submitting Agency: Horry County Police Department, SC

Address: 2530 N. Main St

Conway, SC 29526

Attention: Peter Cestare

Contact Name: Specialist Peter J. Cestare    Phone No.: 843-915-7989    Fax No.: 843-915-6358

E-mail Address: cestarep@horrycounty.org

Agency Case No.: 02-089910

ME/Coroner No.: _____ (if different from above)

NCIC No.: M412856548

CODIS Spec ID No.: _____

Submitting agency's shipping account (for return shipment of remains unless other arrangements have been made)

Shipping Company: FedEx

Account Number: 1143-5301-9

### Evidence Submitted

| LAB NO. | ITEM NO. | QUANTITY | DESCRIPTION |
|---|---|---|---|
| | 1 to 5 | 14 | Bones |
| | 6 | 1 | Oral swab from Angie Gilchrist, victims daughter |
| | 7 | 1 | Oral swab from Jennifer Warner, victims daughter |
| | 8 | 1 | Blood sample from Jennifer Warner, victims daughter |
| | 9 | 1 | Blood sample from Angie Gilchrist, victims daughter |
| | 10 | 1 | White and green toothbrush belonging to victim |
| | 11 | 1 | CD of photos recovery of bones |

### Chain of Custody (Required)

Released by: _____    Specialist Peter Cestare    April 8, 2009

Signature    |    Printed Name    |    Date & Time Released

Released to: _____ FEDEX    8577-4989-8675

Courier    |    Tracking Number

Received by: _____

Signature    |    Printed Name    |    Date & Time Received

Lab Case No:

Sections of bone found at (by evidence number)

1a-

1-    N 33 50.616'

    W 78 44.625'

2-    N 33 50.621'

    W 78 44.627'

3-    N 33 50.620'

    W 78 44.627'

4-    N 33 50.594'

    W 78 44.574'

5-    N 33 50.615'

    W 78 44.625'

Cell phones for daughters
Jennifer Warner 843-246-4953
Angie Gilchrist 843-246-2542

# HORRY COUNTY POLICE DEPARTMENT
## EVIDENCE RECORD

INCIDENT TYPE: _Death Investigation_ CASE #: _02-089910_

VICTIM (S): _Unknown, possibly remains of Donovan, Alice_
LAST NAME, FIRST NAME

SUSPECT(S): _Fulks / Basham_
LAST NAME, FIRST NAME

LOCATION ITEM (S) RECOVERED FROM: _Wooded area off of Water Tower Road Longs SC_

DATE AND TIME RECOVERED: _1/18/09_ OFFICER: _Caulder, John R # 430_
LAST NAME, FIRST NAME & BADGE #

| ITEM # | DESCRIPTION |
|---|---|
| 1A | Seven pieces of bone, appears to be human skull |
| | END |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**CHAIN OF CUSTODY:**

ITEM # 1 DATE: 1/18/09 TIME:
RELINQUISHED BY: Caulder, John R # 430
PRINT: LAST NAME, FIRST NAME SIGNATURE
RECEIVED BY: Evidence
PRINT: LAST NAME, FIRST NAME SIGNATURE
PURPOSE OF CHANGE: Hold for transport to lab in Columbia, possible identification

ITEM # DATE: TIME:
RELINQUISHED BY:
PRINT: LAST NAME, FIRST NAME SIGNATURE
RECEIVED BY:
PRINT: LAST NAME, FIRST NAME SIGNATURE
PURPOSE OF CHANGE:

ITEM # DATE: TIME:
RELINQUISHED BY:
PRINT: LAST NAME, FIRST NAME SIGNATURE
RECEIVED BY:
PRINT: LAST NAME, FIRST NAME SIGNATURE
PURPOSE OF CHANGE:

WHITE – Records    YELLOW – Property & Evidence    BLUE – Investigation    PINK – Customer / Receipt

# HORRY COUNTY POLICE DEPARTMENT
## EVIDENCE RECORD

INCIDENT TYPE: Death Investigation     CASE #: 02-089910

VICTIM (S): Unknown, possibly remains of Donovan, Alice
LAST NAME, FIRST NAME

SUSPECT(S): Fulks / Basham
LAST NAME, FIRST NAME

LOCATION ITEM (S) RECOVERED FROM: Wooded area off of Water Tower Road Longs SC

DATE AND TIME RECOVERED: 1/24/09     OFFICER: Cestare, Peter J. # 302
LAST NAME, FIRST NAME & BADGE #

| ITEM # | DESCRIPTION |
|---|---|
| 1 | One human bone, appears to be upper arm bone |
| 2 | One bone |
| 3 | Pieces of flexible material may be cartalidge |
| 4 | One bone |
| | END |
| | |
| | |
| | |
| | |
| | |
| | |

## CHAIN OF CUSTODY:

ITEM # 1-4     DATE: 1/24/09     TIME:
RELINQUISHED BY: Cestare, Peter J. # 302
PRINT: LAST NAME, FIRST NAME                    SIGNATURE
RECEIVED BY: Evidence
PRINT: LAST NAME, FIRST NAME                    SIGNATURE
PURPOSE OF CHANGE: Hold for transport to lab in Columbia, possible identification

ITEM #     DATE:     TIME:
RELINQUISHED BY:
PRINT: LAST NAME, FIRST NAME                    SIGNATURE
RECEIVED BY:
PRINT: LAST NAME, FIRST NAME                    SIGNATURE
PURPOSE OF CHANGE:

ITEM #     DATE:     TIME:
RELINQUISHED BY:
PRINT: LAST NAME, FIRST NAME                    SIGNATURE
RECEIVED BY:
PRINT: LAST NAME, FIRST NAME                    SIGNATURE
PURPOSE OF CHANGE:

WHITE – Records     YELLOW – Property & Evidence     BLUE – Investigation     PINK – Customer / Receipt

# HORRY COUNTY POLICE DEPARTMENT
## EVIDENCE RECORD

INCIDENT TYPE: Death Investigation

CASE #: 02-089910

VICTIM (S): Unknown, possibly remains of Donovan, Alice
LAST NAME, FIRST NAME

SUSPECT(S): Fulks / Basham
LAST NAME, FIRST NAME

LOCATION ITEM (S) RECOVERED FROM: Wooded area off of Water Tower Road Longs SC

DATE AND TIME RECOVERED: 1/27/09

OFFICER: Cestare, Peter J. # 302
LAST NAME, FIRST NAME & BADGE #

| ITEM # | DESCRIPTION |
|---|---|
| 5 | Two sections of bone, appears to be human possibly forearm bones |
| | END |

## CHAIN OF CUSTODY:

ITEM # 5

DATE: 1/27/09          TIME:

RELINQUISHED BY: Cestare, Peter J. # 302
PRINT: LAST NAME, FIRST NAME          SIGNATURE

RECEIVED BY: Evidence
PRINT: LAST NAME, FIRST NAME          SIGNATURE

PURPOSE OF CHANGE: Hold for transport to lab in Columbia, possible identification

ITEM #

DATE:          TIME:

RELINQUISHED BY:
PRINT: LAST NAME, FIRST NAME          SIGNATURE

RECEIVED BY:
PRINT: LAST NAME, FIRST NAME          SIGNATURE

PURPOSE OF CHANGE:

ITEM #

DATE:          TIME:

RELINQUISHED BY:
PRINT: LAST NAME, FIRST NAME          SIGNATURE

RECEIVED BY:
PRINT: LAST NAME, FIRST NAME          SIGNATURE

PURPOSE OF CHANGE:

WHITE – Records    YELLOW – Property & Evidence    BLUE – Investigation    PINK – Customer / Receipt