

UNIVERSITY *of* NORTH TEXAS
HEALTH SCIENCE CENTER *at* Fort Worth
✦
Education, Research,
Patient Care *and* Service

## Missing Persons DNA Database Report

**July 23, 2009**

**Accession Number 1:  09-0540**
**Accession Number 2:  09-0541**
**Accession Number 3:  09-0543**

**Submitting Agency:**
Specialist Peter J. Cestare
Horry County Police Department
2560 North Main Street
Conway, SC 29526

Agency Case Number: 02-089910
NCIC Number: M412856548

## ITEMS RECEIVED

Received via Fed Ex (#857749898675) on April 9, 2009:

**09-0540.1**      Unidentified Remains Sample, Bone (#1)

   **09-0540.1A**  Unidentified Remains Sample, cut long bone segment

   **09-0540.1B**  Unidentified Remains Sample, cut bone and piece of bone

**09-0540.2-.6**  Unidentified Remains Sample, Bones (#1A, 2, 3, 4, 5)

**09-0541.1**      Family Reference Sample (swab), **Jennifer Warner,** representing a child of a missing person, **Alice L. Donovan**

**09-0541.2**      Family Reference Sample (swab), **Angie Warner-Gilchrist,** representing a child of a missing person, **Alice L. Donovan**

**09-0541.3**      Family Reference Sample (blood), **Jennifer Warner,** representing a child of a missing person, **Alice L. Donovan**

Texas College of Osteopathic Medicine • Graduate School of Biomedical Sciences • School of Public Health • School of Health Professions • Institutes for Discovery • UNT Health

3500 Camp Bowie Boulevard, Fort Worth, Texas 76107-2699 • 817-735-2000

An EEO/Affirmative Action Institution

*Exhibit 2*

July 23, 2009
Accession Numbers: 09-0540, 09-0541, 09-0543
Agency Case Numbers: 02-089910
Missing Persons DNA Database Report

| | |
|---|---|
| **09-0541.4** | Family Reference Sample (blood), **Angie Warner-Gilchrist**, representing a child of a missing person, **Alice L. Donovan** |
| **09-0543.1** | Direct Reference Sample, toothbrush reported to belong to **Alice L. Donovan** |

## TESTING PERFORMED

Items **09-0540.1B** through **09-0540.6**, **09-0541.3**, **09-0541.4**, and **09-0543.1** were not tested. Human DNA extracted from item **09-0540.1A** was analyzed for thirteen (13) genetic loci using the Applied Biosystems AmpFℓSTR Profiler Plus ID and COfiler systems; human DNA extracted from items **09-0541.1** and **09-0541.2** were analyzed for fifteen (15) genetic loci using the Applied Biosystems AmpFℓSTR Identifiler system. Items **09-0540.1A** and **09-0541.1** were also analyzed for human mitochondrial DNA (mtDNA) regions HV1 and HV2. Amplified mtDNA fragments were sequenced in the forward and reverse direction and compared to the revised Cambridge Reference Sequence (Andrews et al. *Nature Genetics* 1999).

The genetic data obtained from items **09-0540.1A**, **09-0541.1** and **09-0541.2** were uploaded into the *Unidentified Human (Remains)* and *Relatives of Missing Person* indices of the Combined DNA Index System (CODIS). An association between these samples was noted.

## RESULTS

The genetic data obtained from items **09-0540.1A**, **09-0541.1** and **09-0541.2** are consistent with the unidentified human remains belonging to the biological mother of **Jennifer Warner** and **Angie Warner-Gilchrist**.

Based on these genetic data (autosomal STRs and mitochondrial DNA), it is approximately **974 million times more likely** to be observed under the scenario that the unidentified remains originated from the biological mother of **Jennifer Warner** and **Angie Warner-Gilchrist** as compared to the unidentified remains originating from an unrelated individual from either of the three major U.S. populations (African American, Caucasian, and Southwestern Hispanic).[1]

Investigators are strongly encouraged to evaluate all associated case information in addition to the provided genetic results before declaring identity of the remains.

In the event that an identification is rendered by the appropriate legal authority, a copy of the death certificate must be submitted to the laboratory so that all genetic data obtained from the associated family reference sample(s) can be expunged from the CODIS database.

July 23, 2009
Accession Numbers: 09-0540, 09-0541, 09-0543
Agency Case Numbers: 02-089910
Missing Persons DNA Database Report

A portion of the submitted remains and the remainder of the reference items will be maintained by the UNT Center for Human Identification laboratory.

In the event that you have any questions or if we can be of further assistance, please feel free to contact the laboratory at 817-735-2143.

The above is the opinion of the undersigned, and this report shall not be reproduced without verbal or written permission.

[1] Allele frequency data obtained from Budowle et.al, J Forensic Sci 1999; 44(6):1277-1286 and mtDNA frequency data obtained from Forensic Science Communications, April 2002, Volume 4, Number 2

Sincerely,

Krystle Rodriguez
Forensic Analyst
UNT Center for Human ID

Dixie Peters
Technical Leader/Report Review
UNT Center for Human ID

End of Report