FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    11/25/2002

What follows is a summary of events concerning Chadrick Fulks occurring on Thursday, November 21, through Friday, November 22, at the Federal Courthouse in South Bend, Indiana:

At approximately 10 a.m. on Thursday, November 21, 2002, Fulks was transported to the U.S. Marshal's Office, Northern District of Indiana, at South Bend, Indiana, where Fulks completed a financial affidavit, which the United States Magistrate, Christopher A. Neuchterlein treated as a request for a court appointed counsel. The Magistrate subsequently appointed Robert Truitt of the Federal Public Defender's Service, South Bend, Indiana, as Fulks' counsel. SA Christopher M. Favo briefed Truitt advising of the kidnapping in Indiana, the disappearance of the woman in Kentucky, and the disappearance of a woman in West Virginia. Truitt was told that the FBI was most interested in recovering the women or bodies of the women from West Virginia and South Carolina.

Truitt and his investigator, Mike Bennett, met with Fulks in the interview room of the Federal Narcotics Task Force. At one point, Fulks was escorted by deputies and FBI Agents to a location to smoke a cigarette.

At 12:24 p.m., SA Favo placed a telephone call to Fulks' sister, Sherry Fulks, at 740-886-1109. SA Favo identified himself to Sherry Fulks and explained the circumstances of Chad Fulks' incarceration and initial appearance and asked whether she wished to speak to Chad Fulks. Sherry explained that her mother had tried to contact the Agents after receiving the telephone call the day before, but had been unsuccessful. Sherry Fulks was placed in contact with Chad Fulks. The initial call was cut off and a second call was placed at 12:33 p.m. Sherry Fulks had instructed SA Favo to contact her mother at her mother's telephone number after 4:15 p.m.

At 1:14 p.m., Fulks was served with the arrest warrant issued by the U.S. District Court for the district of South Bend, Indiana. This warrant authorized the arrest of Fulks for the car jacking and kidnapping of Alice Donovan.

00101

Investigation on   11/21-22/2002 at   South Bend, Indiana

     7A-PG-71366

File #   7A-IP-92394,7A-CO-27964,88A-LS-70310,    Date dictated   11/25/2002

     SA Timothy J. Theriault

by   SA Christopher M. Favo (I:\SQ7\329ASX11.302)

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit 3

FD-302a (Rev. 10-6-95)

7A-IP-92394,7A-CO-27964,88A-LS-70310,7A-PG-71366

Continuation of FD-302 of _____ , On 11/21-22/2002 Page ___2___

        At 1:22 p.m., SA Favo contacted Sherry Fulks at Telephone Number (740) 886-1109. Sherry Fulks was advised that Chad Fulks had been served with the South Carolina warrant. Fulks asked what the penalty was and explained that when such a crime results in death, the penalty is the death penalty.

        Shortly before 2 p.m., Fulks was moved to the U.S. Marshal's Service holding cells, in anticipation of an initial appearance before Judge Neuchterlein.

        At 2:23 p.m., Chad Fulks had his initial appearance before U.S. Magistrate Judge Neuchterlein on charges relating to warrants issued in the Southern District of Indiana and the District of South Carolina. Fulks was told the maximum penalty for the Indiana case was 25 years. The maximum penalty for the South Carolina case was life or death.

        Upon completion of the initial appearance, Fulks was granted an opportunity to speak to his attorney's investigator, Michael Bennett. Shortly thereafter, Bennett advised that Fulks wished to smoke a cigarette. Bennett advised that Fulks needed to speak with his attorney, Truitt, but Truitt was currently appearing before another Judge. Fulks was taken to smoke the cigarette and upon completion of the cigarette, was permitted to speak with Attorney Truitt. These meetings were held in the interview room at the Federal Drug Task Force.

        After a long meeting with Chad Fulks, Attorney Truitt advised that without any guaranteed benefit for his client, Truitt wanted to provide some information. Truitt advised the information could not be attributed to his client and under no circumstances should SA Favo or any other law enforcement officer speak to his client.

        Truitt referred to a hand drawn map of an area around Conway, South Carolina that had been provided to the FBI the day before. Truitt advised that if searchers from South Carolina followed a dirt road to the south of the road on the map, they would pass some houses along this gravel and dirt road, and behind a house at the end of the road, would see quite a bit of woods. The searchers should go back into the woods 150 to 200 yards, and they would find a live woman taped to a tree.

