| | |
|---|---|
| United States of America, | Case No. 4:02-992-JFA |
| Respondent, | |
| vs. | **CONSENT MOTION FOR LEAVE TO FILE REPLY ON JANUARY 11, 2010** |
| Chadrick E. Fulks, | |
| Petitioner. | |

COMES NOW Petitioner Chadrick E. Fulks, by and through undersigned counsel, and moves this court for leave to file his Reply to the government's Memorandum in Opposition to Motion to Supplement the Pleadings on or before January 11, 2010. In support of this motion, Mr. Fulks would show as follows:

1.     Mr. Fulks has challenged, pursuant to 28 U.S.C. § 2255 and Rule 33 of the Federal Rules of Criminal Procedure, the legality of the death sentence imposed on him for the carjacking and murder of Alice Donovan.

2.     During the penalty-phase proceedings, a major theme of the government's presentation was that Mr. Fulks's crime was aggravated by the concealment of Ms. Donovan's body. The government's argument included claims that Mr. Fulks's efforts to lead searchers to the remains were a mere ruse.

3.     In late January 2009, a search team recovered human remains subsequently confirmed to be those of Ms. Donovan. The search was based on directions from Mr. Fulks; these directions were the same as those previously and consistently provided to authorities prior to Mr. Fulks's trial. Thereafter, Mr. Fulks moved to supplement the pleadings with a claim that his sentence is invalid under the Due Process Clause and the Eighth Amendment because it was

based on evidence which was false, *i.e.*, the government's claim that Mr. Fulks was lying about the location of Ms. Donovan's body.

4. This Court did not set a date for the government to respond to the Motion to Supplement. The government filed its 33-page Opposition on December 17, 2009.

5. Local Rule 7.07 provides that a reply in support of a motion must be filed "within five (5) days after service of the response, unless otherwise ordered by the Court."

6. In light of the foregoing, Mr. Fulks respectfully requests that he be allowed until January 11, 2010, to file his Reply in support of the Motion to Supplement. Undersigned counsel have consulted with counsel for the government and are authorized to state that the government consents to the grating of this motion.

WHEREFORE, Mr. Fulks respectfully requests entry of an order granting him until January 11, 2010 to file his Reply in support of the Motion to Supplement.

/s/ Kirsten E. Small
Kirsten E. Small (Fed ID No. 10005)
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC 29603-0648
PHONE: 864.370.2211
FACSIMILE: 864.282.1177
KSmall@nexsenpruet.com

/s/ Beattie B. Ashmore
Beattie B. Ashmore (Fed. ID No. 5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
Beattie@beattieashmore.com

December 21, 2009
Greenville, South Carolina