UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-9
(4:02-cr-00992-JFA)

_____


UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS,

Defendant - Appellant


_____

O R D E R

_____


The government has filed an unopposed motion to dismiss this appeal.

The Court grants the motion and dismisses the appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk