FILED: December 23, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-9
(4:02-cr-00992-JFA)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS,

Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this Court, the appeal is dismissed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK