FILED: January 5, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-9
(4:02-cr-00992-JFA)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS,

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the parties' joint motion to issue the mandate forthwith, the Court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk