UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 09-9
(4:02-cr-00992-JFA)

_____


UNITED STATES OF AMERICA,

          Plaintiff - Appellee

v.

CHADRICK EVAN FULKS,

          Defendant - Appellant


_____

M A N D A T E
_____

The judgment of this Court, entered December 23, 2009, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*