# Supreme Court of the United States

RECEIVED
US DC CLERK, FLORENCE, SC
2010 JAN -8 P 1: 31

No.     09A324

CHADRICK E. FULKS,

Applicant

v.

UNITED STATES

## O R D E R

The order heretofore issued by the undersigned on October 19, 2009, is hereby vacated. The application for stay is, in all respects, denied.

/s/    John G. Roberts, Jr.
Chief Justice of the United States

Dated this 11th
day of December, 2009.