# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | |
|---|---|
| United States of America,<br><br>       Respondent,<br><br>vs.<br><br>Chadrick E. Fulks,<br><br>       Petitioner. | Case No. 4:02-992-JFA |

## <u>DECLARATION OF MONICA CAISON</u>

1.  My name is Monica Caison. I am over 18 years of age and I am competent to give this declaration. The facts set forth below are known to me personally. If I were called as a witness in this matter, I could and would testify competently to each fact so set forth.

2.  I founded the non-profit Community United Effort Center for Missing Persons ("CUE Center") in 1994. The CUE Center provides search and recovery services for missing persons, among other services for the missing and their families.

3.  In November 2008, I attended a benefit held in honor of Alice Donovan by her daughters. During the benefit, Ms. Donovan's daughters gave me a letter from Mr. Fulks. This letter informed me that Mr. Fulks had written to reporter Isaac Bailey with the Sun News, expressing his desire to help locate Mrs. Donovan's body. Attached hereto as Exhibit A is a true and correct copy of the letter that I received from Ms. Donovan's daughters on November 14, 2008.

4.  Subsequent to receiving the letter from Mr. Fulks to Ms. Donovan's daughters, I wrote to Mr. Fulks and asked for his assistance in locating the remains of Ms. Donovan.

4. On January 17, 2009, I received a letter from Mr. Fulks in response to my request for his assistance. Mr. Fulks included written directions, color photographs and a hand-drawn, highlighted map. The map showed the intersection of Long Bay and Water Tower Roads and a boardwalk below the intersection connecting the two roads. There was highlighting in the curve of Water Tower Road, just south of the intersection. Attached hereto as Exhibit B are true and correct copies of the letter and documents I received from Mr. Fulks in response to my request for his assistance.

5. The following day, I assembled a search team and performed a grid search of the area. During the search, we found part of a human skull.

6. My team performed additional searches on January 24, 27, and 28, 2009. We found additional human remains on January 24 and January 27.

7. I based my search efforts on the directions in Mr. Fulks's letter and on the highlighted map and color photographs he sent me. My team located the remains in and around the curve of Water Tower Road — the same area that Mr. Fulks described in his letter and had highlighted on the map.

8. In accordance with 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Monica Caison

Signed before me this 28 day of
September, 2009.

Valarie G. Rowell
Notary Public for NORTH CAROLINA, New Hanover County
My Commission Expires _____ My Commission Expires 1-30-2012

VALARIE G ROWELL
NOTARY
PUBLIC
NEW HANOVER COUNTY, NC

Mr Issac Bailey)                          10-28-08

Hello
                    I recived your letter
Today and thought I ought to respond
To it see here I amm.
I dont really know where to Begin So I
guess I will just answer your letter and
Questions Im order as you have asked
Them. hopefully You will Be able to read
my writing.
Im sure this must Be a very difficult story
for You to cover, as Its Been difficult for
Everyone involved. I cant even Begin to
emajine how Mrs Donacians family mus
feel and I think the last thing they wan
To hear or read is any thing I have
to say But sence You took the time to
write and ask Me these things, It is
only respectful that I respond.
first off I am sorry to hear about You
family Members who are in prison, I
couldnt imagine laseing 4 Brothers to th
prison System But in a way I know
how You feel Because Being in here I
feel as though Ive last My loved one
and thats never a good feeling.
As you will find I have enclosed a
ccriple phone #'s and addresses to some
of my family Members who I know

will speak with You.

█████████████████████████████

I will also contact each of them and let them know that Your interested in talking with them.

To answer Your first Question about my thoughts on why I did what I did in the Burns and Donavan case. Well even know Most people will find this unbelievable I will tell You anyways. These crimes wasnt planned out and in no way did I dream that either Samantha Burns or Alice Donavan would Be carjacked or killed But it all happen So fast and with all of the Meth in my System I didnt forsee It coming. I cant Set here and Make excuses for my actions throughout those 17

days In November af 2002 Because my involvement was horrible and I do deserve to Be punished, "But" I never took the lifes of either of those women and I took 3 polygraph test and passed all 3 of them concerning this.

But if society thinks I deserve to die for my involvement then thats what my fate will Be and to Be honest I welcome my death and thats why I have recently dropped my appeals and asked for a promp Execution date.

