on the record what we just discussed?

MR. ASHMORE:  Yes, sir, Your Honor.  And Mr. Daley and I, certainly I think it's a discretionary matter, Your Honor, and given the difficulties in transporting our client, Your Honor, we would understand if he were to appear by video.

And let me tell Your Honor, I have spoken with Chris Mills that did the civil trial, and Mr. Mills indicated to me that frankly it worked extremely well.  He was able to communicate effectively with Mr. Fulks at all times.

THE COURT:  Did he have a separate telephone line he could go call Mr. Fulks on?

MR. ASHMORE:  Yes, sir.  And I don't know exactly how all that works, but he had confidential communications with Mr. Fulks.  That's the one thing I just want to be sure of out on their end, and their end being Terre Haut.  I have reservations about exactly how confidential some of those phone communications are, but if we could be assured of that by the BOP --

THE COURT:  I just really fear that if we brought him here it might be a place four hours from Columbia that agrees to house him, and then it would be just a backbreaking task for the marshals to transport him back and forth.  It would probably shorten our hearing day each day to a small number of hours.

I think it's within my discretion, and in view of the

fact that it's been represented to me that it worked well in the civil trial that Mr. Fulks had in this courthouse, I think I will then allow his participation by way of satellite, with the clear understanding there will be some direct means of communication to a telephone line.  Obviously we would need to take a recess, but a way to get quick and ready access between the attorney and client at the hearing.  So, let's proceed on that basis then.

MR. ASHMORE:  Very well, Your Honor.  Thank you very much.

THE COURT:  All right, now, my law clerk pointed out during the break that there were some witnesses that we didn't discuss, for example, the ABA representative and a few others.

MR. ASHMORE:  Thinking of Andrea Lyon, Your Honor. And Your Honor, here's where we are, Andrea Lyon is a nationally known death penalty expert.  She has been working with us -- actually, O'Melveny and Myers has been paying her expenses, Your Honor.

And we have met with her and she has provided affidavits in this case which we intend to introduce.  She has recently undertaken to represent the individual in the Caylee Anthony, the highly publicized case out of Florida, and her schedule, Your Honor, as a result is a wreck.

To be honest, I fear that we would not have her properly prepared by October the 5th.  What we would -- what we