Declaration of Chadrick Evan Fulks

Pursuant to 28 U.S.C. §1746

I, Chadrick Evan Fulks, being of full age, do hereby declare the following:

1.     In recent discussions I have had with my lawyers, I have requested that they notify the court that I want to reinstate Claim I(H) of my Motion for Relief Under Section 2255, in which *it was* alleged that I was sexually abused as a child. I am writing this Declaration so that I can formally notify the court of my desire to have this claim reinstated in my case. I have made this decision after-having first talked this over with my lawyers and gotten their advice on this matter, and after having given it careful thought for several weeks..

2.     Talking about the subject of sexual abuse with my lawyers, or with just about anyone, is awfully embarrassing to me. I don't even like thinking about the subject. I could not stand the thought of having to talk about it in court.

3.     Over the past few weeks, though, my lawyers have explained to me that they do not expect me to talk about this stuff in the courtroom. They have explained that several other people have made statements about things that have happened to me. They have also explained that they would like me to talk to a doctor who has done a lot of work with people who have been sexually abused as children. They have explained that this doctor has also worked for many years, treating people who have committed sex abuse. They have told me that this is an honest and caring man, who will tell the truth.

4.     After hearing about this doctor, I feel as though I would be able to listen to what he has to say and answer his questions. I would also permit this doctor to talk to members of my family.

C.F

5.      I would also be okay having my lawyers or an investigator working on my case talk to people - like neighbors and relatives - who knew what went on in my house and with my family when I was younger.  If there were things that happened to me when I was too young to remember them or if there are things that happened that my mind has shut out because they were too painful to think about, I am okay with my team asking people about that and with this doctor talking to me about the things that other people have told them.

6.      I have now learned from talking to my lawyers that doctors who work with people who were sexually abused when they were children find that a lot of times, a person will try hard not to remember what happened to him and will worry terribly about how other people, especially their families, will react if they find out the person has been abused. That is why I will agree to meet with this doctor.

7.      I do remember some things happening that my lawyers wrote about in Claim I(H) in my Motion for Section 2255 Relief.  I realize that other things my lawyers said happened to me are based on things that certain people told them.  All of those things should stay in my Motion.

8.      I would like to talk to this doctor about my being sexually abused and, because I would like to know what happened to me when I was a young kid, I think it's important that this doctor ask my family what they remember.  I would appreciate the court providing funds in my case for this to happen.

C. F

I declare, under penalty of perjury, that the foregoing is true and correct.

Chadrick Evan Fulks

Dated: 2-2-10