Exhibit B

**Declaration of Harry D. Krop, Ph.D.**
**Pursuant to 28 U.S.C. §1746**

I, Harry D. Krop, being of full age, do hereby declare the following:

1.     My name is Harry D. Krop.   My curriculum vita is attached and provides a detailed review of my educational and professional background, including my clinical experience, research and publications.   To summarize briefly, I was awarded my Ph.D. in 1971 in clinical psychology by the University of Miami.   Since 1973, I have been the director of Community Behavioral Services, which currently has branches in Gainesville, Orange Park and Jacksonville, Florida.   I worked for the Veterans Administration Medical Center in Gainesville from 1970 until 2005, first as a staff psychologist and, more recently, as a consulting psychologist.   I have also served as a consultant at the mental health units of several hospitals and clinics and am as Associate Professor in the Department of Psychiatry at the University of Florida.   I am licensed as a clinical psychologist in the State of Florida.   I have published more than 50 articles in professional and peer-reviewed journals.        2.     Of  particular  note with regard to this declaration, I have been the Director of a sexual offender treatment program from 1975 through the present, and I developed and instituted the first sexual abuse treatment program in the State of Florida in 1977 at the behest of the Duval County State Attorney's Office.   That program has grown to include twenty-seven groups of sex offenders currently in treatment.   Our program also has evaluated and treated close to one thousand victims of sexual abuse over the past three decades.   I am a member of the Florida Association for the Treatment of Sexual Abuse, the Association for the Treatment of Sexual Abuse, and the American Professional Society on the Abuse of Children.   I have been qualified as an expert in the fields of

1

Exhibit B

sexual abuse, sexual offenses and sexual predator prediction, and rape trauma syndrome, in addition to more generally having been qualified as an expert in clinical and forensic psychology.

My qualifications have been recognized in state, federal and military courts across the country and Canada. I have testified for the defense and prosecution in both state and federal cases.

3.     Because of my expertise in childhood sexual abuse, I have been asked by counsel for Chadrick E. Fulks to provide this declaration. I understand that the Court has not approved any payment for my involvement in this matter, and I am providing this declaration free of charge in order to assist the Court in understanding some unique, complex and sensitive issues regarding the detection of childhood abuse in adults who may have been the victims of the same. The information provided is based on my training, many years of professional experience as a clinician working with and treating both the victims and the perpetrators of sexual abuse, and upon my research and professional affiliations. I have also spoken with counsel with respect to some of the issues and possible facts in Mr. Fulks' case.

4.     The documented disclosure patterns of people who have suffered sexual abuse as children often seem counter-intuitive to those unfamiliar with the psychological forces working upon these victims and, therefore, can be misinterpreted. Unlike the victims of other types of crimes, a person who has been sexually abused often does not disclose the abuse at all or delays disclosing until a significantly later time  –  weeks, months, years and even decades after the events occurred. Even after a person has disclosed the abuse, he or she may supply additional details only slowly over time, or may recant the report altogether. Likewise, it is not uncommon for an abused person to engage in complete denial that he or she has been sexually abused, and regrettably those denials are often taken at face-value, leading to denial of treatment or a failure

2

Exhibit B

to take the abuse into account in a forensic setting.

5.      The protracted and variable disclosure pattern must be understood as the natural reaction to the type of psychological trauma the victim has suffered.  The trauma visited on a child by an adult sexual attack, particularly one committed by a parent or other care-giver, cannot be overstated.  It is well-established that such trauma may cause a victim to dissociate.  Dissociation is a psychological defense that removes the traumatic memory in the mind's effort to maintain the victim's overall psychological integrity.  Viewed another way, the victim's psychological survival requires dissociation – that is, the need to separate one's mind from the overwhelming and monstrous attack.  Disclosure of these events is clearly impacted in some cases by the child's dissociative episodes.  In many cases, the victim may also repress the memories of the abuse, a process which is related to but different from dissociation.  What it has in common, however, is that the victim may not easily be able to recall, or recall at all, without professional intervention or a significant "trigger."

6.      The literature also recognizes, and my experience confirms,  that many victims may actively deny sexual abuse, even to themselves.  There are a number of factors that make a victim of sexual abuse engage in denial.  Girls, as a general matter, are more likely to disclose than boys, because of greater cultural acceptance of girls as the victims of this type of abuse.  A boy who has been abused by a man is less likely to disclose because he may believe that the very fact that he has been singled out for the abuse by a man will be taken as a sign that he (the victim) is a homosexual, with consequent societal stigma.  A victim will be less likely to disclose if he has been threatened with harm by the perpetrator or if he is generally not believed or listened to by the adults in his life.

