IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No.: 4:02-992-JFA |
| | ) | |
| v. | ) | NOTICE TO COUNSEL |
| | ) | REGARDING SCHEDULING |
| CHADRICK E. FULKS. | ) | |
| | ) | |
| _____ | ) | |

Counsel should be advised that due to a long-standing conflict, it will be necessary to adjourn the hearing in the above entitled action no later than 1:00 p.m. on Thursday, February 25, 2010. So as not to lose any more time than necessary, it is the court's intention to forego the lunch break on February 25 and conduct the hearing from 9:30 a.m. to 1:00 p.m. The court will resume the hearing Friday, February 26, 2010 at 9:30 a.m. Counsel are advised to plan their schedules accordingly.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

February 12, 2010                           Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge