IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

UNITED STATES OF AMERICA,   )   CIVIL ACTION NO. 4:02-992-JFA
                            )
          Respondent,       )
                            )
        vs.                 )
                            )
CHADRICK E. FULKS           )
                            )
          Petitioner.       )


<u>NOTICE OF FILING</u>

I, the undersigned Assistant United States Attorney for the District of South Carolina, hereby file the following document(s) via CM/ECF with the United States District Court.

DECLARATION OF JEFFREY M. LONG


KEVIN F. MCDONALD
Acting United States Attorney


BY: <u>s/Robert F. Daley, Jr.</u>
ROBERT F. DALEY, JR. (ID #6460)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000