*exh #1 admitted*

| Petitioner's Evidentiary Hearing Exhibit List | | | |
|---|---|---|---|
| *Exh. No.* | *Brief Description* | *Bates Range/Page Range* | *Objections + witness* |
| P1 | Declaration of Heather Roche | 1-20 | Respondent Objects. Gov't w/draws Obj - 2/24 |
| P2 | Voir Dire Outline | 1-2 | |
| P3 | Trial Phone and Address List | 1-9 | |
| P4 | Notes on Fulks and Venn (05/12/03) | | w/drawn - 2/26/10 |
| P5 | DNA Confirmation Report (07/24/09) | 1-8 | |
| P6 | WMBF News Article Titled "Remains of Missing Woman Identified" (7/24/09) | | |
| P7 | FBI 302 Report (04/28/03) | 02292-02298 | Blume 2-22 |
| P8 | Notice of Intent to Seek Death Penalty as to Defendant Chadrick Evan Fulks (09/12/03) | 1-8 | |
| P9 | Map of Intersection: WT and LB Roads - Generated by Google Maps (07/17/09) | PA#43 | |
| P10 | Caison's Map | PA#44 | |
| P11 | Map that Fulks sent to Caison | PA#45 | |
| P12 | SC Now article titled "Search ends for possible Alice Donovan remains" (07/11/09) | PA#46 | |
| P13 | SC Now article titled "Sources: Convicted Alice Donovan killer sent map to Conway police in late 2006" (04/09/09) | PA#50 | |
| P14 | StarNewsOnline article titled "Death row inmate guided searchers to woman's remains" (01/27/09) | PA#52 | |
| P15 | 2008 Fulks Map | PA#54 | |
| P16 | Hilkey MMPI-2 Studies (01/20/04) | FULKS_OMM0011514-524 | |
| P17 | Officer's Report re: HCPD Case #02-089910 Alice Donovan Investigation-DNA Confirmation Report (07/24/09) | 1-8 | |
| P18 | Missing Persons DNA Database Report by University of North Texas Health Science Center at Fort Worth (07/23/09) | 1-3 | |
| P19 | Roche Email Correspondence re: Donovan Search in 2004 | 1-6 | |
| P20 | MMPI-2 (Test Date 01/05/04) | | Hilkey 2-24 |
| P21 | MCMI-III (08/12/03) | | Hilkey 2-24 |
| P22 | Personality Assessment Inventory Clinical Interpretive | | Hilkey -2-24 |
| P23 | Structured Interview of Report Symptoms (01/05/04) | 1-2 | Hilkey 2-23 |

| Exh. No. | Brief Description | Bates Range/Page Range | Objections |
|---|---|---|---|
| P24 | Jury Trial Transcript Volume XXI re: No mental illness | 229-230 | |
| P25 | Jury Trial Transcript Volume XV re: Ward-Bruning (06/21/04) Jury Trial Transcript Volume XIV re: Ward-Bruning | 9-30 (Vol. XV) 267-276 (Vol. XIV) | |
| P26 | Jones Interview | None | |
| P27 | Jury Trial Transcript Volume XXI re: Mitigation Instructions to Jury (06/29/04) | 273-291 | |
| P28 | Simcox Evaluation (08/05/98) | 09518-09529 | |
| P29 | Pretrial Transcript (Hewett) 02/25/04) | 313-319 410-416 | |
| P30 | Hewett Report (12/03/02) | 00814-00818 | Blume 2/22 |
| P31 | Special Verdict Forms (06/30/04) Count One - Carjacking Resulting in Death Count Two - Kidnapping Resulting in Death | 1-11 1-11 | Blume 2/22 |
| P32 | Volume 1 of Jury Selection (05/10/04) | 1/1-276 | |
| P33 | Volume 2 of Jury Selection (05/11/04) | 2/1-301 | |
| P34 | Volume 3 of Jury Selection (05/12/04) | 3/1-318 | |
| P35 | Volume 4 of Jury Selection (05/13/04) | 4/1-209 | |
| P36 | Volume 5 of Jury Selection (05/14/04) | 5/1-322 | |
| P37 | Volume 6 of Jury Selection (05/17/04) | 6/1-270 | |
| P38 | Volume 8 of Jury Selection (05/19/04) | 8/1-296 | |
| P39 | Excerpt of Jury Selection Voir Dire Examination of Juror Sylvia Allison (05/19/04) | 1-36 | |
| P40 | Volume 9 of Jury Selection (05/20/04) | 9/1-213 | |
| P41 | Volume 10 of Jury Selection (05/21/04) | 10/1-76 | |
| P42 | Excerpts of Jury Trial Transcript Volume 16 re: Killing (06/22/04) | 250-256 | |
| P43 | Memo from C. Hinkle to J. Blume, S. Johnson re: FULKS - Consciousness of Guilt, Penalty Phase (03/17/04) | 1-7 | Johnson 2/25 |
| P44 | Resume of Andrea D. Lyon | 1-9 | |
| P45 | Memo from M. Jury to J. Blume re: Fetal Alcohol Syndrome (05/07/04) | 1-3 | Blume 2/22 |

