# UNITED STATES DISTRICT COURT

### DISTRICT OF _____ SOUTH CAROLINA _____

UNITED STATES OF AMERICA

**EXHIBIT ~~AND WITNESS~~ LIST**

V.

CHADRICK E. FULKS

Case Number: 4:02-CR-992

| PRESIDING JUDGE<br>Hon. Joseph F. Anderson, Jr. | | PETITIONER'S ATTORNEYS<br>Beattie Ashmore/Kirsten Small | RESPONDENT'S ATTORNEYS<br>Robert F. Daley, Jr./ Jimmie Ewing<br>Robert C. Jendron |
| --- | --- | --- | --- |
| TRIAL DATE (S)<br>February 22-26, 2010 | | COURT REPORTER | COURTROOM DEPUTY<br>Mary Floyd |

| PET. NO. | RES. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 1 | 2/23 | | ✓ | Letter, dated March 10, 2003, from Scott Schools and Jonathan Gasser re: Discovery-Documents Bates stamped numbers 1-813 and four video files *Blume* |
| | 2 | 2/23 | | ✓ | Acknowledgment and Acceptance of Responsibility, dated April 8, 2003, signed by Chad Fulks |
| | 3 | 2/23 | | ✓ | Letter, dated April 10, 2003, from Strom Thurmond to Nettles and Blume re: Fulks cooperation *Blume* |
| | 4 | 2/23 | | ✓ | Letter, dated April 11, 2003, from John Blume to Strom Thurmond re: Fulks cooperation |
| | 5 | | | ✓ | Declaration of Scott N. Schools, dated March 11, 2009 |
| • | 6 | 2/22 | | ✓ | Memo, dated March 9, 2004, from Jeff Bloom to John Blume, Bill Nettles re; Focus Group Report *John Blume* |
| | 7 | 2/22 | | ✓ | Fulks Focus Group - March 6, 2004 Outline *Blume, Nettles* |
| | 8 | 2/22 | | ✓ | Focus Group: November 13, 2003 Notes/Outline *Blume* |
| • | 9 | 2/22 | | ✓ | Letter, dated February 24, 2004, from Ellen Berg, M.D. Ph.D., to John Blume *John Blume* |
| | 10 | 2/23 | | ✓ | Defendant's Summary of Testimony that Defense Counsel Intends to Use Under FRE 702, 703 or 705, with attachments, dated March 18, 2004. *Blume* |
| | 11 | 2/22 | | ✓ | "Dr. Margaret Melikian" file from John Blume's Files *Blume* |
| | 12 | 2/22 | | ✓ | Misc. Trial Notes of John Blume re: Margaret Melikian *Blume* |
| • | 13 | 2/22 | | ✓ | Email, dated December 30, 2003, from John Blume to Dr. Margaret Melikian *Blume* |
| • | 14 | 2/22 | | ✓ | Notes of Bill Nettles re: Melikian, dated December 31, 2003 (4 pages) *Blume* |
| | 15 | 2/22 | | ✓ | "Seymour Halleck" file from John Blume's Files *Blume* |
| | 16 | 2/22 | | ✓ | "Dr. James Hilkey, Ph.D". file from John Blume's Files *Blume* |
| • | 17 | 2/22 | | ✓ | Notes of Bill Nettles re: Dr. Hilkey, dated December 29, 2004 *Blume Nettles.* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST - CONTINUATION

