**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:02-992 JFA |
| | ) | |
| Respondent, | ) | **PETITIONER'S RESPONSE** |
| | ) | **TO INQUIRY BY** |
| v. | ) | **THE COURT** |
| | ) | |
| CHADRICK E. FULKS, | ) | |
| | ) | |
| Petitioner. | ) | |
| | ) | |
| | ) | |

COMES NOW Petitioner Chadrick E. Fulks, by and through undersigned counsel, and submits the following information requested by the Court during the evidentiary hearing on this matter. During proceedings on February 23, 2010, the Court asked Mr. Fulks to submit a document compiling information regarding which of his trial counsel conducted the voir dire of each of the twelve jurors who rendered the verdict in Mr. Fulks's penalty-phase trial. Mr. Fulks provides the following response to that request:

**John Blume** conducted the voir dire of the following eight jurors: Sylvia Allison, Agnes Bryan, Richard Goehring, Lisa Harvey, Mary Ellen Huggins, Timothy Kurzwell, Anne Lee, and Karl Nations. **Sheri Johnson** conducted the voir dire of the following three jurors: Pearl Gordon, Elizabeth Plyler, and Cynthia Steele. **Bill Nettles** conducted the voir dire of juror Joni Novinger.

/s/ Kirsten E. Small
Kirsten E. Small (Fed ID No. 10005)
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
PHONE:  864.370.2211
KSmall@nexsenpruet.com

Beattie B. Ashmore (Fed. ID No. 5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
PHONE: 864.467.1001
Beattie@Beattieashmore.com

Attorneys for Petitioner
Chadrick E. Fulks

March 4, 2010
Greenville, South Carolina