IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DVISION

| | |
|---|---|
| United States of America, | No. 4:02-cr-00992-JFA |
| Respondent, | |
| v. | |
| Chadrick E. Fulks, | |
| Petitioner. | |

## **MOTION FOR WITHDRAWAL OF PRO BONO COUNSEL**

Pursuant to Rule 83.I.07 of the Local Civil Rules for the United States District Court for the District of South Carolina, counsel for Petitioner hereby request that the Court allow O'Melveny and Myers attorneys Amy J. Laurendeau, David P. Dalke, Kymberleigh Damron-Hsiao, Danielle N. Oakley, and Stephanie L. Noble (collectively "the O'Melveny attorneys") to withdraw as *pro bono* counsel of record for Mr. Fulks. The O'Melveny attorneys request withdrawal due to irreconcilable differences between Mr. Fulks and themselves relating to strategy and tactics, as well as deterioration of the attorney-client relationship.

In support of this motion, the O'Melveny attorneys acknowledge receipt of Mr. Fulks's "Notice of Termination" dated April 12, 2010 indicating his desire to immediately terminate the legal relationship between himself and O'Melveny & Myers LLP. Mr. Fulks will continue to be represented before this Court by Beattie B. Ashmore (Fed. ID No. 5215) and Kirsten E. Small (Fed. ID No. 10005).

Consistent with Rule 83.I.07, a copy of this motion has been served on Petitioner.

Respectfully submitted,

/s/ Kirsten E. Small (Fed. ID No. 10005)
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
PHONE:  864.370.2211
KSmall@nexsenpruet.com

/s/ Beattie B. Ashmore (Fed. ID No. 5215)
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
PHONE: 864.467.1001
Beattie@beattieashmore.com

April 27, 2010
Greenville, South Carolina

Attorneys for Petitioner
Chadrick E. Fulks

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DVISION

| | |
|---|---|
| United States of America, | No. 4:02-cr-00992-JFA |
| Respondent, | |
| v. | |
| Chadrick E. Fulks, | |
| Petitioner. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion For Withdrawal Of

Pro Bono Counsel has been filed electronically on this 27th day of April 2010 using the Court's

CM/ECF system and sent via USPS First Class Mail to:

Chadrick E. Fulks - # 16617-074
USP Terre Haute
P.O. Box 33
Terre Haute, IN  47808

/s/ Kirsten E. Small (Fed. ID No. 10005)
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
PHONE:  864.370.2211
KSmall@nexsenpruet.com

April 27, 2010
Greenville, South Carolina