UNITED STSTES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC

2010 JUN 14 P 2:30

UNITED STATES OF AMERICA

v.                                                    Case No: 4:02-cr-00992-JFA

BRANDON LEON BASHAM,

        Defendant,

NOTICE TO THE COURT AND COUNSEL

"My name is Leon, Brandon, Basham. I am currently on Death Row for the hayness (sic) and unnecessary (sic) carjacking and Death of Alice Donavon! I have been here for 5 yr's now! My Direct Appeal has been denied and now my Cirt. (sic)! I now come to you to request that I be given a fast and speedy execution. I have not just made this decition (sic) over night. This is something I have thought about and wanted for a long time now. I droped (sic) my appeal's (sic) against my lawyer Timothy Sullivan advise (sic) over 1 year ago. And he Timothy Sullivan asked me to give him a chance to get me a new trial. And I did!!! He was unable too (sic)!! And now my Cirt. (sic) has been denied!!! So I now request after many year's (sic) debait (sic) and serious thought and pain. That I be given my punishment for these crime's (sic) the goverment (sic) has charged me for. I wish to drop all appeal's (sic) and request my right to a fast and speedy execution!"

Respectfully,

x _Brandon Basham_

Brandon Basham
June 10, 2010

On June 10, 2010 I sent a copy of this Notice to all of the people listed here.

I put a First Class .44 cent stamp on each of the envelopes and mailed them here at

this prison because that is what the court rules say I got to do.

W. Walter Wilkins, United States Attorney
Robert F. Daley, Jr., Ast. United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina  29201

Timothy J. Sullivan, Attorney
6305 Ivy Lane, Suite 700
Greenbelt, Maryland  20770

Sarah Stone, Assistant Federal Public Defender
Mike  Burke, Assistant Federal Public Defender
Capital Habeas Unit
850 West Adams Street, Suite 201
Phonix, Arizona 85007-2730

I sware that I am telling the gospel truth about sending copies to these people.

x *Brandon Basham*

Brandon Basham #98940-071
Federal Correctional Complex
Special Confinement Unit
Post Office Box 33
Terre Haute, IN 47808-0033

(2)