

Brandon Basham #98940-071
Federal Correctional Complex
Special Confinement Unit
Post Office Box 33
Terre Haute, IN 47808-0033

Special /Legal Mail
28 CFR §§ 540.18-19

RECEIVED
USDC CLERK, COLUMBIA, SC

2010 JUN 14 P 2: 29

TERRE HAUTE IN 478

INMATE
IDENTIFICATION
CONFIRMED

INMATE
IDENTIFICATION
CONFIRMED

Office of the Clerk
United States District Court
For The District of South Carolina
901 Richland Street
Columbia, South Carolina  29201

4:02-cr-00992-JFA    Date Filed 06/14/10    Entry Number 1317-1



U.S. Penitentiary
Terre Haute, IN 47808
Date_____

JUN 1 1 2010

The enclosed letter was processed through special mailing procedures for forwarding to you.  The letter has been neither opened nor inspected.  If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.  If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.