**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
( Florence _____ DIVISION)

United States of America ,        )
    Plaintiff/Petitioner/USA,       )        Case No. 4:02-992-JFA _____
           v.               )
                     )
           v.               )            **Motion**
Brandon Leon Basham ,           )          **in Support of**
    Defendant/Respondent.           )      ***Pro Hac Vice* Application**
                     )

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that

__Sarah Elizabeth Stone__ (one attorney per motion) be admitted *pro hac vice* in the above-captioned

case as associate counsel. As local counsel, I understand that:

    1.    I will personally sign and include my District of South Carolina federal bar attorney identification

number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

    2.    All pleadings and other documents that I file in this case will contain my name, firm name, address, and

phone number and those of my associate counsel admitted *pro hac vice*; and

    3.    Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my

responsibility to serve my associate counsel admitted *pro hac vice*; and

    4.    Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may

attend discovery proceedings. I will be prepared to actively participate if necessary.

    5.    Certification of Consultation (Local Civil Rule 7.02).

        [✓]    Prior to filing this Motion, I conferred with opposing counsel who has indicated the following
             position as to this Motion:    [ ] will likely oppose;  [✓] does not intend to oppose

        [ ]    Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so
             for the following reason(s):

             _____

             _____

        [ ]    No duty of consultation is required because the opposing party is proceeding pro se.

__Law Office of Julia G. Mimms__          __Julia G. Mimms__
Firm Name                                 Name of Local Counsel

__1001 Elizabeth Ave. Suite 1A__          __Julia G. Mimms__
Street Address or Post Office Box          Signature of Local Counsel

__Charlotte, NC 28204__                   Local Counsel for the __Defendant__
City, State, Zip Code
__(704) 333-1301__                        District of South Carolina
Telephone Number                          Federal Bar Number __7731__

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
( Florence     **DIVISION)**

United States of America ,
     Plaintiff/Petitioner/USA,

          v.

Brandon Leon Basham ,
     Defendant/Respondent.

)
)
)
)
)
)
)
)

**Case No.**   4:02-992-JFA

**Application/Affidavit for**
***Pro Hac Vice* Admission**

(1)    <u>Name.</u>    Sarah        Elizabeth        Stone
                      First                  Middle            Last

(2)    <u>Residence.</u> I reside in the following state:   Arizona
      If a South Carolina resident, indicate months/years of residence: _____

(3)    <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

| | |
|---|---|
| Firm name: | Arizona Office of the Federal Public Defender |
| Mailing address: | 850 W. Adams, #201    City/State/Zip: Phoenix, AZ 85007 |
| Telephone number: | (602) 382-2816 |
| Facsimile number: | (602) 889-3960 |
| E-mail address: | sarah_stone@fd.org |

     (Application will not be considered without an e-mail address to receive electronic notification.)

(4)    <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)    <u>Regular Practice of Law</u>. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of Arizona where I regularly practice law. **Attached is my certificate of good standing.**

(6)    <u>Additional Bar Membership</u>. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing | |
|---|---|---|---|
| Supreme Court of Louisiana | 05/24/07 | ☒ Yes | ☐ No |
| Eastern Dist. of Louisiana | . 05/25/07 | ☒ Yes | ☐ No |
| U.S. Court of Appeals, 5th Circuit | 03/19/08 | ☒ Yes | ☐ No |
| U.S. District Court of Arizona | 10/06/08 | x yes | |
| U.S. Court of Appeals, 9th Circuit | 01/21/09 | x yes | |

(7)  Pending Disciplinary Matters.  Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☒ No

(If "yes," give particulars, such as jurisdiction, court, date, grounds.  Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8)  Curtailment of Prior *Pro Hac Vice* Admissions.  Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?

☐ Yes  ☒ No

(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9)  Sanctions.  Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?

☐ Yes  ☒ No

(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)  Criminal Sanctions.  Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?

☐ Yes  ☒ No

(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11)  Present and Previous *Pro Hac Vice* in this Court.  Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?

☐ Yes  ☒ No

(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.)  Attach additional pages if necessary.

_____

_____

(12)  Designated Local Counsel.  Local counsel of record associated with Applicant in this case is:

| | |
|---|---|
| Attorney Name: | Julie Grace Mimms, Esquire |
| Firm Name: | Law Office of Julia G. Mimms, P.A. |
| Street Address or Post Office Box: | 1001 Elizabeth Avenue, Suite 1A |
| City, State, and Zip Code: | Charlotte, North Carolina 28204 |
| Telephone Number: | (704) 333-1301 |
| E-Mail Address: | jgmimms@bellsouth.net |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)    Associated Counsel.  In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
　　　　Michael Llewellyn Burke, Assistant Federal Public Defender

(14)    Application Fee.  I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)    Electronic Notification.  By submitting this application, I consent to electronic notification.

(16)    Represented Party/Parties.  I seek to represent the following party/parties:
　　　　Brandon Leon Basham

_____
Signature of Applicant

Sworn to and subscribed before me
this ____ day of ___July___ 20_10_.

_____
A Notary Public
of the State of ___Arizona___

My Commission expires ___2-6-2011___.

SOPHIA BECKMAN
Notary Public - Arizona
Maricopa County
My Commission Expires
February 6, 2011

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **SARAH ELIZABETH STONE** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 24, 2003 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 10th day of June, 2010.

*Leticia V. D'Amore*

Leticia V. D'Amore
Disciplinary Clerk

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

————————————————————

I, Rachelle M. Resnick, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### SARAH ELIZABETH STONE

was on the 24th day of October, 2003, duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the Bar in good standing.



Given under my hand and the seal of said Court this 15th day of June, 2010.

RACHELLE M. RESNICK, Clerk

By _____
    Carl H. Johansson
    Deputy Clerk III