# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD COOEY, *et al.*,                           :

           Plaintiff                           :           Civil Action 2:04-cv-1156

v.                                                          :           Judge Frost

TED STRICKLAND, *et al.*,                          :           Magistrate Judge Abel

           Defendants.                        :

## ORDER

This matter is before the Court pursuant to the Motion to admit Robin C. Konrad as counsel *pro hac vice* for Defendant Michael Beuke (Doc. 758). The motion was accompanied by a certificate of good standing, acknowledging that movant attorney is a member in good standing of the bar of the state of Alabama. This Motion (Doc. 758) is GRANTED, **on the condition that, within fifteen (15) days of the date of this Order, counsel register for electronic filing. S. D. Ohio Civ. Rule 83.5(b). Counsel should register on-line:**

      http://www.ohsd.uscourts.gov/cmecfreg.htm

If counsel should experience any problems registering, they should call Lisa Wright (614-719-3222).

The fee for admission of Ms. Konrad *pro hac vice* is **WAIVED**.

                              s/Mark R. Abel
                              United States Magistrate Judge

1