IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA    )      Cr. No.:  4:02-992-JFA
                 )
v.                 )      ORDER ON MOTIONS
                 )      TO APPEAR PRO HAC VICE
BRANDON LEON BASHAM    )
_____    )

This court has previously appointed Michael L. Burke and Sarah E. Stone to represent the Petitioner in this action filed pursuant to 28 U.S.C. § 2255. Now before the court is the motion of Julia Mimms, local counsel for the Petitioner, to admit Mr. Burke and Ms. Stone pro hac vice waiving the $250 application fee otherwise required by Local Rule 83.I.01 of the Local Rules for this District.

Mr. Burke and Ms. Stone are associated with the Federal Public Defender's Office in Phoenix, Arizona, and their involvement in this case will save the United States government substantial sums in terms of attorneys fees and related expenses. Additionally, Mr. Burke and Ms. Stone will not be submitting vouchers to this court for its review and approval. Rather, the District of Arizona will be subsidizing all CJA vouchers for Mr. Burke and Ms. Stone. It has been the court's experience in a related case that review of these vouchers is extremely time-consuming for the court.

Because of the cost savings and convenience associated with admitting Mr. Burke and Ms. Stone, the court finds the request to proceed without payment of the application fees to be entirely justified. Accordingly, the motion to waive the $250 fee for each pro hac vice

1

applicant is hereby granted.  Additionally, Michael L. Burke and Sarah E. Stone are hereby admitted to practice pro hac vice in this district.

IT IS SO ORDERED.

July 27, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge