# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| United States of America | ) | |
| *Government/Respondent* | ) | |
| v. | ) | Criminal Action No.   4:02-992 |
| Chadrick Evans Fulks | ) | Civil Action No.  4:08-70072 |
| *Defendant/Petitioner* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■   other: **IT IS ORDERED AND ADJUDGED** that petitioner, Chadrick Evans Fulks  shall take nothing on
the  petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■   This action came before the Court on the record, Honorable Joseph F. Anderson, Jr.,  United States District
Judge, presiding on the Petitioner's Petition under 28 USC § 2255.   The court having heard the merits in an
evidentiary hearing, denies §2255 petition as to all 33 claims asserted.

Date:   August 3, 2010                                      *LARRY W. PROPES, CLERK OF COURT*

                                                            s/Mary L. Floyd, Deputy Clerk
                                                  _____
                                                        *Signature of Clerk or Deputy Clerk*