IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Chadrick Evans Fulks, | ) | C/A No.: 4:08-70072-JFA |
| | ) | CR No.: 4:02-992-JFA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On August 3, 2010, this court issued its final order addressing and denying each of the thirty-three claims asserted by the petitioner in his petition filed pursuant to 28 U.S.C. § 2255. The order contains references to the testimony and exhibits received during the § 2255 evidentiary hearing held in February, 2010.

The petitioner has moved for the court to vacate its judgment for the sole purpose of allowing the petitioner to obtain the full transcripts of all proceedings in this case, including the *ex parte* hearings that were conducted that have not yet been fully transcribed. The motion is made pursuant to Fed. R. Civ. P. Rule 52(b).

In view of the fact that the petitioner has made a meritorious showing of a need for the transcripts and that the delay involved in awaiting final production of the transcripts will be minimal, the motion is granted.

The court hereby vacates the judgment in this case and will re-enter the judgment after the official versions of all transcripts have been filed with the Clerk. The Clerk is requested to provide a copy of this order to the court reporter who transcribed the proceedings so that he will be aware

1

of his obligation to notify the court when all transcripts have been prepared.

Because of this, the times within which the petitioner must move to alter or amend the judgment, or, alternatively, to appeal the judgment, are hereby stayed.

IT IS SO ORDERED.

August 12, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge