IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Chadrick Evans Fulks, | ) | C/A No.: 4:08-70072-JFA |
| | ) | CR No.: 4:02-992-JFA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On August 3, 2010, this court entered an order addressing all thirty-three claims asserted by the petitioner in his § 2255 petition. The court thereafter vacated the judgment, upon motion of the petitioner, so that an official transcript could be filed in the case. The court reporter has now completed and filed the official transcript.

The Clerk is directed to vacate the August 3, 2010 order on the docket, and re-enter the court's order[1] as of this date. Judgment shall be entered forthwith.

IT IS SO ORDERED.

August 20, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

---

[1] Minor changes to the August 3, 2010 order have been made to reflect references to hearing transcript pages that were renumbered when the official transcript was filed.