# UNITED STATES DISTRICT COURT
### for the
District of South Carolina

| | |
|---|---|
| United States of America | ) |
| *Government/Respondent* | ) |
| v. | ) Criminal Action No.  4:02-992 |
| Chadrick Evans Fulks | ) Civil Action No.  4:08-70072 |
| *Defendant/Petitioner* | ) |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■  other: **IT IS ORDERED AND ADJUDGED** that petitioner, Chadrick Evans Fulks  shall take nothing on

the  petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■  This action came before the Court on the record, Honorable Joseph F. Anderson, Jr.,  United States District
Judge, presiding on the Petitioner's Petition under 28 USC § 2255.  The court having heard the merits in an
evidentiary hearing, denies §2255 petition as to all 33 claims asserted.


Date:    August 20, 2010                         *LARRY W. PROPES, CLERK OF COURT*


                                        s/Mary L. Floyd, Deputy Clerk

                                        _____
                                        *Signature of Clerk or Deputy Clerk*