IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Chadrick Evans Fulks, | ) | C/A No.: 4:08-70072-JFA |
| | ) | CR No.: 4:02-992-JFA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION |
| | ) | FOR CLARIFICATION |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The petitioner has pointed out that, through inadvertence, this court's order of August 20, 2010, improperly granted a Certificate of Appealability for Claim 32 and did not mention Claim 33. It was the court's intention to grant a Certificate of Appealability for all Claims except for Claims 30, 31, and 32. Accordingly, the order of August 20, 2010 is hereby amended as follows: The Court has reviewed its order and pursuant to Rule 11(a) of the Rules Governing Section 2254 and Section 2255 cases, issues a certificate of appealability as to Claims 1 through 29 and 33. As to Claims 30, 31, and 32, the petitioner has not made a substantial showing of the denial of a constitutional right, and therefore, a certificate of appealability is denied as to these Claims.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

August 25, 2010                              Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge