UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>-v-<br><br>BRANDON LEON BASHAM,<br><br>Defendant. | No. 4:02-992-JFA<br><br>Judge Joseph F. Anderson, Jr.<br><br>Motion for ECF Access to Case File |

Defendant Brandon Leon Basham, through undersigned counsel, respectfully requests that his attorneys be granted ECF access to all documents that have been filed in the above-captioned case since its inception. Undersigned counsel and the Office of the Federal Public Defender for the District of Arizona were recently appointed to represent Mr. Basham in this case in order to pursue post-conviction relief pursuant to 28 U.S.C. § 2255. Counsel require ECF access to the file to enable them to assemble the record for their review. Counsel request that the Court grant them access to all documents, sealed and unsealed, in Mr. Basham's case and all unsealed documents in the case of his co-defendant, Chadrick E. Fulks, which falls under the same case number.

1

Respectfully submitted this 30th day of August, 2010.

s/Julia Grace Mimms
Julia Grace Mimms, Esquire
Attorney for Defendant
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone

## Certificate of Service

I hereby certify that on August 30, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this document through the Court's system.

This 30th day of August, 2010.

s/Julia Grace Mimms
Julia Grace Mimms, Esquire
Attorney for Defendant
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone