# INDEX OF EXHIBITS

**Exhibit**

Declaration of H.F. Pete Partee ........................................................................... A

Declaration of Lesley Coggiola ............................................................................ B

Declaration of Mary Lou Newberger ................................................................... C

Declaration of Henderson Hill ............................................................................. D

Declaration of Harry Krop ................................................................................... E

Declaration of Lewis Lambert, Jr. ....................................................................... F

Declaration of Lewis Lambert, Sr. ....................................................................... G

Declaration of Kenneth Maynard ........................................................................ H

Declaration of Oddie Starks ................................................................................. I

Declaration of Mike Kaasee ................................................................................. J

Declaration of Margaret Melikian ....................................................................... K

Declaration of James H. Hilkey ........................................................................... L

Declaration of Seymour Halleck .......................................................................... M

Declaration of Beth McGuffin .............................................................................. N

Declaration of Amber Fowler ............................................................................... O

Declaration of Amanda Oswalt ............................................................................ P

Declaration of Veronica Evans ............................................................................. Q

Excerpts of court file ............................................................................................ R