## Declaration of H. F. Pete Partee, Esq.
## Pursuant to 28 U.S.C. §1746

I, Pete Partee, being of full age, do hereby declare the following:

1.     I am an attorney practicing in Greenville, South Carolina.   I was trial counsel in State v. William Looper Hunter, a capital murder case that commenced in Greenville County, South Carolina in 1988.   After a jury trial, although Mr. Hunter was found guilty of murder after the guilt-innocence phase of his trial, the jury sentenced Mr. Hunter to life imprisonment and declined to impose a death sentence.

2.     I graduated from the University of South Carolina School of Law in 1952.   I have practiced criminal law for most of my legal career.   During the 1950's, I was commissioned as a first lieutenant in the Judge Advocate General's Corp.   During the 1950's and 1960's, I worked as an assistant solicitor for Greenville County and as an attorney in private practice.   From 1969 to 1992, I served as the first Public Defender for Greenville County.   In that capacity, I managed my own caseload and supervised every attorney in the Greenville County Public Defender's Office, including the attorneys who handled homicide cases.   Over the course of my legal career, I have tried well over 100 jury trials.   I have also handled 19 capital cases.   Of those 19 cases, I took 16 of them to jury trial.

3.     When Mr. Hunter was arrested, the Greenville County Public Defender's Office was appointed to represent him.   As the head of that office, I was the lead attorney in Mr. Hunter's case.   Because Mr. Hunter was facing the death penalty, South Carolina law required a second attorney to be appointed to his case.   Richard Warder, Esq., a private practitioner, was appointed to assist me.

4.     At the time that I tried Mr. Hunter's case, John Blume, Esq. and David Bruck,

Esq. practiced together in a law firm that focused on the defense of death penalty cases. I consulted with them on each of the capital cases that I handled. In Mr. Hunter's case, friends and family members of Mr. Hunter were able to retain them. I consulted with both of them, and Mr. Blume was physically present in court with us during the proceedings. I was Mr. Hunter's trial attorney. I consulted with Mr. Blume and Mr. Bruck for their expertise in death penalty law.

5.  As Mr. Hunter's trial attorney, I was present for all portions of jury voir dire, the guilt-innocence phase and the penalty phase of the trial. During voir dire, I examined the vast majority of the potential jurors. I do not recall Mr. Blume conducting any juror examinations. During both the guilt-innocence and penalty phases of the trial, I conducted the vast majority of the witness examinations, opening statements and closing arguments. Mr. Blume's participation in these activities was minor as his main contribution was to deal with the legal issues that arose as the case progressed. These are my best recollections without the benefit of a transcript.

6.  When I represented clients in capital cases, I never advised any of them to plead guilty without a plea agreement for a life sentence. Even when there is overwhelming evidence of guilt and a jury would almost certainly convict the defendant, it is still in a capital defendant's interests to contest guilt. Jurors in a death penalty case can find a defendant guilty, but still have a lingering doubt as to the defendant's guilt. This doubt can cause jurors to choose a life sentence. My experience as a capital defender is that a lingering doubt is the best mitigation you can have.

7.  Additionally, in my opinion, challenging a capital defendant's guilt can allow jurors to express their anger at the offense and find against the defendant before they decide the penalty. Having done this, jurors will perhaps be more willing to listen to arguments for a life

sentence.

8.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

H. F. Pete Partee, Esq.

Dated: September 21, 2010
          Greenville, SC