### Declaration of Lewis Lambert, Jr.
### Pursuant to 28 U.S.C. §1746

I, ~~Louis~~ Lewis Lambert, Jr., being of full age, do hereby declare the following:

1.     I met Chad when he was growing up in Chesapeake, Ohio. I was about 16 years old when I met him. Chad was a few years younger than me. We both lived in the same neighborhood in Chesapeake, Ohio, although my family's circumstances were a lot better than Chad's.

2.     I also knew Mike Kaasee, and Chad's older brother, Ronnie. Chad and his family lived right next door to Mike. He, Ronnie and Mike regularly walked from their house to visit me at mine.

3.     Many of the neighborhood kids came by my house to hang out. I kept an eye out for Chad because he was smaller and younger than the rest of the neighborhood boys and he was very quiet. When other boys played basketball in the street and talked back and forth, Chad would just sit and watch.

4.     Chad and Ronnie were very poor. Their mother rented a trailer from Mike's mother. They wore the same clothes day after day, and those clothes were usually dirty. Ronnie and Chad looked dirty too, like they didn't bathe much.

5.     Chad and Ronnie didn't seem to get much to eat at home. Whenever they would come over to my house, my mother would fix them something to eat. Each time, they would eat so fast that you could tell they were very hungry and hadn't eaten in a while.

6.     My father, Lewis Lambert, Sr., owned and worked on Mustangs. He gave me a Mustang, and I would give my friends rides when they needed them.

7.     One day, I got a frantic phone call about Chad. I remember hanging up the phone,

getting

into my car and racing to Value City Furniture to help Chad. I don't remember what, if anything, Chad told me when I got there. I do know he was more upset that day than I'd ever seen him.

8.    I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Lewis Lambert, Jr.

Dated:  Sept. 14  , 2010
        Chesapeake, OH