### Declaration of Lewis Lambert, Sr.
### Pursuant to 28 U.S.C. §1746

I, Lewis Lambert, Sr., being of full age, do hereby declare the following:

1.     I met Chad Fulks when he was a youngster. Chad used to come down to our house in Chesapeake, Ohio to play with my two sons, Lewis, Jr. and Brian. I spent a lot of time back then fixing up Mustang race cars. Chad was very interested in my cars and would hang around, asking questions and offering to help. I had actually purchased a gold Mustang for my sons to drive. Chad really liked that car and enjoyed getting taken on rides around town in it.

2.     I knew Chad was not very well off at home. We all had the impression he was pretty poor, in fact. One of the kids Chad hung around with, Mike Kaasee, was also pretty poor. Chad and Mike lived next door to each other for a while because Mike's mother, Kris Maynard, rented a trailer on her property to Chad's family. I remember that Chad's family sometimes didn't have running water because Ms. Maynard hadn't paid the water bill.

3.     I usually knew what was going on with the neighborhood kids because I preferred to keep my boys close to the house, rather than letting them run around to friends' houses where I couldn't monitor everyone's conduct. A lot of parents weren't paying very close attention to their kids, even though there were known child predators running around the neighborhood. I always told my own kids and the kids who hung around my house that if they ever needed help, they could call me and I'd come and get them.

4.     I recall one time when Lewis Jr. got a phone call from Chad. Lewis Jr. jumped off the phone, headed out the door and right into his Mustang. I don't know exactly what the problem was but I do remember Lewis Jr. coming back home and telling me that Chad was really upset and in some sort of daze over what had happened to him. I don't know exactly what it was that happened with Chad but I know something happened that upset Chad very badly.

5.     I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. §1764.

September 14, 2010

Lewis Lambert, Sr.