**Declaration of Kenneth Maynard**
**Pursuant to 28 U.S.C. §1746**

I, Kenneth Maynard, being of full age, do hereby declare the following:

1.     I have known Chad Fulks since he was young. I am Kris Marnard's husband, and Mike Kaasee's step-father. I have lived with Mike's mother in Chesapeake, Ohio for a long time.

2.     Mike and Chad used to hang out together as kids. Kris used to rent a trailer to Chad's mother. Chad lived with his mother in a trailer that was right next to Kris' house. I would always see them running around town together.

3.     I also knew Gary Kaasee, Sr., Mike's biological father. He's always been a monster and he's done bad things to kids.

4.     I used to see Chad a lot because he lived next door. I can't remember when it was but Chad spent some time around Gary. Chad was never the same after that. I don't know exactly what Gary did to Chad but I know Gary was capable of some real bad stuff.

5.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Kenneth Maynard

Dated: _Sept. 15_, 2010
       Chesapeake, OH