**Declaration of Oddie Sparks** + o.S
**Pursuant to 28 U.S.C. §1746**

+ o5

I, Oddie Sparks, being of full age, do hereby declare the following:

1.    I have known Chad Fulks since he was about 6 or 7 years old. I was about 16 years old when I met Chad. We grew up in the same neighborhood in Huntington, West Virginia. Of all the Fulks boys, I spent the most time with Dwayne because he and I were closest in age. But, I knew the whole family.

2.    As years went by, I saw Chad as a younger brother. I think he saw me as an older brother. He would come to me for advice and tell me personal things.

3.    I spent a lot of time in the Fulks house, so I knew Chad's parents, Roger and Diane Fulks. They were both drunks. Whenever I went over to the Fulks house, I would bet on them being drunk, especially Diane.

4.    Diane would get violent when she drank. She would pick up things around the house and throw them at her kids. Sometimes she threw a flower pot. Sometimes she threw a coffee pot - whatever she could get her hands on. She had good aim even though she was drunk, and would hit her kids most of the time.

5.    When Diane was drinking she would also be strange sexually. When I was about 18 years old and in the Fulks house, Diane used to get drunk and try to get me to have sex with her. She hugged me, hung on me, rubbed on me and said let's go upstairs and have a good time. This happened more than once. When it happened around Roger, he encouraged me to have sex with her. He told me to take care of business.

6.    The Fulks kids were exposed to a lot of sex stuff in their house. They had a pool table in the basement and the walls of the basement were covered with all kinds of porno pictures. I

guess Roger had put them up. He was always around watching porn videos, too, and no one ever seemed to care that the kids were in the room watching them, too.

7. Roger didn't make much money for his family. What little money he did make, he would spend on cars and alcohol. When Roger ran out of money, he and Diane would force Chad or Ronnie to break into gas stations or restaurants to steal food, Pepsi or cigarettes. When Diane or Roger sent Chad out to get something, he wasn't allowed to come home until he stole what they wanted.

8. Older girls and women always seemed to have a thing for Chad. I know some older girl, Shelly Adkins, who lived on his block, started being sexual with Chad when he was real young. But the one who really messed him up was an older woman who lived across the street from Chad. When Chad was just a kid, this adult married woman named Rhonda Lahon began having sex with him. She was much older than him. I don't remember exactly how long this went on, but I know it lasted for years.

9. I always thought Chad was never the same after Rhonda started having sex with him. She changed his whole life. He acted differently. He was really confused. I always thought she took his childhood away from him.

10. When Chad was about 19 or 20 years old, he told me about a time several years earlier when his older sister Sherri and Rhonda had taken him down into the Fulks' basement and Sherri and Rhonda both did sex stuff with him. Sherri is the oldest Fulks kid so she's about six years older than Chad. Chad told me Sherri and Rhonda had done all kinds of things to him. He was really a mess after that.

11. Chad also told me that Gary Kaasee, Sr. had done some sexual stuff to Chad when Chad was around 12 or 13 years old. Gary Sr. used to set up a produce stand outside a Value City

furniture store. Chad told me that while he and Gary Sr. were outside of Value City at the stand, Gary Sr. tried to get him alone, pull his pants down and touch him.

12.     I knew Gary Sr. and I was not at all surprised by what Chad told me. Gary Sr. was a bad guy. He was big and tall and loved to hang around kids. You never saw him around adults. He didn't want to be around them, just children. Gary Sr. used to play games with the kids in the neighborhood and have them over to his house. It was weird. I always thought he was the kind of pervert that abuses kids.

13.     I've known Gary Sr.'s son, Gary Kaasee Jr., for a long time. In 2005, we were both in prison together for a while so we spent a lot of time together, talking and playing cards. Gary Jr. told me some awful stuff about Gary Sr. during that time. Gary Jr. said his dad used to make him suck his (Gary Sr.'s) penis. Gary Jr. said this happened a bunch of times. Gary Jr. also said his dad molested a couple of other kids.

14.     I met Dean Thompson years ago, when he started dating Diane. Dewayne always remarked on how much he hated Dean and that he wanted to kill him. I never knew why.

15.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Dated: 9-15-10 , 2010
, West Virginia

Oddie Sparks
tos