**Declaration of Mike Kaasee**
**Pursuant to 28 U.S.C. §1746**

I, Mike Kaasee, being of full age, do hereby declare the following:

1.     I have known Chad Fulks since we were both young. Growing up, we lived next door to each other in Chesapeake, Ohio. Diane Fulks, Chad's mother, used to rent a trailer from my mother, Kris Maynard. Chad lived with his mother in the trailer. The trailer was located on our property, so we lived right next door to each other.

2.     Chad and I spent a lot of time together as kids. We also hung out with Lewis and Brian Lambert, who lived in Chesapeake, too.

3.     My mother and my biological father, Gary Kaasee, Sr., got a divorce when I was about 1 year old. My dad had two sons from another marriage: Gary Kaasee, Jr., and Greg Kaasee. When I knew Chad, my two half brothers - Gary, Jr., and Greg - lived my my dad. Chad used to hang around with Greg, and Gary, Jr., too. He met my dad through them.

4.     My dad was always acting crazy. Sometimes he would be violent. Other times he would do sexual things that were weird and out of place. I never wanted to be around him. He used to show up at my house and take me places. I hated this. Whenever I could, I would run away and hide around town when he would come looking for me. After I felt like he was gone, I would call my mom and have her pick me up.

5.     When I was very young, my father held my mom and me hostage in our own home. He wouldn't let us leave for hours and he beat me for what felt like most of the day.

6.     At one point, my father came to my house and took me to where he lived with his new wife. He led me into his bedroom where his wife was passed out drunk. My father pulled the covers off of her and his wife was laying there, completely naked. He told me to "fuck" her. He

kept saying that over and over again. I ran out of his house and hid in a church until I was sure he had gone away. Then I called my mom and had her come and get me.

7.     One day, when Chad and I were in our early teens, I saw Lewis Lambert around town. Lewis told me Chad had called him and asked him to drive over to Value City Furniture Mart to pick Chad up. At that time, my dad used to have a fruit stand outside of that store. Lewis said when Lewis got there, Chad was outside the store breaking melons on the concrete. My dad was nowhere to be found. Chad was very upset and angry. Chad told Lewis my dad had sexually abused him.

8.     I absolutely believe my dad sexually molested Chad. My dad was never right in the head and Chad was a quiet kid back then who went along with what people around him told him to do. Chad would've gone along with whatever my dad asked him to do until it was too late. I have no doubt my dad pulled Chad into a situation where my dad could do something awful to Chad.

9.     I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Dated: Sept 14, 2010
Chesapeake, OH

Christopher Kees
Mike Kaasee