## Declaration of Margaret Melikian, D.O.
### Pursuant to 28 U.S.C. §1746

I, Margaret Melikian, being of full age, do hereby declare the following:

1.      I am a forensic psychiatrist. I am on the faculty at the Medical University of South Carolina in Charleston. I received a bachelor of science in electrical engineering from the University of Tulsa in 1986. I graduated from the Oklahoma State University College of Osteopathic Medicine in 1997. I have completed a four year residency in psychiatry at the Medical University of South Carolina in Charleston and an additional one year fellowship in forensic psychiatry at the University of South Carolina in Columbia.

2.      I was retained by John Blume's defense team prior to Chad Fulks' 2004 trial, when I evaluated him. Although I was never called as a witness, I was called as a witness in his section 2255 hearing in 2010. I also submitted a declaration and a curriculum vitae prior to giving my 2010 testimony.

3.      I have been asked by Mr. Fulks' attorneys to consider a declaration written by Dr. Harry Krop Ph.D. and offer an opinion on the extent to which the information contained in Dr. Krop's declaration would further inform my testimony and my own declaration regarding my forensic evaluation of Mr. Fulks.

4.      Based on Dr. Krop's declaration, I believe that Mr. Fulks' upbringing was more chaotic and damaging than I understood it to be when I testified in February 2010. Although I was aware that Mr. Fulks had suffered a measure of sexual abuse as a child and had been raised in an environment that contained significant amounts of inappropriate sexual activity, the breadth of sexual abuse that Dr. Krop described was beyond what I was aware of in terms of the number of different incidents involving different perpetrators.

5.     In my testimony, I indicated that child sexual abuse can be extraordinarily damaging to individuals. It can lead to personality problems, low self-esteem, an inability to trust others and an inability to interact with the world. In Mr. Fulks' case, I now understand that sexual abuse touched every part of his life - at home, in school, around his neighborhood. It informed much of his world.

6.     With this in mind, had I been provided with Dr. Krop's declaration prior to my testimony at the 2255 hearing and could have independently corroborated it, I would have stated that the sexual abuse that Mr. Fulks experienced was even more extensive than I believed it to be when I testified. Mr. Fulks' history of extensive sexual abuse could interact with the other difficulties I testified to, such as physical and emotional abuse, a lifetime of heavy drug and alcohol use and Fetal Alcohol Spectrum Disorder.

7.     I am familiar with the facts of this case and that they involve sexual assault and violence against women. In addition to the findings that I have outlined above, the information contained in Dr. Krop's declaration may have allowed me to explain Mr. Fulks' abusive behavior towards women and his inability to form normal relationships with women, despite his desire to do so.

8.     All of the factors outlined above would have served as important additional mitigating circumstances for the jury to consider had I been called as a witness at trial.

9.     I base all of the above opinions on my expertise in forensic psychiatry and express them to a reasonable degree of medical certainty.

10. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Margaret Melkian, D.O.

Dated: SEPT. 17 , 2010

MARATHON , Florida