## Declaration of Seymour Halleck
## Pursuant to 28 U.S.C. §1746

I, Seymour Halleck, being of full age, do hereby declare the following:

1.    I am a forensic psychiatrist. I am an emeritus Professor of Psychiatry at the University of North Carolina School of Medicine, Chapel Hill. I was a Professor at that institution from 1972 to 1999. My current practice focuses on forensic psychiatry in both civil and criminal cases.

2.    I was retained by John Blume to evaluate Chadrick Fulks prior to Mr. Fulks' 2004 trial. Although I completed the evaluation, Mr. Blume did not call me to testify at trial. I submitted a declaration in 2008 in connection with post-conviction proceedings in Mr. Fulks' case, summarizing my evaluation of Mr. Fulks and my knowledge of his case. A more complete description of my experience and qualifications is contained in that declaration. My curriculum vitae was also attached to the 2008 declaration.

3.    I have been asked by Mr. Fulks' attorneys to consider a declaration written by Dr. Harry Krop, Ph.D. and offer my expert opinion on the extent to which Dr. Krop's analysis would further inform my forensic evaluation of Mr. Fulks.

4.    Based on Dr. Krop's declaration, I believe that Mr. Fulks' childhood was even more traumatic than I found it to be when I evaluated him in 2004. The information on Mr. Fulks' background that I received prior to trial included head trauma, extreme physical and emotional abuse, extensive alcohol and drug abuse, extreme poverty and shocking parental neglect. Although I had some information that Mr. Fulks had been sexually abused when I evaluated him, Dr. Krop's declaration describes a greater level of sexual abuse than I was aware of in 2004 when I evaluated him or in 2008 when I prepared my declaration . The fact that Dr.

Krop also conducted a forensic analysis and concluded that the reports of sexual abuse perpetrated on Mr. Fulks appeared valid is an important consideration.

5.    As I noted in my declaration, sexual abuse can be extraordinarily emotionally damaging to an individual, and victims of childhood sexual abuse are more likely to involve themselves in aberrant sexual activity in the future - including violent sexuality such as rape. The damage to a child's psyche, caused by sexual abuse, increases with the number of times that victim has been abused.

6.    With this in mind, had I seen the more extensive history of abuse such as that contained in Dr. Krop's declaration, I would have opined that Mr. Fulks was likely to be suffering from even more emotional difficulties than I detailed in my 2008 declaration. I have been conducting forensic evaluations for over 30 years. When one considers the number of times Mr. Fulks was sexually abused by different people, including having been abused by family members - sister, stepfather; people who should have made him feel safe - school teacher, married neighbor; and all manner of random people who violated him as a child, Mr. Fulks' history of childhood sexual abuse is among the most extensive I have seen.

7.    Additionally, incidents of childhood sex abuse will frequently stop a victim's emotional development at the time the abuse began. Had I been called to testify in 2004 and known then what I have now learned from Dr. Krop's declaration, I would have opined more convincingly that Mr. Fulks' emotional development was arrested at a very young age and this stunted emotional development significantly hampered his ability to cope with the other stressors that existed in his environment.

8.    I would also have been able to make a stronger argument that the sexual abuse would have interacted with Mr. Fulks' other difficulties, such as his brain damage, history of

SEP-16-2010 13:46 From:FEDERAL DEFENDERS 2158613508 To:9199290709 P.4/14

childhood neglect, the emotional and physical abuse he suffered and his extensive problems with drugs and alcohol.

9. As I stated in my 2008 declaration, childhood sexual abuse can help us understand violent sexual behavior as well as violence and anger against women. With Dr. Krop's declaration in mind, the childhood sexual abuse experienced by Mr. Fulks becomes a much stronger explanation for his sexually violent behavior towards women than the information on which I had previously based my evaluation and opinions. Had I had this additional information in 2004 and had Mr. Blume called me to testify at trial, I believe that this more exhaustive history of sexual abuse, coupled with the other impairments I detailed in my declaration, would have constituted significant mitigating factors for the jury to consider.

10. I offer all of the above opinions based on my expertise and to a reasonable degree of psychiatric certainty.

11. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

_____
Seymour Halleck, M.D.

Dated: _____, 2010