**Declaration of Beth McGuffin
Pursuant to 28 U.S.C. §1746**

I, Beth McGuffin, being of full age, do hereby declare the following:

1.      I was a witness in Chad Fulks' trial in 2004. I have known Chad since we were both very young. One of the things I testified about was when Chad came to my house in November 2002, after he had broken out of jail.

2.      After Chad was arrested but before he went to trial, lots of FBI agents came and talked to me. The FBI agents that spoke with me came from South Carolina and West Virginia. The two groups of agents treated me very differently. The agents from South Carolina were initially very nice, especially Agent Jeff Bruning. I remember him in particular. He told me that if I got off of parole and made it three years without any new cases, he would take me out to dinner.

3.      The agents from West Virginia were horrible to me. Before Chad's trial, they came to see me all the time. They yelled at me and kept accusing me of having something to do with Samantha Burns' death. They said that I helped hide Samantha Burns' body. They told me I had to tell them where the body was. I don't know how many times they did this, but it was a lot.

4.      I had nothing to do with Samantha Burns' death and I had no idea where her body was. When the West Virginia agents came around before Chad's trial, I told this to them every time they'd accuse me of being involved, but they wouldn't listen. They just kept telling me to stop lying to them. They even offered me immunity if I told them where Samantha Burns' body was. I didn't know where her body was, so I said I didn't want the immunity. I was so scared of the West Virginia FBI guys - I thought for sure they were going to arrest me because I couldn't give them what they wanted. I didn't know what else I could do.

5.     At one point before Chad's trial, the West Virginia FBI agents took me and drove me to the place where Samantha Burns' car had been burned. They yelled at me. They said this looks familiar doesn't it. Then, they drove me to other places around Huntington and asked me if these places were where I went next, after the car was burned. There was a female agent in the car that day. The male agents with us told me she was an expert at telling when people were lying and she thought that I was lying. Just like all the other times they came at me, I told them I had nothing to do with Samantha Burns' death, but they kept saying they didn't believe me.

6.     Eventually, I got so scared that I called up Agent Bruning and told him what was going on. He asked me if I was involved. I told him no. He said he would take care of it, but the West Virginia agents kept coming back.

7.     In fact, Agent Bruning and other agents from South Carolina wound up telling me if I didn't testify against Chad, everyone in West Virginia would think that I was a murderer. They said the Burns family, all of Huntington and the West Virginia FBI would all think that I helped kill Samantha Burns. They said what are you going to do then? After they told me this, I felt I had no choice but to testify.

8.     Way before Chad's trial, I was arrested and charged with credit card fraud in West Virginia. I pled guilty in 2003 and received probation. During the year before Chad's trial, I got put in a state prison for a probation violation. Stacy Workman, who was with me the night that Chad came to my house in 2002, was doing time in West Virginia state prison, too.

9.     While Stacy and I were serving state sentences, the FBI took me and Stacy out of state prison and held us in federal prison. They moved us around from prison to prison, kept us together and placed us in segregation, away from the rest of the inmates. The FBI and the prison told us we needed to be in protective custody, because we were going to be witnesses in Chad's

trial. I don't remember every place we went, but I remember being in Florida, Oklahoma and South Carolina.

10. In one federal prison, Stacy and I were not in protective custody, but in general population. In that prison, I saw another inmate get her throat slashed while she was waiting to get a meal. I was so scared. I was really relieved when I was moved back to protective custody because I didn't want that to happen to me, too.

11. While Stacy and I were in federal prison waiting for Chad's trial, FBI agents would show up, take us out of the prison and buy us food at restaurants like the Dairy Queen. Agent Bruning came the most often. When Agent Bruning would take us out, the guard would make a joke and say that my boyfriend was there. Sometimes the agents would buy us lunch, sometimes it would just be dessert, like a Blizzard.

12. One day when we were in federal prison before we testified in Chad's trial, Agent Bruning came and took us out for a picnic. After he took us out of prison, he bought us some fast food, drove us to an FBI building and he spread a blanket on the ground outside. He even took our handcuffs off so that we would be more comfortable. That was the best day I'd had in all the time I was locked up.

13. After I testified in Chad's trial, I was moved right back to West Virginia state prison. To this day, the West Virginia FBI guys continue to come by and accuse me of being involved in Samantha Burns' death.

14. I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Beth McGuffin

Dated: 9-15        , 2010
Huntington, West Virginia
Beckley     25801     (BM)