**Declaration of Amber Fowler**
**Pursuant to 28 U.S.C. §1746**

1.     I was a witness at Chad Fulks' trial in 2004.

2.     I went to Columbia, South Carolina on a Sunday so I could testify the next day. I stayed at a hotel around the corner from the courthouse with my boyfriend at the time, Steve Pruitt.

3.     I didn't testify that first Monday, but I stayed in the hotel for the whole week waiting to be called to testify.

4.     On that Friday, before noon, Agent Jeff Bruning and another male agent came to the hotel and called me down to the lobby to talk to them. I sat down with Agent Bruning and he told me I wasn't going to testify until the following Monday. I told Agent Bruning I didn't have any money or clean clothes. I had only packed for two days. I told him I would drive home to Huntington, West Virginia, for the weekend. That is a 10 ½ hour drive each way. I told him I would come back on Sunday night, but he said he could give me cash to stay over the weekend and he would get reimbursed. He pulled four one-hundred-dollar bills out of his wallet and gave it to me. I was surprised and took the money.

5.     Then we walked to another part of the lobby and Agent Bruning said he wanted to talk to me about my testimony. He said when he looked into my eyes my eyes were dead - I showed no emotion at all towards the situation. When I talked in front of the jury, he said I had to show some emotion. He said I didn't have to cry like Tammy Fay Baker, but I had to show some kind of emotion. That was the end of the conversation.

6.     I used some of the money to buy one outfit for myself. Steve already had enough clothes. With the rest of the money, I went to Myrtle Beach with Steve for the weekend. Myrtle Beach was 1 ½ hours away.

7.    The Government paid for my hotel in Columbia.  They said they would reimburse me for meals and mileage and some money for every day that I was there.

8.    Not long after I got back to Huntington, I got a check from the U.S. Government for $1,500.  I was shocked when I opened it.  I didn't think I would get that much money.  I thought I would get just what I spent.  The whole time I was in Columbia, I used my mom's credit card.  I spent about $600 or $700 with the credit card.  The check was about $1,500 but maybe not exactly $1,500.

9.    I don't remember if I cashed the check or gave it to my Mom to deposit and take what I owed her.

10.    I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

September 15, 2010

Amber Fowler