## Declaration of Amanda Oswalt
## Pursuant to 28 U.S.C. §1746

I, Amanda Oswalt, being of full age, do hereby declare the following:

1.    I met Dewayne Fulks in 2005 after he moved to Shipshewana, Indiana.  I was living in Shipshewana at the time, and Dewayne and I became good friends.  I got to know Tina Severance through her relationship with Dewayne Fulks.  Because Dewayne and Tina were a couple for most of the time that I knew Dewayne, I spent a lot of time with both of them.  In June 2008, Tina and Dewayne began living with my boyfriend, Travis Keifer, and me in a trailer in the Stone Lake trailer park in Shipshewana, Indiana.

2.    I learned about Chad Fulks' death penalty case through Dewayne.

3.    In 2008, Tina and I discussed her testimony in Chad's case and her relationship with the FBI.  I do not remember the exact day, but I know that it was in August or September of 2008, and that Tina and Dewayne were living with Travis and me at the time.

4.    Tina told me that she had lied in her testimony at Chad's trial and to the FBI. Tina also told me that she was more involved in the crimes than she had ever admitted, that she had fooled the FBI and that she had gotten paid for it.  She said that she had a deal with the FBI and the government.  Tina explained to me that her deal called for her to receive probation for the charges she was facing at the time.  I remember that she used the word deal to describe her arrangement with the FBI.  I also remember her saying how good it felt that the FBI paid her to lie and that she was getting away with it.  Tina said she knew Chad didn't kill anyone but that she was happy he was on death row.  She also said how happy she was that her deal allowed her to stay out of jail and put Chad on death row.  She even had a smile on her face a couple of times when she was talking about her deal.

ALO
9-09-10

5.    Tina said that the FBI told her to say certain things about Chad.   She didn't say what those things were.   However, she did say that the FBI wanted her to lie about what Chad did in order to make him look worse than he already did.

6.    I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Union          , 2010
Sturgis, Michigan

*Amanda Oswalt* 9-09-10
Amanda Oswalt