Declaration of **Veronica Evans**

Pursuant to 28 U.S.C. §1746

I Veronica Evans, being of full age, do hereby declare the following: I was a witness in Chad Fulks' trial in 2004. In August 2002, I was arrested with Chad in front of a Walmart. I was charged with child abuse and receiving stolen property. Chad was charged with me. At some point after I was arrested, Chad broke out of jail. He was arrested for kidnapping and killing two women. Sometime after Chad's arrest FBI agents came and talked to me. The FBI told me they needed me to testify against Chad at his trial in South Carolina. I told them I wanted absolutely nothing to do with Chad and I wouldn't testify. I was on probation at the time for receiving stolen property and child abuse. The FBI told me I would go to prison to serve out the rest of the probated time of 15 years for these charges if I refused to testify in Chad's trial. They told me if I testified against

if I testified against Chad, I could plead guilty and receive probation and I wouldn't go to jail. [would stay on the back] They told me my child abuse charge would be reduced and expunged after two years to 5 years. I was terrified of going to prison. So, I agreed to testify against Chad and I took a deal on my child abuse case. Under my deal, I was allowed to plead guilty to less serious charges. My child abuse charge was dropped and I got probation. As part of this deal, I had to testify against Chad in his trial in South Carolina. When the time of the trial came around, I received a notification of my scheduled date to be in court to testify. By that time, I had changed my mind and didn't want to testify. So, I called either an FBI agent or a prosecutor and told them I wasn't coming and that I didn't plan to testify. The person I talked to said, let me remind you this was part of your deal and if you don't testify you'll

go back to jail for What I believed to be at least 15 years. I don't remember his name, but I know it began w a B. I felt like I didn't have a choice, so I came to court and testified. I would've done anything to stay out of jail.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on (date) Sept 16, 2010

Veronica Evans
(Name)