P:201
9/99

COMMONWEALTH OF KENTUCKY
# DIVISION OF PROBATION AND PAROLE

## SPECIAL SUPERVISION REPORT

DATE OF REPORT 12    11    2003
MO.    DAY    YR.

LEVEL OF SUPERVISION

| | | TYPE OF CASE | |
|---|---|---|---|
| ( ) INTENSIVE | ( ) MAXIMUM | ( ) PROBATION | ( ) PAROLE |
| ( ) ENHANCED | ( ) MEDIUM | ( ) MISDEMEANANT | (X) PRETRIAL |
| ( ) ADMINISTRATIVE | (X) MINIMUM | | |

| Evans | Veronica | | 02-CR-00061 |
|---|---|---|---|
| LAST NAME | FIRST | MIDDLE | INSTITUTION NO. or PROBATION NO. |

| 3019  Chipewa Dr | | Hopkinsville | KY | | 42240 |
|---|---|---|---|---|---|
| STREET (OR DETENTION FACILITY) | | CITY | STATE | | ZIP CODE |

LAST HOME VISIT 10/14/2003 _____ (DATE)          LAST OFFICE CONTACT 12/08/2003 _____ (DATE)

*******************************************************************************************

Type of Report

( ) Release from Supervision-( ) Probation Expired-( ) Death-( ) Final Discharge-( ) Probation Revoked-( ) New Conviction-( ) Released by Ct. Order-( ) Returned Tech. Viol.( ) Transferred-( ) Absconder-( ) Pending PR Revocation-(X) Other Request Inactive _____

COURT: Todd Circuit
JUDGE: Gill
CRIME: Receiving Stolen Property O/300;  Wanton Endangerment

SENTENCE: Five (5) Years
DATE PROBATED: 05/07/2003 _____ MAX EXP: 05/07/2008

PAROLE BOARD: _____
CRIME: _____

SENTENCE: _____
DATE PAROLED: _____    MAX EXP: _____

*******************************************************************************************
SPECIAL ATTENTION SECTION:

Veronica Evans was placed on Pretrial Diversion in Todd Circuit Court on 5/7/2003.

Ms. Evans transferred to Christian County on 5/16/2003.

While on Probation Evans has complied with conditions of supervision and reported as instructed.  She paid her Court cost in full on 11/18/2003 and is current on her supervision fees.

This officer request Ms. Evans be placed on inactive status until her max expiration date of 5/7/2008.

✓ APPROVED

_____ DENIED

_____    12/83/03
Tyler L. Gill, Circuit Judge / Date



War Code: BW

Act<br>
ev. 4-01

**Commonwealth of Kentucky**<br>
**Court of Justice**<br>
RCr 2.05; RCr 2.06; RCr 6.52



**Warrant of Arrest - Bench Warrant**

Case Number **02-CR-00061**

Court   CI

County   TODD

---

*Plantiff,* COMMONWEALTH VS. EVANS, VERONICA J., *Defendant*

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:**

You are commanded to arrest the person named below and bring him / her forthwith before the TODD Co

EVANS, VERONICA J.<br>
997 JASON RIDGE ROAD<br>
LEWISBURG                KY      42256

| Sex | Race | Birthday | Height | Weight | Operator License No. | State |
|-----|------|----------|--------|--------|----------------------|-------|
| F | W | Redacted | 507 | 123 | | |

[ ] **to answer charges that he / she committed the offense(s) of:**

| Chg # | UOR Cd | KRS # | Description | Chg Disp Dt | Chg Disp |
|-------|--------|-------|-------------|-------------|----------|
| 1 | 0280300 | 514110 | RECEIVING STOLEN PROPERTY OVER $300 | 05/16/2003 | DIS |
| 2 | 0132315 | 508100(1c) | COMPLICITY CRIMINAL ABUSE-1ST DEGREE-CH | 03/11/2003 | AMEND |
| 2A | 0004410 | 508070 | WANTON ENDANGERMENT-2ND DEGREE | 05/29/2003 | G |

against the peace and dignity of the Commonwealth: **OR**

[ ] **because:**   d fta for show cause hearing 3/24/04

If Court is not in session, you will **deliver him / her to the Jailer of TODD County.**

Date: _____, 2_____.

