IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Cr. No. 4:02-992-JFA |
| | ) |
| v. | ) |
| | ) |
| CHADRICK E. FULKS | ) |

MOTION FOR EXTENSION OF TIME

The United States, by and through the undersigned Assistant United States Attorney, moves the Court for an order extending the time in which to respond to Petitioner's Motion to Alter or Amend Judgment and Memorandum in Support for an additional seven days. The Government's Motion is based on the following:

1. On September 17, 2010, Petitioner Chadrick E.Fulks ("Fulks," "Petitioner") filed a Motion to Alter or Amend Judgment and Memorandum in Support. A response by the Government is currently due on October 1, 2010.

2. The attorneys assigned to this case need additional time to review the 18 affidavits which were attached as exhibits to the Petitioner's Motion

3. The attorneys assigned to this case continue to experience unusually high case loads and levels of activity with other assigned cases. The undersigned recently returned from more than three weeks of medical leave required for non-elective surgery.

4. Kirsten Small, Petitioner's counsel, has agreed to the seven-day extension.

WHEREFORE, the Government prays for an order of this Court granting a seven (7) day extension to respond to Petitioner's Motion; said response to be filed on or before October 8, 2010.

Respectfully submitted,

WILLIAM N. NETTLES
United States Attorney


BY: s/Jimmie Ewing
   Jimmie Ewing (ID No. 7292)
   Assistant United States Attorney
   1441 Main Street, Suite 500
   Columbia, South Carolina 29201
   (803) 929-3114

September 29, 2010