8177-001430v5

JUSTICE
U.S. MARSHAL
COLUMBIA, SC

June 23, 2004

***$826and25/100***

Amber Fowler
▪▪▪▪▪▪▪▪▪▪
Kenova, WV  25530

UNITED STATES MARSHAL

PURPOSE  FW                    BY         NON NEGOTIABLE

''817''9''   '':000000518'':  001430957''

*Exhibit 2*