# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | |
|---|---|
| United States of America,<br><br>          Respondent,<br><br>    vs.<br><br>Chadrick E. Fulks,<br><br>          Petitioner. | Case No.  4:02-992-JFA<br><br><br>**MOTION FOR EXTENSION OF TIME<br>TO FILE REPLY** |

Petitioner Chadrick E. Fulks moves this Court for an order extending, for ten days, the time in which to reply to the government's Memorandum in Opposition to Mr. Fulks' Motion to Alter or Amend Judgment.  This motion is based upon the following:

1.      Mr. Fulks filed his Motion to Alter or Amend on September 17, 2010.  Mr. Fulks consented to, and this Court granted, an extension of the government's time to oppose the Motion.  The government filed its Memorandum in Opposition on October 12, 2010.

2.      Mr. Fulks' reply in support of the Motion is currently due on October 22, 2010.

3.      Undersigned counsel need additional time to respond to analyze and reply to the government's Opposition. Undersigned counsel have several previously scheduled court appearances during the next two weeks.

4.      Counsel for the government has consented to the requested extension.

WHEREFORE, Mr. Fulks asks this Court to enter an order granting an extension of ten days to file a reply in support of his Motion to Alter or Amend, such that the reply will be due on or before November 1, 2010.

Respectfully submitted,

s/ Kirsten E. Small

Kirsten E. Small        Fed ID No. 10005
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
PHONE:  864.370.2211
FACSIMILE:  864.282.1177
KSmall@nexsenpruet.com

s/Billy H. Nolas

Billy H. Nolas, *pro hac vice*
Federal Community Defender Office
Capital Habeas Unit
Suite 545 West
Curtis Center
Philadelphia, PA 19106
Phone: 215.926.0520
billy_nolas@fd.org

Attorneys for Petitioner
Chadrick E. Fulks

October 15, 2010
Greenville, South Carolina