# REVISED INDEX OF EXHIBITS

**Exhibit**

Declaration of H.F. Pete Partee ..................................................................................A

Declaration of Lesley Coggiola ..................................................................................B

Declaration of Mary Lou Newberger ..........................................................................C

Declaration of Henderson Hill ....................................................................................D

Declaration of Harry Krop ..........................................................................................E

Declaration of Lewis Lambert, Jr. ............................................................................. F

Declaration of Lewis Lambert, Sr. ..............................................................................G

Declaration of Kenneth Maynard ................................................................................H

Declaration of Oddie Starks ......................................................................................... I

Declaration of Mike Kaasee ........................................................................................J

Declaration of Margaret Melikian ...............................................................................K

Declaration of James H. Hilkey ................................................................................. L

Declaration of Seymour Halleck ..................................................................................M

Declaration of Beth McGuffin .....................................................................................N

Declaration of Amber Fowler .......................................................................................O

Declaration of Amanda Oswalt ................................................................................... P

Declaration of Veronica Evans.....................................................................................Q

Excerpts of court file....................................................................................................R

Declaration of Arlene Andrews.................................................................................... S
(filed October 4, 2010)

Second Declaration of Amber Fowler ..........................................................................T
(filed November 1, 2010)