**Declaration of Amber Fowler**
**Pursuant to 28 U.S.C. §1746**

1.     I was a witness at Chad Fulks' 2004 trial in Columbia, South Carolina.

2.     In my September 15, 2010 declaration, I described a conversation I had with Agent Bruning in my hotel on the Friday before I testified in Chad's trial. During this conversation, Agent Bruning told me I would have to stay into the next week to testify. Then, when I said I would have to go back to West Virginia and return to Columbia on Sunday night, Agent Bruning gave me $400 he said was for my expenses. Right after that, he brought me to another part of the lobby and told me I had to show more emotion when I testified.

3.     Chad's legal team has shown me a statement that describes Agent Bruning giving me $60 for expenses and told me Agent Bruning is denying he gave me $400 and denying that he told me to be more emotional when I testified.

4.     I am absolutely sure I described my conversation with Agent Bruning correctly. I distinctly remember things happening just as I said they did in my September 15, 2010 declaration. I remember the events I described so well because I was so surprised by the amount of money Agent Bruning gave me and that he instructed me to show more emotion. I will never forget when he talked about Tammy Fay Baker.

5.     I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

10/28/, 2010

_Amber Fowler_
Amber Fowler