**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**(_____ DIVISION)**

|  |  |  |
|---|---|---|
| _____, | ) | |
| Plaintiff/Petitioner/USA, | ) | **Case No.** _____ |
| | ) | |
| v. | ) | **Motion** |
| _____, | ) | **in Support of** |
| Defendant/Respondent. | ) | ***Pro Hac Vice* Application** |
| _____ | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that _____ be admitted *pro hac vice* in the above-captioned case as associate counsel.  As local counsel, I understand that:

1.        I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.        All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.        Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4.        Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings.  I will be prepared to actively participate if necessary.

5.        Certification of Consultation (Local Civil Rule 7.02).

☐        Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion:        ☐ will likely oppose;    ☐ does not intend to oppose

☐        Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

_____
_____

☐        No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| _____ | _____ |
| Firm Name | Name of Local Counsel |
| | |
| _____ | _____ |
| Street Address or Post Office Box | Signature of Local Counsel |
| | |
| | Local Counsel for the  _____ |
| _____ | |
| City, State, Zip Code | District of South Carolina |
| _____ | Federal Bar Number  _____ |
| Telephone Number | |
| _____ | |
| E-Mail Address | |

revised 09/19/05
