**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
( Florence _____ **DIVISION**)

| | | |
|---|---|---|
| USA _____, | ) | |
| Plaintiff/Petitioner/USA, | ) | **Case No.** 4:02-cr-992-JFA _____ |
| | ) | |
| v. | ) | **Application/Affidavit for** |
| Chadrick E. Fulks _____, | ) | ***Pro Hac Vice* Admission** |
| Defendant/Respondent. | ) | |
| _____ | ) | |

(1) <u>Name</u>. Amy _____ Gershenfeld _____ Donnella _____
       First                    Middle                    Last

(2) <u>Residence</u>. I reside in the following state: Pennsylvania _____
    If a South Carolina resident, indicate months/years of residence: _____

(3) <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

    Firm name: Federal Community Defenders, Capital Habeas Unit
    Mailing address: 601 Walnut St., Suite 545W    City/State/Zip: Philadelphia, PA19106
    Telephone number: (215) 928-0520
    Facsimile number: (215) 861-3508
    E-mail address: Amy_Donnella@fd.org
    (Application will not be considered without an e-mail address to receive electronic notification.)

(4) <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) <u>Regular Practice of Law</u>. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of Pennsylvania _____ where I regularly practice law. **Attached is my certificate of good standing.**

(6) <u>Additional Bar Membership</u>. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing | |
|---|---|---|---|
| State courts of Georgia, Kentucky, New Jersey   1979, 1981(now inactive), 1987 ⊞ | | ☑ Yes | ☐ No |
| Eleventh Circuit Court of Appeals, Third Circuit Court of Appeals,    1979, 2008 | | ☑ Yes | ☐ No |
| USDCs for  N.D. Ga. (1979), E.D. PA (2008),  Supreme Court of the United States  (DO NOT RECALL) | | ☑ Yes | ☐ No |

(7)    <u>Pending Disciplinary Matters</u>.  Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures?  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes    ☑ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds.  Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8)    <u>Curtailment of Prior *Pro Hac Vice* Admissions</u>.  Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes    ☑ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9)    <u>Sanctions</u>.  Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes    ☑ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)    <u>Criminal Sanctions</u>.  Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes    ☑ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11)    <u>Present and Previous *Pro Hac Vice* in this Court</u>.  Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes    ☑ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.)  Attach additional pages if necessary.

_____

_____

(12)    <u>Designated Local Counsel</u>.  Local counsel of record associated with Applicant in this case is:

| | |
|---|---|
| Attorney Name: | Kirsten Small, Esq. |
| Firm Name: | Nexsen Pruet, LLC |
| Street Address or Post Office Box: | 55 E. Camperdown Way, Suite 400 |
| City, State, and Zip Code: | Greenville, South Carolina 29601 |
| Telephone Number: | (864) 282-1112 |
| E-Mail Address: | Ksmall@nexsenpruet.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)    Associated Counsel.    In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
Billy Nolas, Federal Community Defender, Capital Habeas Unit, Philadelphia, PA 19106

(14)    Application Fee. I affirm that the application fee of two hundred and fifty dollars ($250) ~~has been~~ *will be* paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith, *but I am requesting a waiver of this fee.*

(15)    Electronic Notification. By submitting this application, I consent to electronic notification.

(16)    Represented Party/Parties. I seek to represent the following party/parties:
Chadrick E. Fulks

_Signature of Applicant_

Sworn to and subscribed before me
this *29th* day of *November* 20 *10* .

_Stacie Brown_

A Notary Public
of the State of *Pennsylvania*

My Commission expires: *December 9, 2013*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
STACIE BROWN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 9, 2013



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Amy Zoe Gershenfeld Donnella, Esq.*

#### DATE OF ADMISSION

#### *April 24, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: November 29, 2010**

John W. Person Jr., Esq.
Deputy Prothonotary