Motion hrg held(12/8/10)

U.S.A. vs Fulks
CR 4:02-992

**INDEX OF EXHIBITS**

Petitioner's Exhibit No.

Declaration of H.F. Pete Partee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100

Declaration of Lesley Coggiola . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 101

Declaration of Mary Lou Newberger . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

Declaration of Henderson Hill . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103

Declaration of Harry Krop . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

Declaration of Lewis Lambert, Jr. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105

Declaration of Lewis Lambert, Sr. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106

Declaration of Kenneth Maynard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107

Declaration of Oddie Starks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 108

Declaration of Mike Kaasee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 109

Declaration of Margaret Melikian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 110

Declaration of James H. Hilkey . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 111

Declaration of Seymour Halleck . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112

Declaration of Beth McGuffin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113

Declaration of Amber Fowler . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 114

Declaration of Amanda Oswalt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115

Declaration of Veronica Evans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 116

Excerpts of court file . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117

Declaration of Arlene Andrews . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118
(filed October 4, 2010)

Second Declaration of Amber Fowler . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119
(filed November 1, 2010)

Letter from J. Strom Thurmond, Jr to John H. Blume ............................ 120

Credentials of Jonathan Gasser ............................................ 121