| | |
|---|---|
| United States, | Case No. 4:02-992-JFA |
| Respondent, | |
| vs. | **Notice Of Filing Of Additional Exhibits** |
| Chadrick E. Fulks, | |
| Petitioner. | |

Petitioner Chadrick E. Fulks hereby files the following additional exhibits to his Motion to Alter or Amend (Docket No. 1356):

1. Index of Petitioner's Exhibits 100-121;

2. Declaration of Arlene Andrews;

3. Second Declaration of Amber Fowler;

4. Letter from Scott N. Schools and Jonathan S. Gasser to John H. Blume, III and William F. Nettles, IV (Aug. 19, 2003);

5. Credentials of Jonathan Gasser.

Respectfully submitted,

s/Kirsten E. Small

Kirsten E. Small, Fed ID No. 10005
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
Phone: 864.370.2211
KSmall@nexsenpruet.com

s/Billy H. Nolas

Billy H. Nolas, *pro hac vice*
Federal Community Defender Office
Capital Habeas Unit
Suite 545 West
Curtis Center
Philadelphia, PA 19106
Phone: 215.926.0520
billy_nolas@fd.org

December 14, 2010
Greenville, South Carolina

Attorneys for Petitioner
Chadrick E. Fulks