Dear judge Anderson

On January 19th 2011 I received your final decision denieing my Rule 59 isation to alter or amend which was filed with this court on august 27th, 2010. By Billy H. Nolas of the capital Habeaus unit.

although I do not agree with Your decision I have accepted it and respect Your position as the Cheif Judge.

I am writing this letter to You today to Bring to your attention that I do not want to file a "Notice of appeal" nor do I want any attorney whos to appointed to represent Me to file a "Notice of Appeal" on my Behalf, And In case those said attorneys have already filed this "Notice of appeal" without me knowing and against my word, then Id request a record of this letter be made for further proceedings with the 4th circuit court of appeals.

I have ratifide all attorneys in this case including the U.S. attorneys office There In Columbia South Carolina

①

of my wishes that no one file on my behalf this "Notice of appeals".
I am aware that I have "60 days from the day of Your denial of my motion to "Alter or amend", which was handed down by You on January 13th, 2011. Entry Number 1376

I just Simply want to let this time expire and as the defendant In this case, I do believe that It is my right to make this decision.

I only ask this court to consider my Request and if not, then at the least make this letter a part of the record for further proceedings with the 4th Circuit of appeals.

I Thank You For Your Time
Always In Honor
Chadwick Evan Fulks
T.S.F.L

C.C.
Judge Anderson - District court
Clerk of court District court
Kerstin Small - Attorney
Billy H Nolas Attorney
Amy Donnella Attorney
Bill Nettles - U.S. Attorney

②

# Certificate of Mailing

This is to Certifie that I Chad Fulks mailed this letter Requesting that No one acting on my behalf file a "Notice of Appeal", with this court, In First Class mail From USP Terre Haute on January 31st, 2011 to the following

Joseph F Anderson Cheif Judge
United States district court, Columbia, SC 29201

William Nettels, U.S. Attorney
1414 Main Street, Suite 500
Columbia, SC 29201

Kirsten Small, Attorney at Law
Nexsen / Pruet
P.O. Drawer 10648
Greenville, SC 29603

Billy H. Nolas    Attorneys at Law
Amy G. Donnella
Capital Habeaus Unit
Suite 545 West — The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

Always In Honor

Chuchuk Eana Tulho
T.S.F.L

January 31st, 2011