Chad Fulks

Name

16617-074

Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

☑ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

☐ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Legal Mail

28 C.F.R. §40.18

RECEIVED
USDC CLERK, COLUMBIA
2011 FEB

TERRE HAUTE IN

02 FEB 2011 PM 1 T

INMATE
IDENTIFICATION
CONFIRMED

ITEM X-RAYED BY

USMS 11
2-7-11

Chief Judge Joseph Anderson
United States District Court
1845 assembly Street
Columbia, SC
29201

USA FIRST-CLASS FOREVER

*Legal mail*
28 C.F.R. 540-18

Terre Haute, IN
Date

The enclosed letter was processed through a special mailing
procedures for forwarding to you. The letter has been
neither opened nor inspected. If the writer raises a ques-
tion or problem over which this facility has jurisdiction,
you may