IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **United States of America,**<br><br>    Respondent,<br><br>vs.<br><br>**Chadrick E. Fulks,**<br><br>    Petitioner. | Case No. 4:02-992-JFA<br><br><br>**Withdrawal of Pro Se Motion** |

On February 9, 2011, this Court docketed a letter, dated January 26, 2011, from Petitioner Chadrick E. Fulks as a "PRO SE MOTION to Dismiss any appeal or in the alternative a MOTION to withdraw any notice of appeal." Docket Entry 1381. Mr. Fulks, through undersigned counsel, hereby **WITHDRAWS** the Pro Se Motion and informs the Court of the following:

1.  This Court denied Mr. Fulks' Motion to Alter or Amend (Docket Entry 1356) on January 13, 2011. Accordingly, Mr. Fulks' notice of appeal is due no later than March 14, 2011.

2.  Counsel for Mr. Fulks received the Pro Se Motion on February 7, 2011. The following day, counsel Billy H. Nolas met with Mr. Fulks at the federal penitentiary in Terre Haute, Indiana. Mr. Nolas and Mr. Fulks talked for approximately five hours. At the conclusion of this meeting, Mr. Nolas gave Mr. Fulks a hand-written notice, the signed version of which is attached hereto as Exhibit A, and asked Mr. Fulks to consider withdrawing his Pro Se Motion in light of their discussion.

3.  Since the February 8 meeting, Mr. Nolas and Mr. Fulks have exchanged written communications and, on February 22, 2011, Mr. Fulks spoke with Mr. Nolas by telephone.

4.  During the face-to-face meeting in Terre Haute, the written communications, and the telephone conference, Mr. Fulks has discussed with Mr. Nolas all aspects of his

case and appeal, and all matters pertaining to his representation by Mr. Nolas and the Philadelphia Capital Habeas Unit.

5. On February 23, 2011, Mr. Fulks spoke by telephone with a CHU investigator who has visited Mr. Fulks on several occasions. Mr. Fulks informed the investigator that he wanted to go forward with his appeal to the Fourth Circuit and that he would immediately sign and send the Notice to Mr. Nolas.

6. Mr. Nolas received the signed Notice on February 28, 2011, and immediately transmitted an electronic copy of the signed Notice to the undersigned.

7. As declared in the signed Notice, Mr. Fulks intends to appeal both the denial of his motion to vacate under 28 U.S.C. § 2255 and the denial of his motion to alter or amend.

Respectfully submitted,

s/Kirsten E. Small

Kirsten E. Small, Fed ID No. 10005
NEXSEN PRUET, LLC
55 East Camperdown Way (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
Phone: 864.370.2211
KSmall@nexsenpruet.com

s/Billy H. Nolas

Billy H. Nolas, *pro hac vice*
Amy Gershenfeld Donnella, *pro hac vice*
Federal Community Defender Office
Capital Habeas Unit
Curtis Center, Suite 545 West
Philadelphia, PA 19106
Phone: 215.926.0520
billy_nolas@fd.org

Attorneys for Petitioner
Chadrick E. Fulks

March 2, 2011
Greenville, South Carolina