# Exhibit A

I, CHADRICK E. FULKS, HAVE SPOKEN ABOUT MY APPEAL WITH MY COUNSEL, BILLY H. NOLAS. I WANT COUNSEL TO FILE MY NOTICE OF APPEAL SO THAT MY APPEAL CAN BE HEARD BY THE FOURTH CIRCUIT COURT OF APPEALS.

Chadrick E. Fulks

February 23rd 2011

Date