IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **United States of America,** | Case No. 4:02-992-JFA |
| Respondent, | |
| vs. | **Notice of Appeal** |
| **Chadrick E. Fulks,** | |
| Petitioner. | |

Petitioner Chadrick E. Fulks, through counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Judgment in the above-captioned case, entered on August 20, 2010 (Docket Entry 1345); the Order entered on August 20, 2010 (Docket Entry 1344), as amended on August 25, 2010 (Docket Entry 1348); and the Order entered on January 13, 2011 (Docket Entry 1376).

Respectfully submitted,

| | |
|---|---|
| s/Billy H. Nolas | s/Kirsten E. Small |
| Billy H. Nolas, *pro hac vice* | Kirsten E. Small, Fed ID No. 10005 |
| Amy G. Donnella, *pro hac vice* | NEXSEN PRUET, LLC |
| Federal Community Defender | 55 East Camperdown Way (29601) |
| Capital Habeas Unit | Post Office Drawer 10648 |
| Curtis Center, Suite 545 West | Greenville, SC 29603-0648 |
| Philadelphia, PA 19106 | Phone: 864.370.2211 |
| Phone: 215.926.0520 | KSmall@nexsenpruet.com |
| billy_nolas@fd.org | |

Attorneys for Petitioner
Chadrick E. Fulks

March 2, 2011
Greenville, South Carolina