# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: __03/02/11__ | District: | District Case No.: |
|---|---|---|
| ___ First NOA in Case | District of South Carolina | 4:02-cr-992 |
| ✔ Subsequent NOA-same party | **Division:** | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-new party | Florence | 09-9 |
| ___ Subsequent NOA-cross appeal | **Caption:** | **4CCA Case Manager:** |
| ___ Paper ROA ___ Paper Supp. | USA, plaintiff, vs. Chadrick E. Fulks, defendant. | |
| Vols: _____ | | |
| Other: _____ | | |

| **Confinement**-Criminal Case**:** | **Fee Status:** |
|---|---|
| ✔ Death row-use DP Transmittal | ___ No fee required (USA appeal) |
| ___ Recalcitrant witness | ___ Appeal fees paid in full |
| ✔ In custody | **Criminal Cases:** |
| ___ On bond | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On probation | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| **Defendant Address-**Criminal Case**:** | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| **District Judge:** | ___ Court never granted IFP status (must pay fee or apply to **District Court**) |
| Joseph F. Anderson, Jr. | **PLRA Cases**: |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| **Court Reporter** (list all): | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| D. Jernigan, G. Smith, ESR, D.Mayo | **Sealed Status** (check all that apply)**:** |
| Contract Court Reporter: Coordinator: Janet Woodward, 803-253-3198 | ____ Portions of record under seal |
| | ____ Entire record under seal |
| **Coordinator**: Janet Woodward, 803-253-3198 | ____ Party names under seal |
| | ____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable)**:** | **Record Status for Counseled Appeals** (check any applicable)**:** |
|---|---|
| ___ Assembled electronic record transmitted | ✔ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Mary F. Floyd    Phone: 803-765-5353    Date: 03/03/11

02/2011