UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

    Defendant - Appellant

_____

O R D E R

_____

The Court appoints Kirsten Elena Small as lead counsel for the appellant pursuant to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective 03/02/2011.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk