RECEIVED
USDC CLERK, FLORENCE, SC

2011 MAY 19 P 1: 04

Clerk
Office of the Clerk
United States District Court
District of South Carolina
Florence Division
United States Courthouse
401 Evans Street
Florence, South Carolina
                    29501

                                        May 5, 2011

Re: Criminal Case No. 4:02-cr-00992-JFA
    United States v. Basham

    Dear Clerk,

    Please find enclosed Brandon Basham's Pro Se document entitled "Defendant's Waiver of Any and ALL Proceedings-Pursuant to 28 U.S.C. § 2255" for filing with the court.

    Additionally, please find enclosed copy to be stamped "filed" and returned to the defendant in the SASE which is also enclosed herein.

    Thank you for your time and consideration in this matter.

Sincerely,

*Brandon Basham*

Brandon Leon Basham
#98940-071
Post Office Box 33, SCU
Terre Haute, IN 47808-0033