Brandon Leon Basham #98940-071
Post Office Box 33, SCU
Terre Haute, IN 47808-0033



Special /Legal Mail

To: Clerk
   Office of the Clerk
   United States District Court
   For the District of South Carolina
   United States Courthouse
   401 West Evans Street
   Florence, South Carolina  29501





U.S. Penitentiary
Terre Haute, IN 47808

Date _____

MAY 1 6 2011

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened nor inspected. If the writer raises a ques-
tion or problem over which this facility has jurisdiction,
you may wish to return the material for further informa-
tion or clarification. If the writer encloses correspondence
for forwarding to another address, please return the
enclosure to the above address.