Exhibit Index to motion for collateral relief
Pursuant to  28 U.S.C. § 2255

Exhibit 1:    Declaration of Kimmberly Taylor

Exhibit 2:    Interview Report of DA Crocker, Brunswick County Sheriff's Office

Exhibit 3:    FBI 302 report prepared by Jeffrey Long, transcribed on December 4, 2002.

Exhibit 4:    Memorandum of Discipline to Capt. Carlisle J. McNair, July 1, 2002.

Exhibit 5:    Capt. Carlisle J. McNair's receipt of resignation, October 15, 2002.

Exhibit 6:    Declaration of John Castro, May 23, 2011.

Exhibit 7:    Declaration of John Castro, May 31, 2011.

Exhibit 8:     DOJ, Eastern District of North Carolina, news release 10/6/2008.

Exhibit 9:    DOJ Study

Exhibit 10:   DOJ, The Federal Death Penalty System: Supplementary Data, Analysis and Revised Protocols for Capital Case Review.

Exhibit 11:   Federal Capital Prosecutions Awaiting Trial.

Exhibit 12:   Federal Capital Defendants Who Die Before or During Trial.

Exhibit 13:   Federal Capital Prosecutions Which Were Dismissed by the Judge for Legal Reasons.

Exhibit 14:   Federal Capital Prosecutions in Which the Attorney General Withdrew a Notice of Intent to Seek the Death Penalty.

Exhibit 15:   Federal Capital Prosecutions Ending in Guilty Pleas to a Sentence Other than Death.

Exhibit 16:  Federal Capital Defendants Who Were Found Not Guilty of the Capital Charge or Were Innocent.

Exhibit 17:  Federal Capital Defendants Convicted of a Lesser Offense.

Exhibit 18:  Federal Capital Cases Where the Death Penalty Has Been Rejected by Juries or Judges.

Exhibit 19:  Federal Capital Cases Resulting in a Sentence of Death.

Exhibit 20:  Federal Capital Cases Resulting in Execution.

Exhibit 21:  A Listing of Former Federal Death Row Inmates.