UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-992-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | |
| | Joint Notice of Proposed Psychiatric |
| BRANDON LEON BASHAM, | Experts to Conduct Competency |
| | Evaluation of Defendant Brandon Leon |
| Defendant. | Basham |

The United States, by and through the undersigned Assistant United States Attorney, and Defendant Brandon Leon Basham, by and through undersigned counsel, hereby provide the Court with the names of two psychiatric experts whom the parties believe are qualified to conduct an evaluation of Defendant Basham to determine his competency to waive further proceedings on his motion for relief pursuant to 28 U.S.C. § 2255:

    Dr. Richard L. Frierson
    University of South Carolina School of Medicine
    University Specialty Clinics
    15 Medical Park, Ste. 141
    Columbia, S.C. 29203
    Phone: (803) 434-2808

1

Dr. Pamela Crawford
Wm. Jennings Bryan Dorn VA Medical Center
6439 Garners Ferry Road
Columbia, S.C. 29209-1639
Phone: (803) 776-4000

Respectfully submitted this 15th day of July, 2011.

William N. Nettles
United States Attorney

s/Robert F. Daley
Robert F. Daley (ID No. 6460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803)-929-3054

s/Julia Grace Mimms
Julia Grace Mimms, Esquire
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960
Attorneys for Defendant
Brandon Leon Basham

2

**Certificate of Service**

I hereby certify that on July 15, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

This 15th day of July, 2011.

s/Julia Grace Mimms
Julia Grace Mimms, Esquire
Attorney for Defendant
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960
Attorneys for Defendant
Brandon Leon Basham