IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  4:02-992-JFA |
| | ) | |
| v. | ) | ORDER APPOINTING |
| | ) |  COURT'S EXPERT |
| BRANDON LEON BASHAM | ) | |
| | ) | |
| _____ | ) | |

The defendant, Brandon Leon Basham, has filed a *pro se* motion indicating his desire to withdraw all appeals and proceed to execution in this case.  On June 29, 2011, the court conducted a status conference to discuss scheduling matters associated with the § 2255 motion that is now pending before this court.  Mr. Basham participated in the status conference by way of a live satellite transmission.  At the status conference, Mr. Basham reiterated his strong desire to forego any further appeals in this action and be executed.

Before the court can act upon the request by Mr. Basham to withdraw his appeals and challenges to his conviction, the court must make a determination as to the competency of Mr. Basham.  At the conclusion of the status conference on June 29, the court asked the attorneys for Mr. Basham and the government to consult and determine if they could agree upon a forensic psychiatrist, acceptable to both sides, to examine Mr. Basham.  Pursuant to the court's request, the attorney's consulted and have indicated to the court that both sides agree that Richard L. Frierson, M.D., DFAPA, professor of clinical psychiatry at the University of South Carolina School of Medicine, is qualified to determine competency.

1

For the foregoing reasons, the court hereby appoints Dr. Richard L. Frierson as the court's expert for purposes of conducting a full mental examination of Brandon Leon Basham and reporting his findings to the court.

Dr. Frierson has indicated to the court that he anticipates the necessity for him to make two trips from South Carolina to Terra Haute, Indiana, where Mr. Basham is housed, for purposes of the examination. Dr. Frierson indicates that he will bill the court for no more than eight hours per day for each of these four days. The court agrees that this schedule is reasonable under the circumstances. The court will compensate Dr. Frierson at his standard rate and will reimburse him his travel and lodging expenses.

The Clerk shall forward a copy of this order to the attorneys of record, to Dr. Frierson, and to the Federal Correctional Institute at Terra Haute, Indiana so that they will be prepared to accommodate Dr. Frierson upon his arrival there.

IT IS SO ORDERED.

July 22, 2011                              Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge

2