IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | ORDER APPOINTING DR. |
| BRANDON LEON BASHAM | ) | GEORGE F. PARKER AS |
| | ) | COURT'S EXPERT |
| _____ | ) | |

The defendant, Brandon Leon Basham, has filed a *pro se* motion indicating his desire to withdraw all appeals and proceed to execution in this case.  On June 29, 2011, the court conducted a status conference to discuss scheduling matters associated with the § 2255 motion that is now pending before this court.  Mr. Basham participated in the status conference by way of a live satellite transmission.  At the status conference, Mr. Basham reiterated his strong desire to forego any further appeals in this action and be executed.

Before the court can act upon the request by Mr. Basham to withdraw his appeals and challenges to his conviction, the court must make a determination as to the competency of Mr. Basham.

For the foregoing reasons, the court hereby appoints Dr. George F. Parker, with the Indiana University Department of Psychiatry, as the court's expert for purposes of conducting a full mental examination of Brandon Leon Basham and reporting his findings to the court. Dr. Parker has routinely conducted competency examinations for the federal courts in Indiana. A copy of his curriculum vitae is attached to this order. The court will compensate

1

Dr. Parker at his standard rate and will reimburse him his travel and other out-of-pocket expenses.

The Clerk shall forward a copy of this order to the attorneys of record, to Dr. Parker, and to the Federal Correctional Institute at Terra Haute, Indiana so that they will be prepared to accommodate Dr. Parker upon his arrival there.

The order entered as ECF No. 1401 is hereby vacated.

IT IS SO ORDERED.

July 29, 2011                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge