**George F. Parker, M.D.**
**IU Department of Psychiatry**
**1111 West 10th Street**
**Indianapolis, IN  46202**
**(317) 274-1355**
geoparke@iupui.edu

**Education:**    **Harvard College**
B.A., magna cum laude, in U.S. History, June 1983.

**University of Massachusetts Medical School**
M.D., June 1990.

**Case Western Reserve University, Weatherhead School of**
    **Management**
Mental Health Executive Leadership Program,
September 1997 - May 1998.

**Training:**    **University of Massachusetts Medical Center**
Resident in Psychiatry, July 1990 - June 1991.

**Dartmouth-Hitchcock Medical Center**
Resident in Psychiatry, July 1991 - June 1993.

**University of Massachusetts Medical Center**
Chief Resident, Acute Inpatient Unit, July 1993 - June 1994.
Chief Resident, Emergency Mental Health, January - June 1994.

**Case Western Reserve University School of Medicine**
Landmark Case Seminar (Forensic Psychiatry) with Philip Resnick, M.D.,

July 1996 - March 1998.

**Faculty**
**Appointments:**    **Indiana University School of Medicine**
Associate Professor of Clinical Psychiatry, August 2001 – present.

**Indiana University School of Law - Indianapolis**
Adjunct Professor, November 2009 – present.

**Case Western Reserve University School of Medicine**
Assistant Professor of Psychiatry, July 1995 – July 2001.

**University of Massachusetts Medical School**
Assistant Professor of Psychiatry, July 1994 - June 1995.

| | |
|---|---|
| **Employment:** | **Indiana University School of Medicine, Department of Psychiatry**<br>Director, Forensic Psychiatry,<br>August 2001 – present |
| | **Indiana Division of Mental Health & Addiction**<br>Medical Director<br>December 2003 – present. |
| | Deputy Medical Director,<br>August 2001 – December 2003. |
| | **Northcoast Behavioral Healthcare, Northfield, Ohio**<br>Medical Director,<br>August 2000 – July 2001. |
| | Chief Clinical Officer,<br>Northfield Hospital and Community Support Network<br>July 1995 – July 2001. |
| | **Court Psychiatric Clinic**<br>**Cuyahoga County Court of Common Pleas**<br>Staff Psychiatrist<br>September 1998 – July 2001. |
| | **American Board of Psychiatry and Neurology**<br>Examiner, Part II (Oral) Examination<br>May 1999, May 2001 and September 2003. |
| | **Worcester State Hospital**<br>Staff Psychiatrist<br>July 1994 - June 1995. |
| | **New Hampshire Hospital**<br>On-call Psychiatrist<br>August 1992 - June 1994 |
| **Certification:** | **National Board of Medical Examiners,**<br>Diplomate, July 1991. |
| | **American Board of Psychiatry and Neurology,**<br>General Psychiatry, June 1995, #41476;<br>Re-certified through December 2015. |

2

Forensic Psychiatry, April 1998, #734;
Re-certified through December 2018.

**Medical Licensure:**   Current Licenses:     State of Indiana, No. 1054573A,
July 2001 – present.
State of Ohio, No. 68193,
March 1995 - present.
State of New Hampshire, No. 8769,

July 1992 – June 1994.
Commonwealth of Massachusetts, No. 79375,

May 1994 – October 1996.

**Membership:**     American Psychiatric Association
General member: 1992 – 2004
Fellow: 2005 – present

American Academy of Psychiatry and Law
Member: (1996 – present)
Education Committee (2002 - present)
Institutional and Correctional Forensic Psychiatry Committee
(2005 – present)

**Awards:**     Mental Health America of Indiana
Heroes in the Fight, Individual Psychiatrist Award
December 2006.

Faculty supervisor of Doug Morris, M.D.,
Recipient of the 2008 Young Investigator Award from the
American Academy of Psychiatry and the Law.

