IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA       ) Cr. No. 4:02-992-JFA
                                            )
          v.                        )
                                            )
BRANDON L. BASHAM,          )

UNOPPOSED MOTION BY THE UNITED STATES FOR EXTENSION
OF TIME TO FILE RESPONSE TO PETITIONER'S AMENDED MOTION
FOR RELIEF PURSUANT TO 28 U.S.C. § 2255

The United States, by and through the undersigned Assistant United States Attorney,

moves the Court for an order extending the time in which to respond to Petitioner's Amended

Motion to Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C. § 2255 up

to and including November 18, 2011. The Government's Motion is based on the following:

1.     On June 1, 2011, Petitioner Brandon L. Basham filed an Amended Motion to

Vacate Conviction and Sentence and for a New Trial Pursuant to 28 U.S.C.

§ 2255.

2.     A status conference was held on this matter on June 29, 2011. At that status

conference the Court set the due date for a response by the Government to

Basham's § 2255 Motion for September 30, 2011. At the hearing, Basham

continued to request that he be allowed to waive any and all proceedings pursuant

to 28 U.S.C. § 2255. This Court indicated that it would request input from the

parties and appoint a forensic psychiatrist to examine Basham to determine if he is

competent to waive his § 2255 rights. The Court has subsequently appointed a

forensic psychiatrist to perform a competency evaluation to determine whether

Basham is competent to waive his § 2255 rights.

3.     The § 2255 Motion, which sets forth 34 individual claims, is 168 pages. Additionally, the Motion has 21 exhibits totaling 551 pages. Petitioner's allegations have required, and continue to require, detailed review of the massive record of pre-trial and trial proceedings.

4.     Petitioner's jury selection lasted two weeks. The guilt phase of his trial lasted three weeks. His sentencing phase lasted more than three weeks. All total the transcripts for jury selection, the guilt phase and sentencing phase comprise 37 volumes. Additionally, post-trial motions and hearings which lasted several days are at issue.

5.     The Government has assigned three Assistant U.S. Attorneys to this matter who have been working diligently to respond to the § 2255 motion.   In addition to reviewing the massive record of the proceedings below the assigned Assistant U. S. Attorneys have spent considerable time researching numerous areas of the law. During this same time, the Assistant U. S. Attorneys have continued to carry active appellate and post-conviction relief caseloads, including the appeal of Basham's co-defendant Chadrick Fulks's appeal of the denial of his § 2255 motion. The Assistant U. S. Attorneys prepared several appellate briefs in the Fourth Circuit and responses to various post-conviction motions in the District Court. Additionally, the Assistant U. S. Attorneys have prepared for and argued appeals in the Fourth Circuit. Finally, the undersigned has served as a "taint" attorney in two investigations which has consumed a significant amount of time the past three weeks.

6.    Despite the government's efforts to complete a response, the Government will be unable to do so by October 31, 2011.

7.    The undersigned has contacted  Petitioner's counsel, Michael Burke, and he does not object to this extension request up to and including November 18, 2011.

WHEREFORE, the Government prays for an order of this Court granting an extension to respond to Petitioner's Motion; said response to be filed on or before November 18, 2011.

Respectfully submitted,

WILLIAM N. NETTLES
United States Attorney

s/Robert F. Daley, Jr.
ROBERT F. DALEY, JR. (ID No. 6460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina  29201
(803) 929-3114

October 24, 2011