UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>BRANDON LEON BASHAM,<br><br>Defendant. | No.  4:02-922-JFA<br><br>Judge Joseph F. Anderson, Jr.<br><br>Motion Authorizing Visits with Defendant |

Brandon Basham, through undersigned counsel, requests that this Court issue an order directing the United States Prison at Terre Haute to allow for a confidential visit between Mr. Basham and Dr. Donna Schwartz-Watts, a forensic psychiatrist retained by Mr. Basham's counsel for purposes of evaluating Mr. Basham's competency to waive further proceedings, especially in light of the prison's failure to medicate Mr. Basham for his various medical and psychiatric conditions.  Counsel spoke with Katherine Siereveld, an attorney with the prison at Terre Haute and she indicated while the prison had no objection to the expert's visit, they require a court order due to the high security nature of Mr. Basham's confinement.  It is not necessary for the Court to order a specific date and time for Dr. Schwartz-Watts's evaluation of Mr. Basham, counsel will work with all involved to ensure that it is

1

scheduled at a time that is convenient to both Dr. Schwartz-Watts's schedule and the visitation schedule of the prison as well as one that will not delay proceedings in this case. Counsel for Mr. Basham has contacted counsel for the Government who stated, given the procedural posture of the case, they do not feel they can stipulate to the visit.

Wherefore, counsel for Mr. Basham respectfully requests that the proposed expert visit order should issue.

Respectfully submitted this 15th day of November, 2011.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

## Certificate of Service

I hereby certify that on November 15th, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit