UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  4:02-922-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | DEATH PENALTY CASE |
| BRANDON LEON BASHAM, | |
| Defendant. | |

MOTION BY PETITIONER FOR CLARIFICATION OF TIME TO FILE REPLY
IN HIS PETITION FOR RELIEF PURSUANT TO 28 U.S.C. § 2255

Petitioner, Brandon Basham, by and through undersigned counsel, moves the Court for an order clarifying the due date for his reply brief to the Government's response to his Motion to Vacate Conviction and Sentence and for a New Trial pursuant to 28 U.S.C. § 2255.  Mr. Basham's Motion is based on the following:

1.    On June 1, 2011, Petitioner Brandon Basham filed a Motion to Vacate Conviction and Sentence and for a New Trial pursuant to 28 U.S.C. § 2255.

2.    A status conference was held on this matter on June 29, 2011, at which time the briefing schedule was set.  The due date for the Government's

1

response was set for September 30, 2011, and Mr. Basham was given 60 days from the filing of the response to file his reply brief, set at that time on November 30, 2011.

3.  Pursuant to the massive record in this case and its workload, the Government sought, and was granted, two unopposed extensions of time to file its response to Basham's 28 U.S.C. § 2255 Motion for Relief. However, the date for the reply brief was never altered in the orders granting those extensions of time.

4.  The Government timely filed its response on November 18, 2011. Under the Court's current briefing schedule, this leaves Petitioner just under two weeks, and due to the approaching holiday, just six business days to read, research, review the record, and file his reply. Accordingly, counsel seeks clarification for whether the date is as set, or 60 days from the date the response was filed, which would be a due date of January 17, 2012.

WHEREFORE, counsel for Mr. Basham respectfully request clarification of the due date for the reply brief.

2

Respectfully submitted this 21st day of November, 2011.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

**Certificate of Service**

I hereby certify that on November 21, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit