IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  4:02-922-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON LEON BASHAM | ) | |
| | ) | |
| _____ | ) | |

The petitioner has moved for clarification of the response deadline in this § 2255

action.  The court will allow the petitioner 60 days from the day the government's response

was filed, resulting in a due date of January 17, 2012.

IT IS SO ORDERED.

November 22, 2011                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge