UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-992-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | Reply in Support of Motion Authorizing Visits with Defendant |
| BRANDON LEON BASHAM, | |
| Defendant. | |

The Government "respectfully suggests" that undersigned counsel filed the motion requesting an order permitting a contact visit for Dr. Donna Schwartz-Watts "without Basham's authorization." Government's Response to Defendant's Motion for an Order Authorizing Prison Visits ("Government's Response), at 4. The Government is incorrect. As a threshold matter, of course, communications between counsel and their client are privileged from such unwarranted intrusion by the Government. In addition, because an attorney-client relationship still exists between Mr. Basham and undersigned counsel, and because strategic decisions involving such matters as the hiring of defense experts is the purview of the attorney, not the client, Mr. Basham's position on this particular issue is not pertinent to the motion currently before the Court. *See, e.g., Taylor v. Illinois*, 484 U.S. 400, 417-18 (an attorney has

1

authority to manage most aspects of the defense without obtaining client approval).

Nevertheless, for the limited purpose of expeditiously obtaining an order from this Court permitting Dr. Schwartz-Watts to evaluate their client, counsel will inform the Court that Mr. Basham has at all times consented to an evaluation by Dr. Schwartz-Watts. The motion seeking a contact visit order was filed with Mr. Basham's knowledge and consent. The Government's suggestion to the contrary is incorrect.

The Government's second reason for opposing the Motion is that, at the status conference regarding Mr. Basham's request to waive his § 2255 proceedings, undersigned counsel agreed that, because Dr. Schwartz-Watts testified on behalf of the defense at trial, she could not serve as an *independent* expert for the Court on the question of Mr. Basham's competency. The Government does not explain, nor is it readily apparent, why this fact precludes Dr. Schwartz-Watts from evaluating Mr. Basham *as a defense expert*, which is what counsel are requesting. Dr. Schwartz-Watts observed Mr. Basham both medicated and unmedicated prior to and during his trial. In light of the fact that Mr. Basham has received no medical treatment for his Attention Deficit Hyperactivity Disorder since his incarceration at the United States Prison in Terre Haute, Dr. Schwartz-Watts is particularly well-suited to evaluate Mr. Basham's current condition on behalf of the defense.

Contrary to the Government's assertion that "Basham has already stated his reluctance to be examined at all," Government's Response, at 3, Mr. Basham agreed at the status conference to be evaluated by a court-appointed psychiatrist and followed through with that promise to the Court when he met with Dr. George Parker on two occasions.  He has similarly agreed to meet with Dr. Schwartz-Watts.  The requested order is needed simply to allow Dr. Schwartz-Watts access to Mr. Basham in the prison.

For the foregoing reasons, Mr. Basham respectfully renews his request for an order permitting Dr. Donna Schwartz-Watts to evaluate him at the United States Prison at Terre Haute, Indiana.

Respectfully submitted this 29th day of November, 2011.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

### Certificate of Service

I hereby certify that on November 29th, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit

4