IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA          )     CR No.:  4:02-992-JFA
                                               )
v.                                        )           ORDER
                                               )    SETTING HEARING
BRANDON LEON BASHAM         )
                                                )
_____  )

The court will conduct a hearing on the defendant's pro se request to withdraw his § 2255 petition beginning at 9:30 a.m. on Thursday, February 23, 2012, in Courtroom 216 of the Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204.  The court's designated competency expert, Dr. George Parker, will be in attendance to present his evaluation of the defendant and to answer questions by counsel.

The court would like to address the defendant in person, and for this reason, the court hereby directs the United States Marshal Service to transport the defendant from his place of incarceration at the Terre Haute Indiana Federal Correctional Facility to the Indianapolis Courthouse for purposes of attending the hearing.

The attorneys appointed to represent the defendant have moved for an order authorizing Columbia psychiatrist Dr. Donna Schwartz-Watts to visit with the defendant on or before January 9, 2012.  The court granted the motion, with the understanding that she will render a written report no later than ten days after her visit.  After her report is received, the court will conduct a telephonic status conference with counsel to determine the extent to

which additional witnesses might be called at the February 23rd hearing.

The Clerk is requested to send a copy of this order to the Clerk of the United States District Court for the District of Indiana, the United States Marshals Service, Dr. George Parker, and all counsel of record in this case.

IT IS SO ORDERED.

December 9, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge