UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-992-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | Unopposed Motion by Petitioner for Extension of Time to File Reply in His Petition for Relief Pursuant to 28 U.S.C. § 2255 |
| BRANDON LEON BASHAM, | |
| Defendant. | |

Petitioner, Brandon Basham, by and through undersigned counsel, moves the Court for a 45-day extension of the due date for his reply to the Government's Memorandum in Opposition to his Motion to Vacate Conviction and Sentence and for a New Trial pursuant to 28 U.S.C. § 2255. Mr. Basham's Motion is based on the following:

1.  On June 1, 2011, Petitioner Brandon L. Basham filed a Motion to Vacate Conviction and Sentence and for a New Trial pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion").

2.  The Court held a status conference on June 29, 2011, at which time it set the due dates for the Government's opposition for September 30, 2011, and Mr. Basham's reply for November 30, 2011. Because of both the massive record in this case and its workload, the Government sought,

1

and was granted, two unopposed 30-day extensions of time to file its response to the § 2255 Motion.

3. The Government timely filed its response on November 18, 2011. The response is 171 pages long. After a motion by Petitioner, this Court clarified that the reply date was no longer November 30, 2011, but in fact, January 17, 2012.

5. Mr. Basham's case is extraordinarily complex. As the Government noted in its requests for extensions of time, jury selection alone lasted two weeks. Guilt and penalty phase lasted another six weeks. There are thirty-seven volumes of transcripts in this case, as well as numerous volumes in co-defendant Chadrick Fulks's case, that require review to address the Government's arguments.

6. However, the legal issues in this proceeding are currently overshadowed by the issue of Mr. Basham's request to waive further proceedings. At the June 29, 2011 status conference, this Court ordered that an independent expert (Dr. George Parker) evaluate Mr. Basham. Counsel for Mr. Basham received a copy of Dr. Parker's report on December 5, 2011. At a subsequent telephonic status conference, this Court scheduled a hearing to address Dr. Parker's findings for February 23,

2012, in Indianapolis, Indiana.

7.     In view of the issues at stake and the uncharted legal territory, counsel for Mr. Basham have had to devote the whole of their time on Mr. Basham's case to matters involving his attempt to waive further proceedings.  Among numerous other responsibilities, this includes obtaining and working with possible experts, as well as maintaining ongoing contact with the client.

7.     Like the trial record, Mr. Basham's medical history is voluminous.  In preparation for the February 23 hearing, undersigned counsel have had to compile and review numerous medical, institutional, and prison records.  Those records exceed 7,000 pages.  In light of this effort, counsel have been left with little time to address the legal arguments in the Government's Opposition to Mr. Basham's § 2255 Motion.

8.     Additionally, counsel have several other active 28 U.S.C. § 2254 and 28 U.S.C. § 2255 cases.  Particularly relevant to this motion for extension of time is a scheduled oral argument before the Ninth Circuit Court of Appeals in a capital § 2254 proceeding set for February 16, 2012, in San Francisco, California. *See Poyson v. Ryan,* No. 10-99005 (9th Cir.) Mr. Burke and Ms. Stone are co-counsel in *Poyson*.  This oral argument,

which falls exactly 30 days after the current due date for the reply in this case, is the reason counsel are requesting a 45-day, rather than a 30-day, extension of time.

9.  For the foregoing reasons, counsel for Mr. Basham request that the due date for filing the reply to the Government's Opposition to the § 2255 Motion be continued to March 2, 2012.

10. Undersigned counsel have contacted counsel for the Government, Robert F. Daley, Jr., and he does not object to the requested extension.

WHEREFORE, counsel for Mr. Basham pray for an order of this Court granting a 45-day extension to file a reply, said reply to be filed on or before March 2, 2012.

Respectfully submitted this 10th day of January, 2012.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960
Attorneys for Defendant
Brandon Leon Basham

## Certificate of Service

I hereby certify that on January 10, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit