IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  4:02-922-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON LEON BASHAM | ) | |
| | ) | |
| _____ | ) | |

For good cause shown, the date for filing the defendant's reply to the government's

opposition to the § 2255 motion is hereby extended until March 2, 2012.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 11, 2012                       Joseph F. Anderson, Jr.
Columbia, South Carolina          United States District Judge