UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-992-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | Defendant's Motion for Telephonic Status Conference on February 2, 2012 |
| BRANDON LEON BASHAM, | |
| Defendant. | |

Brandon Basham, through undersigned counsel, requests that this Court schedule a telephonic status conference for February 2, 2012, so that Mr. Basham can address the Court concerning his previous request to waive his proceedings pursuant to 28 U.S.C. § 2255. *See* Dkt. 1391. Based on confidential communications between Mr. Basham and undersigned counsel, it is counsel's understanding that Mr. Basham wishes to address the Court directly concerning his pending request to waive his § 2255 proceedings and that Mr. Basham's statements to the Court may obviate the need for the hearing currently scheduled for February 23, 2012, in Indianapolis, Indiana.

Counsel request that the hearing be scheduled for February 2, 2012, because Michael Burke and Sarah Stone will be present with Mr. Basham at the United States

1

Prison in Terre Haute on that day, and also to accommodate the schedule of local counsel, Julia G. Mimms.

Respectfully submitted this 23rd day of January, 2012.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

## Certificate of Service

I hereby certify that on January 23rd, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit

3