UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-992-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | Emergency Motion for Reconsideration of Order Setting Telephonic Status Conference for January 25, 2012, at 3:00 p.m. |
| BRANDON LEON BASHAM, | |
| Defendant. | |

Brandon Basham, through undersigned counsel, requests that this Court reconsider its order scheduling a telephonic status conference for January 25, 2012, at 3:00 p.m. Counsel for Mr. Basham must be with their client in order to properly advise and consult with him during any appearance before this Court. Upon receiving the Court's order, undersigned counsel attempted to arrange access to their client for tomorrow, January 25, but were informed that because the Court had ordered a telephonic status conference, the call would take place in Mr. Basham's cell and that counsel could not have access to him there. Counsel inquired as to whether the prison could set up a *video* conference, as occurred previously in this case, but were informed that such a conference could not be scheduled on such short notice and that, in any event, the prison had no more capacity for legal visits tomorrow.

1

Counsel had requested that the conference occur on February 2 to coincide with a previously planned visit with Mr. Basham. Counsel appreciate that the Court's scheduling requirements might necessitate that the conference take place on an earlier date, and indeed, counsel was prepared to fly to Indiana today to both accommodate the Court's schedule and fulfill their obligation to be with their client when he addresses the Court on so critical a matter as to whether he wishes to withdraw his motion to terminate his § 2255 proceedings, but they have been unable to gain access to the prison.

Accordingly, counsel for Mr. Basham respectfully request that the Court (1) cancel the telephonic conference scheduled for January 25, 2012; and (2) either (a) order a video conference on another date of the Court's choosing at which counsel can be present with their client or (b) order that the United States Prison at Terre Haute provide accommodations for a telephonic conference at which counsel can be physically present with their client. Although counsel are scheduled to be in Terre Haute in February 1 and 2, 2012, they will make plans to be present with their client on whatever date the Court orders.

Respectfully submitted this 24th day of January, 2012.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

**Certificate of Service**

I hereby certify that on January 24th, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit