IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | No.: 4:02-cr-992-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Brandon Leon Basham, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on Defendant's Emergency Motion for Reconsideration of Order Setting Telephonic Status Conference for January 25, 2012, at 3:00 p.m. The defendant's motion to reschedule the telephonic status conference is denied. The court does not intend to make a final decision based on the information it receives from the defendant, Brandon Leon Basham, during the telephonic status conference. The court merely seeks input from Basham on how he wishes to proceed in this case.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 24, 2012                    Joseph F. Anderson, Jr.
Columbia, South Carolina           United States District Judge