UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>BRANDON LEON BASHAM,<br><br>Defendant. | No.  4:02-992-JFA<br><br>Judge Joseph F. Anderson, Jr.<br><br>Emergency Motion for Order Directing United States Prison at Terre Haute to Allow Counsel to be Physically Present with Client for Telephonic Conference on January 25, 2012, at 3:00 p.m. |

In light of this Court's denial of Mr. Basham's motion for reconsideration, counsel for Mr. Basham respectfully request that the Court order officials at the United States Prison in Terre Haute, Indiana, to make accommodations for Attorney Michael L. Burke to be physically present with Mr. Basham for the telephonic conference scheduled for January 25, 2012, at 3:00 p.m.  Regardless of whether this Court intends to "make a final decision based on the information it receives from the defendant" during the status conference, *see* Dkt. 1439, Mr. Basham has the statutory right to the assistance of counsel during the conference.  *See* 18 U.S.C. § 3599(a)(2). Counsel for Mr. Basham cannot adequately provide Mr. Basham with confidential attorney-client communication over the telephone, especially when representatives of the United States Government are present on the telephone line.

1

Counsel will make arrangements to be present at the United States Prison in Terre Haute tomorrow, but requires an order from this Court to have access to his client.  In the alternative, Mr. Basham requests that the Court order the United States Prison to provide him an additional, separate telephone line on which he can consult with his attorneys on a confidential basis.

Respectfully submitted this 24th day of January, 2012.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

## Certificate of Service

I hereby certify that on January 24th, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit