IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  4:02-922-JFA |
| | ) | |
| v. | ) | ORDER ON DEFENDANT'S |
| | ) | REQUEST TO DROP APPEAL |
| BRANDON LEON BASHAM | ) | |
| | ) | |
| _____ | ) | |

Presently pending before this court is the defendant's *pro se* motion to withdraw his pending § 2255 action and proceed to an execution. At a recent status conference, the defendant indicated his tentative inclination to persist with this request, but only if he could be sure that he would resume the medical regimen originally prescribed for him by the Federal Bureau of Prisons (BOP) and also if he could visit with members of his family.

Following the status conference on January 30, 2012, this court requested information from the BOP regarding the medications currently, and formerly, administered to Mr. Basham. Based upon this response, this court is not in a position to order that the BOP administer more medications to Mr. Basham. This is especially true in light of the fact that his pending § 2255 motion alleges, among other things, that he was over-medicated at trial.

Nor is this court inclined to order that the BOP alter its current procedure regarding visitation by family members.

In short, neither of the defendant's two requests are acceptable to this court. Moreover, this court is not authorized to "bargain" with the defendant regarding a possible withdrawal of a § 2255 motion.

1

With the clear understanding that this court will not alter the defendant's medical regimen, nor alter the BOP's family visitation policy, the court will afford the defendant one final opportunity to notify this court, in writing, of his desires regarding his request to drop his appeals.  Any such response should be mailed to the Clerk of this Court addressed as follows:

> Larry W. Propes
> Clerk of Court
> 901 Richland Street
> Columbia, SC 29201

The response from the defendant should be mailed on or before February 29, 2012. If no response is received, this court will deem the defendant to have withdrawn his request, and the motion to drop the § 2255 action will be denied forthwith.  In the meanwhile, the briefing schedule recently established remains in force.  It is the court's intention to schedule a hearing on the motion shortly after all briefing is completed.

IT IS SO ORDERED.

February 14, 2012                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                             United States District Judge

2