UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>BRANDON LEON BASHAM,<br><br>Defendant. | No.  4:02-992-JFA<br><br>Judge Joseph F. Anderson, Jr.<br><br>Motion to File Under Seal |

Pursuant to Local Criminal Rule 49.01 DSC, Brandon Basham, through undersigned counsel, requests that this Court permit him to file under seal a letter, dated February 23, 2012, from defense psychiatric expert Donna Schwartz-Watts to the Court responding to statements made by employees of the Bureau of Prisons in their two letters to the Court dated February 13, 2012.  Those letters, which pertain to Mr. Basham's medical condition and treatment and contain confidential health-related information, were filed under seal by the Court on February 15, 2012.  (Dkt. 1451.)

For the same reasons this Court filed the letters from the Bureau of Prisons under seal, it is appropriate to file Dr. Schwartz-Watts's declaration under seal. Specifically, the declaration contains confidential health-related information

concerning Mr. Basham.  Mr. Basham's right to privacy concerning his medical history and treatment outweighs the public's more general right to access to court proceedings.  *See, e.g., Eugene S. v. Horizon Blue Cross Blue Shield of New Jersey*, 663 F.3d 1124, 1135-36 (10th Cir. 2011) (holding that inclusion of confidential medical information in appendix of record justified sealing the appendix); *Briggs v. Marriott Intern., Inc.*, 368 F. Supp.2d 461, 463 n.1 (D. Md. 2005) (sealing exhibits containing confidential medical information).

Accordingly, Mr. Basham requests that the Court permit him to file the letter of his psychiatric expert, Dr. Donna Schwartz-Watts, under seal.

Respectfully submitted this 23rd day of February, 2012.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818

Facsimile: (602) 889-3960
Attorneys for Defendant
Brandon Leon Basham

**Certificate of Service**

I hereby certify that on February 23rd, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit