IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 4:02-922-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER MODIFYING ORDER OF |
| | ) | FEBRUARY 14, 2012 |
| BRANDON LEON BASHAM | ) | (ECF No. 1448) |
| | ) | |
| _____ | ) | |

For good cause shown, the time within which the defendant must respond to this court's inquiry regarding his desire to pursue this action is hereby extended for an additional 10 days, making a response due on or before March 10, 2012. Additionally, the response may be submitted by the defendant through counsel. Any response submitted by counsel, however, should include the following notarized attestation clause wherein the defendant indicates his consent to the position articulated by counsel:

> I, Brandon Leon Basham, hereby state under oath that the foregoing statement of my intentions, advanced by my attorneys, full, adequately, and correctly characterizes my position on the question posed by the court regarding my desire to pursue this action.
>
> _____
> Brandon Leon Basham

Sworn to before me this _____
day of ____, 2012.

_____
Notary Public for _____
My Commission Expires:_____

IT IS SO ORDERED.

February 27, 2012                              Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge