IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA,          )   CR NO. 4:02-992-JFA
                                   )
            v.                     )
                                   )     NOTICE OF APPEARANCE
BRANDON LEON BASHAM,               )
                                   )

      William K. Witherspoon, Assistant United States Attorney, hereby gives notice to this Court that he is entering an appearance for the United States of America, in the above-referenced case.


                              WILLIAM N. NETTLES
                              United States Attorney


                              BY: s/William K. Witherspoon
                              WILLIAM K. WITHERSPOON (ID #5945)
                              Assistant United States Attorney

Columbia, South Carolina

March 1, 2012