# Reply Exhibit 1

9/20 PM proceedings
Got letter from Donna
Judge denied request
D. asked to excuse him 70 slides

Judge refused

Branden faught 8 marshall's on his
way out

Called Donna - D incompetent
Court broke down Till AM


9/21 Met with Donna's D & Greg
I Told Donna he had a line of
Cocaine. He is competent because it is a
stimulant. Donna felt like she was in a
position to dislike. I was concerned that