# Reply Exhibit 2

9/7/04 Afternoon

Bradon will not sit up. He has his head down. Then he sits back and sleeps back in chair. He has refused my request, Greg's request, and Paige's request. He said "they can pull him the D/P when I tell him the jury is looking at him."

We break. Judge talks to D. Said he is tired of all this. Will not sign death warrant. Wants to leave. I said he needs to remain — can't render effective assistance of counsel.

We ask for break — Judge refuses