# Reply Exhibit 3

9/17 Mr. Watt. comes.

In camera discussion

I ask the Judge about "Dip". Judge agrees.

9/20 Judge says he will not go to Greenville

One week off

on Tobacco Row

WARREN (V DAUGHTER) HEARD JUROR SAY RE HAWKINS - "SOME HEROIC STORY" on ELEVATOR. SHE SAID "You AIN'T HEARD NOTHING YET"

Greg Price - I only juror who acknowledged. heard comment re Hawkins heard " " n "You ain't seen nothing yet"

Judge questioned each juror.

Gov't will produce Mrs Warren

I to observe the whole time re "Dip"