# Reply Exhibit 4

4 minutes

laughing, crying, inappropriate, talking inappropriately. Keep telling him to stop

Made a deal $5 per day if he is quiet

9/22/04 Starts right off with DP

Before break DP
Dinner time - DP
After Break DP

Before lunch - DP

Dan Fiber 222-#H
This is boot D says like this