# Reply Exhibit 5

5. Curly Dox

6. Location of body

I was only able to conceal the body.

Ø said I could conceal he got in

Car with Dozer.

After Johnny's Closing, I just

wanted some "Dip."

9/30/04 Jury charge issue of InTent in Carjacking

Alston     376 F3d 135     3rd Cir.

"At the precise moment"

❋ During this difficult discussion Δ is

driving me crazy about Dip —

what the jail told the Marshall

about a Valium.