# Reply Exhibit 7

Westlaw.                                                    NewsRoom

2/11/04 THESTATE B1                                                    Page 1

2/11/04 Columbia State (SC) B1

2004 WLNR 19299358
Loaded Date: 02/21/2006

Columbia State (SC)

Copyright 2004 The State
February 11, 2004

Section: METRO/REGION

SWERLING TELLS OF BEING TERRORIZED

CLIF LeBLANC, Staff Writer

Lawyer Jack Swerling testified Tuesday that he lay bound and helpless on his den floor and could feel the masked gunman's breath against him.

With Swerling's wife and daughter also tied up nearby, Swerling said the frustrated intruder knelt beside him.

"He put the gun in the nape of my neck. He said, 'I'll give you one more chance. Where's the money, or I'll kill you,'" Swerling said.

The family did not keep cash in their Spring Valley home, Swerling said. "I didn't have what he wanted.

"Frankly, I felt that at any time I was going to get a bullet, or my daughter or my wife," Swerling said. "I was scared for myself and my family."

Swerling, 57, was the first witness in the home invasion trial of Jimmy Causey, a 33-year-old former client. The trial is likely to last a couple more days.

It was the first time in the Columbia lawyer's storied 30-year legal career that he testified as a crime victim.

In a hushed monotone - in contrast to his usually booming courtroom voice - Swerling testified for 21/4 hours about the night of June 27, 2002, when two men "terrorized" his family.

During Swerling's testimony, chief prosecutor Barney Giese lay face down on the courtroom floor in a re-enactment of the crime, as Swerling narrated the events step-by-step.

Several jurors on the eight-woman, four-man jury stood to watch.

Erika Swerling, 56, later testified that despite the fact that the intruder was wearing a stocking mask and she got a quick

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

look, she could identify Causey as the person she saw in her den.

She said she had the best view of the first of two intruders.

"Please don't kill my husband. Please don't hurt my daughter," a panicked Erika Swerling said as the other intruder ransacked the house. "I said it over and over again."

She admitted she did not describe facial features when she first talked to Richland County deputies. She also said officers never showed her a photo lineup of suspects.

Her first glimpse of Causey's face, she said, was in a small photograph published in Sunday's State newspaper with an article about the upcoming trial.

But as soon as Causey walked into the courtroom Monday afternoon for jury selection, Erika Swerling said, she knew he was the man with a black gun and mask from that summer night.

The county courthouse jury did not hear her testimony Tuesday.

But Judge James Williams overruled the defense team's protest that her memory is almost two years old and she never before said she could detect facial features. She is scheduled to repeat her testimony today for the jury.

Jack Swerling gave a detailed physical description that is consistent with Causey, but the lawyer said he couldn't be more specific about the face other than to say it was distinctly oval.

Causey's demeanor during the trial has been upbeat. He regularly watches the Swerlings, the media and the public. Causey takes notes and talks readily with his three attorneys.

His co-defendant, Charles Dwayne Wilson, 22, testified against Causey Tuesday.

Wilson said he didn't know Swerling, whose high-profile legal practice has made him a public figure.

Causey said he felt that Swerling had mishandled an earlier case, Wilson said. "He didn't feel he had gotten a fair trial," Wilson testified.

Wilson and Causey had been using cocaine that day and needed money for more, the co-defendant testified.

Wilson said they bought pantyhose from Wal-Mart, and he stole blue latex gloves from a nearby hospital during a visit to Causey's ailing girlfriend hours before the home invasion.

They parked Causey's pickup near woods several hundred yards from the Swerling home, pulled on the masks and gloves, and walked to a screened porch at the back of the home, arriving just before 10 p.m., testimony said.

"I taped the Swerlings up," Wilson said. "I taped their hands and feet."

Causey instructed him to look for a safe and take nothing but cash, said Wilson, who was in an inmate uniform.

Prosecutor David Pascoe directed Wilson through his testimony and his plea agreement.

Prosecutors have dropped some charges in both the Swerling home invasion and a bank robbery that occurred about two months after it, Pascoe said.

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

2/11/04 THESTATE B1                                                          Page 3

But Wilson confessed before a plea agreement was reached, he is serving a 10-year sentence on the bank robbery, and prosecutors have agreed only to recommend no more than 10 years in the Swerling case, Pascoe said.

Lead public defender Sam Mokeba called the agreement a "sweet deal" for Wilson.

Under cross-examination, Mokeba questioned Wilson about inconsistencies in his statements to police, including some about his role in the home invasion.

"You're walking away from a life sentence," Mokeba told Wilson.

"Possibly, yes sir," Wilson answered.

Reach LeBlanc at (803) 771-8664 or cleblanc@thestate.com

---- INDEX REFERENCES ---

COMPANY: WAL MART STORES INC

Language: EN

OTHER INDEXING: (COLUMBIA; ERIKA SWERLING; JACK SWERLING; LAWYER JACK SWERLING; SWERLING; SWERLINGS; WAL MART) (Causey; Charles Dwayne Wilson; David Pascoe; Frankly; James Williams; Jimmy Causey; Lead; Mokeba; Pascoe; Sam Mokeba; SWERLING; Wilson)

KEYWORDS: CRIME TRIAL

EDITION: FINAL

Word Count: 944

2/11/04 THESTATE B1
END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.