# Reply Exhibit 8

Westlaw.                                                        NewsRoom

5/15/03 THESTATE B1                                                         Page 1

5/15/03 Columbia State (SC) B1

2003 WLNR 14710420
Loaded Date: 02/21/2006

Columbia State (SC)

Copyright 2003 The State
May 15, 2003

Section: METRO/REGION

2 CHARGED IN BREAK-IN AT AREA LAWYER'S HOME

CLIF LeBLANC Staff Writer

It's a crime chock-full of irony.

Consider that the victim, Jack Swerling, is one of the state's best-known defense lawyers, who's feeling crime a whole lot more personally than a courtroom affords.

Consider that one of the accused, Jimmy Causey, was among the hundreds of clients Swerling has defended. And Swerling negotiated a lighter sentence for Causey in 1991.

This time, prosecutors are trying to put Causey, 32, in prison for the rest of his life.

The rest of Swerling's life - and the lives of his wife, Erika, and daughter, Stephanie, 25 - won't be nearly as carefree as before.

The defense lawyer has also discovered a different kind of appreciation for what cops do.

On Wednesday, Richland County detectives charged Causey and Charles Wilson, 21, each with five offenses in the June 28 home invasion of the Swerling household in upscale Spring Valley.

Detectives and Swerling say the two staked out the sprawling house on a lake. That summer night they walked in through an unlocked back porch door wearing stocking masks and gloves. One was carrying a gun.

They ordered everyone onto the floor, bound them with duct tape and ransacked the home.

They wanted money, Sheriff Leon Lott said. Causey figured Swerling, a well-to-do lawyer, kept plenty of cash in the house. Swerling didn't. The men escaped with only a Palm Pilot and a little bit of money.

Detectives had suspected Causey since September when he was linked to a holdup of an NBSC bank branch near the

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

entrance of Spring Valley, Lott said.

A woman also called Swerling to report that someone had told her he robbed Swerling, the lawyer said. Swerling directed her to deputies.

But the real break came when Wilson decided to cooperate, Lott and Swerling said.

Swerling recognized Causey from a burglary case he handled during the years Swerling was a law partner with Dick Harpootlian, who later was elected chief prosecutor for Richland and Kershaw counties.

Swerling worked out a deal for Causey in which he would be treated as a nonviolent offender, which allowed him to be eligible for parole after 33/4 years instead of waiting five years.

But the laws are different now. If convicted of the first-degree burglary and armed robbery charges in the Swerling home invasion, Causey will automatically be sentenced to life without parole under the "two-strike" law, Richland County prosecutor David Pascoe said.

Swerling said he and his family are relieved by the arrests.

But the Swerlings don't live the same way anymore.

The lawyer who once sat at defense tables next to the most reviled killers in the state and the Midlands now carries a concealed gun.

The doors are locked, and no one goes outside alone.

"I had never felt vulnerable in my life before," Swerling said. "Now I have that sense that whenever I get out of the car, someone could be there. When I leave the house, someone could be there.

"That's not a good way to live."

---- INDEX REFERENCES ---

NEWS SUBJECT: (Social Issues (1SO05); Property Crime (1PR85); Crime (1CR87))

Language: EN

OTHER INDEXING: (NBSC) (Causey; Charles Wilson; David Pascoe; Dick Harpootlian; Erika; Jack Swerling; Jimmy Causey; Leon Lott; Lott; Spring Valley; Stephanie; Swerling; Swerlings; Wilson)

KEYWORDS: CRIME ROBBERY VICTIM ARREST

EDITION: FINAL

Word Count: 578

5/15/03 THESTATE B1
END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.