# Reply Exhibit 9

OUT OF COURT HOURLY WORKSHEET - JACK B. SWERLING - JANUARY 2004          CASE NUMBER - 4:02-992

| Date | Brief Description of Services | Interviews and Conf w/Client (b) | Witness Interviews (c) | Consult w/ Investigators & Experts (d) | Obtaining & Rev the Court Record (e) | Obtaining & Rev Documents & Evidence (f) | Consulting w/Expert Counsel (g) | Legal Research & Writing (h) | Travel (i) | Other (j) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-18-04 | Travel to Indiana 7:15 am-6:00 pm (Reading) | | | | | | | | 10.8 | |
| 1-18-04 | Travel to motel 10:15 -12:00 (reading) | | | | | | | | 1.8 | |
| 1-19-04 | Travel to Chicago to Columbia 6:30 am-3:00 pm | | | | | | | | | 8.5 |
| 1-19-04 | Review motions, call to Lesa Watson, call to John Blume | | | | 1.5 | | | | | |
| 1-20-04 | Prepare for hearing-review motions; conf. w/ Greg Harris; P/C w/ John Blume and Johnny Gasser re: Jury - 7:15-8:30 am | | | | 1.2 | | | | | |
| 1-20-04 | P/C w/ Carolyn Graham in Illinois re: motions w/ Traci for books | | | | | .8 | | | | |
| 1-20-04 | Conf. w/ Carlisle McNair and Carolyn Graham | | | .5 | | | | | | |
| 1-20-04 | P/C w/ Lisa Kimbrough and Paige Tarr | | | .3 | | | | | | |
| | Page Total | -0- | -0- | .8 | 2.7 | .8 | -0- | -0- | 12.6 | 8.5 |
| | Grand Total | | | | | | | | | |



OUT OF COURT HOURLY WORKSHEET - JACK B. SWERLING - FEBRUARY 2004    CASE NUMBER - 4:02-992

| Date | Brief Description of Services | Interviews and Conf w/Client (b) | Witness Interviews (c) | Consult w/ Investigators & Experts (d) | Obtaining & Rev the Court Record (e) | Obtaining & Rev Documents & Evidence (f) | Consulting w/Expert Counsel (g) | Legal Research & Writing (h) | Travel (i) | Other (j) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-10-04 | Conf. w/ Paige Tarr; Greg Harris; Tora Brawley; P/C w/ Dr. Capehart  8:30-9:15 | | | .7 | | | | | | |
| 2-10-04 | Review emails and memos - 5:45-7:00 | | | | | 1.2 | | | | |
| 2-10-04 | Review Hopkins Jail records 9:30-11:15 | | | | | 1.7 | | | | |
| 2-11-04 | Review Trover Hospital records 6:15-7:45 am | | | | | 1.5 | | | | |
| 2-2-04 to 2-5-04 | Jacobs trial | | | | | | | | | |
| 2-9-04- to 2-12-04 | Swerling trial | | | | | | | | | |
| 2-13-04 | Work on response to Judge Anderson | | | | | 1.0 | | | | |
| 2-13-04 | Conf. w/ G. Harris re: Basham family | | | | | .5 | | | | |
| 2-14-04 | Meeting w/ Paige Tarr and Kathy and  Charlotte Basham | | 2.3 | | | | | | | |
| 2-14-04 | Emails; memos | | | | | .8 | | | | |
| 2-14-04 | Review DJJ records 2:00-4:45pm | | | | | 2.8 | | | | |
| 2-15-04 | Review Cardinal Health records 12:15-2:30 p.m. | | | | | 2.2 | | | | |
| | Page Total | -0- | 2.3 | .7 | -0- | 11.7 | -0- | -0- | -0- | -0- |
| | Grand Total | | | | | | | | | |

Page 2 of 7