# Reply Exhibit 10

△ NOW SAYS STATEMENTS ARE
∴ STATEMENT NOT VOLUNTARY

① NO MEDICINE

② CIGARETTES - HAVE TO SIGN

③ SNACKS - " " " " "

④ IF YOU WANT TO LIVE - " " " "

⑤ HELP HIM IF HE TOLD EVERYTHING
KNEW CHAD WAS LEADER

⑥ HE WAS COERCED.

⑦ ADMITS HE KNEW RIGHT TO LAWYER

⑧ TOLD HIM IF YOU TOLD THE TRUTH
WOULD NOT BE HELD AGAINST HIM,
DALEY CHAD - NO CHANGES