# Reply Exhibit 11

Westlaw.    NewsRoom

2/10/04 THESTATE B3    Page 1

2/10/04 Columbia State (SC) B3

2004 WLNR 19298637
Loaded Date: 02/21/2006

Columbia State (SC)

Copyright 2004 The State
February 10, 2004

Section: METRO/REGION

METRO NEWS BRIEFS

From Staff and Wire Reports

Publicity hinders Swerling jury choices

Jury selection was delayed a day because of publicity about the June 2002 home invasion of a prominent Columbia attorney.

Half of the 49 Richland County jurors in the trial of Jimmy Causey said Monday they had read or heard about the robbery at the home of lawyer Jack Swerling.

Judge Jimmy Williams said that if any of those jurors are randomly drawn for consideration, they will be questioned about their objectivity.

If an unbiased jury cannot be selected today, Williams said he would consider moving the trial.

Causey, 33, is charged with five felonies and, if convicted, faces up to life without parole.

Toal hires lobbyist to seek court revenue

GREENVILLE - South Carolina Supreme Court Chief Justice Jean Toal has hired a lobbyist group to influence legislators, hoping to increase revenue for the judicial branch.

Toal said she would pay political consulting firm J. Warren Tompkins Inc. $30,000 this year, The Greenville News reported.

Toal said she would use money from bar-exam fees to pay for it.

Thirteenth Circuit Solicitor Bob Ariail hired Tompkins' firm last year to help push through legislation that created a $25 surcharge on traffic tickets.

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

Toal said that she was grateful for the 3.7 percent her office gets from the surcharge but it was not enough.

S.C. man confirmed to have had West Nile

A sixth case of West Nile virus in humans has been confirmed, the state Department of Health and Environmental Control reported Monday.

The case was contracted by a man from Jasper County. He is more than 50 years old and was hospitalized in November.

He experienced symptoms of fever, rash and muscle weakness.

During 2003, West Nile virus was found in 282 birds, 51 equines, one alpaca and six humans in South Carolina.

Man sentenced to life in shooting death

A man was sentenced to life without parole Monday in connection with the slaying of a Lexington County man who was shot to death in front of his family, said 11th Circuit senior prosecutor Tav Swarat.

Whelthy McKune, 20, of Columbia, pleaded guilty last month to first-degree burglary and criminal conspiracy in the death of Paul Edward Keith, 30, Swarat said. McKune was the driver of the getaway car when Keith was shot on Nov. 13, 2002, at his Kingsberry Terrace home near West Columbia.

Swarat said Keith was shot in retaliation for turning in his cousin, Nykrenda L. Keith, for selling marijuana at their grandmother's funeral.

300 attend District 5 building plan meeting

More than 300 people turned out at Leaphart Elementary School Monday night to listen to or voice opinions about a proposed $91 million school building plan before Lexington-Richland District 5.

The majority of the 40 or so people who spoke urged District 5 trustees to move quickly in deciding to build a new elementary school in the Dutch Fork area as well as additions to several existing schools.

One option before the school board is borrowing between $12 million and $15 million immediately so construction could begin this year. Trustees made no decision Monday night.

Some who testified, however, said no new schools should be built without putting construction plans before voters for their approval.

Woman admits taking more than $200,000

A Camden woman pleaded guilty Monday to embezzling more than $200,000 from the Columbia law firm where she worked as the payroll director, according to the U.S. attorney's office.

Linda B. Hagins, 48, defrauded the firm of Nelson, Mullins, Riley and Scarborough of $230,788.02 between October 1999 and August 2003, officials said.

Hagins, who faces a $250,000 fine and/or five years in prison, will be sentenced later.

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

2/10/04 THESTATE B3                                                                 Page 3


---- INDEX REFERENCES ---

COMPANY: METRO NEWS

NEWS SUBJECT: (Criminal Law (1CR79); Social Issues (1SO05); Legal (1LE33); Legislation (1LE97); Judicial (1JU36); Property Crime (1PR85); Crime (1CR87); Government (1GO80))

REGION: (Alabama (1AL90); North America (1NO39); USA (1US73); Americas (1AM92); South Carolina (1SO63))

Language: EN

OTHER INDEXING: (CAMDEN; CAROLINA SUPREME COURT; DUTCH FORK; J WARREN TOMPKINS INC; KINGSBERRY TERRACE; LEAPHART ELEMENTARY SCHOOL; METRO NEWS; STATE DEPARTMENT OF HEALTH; TOMPKINS) (Bob Ariail; Causey; During 2003; Hagins; Half; Jack Swerling; Jimmy Causey; Jimmy Williams; Keith; Linda B. Hagins; McKune; Nykrenda L. Keith; Paul Edward Keith; Swarat; Tav Swarat; Thirteenth Circuit Solicitor; Toal; Whelthy McKune; Williams)

KEYWORDS: CRIME

EDITION: FINAL

Word Count: 726

2/10/04 THESTATE B3
END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.