# Reply Exhibit 12

Westlaw.

NewsRoom

2/13/04 THESTATE B1

Page 1

2/13/04 Columbia State (SC) B1

2004 WLNR 19301214
Loaded Date: 02/21/2006

Columbia State (SC)

Copyright 2004 The State
February 13, 2004

Section: METRO/REGION

CAUSEY IS SENTENCED TO LIFE WITHOUT PAROLE

CLIF LeBLANC Staff Writer

A 33-year-old man whom prosecutors called a career criminal but whose family described as a man adrift was sentenced Thursday to life in prison for the home invasion of a prominent Columbia attorney.

A Richland County jury on Thursday took 31 minutes to convict Jimmy Causey of five felonies in the June 27, 2002, drug-driven robbery and kidnapping of Jack Swerling, his wife, Erika, and their daughter Stephanie.

Judge James Williams sentenced Causey to five life terms without the possibility of parole. Williams called the case against him "about as powerful as I've ever seen." The sentences, required by law because of Causey's earlier convictions, are concurrent.

The four-day trial ended unusually and dramatically.

In a twist, Causey refused to stay in the courtroom to hear the verdict or be sentenced. He waited in a holding cell just outside Courtroom 2-A in the county courthouse.

That triggered a courtroom eruption from Swerling, a defense attorney for 30 years.

He called Causey a coward unwilling to face the consequences of his crime.

Shouting and pointing a finger, Swerling also berated the three public defenders who constituted Causey's team of lawyers.

He said the cross-examination of his 26-year-old daughter Wednesday was "disgraceful" and "gratuitous" because it implied Stephanie Swerling might have been involved by leaving doors unlocked, not being bound as tightly as her parents and other details of the crime, her father said.

"That defendant, Jimmy Causey, and his lawyers terrorized my family again," Swerling said loudly. As his anger grew,

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

he began shouting, "You ought to be embarrassed."

The judge stopped him.

Later, the public defenders said they were only doing their jobs.

Causey's family spoke through John Campbell, who told Williams he is Causey's stepgrandfather.

Causey was out of his mind when he committed the crime, Campbell said.

Elbert Causey, 75, said he was Jimmy Causey's grandfather.

In an interview, the elder Causey said his grandson lost his way after his father died when he fell from a tree in October 2001. The Causeys have had a tree-removal business, Elbert Causey said.

Reach LeBlanc at (803) 771-8664 or cleblanc@thestate.com.

---- INDEX REFERENCES ---

NEWS SUBJECT: (Legal (1LE33))

Language: EN

OTHER INDEXING: (CAUSEY) (Campbell; Causey; Causeys; Elbert Causey; Erika; Jack Swerling; James Williams; Jimmy Causey; John Campbell; Reach LeBlanc; Stephanie Swerling; Swerling; Williams)

KEYWORDS: CRIME COURT VERDICT SENTENCE

EDITION: FINAL

Word Count: 435

2/13/04 THESTATE B1
END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.