# Reply Exhibit 13

Subj:      **jackson v denno/mitigation**
Date:      2/19/2004 6:51:15 PM Eastern Standard Time
From:      Jacklaw
To:        fedtrials-l@Hofstra.edu
CC:        Jacklaw

**has anyone ever heard of this.?**
**a lawyer challenges the voluntariness of a statement  in a jackson v denno-**
**no allegation of coercion.the lawyer does not argue voluntariness before the**
**jury. does anyone think that the defense would be estopped from arguing**
**later in the trial that the defendant tried to help law enforcement in**
**mitigation ?**


**Jack B. Swerling**
**803-765-2626-o**
**803-730-9400-c**
**803-799-4059 -f**