# Reply Exhibit 14

Westlaw.

2/25/04 THESTATE A14

2/25/04 Columbia State (SC) A14

2004 WLNR 19310805
Loaded Date: 02/21/2006

Columbia State (SC)

Copyright 2004 The State
February 25, 2004

Section: EDITORIAL

## SWERLING WALKING IN VICTIMS' SHOES

Not that I wish bad things to happen to people, but it's quite humorous to read that Jack Swerling, the trial lawyer who has spent the past 30 years defending criminals, is now having to where the shoes of a victim.

One of his former clients is on trial for breaking into his house, holding his family at gunpoint and ransacking his Spring Valley home. Why didn't Mr. Swerling defend Jimmy Causey, the accused, this time? Maybe it's because Mr. Swerling has a personal interest in this case and wants the guilty to actually be convicted instead of trying to get him off as he's done for 30 years. Mr. Swerling said, "I have a lot of anxiety about going through the trial." What about the anguish and anxiety all the victims and family members have suffered at the hands of his past criminal clients?

MICHAEL HILL

Gaston

---- INDEX REFERENCES ---

NEWS SUBJECT: (Legal (1LE33))

Language: EN

OTHER INDEXING: (Jack Swerling; Jimmy Causey; MICHAEL HILL; Spring Valley; Swerling; SWERLING WALKING)

EDITION: FINAL

Word Count: 163

2/25/04 THESTATE A14
END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.