# Reply Exhibit 15

James R. Metts, Ed. D.

# LEXINGTON COUNTY SHERIFF'S DEPARTMENT

April 22, 2004

Scott N. Schools
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201

RE:    Your Subpoena in U.S. v. Fulks and Basham; 4:02-992-17
       Underlying Reports – McNair Internal Affairs Report

Dear Mr. Schools,

Please find attached copies of three internal affairs reports, provided pursuant to your subpoena, concerning our former employee Carlisle McNair as provided to me by Insp. Joel Huggins of our Professional Standards Division. It is my understanding that by provision of these documents our obligation under the subpoena is satisfied and no appearance is necessary.

Should further questions arise, please do not hesitate to contact me directly at 803.3951.2404 at the Department. Should an urgent need arise after daytime business hours; please feel free to page me at 803.954.1711.

Best regards,

John W. Tate
General Counsel

Enclosures

cc:    Chief Tim James, LCSD
       file

B-00409

A Nationally Accredited Law Enforcement Agency
P.O. Box 639/Lexington, South Carolina 29071 (803) 359-8230, Fax # (803) 359-1162

A_42185



James R. Metts, Ed. D.

# LEXINGTON COUNTY SHERIFF'S DEPARTMENT

April 8, 2004

Scott N. Schools
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina  29201

RE:     Your Subpoena in U.S. v. Fulks and Basham; 4:02-992-17
        Underlying Report – McNair Discipline

Dear Mr. Schools,

        Please find attached a copy of the underlying report noted in the July 2, 2002 notice of discipline of Carlisle McNair, our former employee, pursuant to your subpoena. It is my understanding that by provision of these documents our obligation under the subpoena is satisfied.

        Should further questions arise, please do not hesitate to contact me directly at 803.3951.2404 at the Department.  Should an urgent need arise after daytime business hours; please feel free to page me at 803.954.1711.

Best regards,

John W. Tate
General Counsel

Enclosures

/JT



**A Nationally Accredited Law Enforcement Agency**
P.O. Box 639/Lexington, South Carolina 29071 (803) 359-8230, Fax # (803) 359-1162

B-00422

A_42198



## LEXINGTON COUNTY SHERIFF'S DEPARTMENT

James R. Metts, Ed. D.

April 6, 2004

Scott N. Schools
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201

RE:    Your Subpoena in U.S. v. Fulks and Basham; 4:02-992-17
        Personnel file of Carlisle McNair

Dear Mr. Schools,

      Please find attached a copy of the entire personnel file of Carlisle McNair, our former employee, pursuant to your subpoena served on us yesterday by Agent Fedyszen of the Columbia F.B.I. office. Such are maintained by Lt. Alan Driggers of our Administrative Division. It is my understanding that by provision of these documents our obligation under the subpoena and attached "Forthwith Order" is satisfied.

      Should further questions arise, please do not hesitate to contact me directly at 803.3951.2404 at the Department. Should an urgent need arise after daytime business hours; please feel free to page me at 803.954.1711.

Best regards,

John W. Tate

Enclosures

/JT



B-00434

**A Nationally Accredited Law Enforcement Agency**
P.O. Box 639/Lexington, South Carolina 29071 (803) 359-8230, Fax # (803) 359-1162

A_42210