# Reply Exhibit 16

# Notice of displinary action

Date:     12/16/98

To:       Detective Markley

From:     Sgt. John Phillips

RE:       Notice of Suspension

This is official notice that you are being suspended from duty beginning Wednesday December 16, 1998 at 1630 hours until Monday December 21, 1998 at 1630 hours.

The above action is taken for an infraction of Departmental Policy 702, Handling of evidence. On or about October 20, 1998 evidence in your custody was left unattended and was improperly taken be another officer with the department. This violated the chain of custody and jeopardizes the prosecution of the individual arrested.

Sergeant John Phillips

My signature documents that I have been provided a copy of this written notice for my records.

B-00413

A_42189



**Sheriff**
James R. Metts, Ed. D.

# LEXINGTON COUNTY SHERIFF'S DEPARTMENT

TO: Sgt. Carlisle McNair

FROM: Lt. George Brothers

DATE: December 16, 1998

SUBJECT: Internal Investigation #98IA031

The conclusion of this investigation sustained that you removed a piece of evidence (tape) from Det. Markley's desk and broke the chain of custody. This evidence was played outside of the court for the defendant's relatives. The tape was later returned to Det. Markley.

As you are aware there are procedures for the release of evidence to defendants or their attorney. These procedures have been discussed and are written into criminal procedure manuals. Chief McCarty discussed the problems that can be associated with not following these procedures and the possible outcome in a meeting with all investigators earlier this year.

As a supervisor, you must uphold these procedures and set an example for your subordinates. This type of action can not be tolerated. As a result of your actions, you will be suspended for three days without pay. The three days will begin at 1630 on December 22, 1998 and end on December 25, 1998.

Sandie Isbill has been involved in several incidents that you have investigated and has been an informant of yours. Other investigators will handle any further incidents that involve Ms. Isbill. You should not have any further contact with Ms. Isbill and should notify me immediately of any attempts by her to contact you. Any information provided by her will be given to another investigator for follow up investigation

Cc:    Captain Harris
        Personnel File

I have received a copy of this letter for my personal file.

Signature: _____ Date: 12/16/98

B-00412

P.O. Box 639/Lexington. South Carolina 29071 (803) 359-8230. Fax # (803) 359-1162

A_42188