Exhibit Index to Defendant's Reply to Memorandum of Law of the United States
in Opposition to Defendant's Motion for Collateral Relief

Reply Exhibit 1:     Handwritten note authored by Jack Swerling on September 20, 2004

Reply Exhibit 2:     Handwritten note authored by Jack Swerling on September 17, 2004

Reply Exhibit 3:     Handwritten note authored by Jack Swerling on September 20, 2004

Reply Exhibit 4:     Handwritten note authored by Jack Swerling on September 22, 2004

Reply Exhibit 5:     Handwritten notes authored by Jack Swerling on September 29-30, 2004

Reply Exhibit 6:     Undated memorandum from Erik Haren

Reply Exhibit 7:     Clif LeBlanc, *Swerling Tells of Being Terrorized*, The State, February 11, 2004

Reply Exhibit 8:     Clif LeBlanc, *2 Charged in Break-in at Area lawyer's Home*, The State, May 15, 2003

Reply Exhibit 9:     Out of Court Hourly Worksheets - Jack B. Swerling - January and February 2004

Reply Exhibit 10:    Handwritten note authored by Jack Swerling on January 17, 2004

Reply Exhibit 12:    *Publicity Hinders Swerling Jury Choices*, The State, February 10, 2004

Reply Exhibit 13:    Clif LeBlanc, *Causey is Sentenced to Life Without Parole*, The State, February 13, 2004

Reply Exhibit 14:    E-mail to a federal trials listserve authored by Jack Swerling, February 19, 2004

Reply Exhibit 15:    *Swerling Walking in Victims' Shoes*, The State, February 25, 2004

Reply Exhibit 16:    Carlisle McNair's Personnel File, Internal Affairs Report, and Discipline subpoenaed from Lexington County Sheriff's Department

Reply Exhibit 17:    Notice of Disciplinary Action, December 16, 1998

Reply Exhibit 18:    Internal Affairs Investigative Report, November 2, 1998

Reply Exhibit 19:    Internal Affairs Investigative Report, November 30, 2001

Reply Exhibit 20:    Investigative Report, June 20, 2002

Reply Exhibit 21:    Memorandums authored by Carlisle McNair, January 21, 2004 and April 16, 2004

Reply Exhibit 22:    Memorandums authored by Carlisle McNair, November 17, 2003 thru August 5, 2004

Reply Exhibit 23:    E-mail authored by Carlisle McNair, October 13, 2003

Reply Exhibit 24:    Letter authored by Melissa A. Meister to Jack B. Swerling, April 1, 2008

Reply Exhibit 25:    E-mail authored by Jack B. Swerling, April 1, 2008 5:10 p.m.

Reply Exhibit 26:    E-mail authored by Jack B. Swerling, April 1, 2008 5:32 p.m.

Reply Exhibit 27:    E-mails authored by Melissa A. Meister and Jack B. Swerling, April 3, 2008 and April 4, 2008

Reply Exhibit 28:    Declaration of Christine R. Oliver, March 2, 2012

Reply Exhibit 29:    E-mails authored by Melissa A. Meister and Jack B. Swerling, April 16, 2008 and April 18, 2008

Reply Exhibit 30:    E-mail authored by Melissa A. Meister to Jack B. Swerling, May 3, 2008

Reply Exhibit 31:   E-mail authored by Melissa A. Meister to Jack B.Swerling, April 16, 2008