# Reply Exhibit 20

From:     "Carlisle McNair" <cjm0501@alltel.net>
To:       "Carlisle McNair" <cjm0501@alltel.net>
Sent:     Sunday, January 25, 2004 10:53 PM
Subject:  Fw: Interview: Joe Jones

----- Original Message -----
From: Carlisle McNair
To: Carolyn Graham
Sent: Monday, January 26, 2004 12:31 AM
Subject: Interview: Joe Jones

# MEMORANDUM
# ATTORNEY/CLIENT ONLY

TO:       *Basham File*
FROM:     *Carlisle McNair*
          *Carolyn Graham*
DATE:     *January 21, 2004*
RE:       *Interview: Joe Jones*
          *818 Polk Ave.  Charleston, Ill.*
          *217-345-1164 (h)  217-348-3950 (w)*

On January 21, 2004, we traveled to Charleston, Ill and located Joe Jones, an ex-boyfriend of Veronica Evans. Jones advised he dated Veronica for about 7 months, fall of 2000 to spring of 2001. Advised Veronica is a bi-polar, crazy, lying individual. Jones made it clear to us that Veronica is a big liar. Advised Veronica wanted more out of their relationship than he was willing to give. Advised their relationship was strictly sexual. Veronica, as well as her friends, Amanda West, Crystal Montaque & Dina Jones Babar, dated black men. Advised he dated Dina for a period of time , also. Advised all four of these women are nothing but whores and big, big trouble. Advised Veronica's son Miles was fathered by Amanda's boyfriend at the time. Advised when he was dating Dina, and lived at 1607 10th Street, Charleston, Ill, Dina & Veronica got into a fight at his house over him. Advised police were called. Advised he has seen Illinois Dept. of Children & Family Services paperwork showing Veronica diagnosed bi-polar. Advised he will attempt to locate these papers at his residence. (On January 24, 2004, I received a phone call from Jones, who advised he did not locate the papers in question, but felt sure Children & Family Services would have the information). Advised he knows for a fact Veronica is a marijuana and crystal meth user. Veronica & Denis, Christian's father, cooked meth in their house in Kentucky. Jones was asked bout the incident involving Michael Jordan & Veronica. Jones advised that happened after his relationship ended with Veronica and he didn't have any details. Advised Dina's mother works for Dept. of Children & Family Services and he feels this may be the reason Veronica has not been prosecuted for child abuse. Asked if he knew of any other boyfriends of Veronica, he advised James Williams, b/m, works for the East Illinois University Police in Charleston, Ill. Asked if he had any videos of Veronica, he advised he did, which he gave to us. The other videos he had of Veronica had been taped over or destroyed. This particular video shows Veronica performing oral sex on Jones. A portion of the video shows Veronica stopping the sex act for a moment and telling a child to get another bowl of cereal. Jones advised he would be available if we needed him in the future.

From:     "Carlisle McNair" <cjm0501@alltel.net>
To:       "Jack Swerling" <Jacklaw@aol.com>
Cc:       "Carolyn Graham" <cgrahamsc@aol.com>
Sent:     Friday, April 16, 2004 3:52 PM
Subject:  Addendum to interview w/ Dina Babar

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:       *Basham File*
FROM:     *Carlisle McNair*
DATE:     *April 16, 2004*
RE:       *Addendum to interview w/ Dina Babar*

*On December 16, 2003, I spoke to Dina Babar, who is Veronica Evans aunt by marriage. Dina's brother is married to Veronica's mother. In this interview, Dina advised, other than the information she had already relayed to me, she would write a detailed statement pertaining to Veronica & Chad. After numerous attempts to contact Dina, by phone number she supplied, which is disconnected and through her mother, Cindy Babar (217-234-3606), whom I have spoken to on a number of occasions and who has told me she has given Dina the messages to call me, I have been unable to make contact with her.*

*The information pertaining to the possibility that a video tape existed of Veronica Evans performing a sex act on a black male individual, was supplied to us by Dina Babar, who also told us Veronica was a habitual liar. Babar advised Joe Jones in Mattoon, Ill worked for a video store and video taped Veronica performing sex acts on him. Babar advised Veronica was aware of the tapings and allowed Jones to do so. As a follow-up to this information, we contacted Joe Jones in Mattoon, Ill who agreed to talk to us. Mr. Jones verified he taped Veronica performing sex acts on him and stated he destroyed all but one of the tapes. Jones gave Carolyn Graham an 8mm tape of Veronica Evans performing a sex act on Jones. The majority of the tape had been used to tape a movie. Jones advised he had no more tapes of Veronica or anyone else for that matter.*

*On one of the interviews with Veronica, I asked her if there was anything out there we needed to know about, any surprises that may come up in a courtroom setting, that she was not telling me about, that may discredit her in any way. Veronica told me about naked pictures taken of her by Chad, that she felt were either taken from her house by Tina Severence or were in the custody of the Madisonville, Ky PD. Veronica assured me there were no other pictures/videos or anything else of that nature, that may be used to discredit her. After locating Joe Jones and receiving from him a video tape of Veronica, I called her & told her what we had obtained from Jones and asked if there were anymore pictures/videos anywhere. I also asked Veronica what else in her statement to me was untrue. She became very defensive and demanded I mail her the video. I advised Veronica no one other than myself & Carolyn Graham knew about the video and in no way could it be used against her, that the video was absolutely no value to anyone. I told Veronica it concerned me we had uncovered something she assured me didn't exist and that I wanted to know what else may be out there; that if there were any incontinences in her statement, we needed to address them at this time before trial. This conversation ended on a good note, other than the fact that Veronica was verbally aggressive toward me, demanding I send her the tape.*

*As of April 16, 2004, there has been no contact with Veronica Evans since the 1st week in February, 2004.*