# Reply Exhibit 21

---

**From:**     "Carlisle McNair" <cjm0501@alltel.net>
**To:**     "Traci Thierolf" <tthierolf@hotmail.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>
**Sent:**     Sunday, November 23, 2003 7:15 PM
**Subject:**     Informal Interview: Charlotte Basham Morris

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

**TO:**     *Basham File*
**FROM:**     *Carlisle McNair*
**DATE:**     *November 17, 2003*
**RE:**     *Informal Interview: Charlotte Basham Morris*

---

*Charlotte advised Brad Basham was beat to death ay a cemetery behind North Hopkins HS, about 6 years ago. Brad was their second cousin. They were not close at all. Saw Brad maybe 5 times in her life. Advised her mother used drugs during her pregnancy with Branden and most likely smoked marijuana when she was pregnant with Charlotte. Charlotte was a heavy crystal meth user and crack cocaine smoker. She has been clean for 5+ years. Charlotte does not want to be a looser like the rest of her family. I asked Charlotte how she got off crystal meth and crack cocaine. She advised she got out of the environment; stopped hanging around with those types, such as her mother. I asked her if she was in the environment living with a known drug dealer, Mark Phebus. She advised Mark did his time in jail and doesn't want to go back. He has a successful construction company and has seen what drugs can do to people. He has told Charlotte he would have nothing more to do with her if she got back on drugs. Charlotte is aware of the allegations that make Mark a suspect in two homicides in Hopkins Co. She advised law enforcement has never been able to prove Mark was involved. Mark has denied any involvement whatsoever in the murders, one of which, according to Det. Troutman was Mark's wife. Charlotte advised Mark is 44yoa and started out as a "Sugar Daddy" but she fell in love with him. Advised Mark has put the past behind him and is moving on this is life and staying out of trouble. He is concentrating on building a long lasting, respectable construction company. Charlotte is aware of the burden she will have to be the spokesperson for her family on Branden's behalf. She knows Cathy's is not capable of telling the truth about Branden's childhood. Jimmy will lie to cover for Cathy's lies. Charlotte has agreed to share with us all the deep dark family secrets, good & bad, past & present. She is aware she has all the answers, but we don't have the questions. She fully understands we have to know the family history in order to build a defense for Branden. As far as Branden's homosexually, Charlotte advised Branden has told her he did what he did to get what he needed, money & drugs.*

2/22/2011

**From:**     "Carlisle McNair" <cjm0501@alltel.net>
**To:**     "Traci Thierolf" <tthierolf@hotmail.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>
**Sent:**     Sunday, November 23, 2003 7:22 PM
**Subject:**     Interview: Tracey Davis

# MEMORANDUM
## ATTORNEY/CLIENT ONLY

*TO:*          *Basham File*
*FROM:*          *Carlisle McNair*
*DATE:*          *November 17, 2003*
*RE:*          *Interview Tracey Davis*

*On 11/17/03 I spoke to Tracey Davis at Lot 7 Wadlingtons MHP Madisonville, Ky. Tracey knew Branden through Carla Gibson. Never associated with Branden. Doesn't know if he uses drugs or not. Doesn't know if he is homosexual or not. Not any help.*

2/22/2011

From:     "Carlisle McNair" <cjm0501@alltel.net>
To:       "Traci Thierolf" <tthierolf@hotmail.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland"
          <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson"
          <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>;
          "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg
          Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>;
          "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian
          Kandare" <akandare@justice.com>
Sent:     Friday, December 05, 2003 6:57 PM
Subject:  Interview: Raymond "Bucky" Emory

# MEMORANDUM
# ATTORNEY/CLIENT ONLY

TO:       **Basham File**
FROM:     **Carlisle McNair**
          **Carolyn Graham**
DATE:     **December 1, 2003**
RE:       **Interview: Raymond "Bucky" Emory  w/m**
          **816 S. Main St. Lot #10**
          **Madisonville, Ky.**
          **270-821-7515 (w)**

