# Reply Exhibit 22

**From:** "Carlisle McNair" <cjm0501@alltel.net>
**To:** "Traci Thierolf" <tthierolf@hotmail.com>; "Steve Hisker" <hisker@scbar.org>; "Shealy Boland" <Shealyboland@hotmail.com>; "Paige Tarr" <paige@brucklaw.com>; "Lesa Watson" <yetto@mis.net>; "Jean Strickler" <jeans@swerlinglaw.com>; "Jack Swerling" <Jacklaw@aol.com>; "Harrison Saunders" <saunders@swerlinglaw.com>; "Greg Harris" <GregHarris@justice.com>; "Greg Cook" <wvcookpi@citynet.net>; "Gary Collias" <gacollias@citynet.net>; "ecr" <ecr@nmrs.com>; "Carolyn Graham" <cgrahamsc@aol.com>; "Carlisle McNair" <cjm0501@alltel.net>; "Adrian Kandare" <akandare@justice.com>
**Sent:** Sunday, December 07, 2003 8:57 PM
**Subject:** Carlisle's plans

Going to Hopkinsville/Madisonville to locate & talk to:

1. **Angel Eichelholz**
   -wrote letters back & forth to Branden while in jail
2. **Det. Paul Johnson**
   -arrested Branden on Nebo Rd in 2001
3. **Jimmy Hill**
   -homosexual friend of Branden
   Looking forward to this one
4. **Jeremy Babar**
   -another homo friend of Branden's
   Can't wait
5. **Linda McVay**
   -in jail with Veronica
6. **Charlotte Morris**
   -follow-up on interview Paige had with ex-in laws
7. **Tom DeFatte**
   -attempt to locate
   -assaulted Branden as a child
8. **Talk to Lindsey Clan's mother about possible three way calls she may have done for Veronica.**
9. **Attempt to locate and talk to inmates who were in jail with Fulks & Basham.**
10. **Serve two subpoenas for records in Nashville & Russellville, Ky.**

**Carlisle McNair**
**803-608-5576 cell**
**cjm0501@alltel.net**