# Reply Exhibit 23

**From:**  "Carlisle McNair" <cjm0501@alltel.net>
**To:**  "Addison" <saddison@cityofconway.com>; "Domogauer" <jdomogauer@cityofconway.com>; "hendrick" <shendrick@cityofconway.com>; "hipp" <chipp@cityofconway.com>; "Parker" <dparker@cityofconway.com>; "perrit" <lperrit@cityofconway.com>; "rizzo" <rrizzo@cityofconway.com>; "schilling" <lschilling@cityofconway.com>; "sessions" <csessions@cityofconway.com>; "staples" <tstaples@cityofconway.com>; "wilkerson" <twilkerson@cityofconway.com>
**Sent:**  Monday, October 13, 2003 9:39 PM
**Subject:**  Fw: Fulks & Basham

*My name is Carlisle McNair. I retired October 2002, with 27 years, as Captain of Investigations, with the Lexington County Sheriff's Department. I am an FBINA Graduate, 184th Session, and currently have a Private Investigations agency in Columbia, McNair Investigations, SLED # 2188. I have been appointed by the Federal Court as an investigator, assigned to Jack Swerling, court appointed attorney for Basham. I know I am working on the other side, but the "FACTS DON'T CHANGE." I am, and will always be, a "cop" at heart. Fulks & Basham are in a heap of trouble and I am, in no way, attempting to change those facts.*

*Swerling has directed me to conduct interviews of all parties, civilian and law enforcement, pertaining to this case. Reviewing the discovery, I saw your name on lead sheets. I just need you to take the time to answer one question:*

*Other than the leads you were assigned, and based on what you know about the case, is there anything, good or bad, you can share with me pertaining to Fulks & Basham?*

*Please e-mail me with your response. Thank you for taking the time to do so.*

*Be safe.*
*Carlisle McNair*
*803-356-2324 h*
*803-608-5576 cell*
*803-765-2626 w*
*cjm0501@alltel.net*

2/9/2011