# Reply Exhibit 25

Fwd: Letter Dated April 1, 2008

**From:** jacklaw@aol.com
**To:** tsullivan@bsm-legal.com; jacklaw@aol.com
**Subject:** Fwd: Letter Dated April 1, 2008
**Date:** Tue, 1 Apr 2008 5:17 pm

-----Original Message-----
From: jacklaw@aol.com
To: MMeister@jenner.com; Jacklaw@aol.com
Sent: Tue, 1 Apr 2008 5:10 pm
Subject: Re: Letter Dated April 1, 2008

your letter was totally unneccessary in its tone and content. i am sorry that you are under a deadline by april 29,2008,,but don't try and pass off the fault to me.
when you contacted me on wednesday, i told you i was on my way out of town. you asked about certain documents and you were willing to try and get them from the court or other sources, but in an effort to make it easier on you i said we would help and that is what we are doing.
when i spoke with you and when i spoke with tim i made it perfectly clear that the files were here and that they were extensive. NO request has been made of me to provide you with anything until last week and that was volunteered on my part. i told tim when he was here that the files were available to him or anyone else and copies could be made of whatever was wanted. he said he would get back with me as to how he wanted it done i repeat NO request was made of me for any contents of the file until we spoke last week.
i arrived home from florida on monday evening and i am trying to get what you want

-----Original Message-----
From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com
Cc: Timothy J. Sullivan <tsullivan@bsm-legal.com>
Sent: Tue, 1 Apr 2008 4:50 pm
Subject: Letter Dated April 1, 2008

Jack,

This letter was also sent to you via fax, but I wanted to shoot it to you via e-mail as well.

Thank you,

Melissa

**Melissa A. Meister**
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

Planning your summer road trip? Check out AOL Travel Guides.

Planning your summer road trip? Check out AOL Travel Guides.