# Reply Exhibit 26

Re: Letter Dated April 1, 2008

Page 1 of 1

From: jacklaw@aol.com
   To: MMeister@jenner.com; Jacklaw@aol.com
   Cc: tsullivan@bsm-legal.com
Subject: Re: Letter Dated April 1, 2008
   Date: Tue, 1 Apr 2008 5:32 pm

in the event you deem it necessary to file a motion in the fourth circuit as you threatened to do, please be advised that my position is that until last wednesday march 26, no request was made of me as to any specific document from the file. in fact i offered to try and assist you in retrieving the documents you were seeking rather than have you run around in circles looking for them. i have never refused to make the file available to anyone whether it be for the purpose of review or copying. your letter appears to be an effort to pass on to me some blame for your running short on the time for filing your brief. i will not accept that.


-----Original Message-----
From: Meister, Melissa A. <MMeister@jenner.com>
To: jacklaw@aol.com
Cc: Timothy J. Sullivan <tsullivan@bsm-legal.com>
Sent: Tue, 1 Apr 2008 4:50 pm
Subject: Letter Dated April 1, 2008

Jack,

This letter was also sent to you via fax, but I wanted to shoot it to you via e-mail as well.

Thank you,

Melissa


**Melissa A. Meister**
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.


Planning your summer road trip? Check out AOL Travel Guides.

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Tuesday, April 01, 2008 5:57 PM
**Subject:** Fw: Letter Dated April 1, 2008

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Tue, 1 Apr 2008 21:53:59
To:"Meister, Melissa A." <MMeister@jenner.com>
Cc:tsullivan@bsm-legal.com, "Jack Swerling" <jacklaw@aol.com>
Subject: Re: Letter Dated April 1, 2008


You may come down whenever you wish and may copy whatever you want. By the way
there hasn't been any miscommunication- no one asked me for anything. The files are and
have been available for rev iew and copying. Had you not waited until march 26th, With
a deadline of march 31 ( especially when i volunteered to help) perhaps we could have
helped even more
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Tue, 1 Apr 2008 17:42:32
To:<jacklaw@aol.com>
Cc:<tsullivan@bsm-legal.com>
Subject: RE: Letter Dated April 1, 2008


Jack,

I understand your position, and as I said on the phone, I do apologize if there was a

4/2/2008

miscommunication between Mr. Sullivan and myself, or between Mr. Sullivan and you. I am not trying to pass off my deadlines on to you, and I appreciate your offer to make the files available to me on such short notice. I certainly would have been down sooner had I known that was the case.

I am available to come down this Thursday to look through all the files, make copies of what is necessary for the appeal, and send the copies back to my office. Hopefully, this will be the least inconvenience to you and anyone in your office. I will let you know, via e-mail as you requested, as soon as I confirm flight times, as you said that anytime will work with your schedule.

Thank you.

Melissa

Jack,

This letter was also sent to you via fax, but I wanted to shoot it to you via e-mail as well.

Thank you,

Melissa

------------------

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com <mailto:MMeister@jenner.com>
www.jenner.com <http://www.jenner.com/>



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

------------------

------------------

Planning your summer road trip? Check out AOL Travel Guides
<http://travel.aol.com/travel-guide/united-states?ncid=aoltrv00030000000015> .

4/2/2008