# Reply Exhibit 27

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Friday, April 04, 2008 10:47 AM
**Subject:** Fw: Confirmation of Document Arrangements

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Fri, 4 Apr 2008 13:20:21
To:"Melissa Meister" <meisterjd@gmail.com>, "Jack Swerling" <jacklaw@aol.com>
Subject: Re: Confirmation of Document Arrangements

You are welcome. Just so you will know i don't let files out my office without knowing what's going or being copied by me first. I have had a couple of bad experiences. If you need anything further just ask and we will try to accommodate
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Melissa Meister" <meisterjd@gmail.com>

Date: Thu, 3 Apr 2008 22:10:32
To:jacklaw@aol.com
Subject: Confirmation of Document Arrangements

Jack,

I just wanted to send you an e-mail confirming the box arrangements we made this evening. After a review of all of Basham's trial files, I had pulled two boxes' worth of materials to be copied and shipped to me. Those boxes were handed off to Brandon at Document Technologies Inc. to be copied and shipped. However, after learning that you did not want the boxes to be stored out of your office overnight, I made arrangements to

4/4/2008

have the boxes returned to your office (which I understand they were at approximately 5:30 p.m.), and to have Document Technologies pick those two boxes back up at 8:30 a.m. from your office to be copied off-site, the originals returned to you, and the copies sent to me in D.C.

I will be checking in with Document Technologies tomorrow to make sure everything goes smoothly, and I made a list of everything I loaded into the boxes, so that if something should get lost in the shuffle, we'll know what it is. If you have any questions or concerns, feel free to e-mail me, as I'll be checking my Blackberry.

Thanks again for the unfettered access on such short notice.

Melissa A. Meister

4/4/2008