# Reply Exhibit 28

## Declaration of Christine R. Oliver

I, Christine R. Oliver, declare under penalty of perjury the following to be true to the best of my information and belief:

1.  I am a paralegal with the Capital Habeas Unit of the Federal Public Defender's Office in Arizona. Our office has been appointed to assist Mr. Brandon Basham in federal court.

2.  In February 2011, Michael Burke, Sarah Stone and I went to Jack Swerling's office.

3.  Over a one-week period, we reviewed the contents of 77 boxes of discovery.

I declare under penalty of perjury that the foregoing is a true and correct statement. Signed this ⊘ day of March 2012.

*Christine R. Oliver*

Christine R. Oliver