# Reply Exhibit 29

Re: Statements made by Basham re Burns case

**From:** Jack B Swerling <jacklaw@aol.com>
   **To:** Meister, Melissa A. <MMeister@jenner.com>; Jack Swerling <jacklaw@aol.com>
**Subject:** Re: Statements made by Basham re Burns case
  **Date:** Fri, 18 Apr 2008 3:18 pm

```
I know there are statements from w va but i do not recall if anything physically
entered in the record.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Fri, 18 Apr 2008 13:32:41
To:"jacklaw@aol.com" <jacklaw@aol.com>
Subject: RE: Statements made by Basham re Burns case


Thanks for getting back to me...I have the testimony from Vito and Long re the
statements Basham made to authorities about Donovan, but I have no statements
regarding Burns, yet he pled guilty in WV.  To your knowledge, is there any
record of Basham relating the events of the Burns' murder to authorities that
would be in the Basham or Fulks' record?  If not, I'll go with what I have, but
obviously, Fulks made some pretty damning statements about Basham's behavior in
the Burns case and I'd like to insert Basham's account to the extent it's on the
record.   Thanks.

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Friday, April 18, 2008 2:29 PM
To: Meister, Melissa A.; Jack Swerling
Subject: Re: Statements made by Basham re Burns case

I was in a trial when you asked and i am off today. Did i answer you. I do not
have an exhibit list or docket sheet but if there is an indication a statement
was entered let me know and i will try and find it.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Thu, 17 Apr 2008 09:15:22
To:"jacklaw@aol.com" <jacklaw@aol.com>
Subject: RE: Statements made by Basham re Burns case


Well, I'm bound by whatever is in the record, so the extent that there were 302s
introduced by the Government regarding Basham's statements to FBI about Burns
and Donovan, I'm looking for those.  Does that help?

Melissa

-----Original Message-----
From: Jack B Swerling [mailto:jacklaw@aol.com]
Sent: Thursday, April 17, 2008 7:46 AM
To: Meister, Melissa A.; Jack Swerling
Subject: Re: Statements made by Basham re Burns case
```

There we're statements. Are you referring to a physical statement introduced ?
------Original Message------
From: Meister, Melissa A.
To: Jack Swerling
Sent: Apr 16, 2008 7:24 PM
Subject: Statements made by Basham re Burns case


Jack,

Were there ever any exhibits regarding Basham's statements, to the FBI,
regarding the Burns carjacking and murder?  I have Fulks' statements, but
they're rather incriminatory toward Branden, and I'm guessing he said something
different?  Anyway, to the extent there is anything that was filed in the
record, could you let me know?  Thanks much.

Melissa

---

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

CONFIDENTIALITY WARNING: This email may contain privileged or confidential
information and is for the sole use of the intended recipient(s). Any
unauthorized use or disclosure of this communication is prohibited. If you
believe that you have received this email in error, please notify the sender
immediately and delete it from your system.

---

Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059