# Reply Exhibit 30

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Sunday, May 04, 2008 9:12 AM
**Subject:** Fw:

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Sun, 4 May 2008 12:27:12
To:"Meister, Melissa A." <MMeister@jenner.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>, "Jack Swerling" <jacklaw@aol.com>
Subject: Re:


I seem to remember that when fulks and basham were still joined we were allowed to join in each others motions. Do you have all the transcripts from those hearings ?
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Sat, 3 May 2008 14:21:48
To:"jacklaw@aol.com" <jacklaw@aol.com>
Cc:"Haren, Eric R." <EHaren@jenner.com>
Subject:


Jack,

I am quite sure that you have other matters on your plate, but finding a place where you and Harris explicitly challenged the Government's "intrinsic acts" position is critical to Brandon's appeal.  Have you found anything yet on this issue?  I know that you

5/5/2008

mentioned a joint motion with Fulks.  We have not found anything, unfortunately.

Also, to the extent that you can find anything that was introduced by Basham regarding the Burns matter, that would also be very helpful.

Unfortunately, time is running short for filing this appeal, so the sooner you can get back to me, the better.

Thank you,

Melissa

Melissa A. Meister
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
Tel (202) 639-6034
Fax (202) 661-4805
MMeister@jenner.com
http://www.jenner.com/

Please note the Washington office of Jenner & Block will be moving. Effective May 24, 2008 our new address will be 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412. Our telephone numbers will remain unchanged.

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

5/5/2008