# Reply Exhibit 31

## Linda Brown

**From:** "Jack B Swerling" <jacklaw@aol.com>
**To:** "Linda Brown" <linda@swerlinglaw.com>
**Sent:** Thursday, April 24, 2008 5:55 PM
**Subject:** Fw: Items from Basham file

Please run copy and put on my desk.
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Jack B Swerling" <jacklaw@aol.com>

Date: Thu, 17 Apr 2008 11:43:01
To:"Meister, Melissa A." <MMeister@jenner.com>,     "Jack Swerling"
<jacklaw@aol.com>
Subject: Re: Items from Basham file

There would be a 302 for every witness they interviewed. Can you give me an idea of
what you are looking for. Also may need a disclosure order- i would need to check with
the judge
Jack B Swerling
cell 803-237-6300
office 803- 765-2626
fax 803-799-4059

-----Original Message-----
From: "Meister, Melissa A." <MMeister@jenner.com>

Date: Wed, 16 Apr 2008 22:45:58
To:"jacklaw@aol.com" <jacklaw@aol.com>
Subject: Items from Basham file

I was wondering if it's possible to get all of the FBI statements (the agent reports) from
Basham's file? I don't recall those when I was down in your office, but given the amount
of paper, I could have easily missed them.

Melissa

4/25/2008