UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>BRANDON LEON BASHAM,<br><br>Defendant. | No. 4:02-992-JFA<br><br>Judge Joseph F. Anderson, Jr.<br><br>Defendant's Response to Court Orders dated February 14 and 27, 2012 (Dkt. 1448 and 1460) |

Pursuant to this Court's orders of February 14 and 27, 2012, (Dkt. 1448 and 1460), Brandon Basham, through undersigned counsel, hereby provides the Court with Mr. Basham's position concerning his *pro se* pleading entitled "Waiver of Any and All Proceedings Pursuant to 28 U.S.C. § 2255," filed on May 19, 2011.

Mr. Basham's "desires regarding his request to drop his appeals" (*see* Dkt. 1448 at 2), as relayed to his attorneys, are as follows:

> *As Mr. Basham told the Court during the status conference of January 30, 2012, he does not oppose having the proceedings concerning his motion pursuant to 28 U.S.C. § 2255 go forward at this time. However, because of the stress he is experiencing at the current time, especially because he still is not receiving the medication he requires to treat his seizures, depression, anxiety, and ADHD, Mr. Basham is unable to make a decision concerning whether he ultimately wants to withdraw the pro se motion. Until such time as he is mentally and emotionally able to make a decision about his earlier request to*

1

*withdraw his appeals, he understands that his case will proceed and will likely include an evidentiary hearing. He is not opposed to this. Mr. Basham realizes that this is not the definitive response the Court was anticipating, but he is emotionally and mentally unable to give the Court any other response at this time.*

The foregoing paragraph was read to, and approved by, Mr. Basham on March 7, 2012. In order to fulfill the March 10, 2012, deadline set by this Court in its order of February 27, 2012, at this time counsel for Mr. Basham are filing this response without the required attestation. Counsel will be unable to obtain the notarized attestation from Mr. Basham before Thursday, March 15, 2012. Counsel will file the signed attestation with the Court on March 16, 2012. As officers of the Court, however, counsel aver that Mr. Basham has approved this filing, and specifically the italicized paragraph above.

Respectfully submitted this 7th day of March, 2012.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201

2

Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit