IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 4:02-922-JFA |
|---|---|---|
| v. | ) | ORDER ON MOTION |
|  | ) | TO WITHDRAW |
| BRANDON LEON BASHAM | ) |  |

Based upon the defendant's March 7, 2012 response to this court's inquiry, the court deems Mr. Basham's request to withdraw his § 2255 action and proceed to execution to be withdrawn. Accordingly, the Clerk shall remove this motion from the docket.

IT IS SO ORDERED.

March 9, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge