IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  4:02-922-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | SETTING HEARING |
| BRANDON LEON BASHAM | ) | |
| | ) | |
| _____ | ) | |

The court will conduct a hearing on the pending § 2255 motion beginning on Monday, June 4, 2012 at 9:30 a.m.

On Monday, April 16, 2012, at 2:30 p.m., the court will conduct a pretrial conference with counsel in order to prepare for the upcoming hearing.  The Clerk is requested to send a copy of this order to the Federal Bureau of Prisons at Terra Haute, Indiana so that the Bureau may make appropriate arrangements to have Mr. Basham participate by satellite in both the pretrial conference and the hearing.

IT IS SO ORDERED.

March 9, 2012                              Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge