UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-992-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | Defendant's Unopposed Motion to Continue Pretrial Conference Set for April 16, 2012 |
| BRANDON LEON BASHAM, | |
| Defendant. | |

Brandon Basham, through undersigned counsel, respectfully requests that the Court reschedule the pretrial conference currently scheduled for April 16, 2012, at 2:30 p.m. (Dkt. 1474.) Mr. Basham's attorney, Michael L. Burke, has a previously scheduled case management conference set for April 17, 2012, at 11:00 a.m., in the United States District Court for the District of Arizona. (*Smith v. Ryan*, 12-cv-00318-PGR.) In addition, Mr. Basham's attorney, Sarah Stone, has an oral argument scheduled before the United States Court of Appeals for the Ninth Circuit in San Francisco in a capital case on April 18, 2012. (*Rogovich v. Schriro*, 08-99015.)

Undersigned counsel has conferred with counsel for the Government, Robert F. Daley, Jr., and Mr. Daley has indicated that the Government does not oppose this request to reschedule the pretrial conference, but would prefer that the conference

1

occur earlier than the currently scheduled date.

Respectfully submitted this 9th day of March, 2012.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

2