UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-992-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | Motion to Vacate as Improvidently Granted Order Granting Government's Motion re Attorney-Client Privilege Waiver (Dkt. 1456) |
| BRANDON LEON BASHAM, | |
| Defendant. | |

Brandon Basham, through undersigned counsel, requests that this Court vacate its order of March 12, 2012 (Dkt. 1477), granting the Government's Motion re Attorney-Client Privilege Waiver (Dkt. 1456). The Court issued its ruling on that motion before affording Mr. Basham the time allowed him by the Federal Rules of Civil and Criminal Procedure and the Civil and Criminal Local Rules of this Court in which to respond to the Government's motion. Mr. Basham's response is due today, and is being filed contemporaneously with this motion.

The Government filed its Motion for a Ruling on Waiver of the Attorney-Client Privilege (Dkt. 1456) on February 24, 2012. Pursuant to Local Civil Rule 7.06, Local Criminal Rule 12.05, Federal Rules of Civil Procedure 6(d) and 5(e), and Federal Rule of Criminal Procedure 45(c), Mr. Basham had until today, March 12, 2012, to

file his response to that motion. This Court erred by prematurely ruling on the Government's motion before affording Mr. Basham the time granted him by the federal and local rules to respond. *See, e.g., United States v. Hess*, 982 F.2d 181, 185 (6th Cir. 1992) (district court erred in ruling before affording party time granted by rules in which to file opposition). Accordingly, Mr. Basham respectfully requests that the Court vacate its order (Dkt. 1477) granting the Government's motion (Dkt. 1456).

Respectfully submitted this 12th day of March, 2012.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham