IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | C/A No.: 4:02-cr-992-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Brandon Leon Basham, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on Defendant Brandon Leon Basham's Motion to Vacate as Improvidently Granted Order Granting Government's Motion re Attorney-Client Privilege Waiver. (ECF No. 1480). In light of the defendant's assertion that this court issued its ruling before affording the defendant the time allowed him by the Federal Rules of Civil Procedure in which to respond to the Government's motion, the court grants the defendant's Motion to Vacate. Accordingly, the docket text order entered on March 12, 2012 (ECF No. 1477) deeming the defendant to have waived his attorney-client privilege and ordering disclosure of trial and appellate counsel's papers and files is hereby vacated.

The Government is ordered to respond to Defendant's Response in Opposition (ECF No. 1481) on or before March 19, 2012.

IT IS SO ORDERED.

March 12, 2012                         Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge