IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA )   Cr. No. 4:02-992-JFA
         )
v.       )
         )
BRANDON LEON BASHAM  )
         )

*NUNC PRO TUNC* MOTION TO FILE OVERSIZED MEMORANDUM IN REPLY TO PETITIONER'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR A RULING ON WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE AND FOR AN ORDER REQUIRING DISCLOSURE OF COUNSEL'S PAPERS AND FILES

   The Government moves the Court, *nunc pro tunc*, to permit it to file an oversized Reply to Petitioner Brandon Basham's Opposition to the Government's Motion for a Ruling on Waiver of the Attorney-Client Privilege and for Order Requiring Disclosure of Counsel's Papers and Files. The Government believes that the additional pages are necessary to thoroughly respond to claims and allegations raised by Basham in his response. Further, had the Government filed the Reply in 12-point font, rather than 14-point font, it would have been fifteen pages in length. The Government does not object to the filing of a surreply by Basham.

              Respectfully submitted,

              William N. Nettles
              United States Attorney

              s/Robert F. Daley, Jr.
              Robert F. Daley, Jr. (ID No. 6460)
              Jimmie Ewing (ID No. 7292)
              Jeffrey Mikell Johnson (ID No. 10587)
              William K. Witherspoon (ID No. 5945)
              Assistant United States Attorneys
              1441 Main Street, Suite 500
March 20, 2011        Columbia, South Carolina  29201
              (803) 929-3114