IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | No.: 4:02-cr-992-JFA |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Brandon Leon Basham. | ) | |
| | ) | |

This matter comes before the court on Defendant's Motion to Strike Government's Memorandum in Reply (Dkt. 1486), or in the alternative, Motion to File Surreply (ECF No. 1487) and on Government's Motion Nunc Pro Tunc to File Oversized Memorandum in Reply to Government's Response in Opposition Re 1486 Reply (ECF No. 1488). In his motion, Defendant Brandon Basham asks the court to strike the Government's Reply in Support of its motion regarding the waiver of Basham's attorney-client privilege. Basham contends, first, that the Government's Reply exceeds page limitations set by the local rules and, second, that the Government's Reply includes arguments not included in its original motion. As such, Basham argues that the Government's Reply should be stricken. In the alternative, Basham asks the court to allow him to file a surreply. The Government filed a motion asking the court, nunc pro tunc, to allow it to file an oversized Reply in Support of its motion regarding the waiver of Basham's attorney-client privilege.

This court hereby grants the Government's motion (ECF No. 1488). Additionally, the court grants in part and denies in part the defendant's motion (ECF No. 1487). Accordingly, the Government's Reply (ECF No. 1486) will not be stricken; however, the defendant is permitted to file a surreply. The defendant is ordered to file his surreply by March 28, 2012.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 21, 2012  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge