UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-992-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | |
| BRANDON LEON BASHAM, | Emergency Motion to Stay Order of April 4, 2012 |
| Defendant. | |

Pursuant to Rule 8(a) of the Federal Rules of Appellate Procedure, Defendant Brandon Basham moves this Court for an immediate order staying its order of April 4, 2012 , entered at Docket 1496, granting the Government access to all records and files of prior counsel for Mr. Basham.

Mr. Basham has filed a notice of appeal of the Court's order. Immediate appeal of the order is permitted in this instance by the exception to *Mohawk Industries, Inc. v. Carpenter*, 130 S. Ct. 599 (2009), known as the *Perlman* doctrine. *See United States v. Krane*, 625 F.3d 568, 572-73 (9th Cir. 2010); *United States v. Myers*, 593 F.3d 338, 345 (4th Cir. 2010).

A stay of this Court's order is necessary to prevent the irretrievable loss of Mr. Basham's right to protect privileged communications with his prior counsel that would result from compliance with this Court's order. In the related case of Mr. Basham's co-defendant, Chadrick Fulks, Chief Justice of the United States John G.

1

Roberts, Jr., issued an order staying a similar ruling by this Court requiring disclosure of privileged attorney materials until the appeal of that order could be resolved. (A copy of Chief Justice Roberts's order is attached to this motion as Appendix A.) Chief Justice Roberts's order demonstrates recognition of the importance of protecting the attorney-client privilege from improper intrusion during the pendency of an appeal challenging an order directing disclosure of privileged materials.

Although the appeal in Mr. Fulks's case was ultimately dismissed in light of the Supreme Court's decision in *Mohawk Industries*, Mr. Basham's appeal is distinguishable because the Court's order in this case permits the Government to obtain disclosure directly from third parties, namely Mr. Basham's prior counsel. In light of the important interests at stake, and the Supreme Court's grant of a stay in Mr. Fulks's appeal of a similar order, Mr. Basham respectfully requests that this Court immediately stay its order of April 4, 2012, entered at Docket 1496, pending Mr. Basham's appeal of that order.

Respectfully submitted this 4th day of April, 2012.

s/Julia Grace Mimms
Julia Grace Mimms, Esquire
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960
Attorneys for Defendant
Brandon Leon Basham

## Certificate of Service

I hereby certify that on April 4, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit