UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    -v-<br><br>BRANDON LEON BASHAM,<br><br>        Defendant. | No.  4:02-992-JFA<br><br>Judge Joseph F. Anderson, Jr.<br><br>Notice of Appeal |

Notice is hereby given that Defendant Brandon Basham appeals the district court's order of April 4, 2012 (Dkt. 1496), in which it "(1) orders the disclosure of Petitioner Brandon Basham's trial and appellate counsel's papers and files; (2) rules that Petitioner has waived any attorney-client privilege and any work product privilege as to those documents; and (3) authorizes Petitioner's former trial and appellate counsel to speak with Government attorneys about Petitioner's claims of ineffective assistance of counsel without the presence of Petitioner's current counsel." (Dkt. 1496 at 10.)  In that order, the district court also directed the Government "to make a duplicate copy (whether a hard copy or an electronic copy) and to deliver such copied documents to Basham's current counsel." (*Id.*)  In so ruling, the district court rejected Mr. Basham's request that, if it were to grant the Government's motion, it first "order all of Mr. Basham's prior counsel to turn over the originals of their files in Mr. Basham's case to Mr. Basham's current counsel." (Dkt. 1481 at 15-16.)

1

In light of the Court's ruling that the Government may obtain potentially privileged information directly from Mr. Basham's prior counsel, Mr. Basham is not precluded by *Mohawk Industries, Inc. v. Carpenter*, 130 S. Ct. 599 (2009), from immediately appealing the district court's order. *See Perlman v. United States*, 247 U.S. 7 (1918); *Church of Scientology of Calif. v. United States*, 506 U.S. 9, 18 n.11 (1992); *United States v. Krane*, 625 F.3d 568, 572-73 (9th Cir. 2010); *United States v. Myers*, 593 F.3d 338, 345 (4th Cir. 2010). Accordingly, he appeals the district court's order of April 4, 2012, entered at Docket Number 1496.

Respectfully submitted this 4th day of April, 2012.

s/Julia Grace Mimms
Julia Grace Mimms, Esquire
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960
Attorneys for Defendant
Brandon Leon Basham

**Certificate of Service**

I hereby certify that on April 4, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit