Exhibit Index to
Emergency Motion to Stay Order of April 4, 2012


Appendix A          *Fulks v. United States*, No. 09A324, Chief Justice John G. Roberts's Order dated October 19, 2009