# Appendix A

# Supreme Court of the United States

No.    09A324

CHADRICK E. FULKS,

                                        Applicant

v.

UNITED STATES

## O R D E R

UPON CONSIDERATION of the application of counsel for the applicant, the response filed thereto, and the reply,

IT IS ORDERED that the portions of the orders of the United States District Court for the District of South Carolina, case No. 4:02-992-JFA, dated August 21 and September 11, 2009, compelling production to the government of any and all materials pertaining to communications and advice between applicant and trial counsel are stayed pending further order of the undersigned or of the Court.

                                   ___/s/___John G. Roberts, Jr._____
                                   Chief Justice of the United States

Dated this 19th
day of October, 2009.