**APPEAL TRANSMITTAL SHEET (death penalty)**

| Transmittal to 4CCA of notice of appeal filed: __04/04/12__ | District: | District Case No.: |
|---|---|---|
| | South Carolina | CR 4:02-992 |
| ___ First NOA in Case | Division: | 4CCA No(s). for any prior NOA: |
| ✓ Subsequent NOA-same party | Florence | 05-5 |
| ___ Subsequent NOA-new party | Caption: | 4CCA Case Manager: **Beth Walton** |
| ___ Subsequent NOA-cross appeal | USA vs. Brandon Basham | Direct notification of capital appeal also sent by: |
| ___ Paper ROA    ___ Paper Supp. | | ___ phone call to 804-916-2725 or |
| Vols: _____ | | |
| Other: _____ | | ___ email to beth_walton@ca4.uscourts.gov |

**Capital Appeal Type:**

___ § 2254 appeal

___ Direct appeal from conviction

___ § 2255 appeal

___ Pretrial appeal in federal case

**District Judge:**

Joseph F. Anderson, Jr.

**Court Reporter** (list all):

Debra Jernigan
Gary Smith
Daniel Mayo
Jenny Williams

**Coordinator:**
Peppa Caskey

**Fee Status:**

___ No fee required (USA appeal)    ___ Appeal fees paid in full    ___ Fee not paid

**Criminal Cases:**

✓ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

___ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):

____ Portions of record under seal

____ Entire record under seal

____ Party names under seal

____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):

___ Assembled electronic record transmitted

___ Additional sealed record emailed to 4cca-filing

___ Paper record or supplement shipped to 4CCA

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable):

✓ Assembled electronic record available if requested

___ Additional sealed record available if requested

___ Paper record or supplement available if requested

___ No in-court hearings held

___ In-court hearings held – all transcript on file

✓ In-court hearings held – all transcript not on file

___ Other:

Deputy Clerk: __Mary L. Floyd__    Phone: __803-765-5353__    Date: __04/05/12__

01/2012