FILED:  April 10, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____


UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON LEON BASHAM

Defendant - Appellant


_____

O R D E R
_____

The court appoints Julia G. Mimms as lead counsel for the appellant pursuant

to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective

04/04/2012.

Counsel is referred to the memorandum on **Case Budgeting and Payment**

**of Court-Appointed Counsel Appointed in Appeals Arising Out of State or**

**Federal Capital Convictions** for information on budgeting requirements,

appointment terms, obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records. If counsel believes the costs of representation will exceed the court's average costs, as set forth in the memorandum, counsel must file a CJA budget proposal (ex parte) within 21 days of appointment using the entry Sealed Document. If counsel does not believe the costs of representation will exceed the court's average costs, counsel must file a statement to this effect within 21 days of appointment. If appointed counsel has not previously received CJA payments from the federal courts, or if their information has changed, counsel should complete the **CJA Taxpayer Identification Form**.

Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer, **www.ca4.uscourts.gov**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk