FILED:  April 10, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

BRANDON LEON BASHAM

     Defendant - Appellant

_____

O R D E R

_____

    The court appoints the Federal Defender for the District of Arizona to

represent the appellant as co-counsel on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk