IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.:  4:02CR992 |
| v. | ) | |
| | ) | **NOTICE OF REQUEST FOR** |
| BRANDON L. BASHAM, | ) | **PROTECTION FROM COURT** |
| | ) | **APPEARANCE** |
| | ) | |
| Defendant. | ) | |

The undersigned attorney for Defendant respectfully requests protection from court appearances from July 16, 2012 through July 20, 2012.

Counsel has plans to be out of town during those dates.  At this time, counsel has no scheduled court appearances which conflict with these dates.

This the 23rd day of May, 2012.

s/Julia G. Mimms
JULIA G. MIMMS, SC Bar #7134
Attorney for Defendant
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone
(704) 333-1290 Fax
jgmassistant@bellsouth.net

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No.:  4:02CR992 |
| v. | ) | |
| | ) | **CERTIFICATE OF** |
| BRANDON L. BASHAM, | ) | **CONSULTATION** |
| | ) | |
| Defendant. | ) | |

I, Julia G. Mimms, attorney for the above-named Defendant, do hereby certify that consultation with opposing counsel would serve no useful purpose to resolve the matter addressed in the Notice of Request for Protection from Court Appearance.  Undersigned counsel, however, has notified opposing counsel of said request.

This the 23rd day of May, 2012.

s/Julia G. Mimms
JULIA G. MIMMS, SC Bar #7134
Attorney for Defendant
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone
(704) 333-1290 Fax
jgmassistant@bellsouth.net

**CERTIFICATE OF SERVICE**

I, Julia G. Mimms, do hereby certify that a copy of the foregoing Notice of Request for Protection from Court Appearance and Certificate of Consultation have been electronically mailed to the Clerk of Court for filing and forwarding to:

Robert F. Daley
Assistant United States Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, South Carolina 29201
bob.daley@usdoj.gov

This the 23rd day of March, 2012.

s/Julia G. Mimms
JULIA G. MIMMS, SC Bar #7134
Attorney for Defendant
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone
(704) 333-1290 Fax
jgmassistant@bellsouth.net