FILED:  May 30, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON LEON BASHAM

Defendant - Appellant

_____

O R D E R
_____

Upon review of the submissions relative to the motion to dismiss, the Court grants the motion and dismisses this appeal.

Entered at the direction of Chief Judge Traxler with the concurrence of Judge King and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk