UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>-v-<br><br>BRANDON LEON BASHAM,<br><br>Defendant. | No.  4:02-992-JFA<br><br>Judge Joseph F. Anderson, Jr.<br><br>Motion to Continue Stay Order of April 10, 2012 |

Pursuant to Rule 8(a) of the Federal Rules of Appellate Procedure ("FRAP"), Defendant Brandon Basham moves this Court for an order continuing its order of April 10, 2012 (Dkt. 1504), temporarily staying its discovery order of April 4, 2012 (Dkt. 1496), which granted the Government access to all records and files of Mr. Basham's prior counsel.  By its order of April 10, 2012, this Court stayed its April 4 order until June 11, 2012.  On May 30, 2012, the United States Court of Appeals for the Fourth Circuit dismissed Mr. Basham's appeal.  (*See* Appendix A.)  For the reasons that follow, Mr. Basham respectfully requests that the Court briefly continue its stay order until the Fourth Circuit has disposed of the Petition for Rehearing and Rehearing En Banc he will shortly file in that court.

Continuance of this Court's order staying its April 4 discovery order is necessary to prevent the irretrievable loss of Mr. Basham's right to protect privileged communications with his prior counsel that would result from compliance with this

1

Court's April 4 order. If this Court's stay order is allowed to expire on June 11, 2012, the Government will be permitted to obtain privileged attorney-client communications directly from Mr. Basham's prior attorneys, and Mr. Basham will be powerless to prevent this breach of the attorney-client privilege. So long as the appropriateness of this Court's April 4 order remains the subject of appellate challenge by Mr. Basham in the form of a petition for rehearing and rehearing en banc, a stay of this Court's order is appropriate.

Mr. Basham notes that he has acted promptly in his efforts to challenge this Court's April 4 order, filing his notice of appeal the very day this Court issued its order, rather than waiting the 60 days permitted him by FRAP 4(a)(1)(B)(i). He likewise intends to act promptly in seeking rehearing and rehearing en banc from the Fourth Circuit. Mr. Basham is not attempting to delay his proceedings in this Court, but merely seeks to protect, in the most expeditious manner possible, his right to preserve his attorney-client privilege.

Moreover, Mr. Basham's request for rehearing in the Fourth Circuit is not a mere formality. The Fourth Circuit dismissed Mr. Basham's appeal in an order stating only, "Upon review of the submissions relative to the motion to dismiss, the Court grants the motion and dismisses the appeal." (Appendix A.) Pursuant to FRAP 35(b) and Fourth Circuit Local Rule 40(b), en banc or panel rehearing is appropriate

when, among other reasons, the panel decision conflicts with a decision of the Fourth Circuit (or another appellate court) and the conflict is not addressed in the opinion. Here, the Fourth Circuit's one-line order dismissing the appeal arguably conflicts, at the very least, with that court's opinion in *United States v. Myers*, 593 F.3d 338 (4th Cir. 2010), and fails to address that conflict. Accordingly, a reasonable likelihood exists that the Fourth Circuit may choose to rehear the matter.

Accordingly, Mr. Basham respectfully requests that this Court briefly continue the stay of its April 4 order until the Fourth Circuit has disposed of the petition for rehearing and rehearing en banc he will be filing with that court within the next few days, and certainly well before the deadline for such a motion under the Federal Rules of Appellate Procedure and the local rules of the Fourth Circuit.

Respectfully submitted this 1st day of June, 2012.

s/Julia Grace Mimms
Julia Grace Mimms, Esquire
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007

michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960
Attorneys for Defendant
Brandon Leon Basham

**Certificate of Service**

I hereby certify that on June 1, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit