Exhibit Index to
Motion to Continue Stay Order of April 10, 2012

Appendix A          *United States v. Basham*, No. 12-2, Order dated May 30, 2012.