# Appendix A

FILED: May 30, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

　　　Plaintiff - Appellee

v.

BRANDON LEON BASHAM

　　　Defendant - Appellant

_____

O R D E R

_____

Upon review of the submissions relative to the motion to dismiss, the Court

grants the motion and dismisses this appeal.

Entered at the direction of Chief Judge Traxler with the concurrence of Judge

King and Judge Agee.

　　　　　　　For the Court

　　　　　　　/s/ Patricia S. Connor, Clerk