UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-992-JFA |
| Plaintiff, | Judge Joseph F. Anderson, Jr. |
| -v- | |
| | Amended Notice of Appeal |
| BRANDON LEON BASHAM, | |
| Defendant. | |

Pursuant to Rule 4(a)(1)(B)(i) of the Federal Rules of Appellate Procedure ("FRAP"), Defendant Brandon Basham hereby files his timely Amended Notice of Appeal from the district court's order of April 4, 2012. (Dkt. 1496.) This Amended Notice of Appeal is filed solely to correct any potential jurisdictional deficiency in Mr. Basham's original Notice of Appeal, which was filed on April 4, 2012. (Dkt. 1499.) Specifically, FRAP 3(c)(1)(C) requires that a notice of appeal identify the "name of the court to which the appeal is taken." In his original notice of appeal, Mr. Basham did not specify the court to which the appeal was being taken. (*See* Dkt. 1499.)

On May 30, 2012, the United States Court of Appeals for the Fourth Circuit dismissed Mr. Basham's appeal after reviewing "the submissions relative to the [Government's] motion to dismiss." No. 12-2, Order dated May 30, 2012, Docket No. 20. Although the Government's motion to dismiss did not concern the potential

1

jurisdictional defect in Mr. Basham's notice of appeal, in an abundance of caution, Mr. Basham hereby files this timely amended notice of appeal pursuant to FRAP 4(a)(1)(B)(i), notifying the Court that he appeals this Court's order of April 4, 2012 (Dkt. 1496), to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted this 1st day of June, 2012.

s/Julia Grace Mimms
Julia Grace Mimms, Esquire
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960
Attorneys for Defendant
Brandon Leon Basham

## Certificate of Service

I hereby certify that on June 1, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Michael L. Burke
Attorney for Defendant
Brandon Leon Basham