## APPEAL TRANSMITTAL SHEET (death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** _06/01/12_ <br><br> ___ First NOA in Case <br> ✓ Subsequent NOA-same party <br> ___ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA   ___ Paper Supp. <br> Vols: _____ <br> Other: _____ | **District:** <br>  South Carolina <br> **Division:** <br>  Florence <br> **Caption:** <br> USA vs. Brandon Basham | **District Case No.:** <br>  CR 4:02-992-002-JFA <br> **4CCA No(s). for any prior NOA:** <br>  05-5; 12-2 <br> **4CCA Case Manager: Beth Walton** <br><br> Direct notification of capital appeal also sent by: <br><br> ___ **phone call to 804-916-2725 or** <br><br> ___ **email to beth_walton@ca4.uscourts.gov** |

| | |
|---|---|
| **Capital Appeal Type:** <br><br> ___ § 2254 appeal <br> ___ Direct appeal from conviction <br> ___ § 2255 appeal <br> ___ Pretrial appeal in federal case <br><br> Interlocutory Appeal <br><br> **District Judge:** <br> Joseph F. Anderson, Jr. <br><br> **Court Reporter** (list all): <br> Debra Jernigan <br> Gary Smith <br> Daniel Mayo <br> Jenny Williams <br><br><br> **Coordinator**: <br> Peppa Caskey | **Fee Status:** <br> ___ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid <br> **Criminal Cases:** <br> ✓ District court granted & did not revoke CJA status (continues on appeal) <br> ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br> ___ District court never granted CJA status (must pay fee or apply to 4CCA) <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) <br> **PLRA Cases:** <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) <br><br> **Sealed Status** (check all that apply): <br> ___ Portions of record under seal <br> ___ Entire record under seal <br> ___ Party names under seal <br> ___ Docket under seal |

| | |
|---|---|
| **Record Status for Pro Se Appeals** (check any applicable): <br> ___ Assembled electronic record transmitted <br> ___ Additional sealed record emailed to 4cca-filing <br> ___ Paper record or supplement shipped to 4CCA <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | **Record Status for Counseled Appeals** (check any applicable): <br> ✓ Assembled electronic record available if requested <br> ___ Additional sealed record available if requested <br> ___ Paper record or supplement available if requested <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ✓ In-court hearings held – all transcript not on file <br> ___ Other: |

Deputy Clerk: _Mary L. Floyd_     Phone: _803-765-5353_   Date: _06/04/12_

01/2012