IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | No.: 4:02-cr-992-JFA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Brandon Leon Basham, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter comes before the court on Petitioner's Motion to Extend Stay (ECF No. 1512). After reviewing the submissions of both parties, this court hereby denies Petitioner's motion. Accordingly, discovery in this case may proceed as ordered by this court in its April 4, 2012 Order (ECF No. 1496).

IT IS SO ORDERED.

June 12, 2012                           Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge