FILED:  June 25, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRANDON LEON BASHAM

      Defendant - Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

      For the Court

      /s/ Patricia S. Connor, Clerk