FILED: July 23, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BRANDON LEON BASHAM

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered May 30, 2012, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*