UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

      Defendant - Appellant

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)
_____

This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which

provides that "[t]he timely filing of a petition for panel rehearing, petition for

rehearing en banc, or motion for stay of mandate, stays the mandate until

disposition of the petition or motion."

*/s/Patricia S. Connor, Clerk*