IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 4:02-992-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON BASHAM | ) | |
| | ) | |

_____

The court has tentatively calendared this action for an evidentiary hearing beginning Tuesday, October 9, 2012. One of the principal witnesses to be called, Jack Swerling, Esquire, is involved in a criminal trial currently scheduled to go forward in Charlotte, North Carolina beginning on that same date. In an earlier order, the court acknowledged the possibility of a conflict with Mr. Swerling's availability, and advised the parties to maintain the October 9, 2012 trial date on their calendars with the understanding that the issue would be revisited if and when a determination was made as to the status of Mr. Swerling's Charlotte case.

In a conversation with Mr. Swerling on September 4, 2012, the court was advised by Mr. Swerling that there is a possibility that the Charlotte case will not go forward on October 9, thus allowing Mr. Swerling to testify in this case. Mr. Swerling also indicated that, assuming his testimony consumes no more than approximately two days, there is a good possibility that the presiding judge in Charlotte will allow him to be absent or otherwise schedule the trial so as to permit his attendance at the hearing in this case.

In an unrelated development, the court has been made aware of the fact that another potential witness, attorney Cameron Littlejohn, might not be available to be interviewed or testify at a trial for the next four or five weeks, if not longer.

Drawing on this court's past experience, it would appear that if the hearing is postponed because of Mr. Littlejohn's conflict, the next date might be unsuitable to Mr. Swerling or some other witness to be called.

For all the foregoing reasons, the court hereby advises counsel to be prepared to go forward beginning on October 9, 2012 with whatever witnesses are available, including, possibly, Mr. Swerling if he becomes available. If Mr. Littlejohn is not available, the court will recess the hearing, reconvene the hearing at a later date when Mr. Littlejohn is available, and then hear oral argument on the entire case.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

September 11, 2012                    Joseph F. Anderson, Jr.
Columbia, South Carolina             United States District Judge

2