UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 11-3
(4:02-cr-00992-JFA-1)
(4:08-cv-70072-JFA)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

———————————

M A N D A T E

———————————

The judgment of this court, entered July 26, 2012, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*