UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>BRANDON LEON BASHAM,<br><br>Defendant. | No.  4:02-992-JFA<br><br>Judge Joseph F. Anderson, Jr.<br><br>Emergency Motion for Expedited Order Permitting Defense Neurological Expert Contact Visit with Defendant |

Brandon Basham, through undersigned counsel, requests that this Court issue an expedited order directing the United States Prison at Terre Haute to allow for a confidential contact visit between Mr. Basham and defense expert Dr. Thomas Michael Hyde, a board certified neurologist and psychiatrist, who will be testifying for the defendant in the upcoming evidentiary hearing.  Dr. Hyde previously evaluated Mr. Basham on April 20, 2012.  It is necessary, however, that Dr. Hyde be permitted to conduct a follow-up evaluation of Mr. Basham prior to his testimony in this case.

Mr. Basham emphasizes that Dr. Hyde is as a defense expert, retained by the Office of the Federal Public Defender.  Mr. Basham's attorneys are not asking that the Court "appoint" Dr. Hyde to conduct an evaluation, nor are they asking for any expenditure of funds to cover the cost of the examination.  Rather, Mr. Basham is filing this motion solely because of the policy of the warden of the Terre Haute prison requiring a court order for expert visits.

It is not necessary for the Court to order a specific date and time for Dr. Hyde's evaluation of Mr. Basham.  Counsel will work with all involved to ensure that it is scheduled at a time that is convenient to both Dr. Hyde's schedule and the visitation schedule of the prison, as well as one that will not delay the evidentiary hearing in

this case. However, Mr. Basham is requesting an expedited order because, in light of the upcoming evidentiary hearing, Dr. Hyde has agreed to examine Mr. Basham in Terre Haute, Indiana, on September 28, 2012.

Wherefore, counsel for Mr. Basham respectfully request that the Court issue an order allowing defense expert Dr. Thomas Hyde to conduct a neurological examination of Mr. Basham in a contact setting.

Respectfully submitted this 14th day of September, 2012.

s/Julia Grace Mimms
Julia Grace Mimms
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
Telephone: (704) 333-1301
Facsimile: (704) 333-1290


s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

Certificate of Service

I hereby certify that on September 14, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this document through the Court's system.

s/Nancy Rangel
Legal Assistant
Capital Habeas Unit

2