IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 4:02-992-JFA |
|---|---|---|
| v. | ) | ORDER |
| BRANDON BASHAM | ) | |

Defendant, through counsel, has moved for an order requiring the Federal Bureau of Prisons at Terra Haute, Indiana, to allow Dr. Thomas Michael Hyde, a defense witness who will testify at the upcoming evidentiary hearing, to conduct a follow up examination of Mr. Basham prior to his testimony at the hearing in this case. The hearing is currently scheduled to begin on October 9, 2012.

It appears from the record that Dr. Hyde has evaluated the defendant once, and now believes that a followup visit is necessary in order to properly prepare for his testimony. Apparently, the Federal Bureau of Prisons has a policy in place requiring a court order for a second or follow up visit such as the one requested here.

It appearing to the court that the request is reasonable under the circumstances, it is hereby ordered that the Federal Bureau of Prisons at Terra Haute allow Dr. Thomas Michael Hyde to visit with the defendant on a date and time mutually convenient to Dr. Hyde and the Bureau of Prisons.

IT IS SO ORDERED.

September 17, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge