# U.S. District Court
# District of South Carolina (Florence)
# United States V. Brandon Basham
# Case No. 4:02-cr-00992-JFA-2

## Evidentiary Hearing, October 09, 2012

## Defense Exhibit List

| EX. # | DATE | DOCUMENT |
|---|---|---|
| 001 | November 27, 2002 | Notes – Initial Visit with Basham |
| 002 | December 16, 2002 | Monckton Notes – Meeting with Basham |
| 003 | December 12, 2002 | E-mail from Bruck to et al. – Avoid Non-Confidential Court Evaluation |
| 004 | December 12, 2002 | Letter from Monckton to Littlejohn |
| 005 | | Monckton Notes – "Beginning of Representation" |
| 006 | January 16, 2003 | Monckton Calendar Notes |
| 007 | October 31, 2008 | E-mail from Meister to Sullivan – Internet Comment |
| 008 | January 7, 2008 thru October 23, 2008 | Time Reports (Jenner-Block) |
| 009 | May 9, 2008 | E-mail from Meister to DeBruin et al. – Proffer Facts |
| 010 | May 9, 2008 | E-mail from DeBruin to Ascher – Disqualification Motion |
| 011 | May 8, 2008 | E-mail from DeBruin to Ascher et al. – Competency |
| 012 | May 6, 2008 | E-mail from Cox to DeBruin – List of Motions |
| 013 | May 6, 2008 | E-mails Meister to Bacy – Competency |
| 014 | May 5, 2008 | E-mail from Meister to DeBruin et al. – Basham |
| 015 | May 4, 2008 | E-mail from Ascher to Haren – Samantha Burns |
| 016 | April 17, 2008 | E-mail from Bracey to Ascher and DeBruin – Competency Draft |

| EX. # | DATE | DOCUMENT |
| --- | --- | --- |
| 017 | April 1, 2008 | E-mail from Meister to Sullivan |
| 018 | March 26, 2008 | E-mail from Meister to Haren et al. – Cam Littlejohn |
| 019 | March 25, 2008 | E-mail from DeBruin to Meister – Advice Needed |
| 020 | March 18, 2008 | E-mail from Meister to DeBruin et al – Attached Issues List |
| 021 | June 13, 2012 | Declaration of Shannon Burnett |
| 022 | September 13, 2004 | Memo from .Harris to Swerling (Jury Selection) |
| 023 | July 6, 2004 | Memo from Harris to Basham File (Conference with Basham) |
| 024 | June 1, 2004 | Memo from Harris to Basham File (Conference with Basham) |
| 025 | May 28, 2004 | Memo from Harris to Swerling (Call with Basham) |
| 026 | May 27, 2003 | Memo from Harris to Swerling (Call with Brawley) |
| 027 | July 22, 2003 | Memo from Harris to Basham File (Protocol Hearing) |
| 028 | | Shannon Burnett Juror Questionnaire |
| 029 | | Shannon Burnett Phone Number Search Results |
| 030 | December 7, 2004 | Memo from Carolyn Graham to Swerling & Harris |
| 031 | August 5 | Notes – Clifford Jay |
| 032 | August 5, 2004 | Memo from Harris to Basham File |
| 033 | February 4, 2004 | FBI 302 of Clifford Jay |
| 034 | | Harris Handwritten Notes Clifford Jay |
| 035 | December 24, 2002 | Lead Sheet Clifford Jay |
| 036 | September 20, 2004 | Memo from Carlisle McNair to Basham File (Det. Addison) |
| 037 | August 2, 2004 | E-mail from Swerling to Harris |
| 038 | July 16, 2003 | Memo from Swerling to Basham File (Clifford Jay) |
| 039 | September 7, 2004 | Memo from Swerling to Basham File (Clifford Jay) |
| 040 | July, 2003 | Paige Tarr Interview of Clifford Jay |
| 041 | February 4, 2004 | FBI 302 of Clifford Jay (Annotated) |

