# United States District Court

-----------------------------------------------------DISTRICT OF SOUTH CAROLINA-----------------------------------------------------

**WITNESS LIST**

Brandon Bashasm,
          Petitioner

        v.

                                     CR 4:02-992-002

United States of America,
                                     CA 4:11-70079-JFA
          Respondent

| Presiding Judge | Petitioner's Attorney | Respondent's Attorney |
|---|---|---|
| Joseph F Anderson, Jr. | Michael Burke, Sarah Stone | Robert Daley, Jimmie Ewing, Jeff Johnson, William Witherspoon |
| Motion Hearing Date(s) | Court Reporter | Courtroom Deputy |
| Oct. 9, 10, 11,15,16, 17, 2012 | Daniel Mayo | Mary Floyd |

| Pet. No. | Res. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 1 | | 10-9-12 | | | William Monckton |
| 2 | | 10-9-12 | | | Melissa Meister (by telephone) |
| 3 | | 10-10-12 | | | Dr. Thomas Hyde (by telephone) |
| 4 | | 10-10-12 | | court witness | Dr. George Parker (by video conference) |
| | | 10-10-12 | | | Dr. Thomas Hyde (by telephone) recall |
| | | 10-10-12 | | | continued with William Monckton |
| 5 | | 10-10-12 | | | John Castro |
| 6 | | 10-10-12 | | | Gregory Harris |
| | | 10-11-12 | | | Gregory Harris |
| 7 | | 10-11-12 | | | Jack Swerling |
| | | 10-15-12 | | | Jack Swerling |
| | | 10-16-12 | | | Jack Swerling |
| 8 | | 10-16-12 | | | Larry Hammond |
| | | 10-17-12 | | | Larry Hammond |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1___