IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 4:02-992-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER APPOINTING |
| | ) | DR. GEORGE F. PARKER |
| BRANDON LEON BASHAM | ) | AS COURT'S EXPERT |
| | ) | |
| _____ | ) | |

Shortly after the commencement of the evidentiary hearing in this case, certain events occurred which caused this court to raise, *sua sponte*, the question of whether the defendant was competent to proceed. Because of the extensive travel plans and other arrangements that had been made to allow the evidentiary hearing to go forward, the court requested that Dr. George Parker examine the defendant, on short notice, so that his opinion could be put on the record as to Mr. Basham's competency. Dr. Parker was able to rearrange his schedule and visit Mr. Basham on Wednesday, October 10, 2012. Dr. Parker rendered his oral report to the court, via satellite, later that day.

This order is being entered, *nunc pro tunc*, to memorialize the court's appointment of Dr. Parker as an expert in this case. The Clerk's Office shall take the necessary steps to see that Dr. Parker is compensated at his normal rate for his services performed in this case.

Entered this 22nd day of October, 2012, *nunc pro tunc* as of October 9, 2012.

IT IS SO ORDERED.

October 22, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge