AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ SOUTH CAROLINA _____

| UNITED STATES OF AMERICA | **EXHIBIT LIST** |
|---|---|
| V. | Case Number: 4:02-992 |
| **BRANDON BASHAM** | |

| PRESIDING JUDGE<br>**Hon. Joseph F. Anderson, Jr.** | | RESPONDENT'S ATTORNEY<br>**Robert F. Daley, Jr.**<br>**William K. Witherspoon**<br>**Jimmie Ewing**<br>**Jeffrey M. Johnson** | PETITIONER'S ATTORNEY<br>**Michael L. Burke**<br> **Sarah Stone** |
|---|---|---|---|
| MOTION HEARING  DATE (S)<br>**October 9 – 17, 2012    Dec. 3, 4, 2012** | | COURT REPORTER<br>**Daniel Mayo** | COURTROOM DEPUTY<br>**Mary Floyd** |

| Res. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 10-9-12 | | X | Jack B. Swerling Internet profile |
| 2 | | 10-9-12 | | X | Jack B. Swerling Representative South Carolina Cases from Internet |
| 3 | | 10-9-12 | | X | Greg Harris Internet profile |
| 4 | | 10-9-12 | | X | Photo of Swerling's office files |
| 5 | | 10-9-12 | | X | Photo of Swerling's office files |
| 6 | | 10-9-12 | | X | Photo of Swerling's office files |
| 7 | | 10-9-12 | | X | Photo of Swerling's office files |
| 8 | | 10-9-12 | | X | Defense Team List |
| 9 | | 10-9-12 | | X | Swerling E-mail requesting advice re: Jackson v. Denno hearing (2/21/04) |
| 10 | | 10-9-12 | | X | Swerling E-mail requesting advice re: Jackson v. Denno hearing (2/22-23/04) |
| 11 | | 10-9-12 | | X | Swerling E-mail response re: advice re: Jackson v. Denno hearing (2/23/04) |
| 12 | | 10-9-12 | | X | Harris 12/29/03 Memo re: McGuire/Hewlett/ Hughes interviews |
| 13 | | 10-9-12 | | X | Swerling 9/13/04 Memo re: Hughes and McGuire |
| 14 | | 10-9-12 | | X | Swerling-Meister Email exchange re: competency issue |
| 15 | | 10-9-12 | | X | DeBruin-Meister Email re: competency issue |
| 16 | | 10-9-12 | | X | Jenner-Block E-mails re: competency issue |
| 17 | | 10-9-12 | | X | Jenner-Block E-mails re: competency issue |
| 18 | | 10-9-12 | | X | Ex Parte Hearing #2 - 9/21/04 |
| 19 | | 10-9-12 | | X | Ex Parte Hearing #2 - 9/21/04 |
| 20 | | 10-9-12 | | X | Ex Parte Hearing 9/13/04 |
| 21 | | 10-9-12 | | X | Swerling-Strickland E-mail exchange re: relative culpability |
| 22 | | 10-9-12 | | X | Swerling/Thurschwell E-mail exchange re: relative culpability |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|

