# U.S. District Court
## District of South Carolina (Florence)
## United States V. Brandon Basham
## Case No. 4:02-cr-00992-JFA-2

## Evidentiary Hearing, October 09, 2012

## Defense Exhibit List

| EX. # | | DATE | DOCUMENT |
|---|---|---|---|
| *monckton* 001 10/9 | | November 27, 2002 | Notes – Initial Visit with Basham |
| *monckton* 002 10/9 | | December 16, 2002 | Monckton Notes – Meeting with Basham |
| *monckton* 003 10/9 | | December 12, 2002 | E-mail from Bruck to et al. – Avoid Non-Confidential Court Evaluation |
| *monckton* 004 10/9 | | December 12, 2002 | Letter from Monckton to Littlejohn |
| *monckton* 005 10/9 | | | Monckton Notes – "Beginning of Representation" |
| *monckton* 006 10/9 | | January 16, 2003 | Monckton Calendar Notes |
| *meister* 007 10/9 | | October 31, 2008 | E-mail from Meister to Sullivan – Internet Comment |
| *meister* 008 10/9 | | January 7, 2008 thru October 23, 2008 | Time Reports (Jenner-Block) |
| 009 | | May 9, 2008 | E-mail from Meister to DeBruin et al. – Proffer Facts |
| *meister* 010 10/9 | | May 9, 2008 | E-mail from DeBruin to Ascher – Disqualification Motion |
| *meister* 011 10/9 | | May 8, 2008 | E-mail from DeBruin to Ascher et al. – Competency |
| 012 | | May 6, 2008 | E-mail from Cox to DeBruin – List of Motions |
| *meister* 013 10/9 | | May 6, 2008 | E-mails Meister to Bacy – Competency |
| 014 | | May 5, 2008 | E-mail from Meister to DeBruin et al. – Basham |
| 015 | | May 4, 2008 | E-mail from Ascher to Haren – Samantha Burns |
| 016 | | April 17, 2008 | E-mail from Bracey to Ascher and DeBruin – Competency Draft |

| EX. # | DATE | DOCUMENT |
|---|---|---|
| 017 | April 1, 2008 | E-mail from Meister to Sullivan |
| *Meister* 018 10/9 | March 26, 2008 | E-mail from Meister to Haren et al. – Cam Littlejohn |
| *Meister* 019 10/9 | March 25, 2008 | E-mail from DeBruin to Meister – Advice Needed |
| 020 | March 18, 2008 | E-mail from Meister to DeBruin et al – Attached Issues List |
| *C. Castro* 021 10/10 | June 13, 2012 | Declaration of Shannon Burnett  *Harris 10/11* |
| *Swerling/Harris* 022 10/11 – 10/15 | September 13, 2004 | Memo from .Harris to Swerling (Jury Selection) |
| *Harris* 023 10/11 | July 6, 2004 | Memo from Harris to Basham File (Conference with Basham) |
| 024 | June 1, 2004 | Memo from Harris to Basham File (Conference with Basham) |
| 025 | May 28, 2004 | Memo from Harris to Swerling (Call with Basham) |
| *Swerling* 026 10/15 | May 27, 2003 | Memo from Harris to Swerling (Call with Brawley) |
| *Swerling/Harris* 027 10/11/ 10/15 | July 22, 2003 | Memo from Harris to Basham File (Protocol Hearing) |
| *Castro —* 028 10/10 | | Shannon Burnett Juror Questionnaire |
| *C —* 029 | | Shannon Burnett Phone Number Search Results |
| *Harris* 030 10/11 | December 7, 2004 | Memo from Carolyn Graham to Swerling & Harris |
| 031 | August 5 | Notes – Clifford Jay |
| 032 | August 5, 2004 | Memo from Harris to Basham File |
| 033 | February 4, 2004 | FBI 302 of Clifford Jay |
| 034 | | Harris Handwritten Notes Clifford Jay |
| 035 | December 24, 2002 | Lead Sheet Clifford Jay |
| *Harris* 036 10/11 | September 20, 2004 | Memo from Carlisle McNair to Basham File (Det. Addison) |
| 037 | August 2, 2004 | E-mail from Swerling to Harris |
| 038 | July 16, 2003 | Memo from Swerling to Basham File (Clifford Jay) |
| 039 | September 7, 2004 | Memo from Swerling to Basham File (Clifford Jay) |
| 040 | July, 2003 | Paige Tarr Interview of Clifford Jay |
| 041 | February 4, 2004 | FBI 302 of Clifford Jay (Annotated) |

