AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| *Government/Respondent,* | ) | |
| v. | ) | Criminal Action No.    4:02-cr-992-2 (JFA) |
| Brandon Leon Basham | ) | Civil Action No.    4:11-cv-70079-JFA |
| *Defendant/Petitioner.* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■   other:   IT IS ORDERED AND ADJUDGED that Petitioner, Brandon Leon Basham, shall take nothing on
the petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ This action came before the Court on the record, Honorable Joseph F. Anderson, Jr., United States District Judge,
presiding, on the Petitioner's Petition under 28 USC § 2255.  The court, having heard the merits in an evidentiary
hearing, denies the §2255 petition as to all 32 claims asserted.

Date:    June 5, 2013

*CLERK OF COURT*

s/Brian D. Shropshire, Deputy Clerk

_____

*Signature of Clerk or Deputy Clerk*