UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA,

Plaintiff,

-v-

BRANDON LEON BASHAM,

Defendant.

No. 4:02-992-JFA

**NOTICE OF APPEAL**

Notice is hereby given that, Brandon Leon Basham, defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment entered by the Honorable Joseph F. Anderson, Jr., United States District Court Judge, on the 5th day of June, 2013, in this proceeding pursuant to 28 U.S.C. § 2255. Pursuant to Rules 4(a)(1)(B) and (a)(4)(A)(iv) of the Federal Rules of Appellate Procedure, this notice of appeal is timely filed within sixty (60) days of the district court's order denying Mr. Basham's Motion to Alter or Amend Judgment.

Respectfully submitted this 17th day of October, 2013.

s/Julia Grace Mimms
Julia Grace Mimms, Esquire
Attorney for Defendant
Law Office of Julia G. Mimms, P.A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone

1

s/Michael L. Burke
Michael L. Burke (Arizona Bar No. 013173)
Sarah Stone (Arizona Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams, Suite 201
Phoenix, Arizona 85007
michael_burke@fd.org
sarah_stone@fd.org
Telephone: (602) 382-2818
Facsimile: (602) 889-3960

Attorneys for Defendant
Brandon Leon Basham

2

## Certificate of Service

I hereby certify that on October 17, 2013 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this document through the Court's system.

Stephanie Bame
Legal Assistant
Capital Habeas Unit