FILED:  October 21, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9

(4:02-cr-00992-JFA-2)

(4:11-cv-70079-JFA)

_____


UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRANDON LEON BASHAM

      Defendant - Appellant


_____

O R D E R

_____

The court appoints the Federal Defender for the District of Arizona to

represent the appellant as co-counsel on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk