FILED: November 4, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-9
(4:02-cr-00992-JFA-2)
(4:11-cv-70079-JFA)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRANDON LEON BASHAM

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the submissions relative to the motions to withdraw as lead counsel and to appoint lead counsel, the court grants the motions. Julia Grace Mimms is relieved of the obligation of further representation of appellant on appeal.

The court appoints the Federal Defender of Arizona as lead counsel for the appellant pursuant to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act.

For the Court

/s/ Patricia S. Connor, Clerk