Chadrick Evan Fulks        Petitioner

V

United States of America                    7-16-14

In The United States District court
For The District of South carolina        case # 4:02 ??-JFA
Columbia Division.

                        Pro Se Motion
                        For New Attorney
                        To Handle my
                        Clemency Petition

I Chadrick Evan Fulks does herby make
a plea with This court for New attorneys
To handle my Clemency Petition.
my final appeal was denied By The
Supreme court In March 2014 and
as of date The Capital Habeaus unit
That represents Me has yet To
do any work on This petition.
I've had many Talks with Them
But Thats it. I feel like I
should have attorneys who will
Focus on This Clemency petition
as Its my life and my only
option.
I Beg This court To appoint new
attorneys or remove The Capital
Habeaus unit, "Amy Donnella, Billy
Nolas. That The District court has
appointed Me So That I may
Find attorneys who will help
Me. I cant have attorney who
lacks Such concern when my
life is on The line.
I've contacted other private attorney
concerning representing Me on

This Clemency Petition But they cannot communicate or discuss my case while Im represented By The capital Habeaus unit.

I Beg This court To Remove Billy Nolas and Amy Donnella and appoint Me New attorneys To file my Clemency petition. There is alot of work That goes into This petition as This court knows and I Need attorneys who have The Time to work with Me to get This clemency petition filed.

if This court Refuses To appoint New attorneys Then please remove The Habeaus Unit From This case so That They no longer represent Me and I can Then Find some on on My own who will do My work That needs done

I further Request That no court recive or accept anything else Filed By The capital Habeaus Uni on My Behalf!

I want These Attorneys removed as my Best interest is not at hand with Them.

This Is a Very Serecius Issue That I pray This court will Take Serious and address.

Always In Honor
Chad Fulks

# Proof of Mailing

I chadrick Evan Fulho under The penalty of perzury does herby state that a copie of This pro se Mation has Been Mailed TO The Fallowing On July 17th 2014. By U.S. Mail.

Amy Donnella Attorney
Capital Habeaus unit
Philadelphia P.A

Billy Nolas Attorney
Capital Habeaus unit
Philadelphia, PA

Jaseph F Anderson
U.S. District Judge
Columbia, S.C

Mr Donald B. Verrilli Jr
Solicitar General
U.S Department of Justece
Washington. D.C