Chad Fulks

Name

16617-074

Reg. No.

☐ *Federal Prison Camp*
*P.O. Box 12014*
*Terre Haute, IN 47801*

☐ *Federal Correctional Institution*
*P.O. Box 33*
*Terre Haute, IN 47808*

☑ *U.S. Penitentiary*
*P.O. Box 12015*
*Terre Haute, IN 47801*

RECEIVED
USDC CLERK, COLUMBIA, SC

2014 JUL 21 PM 12: 15

INDIANAPOLIS IN 460

18 JUL 2014 PM 6 L

BY USMS
ITEM X-RAYED

7/21/14



Judge Joseph F. Anderson
united States District court
Storm Thurmond Federal court House
1845 assembly ST
Columbia , S.C
29201

2920124315



Legal Mail
28 CFR S46. 18-19