RECEIVED
USDC CLERK. COLUMBIA. SC

2015 JAN 20 PM 8: 35

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

CHADRICK EVAN FULKS
PETITIONER

CASE # 4;08_70072 JFA

V

CAPITAL HABEUS UNIT
PHILEDELPHIA UNIT
AMY DONNELLA ATTORNEY
BILLY NOLAS ATTORNEY

Date
1-13-15

PRO SE MOTION FOR VIDEO HEARING

COMES NOW THE PLAINTIFF IN THE ABOVE CASE WHICH IS A FEDERAL DEATH
PENALTY CASE. I RECENTLY FILED A REQUEST TO HAVE THE ATTORNEYS IN
THIS CASE REMOVED TO TO INSURE THAT I HAVE A FAIR AND UNPREJIDUCE
CLEMENCY PETITION FILED ON MY BEHALF.
MY PRO SE MOTION WAS DENIDE BY THIS COURT WITHOUT HEARING ME OUT
IN ANY WAY SHAPE OR FORM. THERE IS CLEAR VIOLATIONS OF MY RIGHTS
IN THIS CASE BY THE HABEUS UNIT AND I WOULD BEG THIS COURT TO HEAR
ME OUT ON THIS SERIOUSE MATTER WHICH IS THE ONLY CHANCE I HAVE LEFTY
AND MY LIFE DEPENDS ON THIS. PLEASE SCEDULE A VIDEO HEARING THAT
LETS ME APPEAR FROM DEATH ROW SO I CAN ATLEAST MAKE A CLEAR RECORD
IF NOTHING ELSE.
THERE IS SEVERE ISSUES BETWEEN MYSELF AND BILLY NOLAS AND AMY DONNELLA
AS OF DATE NOTHING HAS BEEN INVESTIGATED OR WORKED ON CONCERNING
MY CLEMENCY PETITION WHCIH HAS BEEN OPEN FOR NEARLY ONE YEAR NOW.
IM TOLD BY THE ATTORNEYS AMY DONNELLA AND BILLY NOLAS THAT I HAVE
NO SAY SO IN THE MATTER OF WHEN OR HOW THE CLEMENCY PETITION IS
PREPARED. I AM THE ONE WHO HAS HIS LIFE ON THE LINE,NOT THEM AND
I STRONGLY DIS A GREE WITH THEM IN EVERY MATTER.
I WILL POINT OUT SEVERAL ISSUES IN HOPES THE COURT WILL SEE THE
IMPORTANCE OF THIS HEARING.
THE RECORD THE C.H.U RECIVED ON MY CASE CLEARLY SHOWS THAT I HAD
RACIAL ISSUES IN MY PAST WITH MY X WIFE,X GIRLFRIENDS AND SO FORTH.
AMY DONNELLA BELIVES THAT I SHOULD CHANGE MY VIEWS,MY WAY OF BEIN G

AS SHE IS IN A INTERRACIAL MARRIGE WITH KIDS AND I SHOULDNT HAVE
TO CHANGE WHO I AM SO THAT SHE CAN RERESENT ME FAIRLY.
THIS IS NOT WHAT COUNCEL IS FOR,THERE PERSONL LIFE AND MINE IN
NO WAY SHOULD PLAY A MATTER IN THIS.
BILLY NOLAS HAS ONLY SPOKEN TO ME THREE TIMES IN ALMOSR 4 YEARS
AND MY LAST CAKL TO HIM WAS RESPONDED WITH AND I QUOTE," HE HAS
AN MORE IMPORTANT CASE HE IS WORKING ON AND DOESNT HAVE TIME.""
IM ALWAYS GIVEN AN EXCUSE WHY HE WONT TAKE MY CALLS AND WHY HE
HASNT KEPT HIOS WORD TO ME ON THIS CASE.
THERE IS STATE COURT RECORDS FROM THE JUDGES IN PHILA DELPHIA
THAT POINT OUT HOW CROOKED BILLY NOLAS IS. PLEASE PULL THAT UP
AND READ IT JUDGE ANDERSON AS IT WAS WEOTE BY ANOTHER JUDGE.

PLEASE HOLD A HEARING FOR ME BY WAY OF VIDEO CONFRENCE AS SOON
AS POSSIBLE SO I CAN ADDRESS, ALL ISSUES.
CLEMENCY IS MY LAST HOPE AND I BEG THIS COUET NOT TO ROB ME OF IT
BY KEEPING THESE ATTORNEYS ON.
IF YOU WILL NOT APPOINT NEW COUNCEL THEN PLEASE REMOVE THEM AND LET
ME FIND MY OWN COUNSEL,DONT I HAVE THE RIGHT TO FIND MY OWN?
iIL DO WHATEVER IT TAKES TO REMOVE THEM.

UNTIL THIS CAN BE RESOLVED IN COURT I REQUEST THAT THIS COURT
ORDER THE C.H.U TO CEASE AND DISSEAST ANY WORK ON THIS PETITION
I ALSO REQUEST THAT MY WITHDRAW ON ANY AND ALL AUTHORISATION
FORMS THAT I HAVEE SIGNED GIVING THEM ACCESS TO MY FILES BE
WITHDRAWN. I HAVE MADE IT KNOWN THAT I WAS FILING THIS WITH THE C
OURT AND WAS BASICALLY LAUGHED AT WITH THE RESPOMCE FROM AMY DONN ELLA
THAT JUDGE ANDERSON WILL TOSS IT IN THE TRASH.
THEY FIND THIS TO BE FUNNY AND ITS ANYTHING BUT THAT.
PLEASE JUDGE ANDERSON,HEAR ME OUT ON THIS.

ALWAYS IN HONOR

CHADRICK EVAN FULKS
16617-074
USP P.O. BOX 33
TERRE HAUTE ,IN 47808

2

CERTIFICATE OF MAILING.
I CHADRICK FULKS MAILED OUT THIS PRO SE MOTION THROUGH THE
U.S. POSTAL SERVICE ON TUESDAY,JANUARY 13th,2015 TO THE FOLLOWING
PEOPLE LISTED BELOW. THIS WAS MAILED FORM TERRE HAUTE INDIANA.

JUDGE JOSEPH F ANDERSON.
U.S. District court, South coraleme

AMY DONNELLA
BILLY NOLAS
CAPITAL HABEUS UNIT
601 WALNUT ST
PHILLADELPHIA,PA