⇔16617-074⇔
CHADRICK E FULKS
16617-074  USP
P.O.Box 33
Terre Haute, IN 47808
United States

INDIANAPOLIS IN 46

14 JAN 2015 PM 3 L

RECEIVED
USDC CLERK, COLUMBIA, SC

2015 JAN 20  PM 2: 25

INMATE
IDENTIFICATION
CONFIRMED

Legal Mail
28 CFR 540, 18-19

Judge Joseph F. Anderson
U.S. District Court
Strom Thurmon Courthouse
1441 Maine ST
Columbia, S.C
29201

2920i243i99



FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE: _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

Legal Mail