IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Chadrick Evans Fulks, | ) | C/A No.: 4:08-70072-JFA |
| | ) | CR No.: 4:02-992-JFA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The defendant has filed a motion seeking to add new counsel appointed to send a clemency petition on his behalf.

As this court's order denying the defendant's motion brought pursuant to 28 U.S.C. § 2255 observed, the defendant has enjoyed the services of over fifteen laywers, all appointed at taxpayer expense. Moreover, the record in this case is voluminous, and it would entail a substantial amount of work, not to mention expense, to bring in new lawyers at this juncture.

Moreover, and more importantly, defendant's current counsel are highly competent, motivated, and have demonstrated to this court that they are committed to the defendant's case. In short, the court finds no reason to appoint new counsel. The motion is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

February 2, 2015                    Joseph F. Anderson, Jr.
Columbia, South Carolina          United States District Judge