# FEDERAL COMMUNITY DEFENDER OFFICE
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*Capital Habeas Unit*

FEDERAL COURT DIVISION DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

<table>
<tr><td>***ELLEN T. GREENLEE***<br>DEFENDER</td><td>PHONE NUMBER  (215) 928-0520<br>FAX NUMBER    (215) 928-0826</td><td>***LEIGH M. SKIPPER***<br>CHIEF FEDERAL DEFENDER</td></tr>
</table>

January 20, 2015

<u>Legal Mail from Billy H. Nolas, Attorney-at-Law</u>

Mr. Chadrick Evan Fulks, 16617-074
USP Terre Haute
PO Box 33
Terre Haute, IN 47808

Dear Chad:

I am writing to relay a recent development. I will be leaving the Philadelphia Defender Office for a new position in another jurisdiction. As a result, beginning this month (January 2014) and going forward, I will no longer be involved as one of the attorneys on your case.

You have a capable team, one of the best I know of, and your representation will continue through the Philadelphia office, one of the best Defender offices in the United States. I have met with Amy Donnella and Pete Williams about your case, and provided my thoughts concerning future steps. I have also conferred about your case with office supervisors. You are in good hands. I know your team has been meeting and thoroughly discussing the plans for your case as well.

Please feel free to discuss all matters with Amy Donnella, who is one of the finest lawyers I have ever met.

I wish you all the best.

Sincerely,

Billy H. Nolas

*ATTACHMENT #1*