From:
Chadrick Evan Fulks
#16617-074
USP-Terre Haute, SCU
Post Office Box 33
Terre Haute, IN 47808

TO:
Billy H. Nolas, Attorney
Amy Gershenfeld Donnella, Attorney
Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
Suite 545 West, The Curtis Building
Philadelphia, PA 19106

Date:
January 20, 2015

## Notice To Cease and Desist

Dear Attorneys Nolas and Donnella,

Notice is hereby given to each of you and any persons working under your control or supervision to immediately cease and desist any and all efforts to obtain records relating to me from any agency, organization, hospital, institution or other source.

Please be advised that I hereby revoke any and all authorizations for the release of records, which I have previously given you to obtain such records.

I have provided all departments here at USP-Terre Haute that I am revoking all authorizations for the release of such records to anyone related to the Philadelphia Capital Habeas Unit.

I hereby request that you provide me with a list of the names and addresses of all places where you have requested my records so that I can notify each that the authorization for the release of records is revoked.

_____
Chadrick Evan Fulks #16617-074

Subscribed before me a Notary Public on this_____ day of January, 2015


_____
NOTARY PUBLIC Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

_____
Case Manager

*ATTACHMENT #2*