

⇔16617-074⇔
CHADRICK E FULKS
16617-074 USP
P.O.Box 33
Terre Haute, IN 47808
United States

RECEIVED
USDC CLERK, COLUMBIA, SC
2015 APR 10 PM 3:47

Honorable, Joseph F. Anderson
U.S. District Court
1441 Main Street
Columbia S.C
29201

Legal Mail
28 C.F.R. 540.18-19

INMATE
IDENTIFICATION
CONFIRMED

Legal Mail
28 CFR 540.18-20



FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:

RECEIVED

2015 APR -7 A 10: 33

U.S. ATTORNEY
COLUMBIA