IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA ) CR No.: 4:02-992-JFA
)
v. ) ORDER
)
CHADRICK FULKS )
)
_____ )

The counsel of record for the petitioner as well as the United States Government are both requested to file a response to defendant's *pro se* motion to terminate the services of court appointed counsel (ECF No. 1600).  The deadline for responses is twenty-one days from the date of this order.

IT IS SO ORDERED.

April 15, 2015                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge