IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 4:02-CR-00992-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| CHADRICK FULKS | ) | |
| | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE BY MAIL**

The undersigned Assistant United States Attorney hereby certifies that (s)he has caused service of the **AFFIDAVIT OF TIM KANE** which supports the **RESPONSE OF THE UNITED STATES REGARDING PETITIONER'S** *PRO SE* **MOTION TO TERMINATE THE SERVICES OF COURT-APPOINTED COUNSEL** by a Paralegal Specialist employed in the Office of the United States Attorney for the District of South Carolina who is a person of such age and discretion as to be competent to serve papers.

That on May 11, 2015, my Paralegal Specialist served copies of the foregoing documents by placing said copies in a postpaid envelope addressed to the person hereinafter named at the place and address below, and by depositing said envelope and contents in the United States Mail at the U.S. Attorney's Office, 1441 Main Street, Suite 500, Columbia, SC 29201, addressed as follows:

Chadrick E Fulks, Reg. No. #16617-074
US Penitentiary
Federal Death Row
P.O. Box 33
Terre Haute, IN 47808

Respectfully,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

s/Jimmie Ewing
Jimmie Ewing (# 07292)
Robert F. Daley, Jr. (# 06460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3136

May 11, 2015

1