IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 4:02-992-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHADRICK FULKS | ) | |
| | ) | |
| _____ | ) | |

This matter is before the court upon the *pro se* motion of the defendant to terminate the services of court-appointed counsel (ECF No. 1600). The court requested that all counsel of record respond to the motion, and the government and the Office of the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO"), who has served as counsel for Mr. Fulks for purposes of appeal, clemency, and post-conviction litigation, have filed responses. After reviewing these responses, the court is constrained to deny the motion.

As pointed out in the FCDO's memorandum, Fulks' desire to litigate has fluctuated throughout the course of this litigation. On numerous occasions, Fulks has filed requests with this court to withdraw then-pending appeals and proceed to execution. In one instance, after this court had made extensive preparations to travel to the federal penitentiary in Terra Haute, Indiana to hear his motion, and appointed a physician in that city to examine Fulks, he once again withdrew his request.

Additionally, as a death-sentenced federal prisoner, Fulks lacks access to the resources

1

necessary to represent himself. He does not have full access to a library, word processing or copying equipment. He has no ability to interview witnesses.

Both this court and the Fourth Circuit Court of Appeals have appointed the FCDO to represent Fulks after considering the FCDO's extensive record representing scores of death-sentenced inmates over the past two decades. The FCDO currently represents roughly twenty percent of prisoners convicted and sentenced to death under federal statute. It is readily apparent that FCDO lawyers have developed expertise in federal capital litigation unsurpassed by any other defendant organization or private attorney. The FCDO indicates to this court that it is ready, willing, and able to continue to represent Fulks.

For all the foregoing reasons, the motion is denied (ECF No. 1600).

IT IS SO ORDERED.

June 19, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge