FILED: June 17, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-9
(4:02-cr-00992-JFA-1)
_____

In re: CHADRICK EVAN FULKS

        Movant

_____

O R D E R

_____

Chadrick Evan Fulks has filed a motion pursuant to 28 U.S.C. §§ 2244(b), 2255(h) (2012) for authorization to file a second or successive 28 U.S.C. § 2255 (2012) motion. We grant authorization for Fulks to file a second or successive § 2255 motion. We express no view whatever on the merits of movant's claims.

A copy of the § 2255 motion attached to Fulks' motion for authorization is transmitted to the district court in accordance with Local Rule 22(d).

Entered at the direction of the panel: Judge Wilkinson, Judge King, and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk