**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | : | 4:02-CR-992-JFA |
|  | : |  |
| Respondent, | : | Honorable Joseph F. Anderson |
|  | : | United States District Judge |
|  | : |  |
| v. | : | **CAPITAL CASE** |
|  | : |  |
| CHADRICK E. FULKS, | : |  |
|  | : |  |
| Petitioner. | : |  |
|  | : |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance, *pro hac vice*, as counsel for Petitioner Chadrick E. Fulks.

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
PA Bar #90959
Federal Community Defender Office
  for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Pete_Williams@fd.org

Date: July 13, 2016

# CERTIFICATE OF SERVICE

I, Peter Williams, hereby certify that on this day, the forgoing document was served on

the following individual by ECF:

Robert F. Daley, Esq.
Office of the United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
bob.daley@usdoj.gov

/s/ Peter Williams
Peter Williams

Date: July 13, 2016