**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

|  |  |  |
|---|---|---|
| _____ | : | 4:02-CR-992-JFA |
| THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent, | : | Hon. Joseph F. Anderson |
| | : | United States District Judge |
| | : | |
| v. | : | **CAPITAL CASE** |
| | : | |
| CHADRICK E. FULKS, | : | |
| | : | |
| Petitioner. | : | |
| _____ | : | |

## NOTICE OF APPEARANCE

Please enter my appearance in this matter, *pro hac vice*, for Movant Chadrick Fulks.

Respectfully submitted,

/s/ Claudia Van Wyk
**Claudia Van Wyk**
PA Bar #95130
Federal Community Defender Office
  for the Eastern District Of Pennsylvania
601 Walnut Street - Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
claudia_vanwyk@fd.org

Dated: July 13, 2016

**CERTIFICATE OF SERVICE**

I, Claudia Van Wyk, hereby certify that on this day, the forgoing document was served

on the following individual by ECF:

> Robert F. Daley, Esq.
> Office of the United States Attorney
> 1441 Main Street, Suite 500
> Columbia, SC 29201
> bob.daley@usdoj.gov

> /s/ Claudia Van Wyk
> Claudia Van Wyk

Date: July 13, 2016