AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United State of America, | ) |
| *Plaintiff* | ) |
| v. | )     Case No.     4:02cr0992-JFA |
| Brandon Leon Basham | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brandon Leon Basham, Defendant                                                                    .

Date:     07/13/2016

/s/Leticia Marquez
*Attorney's signature*

Leticia Marquez, AZ Bar No. 017357
*Printed name and bar number*

Assisant Federal Public Defender
Federal Public Defender's Office, District of Arizona
407 W. Congress, Ste. 501
Tucson, Arizona  85719
*Address*

leticia_marquez@fd.org
*E-mail address*

(520) 879-7622
*Telephone number*

(520) 622-6844
*FAX number*