AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United State of America, | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    4:02cr0992-JFA |
| Brandon Leon Basham | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brandon Leon Basham, Defendant                                                                 .

Date:      07/13/2016

/s/Lindsey Layer
*Attorney's signature*

Lindsey Layer, Virginia Bar No. 79151
*Printed name and bar number*

Assisant Federal Public Defender
Federal Public Defender's Office, District of Arizona
46 W. Broadway, Ste. 110
Salt Lake City, UT  84105
*Address*

lindsey_layer@fd.org
*E-mail address*

(801) 524-6041
*Telephone number*

(801) 320-9619
*FAX number*