IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | CR No.:  4:02-992-JFA |
| | ) | |
| v. | ) | ORDER FOR GOVERNMENT |
| | ) | TO RESPOND |
| BRANDON LEON BASHAM | ) | |
| | ) | |
| _____ | ) | |

This matter is before the court on defendant's motion under 28 U.S.C. § 2255 filed in light of *Johnson v. United States*, 135 S.Ct. 2551 (2015).  It is hereby ordered that the defendant is hereby allowed to proceed *in forma pauperis*.

If no transcript is required, the United States Attorney shall file an answer or other pleading within thirty (30) days from the date of the filing of this order.  If, on the other hand, a transcript is required, the United States Attorney shall immediately request a transcript from the Court Reporter and shall file an answer or other pleading within thirty (30) days from his or her receipt of the transcript.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

July 20, 2016
Columbia, South Carolina