# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **Crim. No. 4:02-cr-992-2** |
| | * | |
| **v.** | * | **Prior Civil No. 4:11-cv-70779** |
| | * | |
| **BRANDON LEON BASHAM** | * | |

**\* \* \* \* \***

## Motion for Extension of Time to File Response to Motion to Dismiss

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.06, petitioner Brandon Basham hereby requests a seven (7) day extension of time until August 30, 2016, in which to file his response to the government's motion to dismiss, which is currently due August 23, 2016. ECF No. 1627.

Counsel for Mr. Basham contacted Robert F. Daley, Jr., counsel for Respondents, and he stated he had no objection to a 7 day extension of time.  This is Mr. Basham's first request for additional time in which to file the Response to the motion to dismiss.

### Reasons for Requested Extension of Time

Pursuant to Local Civil Rule 7.06, Mr. Basham's Response is currently due on August 23, 2016. Counsel respectfully requests an extension of time up to and include August 30, 2016 in which to file the brief. Mr. Basham's counsel are attempting to manage their pending cases consistent with their duties under the Sixth Amendment to the United States Constitution with the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Although both counsel have acted diligently to fulfill their obligations to their client and this Court, they cannot be adequately prepared to file the reply on Mr. Basham's

1

behalf by the current deadline. Counsel have good cause and a substantial need for the requested short extension of time

Ms. Layer has scheduled out-of-state prison visits, as well as ongoing activities in her other cases, which prevent her from being able to complete the response brief in this case by the scheduled date. In addition, Ms. Layer is scheduled to be out of state for personal reasons for eight days immediately leading up to the current deadline.

Ms. Marquez is also schedule to out of state for personal reasons for a few days during this time. Moreover, Ms. Marquez is also involved in various stages of litigation for eight other death-sentenced prisoners. In addition to being a supervisor with the Capital Habeas Unit, Ms. Marquez is also head of the Tucson FPD office (both trial and capital units). Ms. Marquez's numerous administrative duties, including training, travel, expert, staff and budget issues, have taken time away from the briefing of this matter.

### Conclusion

For the foregoing reasons and because he has shown both good cause and substantial need for the extension, Mr. Basham respectfully requests that the Court grant his request for a seven-day extension of time until August 30, 2016, to file his response to the motion to dismiss.

Respectfully submitted this 11th day of August, 2016.

> Jon M. Sands
> Federal Public Defender
> Leticia Marquez
> Assistant Federal Public Defender
> Lindsey Layer
> Research & Writing Specialist
>
> By /s/ Leticia Marquez

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 11th day of August, 2016, I electronically filed the foregoing Petitioner's Motion for Extension of Time to File Response to Motion to Dismiss with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service of this document will be accomplished by the CM/ECF system.


/s/Leticia Marquez
Assistant Federal Public Defender
Federal Public Defender's Office
District of Arizona