UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA,

-v-

BRANDON LEON BASHAM,

No. 4:02-cr-992-JFA-2

**ORDER RE MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

Petitioner Brandon Basham's Motion for Extension of Time to File Response to Motion to Dismiss [Doc. # ___] is **GRANTED**. Petitioner shall file his response no later than August 30, 2016.

**IT IS SO ORDERED.**

Dated this ____ day of August, 2016.

_____
JOSEPH F. ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

1