**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

|  |  |  |
|---|---|---|
| ———————————————————— | : | 4:02-CR-992-JFA |
| THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent, | : | Hon. Joseph F. Anderson |
| | : | United States District Judge |
| | : | |
| v. | : | **CAPITAL CASE** |
| | : | |
| CHADRICK E. FULKS, | : | |
| | : | |
| Petitioner. | : | |
| ———————————————————— | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
A RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS**

Chadrick E. Fulks, a prisoner in the custody of the United States sentenced to death and housed at the United States Penitentiary, Terre Haute, Indiana, respectfully moves this Court to for an extension of seven (7) days to file a response to the Government's Motion to Dismiss Mr. Fulks's Motion to Vacate Convictions and Sentence Pursuant to Title 28 U.S.C. §2255. In support of this motion, Mr. Fulks states the following:

1. In 2004, Mr. Fulks pled guilty before this Court to possessing or using a firearm during or in relation to a crime of violence as defined by 18 U.S.C. § 924(c), conspiracy to carry or use a firearm during or in relation to a crime of violence as defined by 18 U.S.C. § 924(o), carjacking as defined by 18 U.S.C. § 2119, kidnapping as defined by 18 U.S.C. § 1201(a), and other charges. A contested sentencing hearing took place before a jury after Mr. Fulks's guilty plea was entered and the jury sentenced Mr. Fulks to death. The Court of Appeals affirmed. *United States v. Fulks*, 454 F.3d 410 (4th Cir. 2006). The Supreme Court denied certiorari review. *Fulks v. United States*, 551 U.S. 1147 (2006).

2.      Mr. Fulks filed a motion to vacate the convictions and sentence and for a new trial pursuant to 28 U.S.C. § 2255, which was denied.  *Fulks v. United States*, 875 F. Supp. 2d 535 (D.S.C. 2010).  The denial was affirmed on appeal.  *United States v. Fulks*, 683 F.3d 512 (4th Cir. 2012).  The Supreme Court denied certiorari review.  *Fulks v. United States*, 134 S. Ct. 52 (2013).

3.      On May 23, 2016, Mr. Fulks filed an Application to File a Second or Successive Motion Pursuant to 28 U.S.C. § 2244 and 28 U.S.C. § 2255(h) with the United States Court of Appeals for the Fourth Circuit based on *Johnson v. United States*, 135 S. Ct. 2551 (2015).  The Fourth Circuit granted Mr. Fulks's application on June 17, 2016, and filed Mr. Fulks's § 2255 application before this Court on the same day.

4.      On August 9, 2016, the Government filed its Motion to Dismiss Mr. Fulks's Motion to Vacate Convictions and Sentence Pursuant to Title 28 U.S.C. §2255 ("Motion to Dismiss").  In its Motion, the Government requests that Mr. Fulks's §2255 petition be dismissed based on what the Government argues is a lack of timeliness under 28 U.S.C. §2255(f).  Under Rule 7.06 of the Local Rules of Civil Procedure for the District of South Carolina, Mr. Fulks's Response is currently due on August 23, 2016.

5.      Mr. Fulks respectfully requests an additional seven (7) days to respond to the Government's Motion to Dismiss.  Counsel's response will require careful research and briefing on a number of issues including, *inter alia*, federal jurisprudence relating to *Johnson* that has developed since Mr. Fulks's application to file a successor was granted, the applicability of a Motion to Dismiss to a case in Mr. Fulks's posture, and the appropriate standard for § 2255(f).  Mr. Fulks's counsel have diligently attempted to complete the Response by the August 23, 2016 deadline, but will be unable to provide this Court with professionally adequate briefing on these

issues by that time. Accordingly, counsel request this additional time so that they may provide this Court with a thoroughly researched and professionally briefed Response.

6. On August 18, 2016, Assistant United States Attorney Robert F. Daley, Jr., indicated that the Government does not oppose Mr. Fulks's request.

WHEREFORE, Petitioner Chadrick Fulks requests an additional seven (7), until August 30, 2016, to file a Response to the Government's Motion to Dismiss. (A proposed Order is attached.)

Respectfully Submitted,

/s/ Peter Williams
Claudia Van Wyk
Assistant Chief, Capital Habeas Unit
Peter Williams
Assistant Federal Defender
Federal Community Defender Office
  for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520


Counsel for Petitioner

Dated: August 19, 2016

**Certificate of Service**

I, Peter Williams, hereby certify that on this 19th day of August, 2016, I served the

foregoing Motion by ECF filing on the following party:

Robert F. Daley, Esq.
Office of the United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201


/s/ Peter Williams
Peter Williams