**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

_____  
                                                           :          4:02-CR-992-JFA  
THE UNITED STATES OF AMERICA,           :  
                                                           :  
                         Respondent,             :          Hon. Joseph F. Anderson  
                                                           :          United States District Judge  
                                                           :  
                  v.                                    :          **CAPITAL CASE**  
                                                           :  
CHADRICK E. FULKS,                              :  
                                                           :  
                         Petitioner.               :  
_____  :

**ORDER**

AND NOW, this _____ day of _____, 2016, upon consideration of

Petitioner Chadrick Fulks's Unopposed Motion for Extension of Time to File a Response to the

Government's Motion to Dismiss, it is hereby ORDERED that Mr. Fulks's Motion is

GRANTED.  Mr. Fulks shall file a Response to the Government's Motion to Dismiss Mr.

Fulks's Motion to Vacate Convictions and Sentence Pursuant to Title 28 U.S.C. §2255 no later

than August 30, 2016.

BY THE COURT:

_____  
Hon. Joseph F. Anderson, U.S.D.J.