IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA,         )    CR No.:  4:02-992-JFA
                                    )
     v.                            )
                                    )    ORDER TO  STAY
                                    )
BRANDON L. BASHAM,          )
                                    )
_____)

This matter is before the court on the defendant's motion to stay this action pending the United States Supreme Court's resolution in the case of  *Lynch v. Dimaya* (S. Ct. 15-1498).  The Supreme Court granted certiorari in *Dimaya* to decide whether 18 U.S.C. § 16(b) is unconstitutionally vague in light of the holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015).[1]  In addition, the defendant requests the court stay proceedings in this case pending decisions by the Fourth Circuit Court of Appeals in *United States v. Simms*, No. 15-4640, and *United States v. Ali*, No. 15-4433, which he claims have been stayed pending the Supreme Court's opinion in *Dimaya*.

Counsel for the government only agrees with defendant's motion to hold this case in abeyance until the Supreme Court issues its ruling in *Dimaya*. Thus, the court believes the best course of action is to hold the defendant's § 2255 petition in abeyance until a decision

---

[1]  In *Johnson*, the Supreme Court ruled that the residual clause of § 924(e) was unconstitutionally vague. *Johnson* announced a new substantive law that applies retroactively to Armed Career Criminal Act ("ACCA") claims in collateral proceedings.

1

by the Supreme Court. When the decision is made, the court will evaluate whether it is appropriate to proceed at that time.

Accordingly, the defendant's motion to stay further proceedings in this matter (ECF No. 1636) is granted until the Supreme Court issues its ruling in *Dimaya*.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

March 28, 2017
Columbia, South Carolina

2