IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | ORDER TO  STAY |
| CHADRICK E. FULKS | ) | |
| | ) | |

This matter is before the court on the defendant's motion to vacate under 28 U.S.C. § 2255 and the government's motion to dismiss this action. ECF Nos. 1618, 1626. Upon review of this matter, the court deems it proper to stay this action pending the United States Supreme Court's resolution in the case of *Lynch v. Dimaya* (S. Ct. 15-1498).[1] The Supreme Court granted certiorari in *Dimaya* to decide whether 18 U.S.C. § 16(b) is unconstitutionally vague in light of the holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015).[2]

Counsel for the government and defendant have expressed their consent for the court to enter this order. Thus, the court believes the best course of action is to hold this case in abeyance until a decision by the Supreme Court.  When the decision is made, the court will evaluate whether it is appropriate to proceed at that time.

---

[1] The court previously issued an order to stay the case of the co-defendant, Brandon L. Basham, for the same reason. ECF No. 1640.

[2]  In *Johnson*, the Supreme Court ruled that the residual clause of § 924(e) was unconstitutionally vague. *Johnson* announced a new substantive law that applies retroactively to Armed Career Criminal Act ("ACCA") claims in collateral proceedings.

Accordingly, this case is stayed until the Supreme Court issues its ruling in *Dimaya*.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

July 11, 2017                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                             United States District Judge