IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 4:02-992-JFA |
| | ) | |
| v. | ) | ORDER FOR BRIEFING |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

On July 11, 2017, this court stayed the defendant's motion under 28 U.S.C. § 2255 and the government's motion to dismiss this action (ECF Nos. 1618, 1626) pending the United States Supreme Court's resolution in the case of *Sessions v. Dimaya* (S. Ct. 15- 498).[1] The Supreme Court granted certiorari in *Dimaya* to decide whether 18 U.S.C. § 16(b) is unconstitutionally vague in light of the holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015).[2] On April 17, 2018, the Supreme Court decided *Dimaya*.

The parties are directed to brief the court within 14 days as to whether the pending motion is ready to be heard.

IT IS SO ORDERED.

October 25, 2018
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

---

[1] The court previously issued an order to stay the case of the co-defendant, Brandon L. Basham, for the same reason. ECF No. 1640.

[2] In *Johnson*, the Supreme Court ruled that the residual clause of § 924(e) was unconstitutionally vague. *Johnson* announced a new substantive law that applies retroactively to Armed Career Criminal Act ("ACCA") claims in collateral proceedings.

1