**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

_____
                                 :

THE UNITED STATES OF AMERICA,    :        4:02-CR-992-JFA
                                   :

             Respondent,    :        Hon. Joseph F. Anderson, Jr.
                                   :        United States District Judge
                                   :

              v.                :        **CAPITAL CASE**
                                   :

CHADRICK E. FULKS,               :
                                   :

             Petitioner.     :
_____  :

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of

Petitioner Chadrick Fulks's Unopposed Motion to Hold Proceedings in Abeyance Filed in

Response to the Court's October 25, 2018 Order, it is hereby ORDERED that Mr. Fulks's

Motion is GRANTED. These proceedings shall be held in abeyance until the United States

Court of Appeals for the Fourth Circuit issues its opinion in *United States v. Simms*, 15-4640.

                                   BY THE COURT:

                                   _____
                                   Hon. Joseph F. Anderson, Jr.
                                   United States District Judge