IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA    )    CR No.:  4:02-992-JFA
                            )
        v.                  )        ORDER
                            )
CHADRICK E. FULKS           )
_____)

Presently before this Court is the defendant's motion to correct his sentence pursuant to 28 U.S.C. § 2255 and in light of the Supreme Court's decision in *Johnson v. United States*, 576 U.S. ___, 135 S.Ct. 2551 (2015).

Several months ago, this court held the defendant's § 2255 motion in abeyance until the Fourth Circuit Court of Appeals issued a decision in *United States v. Joseph Decore Simms*, No. 15-4640 (argued September 26, 2018). The *Simms* case was decided, en banc, on January 24, 2019 wherein the Court ruled that the residual clause found in 18 U.S.C. § 924(c)(3)(B) is unconstitutionally vague. Thus, such decision might impact whether or not the defendant's Hobbs Act robbery conviction under 18 U.S.C. § 1951(b) qualifies as a "crime of violence."

On February 4, 2019, upon unopposed motion of the government, the Fourth Circuit Court of Appeals entered an order in the *Simms* case staying issuance of the mandate pending a decision by the United States Supreme Court in *United States v. Davis*, ___ S.Ct. ___, No. 18-431, 2019 WL 98544, (cert. granted January 4, 2019).

1

As a result, this Court believes that the best course of action is to hold the defendant's § 2255 petition in abeyance until either a decision by the Supreme Court in *Davis*, or further guidance from the Fourth Circuit Court of Appeals. When either decision is made, the government shall respond expeditiously to the petition so that the court may review the matter without delay. The defendant may also provide a response at that time.

IT IS SO ORDERED.

February 12, 2019
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge