Chad Fulks
16617-074
USP
Federal Death Row
P.O. Box 33
Terre Haute, IN
47808

Legal Mail
28 C.F.R. 540.18-19

RECEIVED
USDC CLERK, COLUMBIA, SC
2019 AUG -2 AM 9:54

INMATE
IDENTIFICATION

X-RAYED BY
USMC

INDIANAPOLIS IN 460

29 JUL 2019 PM 1 L

Judge Joseph F. Anderson
U.S. District Court, South Carolina
1845 Assembly ST
Columbia, SC 29201

29201-243199

Legal Mail

U.S. District Court
Columbia, SC

INMATE
IDENTIFICATION
CONFIRMED