**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

_____    :

THE UNITED STATES OF AMERICA,    :    4:02-CR-992-JFA

                               :

                Respondent,    :    Hon. Joseph F. Anderson, Jr.

                               :    United States District Judge

                               :

             v.    :    **CAPITAL CASE**

                               :

CHADRICK E. FULKS,    :

                               :

                Petitioner.    :

_____    :

**ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of

Petitioner Chadrick Fulks's Unopposed Motion for Leave to File a Response and for Forty-Five

Day Extension of Time, it is hereby ORDERED that Mr. Fulks's Motion is GRANTED.  He

shall be permitted to file a response to the Government's October 1, 2019 Motion to Dismiss or,

in the Alternative, for Summary Judgment and supplemental memorandum.  This response shall

be filed no later than November 29, 2019.

                                       BY THE COURT:

                                       _____

                                       Hon. Joseph F. Anderson, Jr.
                                       United States District Judge