IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 4:02-992-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHADRICK EVAN FULKS | ) | |
| _____ | ) | |

This matter is before the court upon the defendant's *pro se* motion to hold a video hearing at which time the defendant can present the court with a request to forego further proceedings and be executed pursuant to the jury verdict in this case. The request is apparently based upon various alleged assaults and other mistreatment experienced by the defendant while incarcerated at the Federal Correctional Institution in Terre Haute, Indiana.

The court takes judicial notice of the fact that there is litigation pending in the District of Indiana raising the issues presented in the defendant's motion presently before this court.

This court is of the opinion that the justification for the request is meritless and that the matter should be allowed to go forward with the litigation pending in Indiana federal court. Moreover, even if there were not parallel litigation pending, this court is of the opinion that the justification for execution lacks merit because the defendant is currently challenging his conviction in a separate action brought pursuant to 28 U.S.C. § 2255.

For the foregoing reasons, the defendant's motion (ECF No. 1656) is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 23, 2020
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge
