IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.:  4:02-992-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO STAY |
| | ) | |
| CHADRICK E. FULKS | ) | |
| | ) | |

This matter is before the court on the defendant's motion to vacate pursuant to 28 U.S.C. § 2255 and the government's motion to dismiss same.

Upon review of the matter, the court deems it proper to stay this action pending the United States Supreme Court's resolution in the case of *Borden v. United States* (No. 19-5410).  At issue in that case is whether the "use of force" clause in the Armed Career Criminal Act encompasses crimes with a *mens rea* of mere recklessness.  When the decision in *Borden* is made, this court will request further briefing from the parties.

Accordingly, this case is stayed until the Supreme Court issues its ruling in *Borden*.

IT IS SO ORDERED.

August 28, 2020
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge