**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | : | 4:02-CR-992-JFA |
|  | : |  |
| Respondent, | : | Hon. Joseph F. Anderson |
|  | : | United States District Judge |
|  | : |  |
| v. | : | **CAPITAL CASE** |
|  | : |  |
| CHADRICK E. FULKS, | : |  |
|  | : |  |
| Petitioner. | : |  |
|  | : |  |

**UNOPPOSED MOTION FOR LEAVE FOR PETITIONER
AND THE GOVERNMENT TO FILE REPLIES**

Chadrick E. Fulks, a prisoner in the custody of the United States sentenced to death and housed at the United States Penitentiary, Terre Haute, Indiana, respectfully moves this Court through his counsel for leave for both Mr. Fulks and the government to file replies to the July 14, 2021 supplemental memoranda. Mr. Fulks respectfully requests that the parties have until August 13, 2021 to file their replies. In support of this motion, Mr. Fulks states the following:

1. On June 17, 2016, Mr. Fulks filed a successive § 2255 motion arguing that his 18 U.S.C. §§ 924(c) and (o) convictions and his death sentence should be vacated pursuant to *Johnson v. United States*, 1325 S. Ct. 2551 (2015). Dkt. No. 1618. To qualify as a crime of violence under §§ 924(c) and (o), the underlying offense(s) must qualify as a crime of violence under either the "residual clause" or the "force clause" of § 924(c). Mr. Fulks averred that *Johnson* invalidated the "residual clause" of § 924(c), that his convictions under §§ 924(c) and (o) could not otherwise be sustained because the "force clause" of § 924(c) was not met, and that his death sentence should be vacated and a new capital penalty phase be held. *Id.*

2.　　　　Mr. Fulks's proceedings were stayed pending the outcome of *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018), *United States v. Davis*, 139 S. Ct. 2319 (2019), *United States v. Simms*, 914 F.3d 229 (4th Cir. 2019), and—most recently—*Borden v. United States*, 141 S. Ct. 1817 (2021). On June 23, 2021, the Court ordered supplemental briefing on *Borden*, and the government and Mr. Fulks submitted supplemental memoranda on June 14, 2021. Dkt. Nos. 1698 and 1699.

3.　　　　Mr. Fulks respectfully requests leave to file a reply to the Government's June 14, 2021 briefing. There are a number of arguments made by the government to which Mr. Fulks wishes to respond. This includes, but is not limited to, the government's reliance on *United States v. Crawley*, ---F.4th---, 2021 WL 2557790 (4th Cir. June 23, 2021), and *United States v. Ali*, 991 F.3d 561 (4th Cir. 2021). In his prior pleadings, Mr. Fulks has argued that neither of the two potential predicate offenses for his §§ 924(c) and (o) convictions—carjacking and kidnapping—are crimes of violence in the wake of *Johnson*, and that even assuming, *arguendo*, that carjacking remained a crime of violence then Mr. Fulks would be entitled to relief on the basis of the crime-of-violence status for kidnapping alone. *See, e.g.,* Dkt. No. 1677 at 4-13. In its July 14, 2021 supplemental briefing, the government presumed without conceding that Mr. Fulks's kidnapping statute was not a crime of violence in the wake of *Borden*, relied on a previously-made argument that the convictions were independently sustainable based on his carjacking conviction, but also relied on the recently issued *Crawley* and *Ali* in support of that argument. Dkt. No. 1698. Mr. Fulks believes that *Crawley* and *Ali* do not apply to his case and wishes to reply to the government's argument on this issue.

4. Mr. Fulks requests thirty days, until August 13, 2021, to file his reply. Counsel for Mr. Fulks wish to provide careful briefing on this issue and will need this time to conduct the research and drafting needed to provide this Court with a professionally adequate reply brief.

5. On July 16, 2021, Assistant United States Attorney Robert F. Daley, Jr., indicated that the government does not oppose Mr. Fulks's request and proposed timeline, and that the government wishes to file a reply to Mr. Fulks's July 14, 2021 memorandum as well.

WHEREFORE, Petitioner Chadrick Fulks requests that the foregoing motion be granted, that he and the government be permitted to file reply briefs to the July 14, 2021 supplemental memoranda no later than August 13, 2021.

Respectfully submitted,

/s/ Peter Williams
Claudia Van Wyk
Peter Williams
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Counsel for Petitioner

Dated: July 19, 2021

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 19th day of July, 2021, I served the

foregoing by ECF filing on the following party:

Robert F. Daley, Esq.
Office of the United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201


/s/ Peter Williams
Peter Williams