IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 4:02-992-JFA |
| | ) | |
| v. | ) | ORDER TO STAY |
| | ) | |
| BRANDON L. BASHAM | ) | |
| CHADRICK E. FULKS | ) | |
| _____ | ) | |

Pending before this court are the defendant's motions to vacate pursuant to 28 U.S.C. § 2255 and the government's motions to dismiss same.

Counsel for defendant Fulks has filed an unopposed motion to hold Fulks' § 2255 petition in abeyance pending the outcome of two cases now before the Fourth Circuit Court of Appeals: *United States v. Dickerson*, No. 20-6578 and *United States v. Ogun*, No. 16-7450. Counsel notes that these two cases involve a defendant who pled guilty to § 924 based on two potential predicates—only one of which is a crime of violence—and is now seeking relief under *Johnson* and *Davis*. Fulks' counsel notes that the government maintains a differing position, but has no objection to the motion to stay.

Upon review of the matter, the court deems it proper to stay this action with regard to the pending § 2255 petitions of both Fulks and Basham awaiting the Fourth Circuit's resolutions in the *Dickerson* and *Ogun* cases. When such decisions are reached, this court will request further briefing from the parties.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

September 22, 2021
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge