# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:  4:026-cr-00992 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHADRICK E. FULKS | ) | NOTICE OF APPEARANCE |
| BRANDON L. BASHAM | | |

I, Andrew de Holl, hereby notify this Honorable Court that I will appear on

behalf of the United States in the above-named case.

Please direct any correspondence in this matter to me at the address listed

below; and remove Robert F. Daley, Jr as counsel of record for the United States.

Respectfully submitted this 30th day of November, 2020.


Respectfully submitted,

M. RHETT DEHART
UNITED STATES ATTORNEY

By:  *s/Andrew R. de Holl*
Andrew R. de Holl, #11076
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401-2238
(843) 727-4381