# EXHIBIT A

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    04/28/2003

CHADRICK EVAN FULKS, date of birth May 16, 1977, social security number 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, currently incarcerated at the Lexington County Detention Center, Lexington, South Carolina, was transported to the office of the Federal Bureau of Investigation (FBI) in Columbia, South Carolina by FBI agents. After arriving at the FBI office, Fulks was made aware of the identity of the interviewing agents. Also present in the interview room were FULKS' appointed counsel John Blume and Bill Nettles as well as defense investigator Pete Skidmore. Lieutenant Rodney Sessions, Conway, South Carolina Police Department was also present and participated in the interview of FULKS. Prior to the start of the interview, FULKS was presented with a copy of an Advice of Rights form (FD-395) the contents of which were read aloud to him. FULKS acknowledged that he fully understood his rights and he signed the waiver portion of the form. FULKS indicated that he wanted to tell the truth and help us locate the body of Alice Donovan. FULKS provided the following information:

On November 14, 2003, FULKS and BRANDEN BASHAM were traveling in a white pick-up truck. FULKS was driving the truck. Both FULKS and BASHAM knew that they needed to steal another vehicle and FULKS drove into the Wal-Mart parking lot. FULKS used the first entrance he came to in order to enter the Wal-Mart parking lot. BASHAM was suppose to locate the car to steal. As FULKS drove the pick-up truck into the parking lot, they noticed a BMW pulling down one of the isles looking for a space. FULKS drove the pick-up truck behind the BMW and as the BMW pulled into a space, BASHAM jumped out of the still moving pick-up. FULKS continue driving the pick-up down the isle and lost sight of BASHAM. FULKS assumed that BASHAM was going steal an unoccupied vehicle. As FULKS turned and began traveling down the adjacent isle, heading back towards the store, he notice that BASHAM was waving his hand signaling FULKS to drive over to his location. BASHAM was leaning into the driver's side of the BMW sitting on the female driver. FULKS pulled the pick-up in front of the BMW and watched BASHAM crawl over to the front passenger seat. Donovan drove the BMW from the parking space to a location near the rear area of the parking lot. FULKS followed the BMW, parked the pick-up and entered the BMW in the rear seat. Donovan was told to drive

Investigation on    04/21/2003    at    Columbia, SC

File #    7A-CO-27964                                    Date dictated    04/28/2003

by    SA Jeffrey M. Long :jml                                                02292

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

PA Document #41

201893

FD-302s (Rev. 10-6-95)

7A-CO-27964

Continuation of FD-302 of ___Chadrick Fulks_____ , On 04/21/2003 , Page ___2___

the car and the BMW traveled out of the parking lot. The BMW continued South on Highway 501 towards Myrtle Beach. At the intersection of Highway 501 and Highway 378, the BMW turned left onto Highway 378. FULKS recalled seeing a used car dealership on the corner. The BMW continued on 378 and made a right turn onto Highway 701. The BMW made a turn onto Church Street extension. Donovan was ordered to stop the vehicle in an area believed to be the Conway City maintenance facility. FULKS described the area as having a gravel parking lot and a white fence around it. Donovan moved to the back seat by climbing between the front seats. FULKS began driving the BMW.

BASHAM sat on the passenger side of the back seat with Donovan sitting behind FULKS. BASHAM was armed with a 22 revolver. FULKS did not have a gun with him in the BMW.

FULKS drove through Conway and recalled seeing a lumber yard and crossing over railroad tracks. FULKS became lost and eventually ended up on Highway 90. FULKS continued on Highway 90 towards Little River. While FULKS was driving, BASHAM began going through Donovan's purse looking for credit cards. BASHAM was able to find an ATM card. FULKS stopped at a Pantry convenience store and went into the store. FULKS attempted to use Donovan's ATM card but was unable to obtain money because of a wrong PIN number. BASHAM had obtained the PIN number from Donovan and had written it down on a piece of paper. FULKS traveled to a bank not far away from the Pantry. FULKS parked the BMW just up the street from the bank and walked to the outside ATM machine. Donovan and BASHAM remained inside the car. FULKS was able to get approximately $200 dollars from the ATM after making several transactions.

