UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

*versus*

CHADRICK FULKS,
BRANDON L. BASHAM,

      Defendants-Petitioners.

No. 4:02-CR-00992-JFA

**GOVERNMENT'S MOTION FOR EXTENTION OF TIME IN
WHICH TO FILE RESPONSES TO PETITIONERS' SUPPLEMENTAL
BRIEFS IN SUPPORT OF MOTIONS TO VACATE UNDER 28 U.S.C. § 2255**

COMES NOW the United States of America, by and through its undersigned counsel, and moves this Honorable Court for an extension of time until October 12, 2022, in which to file supplemental briefs in response to Fulks' and Basham's Supplemental Memoranda of Law regarding *United States v. Taylor*, *United States v. Ogun*, and *United States v. Dickerson* in support of their motions to vacate under 28 U.S.C. § 2255 in the above-captioned case, and in support states:

1.    On June 17, 2016, by order of the Fourth Circuit Court of Appeals, Fulks and Basham were granted authorization to file successive motions to vacate under 28 U.S.C. § 2255. The district court entered Fulks' and Basham's motions on the docket the same day.

2.    On March 22, 2022, this Court ordered the lifting of the stay placed on this matter pending the outcome of *United States v. Ogun* and *United States v. Dickerson* and provided 21 days for Fulks and Basham to file any supplemental briefing and 14 days from their submission for the Government to respond.

1

3. On September 14, 2022, Fulks and Basham each filed Supplemental Memoranda of Law regarding the impact of *United States v. Taylor*, *United States v. Ogun*, and *United States v. Dickerson.* Therefore, Government's response is due September 28, 2022.

4. The Government seeks additional time to evaluate the impact of these cases on Fulks' and Basham's claims and prepare its responses to Fulks' and Basham's supplemental briefs.

5. The Government therefore seeks to extend the deadline for its responses to Fulks' and Basham's supplemental briefing 14 days, making the responses due October 12, 2022.

6. The undersigned has consulted with counsel for petitioners, Peter Williams and Leticia Marquez, who do not object to the requested extension.

7. This is the Government's first request for an extension of time to file its responses.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests an extension until October 12, 2022, to file responses in this matter.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: */s/Kathleen Michelle Stoughton*
Kathleen Michelle Stoughton
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.    (803) 929-3114
Fax.    (803) 254-2912
Email: Kathleen.Stoughton@usdoj.gov

September 26, 2022