**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

|  |  |  |
|---|---|---|
| | : | 4:02-CR-992-JFA |
| THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent, | : | Hon. Joseph F. Anderson |
| | : | United States District Judge |
| | : | |
| v. | : | **CAPITAL CASE** |
| | : | |
| CHADRICK E. FULKS, | : | |
| | : | |
| Petitioner. | : | |
| | : | |

**UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY**

Chadrick E. Fulks, a death-sentenced prisoner in the custody of the United States, respectfully moves this Court through his counsel for leave to file a reply to the Government's October 19, 2022, Response to Fulks' Supplemental Memorandum Regarding *United States v. Taylor*, *United States v. Ogun*, and *United States v. Dickerson*. Mr. Fulks respectfully requests until November 10, 2022 to file his reply brief. In support of this motion, Mr. Fulks states the following:

1.　On June 17, 2016, Mr. Fulks filed a successive § 2255 motion arguing that his 18 U.S.C. §§ 924(c) and (o) convictions and his death sentence should be vacated pursuant to *Johnson v. United States*, 576 U.S. 591 (2015). Dkt. No. 1618. To qualify as a crime of violence under §§ 924(c) and (o), the underlying offense(s) must qualify as a crime of violence under either the "residual clause" or the "force clause" of § 924(c). Mr. Fulks averred that *Johnson* invalidated the "residual clause" of § 924(c), that his convictions under §§ 924(c) and (o) could

not otherwise be sustained because the "force clause" of § 924(c) was not met, and that his death sentence should be vacated and a new capital penalty phase be held. *Id.*

2. As the jurisprudence on these issues has developed, Mr. Fulks has incorporated the United States Supreme Court's rulings in *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018), *United States v. Davis*, 139 S. Ct. 2319 (2019), and *Borden v. United States*, 141 S. Ct. 1817 (2021), all of which support Mr. Fulks's claim for relief.

3. On March 22, 2022, this Court ordered briefing on the recently issued opinions in *United States v. Ogun*, No. 16-7450 (4th Cir. March 22, 2022), and *United States v. Dickerson*, No. 20-6578 (4th Cir. March 22, 2022), after holding Mr. Fulks's proceedings in abeyance pending the outcome of those two cases. Dkt. No. 1710. On May 16, 2022, this Court extended the deadline for Mr. Fulks to submit briefing on *Ogun* and *Dickerson* until after the Supreme Court of the United States issued its opinion in *United States v. Taylor*, No. 20-1459, which involved issues relevant to Mr. Fulks's claim for relief and was pending before the Supreme Court at that time. Dkt. No. 1717. The Court's supplemental briefing order did not include a provision for a reply. *Id.*

4. *United States v. Taylor*, 142 S. Ct. 2015 (2022), was issued on June 21, 2022. Mr. Fulks submitted his Supplemental Memorandum Regarding *United States v. Taylor*, *United States v. Ogun*, and *United States v. Dickerson*, on September 14, 2022. Dkt. No. 1722. The Government submitted its Response on October 19, 2022. Dkt. No. 1728.

5. The Government makes a number of arguments in its Response to which Mr. Fulks wishes to reply. These include, inter alia, arguments relating to whether *Taylor* undermines the United States Court of Appeals for the Fourth Circuit's jurisprudence on whether federal carjacking under 18 U.S.C. § 2119 is a crime of violence; and whether Fourth Circuit

jurisprudence on carjacking is consistent with the mens rea requirement for crimes of violence as set forth in *Borden*. These are complex issues, which Mr. Fulks wishes to carefully address. Mr. Fulks respectfully requests until November 10, 2022, to conduct the research and drafting needed to provide this Court with professionally adequate reply brief.

6.      On October 27, 2022, Assistant United States Attorney Kathleen Stoughton indicated that the Government does not oppose Mr. Fulks's request.

WHEREFORE, Petitioner Chadrick Fulks respectfully requests that his motion be granted and that he be permitted to file a reply to the Government's October 19, 2022, Response on or before November 10, 2022.

Respectfully submitted,

/s/ Peter Williams
Peter Williams
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520


Counsel for Petitioner

Dated:  October 28, 2022

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 28th day of October, 2022, I served the

foregoing by ECF filing on the following party:

Kathleen Stoughton, Esq.
Office of the United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201

/s/ Peter Williams
Peter Williams