# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| *Government/Respondent* | ) | |
| v. | ) | Criminal Action No.   4:02-992-001-JFA |
| Chadrick Evans Fulks | ) | Civil Action No.  4:16-2058-JFA |
| *Defendant/Petitioner* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■   other: **IT IS ORDERED AND ADJUDGED** that petitioner, Chadrick Evans Fulks  shall take nothing on
the second successive petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice.


This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■   This action came before the Court on the record, Honorable Joseph F. Anderson, Jr.,  United States District
Judge, presiding on the Petitioner's Second Successive Petition under 28 USC § 2255.   The court having
granted the Respondent's motion to dismiss and grants a certificate of appealability on specific issues being:
(1) whether carjacking resulting in death is a predicate crime of violence; (2) assuming it is, whether
Petitioners' §§ 924(c) and (o) convictions were based on the carjacking resulting in the death of Alice
Donovan; and (3) assuming it is not, whether the proper remedy is to vacate Petitioners' sentences on
these counts alone or vacate the sentences as to all counts of conviction and award them a new penalty
phase trial.


Date:   January 10, 2023                                             *ROBIN L. BLUME, CLERK OF COURT*


                                                                            s/Mary L. Floyd, Deputy Clerk
                                                                 _____
                                                                          *Signature of Clerk or Deputy Clerk*