# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | : | 4:02-CR-992-JFA |
|  | : |  |
| Respondent, | : | Hon. Joseph F. Anderson |
|  | : | United States District Judge |
|  | : |  |
| v. | : | **CAPITAL CASE** |
|  | : |  |
| CHADRICK E. FULKS, | : |  |
|  | : |  |
| Petitioner. | : |  |

## NOTICE OF APPEAL

Petitioner Chadrick E. Fulks, through counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from each and every aspect of the Judgment entered on January 10, 2023 (Docket Entry 1740) and the Order entered on January 10, 2023 (Docket Entry 1739), denying Mr. Fulks's Successive Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255. This notice is filed within sixty days of January 10, 2023.

Respectfully Submitted,

/s/ Peter Williams
Peter Williams
Assistant Federal Defender
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Counsel for Petitioner

Dated: March 7, 2023

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that, on this day, I served the foregoing document by ECF

filing on the following party:

> Kathleen Stoughton, Esq.
> Office of the United States Attorney
> 1441 Main Street, Suite 500
> Columbia, SC 29201

> /s/ Peter Williams
> Peter Williams

Dated: March 7, 2023