# APPEAL TRANSMITTAL SHEET (Death Penalty)

| Transmittal to 4CCA of notice of appeal filed: 03/07/23 | District: SOUTH CAROLINA | District Case No.: CR 4:02-992-001-JFA |
|---|---|---|
| ___ First NOA in Case | Division: FLORENCE | 4CCA No(s). for any prior NOA: 04-33; 11-3 |
| ✓ Subsequent NOA-same party | Caption: | 4CCA Case Manager: **Emily Borneisen** |
| ___ Subsequent NOA-new party | | |
| ___ Subsequent NOA-cross appeal | | Direct notification of capital appeal also sent by: |
| ___ Paper ROA  ___ Paper Supp. | USA vs. Chadrick E Fulks | ___ **phone call to 804-916-2746 or** |
| Vols: _____ | | |
| Other: _____ | | ___ **email to Emily_Borneisen@ca4.uscourts.gov** |

**Capital Appeal Type:**

___ § 2254 appeal

___ Direct appeal from conviction

✓ § 2255 appeal

___ Pretrial appeal in federal case

**District Judge:**

Joseph F. Anderson, Jr.

**Court Reporter** (list all):

Daniel Mayo,  Gary Smith, Debra Jernigan

**Coordinator**: Billie Goodman

**Fee Status:**

___ No fee required (USA appeal)    ___ Appeal fees paid in full    ✓ Fee not paid

**Criminal Cases:**

___ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

✓ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**

_____ Portions of record under seal

_____ Entire record under seal

_____ Party names under seal

_____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**

___ Assembled electronic record transmitted if requested

___ Additional sealed record emailed to 4cca-filing

___ Paper record or supplement shipped to 4CCA

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**

✓ Assembled electronic record available if requested

___ Additional sealed record available if requested

___ Paper record or supplement available if requested

___ No in-court hearings held

✓ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

✓ Other:  No in court  hearings for this successive 2255 motion that is being appealed.

Deputy Clerk:  Mary L. Floyd          Phone: 803-765-5353   Date: 03/08/23

10/2022