FILED: March 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2
(4:02-cr-00992-JFA-1)
(4:16-cv-02058-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK EVAN FULKS

Defendant - Appellant

_____

O R D E R

_____

The court appoints Peter K. Williams of the Federal Community Defender Office for the

Eastern District of Pennsylvania as lead counsel for the appellant.

In light of this appointment, appellate counsel is granted access to sealed district court

material, with the exception of ex parte or in camera material to which defense counsel did not

have access in the district court.

All case filings must be made using the court's Electronic Case Filing system (CM/ECF).

Counsel not yet registered for electronic filing should proceed to the court's web site to register

as an ECF filer. See **Required Steps for Registration as an ECF Filer**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk