**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | : | 4:02-CR-992-JFA |
| | : | |
| Respondent, | : | Hon. Joseph F. Anderson |
| | : | United States District Judge |
| | : | |
| v. | : | **CAPITAL CASE** |
| | : | |
| CHADRICK E. FULKS, | : | |
| | : | |
| Petitioner. | : | |
| | : | |

**MOTION TO SEAL PURSUANT TO**
**LOCAL CIVIL RULE 5.03**

Petitioner, Chadrick E. Fulks, a prisoner in the custody of the United States sentenced to death and housed at the United States Penitentiary, Terre Haute, Indiana, respectfully moves pursuant to Local Civil Rule 5.03, D.S.C., for an order sealing the pleading described in Exhibit A. In support of this motion, Petitioner states the following:

1.	The document described in Exhibit A meets the factors for sealing under *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000), because: (i) this motion and the attached non-confidential description of the document at issue provide sufficient public notice of the request to seal; (ii) the document sought to be sealed contains confidential medical information pertaining to Petitioner, as well as privileged details regarding undersigned defense counsel's representation of Mr. Fulks, meaning no less drastic alternative to sealing exists; and (iii) the request is narrowly tailored because it is limited to a brief ex parte pleading and its accompanying proposed order.

2.	Pursuant to Local Rule 5.03, D.S.C., a non-confidential index of the document at issue is attached hereto as Exhibit A.

1

WHEREFORE, Petitioner Chadrick Fulks requests that the foregoing motion be granted.

A proposed Order is attached.

/s/ Peter Williams
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

*Counsel for Petitioner*

Dated: May 29, 2024

**EXHIBIT A: INDEX OF DOCUMENTS AT ISSUE**

1. Petitioner's Ex Parte Motion for Medical Records of Petitioner, with accompanying exhibits, and Proposed Order

**CERTIFICATE OF COMPLIANCE**

I, Peter Williams, hereby certify that the foregoing motion complies with Local Civil Rule 5.03, D.S.C.

/s/ Peter Williams
Peter Williams

Dated:  May 29, 2024

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that, on this day, I served the foregoing document by ECF filing on the following party:

Kathleen Stoughton, Esq.
Office of the United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201

/s/ Peter Williams
Peter Williams

Dated:  May 29, 2024