# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | : | 4:02-CR-992-JFA |
| Respondent, | : | Hon. Joseph F. Anderson<br>United States District Judge |
| v. | : | **CAPITAL CASE** |
| CHADRICK E. FULKS, | : |  |
| Petitioner. | : |  |

## MOTION FOR LEAVE TO WITHDRAW MOTION

Petitioner, Chadrick E. Fulks, respectfully moves to withdraw without prejudice his May 29, 2024, Motion to Seal Pursuant to Local Civil Rule 5.03 and sealed ex parte motion. Petitioner avers as follows:

1.      On May 29, 2024, Petitioner filed his Motion to Seal Pursuant to Local Civil Rule 5.03 (ECF No. 1754) and provided a sealed ex parte motion directly to Chambers.

2.      Petitioner respectfully requests leave to withdraw without prejudice the Motion to Seal (ECF No. 1754) as well as the sealed ex parte motion.

Respectfully Submitted,

/s/ Peter Williams
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Fax: 215.928.0826
pete_williams@fd.org

*Counsel for Petitioner*

Dated:  November 6, 2024

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that, on this day, I served the foregoing document by ECF filing on the following party:

Kathleen Stoughton, Esq.
Office of the United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201


/s/ Peter Williams
Peter Williams


Dated:  November 6, 2024