FILED: January 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2 (L)
(4:02-cr-00992-JFA-1)
(4:16-cv-02058-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK E. FULKS

Defendant - Appellant

_____

No. 23-3
(4:02-cr-00992-JFA-2)
(4:16-cv-02027-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON L. BASHAM

Defendant - Appellant

———————————

# MANDATE

———————————

The judgment of this court, entered October 28, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*