FD-302a (Rev. 10-6-95)

7A-IP-92394,7A-CO-27964,88A-LS-70310,7A-PG-71366

Continuation of FD-302 of _____ , On 11/21-22/2002 Page \_\_3\_\_

       This information was passed to SA Jeff Long of the Myrtle Beach RA.  A series of telephone calls ensued all concerning the drawing of maps to show the location near Conway, South Carolina, where the woman could be found taped to the tree.  These communications culminated at approximately 5:10 p.m. when Clyde Merryman faxed a map to the U.S. Attorney's Office, depicting the area described by Fulks.  This map was provided to Robert Truitt, who subsequently showed a location on Wonderland Road where the searchers should look.  SAs Long and Merryman advised that they had already searched the area but would commence searching that evening.

       Attorney Truitt advised that the identifications in Fulks' wallet, including an Ohio driver's license in the name of Amy Ward, were from a purse that was stolen by Fulks.  Fulks had no contact with, nor had ever met, Amy Ward.

       At 7:05 PM Fulks is taken for fingerprinting and processing at the United States Marshal's office.

       At 7:18 PM fingerprinting was completed and Attorney Truitt departed.

       Upon notification from the FBI Office in Myrtle Beach, South Carolina, that the searches were completed for the evening, Fulks was returned to the St. Joseph County Jail.

November 22, 2002

       At approximately 9 a.m. on November 22, 2002, Fulks was returned to the Drug Task Force interview room at the Federal Building in South Bend.  Fulks met with Mike Bennett for an extensive period.  Bennett provided a new map of the Conway, South Carolina, area, where Bennett marked locations, further specifying where the woman tied to the tree could be found.  This map was downloaded from a computer program.

       At approximately noon, Fulks advised that he wanted a cigarette and wanted to speak with his attorney.  Fulks was taken for a cigarette and upon return was placed with his attorney. During the course of Friday afternoon, additional questions were provided to Attorney Truitt.  Truitt advised that Alice Conway was wearing blue jeans, but Truitt had no idea of any other clothing. However, it is possible that Brendan Basham may have placed a black

00103

FD-302a (Rev. 10-6-95)

7A-IP-92394,7A-CO-27964,88A-LS-70310,7A-PG-71366

Continuation of FD-302 of _____ , On 11/21-22/2002 Page    4

suede coat around Conway.  To Truitt's knowledge, neither Basham, or Fulks lost any jewelry at the time Donovan was tied to a tree.

Truitt was asked about more specific directions concerning where people lived in reference to the woods.  Truitt was told several times over that the woods described in the maps are primarily swamps and difficult to search.  Nevertheless, they were searching, but not finding any evidence or Alice Donovan. Truitt cannot provide any more specifics concerning the location.

SA Favo was permitted to make explanations to Fulks on two occasions.  On both occasions Fulks was told not to speak in the presence of SA Favo and Attorney Truitt was present when SA Favo was in the room.

SA Favo first spoke to Fulks directly to ask questions about where Fulks turned his car around in reference to a clearing on Wonderland Road.  Attorney Truitt later advised SA Favo that there was no new information concerning these questions.

The second instance was for SA Favo to explain to Fulks that the area he described near Conway, SC, had been searched without finding the woman, that the swamps in the area made his story implausible, that he and Basham had been seen in the area of Burlington, NC.  Investigators were now searching that area because they believe the woman is in North Carolina.  Furthermore, Fulks' story was questionable because Fulks claimed he was a passenger in the vehicle while Basham drove.  Since all other information indicated Fulks always drove the car the investigators believe he is concealing something.  SA Favo then left the room.  Attorney Truitt later advised he had no new information concerning the location of the woman and that Basham was driving because Fulks had gotten tired and was weaving on the road.

At 4:27 p.m., Fulks was permitted to speak with his mother, Diana Thompson, over Telephone Number (740) 886-0222.  SA Favo informed Thompson that Fulks would have a hearing on Monday and then would be transported to South Carolina following the hearing.

Upon completion of Fulks' telephone conversation with Diana Thompson, Fulks was taken and returned to the St. Joseph County Jail.

Administrative:

00104

FD-302a (Rev. 10-6-95)

7A-IP-92394,7A-CO-27964,88A-LS-70310,7A-PG-71366

Continuation of FD-302 of _____ , On 11/21-22/2002 Page   5

           SA Theriault was not present for the events of November 22, 2002.

00105