I live with this 24/7 and for the longest time I couldn't even look at myself In a Mirror. I often find myself setting here thinking about things I could of done that would of saved those womens lifes But that only Makes the pain that Much warste Because I know no Matter what I do or say It will Never Bring them Back to their loved ones.

Ive done all I can to give them some kind of closure But nothing I say Is Belived So thats left me with Nothing else But to have my Sentence carried out In order to give the family of Both Alice and Samantha closure.

I feel like the Boy who cried woulf all of his life them when he died Hell

The Truth no one Belived him.
I want More than any thing for Alice
Donavans and Samantha Burns familys
to reccver Their loved ones. So they can
have a proper Burial and ive done every
thing I could do Make this happen
But No one wants to give Me the time
of day But to answer your Question Yes
I will help them, Yes I can help them But
they have to Be willing to give Me the
Benifit of doubt and Search these areas
to no End Because im 100% Sure of the
locations of Bath Alice and Samantha.
There isnt a Second of my life that this
doesnt cross my mind, It Eats Me alive
knowing that these familys dont even have
a grave site to go to and I want
Naithing More than to help them.
Ask yourself this, what would I have to
lase By helping them? I want this More
than any thing and I will talk to them
an anyone they send if there willing to
listen to Me about the location of
their loved ones. All they need is a
Grit search done on these areas and
if that is done I have no doubt
Bath of these women could Be reccvered
There is a group called "EquSearch"
who Specialize in such Searches that

I Belive would Valunteer there help if these familys would contact them. Im willing to give them all of the maps, pictures and directions to the locations of Alice and Samantha. I will even submit to a palygraph test By anyone they choose about there locations and anything else they would like to know about what happen. Sence Ive Been on death Row alot has changed in my life and my out look Is 100% different now. I No longer enjoy living or even opening my eyes each day. Ive come to accept my fate and with that Ive also searched high and low for the unanswered questions in my life about what comes after death and what Ive found in my search Is that whatever comes after death has to Be Better than what Im living in now. I only hope I can help these familys Before this happens But Its up to them and the question Is do they want my help? to your question about what should the public know about me that It currently doesnt understand or misunderstands. well I can only say that Im not the monster the government made me out to

Be, they only heard about me what the government wanted them to hear and Therfore nothing good about me came out. But im Human and im a son, Brother, Nephew, uncle and I Too make Mistakes. I only wish I could go Back and change those 17 days of November 2002.

you know alot didnt come out In court that should of and Therefore 2 other people walked away scatch free from this who was yust as guilty so I can only hope one day justice will Be served on them as well and The full story Be Told. There Is no words I could Say To The family that could explain how Sorry I am for the pain I have caused Them so I hope my actions with dropping this appeal and my offering of help will speak louder Than my words.

Now To Your Question do how life Is on death Row?

Well enclosed Is my Motion with The court that should answer this Question.

Anything else Id like to add?

Yes, I only want to ask that those

who have judged my family for my
mistakes so please understand that
they had Nothing to do with what
happened and That there just as
hurt and lost as anyone else in
This case. They feel and hurt for the
Donavan and Burns familys and I
know that their always in each
of there prayers so please dont judge
them for my mistakes.
Mr Bailey I hope this answers Your
Questions in your letter, im not
good at communicating on paper so
if you prefer a call then You can
set one up with Me at 812-244-4572
Thats Bruce Ryhend the death Row
counselor here on the Row.
im not sure if You are aware about
the drug useage during Those 17 days
But we smoked over $8,000 worth of
crystal Meth and crack cocaine and
I know That played a Bigger part than
anything on how things turned
out Back in 2002 So enclosed You
will find a poem ive wrote about
it. You can read it then erase
it if you want its up to You.
please Take care of yourself and
il pray That Mrs Donavans daughter

are able to raise the funds for this missing persons search group.

if You have the enformation where donations can Be sent for this then please let me know.

I have a couple Questions for You that I hope you will answer.

① You have put alot Into this case so if the Donavan family wont listen To me and go search the location I have for alike them will You?

② Will you please let the Donavan family know I am willing to help them In any way I can and Ill Honestly answer any Questions they may have.

Thanks You for Your time mr Bailey and I pray this litter finds you In good health and spirit.