3

7.     A child who has been sexually abused typically experiences intense shame at what has befallen him.     He may also experience tremendous guilt, believing that he or she has somehow induced the sexually abusive behavior in the perpetrator.     The child may feel additional guilt if the experience of the abuse has brought the child attention he/she may crave from an adult.     As a result, the child may blame himself for what has happened and believe that any adult to whom he discloses the abuse will also blame him, rather than the perpetrator.     These factors also lead to variable disclosure patterns.

8.     In other cases, the victim may simply have been too young to understand the abuse and this too impacts on disclosure.     This does not mean, however, that the abuse has not had a profound psychological impact on him.     To the contrary, the very fact that the abuse occurred before the child had any psychological defenses with which to combat its effects or adequate experience or language to interpret or analyze the events, can make the psychological impact on the victim's mental health that much more severe.

9.     The least likely victim to disclose is the person who has been abused by a close family member.     In addition to all the other factors at play in such a situation, such a victim is often highly conflicted about the abuse.     He may have welcomed the attention and what he mistakes as a form of affection, even while knowing that there is something fundamentally wrong and unsavory about it.     He may (understandably) fear that no one will believe him and may, in fact, have attempted at some early stage to report the abuse, only to be disbelieved, rebuked or punished for making such accusations.     He will almost certainly understand that disclosing such abuse about a family member will result in the family being torn apart, both emotionally and literally as the child may be removed from his home, the perpetrator may be

4

criminally charged, the parents may divorce. The ramifications for the family are profound in these situations, even for disclosures that occur after the victim has reached adulthood.

10. In addition, the victim of familial sexual abuse is likely to have deep ambivalence towards the perpetrator of the abuse. While one might think that a victim could only hate the abuser for subjecting him to the abuse, the reality is much more complicated. The abuser may be a person the child depends on for his physical survival, who the victim loves as well as fears (even as an adult), even someone the victim feels a responsibility to protect, akin to the way the child of a mentally ill parent or sibling may feel.

11. I understand from counsel that there have been witness accounts that Mr. Fulks suffered childhood abuse at the hand of family members, acquaintances and neighbors. I also understand that Mr. Fulks has been variable in acknowledging and denying that abuse occurred at all, or was perpetrated by particular people. Because of all of the above factors, a clinician or forensic practitioner must be cautious when assessing denials of abuse in a potential victim for whom there are independent reports from others that they were such victims, which is true in Mr. Fulks' case. Uncovering the sexual abuse such a person has suffered can rarely be accomplished through questioning by the untrained layperson; it generally requires the patience, skill and experience of a professional – ideally one who has treated both victims and perpetrators of sexual abuse and, consequently, has an appreciation of what to look for and expect, and how to approach the potential victim. It often entails talking to family members who observed the suspected victim throughout his childhood and who may be able to report details of his life that he himself has no memory of, has repressed, or simply denies. I have been involved in one case, for example, in which, while talking with the father of a suspected victim, the father was able for

5

the first time to acknowledge that he had sexually abused his son decades earlier.

12.     Obviously, having not met Mr. Fulks or evaluated his circumstances and history, I cannot begin to determine whether the witnesses or Mr. Fulks are presenting an accurate picture of what occurred to him.    However, based on representations made to me by people who have personally interviewed Chad Fulks and are familiar with his life history, there appears to be reason to believe he may have been sexually abused as a child and that the abuse he suffered was repeated, spanned time and was of psychological significance.  I further believe that the only chance at determining whether this was indeed the case would be for me, or a person with comparable experience and training to mine, to evaluate Mr. Fulks and interview members of his family to obtain his background information.   While it would not require a professional's services, it is also critical that someone interview extensively people who were in a position to observe Mr. Fulks and his family on a day-to-day basis during childhood (e.g., like the family's neighbors).

13.     I would be happy to conduct these evaluations upon appointment by the Court.  I make these recommendations based on my training, experience, and the common understanding of child sexual abuse within my professional community.   All opinions expressed in this declaration are stated to a reasonable degree of psychological certainty.

I declare, under penalty of perjury, that the foregoing is true and correct.


_Harry Krop PhD_
*Harry D. Krop, Ph.D.*


Dated:
  2/2/10

Exhibit B

**HARRY D. KROP**
**NOVEMBER 2009**
**VITA**

Date of Birth:                                          June 28, 1943
License #:                                              PY0002364

Current Mailing Address:

Community Behavioral Services          Community Behavioral Services
1212 Northwest 12th Avenue              1543 Kingsley Avenue, Suite 18-A
Gainesville, FL  32601                        Orange Park, FL   32073
Email:  Combehserv@gmail.com

## EDUCATION:

|          |                                                                 |
|----------|-----------------------------------------------------------------|
| Ph.D.    | University of Miami, Clinical Psychology, 1971 (Minors - Mental Retardation, Motivation) |
| M.S.     | University of Miami, Clinical Psychology, 1967                   |
| B.A.     | Temple University, Psychology, 1964                             |

## EMPLOYMENT EXPERIENCE:

**Director:** Community Behavioral Services (private practice) Gainesville, Orange Park and Jacksonville Florida. 1973- present.