| Exh. No. | Brief Description | Bates Range/Page Range | Objections |
|---|---|---|---|
| P46 | Memo from C. Davenport to J. Blume, S. Johnson re: Fetal Alcohol Spectrum Disorders (FASD) (11/10/03) | 1-28 | Blume 2/22 |
| P47 | Memo from K. Palumbo to J. Blume, S. Johnson re: Fetal Alcohol Syndrome (05/09/03) | 1-19 | Blume 2/22 |
| P48 | Roche Computer Printed Topography Map and Photos (April 30-May 1, 2004) | 1-3 | |
| P49 | Resume of Heather Roche - Search and Recovery | 1-3 | |
| P50 | Roche Overlay Map | 1 | |
| P51 | Roche Email Correspondence re: Donovan Search in 2004 | 1-6 | |
| P52 | Roche Highlighted Topographical Map | 1 | |
| P53 | Excerpts of Agent Long's Testimony from Jury Trial Transcript Volume 11 (06/15/04) | 1, 19-20, 24-32, 60-62, 77-85, 96-97, 100, 108-111, 143, 146-147 | |
| P54 | Long's Handwritten Interview Notes re: Chadrick Fulks (04/21/03) | 03944-03955 | |
| P55 | Sylvia Allison's Juror Questionnaire (02/11/04) | 1-9 Sealed | Blume 2/22 |
| P56 | Email from J. Blume to B. Nettles re: Fulks. Disclosing Devon to Venn (05/13/03) | 1-2 | withdrawn 2/26/10 |
| P57 | Joe T. Jones Interview Notes (01/22/04 (Casey and Mary)) | 1-4 | Johnson 2/25 |
| P58 | Excerpts of Jury Trial Transcript Volume 21 re: Government's Closing Argument (06/29/04) | 1, 119-120, 126, 220-221 | |
| P59 | Excerpts of Jury Trial Transcript Volume 1 re: Mr. Schools Opening Statement (06/01/04) | 1, 57 | |
| P60 | Excerpts of Jury Trial Transcript Volume 10 containing Agent Long's Testimony (06/14/04) | 1, 202-203, 206-207, 238-242 | |
| P61 | Excerpts of Jury Trial Transcript Volume 19 containing Heather Roche's Testimony ( 06/25/04) | 1, 5-16 | |
| P62 | Excerpts of Jury Trial Transcript Volume 19 containing Pete Skidmore's Testimony ( | 1, 39-44, 59 | |
| P63 | Excerpts of Jury Trial Transcript Volume 15 containing Angie Warner's Testimony (06/21/04) | 1, 265 | |