| USA | vs. | FULKS | 02-CR-992 |

| PET. NO. | RES. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 18 | 2/22 | | ✓ | Memorandum, dated August 11, 2003, from John Blume to Fulks Team re: Investigation Plan  *Blume* |
| | 19 | 2/22 | | ✓ | Email, dated August 24, 2003 between John Blume and Bill Nettles  *Blume* |
| | 20 | 2/22 | | ✓ | Memo, dated September 18, 2003, from John Blume to Fulks Team re: Investigation, Research, Motions, etc.  *Blume* |
| | 21 | 2/23 | | ✓ | Memo, dated September 18, 2003, from John Blume to Fulks Team re: Investigation, Research, Motions, etc. (with handwriting of Bill Nettles)  *Nettles* |
| | 22 | 2/22 | | ✓ | Email, dated October 7, 2003, from John Blume to Tracey Dean and Drucy Glass re: Fulks  *Blume* |
| | 23 | 2/22 | | ✓ | Email, dated December 21, 2003, from John Blume to Keir Weyble and Bill Nettles  *Blume* |
| | 24 | 2/22 | | ✓ | Memo, dated March 15, 2004, re; Final Push, Investigation, etc. (with Blume's notes)  *Blume* |
| | 25 | 2/23 | | ✓ | Memo, dated March 15, 2004, from John Blume to Other Team Members re: Final Push-Investigation, etc. (with Nettles' notes)  *Nettles* |
| | 26 | 2/22 | | ✓ | Email, dated April 23, 2004, from John Blume to Johnson, Nettles, et al. re: Fulks  *Blume* |
| | 27 | | | ✓ | Fulks April 24-25, 2004 Meeting Notes & Assignments |
| | 28 | 2/22 | | ✓ | Email, dated May 16, 2004, from John Blume to Sheri Johnson, Bill Nettles, et al., re: To Do Thoughts  *Blume* |
| | 29 | 2/22 | | ✓ | State of Indiana GED results for Chad Fulks, dated November 29, 2001  *Blume* |
| | 30 | 2/23 | | ✓ | Letter, dated May 21, 2004, from Ph.D Jane Zenger to AFPD Bill Nettles re: Fulks writing skills  *Nettles.* |
| | 31 | 2/22 | | ✓ | Fulks Family History/Chronology  *Blume* |
| | 32 | 2/23 | | ✓ | Chad Fulks Facts to Prove Chart (with Blume's notes)  *Blume* |
| | 33 | 2/23 | | ✓ | Chad Fulks Facts to Prove Chart (with Nettles' notes)  *Nettles* |
| | 34 | 2/23 | | ✓ | US v. Chadrick Fulks Time Line of Events  *Blume* |
| | 35 | 2/22 | | ✓ | Fulks-Comprehensive Chronology, Confidential Draft - October 24, 2003  *Blume* |
| | 36 | 2/22 | | ✓ | Chadrick Fulks Mental Health History Chart  *Blume* |
| | 37 | 2/22 | | ✓ | Chad Fulks Criminal History Chart  *Blume, Hilkey* |
| | ~~38~~ 4 w/draws 2/23 | | | | Witness contact list |
| | 39 | 2/23 | | ✓ | Good Facts/Bad Facts List  *Blume* |
| | 40 | 2/23 | | ✓ | Memo, dated August 6, 2003, from Jill Rider re: meeting with Chad  *Blume* |
| | 41 | 2/23 | | ✓ | Email, dated August 14, 2003, between John Blume and Bill Nettles  *Nettles* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of __3__ Pages

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | USA | vs. | FULKS | | 02-CR-992 |
|---|---|---|---|---|---|

| PET. NO. | RES. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 42 | 2/23 | | ✓ | Email, dated December 5, 2003, from Bill Nettles to John Blume, et al., re: Yesterdays come to Jesus meeting *Nettles* |
| | 43 | 2/23 | | ✓ | Email, dated July 23, 2003, from Jill Rider to Bill Nettles re: Fulks *Nettles* |
| | 44 | 2/22 | | ✓ | "Steps for a Successful Interview" Sheet *Blume* |
| | 45 | 2/22 | | ✓ | Email, dated May 27, 2004, from David Bruck re: draft opening instructions *Blume* |
| | 46 | | | ✓ | Email, dated June 25, 2004, from David Bruck re: Government's requested instructions in Fulks |
| | 47 | | | ✓ | Fulks-Memo on Objection to Govt's Proposed Instructions |
| | 48 | 2/22 | | ✓ | Memo re: Basham's Criminal record; Memo re: DSS reports on Brandon Basham; Chart re: Basham Jail Records; Chart re: Brandon Basham's Mental Health Records; Chart re: Brandon Basham's Social Services Records *Blume* |
| | 49 | | | ✓ | Voir Dire Outline (with Nettles' handwriting) |
| | 50 | 2/23 | | ✓ | Voir Dire Outlines (with Blume's handwriting) *Blume* |
| | 51 | | | ✓ | Voir Dire Outlines - United States v. Fulks |
| | 52 | 2/23 | | ✓ | "Rating System" document to rate jurors in voir dire *Blume* |
| | 53 | 2/23 | | ✓ | Qualified Juror List (as Rated) *Blume* |
| | 54 | 2/23 | | ✓ | Jury Selection materials from Nettles' files (a. Qualified Juror List (as rated) b. strike lists) *Blume* |
| | 54a | 2/23 | | ✓ | Juror Rating forms *Blume* |
| | 55 | 2/23 | | ✓ | Memo dated May 22, 2004, from Matthew Jury to John Blume, re: Juror Bios *Blume* |
| | 56 | 2/23 | | ✓ | E-mail, dated June 12, 2004, from Bill Nettles to John Blume re: theories on the gun *Blume* |
| | 57 | 2/23 | | ✓ | Memo, dated November 10, 2003, re: Interview with Martha Floyd from Tracey Dean *Blume* |
| | 58 | 2/23 | | ✓ | Interview notes of John Blume dated April 27, 2004, re: Interview of Martha Floyd *Blume* |
| | 59 | 2/23 | | ✓ | Mark Fulks Direct Examination Outline *Blume* |
| | 60 | 2/23 | | ✓ | Blume Notes re: Mark Fulks *Blume* |
| | 61 | 2/23 | | ✓ | Memo, dated April 14, 2003, re: Interview with Mark Fulks from Tracey Dean *Blume* |
| | 62 | 2/23 | | ✓ | Notes from Meeting with Mark Fulks on August 21 7:00 pm *Blume* |
| | 63 | 3/1 | | ✓ | *Original affidavit of Agent Jeff Long* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.