[ ] Defendant **may post bail** in the amount of $ 5,000 , secured by _____Cash_____.

[ ] Defendant **may not give bail.**

Date: ___3/31___, 2_004_.                                    _____ Judge

---

**EXECUTION**

[ ] Executed

[ ] Not Executed because: _____

Date: _____, 2_____

Signature of Arresting Officer

*Recalled*<br>
*10/20/04*

---

CI    02-CR-00061<br>
COMMONWEALTH VS. EVANS, VERONICA J.

Generated: 03/29/2004

AOC-S-035    War Code: BW
Rev. 4-01

**Commonwealth of Kentucky**
**Court of Justice**
RCr 2.05; RCr 2.06; RCr 6.52



**Warrant of Arrest** - Bench Warrant

Case Number **02-CR-00061**

Court CI

County TODD

*Plantiff*, COMMONWEALTH VS. EVANS, VERONICA J., *Defendant*

## TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

You are commanded to arrest the person named below and bring him / her forthwith before the TODD Court.

EVANS, VERONICA J.
997 JASON RIDGE ROAD
LEWISBURG                    KY      42256

| Sex | Race | Birthday | Height | Weight | Operator License No. | State |
|-----|------|----------|--------|--------|----------------------|-------|
| F | W | Redacted | 507 | 123 | | |

[  ] **to answer charges that he / she committed the offense(s) of:**

| Chg # | UOR Cd | KRS # | Description | Chg Disp Dt | Chg Disp |
|-------|--------|-------|-------------|-------------|----------|
| 1 | 0280300 | 514110 | RECEIVING STOLEN PROPERTY OVER $300 | 05/16/2003 | DIS |
| 2 | 0132315 | 508100(1c) | COMPLICITY..CRIMINAL ABUSE-1ST DEGREE-CH. | 03/11/2003 | AMEND |
| 2A | 0004410 | 508070 | WANTON ENDANGERMENT-2ND DEGREE | 05/29/2003 | G |

against the peace and dignity of the Commonwealth: **OR**

[  ] **because:**  d fta for show cause hearing 3/24/04

If Court is not in session, you will **deliver him / her to the Jailer of** TODD County.

Date: _____, 2_____.

[  ] Defendant **may post bail** in the amount of $ 5,000 , secured by Cash .
[  ] Defendant **may not give bail.**

Date: 3/31 , 2004.                    _____ Judge

---

**EXECUTION**

[  ] Executed

[  ] Not Executed because

Date: _____, 2_____

                                        Signature of Arresting Officer

CI    02-CR-00061
COMMONWEALTH VS. EVANS, VERONICA J.



4:02-cr-00083-JFA    Date Filed 09/17/10    Entry Number 1356-19    Page 4 of 15

| Court | 1 | **Courtroom** | Prep Info  00000000453    03/24/2004  8:26:43AM 2 |
|---|---|---|---|
| Judge | **HON. TYLER L. GILL** | | **03/24/2004 Court Docket** |