**Publications:**

**Original Research:**

1.) **Parker GF.** Assertive community treatment: An effective model for an NGRI conditional release program. Journal of the American Academy of Psychiatry and the Law, 32:291-303, 2004.

2.) Parks J, Radke A, **Parker G**, Foti ME, Eilers R, Diamond M, Svendsen D and Tandon R. Principles of antipsychotic prescribing for policy makers, circa 2008. Translating knowledge to promote individualized treatment. Schizophrenia Bulletin, 35: 931-936, 2009 (e-published ahead of print April 2008).

3.) Morris DR and **Parker GF.** Jackson's Indiana: State hospital competence restoration in Indiana. Journal of the American Academy of Psychiatry and the Law 36:522-534, 2008.

4.) **Parker GF.** Positive impact of a mental health training course for correctional officers on a special housing unit. Psychiatric Services 60:640-645, 2009.

5.) Morris DR and **Parker GF.** Effects of advanced age and dementia on restoration of competence to stand trial. International Journal of Law and Psychiatry 32:156-160, 2009.

6.) Morris DR and **Parker GF.** *Indiana v. Davis*: Revisiting due process rights of permanently incompetent defendants. Journal of the American Academy of Psychiatry and the Law 37: 380-385, 2009.

7.) Chambers A, Boggs C and **Parker GF.** The dual diagnosis physician-infrastructure assessment tool (DDPAT): State-funded facilities and physician workforce attributes in Indiana. Psychiatric Services, accepted for publication.

8.) Parker GF. Application of a firearm seizure law aimed at 'dangerous' people: Outcomes from the first two years. Psychiatric Services, accepted for publication.

**Letters to
the Editor:**

1.) **Parker GF:** Clozapine and borderline personality. Psychiatric Services, 53: 348-49, 2002.

2.) **Parker GF.** Conditional release and mandated outpatient treatment. Psychiatric Services, 53: 483-84, 2002.

3.) **Parker GF.** Assertive treatment and arrest of probationers. Psychiatric Services, 53: 1033, 2002.

4.) **Parker GF.** Borderline personality disorder, suicide and pharmacotherapy. Psychiatric Services, 53:1330, 2002.

5.) **Parker GF.** Combination antipsychotic therapy in clinical practice. Psychiatric Services, 54:574, 2003.

6.) **Parker GF.** Use of long-acting risperidone. Psychiatric Services, 56:105-106, 2005.

7.) **Parker GF.** Community reintegration of prisoners with mental illness. Psychiatric Services, 57: 1512-1513, 2006.

Posters:

1.) Buckley PF, Lys C, Rehman MU, **Parker GF,** Schulz SC, Friedman L and Dortch. Clozapine plasma levels and treatment strategies. APA Institute on Psychiatric Services, Chicago, IL, 10/20/96.

2.) **Parker GF** and Gajwani P. Clozapine reduces state hospital use in borderline personality. Ohio Department of Mental Health Conference: Translating Research into Practice, Worthington, OH, 5/9/00.

3.) **Parker GF.** Clozapine reduces state hospital use in severe borderline personality disorder. All-Ohio Institute on Community Psychiatry, Cleveland, OH, 3/10/01.

4.) **Parker GF.** Low re-offense rate in a conditional release program. Annual meeting of the American Academy of Psychiatry & the Law, Boston, MA, 10/27/01.

5.) **Parker GF.** Antipsychotic choice and course of conditional release. Annual meeting of the American Academy of Psychiatry & the Law, Newport Beach, CA, 10/26/02.

6.) **Parker GF.** Inpatient restoration of juveniles in Indiana. Annual meeting of the American Academy of Psychiatry & the Law, San Antonio, TX, 10/17/03.

7.) **Parker GF.** The tortured path of a bill to reform competence restoration. Annual meeting of the American Academy of Psychiatry and the Law, Scottsdale, AZ, 10/23/04.

8.) **Parker GF.** Outcomes of a NAMI Training Program on a SHU. Annual meeting of the American Academy of Psychiatry and the Law, Montreal, Canada, 10/27/05.