*On December 1, 2003, we spoke to Emory at his residence. Emory advised Branden lived in his residence prior to him buying it from Jimmy & Cathy Basham. Advised Branden would stay with him on occasion. Advised Branden got him started on crack cocaine. Branden sold all of Emory's cloths, shoes and other items to get money to buy crack. Branden didn't care whose property he sold to buy crack. Branden would do anything to get money to buy crack. Branden would perform sex acts on Emory for money to buy drugs or he would promise Emory he would get him a girl for sex, which according to Emory, Branden never kept his promise about the girl. Emory described Branden as a "sneaky snake." Branden was not a violent person. Emory advised noone has ever caught him having sex with Branden. I asked Emory about the time Carla Gibson caught them. He advised Carla is a lying, crack smoking, whore. Emory never admitted or denied Carla caught them in a sex act. Asked if he knew anyone else Branden hung around with. Advised Jeremy Baber, who is in & out of jail, was another person Branden spent a lot of time with. Asked if Jeremy was gay? Advised he didn't know. Emory advised he has been in jail in the past for bad checks. He served 6 months about 2 years ago. Advised he knew about Branden stealing his fathers checkbook and writing checks. Advised he was the person who told Jimmy & Cathy what Branden was doing. As far as he knows, Branden has never known he was the person who told on him. Advised he doesn't trust Branden. Branden would knock you down & rob you, but he's not capable of killing anyone. A small knife is the only weapon he has ever seen Branden with. Branden has attempted to steal Emory's car in the past, but was unable to figure out how to drive it. Asked if his car was an automatic or straight drive. He advise automatic. I asked was Branden that stupid? Emory advised he was not very bright. Emory advised he has worked as a cook at Ferrell's Restaurant for 7 years (8pm-5am), Thursday-Sunday. Advised he has been off crack cocaine for about 3 years. Emory denied being a homosexual.*

2/22/2011

**From:** "Carlisle McNair" <cjm0501@alltel.net>
**To:** "Traci Thierolf" <tthierolf@hotmail.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>
**Sent:** Friday, December 05, 2003 9:39 PM
**Subject:** Interview: Mark Phebus

# MEMORANDUM
## ATTORNEY/CLIENT ONLY

**TO:** *Basham File*
**FROM:** *Carlisle McNair*
*Carolyn Graham*
**DATE:** *December 2, 2003*
**RE:** *Interview: Mark Phebus w/m*
*270-399-0118 (cell)*

---

*On December 2, 2003, we spoke to Mark Phebus. Phebus is a convicted drug dealer. Served 26 months in state pen and lost $2m in drug assets. Advised he was considered a drug kingpin in Hopkins Co. Very proud of himself. Advised he made millions selling drugs. Started in the drug business in the 1970's off-loading boats in Florida, making $75,000.00 a boat. Advised he unloaded 3 boats a week. Advised he has been straight & clean for 9 years. Makes $200,000.00 a year building houses. Advised his brother-in-law is VP of Continental Airlines and helped him get back on his feet after prison. Met Charlotte Morris (Basham) through a stripper he was dating, who smoked marijuana with a Charlotte. Charlotte was never a stripper. First time he met Branden, it wasn't, "Hi, nice to meet you," it was, "Hey, you got $5.00." Branden has a very low IQ. He has never driven a car, nor does he have a drivers license. Branden would sit up in a tree and huff gas fumes while his father was trying to coax him to come down. Branden started smoking crack cocaine with his mother, Cathy. Cathy still smokes crack daily. Branden received a monthly disability check Cathy spent on drugs. Branden is borderline retarded. Branden and Bucky Emory were homosexual lovers. Shane Blanton, who works for Phebus when he isn't in jail, was in jail with Branden and told Phebus Branden was considered everyone's "bitch" in jail. Charlotte purchased a new pair of $50.00 shoes for her daughter and left them at Cathy's house. When she came back to get them, Cathy had traded the shoes for crack. Branden never had a chance in life. Cathy has boyfriends over when Jimmy is there. Jimmy drinks and passes out at the kitchen table and Cathy trades sex acts for crack. When Branden was small, Cathy would put him in a stroller and go to Wal-Mart and shoplift, putting the stolen items in Branden's stroller. Branden has been writing letters to Cathy from jail. Phebus was asked if he picked up Branden & Chad after they escaped, that Christy Baldwin gave law enforcement a statement saying he did. Phebus advised Christy is a lying, crack whore. Phebus bailed Christy out of jail in exchange for sex. Christy never paid up. Advised with the reputation he has in Hopkins County, if law enforcement had any indication he was involved with the escape, they would have been all over him. Phebus advised he didn't pick up Branden & Chad and doesn't know where that came from. Phebus advised when Charlotte & Branden were small children, Jimmy & Cathy would load them up and go to Florida, in the family stationwagon and smuggle dope back to Madisonville for Harold Tosh. Tosh was caught for drugs and is serving federal time in a medical unit in Minnesota. Tosh was sentenced out of McCracken Co. Ky, Paducah Federal Court about 6 or 7 years ago. (Unable to verify at this time. Still checking to see if Tosh is incarcerated.) Spoke to Phebus 12/05/03 and advised him I couldn't find Tosh in the federal system. He advised his son Jerry Tosh is also serving time in a federal facility in Florida. I will attempt to verify.*