| EX. # | DATE | DOCUMENT |
|---|---|---|
| 042 | | Harris Questions for Brawley Cross-Examination |
| 043 | December 7, 2003 | E-mail from McNair to Swerling et al. – Carlisle's Plans |
| 044 | October 13, 2003 | E-mail from McNair to Addison et al. – Fulks & Basham |
| ~~045~~ | ~~March 24, 2005~~ | ~~E-mail from McCamic to Gaudio Regarding Basham Team~~ |
| 046 | October 8, 2003 | Memo from Tarr – Interview of Tim Garry |
| 047 | October 9, 2003 | Memo from Tarr – Interview of Penny Titzer |
| 048 | October 13, 2003 | E-mail from Tarr – Mitigation Interview List |
| 049 | October 13, 2003 | Memo fromWatson/Tara – Interview with Bollingers |
| 050 | October 15, 2004 | Journal Entry |
| 051 | November 14, 2003 | Memo from Tarr – Interview of Sheila Mills |
| 052 | November 14, 2003 | Memo from Tarr – Interview of Sharon Watkins |
| 053 | November 19, 2003 | E-mail from McNair to Swerling et al. – Interview of Ruby Spence Watson |
| 054 | December 2, 2003 | E-mail from McNair to Swerling et al. – Interview of Mark Phebus |
| 055 | December 2, 2003 | E-mail from Hisker to Swerling – Mike Ruschell Conversation |
| 056 | February 10, 2004 | Email from Tarr – IQ Testing |
| 057 | June 28, 2004 | E-mail from Tarr to Swerling et al. – Interview Paul Arson |
| 058 | June 30, 2004 | E-mail from Watson to Swerling et al. – Interview Sharon Watkins |
| 059 | July 12, 2004 | E-mail from Watson to Colias – Fetal Alcohol Syndrome |
| 060 | July 26, 2004 | E-mail from McNair to Swerling et al. – Interview of Marvin & Peggy Phillips |
| 061 | August 3, 2004 | Email from Watson to et al. – Lisa Potts |
| 062 | August 15, 2004 | E-mail from McNair to Swerling et al. – Interview of Ellis McKecnhie |
| 063 | August 18, 2004 | Memo from Swerling – Interview of Penny Titzer |

| EX. # | DATE | DOCUMENT |
|---|---|---|
| 064 | August 18, 2004 | Memo from Swerling – Interview of Lisa Claire |
| 065 | February 18, 2004 | Memo from Watson – Interview of Baker and Shaner |
| 066 | August 24, 2004 | Memo from Swerling – Interview of Brenda Shaner |
| 067 | September 7, 2004 | E-mail from Watson to Swerling et al.– Ellis McKechnie |
| 068 | September 7, 2004 | Memo from Watson – Interview of Regina Moore |
| 069 | January 24, 1998 | Charter Louisville Behavioral Psych Evaluation |
| 070 | February 16, 1998 | Charter Louisville Behavioral Discharge Summary |
| 071 | | Special Olympics Exam |
| 072 | December 18, 2004 | Psychiatric Diagnosis of Basham |
| 073 | December 21, 2000 | Petition for Involuntary Hospitalization – KY |
| 074 | February 12, 2001 | Jail Medical Expense Claim for Basham |
| 075 | December 16, 2003 | E-mail from Brown to Swerling – Penny Royal Hospital |
| 076 | February 29, 2004 | E-mail from Hisker to Paige et al. – Basham Status |
| 077 | | Connie Nolan Entry |
| 078 | | Beverly Basham Entry |
| 079 | September 22, 2003 | Journal Entry |
| 080 | December 5, 2003 | Journal Entry |
| 081 | | Journal Entry – "Defendant now says statements…" |
| 082 | February 14, 2004 | Journal Entry (Kathy and Charlotte) |
| 083 | February 24, 2004 | Journal Entry (Hearing) |
| 084 | February 29, 2004 | E-mail from Tarr – Brandon Basham Suicide Attempt |
| 085 | | Journal Entry on Tina-Fulks Letters |
| 086 | August 27, 2004 | E-mail from Watson to et al. – Telephone Call with Basham |
| 087 | | The Lord Is Great Drawing |

| EX. # | DATE | DOCUMENT |
|-------|------|----------|
| 088 | | Scooby Dooby Drawing |
| 089 | | Sun-Moon-Star Drawing |
| 090 | | Coloring Book |
| 091 | | Media – "Jury Starts Work In Abduction Trial" |
| 092 | | Opening Notes |
| 093 | September 17, 2004 | Afternoon Entry |
| 094 | September 17 | "Dr. Watt" Entry |
| 095 | September 20, 2004 | PM Proceeding Entry |
| 096 | September 23, 2004 | Every Day Dip Entry |
| 097 | | Candy Box Note |
| 098 | October 15, 2004 | Voir Dire Questions – Mental Retardation |
| 099 | November 15, 2003 | E-mail from Tarr – Kentucky Trip |
| 100 | May 6, 2008 | E-mail from Meister to Bracy (Competency) |
| 101 | Nov. 4, 2004 | E-mail from Swerling |