| | | | | USA      vs.      BASHAM | 02-CR-992 |
|---|---|---|---|---|---|

| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 10-9-12 | | X | Clifford Jay witness notes |
| 24 | | 10-9-12 | | X | Swerling memo re: interview with Clifford Jay 7/16/03 |
| 25 | | 10-9-12 | | X | Tarr memo re: interview with Clifford Jay 7/03 |
| 26 | | 10-9-12 | | X | FBI Investigation - Clifford Jay |
| 27 | | 10-9-12 | | X | Harris memo re: interview with Clifford Jay 8/5/04 |
| 28 | | 10-9-12 | | X | Swerling memo re: interview with Clifford Jay 8/18/04 |
| 29 | | 10-9-12 | | X | McNair memo re: telephone conversation with David Morris 9/20/04 |
| 30 | | 10-9-12 | | X | McNair memo re: telephone conversation with Detective Addison 9/20/04 |
| 31 | | 10-9-12 | | X | Swerling E-mail re: Basham master file |
| 32 | | 10-9-12 | | X | Swerling E-mail re: memo procedure |
| 33 | | 10-9-12 | | X | Swerling/Tarr E-mail re: doctors, schools, detention facilities and mental health facilities 9/23/03 |
| 34 | | 10-9-12 | | X | Swerling E-mail re: geographical chart 10/2/03 |
| 35 | | 10-9-12 | | X | Swerling E-mail re: Basham master file 10/1/03 |
| 36 | | 10-9-12 | | X | Swerling-Collias E-mail re: WV investigation 10/10/03 |
| 37 | | 10-9-12 | | X | Watson E-mail re: LW's efforts of 9/30/03 dated 10/7/03 |
| 38 | | 10-9-12 | | X | Swerling E-mail re: geographical chart 11/07/03 |
| 39 | | 10-9-12 | | X | Swerling-Tarr E-mail re: cast of characters and geographical areas 11/11/03 |
| 40 | | 10-9-12 | | X | Swerling E-mail re: Kentucky State police interviews and Veronica Evans 11/11/03 |
| 41 | | 10-9-12 | | X | Swerling-Tarr E-mail re: social worker and adaptability 11/17/03 |
| 42 | | 10-9-12 | | X | Swerling-Watson E-mails re: cast of characters and geographical areas |
| 43 | | 10-9-12 | | X | Strickler E-mail to Watson re: geographical chart 11/21/03 |
| 44 | | 10-9-12 | | X | Swerling E-mail re: witness information 12/02/03 |
| 45 | | 10-9-12 | | X | Swerling-Watson E-mail re: cast of characters 12/03/03 |
| 46 | | 10-9-12 | | X | Watson E-mail re: cast of characters 12/12/03 |
| 47 | | 10-9-12 | | X | Graham-Watson E-mail re: Basham meeting 12/18/03 |
| 48 | | 10-9-12 | | X | Swerling-Harris-Watson Memo to Cook re: list of job assignments in WV 12/30/03 |
| 49 | | | | | |
| 50 | | 10-9-12 | | X | Tarr- Master teacher list 1/7/04 |
| 51 | | 10-9-12 | | X | Watson E-mail re: persons contacted/to be contacted 1/19/04 |
| 52 | | 10-9-12 | | X | McNair/Swerling E-mail re: request for more time 1/24/04 |