| EX. # | DATE | DOCUMENT |
|---|---|---|
| 042 | | Harris Questions for Brawley Cross-Examination |
| *Swerling* 043 10/15 | December 7, 2003 | E-mail from McNair to Swerling et al. – Carlisle's Plans |
| *Swerling/Harris* 044 10/10 + 10/15 | October 13, 2003 | E-mail from McNair to Addison et al. – Fulks & Basham |
| *not admitted* (045) | March 24, 2005 | E-mail from McCamic to Gaudio Regarding Basham Team |
| *Harris* 046 10/11 | October 8, 2003 | Memo from Tarr – Interview of Tim Garry |
| 047 | October 9, 2003 | Memo from Tarr – Interview of Penny Titzer |
| 048 | October 13, 2003 | E-mail from Tarr – Mitigation Interview List |
| 049 | October 13, 2003 | Memo from Watson/Tara – Interview with Bollingers |
| 050 | October 15, 2004 | Journal Entry |
| 051 | November 14, 2003 | Memo from Tarr – Interview of Sheila Mills |
| *Swerling* 052 10/15 | November 14, 2003 | Memo from Tarr – Interview of Sharon Watkins |
| *Swerling* 053 10/15 | November 19, 2003 | E-mail from McNair to Swerling et al. – Interview of Ruby Spence Watson |
| *Swerling* 054 10/15 | December 2, 2003 | E-mail from McNair to Swerling et al. – Interview of Mark Phebus |
| *Swerling* 055 10/15 | December 2, 2003 | E-mail from Hisker to Swerling – Mike Ruschell Conversation |
| 056 | February 10, 2004 | Email from Tarr – IQ Testing |
| *Swerling* 057 10/15 | June 28, 2004 | E-mail from Tarr to Swerling et al. – Interview Paul Arson |
| *Swerling* 058 10/15 | June 30, 2004 | E-mail from Watson to Swerling et al. – Interview Sharon Watkins |
| *Swerling/Harris* 059 10/11/10/15 | July 12, 2004 | E-mail from Watson to Colias – Fetal Alcohol Syndrome |
| 060 | July 26, 2004 | E-mail from McNair to Swerling et al. – Interview of Marvin & Peggy Phillips |
| *Swerling* 061 10/15 | August 3, 2004 | Email from Watson to et al. – Lisa Potts |
| *Swerling* 062 10/15 | August 15, 2004 | E-mail from McNair to Swerling et al. – Interview of Ellis McKecnhie |
| *Swerling* 063 10/15 | August 18, 2004 | Memo from Swerling – Interview of Penny Titzer |

| EX. # | DATE | DOCUMENT |
|-------|------|----------|
| 064 | August 18, 2004 | Memo from Swerling – Interview of Lisa Claire |
| 065 *Swerling/Harris 10/11 + 10/15* February 18, 2004 | | Memo from Watson – Interview of Baker and Shaner |
| 066 | August 24, 2004 | Memo from Swerling – Interview of Brenda Shaner |
| 067 | September 7, 2004 | E-mail from Watson to Swerling et al.– Ellis McKechnie |
| 068 | September 7, 2004 | Memo from Watson – Interview of Regina Moore |
| 069 | January 24, 1998 | Charter Louisville Behavioral Psych Evaluation |
| 070 | February 16, 1998 | Charter Louisville Behavioral Discharge Summary |
| 071 | | Special Olympics Exam |
| 072 | December 18, 2004 | Psychiatric Diagnosis of Basham |
| *Swerling* 073 *10/15* | December 21, 2000 | Petition for Involuntary Hospitalization – KY |
| 074 | February 12, 2001 | Jail Medical Expense Claim for Basham |
| 075 | December 16, 2003 | E-mail from Brown to Swerling – Penny Royal Hospital |
| 076 | February 29, 2004 | E-mail from Hisker to Paige et al. – Basham Status |
| 077 | | Connie Nolan Entry |
| 078 | | Beverly Basham Entry |
| *Swerling* 079 *10/15* | September 22, 2003 | Journal Entry |
| *Swerling/Harris* 080 *10/11 + 10/15* December 5, 2003 | | Journal Entry |
| *Swerling* 081 *10/11* | | Journal Entry – "Defendant now says statements…" |
| *Swerling* 082 *10/11* | February 14, 2004 | Journal Entry (Kathy and Charlotte) |
| *Swerling/Harris* 083 *10/10 – 10/15* February 24, 2004 | | Journal Entry (Hearing) |
| *Harris* 084 *10/10* | February 29, 2004 | E-mail from Tarr – Brandon Basham Suicide Attempt |
| 085 | | Journal Entry on Tina-Fulks Letters |
| *Swerling* 086 *10/15* | August 27, 2004 | E-mail from Watson to et al. – Telephone Call with Basham |
| *Harris* 087 *10/11* | | The Lord Is Great Drawing |

| EX. # | | DATE | DOCUMENT |
|---|---|---|---|
| Harris 088 | 10/11 | | Scooby Dooby Drawing |
| Harris 089 | 10/11 | | Sun-Moon-Star Drawing |
| Swerling/Harris 090 | 10/11 10/15 | | Coloring Book |
| Swerling/Harris 091 | 10/11 10/15 | | Media – "Jury Starts Work In Abduction Trial" |
| 092 | | | Opening Notes |
| Swerling 093 | 10/15 | September 17, 2004 | Afternoon Entry |
| Swerling 094 | 10/15 | September 17 | "Dr. Watt" Entry |
| Swerling 095 | 10/15 | September 20, 2004 | PM Proceeding Entry |
| Swerling 096 | 10/15 | September 23, 2004 | Every Day Dip Entry |
| Swerling 097 | 10/15 | | Candy Box Note |
| Swerling/Harris 098 | 10/11 | October 15, 2004 | Voir Dire Questions – Mental Retardation |
| Swerling 099 | 10/15 | November 15, 2003 | E-mail from Tarr – Kentucky Trip |
| 100 | | May 6, 2008 | E-mail from Meister to Bracy (Competency) |
| Harris - 101 | 10/11 | Nov. 4, 2004 | E-mail from Swerling |
| Hyde - 102 | 12/3 | | CV of Dr. Thomas Hyde |
| Hyde 103 | 12/3 | | – Dr. Hyde report on Bashan - |