FULKS returned to the BMW and pulled onto Highway 17 North. FULKS headed towards North Carolina. FULKS did not know he was in the State of North Carolina until he later noticed a State Trooper with a vehicle pulled over on Highway 17.

After traveling for a while, Donovan requested they stop to get drinks and she requested cigarettes. FULKS located a gas station and stopped. FULKS entered the convenience store while Donovan and BASHAM remained in the back seat of the BMW. FULKS purchased three bottles of Mountain Dew and chewing gum. BASHAM told FULKS to buy some tape. FULKS purchased an unknown type of black tape and a roll of radiator repair tape. FULKS did not buy cigarettes since he didn't have an ID with him. Donovan told FULKS

02293

FD-302a (Rev. 10-6-95)

7A-CO-27964

Continuation of FD-302 of ___Chadrick Fulks_____ , On _04/21/2003__ , Page ___3___

that the gas gauge on the BMW did not work properly and may be in need of gas.  FULKS pulled the BMW over to the gas pumps and used Donovan's credit card to pay for gas at the pump.

After leaving the gas station, FULKS pulled back onto Highway 17 and continued North.  FULKS noticed a State Trooper with a car stopped on Highway 17 and before reaching the Trooper, FULKS made a left turn onto a two-lane paved road.  FULKS made a left turn onto a dirt road and traveled down the road until coming to a dead end at a hunting cabin.  While FULKS was driving up the dirt road, BASHAM began trying to take Donovan's shirt off.  Several men were standing outside the cabin and as FULKS drove by, the men waved.  FULKS waved back, made a U-turn and continued back down the dirt road.  FULKS pulled into a small, dirt, U-shaped driveway where a fenced in cemetery was located.  FULKS pulled the BMW straight up to the fence.  BASHAM began forcibly taking Donovan's clothes off.  BASHAM placed her clothing across the back seat and then ordered Donovan to lay across the seat.  Donovan was completely naked.  BASHAM performed oral sex on Donovan and then had intercourse with her.  BASHAM had his pants down around his ankles. While BASHAM was having sex with Donovan, FULKS was sitting on the hood of the BMW facing the cemetery.  After BASHAM was finished, he told FULKS to have sex with Donovan.  FULKS didn't want to but felt pressure from BASHAM to have sex with DONOVAN.  FULKS had intercourse with Donovan and ejaculated inside her while BASHAM stood near the cemetery fence    FULKS got out of the BMW and noticed that a truck had pulled into the U-shaped driveway.  FULKS ducked down in front of the BMW and after a minute, the truck pulled out.  FULKS and BASHAM got back into the BMW and immediately left the area.  FULKS drove around the area for a while and became lost.  FULKS noticed several signs pointing to several area beaches.  FULKS continued on the road until seeing a sign pointing to Myrtle Beach.  FULKS got back onto the main highway which he recognized as being the same highway they had traveled up on.

Donovan remained naked in the back seat and was told by BASHAM that she could not put any of her clothes back on.  At some point Donovan put her panties and tennis shoes on.  FULKS stopped at a Scotchman convenience store and used Donovan's credit card to get gas.  FULKS got back onto Highway 90 after turning around at the Cherry Grove exit.  FULKS recalled driving over a bridge (swing) and turned left onto Highway 90. BASHAM wanted FULKS to begin looking for dirt roads off of Highway 90.  FULKS turned down the first dirt road he came to, but quickly turned around after seeing several houses and barking dogs.  FULKS turned down several other

02294

FD-302f (Rev. 10-6-95)

7A-CO-27964

Continuation of FD-302 of ___Chadrick Fulks_____, On _04/21/2003___ , Page ___4___

dirt roads but found that they all had houses on them. FULKS continued driving down Highway 90 when he recalled seeing a wildlife sign on the side of the road. FULKS passed the dirt road which the wild life sign pointed to and turned around at a small grocery store, possibly an IGA. FULKS drove back and turned right onto a dirt road. It was dark at this time and FULKS noticed that Donovan's wrists were taped together. BASHAM must have taped her wrists together sometime between leaving the cemetery and turning onto Highway 90.