You and Your family will Be In my prayers

"Thought for the day"

when the government has Robbed a man of everything he Is no longer under There control, he Is free again.

Always In Honor
Yours Truely

Chadwick Finn Fuller

PA #53

Chadrick Fulks 16617-02
Federal Death Row
USP
P.O. Box 33
Terre Haute, In 47808

December 18th 2008

Mrs Caison

Hello

I recived your letter and I want to thank you for the time you took to write it. I am thankful you are giving me this chance to help and I will do "all" I can to help you reccver Alice and bring her home to her family. They all deserve to have her with them and I want more than any thing to make this happen.

The phone # I gave was to the unit ccunselor here on death Row who helps set up calls in situations like this so Im sarry he hasnt returned your calls. Im not sure if you know this But Alices sister carol wrote to me about helping reccver alice so I sent her almast every thing I had on the location of Alice and yesterday my attorney flew out here with Questions carol had Because she was at this location searching. what warries me about this is that she isnt trained in doing these kind of searches and I just dont want any thing to be over looked and them give up Because they dont see any thing Because this

②

is where alice is at and if you all give up then She will never Be found. There has Been 6 Season of leafs, tree Branches and weeds That have fell In This area So it will Take a Grit Search and a Orginized Search To find her.

This is what I can do To help. Here is The Information for My attorney who has Been helping alices sister carol. She will help you all she can and I have given her th ete To Share all of This Info with you and if You want To Talk to Me She can Make it happen.

I Belive This would Be the Best Way for us To Talk without a Time limit. Her Name and Info are.

Kirsten Small
Attorney At Law
P.O. Drawer 10648
Greenville, SC 29603

864-282-1112
ksmall@nexsenpruet.com

Call her and let her know That You would like To Be on The confrence call next week Between myself, carol "alices sister" and her; This way I can answer any Question You May have about This location.

(3)

Ill also give you all The Info I can In This letter.
Alice Is located off of HWY 90 on a Road called "Water Tower Rd and Long Bay Rd. This Is InBetween The North Carolina State line and Conway South Carolina. Im enclosing The only other Map I have and all I ask Is That you copie It and return It To Me.
The 2 highlited areas are The Two locations That need To Be Searched. Water Tower and long Bay are The only 2 roads In This area and They cross each other at a 4- way stop and I know Alice was some where Between 00 To 150 yards down The Road past The Stop Sign. She was walked Into The Woods By Brandon on The Right side of The Road facing down Water Tower. Brandon Says he walked her 50 yards Into The Woods and couldn't get any further Because of The Thickness of The Brush and Weeds There.
He also Said That There was a Bigger tree By her That had a Animal Trail By It. I know This will all Be Confusing In This letter So once you contact Kirsten Small we can Set up

(4)

a call so I can explain all of this In detail.

I do want You to know that there has Been cadiver dogs look to this area 3 differant times and each time the dogs gave Indication that this was the scent pool area But Because of the Thickness of the Brush and weeds no one entered them and the dogs couldnt penitrate them. This really frustrates me Because in order to recover her someone has to push through this Brush and weeds Its common sense that if 3 differant cadiver dogs at 3 differant time give Indications on this area then something Is there. So I want you to know that someone has to get Into this Brush and weeds and search. if there Is any way that someone could drive up Hwy go onto water Tower and long Bay Road and Recard this drive So that I could see It that would Be a Big help. My attorney Kirsten and Yourself if You want Could the Bring the video here so that I can watch It then pin point the area and if Your not comfortable coming

⑤

here Then Kirsten Can Bring it and ill pin point and explain it To her But I Belive a video of The drive up Hwy 90 and down Bath water Tower And Gong Bay Rd would Be The Quickest And easiest way for Me to help You find This exact area Ive only Been pictures of This area Sence The Night alice was took There So its not Been easy pin pointing Things out That way! please Set This Call up with Kirsten Small as Soon as passible And we can Take it from There. once again I want To Thank You for Your help and for giving Me This chance To help Bring alice home To her family! I look forward To hearing Back from You so please let Me know That You recieved This letter and The Map. Thank You for The work That You do, its Those like you who makes a differance In This World.

Always In Honor
Yours Truely
Chadrick Ecam Fulks