**Courtesy Associate Professor:** Department of Psychiatry, University of Florida College of Medicine, Gainesville, Florida.

**Staff Psychologist:** Veterans Administration Medical Center, Gainesville, Florida. 1970 -1986.

**Consulting Psychologist:** Department of Psychiatry, University of Florida College of Medicine, Gainesville, Florida 1998 – 2005.

**Consulting Psychologist:** Veterans Administration Medical Center, Gainesville, Florida. 1986 - present.

**Assistant Professor:** University of Florida, Dept. of Basic Dental Services; Department of Clinical Psychology. 1974 - 1987.

**Adjunct Professor:** Nova University. 1982 - 1991

Exhibit B

## EMPLOYMENT EXPERIENCE (cont'd)

| | |
|---|---|
| **Instructor:** | Central Florida Community College, Ocala, Florida. 1977 - 1978. |
| **Consultant:** | Children's Medical Services (Child Protection Team). 1976 - 1978. |
| **Consultant:** | North Central Florida Community Mental Health Clinic. 1975 - 1977. |
| **Consultant:** | Bronson Counseling Center. 1975 - 1977. |
| **Consultant:** | Children's Mental Health Unit, Gainesville, Florida 1970 - 1971. |
| **Director (Acting): of Psychology** | South Florida State Hospital Children's Unit, Hollywood, Florida. 1969 - 1970. |
| **Instructor:** | Broward Community College, Hollywood, Florida. 1970 |
| **Intern:** | Connecticut Valley Hospital, Middletown, Connecticut. 1968 - 1969. |
| **Intern:** | VA Medical Center, Gainesville, Florida. 1969-1970. |
| **Psychological Associate:** | Hamburg State School and Hospital, Hamburg, Pennsylvania. Summers, 1967 - 1968. |

## PROFESSIONAL SOCIETIES:

American Psychological Association
Society for the Scientific Study of Sex
American Psychology Law Society (Division 41, APA)
Association for the Advancement of Behavioral Therapy (Regional Coordinator)
Southeastern Association for Behavior Therapy (Past President)
American Association of Sex Educators, Counselors and Therapists
Association for Sexual Adjustment in Disability
Mental Health Association of Alachua County (Executive Board, Past President)
Mental Health Association of Duval County
Association of Family Conciliation Courts
American Academy of Family Mediators
American Professional Society on the Abuse of Children
Alachua County Court Services; Authorized Mediator
Association for the Treatment of Sexual Abuse

Exhibit B

## PROFESSIONAL SOCIETIES (cont'd)

American Board of Sexology - Diplomate
International Society for Prevention of Child Abuse and Neglect
American Board of Forensic Examiners
Florida Psychological Association
Alachua County Domestic Violence Task Force.
Florida Association for the Treatment of Sexual Abuse
Division of Clinical Neuropsychology (Division 40, APA)

## PROFESSIONAL ACTIVITIES:

Florida Bar-Grievance Committee (8th Judicial Circuit)
Testified - Florida Supreme Court - Gender Bias in Custody Cases, May 1988.
Mayor's Commission on Children and Youth.
Alachua County Hard Drug Committee - Subcommittee on Detention
and Rehabilitation.
Advisory Board, Gainesville Group Living Home.
Advisory Board, Journal on Drug Abuse.
Graduate of U.S.O.E. and the University of Miami School of Medicine,
Southeast Regional Drug Education Training Program, Miami, Florida (August
1973).
Subcommittee on Vietnam Veterans, V.A. Hospital.
Guest Reviewer, Journal of Applied Behavior Analysis (Vol. 18).
Guest Reviewer, Journal of Gerontology, 1977.
Associate Editor, Sexuality and Disability.
Chairman, Children's Mental Health Committee (Alachua County), 1981 -
1984.
Child Advocacy Council of Alachua County.
Director, Child Sexual Abuse Treatment Program.
Consultant, District III Mental Health Board Advisory Task Force.
Examiner, American Board of Sexology.
Consultant/Team member, Correctional Privatization Commission (Review
Grant Proposals for Florida Sexual Violent Predators Treatment Program/
Jimmy Ryce Act)
North Florida Internet Crimes Against Children Task Force

## LICENSES AND CERTIFICATION:

Clinical Psychologist - Florida, August 1972, License #002364
Certification - Sex Counselor, November 1975, Center of Marital and Sexual
Studies
Certification - Sex Therapy, American Association of Sex Educators,
Counselors,   and Therapists, April 1978
Member - American Academy of Family Mediators, 1984
Diplomate - American Board of Sexology
Diplomate - American Board of Forensic Examiners
Certification - Crimes Against Children, May, 1998
Diplomate - American Board of Psychological Specialties - Neuropsychology