| Exh. No. | Brief Description | Bates Range/Page Range | Objections |
|---|---|---|---|
| P64 | Excerpts from Jury Trial Transcript Volume 16 containing Barry Donovan's Testimony | 1, 82 | |
| P65 | Forensic Evaluation of Chadrick Fulks from the Federal Medical Center, Mental Health Division (Date of Report 02/19/04) | 1-19 | Hilkey 2/24 |
| P66 | Defendant's Memorandum of Law Regarding the Propriety of a Guilty Plea to Counts 1 and 2 of the Superseding Indictment under the Theory of Vicarious Liability Established in Pinkerton v. United States (05/06/04) | 1-9 | Blume 2/22 |
| P67 | Memorandum of the United States in Response to Issues Raised by the Court in Connection with the Defendant's Attempt to Plead Guilty to the Indictment (05/05/04) | 1-18 | Blume 2/22 |
| P68 | One page of handwritten notes titled "Dr. Hilkey 12/29/04" | 1 | Blume 2/22 |
| P69 | Excerpts of Jury Trial Transcript Volume 10 containing Hewett testimony ( 09/27/04) | 1, 2, 4-56 | |
| P70 | Change of Plea Proceedings Transcript (05/04/04 & | 1-197 | Blume 2/22 |
| P71 | Roche - Bay Area Recovery Canines Mission Reports; Subject: Alice Donovan (04/21/04 & 06/02/04) and map | PA#47 | Blume 2/22 |
| P72 | Correspondence from Fulks to J. Blume, J. Gasser and B. Nettles titled "Notice to Drop Appeal" (08/08/06) | 1-2 | |
| P73 | Handwritten correspondence from Fulks to I. Bailey at Suntimes (10/28/08) | 1-8 | |
| P74 | Excerpt of Jury Trial Transcript Volume 20 re: Mitigation (06/28/04)  Excerpt of Jury Trial Transcript Volume 21 re: Mitigation | 1, 220  1, 6-8 | |
| P75 | Declaration of Linda Adkins | | |
| P76 | Declaration of James E. Aiken | | |
| P77 | Declaration of Mark D. Cunningham | | |

| Exh. No. | Brief Description | Bates Range/Page Range | Objections |
|---|---|---|---|
| P78 | Declaration of Sharon Dotson | | |
| P79 | Declaration of Martha Floyd | | |
| P80 | Declaration of Mark Fulks | | |
| P81 | Declaration of Nathan Fulks | | |
| P82 | Declaration of Ronnie Fulks | | |
| P83 | Declaration of Tracy Graybeal | | |
| P84 | Declaration of Seymour L. Halleck | | |
| P85 | Declaration of James H. Hilkey | | *Hilkey – 2/24* |
| P86 | Declaration of Tim Kane | | |
| P87 | Declaration of Andrea Lyon | | |
| P88 | Declaration of Margaret Melikian | | |
| P89 | Declaration of William Alexander Morton, Jr. | | |
| P90 | Declaration of Matthew Rawlings | | |
| P91 | Declaration of Andrea Roddy | | |
| P92 | Declaration of Elvin Taylor | | |
| P93 | Declaration of Mark Thompson | | |
| P94 | Declaration of Harry Tyree | | |
| P95 | Declaration of Monica Wolowinski | | |
| P96 | Letter from Gasser to West Virginia Department of Corrections re: Beth McGuffin, dated January 11, 2005 | | |
| P97 | Excerpt of Brandon Basham Jury Trial Transcript 9/27/04 Excerpt of Brandon Basham Jury Trial Transcript 9/29/2004 | 10-53; 10-54<br><br>12-79; 12-80; 12-81; 12-82 | |
| P98 | Excerpts of Brandon Basham Motions Hearing 2/25/2004 | 1-2; 52-87 | *Blume 2/22* |

| Exh. No. | Brief Description | Bates Range/Page Range | Objections |
|---|---|---|---|
| P99 | Excerpts of Jury Trial Transcript Vol. 22 | 216-220 | Blume 2/22 |
| | | | |
| | | | |