**Start of docket**

**1         CI   02-CR-00061         COMMONWEALTH VS. EVANS, VERONICA J.**

☐ **EVANS, VERONICA J.**

08/28/1979   F   W   329688151

☐ HANCOCK, DANIEL           ATTORNEY-PUBLIC ADVOCATE

☐ ORANGE, CHARLES           COMMONWEALTH'S ATTORNEY

☐ SMITH, LEONARD S.           COMPLAINING WITNESS                    EPD103LS

☐ EVANS, VERONICA J.           DEFENDANT / RESPONDENT

    Bail Set: 11/13/2002  CA  $5,000.00           Posted:11/15/2002

**SHOW CAUSE HEARING**

Sch Memo:   *court cost due;*

**ENTERED**

**MAR 2 6 2004**

TODD COUNTY
CIRCUIT DISTRICT CT.
BY: _____

**Cross Ref Date** 10/17/2002   DI   02-F-00100      GRAND JURY

    ( ) Costs Waived due to indigence      ( ) Installment / Deferred Payment

FTA Inre Blw — $5,000 cash bond



03/24/2004    1        1:29 PM                    ▬▬▬ /    Judge Signature: _____

| AOC-345        Doc. Code: OGMPD<br>Rev. 4-01<br>Page 1 of 3<br><br>Commonwealth of Kentucky<br>Court of Justice<br><br>KRS 533.250 - 533.262 | ORDER GRANTING PRETRIAL<br>DIVERSION<br>OF A CLASS D FELONY<br>(ALSO FILE **AOC 491** OR **AOC 491.2**) | Ca.. No. ___O2-CR-0006|___<br><br>Court _____Circuit_____<br><br>County ___Todd___ |

COMMONWEALTH OF KENTUCKY                                                      PLAINTIFF

VS.

Veronica Evans                                                                DEFENDANT

**ENTERED**
**MAY 16 2003**
BY: TODD COUNTY
CIRCUIT/DISTRICT CT.
_____ D.C.

### SECTIONS 1.A. and 1.B. TO BE COMPLETED BY PROSECUTOR:

1.  A.  **With voluntary agreement of Defendant, the Commonwealth urges the Court to impose the following terms and conditions of diversion:**

    1.  The recommended period of diversion shall be _____ days _____ months __5__ years. (Not to exceed five (5) years without Defendant's agreement. Duration of the diversion agreement shall not be less than the time required to make full restitution).

    2.  The diversion is to be [ ] unsupervised [✓] supervised. A monthly supervision fee of $ _____ shall be paid to Probation & Parole. ($25.00 recommended; no less than $10.00)

    [ ] 3.  Restitution shall be paid to _____

            in the amount of $_____ at the rate of _____ .

    [✓] 4.  Probation & Parole shall conduct home visits. Defendant shall not have access to a [ ] handgun [ ] firearm during the pendency of the diversion agreement.

    [✓] 5.  Defendant shall obey all rules and regulations imposed by Probation & Parole.

    [✓] 6.  As required by KRS 533.030(1), Defendant shall not commit another offense during the period of the Pretrial Diversion. Specifically, Defendant shall not violate the Penal Code or the Controlled Substances Act.

    [✓] 7.  Defendant shall remain drug and alcohol free and be subject to random testing.

    [✓] 8.  Other ___Maintain full time employment_____
            _____

    B.  The Commonwealth recommends _____

        **as the appropriate sentence to be imposed in the event Defendant fails to successfully complete the terms and conditions of the diversion and the Court voids the agreement.**

    C.  Counsel has explained to the defendant the terms and conditions of the Pretrial Diversion recommended by the Commonwealth. The defendant has agreed to the terms and conditions and has freely, voluntarily, intelligently and knowingly entered into the agreement with the Commonwealth.

Page 1 of 3

AOC-345
Rev. 4-01
Page 3 of 3

C.  If Defendant successfully completes Pretrial Diversion, the charge will be designated as Dismissed-Diverted. Defendant has been advised that upon successful completion of the diversion he/she may petition the Court for expungement of the record.

D.  During the Pretrial Diversion, the Court may (a) revoke or modify any condition; (b) change the period of supervision; OR (c) discharge Defendant from supervision.

E.  If the Court finds Defendant fails to successfully complete Pretrial Diversion and voids the agreement, the Court may impose a sentence equal to or less than the penalty recommended by the prosecutor in Item 1(B) of this form and the Commonwealth's Offer on a Plea of Guilty.