9.) Morris DR and **Parker GF.** State Hospital Competence Restoration in Indiana. Annual meeting of the American Academy of Psychiatry and the Law, Chicago, IL, 10/26/06.

10.)       **Parker GF** and May B.  Firearm seizure from "dangerous" individuals in Indiana.  Annual meeting of the American Academy of Psychiatry and the Law, Miami, FL, 10/18/07.

11.) Morris DR and **Parker GF**.  Effects of advanced age and dementia on restoration of competence to stand trial.  Annual meeting of the South Carolina Psychiatric Association, Feb. 8, 2008, Charleston, SC; and Annual meeting of the American Academy of Psychiatry and the Law, Seattle, WA, 10/23/08.

12.) **Parker GF**.  Jackson then and now: The man and the landmark case.  Annual meeting of the American Academy of Psychiatry and the Law, Baltimore, MD, 10/30/09.

**Recent Presentations:**

1.) "Psychiatric Medications"
Marion County Crisis Intervention Team training, 1.5 hours, given twice annually 2004, 2005, 2006, and 2007; once in 2008.

2.) "Categories of Mental Illness."
Two-hour program, part of NAMI-Indiana training on mental health issues for criminal justice personnel, presented at several Indiana DOC facilities and to criminal justice audiences in Indiana and Kentucky, 2004- present.

3.) "Diverting People with Mental Illness from the Criminal Justice System: The Sequential Intercept Model."
   a.  Annual meeting of the Indiana Judicial Conference, Fort Wayne, IN, 9/19/07.
   b.  Plenary Panel presentation at the 10th annual Clarian Community Plunge, Indianapolis, IN, 10/12/07.
   c.  Keynote presentation at the 5th annual NAMI-Indiana Mental Health and Criminal Justice Summit, Indianapolis, IN 3/14/08.
   d.  Problem Solving Courts Workshop, sponsored by the Indiana Judicial Conference, Indianapolis, IN, 10/2/08.
   e.  Public Safety and Mental Illness workshops, sponsored by NAMI-Indianapolis, Indianapolis, IN, 6/18/09.

4.) "Starting a Mental Health Court in your Community."
Session moderator, NAMI-Indiana 4th Annual Criminal Justice Summit, Indianapolis, IN, 3/23/07.

5.) "Indiana's Sex Offender Laws: Based on Facts or Fears?"
Dept. of Psychiatry Grand Rounds, IU School of Medicine, Indianapolis, IN, 5/11/07.

6.) "Serious Mental Illness in the Criminal Justice System."
10th Annual Mental Health Symposium, sponsored by the IU School of Medicine and Mental Health America of Indiana, Indianapolis, IN, 6/1/07.

7.) "Psychosocial Aspects of Mass Disaster" and "Pandemic: Special Considerations."

6

Training for Indiana local government officials, health department staff and mental health providers involved in emergency management, sponsored by the Indiana All-Hazards Committee; Indianapolis, IN, 6/18/07 and Seymour, IN, 6/28/07.

8.) "Anthony Kiritsis: A Retrospective Case Review."
Faculty discussant for resident case presentation at Dept. of Psychiatry Grand Rounds, Indianapolis, IN, 9/14/07.

9.)     "Predicting Dangerousness in the Courtroom."
Annual meeting of the Indiana Judicial Conference, Fort Wayne, IN, 9/19/07.

10.)     "The Psychology of Crime."
Panel participant, Bench Bar Conference, Indianapolis Bar Association, French Lick, IN, 6/19/09.

11.)     "Competence and sanity evaluations in Indiana: Guidelines and outcomes."
Keynote address, Indiana Psychological Association Fall Meeting, Indianapolis, IN, 11/6/09.

12.)     "The criminal mind: Personality and biology."
Indiana Judicial Conference, winter meeting, Indianapolis, IN, 12/11/09.