2/22/2011

**From:**    "Carlisle McNair" <cjm0501@alltel.net>
**To:**    "Traci Thierolf" <tthierolf@hotmail.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>
**Sent:**    Friday, December 05, 2003 9:56 PM
**Subject:**    Interview: Shawn Blanton

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

*TO:*    ***Basham File***
*FROM:*    ***Carlisle McNair***
    ***Carolyn Graham***
*DATE:*    ***December 2, 2003***
*RE:*    ***Interview: Shawn Blanton  w/m  26yoa  DOB 09/25/77***
    ***Hopkins County Jail***

*On December 2, 2003, we spoke to Shawn Blanton, an inmate at the Hopkins Co. Jail Annex, serving time for drug possession. Advised he met Branden when he was put in the same cell block with him. Shawn was in cell #810 when Chad & Branden escaped. Branden was known in the cell black as anyone's "bitch". Branden would do anything, including sex acts on other inmates, to get cigarettes or anything else he needed while in jail. Branden was always put in lock-up because he gave the guards problems. Asked if he heard about the escape before it happened. Advised he did not. That inmates are always talking about how they could get out. Shawn is a trustee, working in the courthouse.*

**From:**     "Carlisle McNair" <cjm0501@alltel.net>
**To:**     "Traci Thierolf" <tthierolf@hotmail.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>
**Sent:**     Friday, December 05, 2003 10:22 PM
**Subject:**     Interview: Donnie Durham

# MEMORANDUM
## ATTORNEY/CLIENT ONLY

*TO:*     *Basham File*
*FROM:*     *Carlisle McNair*
           *Carolyn Graham*
*DATE:*     *December 3, 2003*
*RE:*     *Interview: Donnie Durham   w/m   26yoa   DOB 11/07/77*
           *Hopkins Co. Jail*
           *146 Sycamore Dr. Morton's Gap, Ky*