EXHIBIT AND WITNESS LIST - CONTINUATION

USA     vs.     BASHAM                                    02-CR-992

| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 53 | | 10-9-12 | | X | Swerling-Vogelsang E-mail re: memo and chronology 7/24/04 |
| 54 | | 10-9-12 | | X | Vogelsang-Swerling E-mail re: family interviews 7/26/04 |
| 55 | | 10-9-12 | | X | Swerling E-mail re: witnesses 7/24/04 |
| 56 | | 10-9-12 | | X | Swerling-Vogelsang E-mail re: witnesses 7/28/04 |
| 57 | | 10-9-12 | | X | Thierolf-Swerling E-mail re: Basham team communication 7/27/04 |
| 58 | | 10-9-12 | | X | Swerling E-mail re: cast of characters 8/15/04 |
| 59 | | 10-9-12 | | X | Swerling-Saunders E-mail re: Richland jail and Columbia Care interviews 8/10/04 |
| 60 | | 10-9-12 | | X | McNair memo re: route from Madisonville, KY to Evansville, IN 8/15/04 |
| 61 | | 10-9-12 | | X | McNair-Cook memo re: most direct route from Gyannotte River to Haney Branch Rd to Hollywood Motel 2/3/03 |
| 62 | | 10-9-12 | | X | McNair memo re: timeline discrepancies 10/1/03 |
| 63 | | 10-9-12 | | X | McNair memo re: trip to Myrtle Beach, SC with Harris and Watson 10/27/03 |
| 64 | | 10-9-12 | | X | McNair-Swerling E-mail re: SC interviews 10/07/03 |
| 65 | | 10-9-12 | | X | McNair E-mail re: law enforcement list 10/10/03 |
| 66 | | 10-9-12 | | X | McNair memo re: Conway Police Dept interviews 10/14/03 |
| 67 | | 10-9-12 | | X | Swerling-McNair E-mail re: Conway Police interviews 10/15/03 |
| 68 | | 10-9-12 | | X | Swerling-McNair E-mail re: law enforcement interviews 10/19/03 |
| 69 | | 10-9-12 | | X | McNair memo re: FBI agents (SC/NC) names and contact 10/21/03 |
| 70 | | 10-9-12 | | X | McNair memo re: SC/NC interviews conducted - Group 7, 10, 16   11/7/03 |
| 71 | | 10-9-12 | | X | McNair-Watson E-mail re: additions to cast of characters 10/5/03 |
| 72 | | 10-9-12 | | X | Swerling-McNair E-mail re: possible abuser 10/6/03 |
| 73 | | 10-9-12 | | X | McNair E-mail re: 2/1/04-2/6/04 activities    1/30/04 |
| 74 | | 10-9-12 | | X | McNair activity report week of 2/1/04-2/5/04 |
| 75 | | 10-9-12 | | X | McNair-Graham memo re: Fulks' address in Conway, SC    3/17/04 |
| 76 | | 10-9-12 | | X | McNair memo re: Huntington, WV investigation 7/27/04 |
| 77 | | 10-9-12 | | X | McNair memo re: incident in Z dorm at Alvin S. Glenn   9/9/04 |
| 78 | | 10-9-12 | | X | McNair memo re: Alvin S. Glenn interviews 10/5/04 |
| 79 | | 10-9-12 | | X | McNair memo re: Butner FMC interviews 10/5/04 |
| 80 | | 10-9-12 | | X | Swerling memo re: things to do 11/19/03 |
| 81 | | 10-9-12 | | X | Swerling E-mail Basham Memo #1 re: memo procedure 12/04/03 |
| 82 | | 10-9-12 | | X | Swerling-McNair E-mail Basham Memo #4 re: inmate interviews and WV investigation 12/06/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | EXHIBIT AND WITNESS LIST - CONTINUATION | | |
|---|---|---|---|---|---|
| | | USA        vs.      BASHAM | | | 02-CR-992 |
| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 83 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham Memo #5 re: alleged assault by Tom Defatte 12/06/03 |
| 84 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham Memo #5 re: follow up to do list 12/6/03 |
| 85 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham Memo #6  re: Dr. Littleton 12/06/03 |
| 86 | | 10-9-12 | | X | Swerling-McNair E-mail Basham Memo #6 re: Dr. Littleton 12/07/03 |
| 87 | | 10-9-12 | | X | Swerling E-mail Basham Memo #7 re: people to interview and/or records to get 12/15/03 |
| 88 | | 10-9-12 | | X | Swerling Basham Memo #8 re: things to do 12/15/03 |
| 89 | | 10-9-12 | | X | Swerling E-mail Basham Memo #9 re: things to do 12/15/03 |
| 90 | | 10-9-12 | | X | Swerling E-mail Basham Memo #10 re: Regional Medical Center 12/15/03 |
| 91 | | 10-9-12 | | X | Swerling E-mail Basham Memo #12 re: things to do, Rivendell Psychiatric Center 12/16/03 |
| 92 | | 10-9-12 | | X | Swerling E-mail re: things to do #13    12/16/03 |
| 93 | | 10-9-12 | | X | Swerling E-mail re: things to do #13     12/16/03 |
| 94 | | 10-9-12 | | X | Swerling-McNair E-mail re: things to do #14   12/16/03 |
| 95 | | 10-9-12 | | X | Swerling E-mail re: things to do #15 12/15/03 |
| 96 | | 10-9-12 | | X | Swerling-McNair E-mail re: things to do #15   12/16/03 |
| 97 | | 10-9-12 | | X | Swerling-Tarr E-mail re: things to do #15 Tarr's responses    12/17/03 |
| 98 | | 10-9-12 | | X | Swerling E-mail Basham Memo #16 re: Department of Public Advocacy records 12/17/03 |
| 99 | | 10-9-12 | | X | Swerling-Tarr Email re: things to do #15/Tarr's responses 12/17/03 |
| 100 | | 10-9-12 | | X | Swerling E-mail re: things to do #17 12/17/03 |
| 101 | | 10-9-12 | | X | Swerling E-mail re: things to do list #18 12/17/03 |
| 102 | | 10-9-12 | | X | Swerling-Watson E-mail re: to do list #18-CHR 12/19/03 |
| 103 | | 10-9-12 | | X | Swerling-McNair E-mail re: things to do list #19   12/17/03 |
| 104 | | 10-9-12 | | X | Swerling E-mail re: updated things to do #25 1/8/04 |
| 105 | | 10-9-12 | | X | Swerling-McNair E-mail Basham To Do #26 re: Fulks' cellmates 1/31/04 |
| 106 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #27 re: James Aiken pharmacologist 1/29/04 |
| 107 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #28 re: Rivendell EEG and Dr. Brannon 1/29/04 |
| 108 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #28 re: Dr. Brannon's findings 1/30/04 |
| 109 | | 10-9-12 | | X | Swerling-Watson E-mail Basham To Do #29 re: Kathy Basham's military records 1/29/04 |
| 110 | | 10-9-12 | | X | Swerling-Watson E-mail Basham To Do #29 re: Medical and mitigation information 1/29/04 |
| 111 | | 10-9-12 | | X | Swerling-McNair E-mail Basham To Do #30 re: interview of Fulks' cellmates 1/29/04 |
| 112 | | 10-9-12 | | X | Swerling E-mail Basham To Do #31 re: Rivendell Psychiatric Hospital 1/29/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