FULKS continued driving down the dirt road and recalled seeing a long, wooden dock with a green security fence. FULKS turned the BMW around just after passing the dock and pulled up to the right side of the road. The telephone poles were on the left side of the road. There was a pole located near where the BMW was parked which had silver number markings on it.

BASHAM told Donovan that he did not intend to hurt her, but only tie her up and leave her in the woods. BASHAM got out of the car. While BASHAM was out of the car, Donovan asked FULKS to convince BASHAM to leave the gun in the car since he was only going to tape her up. BASHAM would not leave the gun in the car. BASHAM signaled FULKS to back up the BMW and shut the headlights off. BASHAM took Donovan out of the car and walked to the front of the BMW. BASHAM was holding Donovan by the elbow and had a gun in her side. BASHAM began walking to the right but for some reason quickly walked back to the left. FULKS did not see BASHAM holding any tape when he got out of the car. FULKS did not know if BASHAM had tape in his pants pocket. FULKS last saw BASHAM and Donovan walking into the woods, possibly to the left side. BASHAM returned approximately twenty minutes later and appeared by the front of the BMW. BASHAM was holding Donovan's panties and tennis shoes. The shoes had clumps of dirt/mud on them. BASHAM put the clothing in the rear seat of the BMW and told FULKS to get out of there. BASHAM smelled badly and had dirt/mud on his shoes and lower part of his pants. BASHAM told FULKS that he had taken Donovan's clothing from her so if she got free, she may want to run so quickly to get help.

FULKS drove back onto Highway 90 and turned right. FULKS drove onto an on-ramp, possibly Highway 22, but the road was closed ahead. While traveling on the on-ramp, BASHAM threw several papers and possibly Donovan's cell phone into the woods. After making the turn, FULKS traveled back on Highway 90 towards Conway.

02295

FD-302a (Rev. 10-6-95)

7A-CO-27964

Continuation of FD-302 of ___Chadrick Fulks___, On _04/21/2003_, Page ___5___

FULKS and BASHAM arrived in the area of the Beach Walk Motel in Myrtle Beach. FULKS parked the BMW in a parking lot two motels down from the Beach Walk Motel. They waited for several minutes to make sure that there were no police around the motel. FULKS and BASHAM walked to the Beach Walk Motel where FULKS found TINA SEVERANCE washing clothes in the downstairs laundry room. FULKS told Severance to bring the clothes upstairs. FULKS took Severance into the bathroom of the motel room and told her that BASHAM had shot at police and may have killed someone. FULKS told Severance that they had to get out of the area and gave Severance some money to turn the phone on. FULKS told Severance that he would call later that night. FULKS also told Severance about her van and that the police had it.

FULKS and BASHAM took all their clothes and returned to the BMW. FULKS began putting the bags in the trunk. BASHAM suggested that they take Donovan's clothing and belongings and put them in the trunk so they could put their own clothes in the back seat. BASHAM told FULKS that if the police started chasing them, they would be able to get their bags and run. Donovan's panties, shoes and other items where put in the trunk. FULKS drove north on Ocean Boulevard and turned onto Business 17 (Kings Highway).

FULKS was wearing tan pants and a tan, long-sleeve tee shirt w/ stripes. BASHAM was wearing black jeans, black shirt and a long, black, trench coat. Neither FULKS nor BASHAM showered or changed their clothes when they returned to the Beach Walk Motel.

FULKS drove north into North Carolina. At some point in either North Carolina or Virginia, BASHAM asked FULKS if he had ever killed anyone, which FULKS answered "no". BASHAM told FULKS that he had killed Donovan by choking/strangling her and taping her to a tree. BASHAM killed Donovan for both of them because she would have been able to identify both of them if she went to the police. BASHAM explained to FULKS that he had killed a female two years ago in Madison, Kentucky. BASHAM placed her in a shallow grave and covered her up with tree bark. The girl had not been found.