3

Exhibit B

## HONORS:

Listed in "Personalities of the South"
"Physician of the Year" - Florida Disability Examiners, 1978
International Directory of Distinguished Psychotherapists
Certification of Appreciation - Florida Council on Crime and Delinquency

## FORENSIC EXPERIENCE:

### Clinical

Director, Child Sexual Abuse Treatment Program (1977 - present)
Director, Sexual Offender Treatment Program (1975 - present)
Director, Family Abuse Treatment Program (1988 - present)

### Evaluations

| | | |
|---|---|---|
| Competency and Sanity | - | 12246 |
| Baker Act | - | 222 |
| Child Custody | - | 597 |
| First Degree Murder | - | 1469 |
| Death Row | - | 434 |
| Sex Offender | - | 3552 |
| Sex Abuse Victims | - | 947 |
| Jimmy Ryce Evaluations | - | 265 |
| Personal Injury Evaluations | - | 531 |

### Testifying

| | | |
|---|---|---|
| Civil Cases | - | 690 |
| Criminal Cases | - | 1326 |

## QUALIFIED AS EXPERT IN THE FOLLOWING SPECIALTY AREAS

Sexual Abuse
Sexual Offenses and Sexual Predator Prediction
Battered Child Syndrome
Battered Woman's Syndrome
Rape Trauma Syndrome
Death Row Personality Profiles
Eyewitness Identification
Wrongful Death
Post Traumatic Stress Disorder
Neuropsychology
Hate Crimes
Parental Alienation Syndrome

4

## QUALIFIED AS EXPERT IN THE FOLLOWING COURTS

State (Florida, Georgia, Alabama, Pennsylvania, Massachusetts, New Jersey)

Federal

Military

## BIBLIOGRAPHY

Krop, H.D.    Education and the Self-Concept of the Mentally Retarded.    Training School Bulletin, 1968, 65, 57-64.

Krop, H.D.    Effects of Extrinsic Motivation, Intrinsic Motivation, and Intelligence on Creativity: A Factorial Approach.    Journal of General Psychological, 1969, 80, 259-266.

Krop, H.D.    Alegre, C.E. and Williams, C.D.    Effect of Induced Stress on Convergent and Divergent Thinking.  Psychological Reports, 1969, 24, 895-898.

Krop, H.D.    and Smith, C.R.    Effects of Special Education on Bender-Gestalt Performance of the Mentally Retarded.    American Journal of Mental Deficiency, 1969, 73, 693-699.

Krop, H.D.    Schatz, M. and Williams, C.D.    Effects of Psychological Stress on Originality Following Free-Association Training.  (Unpublished paper), 1969.

Krop, H.D.    Perceptual Preferences of the Mentally Retarded.    Training School Bulletin, 1970, 66, 188-190.

Krop, H.D.    Token Economy Manual:  Development of a Token Economy System for South Florida State Hospital Children's Division.    (Unpublished paper), 1970.

Krop, H.D.    Modification of Hyperactive Behavior of a Brain-Damaged, Emotionally Disturbed Child. Training School Bulletin, 1971, 68, 49-54.

Krop, H.D.    and Freund, J.    Modification of Social Skills by Group Behavior Rehearsal. (Unpublished paper), 1971.

Krop, H.D.    Calhoun, B. and Verrier, R.    Modification of the "Self-Concept" of Emotionally Disturbed Children by Covert Reinforcement.    Behavior Therapy, 1971, 2, 201-204.

5

## BIBLIOGRAPHY (cont'd)

Krop, H.D.    Effects of Anxiety and Defensiveness on Originality and Originality Training on Elementary School Children.  Paper read at A.P.A., Honolulu, 1972.

Krop, H.D.    Behavioral Procedures in Community Settings.  Symposium presented at Association for the Advancement of Behavior Therapy, New York, 1972.

Krop, H.D.    Training Originality in Elementary School Children.  APA Proceedings, 1972.  Also published in Research in Education, 1973, 64, 317-322.

Krop, H.D.    and Cohen, E.  The Predictive Validity of the BIP.  Paper read at SEPA, Atlanta, 1972.

Krop, H.D.    and Cohen, E. and Block, J.  Continuous Oxygen Therapy in Chronic Obstructive Pulmonary Disease: Neuropsychological Effects.  APA Proceedings, 1972.

Krop, H.D.    Chudnovsky, N., Van Den Abell, T.  A Multi-Level Behavioral Treatment Approach for Psychiatric Patients: No Tokens Please.  (Unpublished paper), 1972.