Entered: _____5/15_____, 2 _003_          _____ Judge


I understand the above conditions and agree to enter Pretrial Diversion in lieu of defending myself in further proceedings.

X_____          _____
Defendant's Signature                                   Witness (Defense Attorney)

Date: _May 7_____, 2_003_                    Date: _____, 2_____


Approved: _____          
          Commonwealth Attorney

Date: _____, 2_____


**Distribution:**      Defendant
                  Commonwealth Attorney
                  Probation and Parole [if supervision is ordered by Court in paragraph 3 (B)]

Page 3 of  3

Filed in Open Court
This ____ day of _May_, 19 2003
Mark Cowherd, Clerk

LOGAN/TODD CIRCUIT COURT
INDICTMENT(s) _02-CR-06/_ _____, Deputy Clerk

COMMONWEALTH OF KENTUCKY)
                        )
VS.                     )                                    PLAINTIFF
                        )
_Veronica J. Evans_     )    GUILTY PLEA MEMORANDUM
a/k/a _____  )    and COMMONWEALTH'S OFFER
                        )    ON A PLEA OF GUILTY
                        )
_____    )                                    DEFENDANT

          The defendant above named has appeared this day in open court
with his attorney and states under oath to the Court as follows:

1. I have received a copy of the indictment/information
   before being called upon to plead, and have read and
   discussed it with my attorney.

2. I understand the nature of the charges against me and my
   attorney has explained them fully to me.

3. I understand that on a plea of guilty there will be no
   trial by jury and that the court will enter a judgment
   without any trial and that there will be no appeal from
   the judgment and sentence of the Court.

4. I understand that I have a right not to incriminate myself
   and that I waive this right by pleading guilty.

5. I am not at this time under the influence of alcohol or
   narcotics.

6. I have never been treated for any mental disease and have
   never been in a mental hospital.

7. I am satisfied with the service and advice which my
   attorney has given to me. I have had all the time I wish
   to confer with my attorney, and do not wish to confer with
   him/her any further.

8. I understand that I am pleading guilty to the following
   crime(s):

   _Receiving Stolen Property over $300.00_
   _Wanton Endangerment 2nd Degree_

   KRS_____; KRS_____; KRS_____

9. I understand that under the indictment(s) against me (as amended) I could be sentenced for as long as _____5_____ years and fined as much as $_____.

10. No duress has been applied to me by anyone and it is solely my choice to plead guilty to the charge(s) (as amended) herein.

11. I understand this conviction may possibly result in more severe punishment as a persistent felony offender on any further convictions I receive, and may be used to deny me either probation or parole on any future conviction or as reason to revoke probation already granted to me for another crime. I understand that a record of this conviction shall remain for as long as I live and that I am losing the right to vote, to possess a firearm, to serve on a jury, and many other rights. I also realize that this conviction may prevent me from entering the Armed Services and from obtaining certain employment.

12. I am ___23___ years of age. I was born in _Mattoon_ _IL_____ on _Redacted_.

13. I completed my education through _GED_____.

14. My permanent address is _110 1/2 Jessup , Hopkinsville KY 42240_____.

15. The following promises and no others have been made to me if I plead guilty to the above charges:
_Total 5 year Sentence, ~~probated~~ Commonwlt is opposed to probation._
_____
_____
_____

I understand that the above mentioned promise(s) do not bind this Court.

2

16. OTHER: _____

3/6/2003
DATE

VERONICA EVANS
DEFENDANT

COMMONWEALTH ATTORNEY

ATTORNEY FOR DEFENDANT

TYLER L. GILL, JUDGE
LOGAN/TODD CIRCUIT COURT

3

| AOC-491<br>Rev. 2-02<br>Page 1 of 2<br>Commonwealth of Kentucky<br>Court of Justice<br>RCr 8.08, 8.10 | Doc. Code: EGP | **MOTION TO ENTER<br>GUILTY PLEA** | Case No. _02-CR-06 1_<br>Court _Circuit_<br>County _Todd_ |
|---|---|---|---|

**COMMONWEALTH OF KENTUCKY**

VS.