*On December 3, 2003, we spoke to Donnie Durham at the Hopkins Co. Jail. Donnie was serving time for a drug charge. Advised he use to live in the same neighborhood as Branden. He sold Branden marijuana on the street. Branden very seldom had money and usually traded something, he had most likely stolen, for the marijuana. Advised he knows Bucky Emory and that he is gay. Crystal Massey is an ex-girlfriend who smoked crack with Cathy Basham. Never saw Branden drive or knew if he had a drivers license or not. Branden would get into fights in jail because he always wanted to fit in and would pester people to the point a fight would start. Advised he has sold Branden Ritalin in the past and huffed gas fumes with him. Advised Branden was prescribed Ritalin while in jail and would conceal it in is mouth, letting the guard think he had swallowed it. He would use the Ritalin to trade for cigarettes or pay off jail house debts. The guards started watching him closer to make sure he swallowed is medication. Branden was a "punk" in jail. Anyone's "bitch". He was very easily manipulated and always a follower. Inmates were always talking about the possibility of escape. Chad & Branden escaped by one of the plans that was talked about among the inmates. Inmates in the jail talked about, if they could get to the roof, they could get through the fence to the outside. Donnie advised he had thought about it and knew if he could get to that fence he could get out. Advised a fence alone is not going to hold him. Advised he didn't have any prior knowledge about the escape before it happened. Donnie advised his sister, Alisha Sharpe and his mother, Carol Sharpe, would be able to shed some light on Branden's home life. Carol & Alisha live at 146 Sycamore Dr. Morton's Gap, Ky. 270-258-5548 (h) 270-821-2467 (Carol's work # Dairy Queen on S. Main St.)*

From:     "Carlisle McNair" <cjm0501@alltel.net>
To:      "Traci Thierolf" <tthierolf@hotmail.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland"
          <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson"
          <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>;
          "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg
          Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>;
          "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian
          Kandare" <akandare@justice.com>
Sent:    Saturday, December 06, 2003 10:49 PM
Subject:  Interview: Alishia Sharpe

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

TO:          *Basham File*
FROM:      *Carlisle McNair*
              *Carolyn Graham*
DATE:      *December 3, 2003*
RE:         *Interview: Alishia Sharpe   w/f  19yoa  DOB 08/20/84*
              *146 Sycamore Dr.  Morton's Gap, Ky.*
              *270-258-5548 h*

*On December 3, 2003, we spoke to Alishia Sharpe, who is Donnie Durham's sister, at her residence. Alisha advised she grew up with Branden during the 4th thru 7th grades. Advised she thought Branden "hung the moon." Has never seen Branden use drugs or be violent toward anyone. Branden was the love of her life. Never mean to her, never hollered at her, never hit her, just a great guy to be around. Knows Branden is gay and lived with Bucky Emory who is also gay. She has seen Branden & Bucky kiss each other on the mouth and hold hands in public. She also knows Basil "Junior" Jones who also lived in the same neighborhood. Advised she heard about Branden escaping from jail, but didn't know about the murders and all the trouble Branden was in. It didn't surprise her when I told her Branden was someone's "bitch", "boyfriend" in jail. Branden was a willing partner as far as a homosexual relationship with another man was concerned. Branden never had a drivers license, but he would drive his mother's car around the neighborhood. Cathy Basham was always high & on drugs. Jimmy Basham was a mean, out of control drunk. Advised she very seldom saw Charlotte. Alishia was scared to go to Branden's house because his parents were always drunk or strung out on drugs and fighting. Branden would always come to her house. Branden was never a leader. Always a follower. Branden wanted to be a car salesman and work on cars when he grew up. He was always tinkering with his bicycles, motorcycles, go carts & etc. I asked Alishia where Branden got all of these motorized vehicles? She advised she assumed they were his. She has never seen Branden steal anything nor has she heard that he was a thief. She didn't find out about Branden's stealing problem until she moved from the neighborhood. Cathy told her Branden had gotten into trouble for stealing cars. Branden told her he got caught for stealing cars. Branden got into fights at school because everyone picked on him about his long hair and calling him a "fagot".*
*One strange thing about this interview: Alisha's mothers maiden name was Burns (Samantha Burns). And Alisha's 7 month old son is named Donovan (Alice Donovan).*

**From:** "Carlisle McNair" <cjm0501@alltel.net>
**To:** "Traci Thierolf" <tthierolf@hotmail.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>
**Sent:** Saturday, December 06, 2003 11:00 PM
**Subject:** Interview: Carol Sharpe

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

**TO:**      *Basham File*
**FROM:**   *Carlisle McNair*
            *Carolyn Graham*
**DATE:**    *December 3, 2003*
**RE:**      *Interview: Carol Sharpe  w/f*
            *146 Sycamore Dr.  Morton's Gap, Ky*
            *270-258-5548 h   270-821-2467 w*