EXHIBIT AND WITNESS LIST - CONTINUATION

USA          vs.      BASHAM                                    02-CR-992

| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 113 | | 10-9-12 | | X | Swerling-Watson E-mail Basham To Do #31 re: Rivendell Psychiatric Hospital 2/2/04 |
| 114 | | 10-9-12 | | X | Swerling E-mail Basham To Do #32 re:  Kentucky Cabinet for Families and Children 1/29/04 |
| 115 | | 10-9-12 | | X | Swerling E-mail Basham To Do #33 re: Review of DJJ records 2/19/04 |
| 116 | | 10-9-12 | | X | Swerling E-mail Basham To Do #34 re:  Review of records of Cardinal Center 2/19/04 |
| 117 | | 10-9-12 | | X | Swerling E-mail Basham To Do #35 re:  Review of records of Cardinal Center 2/19/04 |
| 118 | | 10-9-12 | | X | Swerling E-mail Basham to do #36  re: Review of records of Columbia Care 2/19/04 |
| 119 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham to Do #36 re: Tarr's response 2/20/04 |
| 120 | | 10-9-12 | | X | Swerling E-mail Basham To Do #37 re: assignment of institutions 2/19/04 |
| 121 | | 10-9-12 | | X | Swerling E-mail Basham To Do #37 re: reminder of institution assignment 3/1/04 |
| 122 | | 10-9-12 | | X | Swerling E-mail Basham To Do #38 re: review of Trevor Clinic records 2/19/04 |
| 123 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #38 re: Tarr's response 2/20/04 |
| 124 | | 10-9-12 | | X | Brandon Basham things to do   7/8/04 |
| 125 | | 10-9-12 | | X | Swerling-Tarr E-mail Basham To Do #41 re: Jim Aiken 7/14/04 |
| 126 | | 10-9-12 | | X | Watson Memo re: weekly report of case activities 10/13/03 |
| 127 | | 10-9-12 | | X | Watson Memo re: report of activities through date    11/18/03 |
| 128 | | 10-9-12 | | X | Watson Memo re: report of activities through date 5/31/04 |
| 129 | | 10-9-12 | | X | Watson Memo re: report of activities through date 12/12/03 |
| 130 | | 10-9-12 | | X | Watson Memo re: weekly reports 1/18/04 |
| 131 | | 10-9-12 | | X | Watson Memo re: report of activities through date 12/5/03 |
| 132 | | 10-9-12 | | X | Watson Memo re: report of activities through date 1/30/04 |
| 133 | | 10-9-12 | | X | Watson Memo re: report of activities through date 2/11/04 |
| 134 | | 10-9-12 | | X | Watson Memo re: report of activities through date 2/27/04 |
| 135 | | 10-9-12 | | X | Watson Memo re: report of activities through date 3/5/04 |
| 136 | | 10-9-12 | | X | Watson E-mail re: weekly activities 3/14/04 - 3/19/04 |
| 137 | | 10-9-12 | | X | Watson Memo re: report of activities through date 3/31/04 |
| 138 | | 10-9-12 | | X | Watson Memo re: report of activities through date 3/12/04 |
| 139 | | 10-9-12 | | X | Watson E-mail re: weekly report 4/26/04 |
| 140 | | 10-9-12 | | X | Watson Memo re: report of activities through date 4/30/04 |
| 141 | | 10-9-12 | | X | Watson Memo re: report of activities through date 5/31/04 |
| 142 | | 10-9-12 | | X | Watson Memo re: report of activities   6/28/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|
| | USA | vs. | BASHAM | | 02-CR-992 |
| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 143 | | 10-9-12 | | X | Watson Memo re: report of activities through date 7/12/04 |
| 144 | | 10-9-12 | | X | Watson Memo re: activities report 7/12/04 - 7/23/04 |
| 145 | | 10-9-12 | | X | Watson Memo re: activities report 7/25/04 -7/31/04 |
| 146 | | 10-9-12 | | X | McNair E-mail re: 10/5/03-10/10/03 |
| 147 | | 10-9-12 | | X | McNair re: activity report 10/20/03 - 10/24/03 |
| 148 | | 10-9-12 | | X | McNair weekly report 10/27/03 - 10/31/03 |
| 149 | | 10-9-12 | | X | McNair weekly report 11/12/03 - 11/19/03 |
| 150 | | 10-9-12 | | X | McNair E-mail re: Kentucky investigation 11/12/03 - 11/14/03 |
| 151 | | 10-9-12 | | X | McNair E-mail re: weekly report 12/1/03 - 12/04/03 |
| 152 | | 10-9-12 | | X | McNair E-mail re: weekly report 12/8/03 - 12/11/03 |
| 153 | | 10-9-12 | | X | McNair E-mail re: plans for 12/14/03 - 12/18/03 |
| 154 | | 10-9-12 | | X | McNair E-mail re: activities report 12/14/03 - 12/18/03 |
| 155 | | 10-9-12 | | X | McNair-Graham memo re: northern Indiana 1/11/04 - 1/15/04 |
| 156 | | 10-9-12 | | X | McNair E-mail re: WV 2/1/04 - 2/6/04 |
| 157 | | 10-9-12 | | X | McNair E-mail re: Western Kentucky interviews 8/09/04 - 8/13/04 |
| 158 | | 10-9-12 | | X | McNair report of activities 8/9/04 - 8/12/04 |
| 159 | | 10-9-12 | | X | McNair Memo re: interview of Lt. Eddie Ledford 9/15/04 |
| 160 | | 10-9-12 | | X | Summary of hours spent by Attorneys Swerling and Harris - Meeting with Basham investigators and experts |
| 161 | | 10-9-12 | | X | Greg Harris Timesheets |
| 162 | | 10-9-12 | | X | Jack Swerling Timesheets |
| 163 | | 10-9-12 | | X | Geographical Index dated 2/9/04 |
| 164 | | 10-9-12 | | X | Geographical Index dated 7/12/04 |
| 165 | | 10-9-12 | | X | Watson E-mail re: current to do list 7/24/04 |
| 166 | | 10-9-12 | | X | Geographical to do list 7/13/04 |
| 167 | | 10-9-12 | | X | Geographical to do list 7/26/04 |
| 168 | | 10-9-12 | | X | Geographical to do list 8/8/04 |
| 169 | | 10-9-12 | | X | Cast of Characters / Alphabetical 12/30/03 |
| 170 | | 10-9-12 | | X | Boland E-mail re: updated time line/chronologies 1/22/04 |
| 171 | | 10-9-12 | | X | Brandon Leon Basham timeline 10/24/03 |
| 172 | | 10-9-12 | | X | Brandon Leon Basham chronology 3/22/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