FULKS stopped somewhere in North Carolina and used Donovan's ATM card. FULKS made several transactions and received approximately five hundred dollars.

02296

FD-302a (Rev. 10-6-95)

7A-CO-27964

Continuation of FD-302 of ____Chadrick Fulks_____ , On _04/21/2003_ , Page ___6___

     FULKS continued driving through Virginia and West Virginia making stops at rest areas and gas stations for food. Somewhere in West Virginia, near a rest stop, FULKS stole a license plate from a vehicle and put the tag on the BMW. FULKS disposed of Donovan's license plate near a campground in West Virginia.

     BASHAM disposed of Donovan's panties, pants and other items in a trash dumpster at a carwash located between Huntington, West Virginia and Ohio. The remaining clothing, shoes and rolled up tape containing hair were thrown in a trash can at the carwash. The carwash was run by an older male subject. Donovan's purse was thrown in a large ditch somewhere behind a State Police barracks on Rotary Road or a rotary type road. The remaining ATM and credit cards were disposed of on Route 2 in Altzier, West Virginia.

     FULKS stopped at Beth McGuffin's residence in Huntington, West Virginia. After staying there, BASHAM wanted FULKS to drive to Kentucky. BASHAM wanted to meet with BASHAM's mother. BASHAM had called his mother and wanted to get a small bag which was at her residence. The bag contained a 9mm pistol. FULKS did not want to drive to Kentucky. FULKS believed that the police would still be looking for them and it would be unsafe to return to. While FULKS was driving, BASHAM took a 22 caliber revolver and aimed it at FULKS' head, demanding that FULKS drive to Kentucky. FULKS and BASHAM fought over control of the gun. BASHAM put the gun away and made a joke out of it.

     FULKS drove into Kentucky and arrived at a mall parking lot where BASHAM had arranged to meet his mother. FULKS noticed a police officer in the area. FULKS dropped BASHAM off near a pay phone in front of a movie theater. FULKS drove away from the area. The police officer began chasing BASHAM across the parking lot. BASHAM had a gun in his hand and was running across the parking lot. The last thing FULKS recalled seeing was BASHAM standing near one of the intersections in the parking lot still wearing the black trench coat. BASHAM was watching FULKS as FULKS quickly drove out of the mall and headed in the direction of Ohio. FULKS stopped in Ohio and then onto Indiana. FULKS parked the BMW several blocks away from his brother, Ronnie Fulks' residence. FULKS walked up to his brother's house. Ronnie Fulks had seen the local news and knew what was going. CHAD and Ronnie FULKS took the BMW down a deserted road and hid the BMW in a barn building. FULKS took an old tarp and some hay and covered the BMW. Ronnie FULKS took CHAD back to Goshen, Indiana to Ronnie's residence. After a short time,

02297

201898

FD-302a (Rev. 10-6-95)

7A-CO-27964

Continuation of FD-302 of ____Chadrick Fulks_____ , On 04/21/2003 , Page ___7__

FULKS left Ronnie's residence in another car and was stopped by police. FULKS ran from the vehicle and was arrested by police.

FULKS described the clothing Donovan was wearing as: blue jeans, white T-shirt, white tennis shoes, white bra, yellow panties w/ small designs. Donovan was never allowed to get out of the BMW until BASHAM took her out on the car on the dirt road off of Highway 90.

FULKS described a pocket knife which BASHAM located in Donovan's purse. The knife was between five and six inches long with a brown wooden-type handle. BASHAM believed that Donovan may have been trying to get the knife from her purse when BASHAM grabbed the purse from her while sitting in the back seat of the BMW. After BASHAM found the knife, he continued to go through the purse, looking for money, credit cards and other items. FULKS never knew what had happened to the knife after BASHAM found it.

02298