Krop, H.D.    A Broad Spectrum Treatment Approach to Sexual Deviancy (Unpublished paper), 1973.

Krop, H.D.    Good Guys Don't Always Wear White Coats; Utilization of a "Behavior Mod" Squad with Psychiatric Patients.  Symposium presented at Southeastern Psychological Association, New Orleans, 1973.

Krop, H.D.    Cohen, E. and Block, J.  Neuropsychological Effects of Continuous Oxygen Therapy in Chronic Obstructive Pulmonary Disease.  Chest, 1973.

Krop, H.D.    Perez, R. and Beaudoin, D.  Modification of the Self-Concept of Adult Psychiatric Patients by Covert Reinforcement.  Advances in Behavior Therapy, R. Rubin (Ed.), Academic Press, New York, 1973.

Krop, H.D.    Behavior Therapy of Sexual Deviancy.  In J. Masserman (Ed.) Current Psychiatric Therapies, Vol. 14, Grune and Stratton: New York, 1974.

Krop, H.D.    Reiner, C. and Messenger, J.  Increasing Eye-Contact by Covert Reinforcement.  International Development, 1974, 4, 51-57.

Lordahl, D.    Krop, H. and Jacobson, L.I.  Information Processing Using Number Systems with Bases Higher Than Ten.  Journal of Verbal Learning and Verbal Behavior, 1974, 155-160.

Exhibit B

## BIBLIOGRAPHY (cont'd)

Poetter, R.    Alvarez, C., Van Den Abell, T., and Krop, H.D.    Utilization of Paraprofessionals on an In-patient Treatment Team.    Hospital and Community Psychiatry, 1974, 25, 305-307.

Krop, H.D.    and Krause, S.    The Elimination of a Shark Phobia by Self-Administered Systematic Desensitization.    Behavior Therapy and Experimental Psychiatry, 1976, 7, Number 3.

Block, A.J.    Krop, H.D. and Cohen E.    Neuropsychological Changes Following Continuous Oxygen Therapy in the Aged.    Proceedings, 29th Annual Scientific Meeting of the Gerontological Society.    New York, October,1976.

Krop, H.D.    Block, A.J., Cohen, E. and Burgess, D.M.  Continuous Oxygen Therapy in the Aged.  Paper read at National Academy of Science, Washington, D.C., September 1976.

Krop, H.D.    and Burgess, D.M.    A Precision Taught "Behavioral Counseling" Course.  (Unpublished paper)

Krop, H.D.    Jackson, E., Mealiea, W., and Burgess, D.  Systematic Desensitization of Dental Phobias.  Paper read at the Association for Behavior Therapy Convention, New York, December 1976.

Krop, H.D.    Block, A.J., Cohen, E., Croucher, R.    Neuropsychological Effects of Continuous Oxygen Therapy in the Aged.  Chest, 1977.

Krop, H.D.    Mehta, J.    Psycho-social Aspects of the Acute Myocardial Infarction Patient:    Preliminary Report (abstract).    American College of Cardiology, 27th Annual Session, 1978 (March).

Krop, H.D.    Mehta, J.  Sex Counseling After Heart Attack.  Medigrams, 1978.

Krop, H.D.    Block, J. and Cohen, E.    Neuropsychological Effects of Continuous Oxygen in the Aged.    Journal of Continuing Education in Geriatrics, 1978.

Krop, H.D.    Sexual Counseling of the Cardiac Patient.    Paper presented at the Cardio-Pulmonary Disorder-Forum, 1978, Gainesville, Florida.

Krop, H.D.    My Most Unusual Sex Case.  Medical Aspect of Human Sexuality.

Krop, H.D.    Sex Counseling Following Myocardial Infarctions.  Paper presented at the National Sexual Institute, April 1978, Washington, D.C.

Krop, H.D.    Hall, D. and Mehta, J.    Sexual Concerns After Myocardial Infarction.  Sexuality and Disability, 1979, 2, (2).

7

Exhibit B

## BIBLIOGRAPHY (cont'd)

Burgess-Krop, D. and Krop, H.   Sexual Arousal and Heterosexual Attitudes of Women.   Paper presented at the S.E. Regional AASECT Convention, October 1978, Asheville, NC.

Krop, H.D.   and Mehta, J.   The Nature and Incidence of Sexual Dysfunctioning Following Myocardial Infarction.   Clinical Research, December 1978.

Jakes, A.   Krop, H., Mehta, J., McLane, M., and Thomas R.   The Role of the Psychologist on a Cardiac Care Unit.   Paper presented at the Florida Psychological Association, 1979, Jacksonville Beach, Florida.

Jackson, E.   Mealiea, W. and Krop, H.   Dental Fears: Perceptions of Various Professional and Non-Professional Groups.   Paper read at the International Association of Dental Research, Washington, D.C., March 1978.