_Veronica J Evans_

Filed in Open Court<br>This ____ day of _Mar., 19 2003_<br>Mark Cowherd, Clerk<br>By: _____, Deputy Clerk

PLAINTIFF

DEFENDANT

Comes the Defendant, in person and with aid of counsel, and respectfully moves this Court to allow him/her to withdraw his/her former plea of **"NOT GUILTY"** and enter a plea of **"GUILTY"** as set forth below. In support of this motion, the Defendant states as follows:

1. My full name is _Veronica G. Evans_
   I am the same person named in the indictment.

2. My judgment is not now impaired by drugs, alcohol or medication.

3. I have reviewed a copy of the indictment and told my attorney all the facts known to me concerning my charges. I believe he/she is fully informed about my case. We have fully discussed, and I understand, the charges and any possible defenses to them.

4. **I understand that I may plead "NOT GUILTY" or "GUILTY" to any charge against me.**

5. **I further understand the Constitution guarantees to me the following rights:**

   (a) **The right not to testify against myself;**
   (b) **The right to a speedy and public trial by jury at which I would be represented by counsel and the Commonwealth would have to prove my guilt beyond a reasonable doubt;**
   (c) **The right to confront and cross-examine all witnesses called to testify against me;**
   (d) **The right to produce any evidence, including attendance of witnesses, in my favor;**
   (e) **The right to appeal my case to a higher court.**

   **I understand that if I plead "GUILTY," I waive these rights.**

5. I understand that if I plead **"GUILTY,"** the Court may impose any punishment within the range provided by law and that although it may consider the Commonwealth's recommendation, the Court may reject it. The legal penalty ranges are set forth on the attached "Commonwealth's Offer on a Plea of Guilty (AOC-491.1)" which I have reviewed and signed.

6. I understand that if the Court rejects the plea agreement, it must so inform me. If this occurs, I may either persist in my guilty plea and possibly receive harsher treatment than I bargained for or I may withdraw my guilty plea and proceed to trial. I further understand the Court shall not impose a sentence for a felony, other than a capital offense, without first ordering a presentence investigation. The Court will consider a written report of the presentence investigation before it informs me whether it will accept the plea agreement.

Page 1 of 2

AOC-491
Rev. 2-02
Page 2 of 2

7.  In return for my guilty plea, the Commonwealth has agreed to recommend to the Court the sentence(s) set forth in the attached "Commonwealth's Offer on a Plea of Guilty." Other than that recommendation, no one, including my attorney, has promised me any other benefit in return for my guilty plea nor has anyone forced or threatened me to plead **"GUILTY."**

8.  Because I am **GUILTY**, and make no claim of innocence, I wish to plead **"GUILTY"** in reliance on the attached "Commonwealth's Offer on a Plea of Guilty."

9.  I declare my plea of **"GUILTY"** is freely, knowingly, intelligently and voluntarily made; that I have been represented by counsel; that my attorney has fully explained my constitutional rights to me, as well as the charges against me and any defenses to them; and that I understand the nature of this proceeding and all matters contained in this document.

10. I understand that because of my conviction here today, **I may be subject to greater/enhanced penalties if found guilty and/or convicted of any future criminal offenses**. I understand that if I am not a United States citizen, I may be subject to deportation pursuant to the laws and regulations governing the United States Immigration and Naturalization Service. I understand the complete terms of this plea and all the obligations imposed upon me by its terms.

Signed in open court in the presence of my attorney this ____7th____ day of ___March_____ , 2003.