*On December 3, 2003, we spoke to Carol Sharpe, who is Donnie Durham's mother, at her residence. Advised she felt sorry for Branden. When he was 7 or 8 years old, he would be walking the streets all hours of the night. He was the type that could be easily influenced. He had absolutely no type of parental care what-so-ever. Branden never talked about his parents. He spent a lot of time on the streets and talked about doing drugs and smoking marijuana when he was 9 years old. Advised she has never seen Branden drive a vehicle. Always walking or on a bicycle. Advised she had only heard Branden was gay, but knows Bucky Emory is gay. She knows at one time, Branden lived with Bucky. Carol works at Dairy Queen, on S. Main St., where she has been for 8 years.*

2/22/2011

| | |
|---|---|
| **From:** | "Carlisle McNair" <cjm0501@alltel.net> |
| **To:** | "Traci Theirolf" <traci@swerlinglaw.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>; "Lisa Kimbrough" <lisajkimbrough@yahoo.com> |
| **Sent:** | Friday, April 16, 2004 9:26 PM |
| **Subject:** | Interview: Daryl Gossett |

# MEMORANDUM
## ATTORNEY/CLIENT ONLY

**TO:**     *Basham File*
**FROM:**    *Carlisle McNair*
       *Carolyn Graham*
**RE:**    .    *Interview: Daryl Gossett*
       *270-825-9220*
**DATE:**    *March 29, 2004*

*On March 29, 2004, we spoke to Daryl Gossett, who advised the following:*
*--Gossett was employed at HCDC for 3 years*
*--Gossett was a lieutenant when he was terminated by the Jailer*
*--Advised he was sent a letter of termination 1/2003. The reason for termination was "lack of professionalism".*
*--Advised he was involved in a lawsuit against HCDC over overtime pay*
*--Advised he didn't agree with the administration at HCDC*
*--Advised he saw things that were not right and told his supervisor, Capt. Shaffer about these things and that he was not going to keep is mouth shut if things didn't change. Gossett didn't elaborate.*
*--Advised he was off the day of the escape*
*--Advised he knew Brandon during his time at HCDC*
*--Advised he knew Fulks, whom he described as a quite inmate, not a troublemaker*
*--Describe Brandon as mouthy, always wanting to "show out"*
*--Advised Brandon was treated to a "blanket party" in the old jail, where inmates throw a blanket over another inmate and beat him up. Brandon had to be transported to a medical facility after the beating because he was throwing up blood*
*--Advised Brandon helped Jeremy Barber hang himself*
*--Advised he was on duty that night & cut Barber down*
*--Feels the hanging incident was a plan by Brandon & Jeremy to get their cell door open in an attempt to escape. They knew they were short handed and that there were only two correctional officers on duty and one was a female.*
*--Advised Brandon punched Jeremy in the mouth to make it look good*
*--Advised when he reached the cell, Brandon was hold holding Jeremy up, to keep the pressure off his neck*
*--Advised Brandon was a trustee for a short period, but lost the status after some discipline problems*
*--Advised Brandon sold or traded his medication for food, toiletry items, to other inmates*
*--Advised Brandon didn't have any family that cared about him. He didn't have any money.*
*--As far as the escape was concerned, Gossett advised his 5 year old could have escaped from HCDC. It didn't take a smart person to figure out a way to escape from HCDC.*
*--Advised Chet Goff and another inmate attempted to escape from the same recreational area approx 1 year prior to Fulks & Basham. Advised he didn't remember how they got caught.*
*--Advised he was aware Brandon attempted to escape from deputies at the courthouse but was quickly apprehended*
*--Advised Brandon shared a cell with Robert Rector, who was a known homosexual and it was rumored that Brandon performed oral sex on Robert for a pair of tennis shoes*
*--Robert Rector is 40 - 50 yoa and is currently serving time at the Kentucky State Pen (270-388-*

2/22/2011

2211) in Eddyville, Ky for credit card theft & forgery. Rector is from Nortonville, Ky Hopkins County.