EXHIBIT AND WITNESS LIST - CONTINUATION

| USA | vs. | BASHAM | | | 02-CR-992 |

| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 173 | | 10-9-12 | | X | Chronology after arrest |
| 174 | | 10-9-12 | | X | Medical/Psychiatric chronology of Brandon Basham   9/21/04 |
| 175 | | 10-9-12 | | X | Swerling interviews summary chart |
| 176 | | 10-9-12 | | X | Harris interviews summary chart |
| 177 | | 10-9-12 | | X | Tarr interviews summary chart |
| 178 | | 10-9-12 | | X | McNair interviews summary chart |
| 179 | | 10-9-12 | | X | Watson interviews summary chart |
| 180 | | 10-9-12 | | X | Graham interviews summary chart |
| 181 | | 10-9-12 | | X | Saunders interviews summary chart |
| 182 | | 10-9-12 | | X | Hisker interviews summary chart |
| 183 | | 10-9-12 | | X | Cook interviews summary chart |
| 184 | | 10-9-12 | | X | SC Department of Revenue Tax Lien - Cynthia Wilson |
| 185 | | 10-9-12 | | X | Department of Revenue Tax Penalty and Interest - Cynthia Wilson 9/1/95 |
| 186 | | 10-9-12 | | X | Letter from Sullivan giving notice of appellate appointment 1/14/08 |
| 187 | | 10-9-12 | | X | Court Order on access to Court records by Appellant counsel 1/14/08 |
| 188 | | 10-9-12 | | X | Consent motion for extension of time 4/18/08 |
| 189 | | 10-9-12 | | X | Swerling intra-office communication re: Melissa Meister |
| 190 | | 10-9-12 | | X | Swerling-Meister E-mail re: items needed for Basham appeal 3/26/08-3/27/08 |
| 191 | | 10-9-12 | | X | Meister-Swerling E-mail requesting written Order that disqualified Monckton and Littlejohn 3/31/08 |
| 192 | | 10-9-12 | | X | Meister-Swerling E-mail re: status of Basham requests 3/31/08 |
| 193 | | 10-9-12 | | X | Faxed letter from Meister to Swerling requesting trial files 4/1/08 |
| 194 | | 10-9-12 | | X | Meister-Swerling E-mail re: letter dated 4/1/08     4/1/08 |
| 195 | | 10-9-12 | | X | Meister-Swerling correspondence re: letter dated 4/1/08 |
| 196 | | 10-9-12 | | X | Meister-Swerling correspondence re: Meister looking at Swerling files 4/2/08 |
| 197 | | 10-9-12 | | X | Swerling letter to Meister re: CD/Basham court fight 4/2/08 |
| 198 | | 10-9-12 | | X | Swerling letter to Meister re: Motions and Orders regarding Basham and Motions regarding Fulks 4/2/08 |
| 199 | | 10-9-12 | | X | Swerling-Meister E-mail correspondence re: confirmation of document arrangements 4/3/04 - 4/4/04 |
| 200 | | 10-9-12 | | X | Meister-Swerling correspondence re: competency question 4/15/08 |
| 201 | | 10-9-12 | | X | Meister-Swerling correspondence re: competency question 4/15/08 |
| 202 | | 10-9-12 | | X | Meister E-mail re: statements made by Basham re: Burns case 4/16/08 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 7  _____

EXHIBIT AND WITNESS LIST - CONTINUATION

| USA | vs. | BASHAM | | | 02-CR-992 |
|---|---|---|---|---|---|

| RES. NO. | Pet. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 203 | | 10-9-12 | | X | Meister-Swerling correspondence re: FBI statements in Basham file 4/17/08 |
| 204 | | 10-9-12 | | X | Meister-Swerling correspondence re: Statements made by Basham in Burns case 4/17/08 |
| 205 | | 10-9-12 | | X | Meister-Swerling correspondence re: Statements made by Basham in Burns case 4/18/08 |
| 206 | | 10-9-12 | | X | Meister-Swerling correspondence re: Statements made by Basham in Burns case 4/18/08 |
| 207 | | 10-9-12 | | X | Meister E-mail to Swerling re: missing 12/20/02 motion for disclosure of intent to use 404(b) evidence 4/23/08 |
| 208 | | 10-9-12 | | X | Meister E-mail to Swerling re: missing docket entries- "intrinsic act" ruling 4/25/08 |
| 209 | | 10-9-12 | | X | Meister E-mail to Swerling re: missing docket entries- "intrinsic act" ruling 4/25/08 |
| 210 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic act's issue and Eric Haren 4/30/08 |
| 211 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic act's issue   5/3/08 - 5/5/08 |
| 212 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic act's/transcripts 5/3/08 |
| 213 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: transcripts of hearings prior to severance 5/4/08 |
| 214 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic evidence issue 5/5/08 |
| 215 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic evidence issue - will check with Blume 5/5/08 |
| 216 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: intrinsic evidence issue - Blume has no recollection. Contact 2255 attorneys 5/6/08 |
| 217 | | 10-9-12 | | X | Meister-Swerling E-mail correspondence re: juror selection issues 5/6/08- 5/8/08 |
| 218 | | 10-9-12 | | X | Bruck E-mail re: US v. Basham - materials to Monckton and Littlejohn 12/12/02 |
| 219 | | 10-9-12 | | X | Special Verdict Form - Count 2 - Kidnapping resulting in Death 11/2/04 |
| 220 | | 10-9-12 | | X | Special Verdict Form - Count 1- Carjacking resulting in Death 11/2/04 |
| 221 | | 10-9-12 | | X | Monckton's notes regarding representation of Basham |
| 222 | | 10-9-12 | | X | Monckton's handwritten notes from 11/27/02 - 2/4/03 |
| 223 | | 10-9-12 | | X | E-mail from Watson's phone call conversation with Basham |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| | USA | vs. | BASHAM | 02-CR-992 |
|---|---|---|---|---|