McLane, M.   Krop, H. and Mehta, J.   Psychosocial Adjustment and Counseling after Myocardial Infarction.   Annals of Internal Medicine, 1980.

Krop, H.D.   Utilization of Assertive Training to Collect Monies from an Organized Charity.   Paper presented at AABT Meeting, New York, November, 1980.

Hoon, Emily Krop, H. and Wincze, J.   Sexuality In Behavioral Modification for Women, New York: Guilford Press, 1983.

Neidigh, L.   and Krop, H.D.   Cognitive Distortions Among Sexual Offenders. Journal of Sex Education and Therapy. 18, No.3, 1992, pp 208 - 215.

Krop, H.D.   and Burgess, D.   Use of Covert Modeling in the Treatment of a Sexual Abuse Victim.   In J. Cautela and A. Kearney (Eds).   Covert Conditioning Casebook, Chapter 16, Brooks/Cole, Pacific Grove, Ca., 1993.

Neidigh, L.   and Krop, H.D.   Sexual Offender Specific: A 10-Step Guided Treatment Manual for the Prevention of Sexual Offenses. (Revised), 1999

Dunbar, E.   and Krop, H.D., and Sullawya, M.   From Hatred to Homicide: Demographic, Psychometric, and Diagnostic Dimensions of Bias - Motivated Murders.   Paper presented at APA Meeting, Boston, August, 1999.

Krop, H.   Psychological Profiles of Death Row Inmates.   Paper Presented at American College of Forensic Examiners Meeting, New York, October, 1999.

## BIBLIOGRAPHY (cont'd)

Krop, H.     Psychological Profiles of Death Row Inmates.  The Forensic Examiner. 9, Nos. 1 and 2, 2000, p 32.

## WORKSHOPS:

Behavioral Approach to Sexual Deviancy.  Florida Council on Crime and Delinquency, Miami Beach, Florida, July 1973. (cont'd)

Behavioral Approaches for Sexual Deviancy.  Division of Vocational Rehabilitation, Gainesville, Florida, November 1973.

Self-Control.     Southeastern Association for Behavior Therapy, Atlanta, GA, November 1973.

Behavior Modification of Weight Control.     Gainesville Dietetic Association, Gainesville, Florida, September 1974.

Behavior Modification in Nursing.  Association for the Advancement of Behavior Therapy, Chicago, IL, November 1974.

Integrating Behavior Therapy in Nursing.  Association for the Advancement of Behavior Therapy, Chicago, IL, November 1974.

Behavior Modification in Nursing.  Association for the Advancement of Behavior Therapy, San Francisco, CA, December 1975.

Integrating Behavior Therapy into Social Work Practice.  Barry College, Miami, Florida,  April 1975.

Behavior Therapy for Women.  Southeastern Psychological Association, New Orleans, LA, March 1976.

Workshop in Classroom Behavioral Techniques.  Bradford County School Board, April 1976.

Behavioral Modification for the Emotionally Disturbed Child. Marion County School Board, Ocala, Florida,  August 1976.

Workshop in Sexual Counseling.  University of Florida, June 1976.

Behavioral Techniques in Substance Abuse.  Santa Fe Community College, January 1977.

"Everything You Always Wanted to Know About Sex Therapy But Were Afraid to Ask."  Mental Health Forum, Alachua County Mental Health Association, May 1977.

## WORKSHOPS (cont'd)

Clinical Sex Therapy.  Southeastern Psychological Association, Atlanta, GA, March 1978.

Marital and Sexual Enhancement.  Mental Health Forum, Alachua County Mental Health Association, May 1978.

Sexual Enhancement.  S.E. Regional AASECT Convention, Asheville, NC, October 1978.

A Guide for Open Sexual Communication.  Mental Health Forum, Alachua County Mental Health Association, May 1979.

Sexual Abuse of Children.  Planned Parenthood, Jacksonville, Florida, November 1979.

Female Sexual Dysfunction.  University Hospital, Jacksonville, Florida, April 1981.

Mental Retardation and Sexuality.  American Retarded Council, Ocala, Florida, October 1981.

Forensic Psychology.  Mental Health Forum for Professionals, Duval County Mental Health Association, November 1982.

Sexual Adjustment in the Arthritic.  Northeast Florida Arthritis Center, Jacksonville, Florida, June 1982.

Sexual Dysfunction.  Planned Parenthood, Gainesville, Florida, November 1982.

Sex and the Single.  Jacksonville Jewish Federation, Jacksonville, Florida, May 1982.

Enhancing Sexual Relationships.  Mental Health Forum, Duval County Mental Health Association, March 1982.

Criteria for Selection of Penile Prosthesis Patients.  Annual Meeting, Association of Sexual Therapists and Counselors, Charleston, SC, May 1983.