_____
**Defendant's Signature**

---

### CERTIFICATE OF COUNSEL

1.  To the best of my knowledge and belief, the defendant understands the allegations contained in the indictment and/or any amendments thereto. I have fully discussed with the defendant the charges and any possible defenses to them and I believe he/she fully understands the charges and possible defenses. I have reviewed with defendant the attached "Commonwealth's Offer on a Plea of Guilty" and the foregoing "Motion to Enter a Plea of Guilty," and I believe he/she understands these documents.

2.  To the best of my knowledge and belief, his/her plea of **"GUILTY"** is made freely, knowingly, intelligently and voluntarily. I have fully explained the defendant's constitutional rights to him/her and I believe that he/she understands them.

3.  The plea of **"GUILTY"** as offered by the defendant is consistent with my advice to him/her, and I recommend to the Court that his/her plea be accepted.

Signed by me in open court in the presence of the Defendant this ___7th___ day of ___March_____ , 2003.

_____
**Attorney for Defendant**

Court  1      Courtroom
Judge  HON. TYLER L. GILL

Date: 3/7/03 12:09:58PM    DocketList.Rpt

Court Docket
Page 1 of 1

Prep Info    4,943    03/07/2003 12:09:46PM  20030307CI    10858607120

**Start of docket**

1      CI  **02-CR-00061**                    COMMONWEALTH VS. EVANS, VERONICA J.

**EVANS, VERONICA J.**

Redacted        F    W    329688151

REV    REVIEW
COMMONWEALTH'S ATTORNEY
COMPLAINING WITNESS            ORANGE, CHARLES
ATTORNEY-PUBLIC ADVOCATE      SMITH, LEONARD S.          EPD103LS
**DEADLINE**                       HANCOCK, DANIEL

Bail Set:  11/13/2002  CA              $5,000.00  Posted: 11/15/2002  Dischgd:        Forf:        Surr:
     ☐ Cost Waived due to Indigence  ☐ Installment / Deferred Payments

1    10/17/2002    NA        **0280300 514110    R.S.P. over $300**        FFF

                                                        Chg#:    1    Call#:    1

2    10/17/2002    NA        **0132315 508100(1c) COMP CRIMINAL ABUSE 1ST(CHILD U/12)  FFF**
                                                        Chg#:    2    Call#:    1

**End of Docket    20030307CI    10858607120                    # of Cases              1**

03/07/2003  1        08:58 AM        Page 1 of 1        Judge Signature:

Leonard Smith

_____ Todd _____ CIRCUIT COURT

INDICTMENT NO. 02-CR-061

COMMONWEALTH OF KENTUCKY                                    PLAINTIFF

VS.

Veronica J. Evans

ORDER   ENTERED

MAR 1 1 2003

TODD COUNTY
CIRCUIT/DISTRICT CT.                                        DEFENDANT(S)

It is hereby ordered by the Court that the order listed below in Paragraph(s) _____ 7 _____ be and same is hereby entered by the Court herein:

☐ (1) It is hereby ordered that the above-styled indictment be, and same is hereby dismissed with leave to reinstate.

☐ (2) It is hereby ordered that Count(s) _____ of the above-styled indictment be, and same is (are), hereby dismissed with prejudice.

☐ (3) It is hereby ordered that the above-styled indictment be, and same is, hereby dismissed with prejudice.

☐ (4) It is hereby ordered that the above-styled indictment be, and same is, hereby amended to_____, a violation of KRS _____

☐ (5) It is hereby ordered that Count(s) _____ of the above-styled indictment be, and same is, hereby amended to _____, a violation of KRS

☐ (6) In consideration of the Commonwealth having amended and/or dismissed indictment(s), it is hereby ordered, by agreement of the parties, that the defendant herein does hereby waive any right which he might have to hereafter apply for shock probation, probation of any other form, or conditional release, including the filing of 11.42 motions and other post-conviction motions.