--Advised 6 months before Fulks & Basham escaped, he warned the Chief of Operations that he felt things were not secure enough. Advised his supervisors "blew him off".

--Advised after the escape, it surprised him the jails Emergency Response Team was not activated. As far as he knows calling out this team on an escape is SOP.

--Advised 2 people, a cook and retired military worker, searched for Fulks & Basham after they escaped

--Advised the administration felt the Emergency Response Team was not needed

--Advised he feels the escape could have been prevented if they (admin) had listened to him about his concerns about security

--Advised the administration always thought of the inmates as "good old boys" and didn't take the possibility of escape seriously

2/22/2011

**From:** "Carlisle McNair" <cjm0501@alltel.net>
**To:** "Traci Theirolf" <traci@swerlinglaw.com>; "Steve Hisker" <hisker@scbar.org>; "Paige Tarr" <paige@brucklaw.com>; "Lisa Kimbrough" <lisajkimbrough@yahoo.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>; "Anna Rawl" <Rawlae@yahoo.com>
**Sent:** Monday, July 26, 2004 8:00 PM
**Subject:** Interview: Jeremy Wayne Barber

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

**TO:** *Basham File*
**FROM:** *Carlisle McNair*
**DATE:** *July 22, 2004*
**RE:** *Jeremy Wayne Barber  DOB 02/13/82  SS# 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*
*410 Brown Rd. Madisonville, Ky.*
*270-797-7311 Heather(wife)  270-821-9302 Carol Minton(aunt)*

---

*On July 22, 2004, I spoke to Jeremy Wayne Barber at the Logan Co. Jail, where Barber was awaiting transfer to Kentucky Dept. of Corrections on a probation violation. Advised he has know Basham since they were nine years old. Barber advised he lived in Oakdale MHP, just a few blocks from Bashams house. Barber credits Basham for saving his life when he attempted to hang himself in the old Hopkins Co. Jail. Advised Basham apparently heard him gasping for air and gurgling and woke up. Advised Basham hollered for the correctional officer and held him up, keeping pressure off his neck, until help arrived. Advised it wasn't a scheme to escape from jail. Advised he meant to hang himself. Advised he was in a cell with Basham and the correctional officers had been giving them a hard time. Advised they took their cloths and bed linen from them and gave them each a sleeping bag. Advised he ripped strips from the sleeping bag to create a noose. Advised the correctional officers treated Basham badly and beat him while in jail. Advised the correctional officers would put Basham in solitary confinement for no reason whatsoever, for days at a time. Advised Amanda Churchwell, Bucky Emory's niece, caught Basham & Bucky having sex in Bucky's car. Advised Amanda works at Ferrell's Restaurant, also. Advised Basham never attempted anything sexual with him. Advised he received 18 months to serve.*

2/22/2011

From:      "Carlisle McNair" <cjm0501@alltel.net>
To:         "Jack Swerling" <Jacklaw@aol.com>
Sent:      Monday, August 09, 2004 7:56 AM
Subject:   from: Carlisle

*Patricia Mayes Blake*
*2280 Fawcett Dr.*
*Madisonville, Ky.*
*270-535-8380 cell#*
*-married to Bobby Blake for 2 years*
*-divorced for 15 years*
*-Bobby was a very abusive husband*
*-Jimmy was a drunk*
*-Cathy was a drug user*
*-described Cathy as an "out & out nut case"*
*-Charlotte & Brandon were out of control children*
*-neither had a father or mother figure in their lives*
*-Cathy always complaining she couldn't do anything with Brandon*
*-not surprised Brandon is in trouble, based on his family life*

*Ellis McKechnie*
*5830 Isley Rd.*
*St. Charles, Ky*
*270-669-4285*
*-married to Becky Blake for 10 years*
*-divorced since 1983*
*-known Jimmy since they were teenagers*
*-Jimmy can fix anything, but never had any drive in life*
*-Brandon had too much mouth*
*-Cathy always used drugs*
*-knows Cathy stopped using drugs while pregnant with Charlotte; continued to use drugs*
 *while pregnant with Brandon*