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 224 | | 10/15/12 | | ✓ | Letter to 4th Circuit from DeBruin re: Support of CJA voucher Submission |
| 225 | | 10/15/12 | | ✓ | Swerling's handwritten trial note of 7/6/04 |
| 226 | | 10/16/12 | | ✓ | 12/16/03 Swerling email re: Penny Royal Hospital |
| 227 | | 10/16/12 | | ✓ | 12/16/03 Swerling email re: Hopkins County School records |
| 228 | | 10/16/12 | | ✓ | 1/8/04 Swerling email re: Review of Charter Ridge Records |
| 229 | | 10/16/12 | | ✓ | 1/8/04 Swerling re: Review of records from Ridge Behavioral Systems |
| 230 | | 10/16/12 | | ✓ | 1/29/04 Swerling email re: Review of Rivendale Psychiatric Records |
| 231 | | 10/16/12 | | ✓ | 2/19/04 Swerling email re: Review of Records of Cardinal Center |
| 232 | | 10/16/12 | | ✓ | 2/19/04 Swerling email re: Review of DJJ Records |
| 233 | | 10/16/12 | | ✓ | 11/11/03 Swerling email re: Ten Broeck Hospital |
| 234 | | 10/16/12 | | ✓ | 7/15/03 Swerling email re: Meeting with Dr. Sadiq |
| 235 | | 10/16/12 | | ✓ | Paige to Donna list re: Basham's behavior |
| 236 | | 10/16/12 | | ✓ | 3/17/04 Watson Memo re: Dr. Cheryl Rivard [Methodist Home] |
| 237 | | 10/16/12 | | ✓ | March 1999 Federal Death Penalty Resource Counsel Project- Materials Related to Litigating Mental Retardation in Federal Capital Prosecution from Swerling's files |
| 238 | | 10/16/12 | | ✓ | February 2000 Bruck Memo re: Materials on Mental Retardation and Federal Capital Sentencing from Swerling's file |
| 239 | | 10/16/12 | | ✓ | James W. Ellis Article Mental Retardation and Death Penalty: A Guide to State Legislative Issues from Swerling's files |
| 240 | | 10/16/12 | | ✓ | Atkins v. Virginia case from Swerling's files |
| 241 | | 10/16/12 | | ✓ | August 1998 Keyes Mental and Physical Disability Law Reporter article from Swerling's files |
| 242 | | 10/16/12 | | ✓ | Atkins brief from Swerling's files |
| 243 | | 10/16/12 | | ✓ | April 2003 Newsletter for Defense Counsel in Federal Capital Cases from Swerling's files |
| 244 | | 10/16/12 | | ✓ | May 2002 Article "Capital Cases" by John H. Blume from Swerling's files |
| 245 | | 12-3-12 | | ✓ | Stipulation of parties as to claim #27 |
| 247 | | 12-3-12 | | ✓ | Notes between Basham and attys |
| 248 | | 12-3-12 | | ✓ | transcript of GP & Sent in WVA |
| 249 | | 12-3-12 | | ✓ | BOP incident reports |
| 251 | | 12-3-12 | | ✓ | Dr. Frierson Report |
| 252 | | 12-3-12 | | ✓ | disk with phone calls from Basham |
| 253 | | 12-3-12 | | ✓ | Dr. Frierson CV |