Enhancing Sexual Relationships.  Mental Health Forum, Duval County Mental Health Association, March 1983.

The Psychologist in the Courtroom.  VA Medical Center, Gainesville, Florida, June 1983.

Children Sexually Abused Within the Family.  Jacksonville, Florida, March 1984.

10

Exhibit B

**WORKSHOPS** (cont'd)

Forensic Issues. Fourth Annual Professional Forum, Jacksonville, Florida, November 1984.

Competency Evaluations. VA Medical Center, Gainesville, Florida, April 1985.

Sexuality and Day Treatment Center Clients. VA Day Treatment Association of Florida, Orlando, Florida, May 1985.

Sexuality and Changing Lifestyles. Singles Expo, Jacksonville, Florida, May 1985.

Spina Bifida as a Total Person: Addressing Sexual Needs and Concerns. Spina Bifida Association, Jacksonville, Florida, September 1985.

The Forensic Psychologist. University of Florida, Gainesville, Florida, August 1985.

Dealing with Psychological Evidence. Life Over Death Seminar, Florida Public Defender Association, Crystal River, Florida, March 1986.

Dealing With the Expert Witness in Sexual Abuse Cases. Florida Public Defender Association Annual Summer Conference, August 1986.

Distinguishing True from False Allegations of Child Abuse. VOCAL, Tampa, Florida, December 1986.

Dealing With the Expert Witness in Sexual Abuse Cases. Florida Public Defender Association Annual Summer Conference, August 1986.

Distinguishing True from False Allegations of Child Abuse. VOCAL, Tampa, Florida, December 1986.

Using Mental Health Testimony in Sexual Abuse Cases. Florida Public Defenders, Association Conference, Orlando, Florida, March 1987.

Treatment of Sexual Dysfunction. Marion County Mental Health Association, Ocala, Florida, February 1987.

Sexuality and the Geriatric Patient. University of Florida Physicians Assistant Program, Gainesville, Florida, April 1987.

Sexual Abuse: Treatment Strategies and Clinical Interventions. National Association of Social Workers, Jacksonville, Florida, January 1987.

Forensic Issues Surrounding Physical and Sexual Abuse. Alachua County Mental Health Association, May 1987.

11

Exhibit B

**WORKSHOPS** (cont'd)

Understanding Psychological Testimony.  Family Law Seminar, Jacksonville Bar Association, Amelia Island, Florida, May 1987.

Selected Trial Skills: Using and Cross-Examining Expert Witnesses.  Advance Trial Advocacy Training Program for Public Defenders, Florida State University College of Law, Tallahassee, Florida, May 1987.

The Mental Health Expert - Testifying Skills.  VA Medical Center, Gainesville, Florida, May 1987.

Cross-Examining Expert Witnesses - Sexual Abuse.  Advance Trial Advocacy Training Program for Public Defenders, Florida State University, College of Law, Tallahassee, Florida, August 1987.

Putting the Pieces Together Through Training  -  Sexual Abuse. Department of Health  and Rehabilitative Services and Duval County School Board, Jacksonville, Florida, October 1987.

Child Sexual Abuse.  Florida Education Association/United 102nd Annual Convention, Miami, Florida, October 1987.

Alternatives to Sentencing - Deferred Prosecution Programs.  Valuing the American Family, Tampa, Florida, October 1987.

Psychologist as Expert Witness.  VA Medical Center, Gainesville, Florida, March 1988.

Distinguishing True from False Sexual Abuse Allegations.  Statewide Child Protection Team Conference, Gainesville, Florida, July 1988.

Differentiating True from Fabricated Sexual Abuse Allegations.  Ninth Annual Forum for Mental Health Professionals, Jacksonville, Florida, November 1989.

Evaluating the Sexual Abuser.  Naval Air Station, Jacksonville, Florida, February 1990.

Evaluation and Treatment of Sex Offenders.  Third Annual Psychiatric Update, Baptist Medical Center, Ponte Vedra, Florida, February 1990.

Investigating Child Sexual Abuse in Day Care Centers.  NASW-Duval County Annual Meeting, Jacksonville, Florida, May 1990.

Children and Truthfulness.  FACDL Third Annual Meeting, Amelia Island, Florida, June 1990.

12

Exhibit B

## WORKSHOPS (cont'd)

Crisis Intervention - Legal Perspectives.  VA Medical Center, Gainesville, Florida, July 1990.

The Accountability and Treatment of the Juvenile Sex Offender.  Jacksonville, Florida, February 1991.

Sexual Abuse:  Differentiating True from False Allegations - Clinical and Forensic Issues.  Fourth Annual Psychiatric Update Conference, Ponte Vedra, Florida, February 1991.