☒ (7) Ct.1 - Receiving Stolen Property o/300 5 yrs

Ct.2 - Complicity to Criminal Abuse 1st Deg. (Child 4/12 yrs)

Amend to Wanton Endangerment 2nd Degree - 12 months

Commonwealth is opposed to probation

HAVE SEEN AND AGREED TO:          ENTER: 3/7/03

_____          _____
ATTORNEY FOR COMMONWEALTH        JUDGE, Todd        CIRCUIT COURT

_____          _____
ATTORNEY FOR DEFENDANT           DEFENDANT   Veronica Evans

Testify truthfully at trial of co-defendant; Keep
Commonwealth apprised of whereabouts.

4:02-cr-00061-JFA    Date Filed 09/17/10    Entry Number 1356-19    Page 14 of 15

Date: 3/7/03 12:09:58PM    DocketList.Rpt

**Court Docket**
Page 1 of 1

Prep Info    4,943    03/07/2003 12:09:46PM  20030307CI   10858607120

Start of docket

**1**    CI  **02-CR-00061**         COMMONWEALTH VS. EVANS, VERONICA J.
**EVANS, VERONICA J.**

Redacted    F    W    329688151

ENTERED

MAR 1 0 2003

TODD COUNTY
CIRCUIT/DISTRICT CT.

REV    REVIEW
COMMONWEALTH'S ATTORNEY
COMPLAINING WITNESS        ORANGE, CHARLES
ATTORNEY-PUBLIC ADVOCATE   SMITH, LEONARD S.        EPD103LS
**DEADLINE**               HANCOCK, DANIEL

Bail Set: 11/13/2002  CA         $5,000.00  Posted: 11/15/2002  Dischgd:    Forf:    Surr:
☐ Cost Waived due to Indigence  ☐ Installment / Deferred Payments

**1**  10/17/2002   NA    **0280300 514110   R.S.P. over $300**      **FFF**

Chg#:    **1**   Call#:   **1**

**2**  10/17/2002   NA    **0132315 508100(1c) COMP CRIMINAL ABUSE 1ST(CHILD U/12)  FFF**

Chg#:    **2**   Call#:   **1**

End of Docket    20030307CI   10858607120                # of Cases         1

*[handwritten notes:]*
Δ did not appear  Appeared 12:0 pm
Δ counsel does not recall seeing her since last Court date

Change B-date
Photo ID (Illinois
driver license susp)
Believe to
8/28/79  I

G PFS set 5/7 @ 1:30
PSI ordered
Entry of judgment of conviction
to be w/ held until PFS date.
(Δ to move for FPTM)

03/07/2003  1       08:58 AM       Page 1 of 1       Judge Signature: _Tyler L. Gill_

# COMMONWEALTH OF KENTUCKY
# TODD COUNTY CIRCUIT COURT
# INDICTMENT NO: 02-CR-00061

COMMONWEALTH OF KENTUCKY

VS.

VERONICA J. EVANS
997 Jason Ridge Road
Lewisburg, KY 42256

Redacted

**Filed in Office**
This __17th__ Day of __Oct__, 19 2002
Mark Cowherd, Clerk
Circuit & District Courts
Todd County, Kentucky
By: _____GKB_____, Deputy Clerk

The Grand Jury Charges:

## COUNT I          *True Bill*

That on or about the 26th day of August, 2002, in Todd County, Kentucky, the above named defendant received, retained or disposed of movable property of another knowing that it had been purchased with a stolen credit card. Said property having a value of $300 or more.

Being in violation of KRS 514.110 - UOR 0280300 (Receiving Stolen Property, Over $300)02-f-00100

## COUNT II          *True Bill*

That on or about the 26th day of August, 2002, in Todd County, Kentucky, the above named defendant intentionally engaged in the conduct with another person who committed criminal abuse in the first degree against her three year old son. Defendant had a legal duty to prevent the conduct causing the criminal abuse and failed to make a proper effort to do so, first offense.

Being in violation of KRS 502.020 & 508100(1c) - UOR 0132315 (Complicity to Criminal Abuse in the First Degree [Child Under 12])