*Brenda Dwyer Zeller*
*930 Hinton Rd.*
*Lewisburg, Ky.*
*270-657-9580 w*
*-Brandon was a confused young man*
*-drank, smoked dope, took any pill he could get his hands on*
*-smoked crack cocaine with Cathy*
*-would steal to get drugs for Cathy*
*-when he was 5 or 6 years of age, Cathy had him going to get drugs for her*
*-if he didn't get his way he would start hitting the walls, throwing stuff, breaking stuff until he*
 *got what he wanted*
*-Brandon is a follower*
*-knows Bucky Emory is gay and Brandon lived with him*
*-Cathy told Brenda Brandon was gay*

*Let me know if you want me to go with you, if you decide to talk to these people.*
*Carlisle*

| | |
|---|---|
| **From:** | "Carlisle McNair" <cjm0501@alltel.net> |
| **To:** | "Traci Theirolf" <traci@swerlinglaw.com>; "Steve Hisker" <hisker@scbar.org>; "Paige Tarr" <paige@brucklaw.com>; "Lisa Kimbrough" <lisajkimbrough@yahoo.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>; "Anna Rawl" <Rawlae@yahoo.com> |
| **Sent:** | Saturday, August 14, 2004 8:13 AM |
| **Subject:** | Interview: Margie Woods Jimenez |

## MEMORANDUM
## ATTORNEY/CLIENT ONLY

| | |
|---|---|
| *TO:* | *Basham File* |
| *FROM:* | *Carlisle McNair* |
| *DATE:* | *August 3, 2004* |
| *RE:* | *Margie Woods Jimenez  w/f  DOB 05/27/80  27yoa* |
| | *4297 Adams Mill Rd  Cadiz, Ky.  42211  270-522-5462* |

*On August 3, 2004, I met with Margie Woods Jimenez at her father's residence at 2131 Miners Loop Beechmont, Ky. 270-476-2828. Margie advised the following:*

*-met BB in 1998 at Brenda Dwyer's house on Twin Tunnel Hill Rd. Dunmor, Ky.*
*-Brenda was seeing Jerome McKechnie, BB's cousin, who was living with Brenda. Brenda was 32 yoa at the time & Jerome was 21 yoa. Jerome had or has a drinking problem.*
*-Margie met Brenda, as well as Tommy Blake, over the CB radio. Much like e-mail is used today. Tommy's CB handle was "Green Rabbit". Margie couldn't remember Brenda's handle.*
*-Margie had an on & off relationship with BB until she moved to Arkansas, 12/200.*
*-BB would come to Dunmor looking for her. On occasion he would find her at Brenda's house*
*-Margie advised she would make herself hard to find, because she didn't want to spend as much time with BB as he wanted.*
*-Advised BB would have people give him rides to Dunmor to see her or look for her*
*-Advised the last time she saw BB was at Brenda's house. Jerome & BB got into a fight, doesn't remember what over, and Margie took BB to Madisonville.*
*-After getting to Madisonville, Margie advised BB took her car without her permission. When he returned, it was too late to drive back to Dunmor. Cathy let her spend the night. During the night, BB attempted to have anal sex with Margie, which she refused to do. Margie advised BB became violent and started beating & choking her. Advised she started screaming, hitting & kicking BB to get him off of her. Cathy came in and told BB to stop or she would call the police. BB left the house & Margie drive to Dunmor. This was the last time she saw BB.*
*-Margie advised she drove a Chevy Z-24, which BB has driven*
*-Advised BB is manipulative and a follower*
*-Advised she knows Bucky Emory and that he is gay. She also knows BB would spend a lot of time at Bucky's house.*
*-Advised she knew BB received a check every month that Cathy would get and spend the money on drugs*
*-Advised she remembers only one occasion BB had money. He gave her money for gas.*
*-Advised BB never used drugs in front of her, but she knew he was a user*
*-Advised she also knew Cathy used drugs, that she was always "spaced out & jumpy."*
*-Advised she met Charlotte at Brenda's house sometime after she met BB. She saw Charlotte a second time at BB's house in Madisonville for a short time. She had Brittany with her & was leaving as she was arriving.*
*-Advised she feels BB's parents hated him. They didn't want him near them. Cathy was always cussing at BB, calling him a "little bastard and motherfucker". Jimmy acted as if BB wasn't even there. BB grew up with a alcoholic father & a drug using mother.*