The Children's Hour:  Perils of Litigating Cases Involving Children.  Annual Meeting - American Bar Association, Atlanta, GA,  August 1991.

Direct Examination of an Expert Witness, Florida Public Defender's Conference, Tampa, Florida,  January 1992.

Breaking Up Is Hard To Do - Custody and Visitation: Role of the Psychologist.  National Education Network, Jacksonville, Florida,  February 1992.

The Deadliest Accusation - Child Sexual Abuse in the Nineties.  Association of Trial Lawyers of America, Los Vegas, Nevada, May 1993.

Issues in Sexual Abuse - Key Defense Conference, Key West, Florida, July 1993.

Human Memory and Sex Abuse Cases.  Canadian Criminal Lawyers Association, Toronto, November 1993.

Invalidating the Validator.  Academy of Florida Trial Lawyers, Orlando, Florida, November 1993.

Suggestibility and Sexual Abuse Disclosures.  FACDL, Fall Seminar, Orlando, Florida September 1994.

Forensic Issues in Sexual Abuse.FPA (North Central Florida Chapter), Gainesville, Florida.  January 1995.

Mental Health Evidence - Death is Different II.  Second Annual FACDL Death Penalty Seminar, West Palm Beach, Florida.  March 1996.

Sexual Abuse: The Mental Health Professional's Involvement in the Criminal Justice System, Florida Public Defender's Conference.  Key West, Florida.  July 1996

Use of Psychological Experts in Sexual Abuse Cases.  Naval Legal Services Counsel, Kings Bay, GA.  September 1996.

Exploring the Criminal Mind.  1997, Florida Literacy Conference, Jacksonville, Florida.  February 1997

## WORKSHOPS (cont'd)

Parental Alienation Syndrome - Uses & Misuses.  Broward County Bar Association, Fort Lauderdale, Florida.   February 1998

The Juvenile Hate Offender - Psychological Profiles.  Anti Defamation League, Philadelphia, PA,  October 1998.

Child Witnesses in a Sexual Abuse Case.  Naval Legal Service Office SE. Kingsbay, GA,  January, 1999.

Assessment of Sexual Offenders.  Broward County Circuit Court.  Ft. Lauderdale, FL, February, 1999.

Jimmy Ryce Act - Update: Use of Actuarial Risk Assessment. Florida Public Defenders Conference. Key West, FL, August, 1999

Using and Testifying About Sex Offender Risk Assessment and Instrumentation. Association for the Treatment of Sexual Abusers.  Orlando, FL, September, 1999.

From Hate to Homicide: Clinical Profiling of Bias Criminals.   Society for the Psychological Study of Social Issues.  U.C.L.A., October, 1999.

Jimmy Ryce Act Update: Conducting Comprehensive Evaluations. Florida Public Defenders Conference, Orlando, FL, August, 2000.

Jimmy Ryce in 2000: Florida Public Defenders Conference, Key West, FL, December, 2000.

Identifying Mentally Ill Patients: Florida Public Defenders Conference, Key West, FL, December, 2000.

HBO's *The Laramie Project*   Film Screening and Panel Discussion, USF-Tampa, FL, March 2002

Sexual Deviancy:   Florida Public Defenders Conference, Key West, FL, August, 2002.

Psychological Assessment of Sexual Offenders; Department of Forensic Psychiatry, Shands @ UF, April 2003.

Assessing and Understanding the Sex Offender/Rights of the Sex Offender; Department of Forensic Psychiatry, Shands @ UF, April 2004.

Considering Homicidal Hate Crimes:  The Dominant Aggravator, Consortium of Police Psychologist Conference, Gainesville, FL, May 2004

14

Exhibit B

## WORKSHOPS (cont'd)

The Mental Health Expert in Capital Cases, The Florida Association of Clinical Defense Lawyers, Tampa, FL, February, 2005

Use of Neuropsychology in Capital Cases, The Florida Association of Clinical Defense Lawyers, Tampa, FL, February, 2005

Communicating With the Sex Offender, North Florida Internet Crimes Against Children Task Force, City of Gainesville Police Department, April, 2005

Mental Health Mitigation in Capital Murder Cases, Criminal Defense Lawyers Association, Ft Lauderdale, Fl, February, 2006

Evaluation and Treatment of Sex Offenders, Department of Forensic Psychiatry, Shands @ UF, April 2006.

Mental Health Professionals in Death Penalty Cases, Department of Forensic Psychiatry, Shands @ UF, May 2006

Parental Alienation Syndrome, Family Law Advisory Group, February 2008

How to Develop and Prepare Mental Health Mitigation and Other Related Mitigation in Capital Cases in Florida, Life Over Death XXVII, Naples, FL, September 2008

Identifying Mental Health Issues, Capital Mitigation Investigation Workshop, Orlando, FL, January 2009