2/22/2011

-Advised BB is a compulsive liar. He would lie about his age, anything. One would never know when or if he was telling the truth or not.

-Advised BB got his finger cut off helping Tommy Blake work on a lawnmower

-Advised BB lived with Brenda for approx. 2 months. She saw BB on daily during that period in 1998

-Advised she has never been at Western State Hospital nor has she ever visited anyone there

-Advised she was in jail one time for bad checks, 3/2001. She served 1 month. Has not been back.

-Advised she met Jaime Jimenez 4/2001, got pregnant, married 7/2002 and moved to Cadiz, Ky.

-Advised BB wrote her letters which he sent to Brenda's house. Advised she never read them.

-Advised she does not want to testify, that it's a close chapter in her life

-Advised she is a housewife with two small children. She doesn't have anyone who can take care of them if she had to come to SC

2/22/2011

---

**From:**     "Carlisle McNair" <cjm0501@alltel.net>
**To:**     "Anna Rawl" <Rawlae@yahoo.com>; "Adrian Kandare" <akandare@justice.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Carolyn Graham" <cgrahamsc@aol.com>; "ecr" <ecr@nmrs.com>; "Gary Collias" <gacollias@citynet.net>; "Greg Cook" <wvcookpi@citynet.net>; "Greg Harris" <GregHarris@justice.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Jean Strickler" <jeans@swerlinglaw.com>; "Lesa Watson" <yetto@mis.net>; "Lisa Kimbrough" <lisajkimbrough@yahoo.com>; "Paige Tarr" <paige@brucklaw.com>; "Steve Hisker" <hisker@scbar.org>
**Sent:**     Sunday, August 15, 2004 6:27 AM
**Subject:**     Interview: Brenda Dwyer Zellers

# MEMORANDUM
## ATTORNEY/CLIENT ONLY

**TO:**     *Basham File*
**FROM:**     *Carlisle McNair*
**DATE:**     *August 5, 2004*
**RE:**     *Interview: Brenda Dwyer Zellers  w/f  DOB 08/06/67*
          *930 Hinton Rd.*
          *Lewisburg, Ky.   270-657-9580 w*

---

*On August 5, 2004, I spoke to Brenda Dwyer Zellers at her place of employment at Lake Malone. Brenda advised the following:*
*-Jerome McKechnie, BB's cousin, lived with her in Dunmor, Ky. in 1998*
*-BB would come from Madisonville and visit and stay on occasion*
*-Margie Woods met BB while he was staying at her house*
*-described BB as a confused young man*
*-BB drank alcohol, smoked marijuana and took any type of pill he could get his hands on*
*-BB told Brenda he smoked crack cocaine with Cathy all the time*
*-BB would steal to get he and his mother drugs*
*-advised BB told her when he was around 5 or 6 yoa, Cathy would send him out on the street to buy her drugs*
*-advised she has seen BB hit the walls, throw stuff around, break things, throw a temper tantrum, until he got his way. It was his way or things would start getting destroyed.*
*-advised she has never seen BB drive, but Margie has told her BB drove her car a lot of times*
*-advised BB is, without a doubt, a follower*
*-advised she has always suspected BB of being homosexual*
*-advised Cathy told her BB was homosexual*
*-advised she has taken BB to Bucky Emory's house, on occasion, after Cathy had thrown BB out. Brenda knows Bucky is homosexual*

2/22/2011